**Exhibit A: Petition for Temporary Injunction**

INTERNET FORM NLRB-501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

FORM EXEMPT UNDER 44 U.S.C 3512

**DO NOT WRITE IN THIS SPACE**

| Case | Date Filed |
|---|---|
| 29-CA-261755 | 6/17/2020 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: Amazon.com Services LLC

b. Tel. No.: (888) 892-7180

c. Cell No.:

f. Fax No.:

d. Address (Street, city, state, and ZIP code):
546 Gulf Ave
NY Staten Island 10314-____

e. Employer Representative:

g. e-Mail:

h. Number of workers employed: 5000

i. Type of Establishment (factory, mine, wholesaler, etc.): Others

j. Identify principal product or service: E-commerce shipping logistics

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

--See additional page--

**3. Full name of party filing charge** (if labor organization, give full name, including local name and number)
Gerald Bryson        Title:

4a. Address (Street and number, city, state, and ZIP code):
1950 Clove Rd. Apt. 543
NY Staten Island 10304-____

4b. Tel. No.: (347) 893-3271

4c. Cell No.:

4d. Fax No.:

4e. e-Mail: jcream1963@gmail.com

**5.** Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

**6. DECLARATION**
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By: Frank Kearl (signature of representative or person making charge)

Title: Frank Kearl, Staff Attorney (Print/type name and title or office, if any)

Tel. No.: (929) 265-7692

Office, if any, Cell No.:

Fax No.:

e-Mail: frank.kearl@maketheroadny.org

Address: 161 Port Richmond Ave. Staten Island NY 10302-____

Date: 06/16/2020 17:33:41

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

# Exhibit A, Petition for Temmporary Inunction

## Basis of the Charge

**8(a)(1)**

Within the previous six months, the Employer discharged an employee(s) because the employee(s) engaged in protected concerted activities by, inter alia, discussing wages and/or other terms and conditions of employment and in order to discourage employees from engaging in protected concerted activities.

| Name of employee discharged | Approximate date of discharge |
|---|---|
| Gerald Bryson | 04/18/2020 |

**8(a)(1)**

Within the previous six months, the Employer discharged an employee(s) because the employee(s) engaged in protected concerted activities by, inter alia, protesting terms and conditions of employment and in order to discourage employees from engaging in protected concerted activities.

| Name of employee discharged | Approximate date of discharge |
|---|---|
| Gerald Bryson | 04/18/2020 |

**8(a)(1)**

Within the previous six months, the Employer disciplined or retaliated against an employee(s) because the employee(s) engaged in protected concerted activities by, inter alia, discussing wages, hours, or other terms and conditions of employment and in order to discourage employees from engaging in protected concerted activities.

| Name of employee disciplined/retaliated against | Type of discipline/retaliation | Approximate date of discipline/retaliation |
|---|---|---|
| Gerald Bryson | Suspended | 04/10/2020 |

**8(a)(1)**

Within the previous six months, the Employer disciplined or retaliated against an employee(s) because the employee(s) engaged in protected concerted activities by, inter alia, protesting terms and conditions of employment and in order to discourage employees from engaging in protected concerted activities.

| Name of employee disciplined/retaliated against | Type of discipline/retaliation | Approximate date of discipline/retaliation |
|---|---|---|
| Gerald Bryson | Suspended | 04/10/2020 |

# Exhibit A, Petition for Temmporary Inunction

**UNITED STATES OF AMERICA**

**BEFORE THE NATIONAL LABOR RELATIONS BOARD**

| | |
|---|---|
| **AMAZON.COM SERVICES LLC**<br><br>Charged Party<br><br>and<br><br>**GERALD BRYSON**<br><br>Charging Party | **Case 29-CA-261755** |

**AFFIDAVIT OF SERVICE OF CHARGE AGAINST EMPLOYER**

I, the undersigned employee of the National Labor Relations Board, state under oath that on June 17, 2020**,** I served the above-entitled document(s) by post-paid regular mail upon the following persons, addressed to them at the following addresses:

Amazon.com Services LLC
546 Gulf Ave
Staten Island, NY 10314-____

June 17, 2020

|  |  |
|---|---|
|  | FREDA DEVONSHIRE, Designated Agent of NLRB |
| Date | Name |
|  | /S/ |
|  | Signature |