# Exhibit C, Petition for Temporary Injunction

FORM NLRB-502 (RC)
(4-15)

| UNITED STATES GOVERNMENT<br>NATIONAL LABOR RELATIONS BOARD<br>**R C  P E T I T I O N** | **DO NOT WRITE IN THIS SPACE** | |
|---|---|---|
| | Case No. 29-RC-285057 | Date Filed 10/25/2021 |

*INSTRUCTIONS: Unless e-Filed using the Agency's website, www.nlrb.gov, submit an original of this Petition to an NLRB office in the Region in which the employer concerned is located. The petition must be accompanied by both a showing of interest (see 6b below) and a certificate of service showing service on the employer and all other parties named in the petition of: (1) the petition; (2) Statement of Position form (Form NLRB-505); and (3) Description of Representation Case Procedures (Form NLRB 4812). The showing of interest should only be filed with the NLRB and should **not** be served on the employer or any other party.*

1. **PURPOSE OF THIS PETITION: RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees. **The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.**

| 2a. Name of Employer<br>Amazon.com, Inc. | 2b. Address(es) of Establishment(s) involved *(Street and number, city, State, ZIP code)*<br>1200 12th Avenue South Suite 1200<br>WA Seattle 98144 | | |
|---|---|---|---|
| 3a. Employer Representative – Name and Title | 3b. Address (If same as 2b – state same)<br>546 Gulf Avenue<br>NY Staten Island 10314 | | |
| 3c. Tel. No.<br>(206) 266-2335 | 3d. Cell No. | 3e. Fax No.<br>(206) 266-7010 | 3f. E-Mail Address |
| 4a. Type of Establishment *(Factory, mine, wholesaler, etc.)*<br>Consumer Goods | 4b. Principal product or service<br>E-Commerce | | 5a. City and State where unit is located:<br>Staten Island, NY |

| 5b. Description of Unit Involved<br><br>**Included:**<br>_____<br><br>**Excluded:** | 6a. No. of Employees in Unit:<br>5500 |
|---|---|
| | 6b. Do a substantial number (30% or more) of the employees in the unit wish to be represented by the Petitioner? Yes [●] No [ ] |

*Check One:*
- ○ 7a. Request for recognition as Bargaining Representative was made on (Date) _____ and Employer declined recognition on or about _____ (Date) *(If no reply received, so state).*
- ○ 7b. Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

| 8a. Name of Recognized or Certified Bargaining Agent *(If none, so state).* | | 8b. Address | |
|---|---|---|---|
| 8c. Tel No. | 8d Cell No. | 8e. Fax No. | 8f. E-Mail Address |
| 8g. Affiliation, if any | | 8h. Date of Recognition or Certification | 8i. Expiration Date of Current or Most Recent Contract, if any *(Month, Day, Year)* |

9. Is there now a strike or picketing at the Employer's establishment(s) involved? No____ If so, approximately how many employees are participating? _____
*(Name of labor organization)* _____, has picketed the Employer since *(Month, Day, Year)* _____.

10. Organizations or individuals other than Petitioner and those named in items 8 and 9, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5b above. *(If none, so state)*

| 10a. Name | 10b. Address | 10c. Tel. No. | 10d. Cell No. |
|---|---|---|---|
| | | 10e. Fax No. | 10f. E-Mail Address |

11. **Election Details:** If the NLRB conducts an election in this matter, state your position with respect to any such election. | 11a. Election Type: ___ Manual ___ Mail _●_ Mixed Manual/Mail

| 11b. Election Date(s):<br>March 30, 2022 | 11c. Election Time(s):<br>12AM - 11:59 p.m. | 11d. Election Location(s):<br>Employee Cafeteria |
|---|---|---|
| 12a. Full Name of Petitioner *(including local name and number)*<br>Chris Smalls<br>Amazon Labor Union | | 12b. Address *(street and number, city, state, and ZIP code)*<br>67 Redford St.<br>NY Staten Island 10314 |
| 12c. Full name of national or international labor organization of which Petitioner is an affiliate or constituent *(if none, so state)*<br>None | | |
| 12d. Tel No.<br>(201) 283-6658 | 12e. Cell No. | 12f. Fax No. | 12g. E-Mail Address<br>chrismalls21@gmail.com |

13. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.

| 13a. Name and Title<br>Eric Milner Attorney<br>Simon & Milner | 13b. Address *(street and number, city, state, and ZIP code)*<br>99 W. Hawthorne Ave. Suite 308<br>NY Valley Stream 11580 | | |
|---|---|---|---|
| 13c. Tel. No.<br>(516) 561-6622 | 13d. Cell No. | 13e. Fax No.<br>(516) 561-6828 | 13f. E-Mail Address<br>emilner@simonandmilner.com |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

| Name *(Print)*<br>Eric Milner | Signature *Eric Milner* | Title<br>Attorney | Date<br>10/25/2021 09:50:03 AM |
|---|---|---|---|

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

# Exhibit C, Petition for Temporary Injunction

Attachment

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

Employees Included

All hourly full-time and regular part time fulfillment associates, process assistants, sortation associates and transportation associates employed at the Employer's Gulf Avenue, Staten Island, NY Facility

Employees Excluded

Truck drivers, delivery associates, information technology employees, maintenance employees, engineering employees, security guards, loss prevention employees, on-site medical employees, office clerical employees, managerial employees, guards and supervisors as defined by the Act.

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

REGION 29

AMAZON.COM SERVICES, LLC.

           Employer

and                                                       Case 29-RC-285057

AMAZON LABOR UNION

           Petitioner

## ORDER APPROVING WITHDRAWAL OF PETITION WITHOUT PREJUDICE AND CANCELLING HEARING

On October 25, 2021, Amazon Labor Union, herein called the Petitioner, filed a petition under Section 9(c) of the National Labor Relations Act, seeking to represent a unit of certain employees employed by Amazon.Com Services, LLC.

On October 25, 2021, the undersigned issued a Notice of Representation Hearing setting a hearing for November 15, 2021. The Order provided that the Employer's Statement of Position was due on November 4, 2021, and that the Petitioner's Responsive Statement of Position was due on November 9, 2021.

On November 3, 2021, the undersigned issued an Order Rescheduling Hearing and Extending Time to File Statement of Position, which rescheduled the hearing to November 17, 2021, and extended the Employer's time to file a Statement of Position to November 8, 2021, and the Petitioner's time to file a Responsive Statement of Position to November 12, 2021.

On November 8, 2021, the undersigned issued a second Order Rescheduling Hearing and Extending Time to File Statement of Position, which rescheduled the hearing to November 22, 2021, and extended the Employer's time to file a Statement of Position to November 16, 2021, and the Petitioner's time to file a Responsive Statement of Position to November 18, 2021.

On November 12, 2021, the Petitioner requested permission to withdraw its petition. The Employer does not object to the Petitioner's request to withdraw its petition.

I hereby approve the Petitioner's request to withdraw the petition in Amazon.com Services LLC, 29-RC-285057, without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that the hearing in the above-entitled matter scheduled for November 22, 2021 is **cancelled**.

Dated: November 12, 2021

KATHY DREW-KING
REGIONAL DIRECTOR
NATIONAL LABOR RELATIONS BOARD
REGION 29
Two Metro Tech Center
Suite 5100
Brooklyn, NY 11201-3838