Refused to sign by associate on June 23, 2019, 4:07:42 AM - Delivered by Wong,Douglas (wongdoug)

# Supportive Feedback Document
## Behavioral - Termination





**Associate Name:** ██████████████

**Manager Name:** Wong,Douglas (RT884-2)

**Created On:** June 23, 2019, 4:07:42 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | March 28, 2019, 7:53:46 PM |
| First Written | 1 | June 29, 2018, 2:34:49 AM |
| Documented Coaching | 1 | June 23, 2018, 1:49:36 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Workplace Harassment policy. On 6/08/2019, you were reported to be in violation of this policy by making an unwanted physical advance to another associate in addition to asking for the same associates number twice; after they told you no the first time. Examples of sexual harassment include, but are not limited to, "sexual jokes or use of sexually explicit language" and "sexual comments injected into business communications." Sexual harassment may be overt or subtle. Behavior that may be acceptable in a social setting may not be appropriate in the workplace.

## Areas of Improvement Required by Associate

Amazon.com is committed to providing a safe and harassment free workplace environment. Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Harassment policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ██████████████        **Date:** June 23, 2019, 4:07:42 AM

**Manager Signature:** Acknowledged by Wong,Douglas (BadgeID: 11279093)        **Date:** June 23, 2019, 4:07:42 AM

AMZ-BRY000416

Acknowledged by associate on June 24, 2018, 7:13:35 PM - Delivered by Ahmed,Iqra (iqraahme)



# Supportive Feedback Document
# Behavioral Time Off Task - Documented Coaching



**Associate Name:** ███████████████
**Manager Name:** Ahmed,Iqra (NN2-1800)
**Created On:** June 24, 2018, 7:13:35 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | March 04, 2018, 3:28:52 AM |
| Verbal Coaching | 1 | April 30, 2018, 2:19:48 AM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has  fallen below behavioral expectations. On the shift starting [6/23/18], you were observed to be off-task by [11] minutes.  These behaviors are violations of Amazon's Standards of Conduct and  Attendance policy. &quot;Failure to adhere to starting time, quitting time,  or break time policies, or wasting time&quot; is considered a Category 2  violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in  accordance with Amazon's Time off Task Guidelines, it is critical that  you remain on-task during your scheduled shift. Excessive unproductive  time may cause you to fail to meet our performance expectations and may  affect your team's morale and performance. In addition, you are required  to follow Amazon's break and meal policy and ensure your breaks do not  exceed fifteen (15) minutes and meal periods do not exceed thirty (30)  minutes. Further incidents of time off task, excessive breaks or  unproductive

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████          **Date:** June 24, 2018, 7:13:35 PM

**Manager Signature:** Acknowledged by Ahmed,Iqra (BadgeID: 0289390)          **Date:** June 24, 2018, 7:13:35 PM

AMZ-BRY000417

Acknowledged by associate on March 10, 2018, 4:15:49 AM - Delivered by Ahmed,Iqra (iqraahme)



# Supportive Feedback Document
# Behavioral Time Off Task - Documented Coaching



**Associate Name:** ██████████████████

**Manager Name:** Kyei,Robert (NN2-1800)

**Created On:** March 10, 2018, 4:15:49 AM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On 3/4/2018 you were confirmed to be Time Off Task (TOT) for 30 minutes. In order for Amazon to meet our high customer service standards, it is critical for each member of the team to do his/her part. You have a vital role in managing the flow of products to our customers by maximizing your time on task.

## Areas of Improvement Required by Associate

To meet our performance expectations, we require that you are productive during you scheduled shift. Excessive unproductive time will cause you to fail to meet our performance expectations and may affect your team's morale and performance. You should focus all attention during your scheduled shifts to the task at hand and minimize unproductive time. Further incidents of unproductive time may lead to further discipline, up to and including termination of employment.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████████        **Date:** March 10, 2018, 4:15:49 AM

**Manager Signature:** Acknowledged by Ahmed,Iqra (BadgeID: 0289390)        **Date:** March 10, 2018, 4:15:49 AM

Acknowledged by associate on June 29, 2018, 2:57:25 AM - Delivered by Ahmed,Iqra (iqraahme)

# Supportive Feedback Document
# Behavioral Time Off Task - First Written





**Associate Name:** ███████████

**Manager Name:** Ahmed,Iqra (NN2-1800)

**Created On:** June 29, 2018, 2:57:26 AM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | June 23, 2018, 1:49:36 AM |
| Verbal Coaching | 1 | April 30, 2018, 2:19:48 AM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has  fallen below behavioral expectations. On the shift starting [6/28/18], you were observed to be off-task by [6] minutes.  These behaviors are violations of Amazon's Standards of Conduct and  Attendance policy. &quot;Failure to adhere to starting time, quitting time,  or break time policies, or wasting time&quot; is considered a Category 2  violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in  accordance with Amazon's Time off Task Guidelines, it is critical that  you remain on-task during your scheduled shift. Excessive unproductive  time may cause you to fail to meet our performance expectations and may  affect your team's morale and performance. In addition, you are required  to follow Amazon's break and meal policy and ensure your breaks do not  exceed fifteen (15) minutes and meal periods do not exceed thirty (30)  minutes. Further incidents of time off task, excessive breaks or  unproductive time may lead to further discipline, up to and including  termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████         **Date:** June 29, 2018, 2:57:25 AM

**Manager Signature:** Acknowledged by Ahmed,Iqra (BadgeID: 0289390)         **Date:** June 29, 2018, 2:57:25 AM

AMZ-BRY000419

Acknowledged by associate on May 04, 2019, 9:26:31 PM - Delivered by Busby,Diondra (bdionda)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** May 04, 2019, 9:26:31 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 14 | March 13, 2019 |
| Verbal Positive | 3 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 14.97 | 3452 | 230.55 | 156 | 147.78 | 147.78 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 12.53 | 5636 | 449.72 | 283 | 158.91 | 158.91 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.51 | 66 | 127.6 | 112 | 113.93 | 113.93 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.39 | 97 | 248.18 | 278 | 89.27 | 89.27 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 03, 2019, 5:00:00 AM | 9251 | 28 | 326 | 151.27 | 151.27 | N |
| March 27, 2019, 5:00:00 AM | 8795 | 26 | 336 | 148.28 | 148.28 | N |
| March 20, 2019, 5:00:00 AM | 9554 | 30 | 317 | 143.5 | 143.5 | N |
| March 13, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |
| March 06, 2019, 5:00:00 AM | 8719 | 25 | 343 | 158.35 | 158.35 | N |
| February 27, 2019, 5:00:00 AM | 2167 | 6 | 369 | 167.07 | 167.07 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████          **Date:** May 04, 2019, 9:26:31 PM

**Manager Signature:** Acknowledged by Busby,Diondra (BadgeID: 11557126)          **Date:** May 04, 2019, 9:26:31 PM

**AMZ-BRY000420**

Acknowledged by associate on May 04, 2019, 1:52:13 AM - Delivered by Busby,Diondra (bdionda)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████

**Manager Name:** Busby,Diondra (RT884-1)

**Created On:** May 04, 2019, 1:52:13 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | April 17, 2019 |
| Documented Positive | 14 | March 13, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 14.94 | 3514 | 235.05 | 156 | 150.67 | 150.67 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 5 | 12.86 | 5727 | 445.02 | 283 | 157.25 | 157.25 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 2.07 | 518 | 249.5 | 112 | 222.77 | 222.77 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 5 | 1.7 | 766 | 449.34 | 278 | 161.63 | 161.63 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 17, 2019, 5:00:00 AM | 10525 | 32 | 333 | 158.68 | 158.68 | N |
| April 10, 2019, 5:00:00 AM | 15391 | 55 | 278 | 131.6 | 131.6 | N |
| April 03, 2019, 5:00:00 AM | 9251 | 28 | 326 | 151.27 | 151.27 | N |
| March 27, 2019, 5:00:00 AM | 8795 | 26 | 336 | 148.28 | 148.28 | N |
| March 20, 2019, 5:00:00 AM | 9554 | 30 | 317 | 143.5 | 143.5 | N |
| March 13, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████████     **Date:** May 04, 2019, 1:52:13 AM

**Manager Signature:** Acknowledged by Busby,Diondra (BadgeID: 11557126)     **Date:** May 04, 2019, 1:52:13 AM

Acknowledged by associate on March 14, 2019, 6:54:24 PM - Delivered by DiBerardino,Joe (diberj)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** DiBerardino,Joe (RT884-1)

**Created On:** March 14, 2019, 6:54:24 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 13 | March 06, 2019 |
| Verbal Coaching | 1 | March 21, 2018 |
| Verbal Positive | 2 | January 16, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 11.56 | 2766 | 239.3 | 156 | 153.4 | 153.4 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 11.86 | 5212 | 439.54 | 283 | 155.32 | 155.32 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 1.13 | 271 | 239.88 | 112 | 214.18 | 214.18 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.88 | 470 | 536.12 | 278 | 192.85 | 192.85 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 06, 2019, 5:00:00 AM | 8719 | 25 | 343 | 158.35 | 158.35 | N |
| February 27, 2019, 5:00:00 AM | 2167 | 6 | 369 | 167.07 | 167.07 | N |
| February 20, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| February 13, 2019, 5:00:00 AM | 4367 | 13 | 327 | 172.84 | 172.84 | N |
| February 06, 2019, 5:00:00 AM | 4530 | 15 | 309 | 161.59 | 161.59 | N |
| January 30, 2019, 5:00:00 AM | 3300 | 12 | 268 | 152.33 | 152.33 | N |

## Associate Comments

AA does a fantastic job!

**Associate Signature:** Acknowledged by ███████████████          **Date:** March 14, 2019, 6:54:24 PM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)          **Date:** March 14, 2019, 6:54:24 PM

AMZ-BRY000422

Acknowledged by associate on March 09, 2019, 9:55:52 PM - Delivered by Busby,Diondra (bdionda)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** March 09, 2019, 9:55:52 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 2 | January 16, 2019 |
| Verbal Coaching | 1 | March 21, 2018 |
| Documented Positive | 12 | February 20, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 1.71 | 406 | 237.7 | 129 | 184.26 | 184.26 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 4.06 | 1722 | 424.17 | 267 | 158.86 | 158.86 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.06 | 10 | 163.64 | 99 | 165.29 | 165.29 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.05 | 29 | 589.83 | 236 | 249.93 | 249.93 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 27, 2019, 5:00:00 AM | 2167 | 6 | 369 | 167.07 | 167.07 | N |
| February 20, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| February 13, 2019, 5:00:00 AM | 4367 | 13 | 327 | 172.84 | 172.84 | N |
| February 06, 2019, 5:00:00 AM | 4530 | 15 | 309 | 161.59 | 161.59 | N |
| January 30, 2019, 5:00:00 AM | 3300 | 12 | 268 | 152.33 | 152.33 | N |
| January 23, 2019, 5:00:00 AM | 9201 | 29 | 315 | 182.33 | 182.33 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████   **Date:** March 09, 2019, 9:55:52 PM

**Manager Signature:** Acknowledged by Busby,Diondra (BadgeID: 11557126)   **Date:** March 09, 2019, 9:55:52 PM

AMZ-BRY000423

Acknowledged by associate on February 22, 2019, 6:14:16 PM - Delivered by DiBerardino,Joe (diberj)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** DiBerardino,Joe (RT884-1)

**Created On:** February 22, 2019, 6:14:16 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 11 | February 13, 2019 |
| Verbal Positive | 2 | January 16, 2019 |
| Verbal Coaching | 1 | March 21, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 6.11 | 1297 | 212.21 | 129 | 164.5 | 164.5 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.64 | 2424 | 429.89 | 267 | 161.01 | 161.01 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.82 | 210 | 256.36 | 99 | 258.95 | 258.95 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.8 | 436 | 547.66 | 236 | 232.06 | 232.06 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 13, 2019, 5:00:00 AM | 4367 | 13 | 327 | 172.84 | 172.84 | N |
| February 06, 2019, 5:00:00 AM | 4530 | 15 | 309 | 161.59 | 161.59 | N |
| January 30, 2019, 5:00:00 AM | 3300 | 12 | 268 | 152.33 | 152.33 | N |
| January 23, 2019, 5:00:00 AM | 9201 | 29 | 315 | 182.33 | 182.33 | N |
| January 16, 2019, 5:00:00 AM | 10510 | 32 | 329 | 191.56 | 191.56 | N |
| January 09, 2019, 5:00:00 AM | 1537 | 7 | 210 | 145.83 | 145.83 | N |

## Associate Comments

A did a fantastic job

**Associate Signature:** Acknowledged by ████████████████     **Date:** February 22, 2019, 6:14:16 PM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)     **Date:** February 22, 2019, 6:14:16 PM

AMZ-BRY000424

Acknowledged by associate on February 16, 2019, 7:11:23 AM - Delivered by Grossman,Andrew (grossand)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** February 16, 2019, 7:11:23 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | March 21, 2018 |
| Verbal Positive | 2 | January 16, 2019 |
| Documented Positive | 10 | February 06, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 6.68 | 1364 | 204.23 | 129 | 158.32 | 158.32 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 6.72 | 2909 | 432.69 | 267 | 162.06 | 162.06 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 1.05 | 197 | 187.32 | 99 | 189.21 | 189.21 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.22 | 60 | 270.68 | 236 | 114.69 | 114.69 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 06, 2019, 5:00:00 AM | 4530 | 15 | 309 | 161.59 | 161.59 | N |
| January 30, 2019, 5:00:00 AM | 3300 | 12 | 268 | 152.33 | 152.33 | N |
| January 23, 2019, 5:00:00 AM | 9201 | 29 | 315 | 182.33 | 182.33 | N |
| January 16, 2019, 5:00:00 AM | 10510 | 32 | 329 | 191.56 | 191.56 | N |
| January 09, 2019, 5:00:00 AM | 1537 | 7 | 210 | 145.83 | 145.83 | N |
| January 02, 2019, 5:00:00 AM | 7489 | 25 | 305 | 170.01 | 170.01 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████   **Date:** February 16, 2019, 7:11:23 AM

**Manager Signature:** Acknowledged by Grossman,Andrew (BadgeID: 11284278)   **Date:** February 16, 2019, 7:11:23 AM

Acknowledged by associate on February 08, 2019, 1:32:45 AM - Delivered by DiBerardino,Joe (diberj)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** February 08, 2019, 1:32:45 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 07, 2018 |
| Verbal Coaching | 1 | March 21, 2018 |
| Documented Positive | 9 | January 30, 2019 |
| Verbal Positive | 2 | January 16, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 6.76 | 1320 | 195.15 | 129 | 151.28 | 151.28 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 3.42 | 1424 | 416 | 267 | 155.81 | 155.81 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.9 | 146 | 161.52 | 99 | 163.16 | 163.16 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 1.24 | 410 | 331.69 | 236 | 140.54 | 140.54 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 30, 2019, 5:00:00 AM | 3300 | 12 | 268 | 152.33 | 152.33 | N |
| January 23, 2019, 5:00:00 AM | 9201 | 29 | 315 | 182.33 | 182.33 | N |
| January 16, 2019, 5:00:00 AM | 10510 | 32 | 329 | 191.56 | 191.56 | N |
| January 09, 2019, 5:00:00 AM | 1537 | 7 | 210 | 145.83 | 145.83 | N |
| January 02, 2019, 5:00:00 AM | 7489 | 25 | 305 | 170.01 | 170.01 | N |
| December 26, 2018, 5:00:00 AM | 4375 | 17 | 257 | 167.25 | 172.84 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** February 08, 2019, 1:32:45 AM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)          **Date:** February 08, 2019, 1:32:45 AM

AMZ-BRY000426

Acknowledged by associate on February 01, 2019, 2:16:44 AM - Delivered by DiBerardino,Joe (diberj)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** DiBerardino,Joe (RT884-1)

**Created On:** February 01, 2019, 2:16:44 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 07, 2018 |
| Verbal Coaching | 2 | March 21, 2018 |
| Verbal Positive | 2 | January 16, 2019 |
| Documented Positive | 8 | January 23, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 15.8 | 3497 | 221.39 | 117 | 190.19 | 190.19 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 12.73 | 5499 | 432.08 | 251 | 172.63 | 172.63 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.33 | 62 | 189.96 | 99 | 191.88 | 191.88 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.35 | 143 | 405.67 | 236 | 171.9 | 171.9 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 23, 2019, 5:00:00 AM | 9201 | 29 | 315 | 182.33 | 182.33 | N |
| January 16, 2019, 5:00:00 AM | 10510 | 32 | 329 | 191.56 | 191.56 | N |
| January 09, 2019, 5:00:00 AM | 1537 | 7 | 210 | 145.83 | 145.83 | N |
| January 02, 2019, 5:00:00 AM | 7489 | 25 | 305 | 170.01 | 170.01 | N |
| December 26, 2018, 5:00:00 AM | 4375 | 17 | 257 | 167.25 | 172.84 | N |
| December 19, 2018, 5:00:00 AM | 9482 | 35 | 270 | 179.64 | 201.83 | N |

## Associate Comments

██ is doing a fantastic job

**Associate Signature:** Acknowledged by ███████████████          **Date:** February 01, 2019, 2:16:44 AM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)          **Date:** February 01, 2019, 2:16:44 AM

Acknowledged by associate on January 25, 2019, 8:15:41 PM - Delivered by DiBerardino,Joe (diberj)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** January 25, 2019, 8:15:42 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 07, 2018 |
| Verbal Positive | 2 | January 16, 2019 |
| Verbal Coaching | 2 | March 21, 2018 |
| Documented Positive | 7 | January 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 15.61 | 3570 | 228.69 | 114 | 200.6 | 200.6 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 14.39 | 6552 | 455.36 | 248 | 183.61 | 183.61 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 1.66 | 312 | 187.61 | 99 | 189.5 | 189.5 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.29 | 76 | 262.57 | 236 | 111.26 | 111.26 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 16, 2019, 5:00:00 AM | 10510 | 32 | 329 | 191.56 | 191.56 | N |
| January 09, 2019, 5:00:00 AM | 1537 | 7 | 210 | 145.83 | 145.83 | N |
| January 02, 2019, 5:00:00 AM | 7489 | 25 | 305 | 170.01 | 170.01 | N |
| December 26, 2018, 5:00:00 AM | 4375 | 17 | 257 | 167.25 | 172.84 | N |
| December 19, 2018, 5:00:00 AM | 9482 | 35 | 270 | 179.64 | 201.83 | N |
| December 12, 2018, 5:00:00 AM | 4795 | 17 | 276 | 175.64 | 206.64 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████████     **Date:** January 25, 2019, 8:15:41 PM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)     **Date:** January 25, 2019, 8:15:41 PM

**AMZ-BRY000428**

Acknowledged by associate on January 11, 2019, 2:23:42 AM - Delivered by DiBerardino,Joe (diberj)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████████
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** January 11, 2019, 2:23:42 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 07, 2018 |
| Verbal Positive | 1 | November 28, 2018 |
| Documented Positive | 6 | December 19, 2018 |
| Verbal Coaching | 2 | March 21, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 11.81 | 2283 | 193.38 | 114 | 169.63 | 169.63 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 10.27 | 4404 | 428.62 | 248 | 172.83 | 172.83 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 0.69 | 92 | 134.25 | 99 | 135.61 | 135.61 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 1.77 | 710 | 400 | 236 | 169.49 | 169.49 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 02, 2019, 5:00:00 AM | 7489 | 25 | 305 | 170.01 | 170.01 | N |
| December 26, 2018, 5:00:00 AM | 4375 | 17 | 257 | 167.25 | 172.84 | N |
| December 19, 2018, 5:00:00 AM | 9482 | 35 | 270 | 179.64 | 201.83 | N |
| December 12, 2018, 5:00:00 AM | 4795 | 17 | 276 | 175.64 | 206.64 | N |
| December 05, 2018, 5:00:00 AM | 1878 | 8 | 228 | 157.43 | 185.21 | N |
| November 28, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

██ is a top stower.

**Associate Signature:** Acknowledged by ███████████████        **Date:** January 11, 2019, 2:23:42 AM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)        **Date:** January 11, 2019, 2:23:42 AM

Acknowledged by associate on December 22, 2018, 8:15:34 PM - Delivered by DiBerardino,Joe (diberj)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** December 22, 2018, 8:15:34 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 07, 2018 |
| Verbal Positive | 1 | November 28, 2018 |
| Documented Positive | 5 | December 12, 2018 |
| Verbal Coaching | 2 | March 21, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 9.2 | 1824 | 198.3 | 103 | 192.52 | 226.5 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 7.59 | 2856 | 376.41 | 242 | 155.54 | 182.99 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.54 | 90 | 165.31 | 99 | 166.98 | 196.44 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.05 | 25 | 508.47 | 236 | 215.46 | 253.48 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 12, 2018, 5:00:00 AM | 4795 | 17 | 276 | 175.64 | 206.64 | N |
| December 05, 2018, 5:00:00 AM | 1878 | 8 | 228 | 157.43 | 185.21 | N |
| November 28, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 21, 2018, 5:00:00 AM | 1382 | 6 | 240 | 116.31 | 136.83 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮   **Date:** December 22, 2018, 8:15:34 PM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)   **Date:** December 22, 2018, 8:15:34 PM

Acknowledged by associate on December 14, 2018, 4:29:23 AM - Delivered by DiBerardino,Joe (diberj)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** █████████████

**Manager Name:** DiBerardino,Joe (RT884-1)

**Created On:** December 14, 2018, 4:29:23 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 1 | November 28, 2018 |
| Documented Coaching | 1 | February 07, 2018 |
| Documented Positive | 4 | November 07, 2018 |
| Verbal Coaching | 2 | March 21, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 5.62 | 903 | 160.6 | 103 | 155.93 | 183.44 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 2.52 | 940 | 373.72 | 242 | 154.43 | 181.68 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.09 | 30 | 319.53 | 99 | 322.76 | 379.71 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.01 | 5 | 473.68 | 236 | 200.71 | 236.13 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 05, 2018, 5:00:00 AM | 1878 | 8 | 228 | 157.43 | 185.21 | N |
| November 28, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 21, 2018, 5:00:00 AM | 1382 | 6 | 240 | 116.31 | 136.83 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by █████████████     **Date:** December 14, 2018, 4:29:23 AM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)     **Date:** December 14, 2018, 4:29:23 AM

Acknowledged by associate on November 08, 2018, 7:59:08 PM - Delivered by Patel,Binal (patebina)



# Supportive Feedback Document
## Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Kyei,Robert (NN2-1800)

**Created On:** November 08, 2018, 7:59:08 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | March 21, 2018 |
| Documented Coaching | 1 | February 07, 2018 |
| Documented Positive | 3 | October 31, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | 0.18 | 76 | 430.19 | 132 | 325.9 | 325.9 | N |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | 0.26 | 207 | 784.42 | 277 | 283.18 | 283.18 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 31, 2018, 5:00:00 AM | 283 | 0 | 642 | 300.31 | 300.31 | N |
| October 24, 2018, 5:00:00 AM | 717 | 2 | 319 | 173.53 | 173.53 | N |
| October 17, 2018, 5:00:00 AM | 9467 | 32 | 293 | 149.24 | 149.24 | N |
| October 10, 2018, 5:00:00 AM | 3124 | 13 | 248 | 139.76 | 139.76 | Y |
| October 03, 2018, 5:00:00 AM | 4812 | 17 | 287 | 154.23 | 154.23 | N |
| September 26, 2018, 5:00:00 AM | 10318 | 38 | 270 | 141.52 | 141.52 | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████                **Date:** November 08, 2018, 7:59:08 PM

**Manager Signature:** Acknowledged by Patel,Binal (BadgeID: 0086381)                **Date:** November 08, 2018, 7:59:08 PM

Acknowledged by associate on November 01, 2018, 9:44:32 PM - Delivered by Dortch,Jasmine (dortchj)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Kyei,Robert (NN2-1800)
**Created On:** November 01, 2018, 9:44:32 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | March 21, 2018 |
| Documented Positive | 2 | October 24, 2018 |
| Documented Coaching | 1 | February 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | 1.39 | 330 | 237.22 | 132 | 179.71 | 179.71 | N |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | 0.85 | 387 | 452.78 | 277 | 163.46 | 163.46 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 24, 2018, 5:00:00 AM | 717 | 2 | 319 | 173.53 | 173.53 | N |
| October 17, 2018, 5:00:00 AM | 9467 | 32 | 293 | 149.24 | 149.24 | N |
| October 10, 2018, 5:00:00 AM | 3124 | 13 | 248 | 139.76 | 139.76 | Y |
| October 03, 2018, 5:00:00 AM | 4812 | 17 | 287 | 154.23 | 154.23 | N |
| September 26, 2018, 5:00:00 AM | 10318 | 38 | 270 | 141.52 | 141.52 | Y |
| September 19, 2018, 5:00:00 AM | 7611 | 27 | 280 | 141.01 | 141.01 | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** November 01, 2018, 9:44:32 PM

**Manager Signature:** Acknowledged by Dortch,Jasmine (BadgeID: 11206723)          **Date:** November 01, 2018, 9:44:32 PM

Acknowledged by associate on October 26, 2018, 12:25:55 AM - Delivered by Dortch,Jasmine (dortchj)





# Supportive Feedback Document
# Productivity - Documented Positive

**Associate Name:** ███████████████

**Manager Name:** Kyei,Robert (NN2-1800)

**Created On:** October 26, 2018, 12:25:55 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | October 10, 2018 |
| Documented Coaching | 1 | February 07, 2018 |
| Verbal Coaching | 2 | March 21, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 16.84 | 3311 | 196.6 | 132 | 148.94 | 148.94 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 13.63 | 5888 | 431.91 | 277 | 155.92 | 155.92 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 1.31 | 146 | 111.17 | 109 | 101.99 | 101.99 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.5 | 122 | 243.05 | 240 | 101.27 | 101.27 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 17, 2018, 5:00:00 AM | 9467 | 32 | 293 | 149.24 | 149.24 | N |
| October 10, 2018, 5:00:00 AM | 3124 | 13 | 248 | 139.76 | 139.76 | Y |
| October 03, 2018, 5:00:00 AM | 4812 | 17 | 287 | 154.23 | 154.23 | N |
| September 26, 2018, 5:00:00 AM | 10318 | 38 | 270 | 141.52 | 141.52 | Y |
| September 19, 2018, 5:00:00 AM | 7611 | 27 | 280 | 141.01 | 141.01 | Y |
| September 12, 2018, 5:00:00 AM | 9808 | 35 | 281 | 141.43 | 141.43 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████          **Date:** October 26, 2018, 12:25:55 AM

**Manager Signature:** Acknowledged by Dortch,Jasmine (BadgeID: 11206723)          **Date:** October 26, 2018, 12:25:55 AM

AMZ-BRY000434

Acknowledged by associate on October 11, 2018, 8:09:56 PM - Delivered by Dortch,Jasmine (dortchj)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ████████████
**Manager Name:** Kyei,Robert (NN2-1800)
**Created On:** October 11, 2018, 8:09:56 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | March 21, 2018 |
| Documented Coaching | 1 | February 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 9.61 | 2018 | 210.03 | 132 | 159.12 | 159.12 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 6.45 | 2678 | 415.41 | 277 | 149.97 | 149.97 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.54 | 79 | 147.43 | 109 | 135.26 | 135.26 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.16 | 37 | 230.85 | 240 | 96.19 | 96.19 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 03, 2018, 5:00:00 AM | 4812 | 17 | 287 | 154.23 | 154.23 | N |
| September 26, 2018, 5:00:00 AM | 10318 | 38 | 270 | 141.52 | 141.52 | Y |
| September 19, 2018, 5:00:00 AM | 7611 | 27 | 280 | 141.01 | 141.01 | Y |
| September 12, 2018, 5:00:00 AM | 9808 | 35 | 281 | 141.43 | 141.43 | Y |
| September 05, 2018, 5:00:00 AM | 10568 | 40 | 265 | 128.85 | 128.85 | Y |
| August 29, 2018, 5:00:00 AM | 9986 | 40 | 250 | 123.69 | 123.69 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████          **Date:** October 11, 2018, 8:09:56 PM

**Manager Signature:** Acknowledged by Dortch,Jasmine (BadgeID: 11206723)          **Date:** October 11, 2018, 8:09:56 PM

Acknowledged by associate on May 11, 2019, 5:12:25 AM - Delivered by Shatir,Reem (reems)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Busby,Diondra (RT884-1)

**Created On:** May 11, 2019, 5:12:25 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 5 | May 01, 2019 |
| Documented Positive | 16 | April 24, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 12.35 | 3199 | 258.87 | 162 | 160.65 | 160.65 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 5 | 11.98 | 5718 | 476.89 | 296 | 161.59 | 161.59 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 0.27 | 53 | 192.72 | 113 | 170.72 | 170.72 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 5 | 0.39 | 179 | 451.57 | 278 | 162.43 | 162.43 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 01, 2019, 5:00:00 AM | 9149 | 25 | 366 | 161.24 | 161.24 | N |
| April 24, 2019, 5:00:00 AM | 7743 | 23 | 341 | 151.67 | 151.67 | N |
| April 17, 2019, 5:00:00 AM | 10525 | 32 | 333 | 158.68 | 158.68 | N |
| April 10, 2019, 5:00:00 AM | 15391 | 55 | 278 | 131.6 | 131.6 | N |
| April 03, 2019, 5:00:00 AM | 9251 | 28 | 326 | 151.27 | 151.27 | N |
| March 27, 2019, 5:00:00 AM | 8795 | 26 | 336 | 148.28 | 148.28 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████     **Date:** May 11, 2019, 5:12:25 AM

**Manager Signature:** Acknowledged by Shatir,Reem (BadgeID: 11118834)     **Date:** May 11, 2019, 5:12:25 AM

Acknowledged by associate on February 08, 2018, 7:34:58 PM - Delivered by Tubbs,Matthew (tubbm)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████████████
**Manager Name:** Jordan,Brian (NN2-1800)
**Created On:** February 08, 2018, 7:34:58 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 31, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 9.36 | 999 | 106.69 | 128 | 83.35 | 92.62 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 12.47 | 1358 | 108.94 | 128 | 85.11 | 85.11 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 5.81 | 1393 | 239.86 | 237 | 101.21 | 112.45 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 12.15 | 2722 | 223.95 | 237 | 94.49 | 94.49 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.22 | 33 | 147.76 | 93 | 158.88 | 176.54 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 0.02 | 3 | 122.73 | 93 | 131.96 | 131.96 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 3 | 0.07 | 6 | 80.3 | 192 | 41.82 | 46.47 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 31, 2018, 5:00:00 AM | 6514 | 40 | 162 | 90.23 | 94.13 | N |
| January 24, 2018, 5:00:00 AM | 5645 | 41 | 139 | 87.53 | 99.44 | N |
| January 17, 2018, 5:00:00 AM | 3733 | 25 | 151 | 93.78 | 110.33 | N |
| January 10, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| January 03, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

███ did not sign in when arriving at station. Showed ███ how signing in then arranging the sled is better because of down time. ███ was also grabbing items first. Went over filling the face. ███ was not using both ends of the strap slowing him down. went over hand technique and usage of the strap.

**Associate Signature:** Acknowledged by ████████████████        **Date:** February 08, 2018, 7:34:58 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)     **Date:** February 08, 2018, 7:34:58 PM

AMZ-BRY000438

Acknowledged by associate on October 26, 2018, 12:27:15 AM - Delivered by Dortch,Jasmine (dortchj)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Kyei,Robert (NN2-1800)
**Created On:** October 26, 2018, 12:27:15 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 17, 2018, 5:00:00 AM |
| Second Written | 1 | January 24, 2018, 5:00:00 AM |
| Documented Positive | 1 | April 25, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 9477 | 200 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| October 17, 2018 | 9477 | 0 | 0 | 100 | No |
| October 10, 2018 | 3231 | 10 | 3095.01 | -462.74 | Yes |
| October 03, 2018 | 4719 | 20 | 4238.18 | -670.58 | Yes |
| September 26, 2018 | 10349 | 4 | 386.51 | 29.72 | Yes |
| September 19, 2018 | 7628 | 7 | 917.67 | -66.85 | Yes |
| September 12, 2018 | 9816 | 8 | 814.99 | -48.19 | Yes |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████        **Date:** October 26, 2018, 12:27:15 AM

**Manager Signature:** Acknowledged by Dortch,Jasmine (BadgeID: 11206723)        **Date:** October 26, 2018, 12:27:15 AM

Acknowledged by associate on April 26, 2018, 6:13:22 PM - Delivered by Kyei,Robert (kyei)



# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Kyei,Robert (NN2-1800)

**Created On:** April 26, 2018, 6:13:22 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | January 24, 2018, 5:00:00 AM |
| First Written | 1 | January 17, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | - | 0 | 9205 | 1000 |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 18, 2018 | 9205 | 0 | 0 | 100 | No |
| April 11, 2018 | 7872 | 1 | 127.03 | 87.29 | Yes |
| April 04, 2018 | 7144 | 1 | 139.97 | 86 | Yes |
| March 28, 2018 | 8124 | 6 | 738.55 | 26.14 | Yes |
| March 21, 2018 | 7243 | 2 | 276.12 | 72.38 | Yes |
| March 14, 2018 | 7121 | 4 | 561.71 | 43.82 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████         **Date:** April 26, 2018, 6:13:22 PM

**Manager Signature:** Acknowledged by Kyei,Robert (BadgeID: 12070911)         **Date:** April 26, 2018, 6:13:22 PM

Acknowledged by associate on January 26, 2018, 3:09:47 AM - Delivered by Roach,Raymond Vincent (roaraymo)



# Supportive Feedback Document
# Quality - Second Written



**Associate Name:** ████████████████

**Manager Name:** Jordan,Brian James (NN2-1800)

**Created On:** January 26, 2018, 3:09:47 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 17, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | 7 | 6090 | 1000 |
| Stow | Shortage | 8 | 6090 | 1000 |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| January 22, 2018, 4:25:48 AM | Stow | Shortage | **Location Id:**<br>tsX0510y2f9<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.0170dd0b-403f-4d2d-b975-ca03348b5095.ed6f7490-ed2d-4138-8132-fabc2c176642.0.ZZVNUKZVZ5<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-7-A638F130.394965ef-c5aa-49af-b0c3-6fd4b816886a]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZVNUKZVZ5<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-7-A638F130] |
| January 22, 2018, 2:34:37 AM | Stow | Overage | **Location Id:**<br>tsX01befh1z<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.1640fa4a-6fab-4bd9-8198-9ab54f36cbef.0.ZZW3BK7YWB<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-9-A082N378.44627dea-f9c3-46c8-8c31-6ff5128be6e1]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZW3BK7YWB |

AMZ-BRY000441

| | | | |
|---|---|---|---|
| | | | **Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-9-A082N378] |
| January 21, 2018, 7:25:06 PM | Stow | Overage | **Location Id:**<br>csXP24VTHSf<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.6b18877f-c526-4c52-9e7c-17c72cac39dc.0.ZZY20PHBXN<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-7-A902N999.ae9b4375-87b9-42fb-ac69-7300f57cda4d]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZY20PHBXN<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-7-A902N999] |
| January 21, 2018, 1:55:50 AM | Stow | Overage | **Location Id:**<br>csXP23zjJmW<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.c633e6cc-724c-4993-a16d-1e69d75bccad.0.ZZXQ7R7RI5<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-5-B294A002.ffc6c863-3182-46b3-83d7-58ada091855a]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZXQ7R7RI5<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-5-B294A002] |
| January 20, 2018, 7:26:58 PM | Stow | Overage | **Location Id:**<br>csXP242fkNf<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.c7721690-c301-4cdc-96b8-38142d60f72e.0.ZZW14MK7JF<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-7-A997N245.16e59476-bc69-4da5-9f37-46b22c6d0752]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZW14MK7JF<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-7-A997N245] |
| | | | **Location Id:**<br>tsX05dtc8et<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.13489c15-e1ce-4c08-a0b8-797da8bd4071.8b476a61-898b-4e26-b039-00f76a565621.0.X001IXW8SL<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage |

| January 20, 2018, 2:02:02 AM | Stow | Shortage | **Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-9-A100H444.2dd945f7-1e69-4742-89b2-8feaf1bf551b, amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-5-A182K378.b70583c8-eab4-4c3f-8bb8-fd7a4aea9bfd]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>X001IXW8SL<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-9-A100H444] |
| January 20, 2018, 1:41:10 AM | Stow | Overage | **Location Id:**<br>tsX036aq8at<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.19e2fa16-114c-45e6-8211-ee60087d5d25.0.X001NX92NZ<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-5-A182K377.e56d8d38-f28e-483a-8997-87fbf938c97b, amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-5-A203K380.f321aa2c-882f-4c6e-83db-f07cb9a1cdd6]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>X001NX92NZ<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-5-A182K377] |
| January 20, 2018, 1:20:29 AM | Stow | Shortage | **Location Id:**<br>tsX01q54dg3<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.36a237c6-5b1c-4678-9dbb-d6ccaecb4c9c.f06574a5-59d1-4287-8072-23f30a773081.0.X000ZDTAI1<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A251P679.4bc289d7-4af0-43d7-be55-5a1625207f67]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>X000ZDTAI1<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-8-A251P679] |
| January 19, 2018, 11:55:42 PM | Stow | Overage | **Location Id:**<br>tsX02rjxwzm<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.4eec6d52-280f-40f8-a403-73b58fa5414a.0.X001MG3GKD<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A023P700.5f8ca6ec-0d15-47db-9332-d76e4ab76197]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>X001MG3GKD<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-8-A023P700] |

AMZ-BRY000443

| | | | |
|---|---|---|---|
| January 19, 2018, 10:26:39 PM | Stow | Shortage | **Location Id:**<br>csXP23dqNMC<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.a03c63ed-4df7-41f9-b407-6f88ef63ba66.49ee7cb9-ee0c-42e7-85c9-86701f5d855b.0.ZZXSQK4Zl1<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-6-A699F235.aab2b5c4-7ff6-4e3d-907f-f6e30ac02049]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZXSQK4Zl1<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-6-A699F235] |
| January 19, 2018, 4:05:36 AM | Stow | Shortage | **Location Id:**<br>csXP23zgSgB<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.7c19d364-8135-41c4-95ee-30b62079eb05.adde77e1-0a17-4371-875e-8f8974ea2b9c.1.X001NIMH37<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A903W369.63458b72-bbe6-4684-b070-e6cb7ae1d968,<br>amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A985V688.84548368-dee2-4bc4-a2f6-c97a7ab8559f]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>X001NIMH37<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-8-A903W369] |
| January 19, 2018, 4:05:36 AM | Stow | Shortage | **Location Id:**<br>csXP23zgSgB<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.7c19d364-8135-41c4-95ee-30b62079eb05.adde77e1-0a17-4371-875e-8f8974ea2b9c.1.X001NIMH37<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-9-A399W578.b22f538c-9bb6-4865-8c13-05f7060f9bee,<br>amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A903W369.63458b72-bbe6-4684-b070-e6cb7ae1d968,<br>amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-9-A977V254.7e4ec79b-dddf-4e2e-b92e-b0cd42d08670,<br>amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A985V688.84548368-dee2-4bc4-a2f6-c97a7ab8559f]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>X001NIMH37<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-9-A399W578] |
| January 18, | | | **Location Id:**<br>csXP24Ry6Pj<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.2b8f6695-55e9-4027-b265-0d53e3586b3b.29a29c27-ba3a-4ded-b397-bef57985b252.0.ZZY1USLBF5<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-7-A331J498.392910d5-206e-4db0-914e-e6744bf5584a,<br>amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A698N908.0ce41617-1c06-4c59-8257-f2b2e3b34f31, |

AMZ-BRY000444

| 2018, 10:22:29 PM | Stow | Shortage | amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-7-A331J496.abb1c732-99e6-4b65-9698-322950d07475, amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-5-A624P909.f60003ec-5cc1-499d-ac46-3e382d8ce497, amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-5-A624P906.9020be20-7d09-448a-ab86-1252dd2ad8b6] **Quantity:** 1.0 **Fc Sku:** ZZY1USLBF5 **Application Name:** AFTWatsonService **Found Location List:** [P-7-A331J498] |

---

**Location Id:**
csXP23qntKI

**Problem Id:**
amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.0baa5cd8-41fd-4e9d-aade-d2732c8b77d4.0.ZZW9RA3QC1

**Reported In Process Path:**
Stow

**Raw Error Type:**
Overage

**Bin Count Result Id List:**
[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-5-A997N547.fd2f2517-c6f1-4ed1-a930-0b1811d8e307]

**Quantity:**
1.0

**Fc Sku:**
ZZW9RA3QC1

**Application Name:**
AFTWatsonService

**Found Location List:**
[P-5-A997N547]

(Row: January 18, 2018, 9:56:47 PM | Stow | Overage)

---

**Location Id:**
csXP24RfW2L

**Problem Id:**
amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.b062fe03-3767-45b6-bbf9-5210c933f42b.12214be1-8019-4b8b-bc31-4a40b5275471.0.X0017BBQZ5

**Reported In Process Path:**
Stow

**Raw Error Type:**
Shortage

**Bin Count Result Id List:**
[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-7-A827M692.1ff3bc85-e112-4ceb-9689-3cab874838c0]

**Quantity:**
1.0

**Fc Sku:**
X0017BBQZ5

**Application Name:**
AFTWatsonService

**Found Location List:**
[P-7-A827M692]

(Row: January 18, 2018, 7:19:20 PM | Stow | Shortage)

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 17, 2018 | 6090 | 15 | 2463.05 | -146.31 | No |
| January 10, 2018 | 2964 | 6 | 2024.29 | -102.43 | No |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

AMZ-BRY000445

**Associate Signature:** Acknowledged by █████████████████████      **Date:** January 26, 2018, 3:09:47 AM

**Manager Signature:** Acknowledged by Roach,Raymond Vincent (BadgeID: 12266532)      **Date:** January 26, 2018, 3:09:47 AM

AMZ-BRY000446

Acknowledged by associate on January 19, 2018, 7:20:42 PM - Delivered by Jordan,Brian James (briajor)





# Supportive Feedback Document
# Quality - First Written

**Associate Name:** ███████████████
**Manager Name:** Jordan,Brian James (NN2-1800)
**Created On:** January 19, 2018, 7:20:42 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|--------------|-----------|-------------------|-----------------|----------------|
| Stow | Overage | 3 | 2964 | 1000 |
| Stow | Shortage | 3 | 2964 | 1000 |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|--------------|-----------|---------|
| January 15, 2018, 1:53:31 AM | Stow | Overage | **Location Id:**<br>csXP24CKXyp<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.66a5c554-2a58-477d-9223-0a6ec57eef9b.0.ZZWDRT0B3Z<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A747J562.3e9e77d2-54f6-4097-8b4c-72528aa00699, amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A817J200.03ea5deb-0171-4a46-b572-aa4e7b8abc48, amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-8-A868J471.bcf2aada-a2b4-41b9-9c32-3ee47750f34f]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZWDRT0B3Z<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-8-A747J562] |
| January 15, 2018, 1:39:38 AM | Stow | Overage | **Location Id:**<br>csXP23q3fGV<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.333e746b-0c45-47fb-bcef-29b88a450681.0.X001N0PZX9<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-9-A754N281.0377dda1-24b0-4cbf-b99b-d788cbb55d00]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>X001N0PZX9 |

AMZ-BRY000447

| | | | |
|---|---|---|---|
| | | | **Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-9-A754N281] |
| January 14, 2018, 8:43:10 PM | Stow | Overage | **Location Id:**<br>csXP249KmRB<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.4b93c821-6573-4793-8c84-7c2d7800c551.0.ZZW25WW5X9<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Overage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-6-A532H920.21f3666e-bd01-4d7d-8d4d-305ada7da247]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZW25WW5X9<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-6-A532H920] |
| January 14, 2018, 12:38:25 AM | Stow | Shortage | **Location Id:**<br>csXP24RZZQV<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.233a5593-1251-4d8f-9562-d70549105423.0c8633b7-a099-4406-bbd5-41f331dbbbf8.0.ZZXVKOOUYJ<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-9-A139H461.a76ebe47-4fa2-4fc7-964c-de8a86437cc0]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZXVKOOUYJ<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-9-A139H461] |
| January 12, 2018, 9:51:31 PM | Stow | Shortage | **Location Id:**<br>tsX038464ij<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.01848dc9-feab-4eb6-b20c-2fe46c43cd95.2a04c645-cb8d-4063-8960-89f6215c5683.2.ZZW9WHQ5PJ<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-9-A063E112.df6e5c8c-7764-436c-816b-745f48dab2f7]<br><br>**Quantity:**<br>2.0<br><br>**Fc Sku:**<br>ZZW9WHQ5PJ<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-9-A063E112] |
| | | | **Location Id:**<br>tsX01t1yi9m<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.FCStowAppWebsite.7d034afb-a1ed-4634-a785-cc9d8694d35a.24aa23cb-0fe2-4d6e-8b54-b8b13c41dce5.0.ZZWEHRCYZ9<br><br>**Reported In Process Path:**<br>Stow<br><br>**Raw Error Type:**<br>Shortage |

AMZ-BRY000448

| | | | |
|---|---|---|---|
| January 12, 2018, 7:21:04 PM | Stow | Shortage | **Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.EWR9.SIMPLE_RECORD_COUNT.P-6-A232F003.52053821-0dea-4175-86ae-e3e4eee4616c]<br><br>**Quantity:**<br>1.0<br><br>**Fc Sku:**<br>ZZWEHRCYZ9<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-6-A232F003] |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 10, 2018 | 2964 | 6 | 2024.29 | -102.43 | No |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by ███████████████████          **Date:** January 19, 2018, 7:20:42 PM

**Manager Signature:** Acknowledged by Jordan,Brian James (BadgeID: 11059156)          **Date:** January 19, 2018, 7:20:42 PM

AMZ-BRY000449

Acknowledged by associate on April 05, 2019, 12:46:34 AM - Delivered by DiBerardino,Joe (diberj)



# Supportive Feedback Document
# Quality - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** DiBerardino,Joe (RT884-1)
**Created On:** April 05, 2019, 12:46:34 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | October 24, 2018, 5:00:00 AM |
| Verbal Positive | 14 | March 27, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | 3 | 8803 | 650 | 1000 | No |
| Stow | Shortage | 3 | 8803 | 650 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| March 30, 2019, 2:47:26 AM | Stow | Shortage | **Quantity:** 1.0<br>**Location Id:** tsX01wi4n6t<br>**Fc Sku:** X001S93QLD<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-5-B742F253] |
| March 30, 2019, 12:16:06 AM | Stow | Shortage | **Quantity:** 1.0<br>**Location Id:** tsX07g8rtrh<br>**Fc Sku:** X001QXE1VF<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-9-B561S963] |
| March 29, 2019, 9:00:59 PM | Stow | Overage | **Quantity:** 1.0<br>**Location Id:** tsX07g8rtrh<br>**Fc Sku:** X001W6NNFV<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-9-B561S963] |
| March 29, 2019, 4:49:34 AM | Stow | Overage | **Quantity:** 1.0<br>**Location Id:** csXPBDBKHNJ<br>**Fc Sku:** ZZUGLSR3MD<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-7-B698K218] |
| March 29, 2019, 2:34:43 AM | Stow | Shortage | **Quantity:** 1.0<br>**Location Id:** tsX046myktz<br>**Fc Sku:** X000VQBZQH<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-7-B975X950] |
| March 29, 2019, 2:34:31 AM | Stow | Overage | **Quantity:** 1.0<br>**Location Id:** tsX046myktz<br>**Fc Sku:** ZZXWOH624H<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-7-B975X950] |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 27, 2019 | 8803 | 6 | 681.58 | -4.86 | No |
| March 20, 2019 | 9564 | 3 | 313.67 | 51.74 | No |
| March 13, 2019 | 0 | 0 | 0 | 0 | Yes |

| March 06, 2019 | 8737 | 3 | 343.36 | 47.17 | No |
| February 27, 2019 | 3463 | 0 | 0 | 100 | No |
| February 20, 2019 | 0 | 0 | 0 | 0 | Yes |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

█ understands why write up generated.

**Associate Signature:** Acknowledged by ███████████████                          **Date:** April 05, 2019, 12:46:34 AM

**Manager Signature:** Acknowledged by DiBerardino,Joe (BadgeID: 11228579)                          **Date:** April 05, 2019, 12:46:34 AM

AMZ-BRY000451

DocuSign Envelope ID: 5E3BAB91-5D05-4D66-BE7B-9C962685505F

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1. TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2. ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

**3. CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

US CIAA (1269844) NE
Updated February 2017
AMZ-BRY000452

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000453

**5.   INTELLECTUAL PROPERTY.**

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

**6.   DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

**7.   GENERAL PROVISIONS.**

**7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

**AMZ-BRY000454**

**7.2  Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3  Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4  Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5  Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6  Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7  Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8  Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9  Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000455

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**

Signature  *Beth Galetti*

Name:  Beth Galetti

Title:  Vice President, Human Resources

**EMPLOYEE**

Signature: ▮▮▮▮▮▮▮
FFE3FF0A3043412...

Name: ▮▮▮▮▮▮▮

Date: 12/31/2017

US CIAA (1269844) NE
Updated February 2017

**AMZ-BRY000456**

Acknowledged by ██████████████ on 12/31/2017 7:41:53 PM)



CODE OF BUSINESS CONDUCT & ETHICS
ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of Code of Business Conduct and Ethics and FAQs through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or Amazon's Ethics Line immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRV000457



6/23/2019



Dear ▇▇▇▇▇▇▇▇▇▇▇▇▇:

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is June 24, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





AMZ-BRY000458



P.O. BOX 81226, SEATTLE, WA, 98108-1226

12/29/2017

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ▮▮▮▮:

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on January 10, 2018 ("Start Date").  Your salary will be $13.35 per hour, ($27,768.00 annualized based on 2,080 hours per year) and a $1.00 per hour Shift Differential ($2,080.00 annualized based on 2,080 hours per year), payable Bi-weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Restricted Stock Unit Award**

Subject to approval by the Board of Directors of Amazon.com, Inc., you will be granted a restricted stock unit award with respect to 2 shares of Amazon.com, Inc. common stock. Subject to your continued employment with the Company, this award will vest and convert into shares of common stock on the 15th day of the month in which you reach your second anniversary of employment.

Your award will be documented by delivery to you of a Restricted Stock Unit Award Agreement specifying the terms and conditions of the award. You will be eligible for a restricted stock unit grant, based on your performance, in calendar year 2019. Ordinarily this process occurs each April.





DocuSign Envelope ID: 5E3BAB01-5D06-4D66-BE7B-9C062685505F

**Department, Manager and Shift**

Department: 1299010 EWR9 USA FC Receiving(010)
Manager: Brian Jordan
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

**Variable Compensation Pay (VCP)**

If you work in a fulfillment center you may be eligible for Variable Pay, a bonus based upon personal and site performance criteria at your location.

**Benefits**

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

**Preemployment Screening**

This offer is contingent on the successful completion of a background check and drug test.

**Employment at Will**

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

**Confidentiality and Invention Assignment Agreement**

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). The Company's willingness to grant you the restricted stock unit award referred to above is based in significant part on your commitment to fulfill the obligations specified in the Agreement. Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

**Employment Eligibility**

  

AMZ-BRY000460

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

**Additional Provisions**

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

████, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Brian Jordan
Manager II, Operations

**ACCEPTANCE**

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

DocuSigned by:

████████████

FFE3FF9A3943412...

_____          12/31/2017
Signature                                   _____
                                            Date

████████████████





Acknowledged by associate on June 20, 2018, 10:28:00 PM - Delivered by Phelan,Colleen (phelanco)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** June 20, 2018, 10:28:00 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | June 13, 2018, 8:51:43 AM |

## Details of Current Incident/Specific Concerns

In the previous 7 days, Associate ████████ created 10 pieces of Amnesty while working in Stow with a DPMO of 1264 (Threshold of 1,000 ). In order for Amazon to meet our high customer service standards, it is critical for each member of the team to do his/her part to ensure bins are left in an organized and safe condition. You have a vital role in managing the flow of products to our customers by minimizing unnecessary re-work in process (Amnesty, False Shorts, Problem Solve, etc.)

## Areas of Improvement Required by Associate

Amazon expects associates to adhere to established standard operating procedures. Failure to adhere to standard work guidelines includes, but is not limited to, any action that artificially inflates an individual's rate, (i.e. double-scanning, machine-gunning) dishonest behavior, discriminatory work selection that directly or indirectly hinders others' performance (i.e. cherry picking), or circumventing critical steps in the &quot;process/PMV. Failure to meet these expectations and/or future violations of these guidelines or other inappropriate behavior may result in additional discipline, up to and including termination.&quot;

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████          **Date:** June 20, 2018, 10:28:00 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)          **Date:** June 20, 2018, 10:28:00 PM

**AMZ-BRY000635**

Acknowledged by associate on September 21, 2019, 9:14:41 PM - Delivered by Norton,Michael (nortonmi)



# Supportive Feedback Document
# Behavioral - Termination





**Associate Name:** ████████████████████
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** September 21, 2019, 9:14:41 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | November 28, 2018, 7:46:25 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Workplace Harassment policy. On [9/21/2019], you were reported to be in violation of this policy by engaging in unwanted physical contact that was done without consent. Examples of sexual harassment include, but are not limited to, "sexual jokes or use of sexually explicit language" and "sexual comments injected into business communications." Sexual harassment may be overt or subtle. Behavior that may be acceptable in a social setting may not be appropriate in the workplace.

## Areas of Improvement Required by Associate

Amazon.com is committed to providing a safe and harassment free workplace environment. Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Harassment policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ████████████████████       **Date:** September 21, 2019, 9:14:41 PM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)       **Date:** September 21, 2019, 9:14:41 PM

**AMZ-BRY000636**

Acknowledged by associate on August 14, 2019, 11:26:50 AM - Delivered by Norton,Michael (nortonmi)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** August 14, 2019, 11:26:50 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 48 | August 07, 2019 |
| Verbal Positive | 4 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 3.88 | 928 | 239.14 | 132 | 181.16 | 181.16 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 5 | 3.03 | 1397 | 459.62 | 283 | 162.41 | 162.41 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 0.22 | 37 | 161.65 | 85 | 190.17 | 190.17 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 5 | 0.21 | 30 | 136.88 | 245 | 55.87 | 55.87 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 07, 2019, 5:00:00 AM | 2392 | 7 | 325 | 169.98 | 169.98 | N |
| July 31, 2019, 5:00:00 AM | 1411 | 5 | 277 | 160.94 | 160.94 | N |
| July 24, 2019, 5:00:00 AM | 2526 | 6 | 440 | 198.22 | 198.22 | N |
| July 17, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |
| July 10, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |
| July 03, 2019, 5:00:00 AM | 7601 | 19 | 398 | 175.07 | 175.07 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** August 14, 2019, 11:26:50 AM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)          **Date:** August 14, 2019, 11:26:50 AM

AMZ-BRY000637

Acknowledged by associate on August 08, 2019, 9:08:19 PM - Delivered by Norton,Michael (nortonmi)



**Supportive Feedback Document
Productivity - Documented Positive**





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** August 08, 2019, 9:08:19 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 48 | July 31, 2019 |
| Verbal Positive | 4 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 4 | 3.77 | 794 | 210.05 | 132 | 159.13 | 159.13 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 4 | 1.31 | 616 | 469.13 | 283 | 165.77 | 165.77 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 4 | 0 | 1 | 239.99 | 85 | 282.35 | 282.35 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 31, 2019, 5:00:00 AM | 1411 | 5 | 277 | 160.94 | 160.94 | N |
| July 24, 2019, 5:00:00 AM | 2526 | 6 | 440 | 198.22 | 198.22 | N |
| July 17, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 10, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 03, 2019, 5:00:00 AM | 7601 | 19 | 398 | 175.07 | 175.07 | N |
| June 26, 2019, 5:00:00 AM | 4582 | 12 | 377 | 165.63 | 174.1 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮     **Date:** August 08, 2019, 9:08:19 PM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)     **Date:** August 08, 2019, 9:08:19 PM

AMZ-BRY000638

Acknowledged by associate on August 02, 2019, 2:13:57 AM - Delivered by Norton,Michael (nortonmi)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** <span style="background:black">       </span>
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** August 02, 2019, 2:13:57 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 48 | July 10, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 4 | 1.2 | 403 | 333.82 | 132 | 252.89 | 252.89 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 4 | 1.05 | 622 | 590.97 | 283 | 208.82 | 208.82 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 4 | 0.01 | 1 | 65.45 | 85 | 77 | 77 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 4 | 3.46 | 1500 | 432.44 | 245 | 176.51 | 176.51 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 24, 2019, 5:00:00 AM | 2526 | 6 | 440 | 198.22 | 198.22 | N |
| July 17, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 10, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 03, 2019, 5:00:00 AM | 7601 | 19 | 398 | 175.07 | 175.07 | N |
| June 26, 2019, 5:00:00 AM | 4582 | 12 | 377 | 165.63 | 174.1 | N |
| June 19, 2019, 5:00:00 AM | 2920 | 8 | 360 | 166.06 | 184.52 | N |

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by <span style="background:black">      </span>          **Date:** August 02, 2019, 2:13:57 AM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)          **Date:** August 02, 2019, 2:13:57 AM

Acknowledged by associate on July 12, 2019, 1:48:11 AM - Delivered by Norton,Michael (nortonmi)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ████████████████
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** July 12, 2019, 1:48:11 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 50 | July 03, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 4 | 10.22 | 2603 | 254.63 | 165 | 154.32 | 154.32 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 4 | 7.44 | 4590 | 616.29 | 302 | 204.06 | 204.06 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 4 | 0.86 | 202 | 233.52 | 115 | 203.06 | 203.06 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 4 | 0.58 | 206 | 352.97 | 278 | 126.96 | 126.96 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 03, 2019, 5:00:00 AM | 7601 | 19 | 398 | 175.07 | 175.07 | N |
| June 26, 2019, 5:00:00 AM | 4582 | 12 | 377 | 165.63 | 174.1 | N |
| June 19, 2019, 5:00:00 AM | 2920 | 8 | 360 | 166.06 | 184.52 | N |
| June 12, 2019, 5:00:00 AM | 8434 | 21 | 394 | 176.55 | 196.16 | N |
| June 05, 2019, 5:00:00 AM | 14456 | 44 | 329 | 156.18 | 183.75 | N |
| May 29, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** July 12, 2019, 1:48:11 AM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)          **Date:** July 12, 2019, 1:48:11 AM

AMZ-BRY000640

Acknowledged by associate on July 06, 2019, 1:01:21 AM - Delivered by Norton,Michael (nortonmi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** July 06, 2019, 1:01:21 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 50 | June 26, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 3 | 4.61 | 1156 | 250.57 | 165 | 151.86 | 168.73 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 4 | 2.38 | 649 | 271.76 | 165 | 164.7 | 164.7 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 3 | 1.36 | 683 | 498.54 | 302 | 165.07 | 183.42 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 4 | 3.78 | 2094 | 553.27 | 302 | 183.2 | 183.2 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 26, 2019, 5:00:00 AM | 4582 | 12 | 377 | 165.63 | 174.1 | N |
| June 19, 2019, 5:00:00 AM | 2920 | 8 | 360 | 166.06 | 184.52 | N |
| June 12, 2019, 5:00:00 AM | 8434 | 21 | 394 | 176.55 | 196.16 | N |
| June 05, 2019, 5:00:00 AM | 14456 | 44 | 329 | 156.18 | 183.75 | N |
| May 29, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 22, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████     **Date:** July 06, 2019, 1:01:21 AM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)     **Date:** July 06, 2019, 1:01:21 AM

AMZ-BRY000641

Acknowledged by associate on June 27, 2019, 10:15:38 PM - Delivered by Norton,Michael (nortonmi)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▉▉▉▉▉▉▉▉▉▉
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** June 27, 2019, 10:15:38 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 50 | June 19, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 3 | 5.15 | 1360 | 264.04 | 165 | 160.02 | 177.81 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 3 | 2.7 | 1539 | 569.29 | 302 | 188.5 | 209.45 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 3 | 0.14 | 8 | 54.75 | 115 | 47.61 | 52.9 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 3 | 0.1 | 13 | 127.52 | 278 | 45.87 | 50.96 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 19, 2019, 5:00:00 AM | 2920 | 8 | 360 | 166.06 | 184.52 | N |
| June 12, 2019, 5:00:00 AM | 8434 | 21 | 394 | 176.55 | 196.16 | N |
| June 05, 2019, 5:00:00 AM | 14456 | 44 | 329 | 156.18 | 183.75 | N |
| May 29, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 22, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉▉▉▉          **Date:** June 27, 2019, 10:15:38 PM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)          **Date:** June 27, 2019, 10:15:38 PM

AMZ-BRY000642

Acknowledged by associate on June 21, 2019, 9:05:03 PM - Delivered by Norton,Michael (nortonmi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Norton,Michael (RT884-4)
**Created On:** June 21, 2019, 9:05:03 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 50 | June 12, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 3 | 11.26 | 3211 | 285.11 | 165 | 172.79 | 191.99 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 3 | 8.84 | 4909 | 554.88 | 302 | 183.73 | 204.15 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 3 | 0.96 | 179 | 185.75 | 115 | 161.53 | 179.47 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 3 | 0.31 | 135 | 430.85 | 278 | 154.98 | 172.2 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 12, 2019, 5:00:00 AM | 8434 | 21 | 394 | 176.55 | 196.16 | N |
| June 05, 2019, 5:00:00 AM | 14456 | 44 | 329 | 156.18 | 183.75 | N |
| May 29, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 22, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████          **Date:** June 21, 2019, 9:05:03 PM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)          **Date:** June 21, 2019, 9:05:03 PM

AMZ-BRY000643

Acknowledged by associate on June 15, 2019, 8:04:14 PM - Delivered by Norton,Michael (nortonmi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████████

**Manager Name:** Norton,Michael (RT884-4)

**Created On:** June 15, 2019, 8:04:14 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 50 | May 15, 2019 |
| Verbal Positive | 4 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 2 | 19.79 | 4751 | 240.01 | 165 | 145.46 | 171.13 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 2 | 15.43 | 7443 | 482.28 | 302 | 159.69 | 187.87 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 2 | 6.02 | 1367 | 226.76 | 115 | 197.18 | 231.98 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 2 | 2.63 | 895 | 340.19 | 278 | 122.37 | 143.96 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 05, 2019, 5:00:00 AM | 14456 | 44 | 329 | 156.18 | 183.75 | N |
| May 29, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 22, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████████          **Date:** June 15, 2019, 8:04:14 PM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)          **Date:** June 15, 2019, 8:04:14 PM

AMZ-BRY000644

Acknowledged by associate on May 25, 2019, 8:32:49 PM - Delivered by Norton,Michael (nortonmi)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ████████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** May 25, 2019, 8:32:49 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 49 | May 08, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 17.47 | 4136 | 236.71 | 168 | 140.9 | 140.9 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.45 | 3462 | 464.4 | 328 | 141.58 | 141.58 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.14 | 45 | 307.98 | 163 | 188.94 | 188.94 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.06 | 30 | 446.28 | 330 | 135.23 | 135.23 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 08, 2019, 5:00:00 AM | 7673 | 25 | 305 | 141.37 | 141.37 | N |
| May 01, 2019, 5:00:00 AM | 6738 | 17 | 390 | 161.06 | 161.06 | N |
| April 24, 2019, 5:00:00 AM | 5886 | 16 | 367 | 165.32 | 165.32 | N |
| April 17, 2019, 5:00:00 AM | 11493 | 34 | 336 | 137.79 | 137.79 | N |
| April 10, 2019, 5:00:00 AM | 8347 | 26 | 326 | 135.56 | 135.56 | N |
| April 03, 2019, 5:00:00 AM | 10089 | 29 | 348 | 146.15 | 146.15 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████                    **Date:** May 25, 2019, 8:32:49 PM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)                    **Date:** May 25, 2019, 8:32:49 PM

Acknowledged by associate on May 09, 2019, 6:27:28 PM - Delivered by Malone,Sade (sadmalon)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** May 09, 2019, 6:27:28 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 48 | May 01, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 8.97 | 2440 | 272 | 168 | 161.9 | 161.9 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.97 | 4160 | 521.46 | 328 | 158.98 | 158.98 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.19 | 67 | 344.57 | 163 | 211.39 | 211.39 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.13 | 71 | 515.32 | 330 | 156.15 | 156.15 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 01, 2019, 5:00:00 AM | 6738 | 17 | 390 | 161.06 | 161.06 | N |
| April 24, 2019, 5:00:00 AM | 5886 | 16 | 367 | 165.32 | 165.32 | N |
| April 17, 2019, 5:00:00 AM | 11493 | 34 | 336 | 137.79 | 137.79 | N |
| April 10, 2019, 5:00:00 AM | 8347 | 26 | 326 | 135.56 | 135.56 | N |
| April 03, 2019, 5:00:00 AM | 10089 | 29 | 348 | 146.15 | 146.15 | N |
| March 27, 2019, 5:00:00 AM | 10455 | 34 | 308 | 134.84 | 134.84 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** May 09, 2019, 6:27:28 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)          **Date:** May 09, 2019, 6:27:28 PM

AMZ-BRY000646

Acknowledged by associate on May 02, 2019, 8:30:20 PM - Delivered by Malone,Sade (sadmalon)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** May 02, 2019, 8:30:20 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 47 | April 24, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 9.83 | 2791 | 283.66 | 168 | 168.84 | 168.84 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.48 | 2829 | 515.37 | 328 | 157.12 | 157.12 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.44 | 149 | 338.2 | 163 | 207.49 | 207.49 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.26 | 117 | 442.9 | 330 | 134.21 | 134.21 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 24, 2019, 5:00:00 AM | 5886 | 16 | 367 | 165.32 | 165.32 | N |
| April 17, 2019, 5:00:00 AM | 11493 | 34 | 336 | 137.79 | 137.79 | N |
| April 10, 2019, 5:00:00 AM | 8347 | 26 | 326 | 135.56 | 135.56 | N |
| April 03, 2019, 5:00:00 AM | 10089 | 29 | 348 | 146.15 | 146.15 | N |
| March 27, 2019, 5:00:00 AM | 10455 | 34 | 308 | 134.84 | 134.84 | N |
| March 20, 2019, 5:00:00 AM | 7604 | 26 | 290 | 136.44 | 136.44 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████            **Date:** May 02, 2019, 8:30:20 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)            **Date:** May 02, 2019, 8:30:20 PM

Acknowledged by associate on April 25, 2019, 8:36:50 PM - Delivered by Malone,Sade (sadmalon)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** April 25, 2019, 8:36:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 46 | April 17, 2019 |
| Verbal Positive | 4 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 16.97 | 4146 | 244.28 | 168 | 145.41 | 145.41 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 17 | 7264 | 427.16 | 328 | 130.23 | 130.23 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.12 | 34 | 262.09 | 163 | 160.79 | 160.79 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.13 | 49 | 362.21 | 330 | 109.76 | 109.76 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 17, 2019, 5:00:00 AM | 11493 | 34 | 336 | 137.79 | 137.79 | N |
| April 10, 2019, 5:00:00 AM | 8347 | 26 | 326 | 135.56 | 135.56 | N |
| April 03, 2019, 5:00:00 AM | 10089 | 29 | 348 | 146.15 | 146.15 | N |
| March 27, 2019, 5:00:00 AM | 10455 | 34 | 308 | 134.84 | 134.84 | N |
| March 20, 2019, 5:00:00 AM | 7604 | 26 | 290 | 136.44 | 136.44 | N |
| March 13, 2019, 5:00:00 AM | 9608 | 29 | 327 | 145.89 | 145.89 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████████     **Date:** April 25, 2019, 8:36:50 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)     **Date:** April 25, 2019, 8:36:50 PM

AMZ-BRY000648

Acknowledged by associate on April 19, 2019, 2:17:44 AM - Delivered by Raslan,Farah (rasfarah)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** April 19, 2019, 2:17:44 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 45 | April 10, 2019 |
| Verbal Positive | 4 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 13.48 | 3101 | 230.02 | 168 | 136.91 | 136.91 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 11.38 | 5078 | 446.19 | 328 | 136.03 | 136.03 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.42 | 86 | 203.01 | 163 | 124.54 | 124.54 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.32 | 82 | 254.04 | 330 | 76.98 | 76.98 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 10, 2019, 5:00:00 AM | 8347 | 26 | 326 | 135.56 | 135.56 | N |
| April 03, 2019, 5:00:00 AM | 10089 | 29 | 348 | 146.15 | 146.15 | N |
| March 27, 2019, 5:00:00 AM | 10455 | 34 | 308 | 134.84 | 134.84 | N |
| March 20, 2019, 5:00:00 AM | 7604 | 26 | 290 | 136.44 | 136.44 | N |
| March 13, 2019, 5:00:00 AM | 9608 | 29 | 327 | 145.89 | 145.89 | N |
| March 06, 2019, 5:00:00 AM | 4050 | 12 | 342 | 149.28 | 149.28 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████████        **Date:** April 19, 2019, 2:17:44 AM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)        **Date:** April 19, 2019, 2:17:44 AM

Acknowledged by associate on April 11, 2019, 10:01:35 PM - Delivered by Malone,Sade (sadmalon)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** April 11, 2019, 10:01:35 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | March 27, 2019 |
| Documented Positive | 44 | April 03, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 16.31 | 3950 | 242.09 | 168 | 144.1 | 144.1 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 12.38 | 6084 | 491.15 | 328 | 149.74 | 149.74 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.2 | 33 | 160.54 | 163 | 98.49 | 98.49 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.05 | 22 | 410.36 | 330 | 124.35 | 124.35 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 03, 2019, 5:00:00 AM | 10089 | 29 | 348 | 146.15 | 146.15 | N |
| March 27, 2019, 5:00:00 AM | 10455 | 34 | 308 | 134.84 | 134.84 | N |
| March 20, 2019, 5:00:00 AM | 7604 | 26 | 290 | 136.44 | 136.44 | N |
| March 13, 2019, 5:00:00 AM | 9608 | 29 | 327 | 145.89 | 145.89 | N |
| March 06, 2019, 5:00:00 AM | 4050 | 12 | 342 | 149.28 | 149.28 | N |
| February 27, 2019, 5:00:00 AM | 13149 | 31 | 421 | 184.71 | 184.71 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████         **Date:** April 11, 2019, 10:01:35 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)         **Date:** April 11, 2019, 10:01:35 PM

Acknowledged by associate on April 05, 2019, 12:32:42 AM - Delivered by Raslan,Farah (rasfarah)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ██████████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** April 05, 2019, 12:32:42 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 43 | March 20, 2019 |
| Verbal Positive | 4 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 20.51 | 4670 | 227.67 | 168 | 135.51 | 135.51 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 12.34 | 5665 | 459.04 | 328 | 139.95 | 139.95 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.85 | 91 | 105.98 | 163 | 65.02 | 65.02 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.19 | 29 | 151.3 | 330 | 45.84 | 45.84 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 27, 2019, 5:00:00 AM | 10455 | 34 | 308 | 134.84 | 134.84 | N |
| March 20, 2019, 5:00:00 AM | 7604 | 26 | 290 | 136.44 | 136.44 | N |
| March 13, 2019, 5:00:00 AM | 9608 | 29 | 327 | 145.89 | 145.89 | N |
| March 06, 2019, 5:00:00 AM | 4050 | 12 | 342 | 149.28 | 149.28 | N |
| February 27, 2019, 5:00:00 AM | 13149 | 31 | 421 | 184.71 | 184.71 | N |
| February 20, 2019, 5:00:00 AM | 9422 | 23 | 402 | 178.98 | 178.98 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████     **Date:** April 05, 2019, 12:32:42 AM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)     **Date:** April 05, 2019, 12:32:42 AM

AMZ-BRY000651

Acknowledged by associate on March 21, 2019, 9:38:48 PM - Delivered by Malone,Sade (sadmalon)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ██████████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** March 21, 2019, 9:38:48 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 42 | March 06, 2019 |
| Verbal Positive | 3 | March 13, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 18.32 | 4378 | 238.92 | 163 | 146.58 | 146.58 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 10.72 | 5148 | 480.11 | 330 | 145.49 | 145.49 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.17 | 32 | 185.81 | 163 | 113.99 | 113.99 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.12 | 50 | 409.09 | 330 | 123.97 | 123.97 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 13, 2019, 5:00:00 AM | 9608 | 29 | 327 | 145.89 | 145.89 | N |
| March 06, 2019, 5:00:00 AM | 4050 | 12 | 342 | 149.28 | 149.28 | N |
| February 27, 2019, 5:00:00 AM | 13149 | 31 | 421 | 184.72 | 184.72 | N |
| February 20, 2019, 5:00:00 AM | 9422 | 23 | 402 | 178.99 | 178.99 | N |
| February 13, 2019, 5:00:00 AM | 13675 | 31 | 437 | 173.69 | 173.69 | N |
| February 06, 2019, 5:00:00 AM | 10080 | 22 | 452 | 187.8 | 187.8 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████          **Date:** March 21, 2019, 9:38:48 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)          **Date:** March 21, 2019, 9:38:48 PM

Acknowledged by associate on March 07, 2019, 11:04:27 PM - Delivered by Raslan,Farah (rasfarah)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** March 07, 2019, 11:04:27 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 41 | February 27, 2019 |
| Verbal Positive | 1 | January 30, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 17.81 | 5697 | 319.96 | 163 | 196.3 | 196.3 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 13.16 | 7321 | 556.46 | 330 | 168.62 | 168.62 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.19 | 62 | 318.4 | 163 | 195.34 | 195.34 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.09 | 69 | 730.59 | 330 | 221.39 | 221.39 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 27, 2019, 5:00:00 AM | 13149 | 31 | 421 | 184.72 | 184.72 | N |
| February 20, 2019, 5:00:00 AM | 9422 | 23 | 402 | 178.99 | 178.99 | N |
| February 13, 2019, 5:00:00 AM | 13675 | 31 | 437 | 173.69 | 173.69 | N |
| February 06, 2019, 5:00:00 AM | 10080 | 22 | 452 | 187.8 | 187.8 | N |
| January 30, 2019, 5:00:00 AM | 11307 | 25 | 460 | 178.87 | 178.87 | N |
| January 23, 2019, 5:00:00 AM | 2662 | 8 | 330 | 135.3 | 135.3 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** March 07, 2019, 11:04:27 PM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)          **Date:** March 07, 2019, 11:04:27 PM

AMZ-BRY000653

Acknowledged by associate on March 01, 2019, 2:15:25 AM - Delivered by Raslan,Farah (rasfarah)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Raslan,Farah (RT677)
**Created On:** March 01, 2019, 2:15:26 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 40 | February 20, 2019 |
| Verbal Positive | 1 | January 30, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 13.71 | 4296 | 313.35 | 163 | 192.24 | 192.24 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 9.63 | 5086 | 528.29 | 330 | 160.09 | 160.09 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.09 | 26 | 295.27 | 163 | 181.15 | 181.15 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 14 | 592.94 | 330 | 179.68 | 179.68 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 20, 2019, 5:00:00 AM | 9422 | 23 | 402 | 178.99 | 178.99 | N |
| February 13, 2019, 5:00:00 AM | 13675 | 31 | 437 | 173.69 | 173.69 | N |
| February 06, 2019, 5:00:00 AM | 10080 | 22 | 452 | 187.8 | 187.8 | N |
| January 30, 2019, 5:00:00 AM | 11307 | 25 | 460 | 178.87 | 178.87 | N |
| January 23, 2019, 5:00:00 AM | 2662 | 8 | 330 | 135.3 | 135.3 | N |
| January 16, 2019, 5:00:00 AM | 3412 | 10 | 355 | 145.18 | 145.18 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮                    **Date:** March 01, 2019, 2:15:25 AM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)          **Date:** March 01, 2019, 2:15:25 AM

Acknowledged by associate on February 22, 2019, 12:39:15 AM - Delivered by Raslan,Farah (rasfarah)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** February 22, 2019, 12:39:15 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 1 | January 30, 2019 |
| Documented Positive | 39 | February 13, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 1.66 | 513 | 309.5 | 171 | 181 | 181 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 0.39 | 224 | 578.06 | 317 | 182.35 | 182.35 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.05 | 21 | 395.81 | 171 | 231.47 | 231.47 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 13.57 | 4081 | 300.67 | 163 | 184.46 | 184.46 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 17.09 | 9461 | 553.72 | 330 | 167.8 | 167.8 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.46 | 68 | 148.63 | 163 | 91.19 | 91.19 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.16 | 65 | 411.97 | 330 | 124.84 | 124.84 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 13, 2019, 5:00:00 AM | 13675 | 31 | 437 | 173.69 | 173.69 | N |
| February 06, 2019, 5:00:00 AM | 10080 | 22 | 452 | 187.8 | 187.8 | N |
| January 30, 2019, 5:00:00 AM | 11307 | 25 | 460 | 178.87 | 178.87 | N |
| January 23, 2019, 5:00:00 AM | 2662 | 8 | 330 | 135.3 | 135.3 | N |
| January 16, 2019, 5:00:00 AM | 3412 | 10 | 355 | 145.18 | 145.18 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████     **Date:** February 22, 2019, 12:39:15 AM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)     **Date:** February 22, 2019, 12:39:15 AM

Acknowledged by associate on February 15, 2019, 2:01:29 AM - Delivered by Sy,Duncan (sydunca)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** February 15, 2019, 2:01:29 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 1 | January 30, 2019 |
| Documented Positive | 37 | February 06, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 7.04 | 1803 | 255.95 | 171 | 149.68 | 149.68 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 2.33 | 1020 | 438.19 | 317 | 138.23 | 138.23 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.38 | 30 | 78.43 | 171 | 45.87 | 45.87 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 1 | 51.43 | 317 | 16.22 | 16.22 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 11.42 | 3601 | 315.33 | 163 | 193.46 | 193.46 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 10.6 | 6316 | 595.68 | 330 | 180.51 | 180.51 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.1 | 40 | 388.14 | 163 | 238.12 | 238.12 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.16 | 123 | 779.58 | 330 | 236.24 | 236.24 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 06, 2019, 5:00:00 AM | 10080 | 22 | 452 | 187.8 | 187.8 | N |
| January 30, 2019, 5:00:00 AM | 11307 | 25 | 460 | 178.87 | 178.87 | N |
| January 23, 2019, 5:00:00 AM | 2662 | 8 | 330 | 135.3 | 135.3 | N |
| January 16, 2019, 5:00:00 AM | 3412 | 10 | 355 | 145.18 | 145.18 | N |
| January 02, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████         **Date:** February 15, 2019, 2:01:29 AM

**Manager Signature:** Acknowledged by Sy,Duncan (BadgeID: 11962818)         **Date:** February 15, 2019, 2:01:29 AM

AMZ-BRY000656

AMZ-BRY000657

Acknowledged by associate on February 15, 2019, 2:01:03 AM - Delivered by Sy,Duncan (sydunca)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** February 15, 2019, 2:01:03 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 1 | January 30, 2019 |
| Documented Positive | 37 | February 06, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 7.04 | 1803 | 255.95 | 171 | 149.68 | 149.68 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 2.33 | 1020 | 438.19 | 317 | 138.23 | 138.23 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.38 | 30 | 78.43 | 171 | 45.87 | 45.87 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 1 | 51.43 | 317 | 16.22 | 16.22 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 11.42 | 3601 | 315.33 | 163 | 193.46 | 193.46 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 10.6 | 6316 | 595.68 | 330 | 180.51 | 180.51 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.1 | 40 | 388.14 | 163 | 238.12 | 238.12 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.16 | 123 | 779.58 | 330 | 236.24 | 236.24 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 06, 2019, 5:00:00 AM | 2854 | 10 | 292 | 142.62 | 142.62 | N |
| January 30, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| January 23, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| January 16, 2019, 5:00:00 AM | 6181 | 20 | 316 | 146.57 | 146.57 | N |
| January 09, 2019, 5:00:00 AM | 7846 | 25 | 310 | 144.98 | 144.98 | N |
| January 02, 2019, 5:00:00 AM | 11641 | 31 | 374 | 175.49 | 175.49 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████     **Date:** February 15, 2019, 2:01:03 AM

**Manager Signature:** Acknowledged by Sy,Duncan (BadgeID: 11962818)     **Date:** February 15, 2019, 2:01:03 AM

AMZ-BRY000658

AMZ-BRY000659

Acknowledged by associate on February 07, 2019, 7:43:09 PM - Delivered by Dennis,Chris J (chrdenni)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Raslan,Farah (RT677)
**Created On:** February 07, 2019, 7:43:09 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 36 | January 23, 2019 |
| Verbal Positive | 1 | January 30, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 1.62 | 417 | 257.28 | 160 | 160.8 | 160.8 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 1.07 | 602 | 563.64 | 302 | 186.64 | 186.64 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.05 | 8 | 173.49 | 105 | 165.23 | 165.23 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 9.83 | 2924 | 297.36 | 165 | 180.22 | 180.22 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 14.64 | 8361 | 570.94 | 320 | 178.42 | 178.42 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.06 | 9 | 142.73 | 104 | 137.24 | 137.24 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.06 | 13 | 235.18 | 220 | 106.9 | 106.9 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 30, 2019, 5:00:00 AM | 11307 | 25 | 460 | 178.87 | 178.87 | N |
| January 23, 2019, 5:00:00 AM | 2662 | 8 | 330 | 135.3 | 135.3 | N |
| January 16, 2019, 5:00:00 AM | 3412 | 10 | 355 | 145.18 | 145.18 | N |
| January 02, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

▮▮▮▮▮ is an all-star AA! He was the #1 Kuality IB AA last week for the entire LGA7/8 IB. He is consistently at or near the very top in performance and is valued AA w/in IB BHN team.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮   **Date:** February 07, 2019, 7:43:09 PM

**Manager Signature:** Acknowledged by Dennis,Chris J (BadgeID: 11789762)   **Date:** February 07, 2019, 7:43:09 PM

AMZ-BRY000660

Acknowledged by associate on January 24, 2019, 12:00:56 AM - Delivered by Mercer,Joshua (jomerce)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████
**Manager Name:** Mercer,Joshua (NA7-1800)
**Created On:** January 24, 2019, 12:00:56 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 34 | January 16, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 11.7 | 2706 | 231.2 | 160 | 144.5 | 144.5 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.68 | 3407 | 443.38 | 302 | 146.81 | 146.81 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.11 | 37 | 338.93 | 105 | 322.79 | 322.79 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.07 | 31 | 465 | 239 | 194.56 | 194.56 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 4.71 | 1119 | 237.57 | 165 | 143.98 | 143.98 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 4.9 | 2293 | 468.25 | 320 | 146.33 | 146.33 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 16, 2019, 5:00:00 AM | 3412 | 10 | 355 | 145.18 | 145.18 | N |
| January 02, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| December 19, 2018, 5:00:00 AM | 4848 | 12 | 403 | 188.36 | 188.36 | N |
| December 12, 2018, 5:00:00 AM | 6399 | 16 | 388 | 179.69 | 179.69 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████         **Date:** January 24, 2019, 12:00:56 AM

**Manager Signature:** Acknowledged by Mercer,Joshua (BadgeID: 12021056)         **Date:** January 24, 2019, 12:00:56 AM

AMZ-BRY000661

Acknowledged by associate on January 24, 2019, 12:01:12 AM - Delivered by Mercer,Joshua (jomerce)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████████

**Manager Name:** Mercer,Joshua (NA7-1800)

**Created On:** January 24, 2019, 12:01:12 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 34 | January 16, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 11.7 | 2706 | 231.2 | 160 | 144.5 | 144.5 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.68 | 3407 | 443.38 | 302 | 146.81 | 146.81 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.11 | 37 | 338.93 | 105 | 322.79 | 322.79 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.07 | 31 | 465 | 239 | 194.56 | 194.56 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 4.71 | 1119 | 237.57 | 165 | 143.98 | 143.98 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 4.9 | 2293 | 468.25 | 320 | 146.33 | 146.33 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 16, 2019, 5:00:00 AM | 6181 | 20 | 316 | 146.57 | 146.57 | N |
| January 09, 2019, 5:00:00 AM | 7846 | 25 | 310 | 144.98 | 144.98 | N |
| January 02, 2019, 5:00:00 AM | 11641 | 31 | 374 | 175.49 | 175.49 | N |
| December 26, 2018, 5:00:00 AM | 4191 | 12 | 355 | 165.39 | 165.39 | N |
| December 19, 2018, 5:00:00 AM | 6301 | 17 | 381 | 183.84 | 183.84 | N |
| December 12, 2018, 5:00:00 AM | 9738 | 30 | 320 | 168.9 | 168.9 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** January 24, 2019, 12:01:12 AM

**Manager Signature:** Acknowledged by Mercer,Joshua (BadgeID: 12021056)          **Date:** January 24, 2019, 12:01:12 AM

AMZ-BRY000662

Acknowledged by associate on January 16, 2019, 11:54:37 PM - Delivered by Mongno,Emalee (emalem)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ████████████████
**Manager Name:** Mercer,Joshua (NA7-1800)
**Created On:** January 16, 2019, 11:54:37 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 33 | January 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 15.31 | 3616 | 236.25 | 160 | 147.66 | 147.66 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 9.91 | 4204 | 424.41 | 302 | 140.53 | 140.53 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.1 | 18 | 186.74 | 105 | 177.85 | 177.85 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 8 | 334.88 | 239 | 140.12 | 140.12 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 09, 2019, 5:00:00 AM | 7846 | 25 | 310 | 144.98 | 144.98 | N |
| January 02, 2019, 5:00:00 AM | 11641 | 31 | 374 | 175.49 | 175.49 | N |
| December 26, 2018, 5:00:00 AM | 4191 | 12 | 355 | 165.39 | 165.39 | N |
| December 19, 2018, 5:00:00 AM | 6301 | 17 | 381 | 183.84 | 183.84 | N |
| December 12, 2018, 5:00:00 AM | 9738 | 30 | 320 | 168.9 | 168.9 | N |
| December 05, 2018, 5:00:00 AM | 12431 | 30 | 415 | 177.66 | 177.66 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** January 16, 2019, 11:54:37 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)          **Date:** January 16, 2019, 11:54:37 PM

AMZ-BRY000663

Acknowledged by associate on January 09, 2019, 10:21:40 PM - Delivered by Mongno,Emalee (emalem)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** Mercer,Joshua (NA7-1800)
**Created On:** January 09, 2019, 10:21:40 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 32 | December 19, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 18.18 | 5246 | 288.59 | 160 | 180.37 | 180.37 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 12.46 | 6160 | 494.22 | 302 | 163.65 | 163.65 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.22 | 82 | 369 | 105 | 351.43 | 351.43 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.25 | 153 | 605.94 | 239 | 253.53 | 253.53 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 2.27 | 596 | 262.52 | 165 | 159.1 | 159.1 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 2.48 | 1420 | 573.35 | 320 | 179.17 | 179.17 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 02, 2019, 5:00:00 AM | 11641 | 31 | 374 | 175.49 | 175.49 | N |
| December 26, 2018, 5:00:00 AM | 4191 | 12 | 355 | 165.39 | 165.39 | N |
| December 19, 2018, 5:00:00 AM | 6301 | 17 | 381 | 183.84 | 183.84 | N |
| December 12, 2018, 5:00:00 AM | 9738 | 30 | 320 | 168.9 | 168.9 | N |
| December 05, 2018, 5:00:00 AM | 12431 | 30 | 415 | 177.66 | 177.66 | N |
| November 28, 2018, 5:00:00 AM | 13193 | 33 | 398 | 188.33 | 188.33 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** January 09, 2019, 10:21:40 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)          **Date:** January 09, 2019, 10:21:40 PM

AMZ-BRY000664

Acknowledged by associate on December 19, 2018, 7:25:36 PM - Delivered by Mongno,Emalee (emalem)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▓▓▓▓▓▓▓▓▓▓▓▓▓
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** December 19, 2018, 7:25:36 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 30 | December 12, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 23.01 | 6368 | 276.76 | 160 | 172.97 | 172.97 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.09 | 3250 | 458.41 | 302 | 151.79 | 151.79 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.28 | 72 | 252.63 | 105 | 240.6 | 240.6 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.08 | 48 | 621.58 | 239 | 260.08 | 260.08 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 11.13 | 3187 | 286.25 | 165 | 173.49 | 173.49 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.27 | 3161 | 599.81 | 320 | 187.44 | 187.44 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.07 | 44 | 611.58 | 104 | 588.06 | 588.06 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 7 | 293.02 | 220 | 133.19 | 133.19 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 12, 2018, 5:00:00 AM | 6399 | 16 | 388 | 179.69 | 179.69 | N |
| December 05, 2018, 5:00:00 AM | 4675 | 14 | 346 | 158.02 | 158.02 | N |
| November 21, 2018, 5:00:00 AM | 5464 | 13 | 429 | 180.6 | 180.6 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 07, 2018, 5:00:00 AM | 5004 | 9 | 527 | 219.11 | 219.11 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓▓▓▓▓▓▓    **Date:** December 19, 2018, 7:25:36 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)    **Date:** December 19, 2018, 7:25:36 PM

Acknowledged by associate on December 19, 2018, 7:26:04 PM - Delivered by Mongno,Emalee (emalem)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** December 19, 2018, 7:26:04 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 30 | December 12, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 23.01 | 6368 | 276.76 | 160 | 172.97 | 172.97 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.09 | 3250 | 458.41 | 302 | 151.79 | 151.79 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.28 | 72 | 252.63 | 105 | 240.6 | 240.6 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.08 | 48 | 621.58 | 239 | 260.08 | 260.08 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 11.13 | 3187 | 286.25 | 165 | 173.49 | 173.49 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.27 | 3161 | 599.81 | 320 | 187.44 | 187.44 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.07 | 44 | 611.58 | 104 | 588.06 | 588.06 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 7 | 293.02 | 220 | 133.19 | 133.19 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 12, 2018, 5:00:00 AM | 9738 | 30 | 320 | 168.9 | 168.9 | N |
| December 05, 2018, 5:00:00 AM | 12431 | 30 | 415 | 177.66 | 177.66 | N |
| November 28, 2018, 5:00:00 AM | 13193 | 33 | 398 | 188.33 | 188.33 | N |
| November 21, 2018, 5:00:00 AM | 2729 | 7 | 395 | 171.98 | 171.98 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 07, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮     **Date:** December 19, 2018, 7:26:04 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)     **Date:** December 19, 2018, 7:26:04 PM

AMZ-BRY000666

AMZ-BRY000667

Acknowledged by associate on December 12, 2018, 10:36:20 PM - Delivered by Mongno,Emalee (emalem)





# Supportive Feedback Document
# Productivity - Documented Positive

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** December 12, 2018, 10:36:20 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Positive | 28 | December 05, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|-----|-------|-------|-----|----------|-----------|------------|--------------|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 14.17 | 4000 | 282.36 | 160 | 176.48 | 176.48 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 15.52 | 8306 | 535.34 | 302 | 177.27 | 177.27 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.17 | 41 | 236.92 | 105 | 225.64 | 225.64 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.12 | 84 | 728.67 | 239 | 304.88 | 304.88 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 8.3 | 2035 | 245.17 | 165 | 148.59 | 148.59 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 4.6 | 2459 | 535.11 | 320 | 167.22 | 167.22 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.5 | 101 | 201 | 104 | 193.26 | 193.26 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.11 | 80 | 700.73 | 220 | 318.51 | 318.51 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|------------|--------------|-----|-----------|------------|----------|
| December 05, 2018, 5:00:00 AM | 4675 | 14 | 346 | 158.02 | 158.02 | N |
| November 21, 2018, 5:00:00 AM | 5464 | 13 | 429 | 180.6 | 180.6 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 07, 2018, 5:00:00 AM | 5004 | 9 | 527 | 219.11 | 219.11 | N |
| October 31, 2018, 5:00:00 AM | 15538 | 25 | 611 | 218 | 218 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮                    **Date:** December 12, 2018, 10:36:20 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)        **Date:** December 12, 2018, 10:36:20 PM

AMZ-BRY000668

Acknowledged by associate on December 12, 2018, 10:36:33 PM - Delivered by Mongno,Emalee (emalem)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** December 12, 2018, 10:36:33 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 28 | December 05, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 14.17 | 4000 | 282.36 | 160 | 176.48 | 176.48 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 15.52 | 8306 | 535.34 | 302 | 177.27 | 177.27 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.17 | 41 | 236.92 | 105 | 225.64 | 225.64 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.12 | 84 | 728.67 | 239 | 304.88 | 304.88 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 8.3 | 2035 | 245.17 | 165 | 148.59 | 148.59 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 4.6 | 2459 | 535.11 | 320 | 167.22 | 167.22 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.5 | 101 | 201 | 104 | 193.26 | 193.26 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.11 | 80 | 700.73 | 220 | 318.51 | 318.51 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 05, 2018, 5:00:00 AM | 12431 | 30 | 415 | 177.66 | 177.66 | N |
| November 28, 2018, 5:00:00 AM | 13193 | 33 | 398 | 188.33 | 188.33 | N |
| November 21, 2018, 5:00:00 AM | 2729 | 7 | 395 | 171.98 | 171.98 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 07, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| October 31, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮        **Date:** December 12, 2018, 10:36:33 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)        **Date:** December 12, 2018, 10:36:33 PM

AMZ-BRY000670

Acknowledged by associate on December 06, 2018, 12:03:45 AM - Delivered by Mongno,Emalee (emalem)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** December 06, 2018, 12:03:45 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 27 | November 28, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 17.78 | 5765 | 324.27 | 160 | 202.67 | 202.67 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 12.08 | 6354 | 526.05 | 307 | 171.35 | 171.35 | N |
| Each Transfer In | Each Transfer In W EachStowed Medium EACH | Level 5 | 0.54 | 124 | 230.7 | 160 | 144.19 | 144.19 | N |
| Each Transfer In | Each Transfer In W EachStowed Small EACH | Level 5 | 0.59 | 298 | 504.14 | 320 | 157.54 | 157.54 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 1.02 | 229 | 225 | 105 | 214.29 | 214.29 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 1.12 | 423 | 377.02 | 239 | 157.75 | 157.75 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 28, 2018, 5:00:00 AM | 13193 | 33 | 398 | 188.33 | 188.33 | N |
| November 21, 2018, 5:00:00 AM | 2729 | 7 | 395 | 171.98 | 171.98 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 07, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| October 31, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| October 24, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████              **Date:** December 06, 2018, 12:03:45 AM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)              **Date:** December 06, 2018, 12:03:45 AM

**AMZ-BRY000671**

Acknowledged by associate on November 29, 2018, 12:52:40 AM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▆▆▆▆▆▆▆▆▆▆▆▆
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** November 29, 2018, 12:52:40 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 25 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 3.62 | 999 | 276.01 | 160 | 172.51 | 172.51 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 3.29 | 1730 | 526.19 | 307 | 171.4 | 171.4 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 6.48 | 1942 | 299.55 | 171 | 175.18 | 175.18 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.88 | 3260 | 554.03 | 320 | 173.13 | 173.13 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.14 | 56 | 405.63 | 104 | 390.03 | 390.03 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.24 | 206 | 856.35 | 220 | 389.25 | 389.25 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 21, 2018, 5:00:00 AM | 5464 | 13 | 429 | 180.6 | 180.6 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 07, 2018, 5:00:00 AM | 5004 | 9 | 527 | 219.11 | 219.11 | N |
| October 31, 2018, 5:00:00 AM | 15538 | 25 | 611 | 218 | 218 | N |
| October 24, 2018, 5:00:00 AM | 3084 | 5 | 615 | 235.65 | 235.65 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▆▆▆▆▆▆▆▆▆▆         **Date:** November 29, 2018, 12:52:40 AM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)         **Date:** November 29, 2018, 12:52:40 AM

Acknowledged by associate on November 29, 2018, 12:52:48 AM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▅▅▅▅▅▅▅▅▅▅▅▅
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** November 29, 2018, 12:52:48 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 25 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 3.62 | 999 | 276.01 | 160 | 172.51 | 172.51 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 3.29 | 1730 | 526.19 | 307 | 171.4 | 171.4 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 6.48 | 1942 | 299.55 | 171 | 175.18 | 175.18 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.88 | 3260 | 554.03 | 320 | 173.13 | 173.13 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.14 | 56 | 405.63 | 104 | 390.03 | 390.03 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.24 | 206 | 856.35 | 220 | 389.25 | 389.25 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 21, 2018, 5:00:00 AM | 2729 | 7 | 395 | 171.98 | 171.98 | N |
| November 14, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| November 07, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| October 31, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| October 24, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| October 17, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▅▅▅▅▅▅▅▅▅▅        **Date:** November 29, 2018, 12:52:48 AM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)        **Date:** November 29, 2018, 12:52:48 AM

Acknowledged by associate on November 18, 2018, 9:28:24 PM - Delivered by Mongno,Emalee (emalem)







**Associate Name:** ███████████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** November 18, 2018, 9:28:24 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 24 | November 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 4.65 | 1656 | 355.79 | 171 | 208.06 | 208.06 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 4.25 | 2920 | 686.61 | 320 | 214.57 | 214.57 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.04 | 11 | 282.86 | 104 | 271.98 | 271.98 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.55 | 417 | 755.89 | 220 | 343.59 | 343.59 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 07, 2018, 5:00:00 AM | 5004 | 9 | 527 | 219.11 | 219.11 | N |
| October 31, 2018, 5:00:00 AM | 15538 | 25 | 611 | 218 | 218 | N |
| October 24, 2018, 5:00:00 AM | 3084 | 5 | 615 | 235.65 | 235.65 | N |
| October 10, 2018, 5:00:00 AM | 5669 | 12 | 467 | 187.21 | 187.21 | N |
| October 03, 2018, 5:00:00 AM | 2823 | 5 | 549 | 218.3 | 218.3 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████     **Date:** November 18, 2018, 9:28:24 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)     **Date:** November 18, 2018, 9:28:24 PM

Acknowledged by associate on November 07, 2018, 9:29:14 PM - Delivered by Phelan,Colleen (phelanco)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** November 07, 2018, 9:29:15 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 23 | October 31, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 6.95 | 2459 | 353.93 | 171 | 206.97 | 206.97 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 18.32 | 12957 | 707.09 | 320 | 220.97 | 220.97 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.04 | 5 | 142.86 | 104 | 137.36 | 137.36 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.13 | 117 | 905.81 | 220 | 411.73 | 411.73 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 31, 2018, 5:00:00 AM | 15538 | 25 | 611 | 218 | 218 | N |
| October 24, 2018, 5:00:00 AM | 3084 | 5 | 615 | 235.65 | 235.65 | N |
| October 10, 2018, 5:00:00 AM | 5669 | 12 | 467 | 187.21 | 187.21 | N |
| October 03, 2018, 5:00:00 AM | 2823 | 5 | 549 | 218.3 | 218.3 | N |
| September 26, 2018, 5:00:00 AM | 3841 | 6 | 641 | 253.3 | 253.3 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮    **Date:** November 07, 2018, 9:29:14 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)    **Date:** November 07, 2018, 9:29:14 PM

AMZ-BRY000675

Acknowledged by associate on October 31, 2018, 7:40:50 PM - Delivered by Phelan,Colleen (phelanco)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Phelan,Colleen (NA7-1800)

**Created On:** October 31, 2018, 7:40:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 22 | October 17, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 1.61 | 625 | 389.21 | 171 | 227.61 | 227.61 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 3.21 | 2302 | 717.26 | 320 | 224.14 | 224.14 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.09 | 49 | 520.35 | 104 | 500.34 | 500.34 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.1 | 108 | 1053.66 | 220 | 478.94 | 478.94 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 24, 2018, 5:00:00 AM | 3084 | 5 | 615 | 235.65 | 235.65 | N |
| October 10, 2018, 5:00:00 AM | 5669 | 12 | 467 | 187.21 | 187.21 | N |
| October 03, 2018, 5:00:00 AM | 2823 | 5 | 549 | 218.3 | 218.3 | N |
| September 26, 2018, 5:00:00 AM | 3841 | 6 | 641 | 253.3 | 253.3 | N |
| September 19, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** October 31, 2018, 7:40:50 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)          **Date:** October 31, 2018, 7:40:50 PM

Acknowledged by associate on October 17, 2018, 10:49:18 PM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** <span style="background:black">█████████</span>
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** October 17, 2018, 10:49:18 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 21 | October 10, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 2.07 | 443 | 213.61 | 160 | 133.51 | 133.51 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 1.73 | 690 | 398.78 | 307 | 129.9 | 129.9 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 0.22 | 27 | 124.46 | 105 | 118.53 | 118.53 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 0.26 | 28 | 108.15 | 239 | 45.25 | 45.25 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 5.47 | 1819 | 332.71 | 171 | 194.57 | 194.57 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 6.63 | 3838 | 578.81 | 320 | 180.88 | 180.88 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.02 | 7 | 340.54 | 104 | 327.44 | 327.44 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 5 | 276.93 | 220 | 125.88 | 125.88 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 10, 2018, 5:00:00 AM | 5669 | 12 | 467 | 187.21 | 187.21 | N |
| October 03, 2018, 5:00:00 AM | 2823 | 5 | 549 | 218.3 | 218.3 | N |
| September 26, 2018, 5:00:00 AM | 3841 | 6 | 641 | 253.3 | 253.3 | N |
| September 19, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| September 05, 2018, 5:00:00 AM | 2114 | 5 | 422 | 194.65 | 194.65 | N |

## Associate Comments

**Associate Signature:** Acknowledged by <span style="background:black">████████████</span>     **Date:** October 17, 2018, 10:49:18 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)     **Date:** October 17, 2018, 10:49:18 PM

Acknowledged by associate on October 15, 2018, 1:47:13 AM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** October 15, 2018, 1:47:13 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 19 | October 03, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 5.81 | 1525 | 262.52 | 160 | 164.07 | 164.07 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 4.03 | 2161 | 535.56 | 307 | 174.45 | 174.45 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 0.1 | 63 | 626.52 | 239 | 262.14 | 262.14 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 2.51 | 883 | 351.48 | 171 | 205.54 | 205.54 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 2.63 | 1940 | 737.56 | 320 | 230.49 | 230.49 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 03, 2018, 5:00:00 AM | 2823 | 5 | 549 | 218.3 | 218.3 | N |
| September 26, 2018, 5:00:00 AM | 3841 | 6 | 641 | 253.3 | 253.3 | N |
| September 19, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |
| September 05, 2018, 5:00:00 AM | 2114 | 5 | 422 | 194.65 | 194.65 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓▓▓▓▓      **Date:** October 15, 2018, 1:47:13 AM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)      **Date:** October 15, 2018, 1:47:13 AM

AMZ-BRY000678

Acknowledged by associate on October 15, 2018, 1:47:19 AM - Delivered by Phelan,Colleen (phelanco)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** October 15, 2018, 1:47:19 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 19 | October 03, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 5.81 | 1525 | 262.52 | 160 | 164.07 | 164.07 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 4.03 | 2161 | 535.56 | 307 | 174.45 | 174.45 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 0.1 | 63 | 626.52 | 239 | 262.14 | 262.14 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 2.51 | 883 | 351.48 | 171 | 205.54 | 205.54 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 2.63 | 1940 | 737.56 | 320 | 230.49 | 230.49 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 03, 2018, 5:00:00 AM | 3749 | 10 | 377 | 169.28 | 169.28 | N |
| September 26, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| September 19, 2018, 5:00:00 AM | 3572 | 9 | 391 | 209.66 | 209.66 | N |
| September 12, 2018, 5:00:00 AM | 3983 | 10 | 405 | 185.51 | 185.51 | N |
| September 05, 2018, 5:00:00 AM | 10496 | 25 | 422 | 190.06 | 211.18 | N |
| August 29, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████████        **Date:** October 15, 2018, 1:47:19 AM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)        **Date:** October 15, 2018, 1:47:19 AM

AMZ-BRY000679

Acknowledged by associate on October 03, 2018, 7:31:04 PM - Delivered by Puzio,Krystian (puziok)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** October 03, 2018, 7:31:04 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Positive | 18 | September 26, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|----|----|----|----|----|----|----|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 2.57 | 694 | 269.98 | 160 | 168.74 | 168.74 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 1.19 | 597 | 501.33 | 307 | 163.3 | 163.3 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 0.12 | 40 | 328.77 | 105 | 313.11 | 313.11 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 2.51 | 1075 | 428.62 | 171 | 250.65 | 250.65 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 3.41 | 2724 | 798.31 | 320 | 249.47 | 249.47 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.07 | 39 | 533.84 | 104 | 513.31 | 513.31 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0 | 3 | 1200 | 220 | 545.45 | 545.45 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| September 26, 2018, 5:00:00 AM | 3841 | 6 | 641 | 253.3 | 253.3 | N |
| September 19, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| September 05, 2018, 5:00:00 AM | 2114 | 5 | 422 | 194.65 | 194.65 | N |
| August 22, 2018, 5:00:00 AM | 4485 | 10 | 449 | 186.87 | 186.87 | N |

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮           **Date:** October 03, 2018, 7:31:04 PM

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)           **Date:** October 03, 2018, 7:31:04 PM

Acknowledged by associate on September 26, 2018, 8:56:26 PM - Delivered by Puzio,Krystian (puziok)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ████████████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** September 26, 2018, 8:56:26 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 17 | September 19, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 6.06 | 1929 | 318.33 | 145 | 219.54 | 219.54 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 2.52 | 1496 | 594.7 | 307 | 193.71 | 193.71 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 0.3 | 69 | 227.06 | 105 | 216.24 | 216.24 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 0.26 | 78 | 300.64 | 239 | 125.79 | 125.79 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 0.18 | 70 | 391.91 | 145 | 270.28 | 270.28 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 0.34 | 282 | 817.39 | 320 | 255.43 | 255.43 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 19, 2018, 5:00:00 AM | 3572 | 9 | 391 | 209.66 | 209.66 | N |
| September 12, 2018, 5:00:00 AM | 3983 | 10 | 405 | 185.51 | 185.51 | N |
| September 05, 2018, 5:00:00 AM | 10496 | 25 | 422 | 190.06 | 211.18 | N |
| August 29, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| August 22, 2018, 5:00:00 AM | 8493 | 20 | 425 | 188.73 | 213.53 | N |
| August 15, 2018, 5:00:00 AM | 8478 | 24 | 360 | 177.4 | 208.71 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** September 26, 2018, 8:56:26 PM

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)          **Date:** September 26, 2018, 8:56:26 PM

Acknowledged by associate on September 19, 2018, 8:05:00 PM - Delivered by Puzio,Krystian (puziok)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** September 19, 2018, 8:05:00 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 16 | September 12, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 4.85 | 1448 | 298.32 | 145 | 205.74 | 205.74 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 4.98 | 2535 | 509.01 | 307 | 165.8 | 165.8 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 12, 2018, 5:00:00 AM | 3983 | 10 | 405 | 185.51 | 185.51 | N |
| September 05, 2018, 5:00:00 AM | 10496 | 25 | 422 | 190.06 | 211.18 | N |
| August 29, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| August 22, 2018, 5:00:00 AM | 8493 | 20 | 425 | 188.73 | 213.53 | N |
| August 15, 2018, 5:00:00 AM | 8478 | 24 | 360 | 177.4 | 208.71 | N |
| August 08, 2018, 5:00:00 AM | 3927 | 10 | 391 | 178.82 | 210.38 | N |

## Associate Comments

<br><br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮     **Date:** September 19, 2018, 8:05:00 PM

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)     **Date:** September 19, 2018, 8:05:00 PM

AMZ-BRY000682

Acknowledged by associate on September 12, 2018, 8:06:42 PM - Delivered by Puzio,Krystian (puziok)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▇▇▇▇▇▇▇
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** September 12, 2018, 8:06:42 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 14 | August 29, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 12.27 | 3597 | 293.05 | 145 | 202.1 | 224.56 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 12.6 | 6895 | 547.34 | 307 | 178.29 | 198.1 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.01 | 2 | 378.95 | 105 | 360.9 | 401 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 3 | 0.01 | 2 | 327.27 | 239 | 136.93 | 152.15 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 2.52 | 774 | 307.21 | 145 | 211.87 | 211.87 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 2.35 | 1304 | 555.09 | 320 | 173.47 | 173.47 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.14 | 36 | 248.28 | 104 | 238.73 | 238.73 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 05, 2018, 5:00:00 AM | 2114 | 5 | 422 | 194.65 | 194.65 | N |
| August 22, 2018, 5:00:00 AM | 4485 | 10 | 449 | 186.87 | 186.87 | N |
| August 15, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| August 08, 2018, 5:00:00 AM | 6590 | 18 | 371 | 166.96 | 166.96 | N |
| August 01, 2018, 5:00:00 AM | 13896 | 37 | 376 | 184.69 | 184.69 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇          **Date:** September 12, 2018, 8:06:42 PM

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)          **Date:** September 12, 2018, 8:06:42 PM

Acknowledged by associate on September 12, 2018, 8:07:02 PM - Delivered by Puzio,Krystian (puziok)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** September 12, 2018, 8:07:02 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 14 | August 29, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 12.27 | 3597 | 293.05 | 145 | 202.1 | 224.56 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 12.6 | 6895 | 547.34 | 307 | 178.29 | 198.1 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.01 | 2 | 378.95 | 105 | 360.9 | 401 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 3 | 0.01 | 2 | 327.27 | 239 | 136.93 | 152.15 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 2.52 | 774 | 307.21 | 145 | 211.87 | 211.87 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 2.35 | 1304 | 555.09 | 320 | 173.47 | 173.47 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.14 | 36 | 248.28 | 104 | 238.73 | 238.73 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 05, 2018, 5:00:00 AM | 10496 | 25 | 422 | 190.06 | 211.18 | N |
| August 29, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| August 22, 2018, 5:00:00 AM | 8493 | 20 | 425 | 188.73 | 213.53 | N |
| August 15, 2018, 5:00:00 AM | 8478 | 24 | 360 | 177.4 | 208.71 | N |
| August 08, 2018, 5:00:00 AM | 3927 | 10 | 391 | 178.82 | 210.38 | N |
| August 01, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** September 12, 2018, 8:07:02 PM

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)          **Date:** September 12, 2018, 8:07:02 PM

**AMZ-BRY000684**

Acknowledged by associate on August 29, 2018, 11:46:03 PM - Delivered by Puzio,Krystian (puziok)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 29, 2018, 11:46:03 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 12 | August 22, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 4.18 | 1305 | 312.49 | 145 | 215.51 | 253.54 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 5 | 1336 | 267.44 | 145 | 184.44 | 204.93 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 1.2 | 711 | 592.09 | 307 | 192.86 | 226.9 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 9.32 | 5013 | 537.72 | 307 | 175.15 | 194.61 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.08 | 31 | 395.74 | 105 | 376.9 | 443.41 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.08 | 26 | 330.74 | 105 | 314.99 | 349.99 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.04 | 22 | 569.78 | 239 | 238.4 | 280.47 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 3 | 0.08 | 49 | 586.05 | 239 | 245.21 | 272.45 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 4.26 | 1227 | 287.75 | 145 | 198.45 | 198.45 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.71 | 3257 | 570.35 | 320 | 178.23 | 178.23 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.01 | 1 | 189.47 | 104 | 182.19 | 182.19 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 22, 2018, 5:00:00 AM | 4485 | 10 | 449 | 186.87 | 186.87 | N |
| August 15, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| August 08, 2018, 5:00:00 AM | 6590 | 18 | 371 | 166.96 | 166.96 | N |
| August 01, 2018, 5:00:00 AM | 13896 | 37 | 376 | 184.69 | 184.69 | N |
| July 25, 2018, 5:00:00 AM | 6664 | 18 | 375 | 173.04 | 173.04 | N |
| July 18, 2018, 5:00:00 AM | 10803 | 30 | 360 | 173.37 | 173.37 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮    **Date:** August 29, 2018, 11:46:03 PM

**AMZ-BRY000685**

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)          **Date:** August 29, 2018, 11:46:03 PM

AMZ-BRY000686

Acknowledged by associate on August 29, 2018, 11:46:17 PM - Delivered by Puzio,Krystian (puziok)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 29, 2018, 11:46:17 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 12 | August 22, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 4.18 | 1305 | 312.49 | 145 | 215.51 | 253.54 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 5 | 1336 | 267.44 | 145 | 184.44 | 204.93 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 1.2 | 711 | 592.09 | 307 | 192.86 | 226.9 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 9.32 | 5013 | 537.72 | 307 | 175.15 | 194.61 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.08 | 31 | 395.74 | 105 | 376.9 | 443.41 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.08 | 26 | 330.74 | 105 | 314.99 | 349.99 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.04 | 22 | 569.78 | 239 | 238.4 | 280.47 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 3 | 0.08 | 49 | 586.05 | 239 | 245.21 | 272.45 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 4.26 | 1227 | 287.75 | 145 | 198.45 | 198.45 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 5.71 | 3257 | 570.35 | 320 | 178.23 | 178.23 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.01 | 1 | 189.47 | 104 | 182.19 | 182.19 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 22, 2018, 5:00:00 AM | 8493 | 20 | 425 | 188.73 | 213.53 | N |
| August 15, 2018, 5:00:00 AM | 8478 | 24 | 360 | 177.4 | 208.71 | N |
| August 08, 2018, 5:00:00 AM | 3927 | 10 | 391 | 178.82 | 210.38 | N |
| August 01, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 25, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 18, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████     **Date:** August 29, 2018, 11:46:17 PM

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)          **Date:** August 29, 2018, 11:46:17 PM

AMZ-BRY000688

Acknowledged by associate on August 23, 2018, 1:07:44 AM - Delivered by Mongno,Emalee (emalem)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 23, 2018, 1:07:44 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 11 | August 15, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 12.31 | 3332 | 270.6 | 145 | 186.62 | 219.55 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 8.92 | 4530 | 508.08 | 307 | 165.5 | 194.71 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 1.44 | 270 | 187.5 | 105 | 178.57 | 210.08 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.87 | 346 | 398.98 | 239 | 166.94 | 196.39 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 1.58 | 393 | 248.04 | 145 | 171.06 | 171.06 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 1.02 | 594 | 579.51 | 320 | 181.1 | 181.1 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.07 | 21 | 294.16 | 104 | 282.85 | 282.85 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.07 | 54 | 777.6 | 220 | 353.45 | 353.45 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 15, 2018, 5:00:00 AM | 8478 | 24 | 360 | 177.4 | 208.71 | N |
| August 08, 2018, 5:00:00 AM | 3927 | 10 | 391 | 178.82 | 210.38 | N |
| August 01, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 25, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 18, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 11, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** August 23, 2018, 1:07:44 AM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)          **Date:** August 23, 2018, 1:07:44 AM

AMZ-BRY000689

AMZ-BRY000690

Acknowledged by associate on August 15, 2018, 9:36:30 PM - Delivered by Puzio,Krystian (puziok)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 15, 2018, 9:36:30 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 9 | August 08, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 1 | 2.55 | 780 | 306.12 | 145 | 211.11 | 301.59 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 5.13 | 1399 | 272.69 | 145 | 188.07 | 221.25 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 1 | 2.32 | 1308 | 563.25 | 307 | 183.47 | 262.1 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 4.84 | 2496 | 515.35 | 307 | 167.87 | 197.49 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 1 | 0.17 | 59 | 338.22 | 105 | 322.11 | 460.16 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.04 | 11 | 309.37 | 105 | 294.64 | 346.64 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 1 | 0.25 | 133 | 526.15 | 239 | 220.15 | 314.5 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.04 | 21 | 517.81 | 239 | 216.66 | 254.89 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 9.87 | 2391 | 242.19 | 145 | 167.03 | 167.03 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.68 | 4195 | 546.18 | 320 | 170.68 | 170.68 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.2 | 4 | 20.14 | 104 | 19.37 | 19.37 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 08, 2018, 5:00:00 AM | 6590 | 18 | 371 | 166.96 | 166.96 | N |
| August 01, 2018, 5:00:00 AM | 13896 | 37 | 376 | 184.69 | 184.69 | N |
| July 25, 2018, 5:00:00 AM | 6664 | 18 | 375 | 173.04 | 173.04 | N |
| July 18, 2018, 5:00:00 AM | 10803 | 30 | 360 | 173.37 | 173.37 | N |
| July 11, 2018, 5:00:00 AM | 10156 | 29 | 354 | 167.36 | 167.36 | N |
| July 04, 2018, 5:00:00 AM | 6907 | 22 | 310 | 156.46 | 156.46 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████      **Date:** August 15, 2018, 9:36:30 PM

AMZ-BRY000691

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)          **Date:** August 15, 2018, 9:36:30 PM

AMZ-BRY000692

Acknowledged by associate on August 15, 2018, 9:37:48 PM - Delivered by Puzio,Krystian (puziok)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Phelan,Colleen (NA7-1800)

**Created On:** August 15, 2018, 9:37:48 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 9 | August 08, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 1 | 2.55 | 780 | 306.12 | 145 | 211.11 | 301.59 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 5.13 | 1399 | 272.69 | 145 | 188.07 | 221.25 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 1 | 2.32 | 1308 | 563.25 | 307 | 183.47 | 262.1 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 4.84 | 2496 | 515.35 | 307 | 167.87 | 197.49 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 1 | 0.17 | 59 | 338.22 | 105 | 322.11 | 460.16 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.04 | 11 | 309.37 | 105 | 294.64 | 346.64 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 1 | 0.25 | 133 | 526.15 | 239 | 220.15 | 314.5 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.04 | 21 | 517.81 | 239 | 216.66 | 254.89 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 9.87 | 2391 | 242.19 | 145 | 167.03 | 167.03 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.68 | 4195 | 546.18 | 320 | 170.68 | 170.68 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.2 | 4 | 20.14 | 104 | 19.37 | 19.37 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 08, 2018, 5:00:00 AM | 3927 | 10 | 391 | 178.82 | 210.38 | |
| August 01, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 25, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 18, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 11, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 04, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████          **Date:** August 15, 2018, 9:37:48 PM

**AMZ-BRY000693**

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)          **Date:** August 15, 2018, 9:37:48 PM

AMZ-BRY000694

Acknowledged by associate on August 08, 2018, 10:35:34 PM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▓▓▓▓▓▓▓▓▓▓▓
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 08, 2018, 10:35:34 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 8 | August 01, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 22.55 | 6391 | 283.45 | 145 | 195.48 | 195.48 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 13.97 | 7383 | 528.65 | 320 | 165.2 | 165.2 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.36 | 98 | 272.22 | 104 | 261.75 | 261.75 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.05 | 24 | 445.36 | 220 | 202.44 | 202.44 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 01, 2018, 5:00:00 AM | 13896 | 37 | 376 | 184.69 | 184.69 | N |
| July 25, 2018, 5:00:00 AM | 6664 | 18 | 375 | 173.04 | 173.04 | N |
| July 18, 2018, 5:00:00 AM | 10803 | 30 | 360 | 173.37 | 173.37 | N |
| July 11, 2018, 5:00:00 AM | 10156 | 29 | 354 | 167.36 | 167.36 | N |
| July 04, 2018, 5:00:00 AM | 6907 | 22 | 310 | 156.46 | 156.46 | N |
| June 27, 2018, 5:00:00 AM | 6829 | 20 | 344 | 167.08 | 167.08 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓▓▓▓▓          **Date:** August 08, 2018, 10:35:34 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)          **Date:** August 08, 2018, 10:35:34 PM

Acknowledged by associate on August 01, 2018, 10:58:34 PM - Delivered by Franc,Alex (francale)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 01, 2018, 10:58:34 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | July 25, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 1 | 3.02 | 687 | 227.42 | 145 | 156.84 | 224.06 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 1 | 1.9 | 856 | 451.58 | 307 | 147.1 | 210.14 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 1 | 0.02 | 3 | 140.26 | 105 | 133.58 | 190.83 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 1 | 0.07 | 26 | 347.96 | 239 | 145.59 | 207.98 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 9.88 | 2610 | 264.16 | 145 | 182.18 | 182.18 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.85 | 4032 | 513.85 | 320 | 160.58 | 160.58 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.04 | 16 | 360 | 104 | 346.15 | 346.15 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 6 | 348.39 | 220 | 158.36 | 158.36 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 25, 2018, 5:00:00 AM | 6664 | 18 | 375 | 173.04 | 173.04 | N |
| July 18, 2018, 5:00:00 AM | 10803 | 30 | 360 | 173.37 | 173.37 | N |
| July 11, 2018, 5:00:00 AM | 10156 | 29 | 354 | 167.36 | 167.36 | N |
| July 04, 2018, 5:00:00 AM | 6907 | 22 | 310 | 156.46 | 156.46 | N |
| June 27, 2018, 5:00:00 AM | 6829 | 20 | 344 | 167.08 | 167.08 | N |
| June 20, 2018, 5:00:00 AM | 10118 | 35 | 288 | 142.39 | 148.58 | N |

## Associate Comments

<br>
<br>
<br>
<br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮   **Date:** August 01, 2018, 10:58:34 PM

**Manager Signature:** Acknowledged by Franc,Alex (BadgeID: 11353913)   **Date:** August 01, 2018, 10:58:34 PM

**AMZ-BRY000696**

AMZ-BRY000697

Acknowledged by associate on July 25, 2018, 10:38:57 PM - Delivered by Phelan,Colleen (phelanco)







**Associate Name:** ▇▇▇▇▇▇▇▇▇▇▇
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** July 25, 2018, 10:38:57 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 6 | July 18, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 1 | 4.72 | 1074 | 227.76 | 145 | 157.07 | 224.39 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 1 | 6.22 | 2744 | 441.1 | 307 | 143.68 | 205.26 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 1 | 0.04 | 6 | 163.64 | 105 | 155.84 | 222.63 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 1 | 0.01 | 4 | 351.22 | 239 | 146.95 | 209.93 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 18.53 | 4846 | 261.52 | 145 | 180.36 | 180.36 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 11.43 | 5946 | 520.01 | 320 | 162.5 | 162.5 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.04 | 3 | 82.44 | 104 | 79.27 | 79.27 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.03 | 8 | 257.14 | 220 | 116.88 | 116.88 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 18, 2018, 5:00:00 AM | 10803 | 30 | 360 | 173.37 | 173.37 | N |
| July 11, 2018, 5:00:00 AM | 10156 | 29 | 354 | 167.36 | 167.36 | N |
| July 04, 2018, 5:00:00 AM | 6907 | 22 | 310 | 156.46 | 156.46 | N |
| June 27, 2018, 5:00:00 AM | 6829 | 20 | 344 | 167.08 | 167.08 | N |
| June 20, 2018, 5:00:00 AM | 10118 | 35 | 288 | 142.39 | 148.58 | N |
| June 13, 2018, 5:00:00 AM | 7699 | 32 | 239 | 127.28 | 145.85 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇▇▇▇▇    **Date:** July 25, 2018, 10:38:57 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)    **Date:** July 25, 2018, 10:38:57 PM

AMZ-BRY000699

Acknowledged by associate on July 18, 2018, 9:07:05 PM - Delivered by Gonzalez,Luis (golis)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ██████████████

**Manager Name:** Phelan,Colleen (NA7-1800)

**Created On:** July 18, 2018, 9:07:05 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 5 | July 11, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 1 | 6.35 | 1273 | 200.45 | 145 | 138.24 | 197.49 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 1 | 3.38 | 1443 | 427.49 | 320 | 133.59 | 190.84 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 1 | 0.06 | 7 | 126.63 | 105 | 120.6 | 172.29 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 1 | 0.02 | 6 | 378.95 | 239 | 158.56 | 226.51 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 17.24 | 4199 | 243.55 | 145 | 167.97 | 167.97 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 11.24 | 5878 | 522.85 | 320 | 163.39 | 163.39 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.21 | 70 | 341 | 104 | 327.89 | 327.89 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.02 | 9 | 514.29 | 220 | 233.77 | 233.77 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 11, 2018, 5:00:00 AM | 10156 | 29 | 354 | 167.36 | 167.36 | N |
| July 04, 2018, 5:00:00 AM | 6907 | 22 | 310 | 156.46 | 156.46 | N |
| June 27, 2018, 5:00:00 AM | 6829 | 20 | 344 | 167.08 | 167.08 | N |
| June 20, 2018, 5:00:00 AM | 10118 | 35 | 288 | 142.39 | 148.58 | N |
| June 13, 2018, 5:00:00 AM | 7699 | 32 | 239 | 127.28 | 145.85 | N |
| June 06, 2018, 5:00:00 AM | 9362 | 30 | 313 | 155.42 | 182.84 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████    **Date:** July 18, 2018, 9:07:05 PM

**Manager Signature:** Acknowledged by Gonzalez,Luis (BadgeID: 11141397)    **Date:** July 18, 2018, 9:07:05 PM

AMZ-BRY000700

AMZ-BRY000701

Acknowledged by associate on July 12, 2018, 12:04:00 AM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** July 12, 2018, 12:04:01 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | July 04, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 1 | 3.28 | 739 | 225.13 | 145 | 155.26 | 221.81 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 1 | 1.71 | 775 | 451.97 | 320 | 141.24 | 201.77 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 15.6 | 3491 | 223.75 | 145 | 154.31 | 154.31 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 6.54 | 3382 | 517.48 | 320 | 161.71 | 161.71 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.09 | 13 | 139.7 | 104 | 134.33 | 134.33 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.05 | 21 | 402.13 | 220 | 182.79 | 182.79 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 04, 2018, 5:00:00 AM | 6907 | 22 | 310 | 156.46 | 156.46 | N |
| June 27, 2018, 5:00:00 AM | 6829 | 20 | 344 | 167.08 | 167.08 | N |
| June 20, 2018, 5:00:00 AM | 10118 | 35 | 288 | 142.39 | 148.58 | N |
| June 13, 2018, 5:00:00 AM | 7699 | 32 | 239 | 127.28 | 145.85 | N |
| June 06, 2018, 5:00:00 AM | 9362 | 30 | 313 | 155.42 | 182.84 | N |
| May 30, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** July 12, 2018, 12:04:00 AM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)          **Date:** July 12, 2018, 12:04:00 AM

AMZ-BRY000702

Acknowledged by associate on July 05, 2018, 1:06:54 AM - Delivered by Phelan,Colleen (phelanco)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████████

**Manager Name:** Phelan,Colleen (NA7-1800)

**Created On:** July 05, 2018, 1:06:54 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | June 27, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 12.44 | 3099 | 249.03 | 145 | 171.74 | 171.74 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 7.18 | 3701 | 515.1 | 320 | 160.97 | 160.97 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 0.21 | 23 | 108.66 | 104 | 104.48 | 104.48 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 0.02 | 6 | 284.21 | 220 | 129.19 | 129.19 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 27, 2018, 5:00:00 AM | 6829 | 20 | 344 | 167.08 | 167.08 | N |
| June 20, 2018, 5:00:00 AM | 10118 | 35 | 288 | 142.39 | 148.58 | N |
| June 13, 2018, 5:00:00 AM | 7699 | 32 | 239 | 127.28 | 145.85 | N |
| June 06, 2018, 5:00:00 AM | 9362 | 30 | 313 | 155.42 | 182.84 | N |
| May 30, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 23, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** July 05, 2018, 1:06:54 AM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)          **Date:** July 05, 2018, 1:06:54 AM

AMZ-BRY000703

Acknowledged by associate on June 27, 2018, 10:50:59 PM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive







**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** June 27, 2018, 10:50:59 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | June 20, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 1 | 0.66 | 159 | 241.52 | 145 | 166.56 | 237.95 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 1 | 0.51 | 273 | 537.93 | 320 | 168.1 | 240.15 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 10.21 | 1903 | 186.4 | 145 | 128.55 | 142.84 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 13.18 | 2714 | 205.91 | 145 | 142 | 142 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 4.35 | 2003 | 460.81 | 320 | 144 | 160 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 6.18 | 3269 | 529.23 | 320 | 165.38 | 165.38 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.2 | 18 | 91.01 | 104 | 87.51 | 97.23 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 0.75 | 109 | 145.12 | 104 | 139.54 | 139.54 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 0.25 | 102 | 403.52 | 220 | 183.42 | 183.42 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 20, 2018, 5:00:00 AM | 10118 | 35 | 288 | 142.39 | 148.58 | N |
| June 13, 2018, 5:00:00 AM | 7699 | 32 | 239 | 127.28 | 145.85 | N |
| June 06, 2018, 5:00:00 AM | 9362 | 30 | 313 | 155.42 | 182.84 | N |
| May 30, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 23, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 16, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮    **Date:** June 27, 2018, 10:50:59 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)    **Date:** June 27, 2018, 10:50:59 PM

AMZ-BRY000704

AMZ-BRY000705

Acknowledged by associate on June 20, 2018, 10:28:29 PM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Phelan,Colleen (NA7-1800)

**Created On:** June 20, 2018, 10:28:29 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Positive | 1 | June 13, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|-------|-------|-----|----------|-----------|------------|--------------|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 12.93 | 2247 | 173.79 | 145 | 119.86 | 141.01 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 11.1 | 2045 | 184.18 | 145 | 127.02 | 141.13 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 3.81 | 1785 | 468.78 | 320 | 146.49 | 172.34 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 2.93 | 1415 | 483.58 | 320 | 151.12 | 167.91 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.82 | 40 | 48.91 | 104 | 47.03 | 55.33 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.26 | 42 | 162.41 | 104 | 156.16 | 173.51 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.13 | 68 | 505.79 | 220 | 229.9 | 270.47 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 3 | 0.2 | 57 | 285 | 220 | 129.55 | 143.94 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| June 13, 2018, 5:00:00 AM | 7699 | 32 | 239 | 127.28 | 145.85 | N |
| June 06, 2018, 5:00:00 AM | 9362 | 30 | 313 | 155.42 | 182.84 | N |
| May 30, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 23, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 16, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████     **Date:** June 20, 2018, 10:28:29 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)     **Date:** June 20, 2018, 10:28:29 PM

Acknowledged by associate on June 13, 2018, 9:40:38 PM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▉▉▉▉▉▉▉▉▉▉
**Manager Name:** Sheola,Brian (NA7-1800)
**Created On:** June 13, 2018, 9:40:38 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|-----|-------|-------|-----|----------|-----------|------------|--------------|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 2 | 19.65 | 4492 | 228.62 | 145 | 157.67 | 185.49 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 2 | 10.01 | 4808 | 480.2 | 320 | 150.06 | 176.54 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 2 | 0.21 | 45 | 212.6 | 104 | 204.42 | 240.5 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 2 | 0.06 | 17 | 302.97 | 220 | 137.71 | 162.02 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|------------|--------------|-----|-----------|------------|----------|
| June 06, 2018, 5:00:00 AM | 9362 | 30 | 313 | 155.42 | 182.84 | N |
| May 30, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |
| May 23, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |
| May 16, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉▉▉                    **Date:** June 13, 2018, 9:40:38 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)                    **Date:** June 13, 2018, 9:40:38 PM

AMZ-BRY000707

Acknowledged by associate on September 06, 2019, 3:43:52 AM - Delivered by Norton,Michael (nortonmi)



# Supportive Feedback Document
## Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Norton,Michael (RT884-4)

**Created On:** September 06, 2019, 3:43:52 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 44 | August 14, 2019 |
| Verbal Positive | 4 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 14.95 | 3489 | 233.34 | 132 | 176.77 | 176.77 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 5 | 8.94 | 4290 | 479.52 | 283 | 169.44 | 169.44 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 1.09 | 236 | 216.45 | 85 | 254.65 | 254.65 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Small EACH | Level 5 | 0.51 | 273 | 531.81 | 245 | 217.06 | 217.06 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 28, 2019, 5:00:00 AM | 8288 | 26 | 325 | 178.34 | 178.34 | N |
| August 21, 2019, 5:00:00 AM | 3807 | 11 | 357 | 174.07 | 174.07 | Y |
| August 14, 2019, 5:00:00 AM | 1481 | 6 | 255 | 158.66 | 158.66 | Y |
| August 07, 2019, 5:00:00 AM | 2392 | 7 | 325 | 169.98 | 169.98 | N |
| July 31, 2019, 5:00:00 AM | 1411 | 5 | 277 | 160.94 | 160.94 | N |
| July 24, 2019, 5:00:00 AM | 2526 | 6 | 440 | 198.22 | 198.22 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████     **Date:** September 06, 2019, 3:43:52 AM

**Manager Signature:** Acknowledged by Norton,Michael (BadgeID: 0014429)     **Date:** September 06, 2019, 3:43:52 AM

Acknowledged by associate on April 19, 2019, 2:17:51 AM - Delivered by Raslan,Farah (rasfarah)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ██████████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** April 19, 2019, 2:17:51 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 46 | April 03, 2019, 5:00:00 AM |
| Documented Positive | 13 | April 10, 2019, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 8353 | 650 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 10, 2019 | 8353 | 0 | 0 | 100 | No |
| April 03, 2019 | 10090 | 0 | 0 | 100 | No |
| March 27, 2019 | 10459 | 2 | 191.22 | 70.58 | No |
| March 20, 2019 | 7618 | 0 | 0 | 100 | No |
| March 13, 2019 | 9624 | 0 | 0 | 100 | No |
| March 06, 2019 | 4074 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████      **Date:** April 19, 2019, 2:17:51 AM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)      **Date:** April 19, 2019, 2:17:51 AM

AMZ-BRY000709

Acknowledged by associate on April 11, 2019, 10:01:46 PM - Delivered by Malone,Sade (sadmalon)





# Supportive Feedback Document
# Quality - Documented Positive

**Associate Name:** ████████████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** April 11, 2019, 10:01:46 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 46 | April 03, 2019, 5:00:00 AM |
| Documented Positive | 12 | March 20, 2019, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 10090 | 650 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 03, 2019 | 10090 | 0 | 0 | 100 | No |
| March 27, 2019 | 10459 | 2 | 191.22 | 70.58 | No |
| March 20, 2019 | 7618 | 0 | 0 | 100 | No |
| March 13, 2019 | 9624 | 0 | 0 | 100 | No |
| March 06, 2019 | 4074 | 0 | 0 | 100 | No |
| February 27, 2019 | 13158 | 1 | 75.99 | 83.11 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** April 11, 2019, 10:01:46 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)          **Date:** April 11, 2019, 10:01:46 PM

AMZ-BRY000710

Acknowledged by associate on March 21, 2019, 9:38:18 PM - Delivered by Malone,Sade (sadmalon)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** March 21, 2019, 9:38:18 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 44 | March 13, 2019, 5:00:00 AM |
| Documented Positive | 11 | February 27, 2019, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 9624 | 650 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 13, 2019 | 9624 | 0 | 0 | 100 | No |
| March 06, 2019 | 4074 | 0 | 0 | 100 | No |
| February 27, 2019 | 13158 | 1 | 75.99 | 83.11 | No |
| February 20, 2019 | 9432 | 0 | 0 | 100 | No |
| February 13, 2019 | 13710 | 0 | 0 | 100 | No |
| February 06, 2019 | 10089 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** March 21, 2019, 9:38:18 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)          **Date:** March 21, 2019, 9:38:18 PM

Acknowledged by associate on March 01, 2019, 2:15:30 AM - Delivered by Raslan,Farah (rasfarah)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ████████████████

**Manager Name:** Raslan,Farah (RT677)

**Created On:** March 01, 2019, 2:15:30 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Documented Positive | 10 | February 20, 2019, 5:00:00 AM |
| Verbal Positive | 41 | February 13, 2019, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns    * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 9432 | 450 | 1000 | No |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 20, 2019 | 9432 | 0 | 0 | 100 | No |
| February 13, 2019 | 13710 | 0 | 0 | 100 | No |
| February 06, 2019 | 10089 | 0 | 0 | 100 | No |
| January 30, 2019 | 11368 | 0 | 0 | 100 | No |
| January 23, 2019 | 6086 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** March 01, 2019, 2:15:30 AM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)          **Date:** March 01, 2019, 2:15:30 AM

Acknowledged by associate on February 22, 2019, 12:39:20 AM - Delivered by Raslan,Farah (rasfarah)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** February 22, 2019, 12:39:20 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 41 | February 13, 2019, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Documented Positive | 9 | February 13, 2019, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 758 | 850 | 1000 | Yes |
| Stow | - | 0 | 13710 | 850 | 1000 | No |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 13, 2019 | 13710 | 0 | 0 | 100 | No |
| February 06, 2019 | 10089 | 0 | 0 | 100 | No |
| January 30, 2019 | 11368 | 0 | 0 | 100 | No |
| January 23, 2019 | 6086 | 0 | 0 | 100 | No |
| January 09, 2019 | 2016 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████          **Date:** February 22, 2019, 12:39:20 AM

**Manager Signature:** Acknowledged by Raslan,Farah (BadgeID: 11728952)          **Date:** February 22, 2019, 12:39:20 AM

**AMZ-BRY000713**

Acknowledged by associate on February 15, 2019, 2:02:21 AM - Delivered by Sy,Duncan (sydunca)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Raslan,Farah (RT677)
**Created On:** February 15, 2019, 2:02:21 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Documented Positive | 8 | February 06, 2019, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Verbal Positive | 41 | February 13, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 2861 | 850 | 1000 | No |
| Stow | - | 0 | 10089 | 850 | 1000 | No |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 06, 2019 | 10089 | 0 | 0 | 100 | No |
| January 30, 2019 | 11368 | 0 | 0 | 100 | No |
| January 23, 2019 | 6086 | 0 | 0 | 100 | No |
| January 09, 2019 | 2016 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮              **Date:** February 15, 2019, 2:02:21 AM

**Manager Signature:** Acknowledged by Sy,Duncan (BadgeID: 11962818)              **Date:** February 15, 2019, 2:02:21 AM

**AMZ-BRY000714**

Acknowledged by associate on February 07, 2019, 7:44:09 PM - Delivered by Dennis,Chris J (chrdenni)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** 
**Manager Name:** Raslan,Farah (RT677)
**Created On:** February 07, 2019, 7:44:09 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | January 16, 2019, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Verbal Positive | 39 | January 30, 2019, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 1029 | 850 | 1000 | No |
| Stow | - | 0 | 11368 | 850 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 30, 2019 | 11368 | 0 | 0 | 100 | No |
| January 23, 2019 | 6086 | 0 | 0 | 100 | No |
| January 09, 2019 | 2016 | 0 | 0 | 100 | No |

## Associate Comments

████ is an all-star AA! He was the #1 Kuality IB AA last week for the entire LGA7/8 IB. He is consistently at or near the very top in performance and is valued AA w/in IB BHN team.

**Associate Signature:** Acknowledged by ████████████                    **Date:** February 07, 2019, 7:44:09 PM

**Manager Signature:** Acknowledged by Dennis,Chris J (BadgeID: 11789762)          **Date:** February 07, 2019, 7:44:09 PM

Acknowledged by associate on January 16, 2019, 11:54:56 PM - Delivered by Mongno,Emalee (emalem)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Mercer,Joshua (NA7-1800)
**Created On:** January 16, 2019, 11:54:56 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Documented Positive | 6 | December 12, 2018, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Positive | 36 | January 09, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns    * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 8387 | 850 | 1000 | No |
| Stow | - | 0 | 2016 | 850 | 1000 | No |

## Error Listing    * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 09, 2019 | 8387 | 0 | 0 | 100 | No |
| January 02, 2019 | 7147 | 2 | 279.83 | 67.07 | No |
| December 26, 2018 | 3444 | 0 | 0 | 100 | No |
| December 19, 2018 | 12696 | 0 | 0 | 100 | No |
| December 12, 2018 | 7951 | 1 | 125.77 | 85.2 | No |
| December 05, 2018 | 11446 | 0 | 0 | 100 | No |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████          **Date:** January 16, 2019, 11:54:56 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)          **Date:** January 16, 2019, 11:54:56 PM

AMZ-BRY000716

AMZ-BRY000717

Acknowledged by associate on December 12, 2018, 10:36:45 PM - Delivered by Mongno,Emalee (emalem)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** December 12, 2018, 10:36:45 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 32 | December 05, 2018, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Documented Positive | 5 | December 05, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 11446 | 850 | 1000 | No |
| Stow | - | 0 | 4684 | 850 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| December 05, 2018 | 11446 | 0 | 0 | 100 | No |
| November 28, 2018 | 9665 | 0 | 0 | 100 | No |
| November 21, 2018 | 2741 | 3 | 1094.49 | -28.77 | Yes |
| November 14, 2018 | 1729 | 1 | 578.36 | 31.95 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮        **Date:** December 12, 2018, 10:36:45 PM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)        **Date:** December 12, 2018, 10:36:45 PM

Acknowledged by associate on December 06, 2018, 12:03:02 AM - Delivered by Mongno,Emalee (emalem)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** December 06, 2018, 12:03:02 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Positive | 31 | November 28, 2018, 5:00:00 AM |
| Documented Positive | 4 | August 15, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 9665 | 850 | 1000 | No |
| Stow | - | 0 | 3273 | 850 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| November 28, 2018 | 9665 | 0 | 0 | 100 | No |
| November 21, 2018 | 2741 | 3 | 1094.49 | -28.77 | Yes |
| November 14, 2018 | 1729 | 1 | 578.36 | 31.95 | No |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮        **Date:** December 06, 2018, 12:03:02 AM

**Manager Signature:** Acknowledged by Mongno,Emalee (BadgeID: 11347452)        **Date:** December 06, 2018, 12:03:02 AM

Acknowledged by associate on August 15, 2018, 9:36:02 PM - Delivered by Puzio,Krystian (puziok)





# Supportive Feedback Document
# Quality - Documented Positive

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 15, 2018, 9:36:02 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Positive | 11 | August 01, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Documented Positive | 3 | August 08, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 3247 | 550 | 1000 | No |
| Stow | - | 0 | 9694 | 550 | 1000 | No |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| August 08, 2018 | 9694 | 0 | 0 | 100 | No |
| August 01, 2018 | 10970 | 0 | 0 | 100 | No |
| July 25, 2018 | 6248 | 0 | 0 | 100 | No |
| July 18, 2018 | 11538 | 2 | 173.34 | 79.6 | No |
| July 11, 2018 | 10132 | 0 | 0 | 100 | No |
| July 04, 2018 | 6277 | 3 | 477.93 | 43.77 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮▮        **Date:** August 15, 2018, 9:36:02 PM

**Manager Signature:** Acknowledged by Puzio,Krystian (BadgeID: 0105209)        **Date:** August 15, 2018, 9:36:02 PM

AMZ-BRY000720

AMZ-BRY000721

Acknowledged by associate on August 08, 2018, 10:35:39 PM - Delivered by Phelan,Colleen (phelanco)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ▇▇▇▇▇▇▇▇▇
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** August 08, 2018, 10:35:39 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Verbal Positive | 11 | August 01, 2018, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Documented Positive | 2 | July 18, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Shortage | 1 | 1572 | 550 | 1000 | No |
| Stow | - | 0 | 10970 | 550 | 1000 | No |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| July 31, 2018, 2:48:01 AM | Stow | Shortage | **Quantity:** 1.0<br>**Location Id:** tsX05c90va7<br>**Fc Sku:** X000RXK22R<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-9-A321J866] |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performive % | Exempted |
|---|---|---|---|---|---|
| August 01, 2018 | 10970 | 0 | 0 | 100 | No |
| July 25, 2018 | 6248 | 0 | 0 | 100 | No |
| July 18, 2018 | 11538 | 2 | 173.34 | 79.6 | No |
| July 11, 2018 | 10132 | 0 | 0 | 100 | No |
| July 04, 2018 | 6277 | 3 | 477.93 | 43.77 | No |
| June 27, 2018 | 8626 | 2 | 231.85 | 72.72 | No |

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇▇▇                      **Date:** August 08, 2018, 10:35:39 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)                                        **Date:** August 08, 2018, 10:35:39 PM

**AMZ-BRY000723**

Acknowledged by associate on July 18, 2018, 9:06:48 PM - Delivered by Gonzalez,Luis (golis)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** July 18, 2018, 9:06:48 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 27, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |
| Verbal Positive | 7 | July 11, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | - | 0 | 10132 | 850 |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| July 11, 2018 | 10132 | 0 | 0 | 100 | No |
| July 04, 2018 | 6277 | 3 | 477.93 | 43.77 | No |
| June 27, 2018 | 8626 | 2 | 231.85 | 72.72 | No |
| June 20, 2018 | 7515 | 0 | 0 | 100 | No |
| June 13, 2018 | 8102 | 1 | 123.42 | 85.47 | No |
| June 06, 2018 | 7920 | 1 | 126.26 | 85.14 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████        **Date:** July 18, 2018, 9:06:48 PM

**Manager Signature:** Acknowledged by Gonzalez,Luis (BadgeID: 11141397)        **Date:** July 18, 2018, 9:06:48 PM

Acknowledged by associate on June 27, 2018, 10:50:51 PM - Delivered by Phelan,Colleen (phelanco)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▇▇▇▇▇▇▇▇▇▇▇▇
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** June 27, 2018, 10:50:51 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Verbal Positive | 4 | June 20, 2018, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | - | 0 | 432 | 850 |
| Stow | - | 0 | 7515 | 850 |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| June 20, 2018 | 7515 | 0 | 0 | 100 | No |
| June 13, 2018 | 8102 | 1 | 123.42 | 85.47 | No |
| June 06, 2018 | 7920 | 1 | 126.26 | 85.14 | No |
| May 30, 2018 | 3267 | 3 | 918.27 | -8.04 | No |
| May 23, 2018 | 6009 | 2 | 332.83 | 60.84 | No |
| May 16, 2018 | 821 | 2 | 2436.05 | -186.6 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇          **Date:** June 27, 2018, 10:50:51 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)          **Date:** June 27, 2018, 10:50:51 PM

AMZ-BRY000725

Acknowledged by associate on April 25, 2019, 8:35:49 PM - Delivered by Malone,Sade (sadmalon)



## Supportive Feedback Document
## Quality - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** Raslan,Farah (RT677)
**Created On:** April 25, 2019, 8:35:49 PM

### Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

### Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |
| Documented Positive | 14 | April 17, 2019, 5:00:00 AM |
| Verbal Positive | 46 | April 03, 2019, 5:00:00 AM |
| Documented Coaching | 1 | June 06, 2018, 5:00:00 AM |

### Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 11499 | 650 | 1000 | No |

### Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

### Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 17, 2019 | 11499 | 0 | 0 | 100 | No |
| April 10, 2019 | 8353 | 0 | 0 | 100 | No |
| April 03, 2019 | 10090 | 0 | 0 | 100 | No |
| March 27, 2019 | 10459 | 2 | 191.22 | 70.58 | No |
| March 20, 2019 | 7618 | 0 | 0 | 100 | No |
| March 13, 2019 | 9624 | 0 | 0 | 100 | No |

### Associate Comments

**Associate Signature:** Acknowledged by ███████████████           **Date:** April 25, 2019, 8:35:49 PM

**Manager Signature:** Acknowledged by Malone,Sade (BadgeID: 11523748)           **Date:** April 25, 2019, 8:35:49 PM

AMZ-BRY000726

Acknowledged by associate on June 06, 2018, 6:56:35 PM - Delivered by Phelan,Colleen (phelanco)





# Supportive Feedback Document
# Quality Trend - Documented Coaching

**Associate Name:** ▆▆▆▆▆▆▆▆▆
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** June 06, 2018, 6:56:35 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 1 | May 30, 2018, 5:00:00 AM |
| Verbal Coaching | 1 | May 23, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

You have not met Quality expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Shortage | 1 | 1268 | 850 |
| Stow | Shortage | 3 | 3267 | 850 |

## Error Listing       * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| May 31, 2018, 2:05:40 AM | Stow | Shortage | **Quantity:** 1.0<br>**Location Id:** csXP24YgFr7<br>**Fc Sku:** X0016DHHCZ<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-7-B196G003] |
| May 31, 2018, 12:44:53 AM | Stow | Shortage | **Quantity:** 1.0<br>**Location Id:** csXP24mRLTG<br>**Fc Sku:** X000SOYNF7<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-5-B805K962] |
| May 30, 2018, 8:57:36 PM | Stow | Shortage | **Quantity:** 3.0<br>**Location Id:** csXP24Z4Qw8<br>**Fc Sku:** X000KCZ2RP<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-9-B186G446] |
| May 30, 2018, 1:43:59 AM | Stow | Shortage | **Quantity:** 1.0<br>**Location Id:** csXP24mRKzx<br>**Fc Sku:** ZZXR34YYKZ<br>**Application Name:** AFTWatsonService<br>**Found Location List:** [P-5-A249K364] |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| May 30, 2018 | 3267 | 3 | 918.27 | -8.04 | No |
| May 23, 2018 | 6009 | 2 | 332.83 | 60.84 | No |
| May 16, 2018 | 821 | 2 | 2436.05 | -186.6 | No |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

AMZ-BRY000727

**Associate Signature:** Acknowledged by ███████████████   **Date:** June 06, 2018, 6:56:35 PM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)   **Date:** June 06, 2018, 6:56:35 PM

AMZ-BRY000728

DocuSign Envelope ID: 7D6C3060-673C-4FE5-B587-09F3671486BA

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1. TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2. ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

**3. CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000729

DocuSign Envelope ID: 7D6C9060-673C-4FE5-85B7-09E3671486BA

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation.   Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act.  First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding.  And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000730

DocuSign Envelope ID: 7D6C9060167GC4FE5-85B7-09F3671486BA

5. **INTELLECTUAL PROPERTY.**

5.1 **Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

5.2 **Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

5.3 **NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

5.4 **Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

5.5 **Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS.**

7.1 **Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000731

DocuSign Envelope ID: 7D6C9060-673C-4FE5-85B7-09F3671486BA

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000732

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**                                        **EMPLOYEE**

Signature   *Beth Galetti*                    Signature: _____

Name:  Beth Galetti                          Name: _____

Title:  Vice President, Human Resources       Date: ___5/10/2018_____

US CIAA (1269844) NE
Updated February 2017

**AMZ-BRY000733**

Acknowledged by ███████████ on 5/10/2018 2:13:21 PM)



CODE OF BUSINESS CONDUCT & ETHICS
ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of <u>Code of Business Conduct and Ethics</u> and <u>FAQs</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRV000734



9/22/2019



Dear █████████████████

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is September 22, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





AMZ-BRY000735

DocuSign Envelope ID: 7D6C3060-673C-4FE5-85B7-09F3671486BA



P.O. BOX 81226, SEATTLE, WA, 98108-1226

5/10/2018

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ▮▮▮▮▮▮

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on May 19, 2018 ("Start Date").  Your salary will be $13.35 per hour, ($27,768.00 annualized based on 2,080 hours per year) and a $0.50 per hour Shift Differential ($1,040.00 annualized based on 2,080 hours per year), payable Bi-weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Restricted Stock Unit Award**

Subject to approval by the Board of Directors of Amazon.com, Inc., you will be granted a restricted stock unit award with respect to 1 shares of Amazon.com, Inc. common stock. Subject to your continued employment with the Company, this award will vest and convert into shares of common stock on the 15th day of the month in which you reach your second anniversary of employment.

Your award will be documented by delivery to you of a Restricted Stock Unit Award Agreement specifying the terms and conditions of the award. You will be eligible for a restricted stock unit grant, based on your performance, in calendar year 2019. Ordinarily this process occurs each April.





DocuSign Envelope ID: 7D6C3060-679C-1FE5-8587-09536714B6BA

## Department, Manager and Shift

Department: 1299010 LGA7 USA FC Receiving(010)
Manager: Colleen Phelan
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Variable Compensation Pay (VCP)

If you work in a fulfillment center you may be eligible for Variable Pay, a bonus based upon personal and site performance criteria at your location.

## Benefits

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). The Company's willingness to grant you the restricted stock unit award referred to above is based in significant part on your commitment to fulfill the obligations specified in the Agreement. Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility





AMZ-BRY000737

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

**Additional Provisions**

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

██████, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Colleen Phelan
Manager I, Operations

**ACCEPTANCE**

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

DocuSigned by:

████████
D0273C9662014C0...
_____        5/10/2018
Signature                                            _____
                                                                Date

████████████████





Acknowledged by associate on November 29, 2018, 12:06:01 AM - Delivered by Phelan,Colleen (phelanco)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** <span style="background:black"> </span>
**Manager Name:** Phelan,Colleen (NA7-1800)
**Created On:** November 29, 2018, 12:06:01 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | June 13, 2018, 8:51:43 AM |
| Documented Coaching | 1 | June 20, 2018, 9:00:16 AM |

## Details of Current Incident/Specific Concerns

&quot;What is Machine Gun Stow? Machine Gun Stow is when an associate has multiple units that may look similar so the associate counts the similar units and hold one Asin and scans all units into a prime location without verify the individual Asin. This cause Asin and quantity to be stowed into a bin. Error Family: Stow Machine Gun Week: 47 Quality Events: 1 DPMO: 623 What is quality DPMO? DPMO stands for Defects per Million Opportunities and is a ratio to determine where your performance falls as compared to other associates in the building. This ratio allows for all associates to be evaluated by the same measure. How do we calculate DPMO? The number of defects caused by user error and divide that by the total number of units processed. For example, if I processed 5,000 packages yesterday and made 10 defects, my DPMO would be 2,000. &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by <span style="background:black"> </span>                **Date:** November 29, 2018, 12:06:01 AM

**Manager Signature:** Acknowledged by Phelan,Colleen (BadgeID: 12266208)                **Date:** November 29, 2018, 12:06:01 AM

AMZ-BRY000739

<u>Executive Summary</u>

On 4.6.2020, a small protest occurred at JFK8 in Staten Island, NY.  During the protest, at least three AAs came into our parking lot with a bullhorn to verbally protest and engage with working AAs while on their lunch break.  A verbal altercation occurred between AA Gerald Bryson (T1), who was participating in the protest, and AA Dmitra Evans (T1) when she defended Amazon. By his own admission, Bryson escalated the altercation by calling Evans a "bitch" on the bullhorn and accusing her of drug use.  Evans admits to responding with "your mother" before returning into the building as observed by five witnesses, including HR, Sr. Operations and Loss Prevention. Three of the witness statements describe his behavior as "screaming, belligerent, verbally assaulting, and aggressive."   Bryson continued to protest and joined AA Jordan Flowers (T1) on a Facebook Live broadcast where he described the event that had just occurred.  He stated, "It got out of hand" when Amazon "sent out a plant" and is hiring "the scum of the earth."  Bryson uses the same language on the video that witnesses state was used during the altercation, but does not name her on the video.

Note:  While the NRLA may protect the protest activity that Bryson engaged in, he loses that protection due to this behavior.

**Strikes unlawful because of misconduct of strikers**. *Strikers who engage in serious misconduct in the course of a strike may be refused reinstatement to their former jobs. This applies to both economic strikers and unfair labor practice strikers. Serious misconduct has been held to include, among other things, violence and threats of violence. Sect 7 NRLA The Right to Strike.*

After review and agreement with Legal, ER, Regional Operations, Senior Ops and HR Leadership, we are in alignment for the termination of AA Gerald Bryson and a Final Written Warning for AA Dmitra Evans.

**Text for Termination:**

**Details of Incident**

The following feedback pertains to Amazon's Standards of Conduct.  Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor is prohibited and classified as a Category 2 violation of the Standards of Conduct.   Harassment is unwanted conduct that affects one's dignity at work. It is personally offensive and creates an intimidating, hostile, degrading, humiliating or offensive work environment.  On 4/6/2020, you were reported to be in violation of this policy by making vulgar and derogatory comments towards another employee.

**Areas of Improvement**

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates.  Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism.  Amazon will not tolerate abusive, vulgar, or harassing language or behavior. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center.  These actions result in separation of employment.

There are 26 cases at JFK8 where similar bullying or harassing behavior resulted in in a final written warning or termination.  Considering the precedent set by these 26 cases, there are six similar in nature where demeaning words are used that are not of a sexual nature.  Four of those resulted in termination and two resulted in a FWW.

Acknowledged by associate on January 13, 2020, 1:00:02 PM - Delivered by Jackson,Tawana She'Ree (jatawana)





# Supportive Feedback Document
# Behavioral - First Written

**Associate Name:** ██████████████████
**Manager Name:** Ready,Erin (DA5-0715)
**Created On:** January 13, 2020, 1:00:02 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. These behaviors are violations of Amazon's Standards of Conduct policy, &quot;Inappropriate Language or Behavior&quot; and is considered a Category 2 violation of the Standards. On 12/23/19 you admitted to bumping past a fellow associate in the main cafeteria break-room and using profanity. As per your witness statement, you stated you called the AA a "Bitch" and told her to "shut the fuck up."

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination. Furthermore, Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████        **Date:** January 13, 2020, 1:00:02 PM

**Manager Signature:** Acknowledged by Jackson,Tawana She'Ree (BadgeID: 12780599)        **Date:** January 13, 2020, 1:00:02 PM

Acknowledged by associate on September 09, 2020, 1:48:14 PM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** █████████████
**Manager Name:** Ready,Erin (DA5-0715)
**Created On:** September 09, 2020, 1:48:14 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 13, 2020, 8:34:02 AM |

## Details of Current Incident/Specific Concerns

On 09/09/20 while at station 2361 at 3:37pm, you were observed using a cell phone outside of an emergency on the FC floor for the second time today, which is a violation of Amazon's Cellular Phone and Electronic Devices policy.

## Areas of Improvement Required by Associate

Going forward, you are expected to adhere to the Cell Phone Use Policy and the Personal Electronic Devices policy, which prohibits hourly associates from using cell phones or electronic devices on the FC floor unless they have an emergency. Cell phones and personal electronics may be used during lunch and breaks in non-working areas such as a break room or outside the facility, or if an emergency needs to be attended to in one of those areas. Further behavioral or policy violations may result in additional corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████████         **Date:** September 09, 2020, 1:48:14 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)         **Date:** September 09, 2020, 1:48:14 PM

**AMZ-BRY000532**

Acknowledged by associate on December 08, 2019, 11:04:38 AM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Second Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Ready,Erin (DA5-0715)
**Created On:** December 08, 2019, 11:04:38 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | November 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 16.7 | 3882 | 232.37 | 301 | 77.2 | 77.2 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 11.25 | 1998 | 177.51 | 249 | 71.29 | 71.29 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 5.45 | 1125 | 206.27 | 250 | 82.5 | 82.5 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 27, 2019, 5:00:00 AM | 7005 | 33 | 210 | 76.07 | 95.85 | N |
| November 20, 2019, 5:00:00 AM | 6890 | 36 | 192 | 69.76 | 98.05 | N |
| November 13, 2019, 5:00:00 AM | 7193 | 38 | 189 | 69.47 | 96.65 | Y |
| November 06, 2019, 5:00:00 AM | 5526 | 29 | 187 | 69.45 | 82.36 | N |
| October 30, 2019, 5:00:00 AM | 6780 | 35 | 194 | 70.54 | 78.47 | N |
| October 23, 2019, 5:00:00 AM | 7205 | 33 | 217 | 80.07 | 74.36 | N |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

spoke to aa regarding her write up for productivity - explained that her rate was on at 76% of rate which put her in the bottom 5%. Her highest rate averaged for the week was 217 and goal is 400 - this is her 2nd written within 30 days -therefore it is now a 60 day write up - we spoke on how to help her and we agreed that I will update her every qtr with her rate - pick master coach went to her today as well and she refused the help - aa acknowledged the write up and is aware this is now a 60 day write up - 3rd would be 90 and 4th would be term.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ **Date:** December 08, 2019, 11:04:38 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208) **Date:** December 08, 2019, 11:04:38 AM

Acknowledged by associate on December 01, 2019, 11:10:27 AM - Delivered by Ready,Erin (readyeri)

# Supportive Feedback Document
# Productivity - First Written





**Associate Name:** ████████████

**Manager Name:** Ready,Erin (DA5-0715)

**Created On:** December 01, 2019, 11:10:27 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---------|----------|----|-------|-------|-----|--------|-----------|------------|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 17.23 | 3709 | 215.18 | 301 | 71.48 | 71.48 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 13.5 | 2363 | 174.92 | 249 | 70.25 | 70.25 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 5.2 | 818 | 157.01 | 250 | 62.8 | 62.8 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|--------------|-----------|--------------|-----|-----------|-----------|----------|
| November 20, 2019, 5:00:00 AM | 6890 | 36 | 192 | 69.76 | 98.05 | N |
| November 13, 2019, 5:00:00 AM | 7193 | 38 | 189 | 69.47 | 96.65 | Y |
| November 06, 2019, 5:00:00 AM | 5526 | 29 | 187 | 69.45 | 82.36 | N |
| October 30, 2019, 5:00:00 AM | 6780 | 35 | 194 | 70.54 | 78.47 | N |
| October 23, 2019, 5:00:00 AM | 7205 | 33 | 217 | 80.07 | 74.36 | N |
| October 16, 2019, 5:00:00 AM | 8693 | 41 | 210 | 76.01 | 81.35 | N |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

spoke to aa regarding her write up for productivity - explained that her rate was on at 69% of rate which put her in the bottom 5%. Her rate averaged out at 279 and goal was 400 - explained 1st written is for 30 days - if productivity happens within that time it goes to a 2nd for 60 days and then a 3rd for 90 days and then the final - aa was receptive to the coaching and understood - i asked her if she had any questions and if she clearly understood and her answer was yes

**Associate Signature:** Acknowledged by ████████████        **Date:** December 01, 2019, 11:10:27 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)        **Date:** December 01, 2019, 11:10:27 AM

**AMZ-BRY000534**

Acknowledged by associate on November 18, 2020, 12:13:58 PM - Delivered by Fabich,Magdalena (fabicm)

# Supportive Feedback Document
# Productivity - First Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Fabich,Magdalena (DA5-0715)
**Created On:** November 18, 2020, 12:13:58 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | November 27, 2019 |
| Second Written | 1 | December 04, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 5.85 | 1042 | 178.01 | 223 | 79.82 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 3.88 | 768 | 197.71 | 210 | 94.14 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 0.61 | 134 | 216.51 | 214 | 101.17 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 11, 2020, 5:00:00 AM | 1042 | 6 | 178.0 | 79.82 | 97.38086700439453 | N |
| November 04, 2020, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| October 28, 2020, 5:00:00 AM | 1033 | 5 | 198.0 | 88.63 | 93.54838562011719 | N |
| October 21, 2020, 5:00:00 AM | 3606 | 20 | 183.0 | 83.8 | 96.31132507324219 | N |
| October 14, 2020, 5:00:00 AM | 2365 | 10 | 246.0 | 112.1 | 67.21649169921875 | N |
| October 07, 2020, 5:00:00 AM | 9514 | 37 | 254.0 | 116.66 | 52.968360900878906 | N |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮   **Date:** November 18, 2020, 12:13:58 PM

**Manager Signature:** Acknowledged by Fabich,Magdalena (BadgeID: 11509595)   **Date:** November 18, 2020, 12:13:58 PM

AMZ-BRY000535

AMZ-BRY000536

Acknowledged by associate on March 31, 2021, 7:11:58 AM - Delivered by Fabich,Magdalena (fabicm)



# Supportive Feedback Document
# Quality - First Written





**Associate Name:** ███████████████
**Manager Name:** Fabich,Magdalena (DA5-0715)
**Created On:** March 31, 2021, 7:11:58 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|--------------|------------|-------------------|-----------------|----------------|---------------|-------------|
| Icqa | Inaccurate Count | 12 | 1088 | 5502 | 1000 | No |
| Pick | Wrong Adjustment | 1 | 2519 | 178 | 1000 | No |
| ICQA | - | 0 | 1088 | 5502 | 1000 | No |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|--------------|------------|---------|
| March 21, 2021, 5:23:15 PM | Icqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-9-C186H702<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 7.0<br>**Bin Id**: P-9-C186H702<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 9.0<br>**Accurate**: 0.0 |
| March 21, 2021, 4:24:19 PM | Icqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-8-C267D670<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 3.0<br>**Bin Id**: P-8-C267D670<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 4.0<br>**Accurate**: 0.0 |
| March 21, 2021, 3:58:41 PM | Icqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-5-C953B814<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 4.0<br>**Bin Id**: P-5-C953B814<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 5.0<br>**Accurate**: 0.0 |
| March 21, 2021, 3:18:12 PM | Icqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-8-C525H613<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 15.0<br>**Bin Id**: P-8-C525H613<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 14.0<br>**Accurate**: 0.0 |
| March 21, 2021, 11:52:54 AM | Icqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-5-B243Z690<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 6.0<br>**Bin Id**: P-5-B243Z690<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 7.0<br>**Accurate**: 0.0 |

| | | | |
|---|---|---|---|
| March 21, 2021, 9:36:08 AM | lcqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-6-C012W008<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 14.0<br>**Bin Id**: P-6-C012W008<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 15.0<br>**Accurate**: 0.0 |
| March 21, 2021, 9:28:54 AM | lcqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-6-C012W006<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 16.0<br>**Bin Id**: P-6-C012W006<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 17.0<br>**Accurate**: 0.0 |
| March 21, 2021, 9:19:56 AM | lcqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-6-C962G292<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 7.0<br>**Bin Id**: P-6-C962G292<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 9.0<br>**Accurate**: 0.0 |
| March 17, 2021, 9:45:59 AM | lcqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-6-C066G123<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 10.0<br>**Bin Id**: P-6-C066G123<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 12.0<br>**Accurate**: 0.0 |
| March 17, 2021, 9:45:16 AM | lcqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-5-C708B599<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 4.0<br>**Bin Id**: P-5-C708B599<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 5.0<br>**Accurate**: 0.0 |
| March 17, 2021, 9:39:16 AM | lcqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-7-B353Y792<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 6.0<br>**Bin Id**: P-7-B353Y792<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 7.0<br>**Accurate**: 0.0 |
| March 17, 2021, 9:03:13 AM | lcqa | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-7-C294G076<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 10.0<br>**Bin Id**: P-7-C294G076<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Ignored**: 0.0<br>**Expected Quantity**: 9.0<br>**Accurate**: 0.0 |
| March 15, 2021, 12:30:52 PM | Pick | Wrong Adjustment | **Location Id**: P-6-C692G033<br>**Fc Sku**: ZZXX0UID35<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-6-C692G033] |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 17, 2021 | 3607 | 13 | 3604.1 | -102.04 | No |
| March 10, 2021 | 9788 | 0 | 0.0 | 100.0 | No |
| March 03, 2021 | 8232 | 0 | 0.0 | 100.0 | No |
| February 24, 2021 | 7372 | 0 | 0.0 | 100.0 | No |
| February 17, 2021 | 6492 | 0 | 0.0 | 100.0 | No |
| February 10, 2021 | 10175 | 1 | 98.28 | 73.36 | No |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

AMZ-BRY000538

**Associate Signature:** Acknowledged by ███████████████████                    **Date:** March 31, 2021, 7:11:58 AM

**Manager Signature:** Acknowledged by Fabich,Magdalena (BadgeID: 11509595)                    **Date:** March 31, 2021, 7:11:58 AM

AMZ-BRY000539

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1.  TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2.  ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

**3.  CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

US CIAA (1269844) NE
Updated July 2019

AMZ-BRY000540

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.**  Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation.   Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act.  First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding.  And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4.  RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

US CIAA (1269844) NE
Updated July 2019

**AMZ-BRY000541**

**5. INTELLECTUAL PROPERTY.**

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

**6. DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

**7. GENERAL PROVISIONS.**

**7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

US CIAA (1269844) NE
Updated July 2019

AMZ-BRY000542

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

US CIAA (1269844) NE
Updated July 2019

AMZ-BRY000543

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**

Signature *Beth Galetti*

Name:  Beth Galetti

Title:  Senior Vice President, Human Resources

**EMPLOYEE**

Signature: ███████████

Name: ███████████

Date: Aug 22, 2019

US CIAA (1269844) NE
Updated July 2019

AMZ-BRY000544

Acknowledged by ▮▮▮▮▮▮▮▮▮ on 8/23/2019 2:25:29 AM)



CODE OF BUSINESS CONDUCT & ETHICS
ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of Code of Business Conduct and Ethics and FAQs through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or Amazon's Ethics Line immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRV000545



P.O. BOX 81226, SEATTLE, WA, 98108-1226

8/21/2019

Amazon.com Services, Inc.
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear █████:

On behalf of Amazon.com Services, Inc. (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on August 23, 2019 ("Start Date").  Your salary will be $17.50 per hour, ($36,400.00 annualized based on 2,080 hours per year) and a $0.00 per hour Shift Differential ($0.00 annualized based on 2,080 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1299030 JFK8 USA FC Picking
Manager: Carol Anderson
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services, Inc. reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**





**AMZ-BRY000546**

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Benefits

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

_____, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this





AMZ-BRY000547

letter.

Sincerely,

Carol Anderson

**ACCEPTANCE**

I accept employment with Amazon.com Services, Inc. under the terms set forth in this letter.



_____
Signature

Aug 22, 2019
_____
Date





AMZ-BRY000548

Acknowledged by associate on August 25, 2020, 11:14:06 AM - Delivered by Ready,Erin (readyeri)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Ready,Erin (DA5-0715)

**Created On:** August 25, 2020, 11:14:06 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | September 05, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2020.** Current UPT Balance is **13**, As of: **August 25, 2020**

## Associate Comments

```


```

**Associate Signature:** Acknowledged by ████████                    **Date:** August 25, 2020, 11:14:06 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)              **Date:** August 25, 2020, 11:14:06 AM

**AMZ-BRY000549**

Acknowledged by associate on September 22, 2019, 10:42:48 AM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Anderson,Carol (DA5-0715)

**Created On:** September 22, 2019, 10:42:48 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **9**, As of: **September 11, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████     **Date:** September 22, 2019, 10:42:48 AM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)     **Date:** September 22, 2019, 10:42:48 AM

**AMZ-BRY000550**

Acknowledged by associate on March 31, 2021, 7:14:54 AM - Delivered by Fabich,Magdalena (fabicm)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ████████████
**Manager Name:** Fabich,Magdalena (DA5-0715)
**Created On:** March 31, 2021, 7:14:54 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | August 25, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2021**, Current UPT Balance is **13**, As of: **March 31, 2021**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████          **Date:** March 31, 2021, 7:14:54 AM

**Manager Signature:** Acknowledged by Fabich,Magdalena (BadgeID: 11509595)          **Date:** March 31, 2021, 7:14:54 AM

AMZ-BRY000551

**CONFIDENTIAL**

Acknowledged by associate on January 13, 2020, 1:00:02 PM - Delivered by Jackson,Tawana She'Ree (jatawana)

# Supportive Feedback Document
# Behavioral - First Written





**Associate Name:** CHATFIELD,NATASHA B (nchatfie)
**Manager Name:** Ready,Erin (DA5-0715)
**Created On:** January 13, 2020, 1:00:02 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. These behaviors are violations of Amazon's Standards of Conduct policy, &quot;Inappropriate Language or Behavior&quot; and is considered a Category 2 violation of the Standards. On 12/23/19 you admitted to bumping past a fellow associate in the main cafeteria break-room and using profanity. As per your witness statement, you stated you called the AA a "Bitch" and told her to "shut the fuck up."

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination. Furthermore, Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism.

## Associate Comments

```



```

**Associate Signature:** Acknowledged by CHATFIELD,NATASHA B (BadgeID: 0122712)          **Date:** January 13, 2020, 1:00:02 PM

**Manager Signature:** Acknowledged by Jackson,Tawana She'Ree (BadgeID: 12780599)          **Date:** January 13, 2020, 1:00:02 PM

GC Exhibit 27

Acknowledged by associate on February 22, 2021, 2:10:30 PM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Ready,Erin (DA5-0730)

**Created On:** February 22, 2021, 2:10:30 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 12 | February 10, 2021 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | 4300014798 Cyclecount Total Each | Level 4 | 0.91 | 141 | 154.33 | 80 | 192.91 |
| IC-QA-CS | 4300014819 Simplebincount Total Bins | Level 1 | 0.7 | 92 | 130.34 | 70 | 186.2 |
| IC-QA-CS | 4300020901 Itemamnestied Total Each | Level 5 | 12.49 | 4273 | 342.07 | 144 | 237.55 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| February 10, 2021, 5:00:00 AM | 4273 | 12 | 342.0 | 194.36 | 2.8308823108673096 | N |
| February 03, 2021, 5:00:00 AM | 5394 | 18 | 301.0 | 208.74 | 3.111273765563965 | N |
| January 27, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 20, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 13, 2021, 5:00:00 AM | 2020 | 8 | 249.0 | 172.93 | 18.697708129882812 | N |
| January 06, 2021, 5:00:00 AM | 1835 | 6 | 325.0 | 225.46 | 0.9406657218933105 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████████                    **Date:** February 22, 2021, 2:10:30 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)                    **Date:** February 22, 2021, 2:10:30 PM

Acknowledged by associate on February 15, 2021, 7:34:30 AM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Ready,Erin (DA5-0730)
**Created On:** February 15, 2021, 7:34:30 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 11 | January 13, 2021 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | 4300014798 Cyclecount Total Each | Level 4 | 4.36 | 880 | 201.71 | 80 | 252.14 |
| Pick | 4300000184 Itempicked Total Each | Level 1 | 1.2 | 423 | 352.17 | 223 | 157.92 |
| Pick | 4300002523 Itempicked Total Each | Level 1 | 0.6 | 227 | 374.51 | 210 | 178.34 |
| Transfer Out Pick | 4300002541 Itempicked Total Each | Level 1 | 0.71 | 363 | 504.16 | 214 | 235.59 |
| IC-QA-CS | 4300014819 Simplebincount Total Bins | Level 1 | 6.93 | 1608 | 231.73 | 70 | 331.05 |
| IC-QA-CS | 4300020901 Itemamnestied Total Each | Level 5 | 17.94 | 5394 | 300.59 | 144 | 208.74 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| February 03, 2021, 5:00:00 AM | 5394 | 18 | 301.0 | 208.74 | 3.111273765563965 | N |
| January 27, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 20, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 13, 2021, 5:00:00 AM | 2020 | 8 | 249.0 | 172.93 | 18.697708129882812 | N |
| January 06, 2021, 5:00:00 AM | 1835 | 6 | 325.0 | 225.46 | 0.9406657218933105 | N |
| December 30, 2020, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████     **Date:** February 15, 2021, 7:34:30 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)     **Date:** February 15, 2021, 7:34:30 AM

Acknowledged by associate on January 17, 2021, 9:29:41 AM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ready,Erin (DA5-0715)
**Created On:** January 17, 2021, 9:29:41 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 12 | December 09, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 4 | 2.78 | 701 | 251.35 | 80 | 314.19 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 1 | 4.88 | 1228 | 251.16 | 70 | 358.81 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 5.65 | 1835 | 324.66 | 144 | 225.46 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 06, 2021, 5:00:00 AM | 1835 | 6 | 325.0 | 225.46 | 0.9406657218933105 | N |
| December 30, 2020, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| December 23, 2020, 5:00:00 AM | 3038 | 10 | 295.0 | 204.81 | 1.4174344539642334 | N |
| December 16, 2020, 5:00:00 AM | 5963 | 19 | 306.0 | 212.42 | 0.3870967626571655 | N |
| December 09, 2020, 5:00:00 AM | 6320 | 25 | 252.0 | 174.84 | 4.7043867111206055 | N |
| December 02, 2020, 5:00:00 AM | 8382 | 37 | 226.0 | 156.8 | 1.8393030166625977 | N |

## Associate Comments

11049970

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮     **Date:** January 17, 2021, 9:29:41 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)     **Date:** January 17, 2021, 9:29:41 AM

Acknowledged by associate on December 14, 2020, 3:33:38 PM - Delivered by Ready,Erin (readyeri)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** <span>█████████</span>
**Manager Name:** Ready,Erin (DA5-0715)
**Created On:** December 14, 2020, 3:33:38 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 11 | December 02, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 2 | 4.71 | 1168 | 247.6 | 80 | 309.5 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 37.12 | 8382 | 225.8 | 144 | 156.8 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| December 02, 2020, 5:00:00 AM | 8382 | 37 | 226.0 | 156.8 | 1.8393030166625977 | N |
| November 25, 2020, 5:00:00 AM | 7699 | 37 | 208.0 | 144.41 | 6.978297233581543 | N |
| November 18, 2020, 5:00:00 AM | 8920 | 41 | 217.0 | 150.83 | 3.9278130531311035 | N |
| November 11, 2020, 5:00:00 AM | 6063 | 25 | 244.0 | 169.77 | 0.43652236461639404 | N |
| November 04, 2020, 5:00:00 AM | 7212 | 31 | 231.0 | 160.11 | 1.277715086936507 | N |
| October 28, 2020, 5:00:00 AM | 8472 | 35 | 240.0 | 166.92 | 0.921658992767334 | N |

## Associate Comments

**Associate Signature:** Acknowledged by <span>████████</span>           **Date:** December 14, 2020, 3:33:38 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)           **Date:** December 14, 2020, 3:33:38 PM

Acknowledged by associate on December 06, 2020, 1:20:57 PM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Ready,Erin (DA5-0715)

**Created On:** December 06, 2020, 1:20:57 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 10 | November 25, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 2 | 1.54 | 700 | 452.01 | 80 | 565.02 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 1 | 2.93 | 284 | 96.64 | 70 | 138.06 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 37.02 | 7699 | 207.95 | 144 | 144.41 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 25, 2020, 5:00:00 AM | 7699 | 37 | 208.0 | 144.41 | 6.978297233581543 | N |
| November 18, 2020, 5:00:00 AM | 8920 | 41 | 217.0 | 150.83 | 3.9278130531311035 | N |
| November 11, 2020, 5:00:00 AM | 6063 | 25 | 244.0 | 169.77 | 0.43652236461639404 | N |
| November 04, 2020, 5:00:00 AM | 7212 | 31 | 231.0 | 160.11 | 1.2777150869369507 | N |
| October 28, 2020, 5:00:00 AM | 8472 | 35 | 240.0 | 166.92 | 0.921658992767334 | N |
| October 21, 2020, 5:00:00 AM | 8015 | 30 | 264.0 | 183.08 | 0.8483954071998596 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████████          **Date:** December 06, 2020, 1:20:57 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)          **Date:** December 06, 2020, 1:20:57 PM

Acknowledged by associate on November 30, 2020, 11:01:39 AM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Ready,Erin (DA5-0715)

**Created On:** November 30, 2020, 11:01:39 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 9 | November 18, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 41.06 | 8920 | 217.2 | 144 | 150.83 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 18, 2020, 5:00:00 AM | 8920 | 41 | 217.0 | 150.83 | 3.9278130531311035 | N |
| November 11, 2020, 5:00:00 AM | 6063 | 25 | 244.0 | 169.77 | 0.43652236461639404 | N |
| November 04, 2020, 5:00:00 AM | 7212 | 31 | 231.0 | 160.11 | 1.2777150869369507 | N |
| October 28, 2020, 5:00:00 AM | 8472 | 35 | 240.0 | 166.92 | 0.921658992767334 | N |
| October 21, 2020, 5:00:00 AM | 8015 | 30 | 264.0 | 183.08 | 0.8483954071998596 | N |
| October 14, 2020, 5:00:00 AM | 7924 | 33 | 237.0 | 155.84 | 3.470790386199951 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████████        **Date:** November 30, 2020, 11:01:39 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)        **Date:** November 30, 2020, 11:01:39 AM

Acknowledged by associate on November 23, 2020, 8:20:09 AM - Delivered by Ready,Erin (readyeri)

# Supportive Feedback Document
# Productivity - Documented Positive







**Associate Name:** ███████████
**Manager Name:** Ready,Erin (DA5-0715)
**Created On:** November 23, 2020, 8:20:09 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 8 | November 11, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 2 | 8.01 | 2260 | 281.84 | 80 | 352.3 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 24.79 | 6063 | 244.47 | 144 | 169.77 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 11, 2020, 5:00:00 AM | 6063 | 25 | 244.0 | 169.77 | 0.43652236461639404 | N |
| November 04, 2020, 5:00:00 AM | 7212 | 31 | 231.0 | 160.11 | 1.2777150869369507 | N |
| October 28, 2020, 5:00:00 AM | 8472 | 35 | 240.0 | 166.92 | 0.921658992767334 | N |
| October 21, 2020, 5:00:00 AM | 8015 | 30 | 264.0 | 183.08 | 0.8483954071998596 | N |
| October 14, 2020, 5:00:00 AM | 7924 | 33 | 237.0 | 155.84 | 3.470790386199951 | N |
| October 07, 2020, 5:00:00 AM | 6395 | 28 | 229.0 | 158.88 | 4.728048324584961 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████   **Date:** November 23, 2020, 8:20:09 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)   **Date:** November 23, 2020, 8:20:09 AM

Acknowledged by associate on November 11, 2020, 3:26:08 PM - Delivered by Vellanti,Kimberly A (vellantk)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Voght,Toby (DA5-0700)

**Created On:** November 11, 2020, 3:26:09 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | November 04, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 2 | 6.49 | 1937 | 298.21 | 80 | 372.77 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 1 | 0.99 | 149 | 149.08 | 70 | 212.97 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 31.28 | 7212 | 230.56 | 144 | 160.11 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 04, 2020, 5:00:00 AM | 7212 | 31 | 231.0 | 160.11 | 1.2777150869369507 | N |
| October 28, 2020, 5:00:00 AM | 8472 | 35 | 240.0 | 166.92 | 0.921658992767334 | N |
| October 21, 2020, 5:00:00 AM | 8015 | 30 | 264.0 | 183.08 | 0.8483954071998596 | N |
| October 14, 2020, 5:00:00 AM | 7924 | 33 | 237.0 | 155.84 | 3.470790386199951 | N |
| October 07, 2020, 5:00:00 AM | 6395 | 28 | 229.0 | 158.88 | 4.728048324584961 | N |
| September 30, 2020, 5:00:00 AM | 8406 | 34 | 244.0 | 169.51 | 3.187251091003418 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** November 11, 2020, 3:26:08 PM

**Manager Signature:** Acknowledged by Vellanti,Kimberly A (BadgeID: 11707315)          **Date:** November 11, 2020, 3:26:08 PM

AMZ-BRY001151

Acknowledged by associate on November 09, 2020, 12:56:30 PM - Delivered by Ready,Erin (readyeri)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Voght,Toby (DA5-0700)

**Created On:** November 09, 2020, 12:56:30 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 6 | October 28, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 2 | 5.28 | 1139 | 215.57 | 80 | 269.46 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 35.24 | 8472 | 240.37 | 144 | 166.92 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| October 28, 2020, 5:00:00 AM | 8472 | 35 | 240.0 | 166.92 | 0.921658992767334 | N |
| October 21, 2020, 5:00:00 AM | 8015 | 30 | 264.0 | 183.08 | 0.848395407199859 | N |
| October 14, 2020, 5:00:00 AM | 7924 | 33 | 237.0 | 155.84 | 3.470790386199951 | N |
| October 07, 2020, 5:00:00 AM | 6395 | 28 | 229.0 | 158.88 | 4.728048324584961 | N |
| September 30, 2020, 5:00:00 AM | 8406 | 34 | 244.0 | 169.51 | 3.187251091003418 | N |
| September 23, 2020, 5:00:00 AM | 7353 | 28 | 264.0 | 181.75 | 6.274233341217041 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████          **Date:** November 09, 2020, 12:56:30 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)          **Date:** November 09, 2020, 12:56:30 PM

AMZ-BRY001152

Acknowledged by associate on November 02, 2020, 11:22:58 AM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████████

**Manager Name:** Voght,Toby (DA5-0700)

**Created On:** November 02, 2020, 11:22:58 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | October 14, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 3.78 | 763 | 201.36 | 223 | 90.29 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 0.79 | 106 | 133.51 | 214 | 62.39 |
| IC-QA-CS | Other Other CycleCount Total EACH | Level 1 | 5.09 | 2110 | 414.51 | 80 | 518.14 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 1.71 | 371 | 216.53 | 210 | 103.11 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 27.13 | 6684 | 246.29 | 144 | 171.04 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| October 14, 2020, 5:00:00 AM | 7924 | 33 | 237.0 | 155.84 | 3.470790386199951 | N |
| October 07, 2020, 5:00:00 AM | 6395 | 28 | 229.0 | 158.88 | 4.728048324584961 | N |
| September 30, 2020, 5:00:00 AM | 8406 | 34 | 244.0 | 169.51 | 3.187251091003418 | N |
| September 23, 2020, 5:00:00 AM | 7353 | 28 | 264.0 | 181.75 | 6.274233341217041 | N |
| September 16, 2020, 5:00:00 AM | 12668 | 44 | 287.0 | 147.28 | 4.510756492614746 | N |
| September 09, 2020, 5:00:00 AM | 12329 | 40 | 309.0 | 132.35 | 8.950616836547852 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████████        **Date:** November 02, 2020, 11:22:58 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)        **Date:** November 02, 2020, 11:22:58 AM

**AMZ-BRY001153**

Acknowledged by associate on November 02, 2020, 11:23:45 AM - Delivered by Ready,Erin (readyeri)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** Voght,Toby (DA5-0700)

**Created On:** November 02, 2020, 11:23:45 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | October 14, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 2 | 8.65 | 1708 | 197.28 | 80 | 246.6 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 30.4 | 8015 | 263.64 | 144 | 183.08 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| October 21, 2020, 5:00:00 AM | 8015 | 30 | 264.0 | 183.08 | 0.8483954071998596 | N |
| October 14, 2020, 5:00:00 AM | 7924 | 33 | 237.0 | 155.84 | 3.470790386199951 | N |
| October 07, 2020, 5:00:00 AM | 6395 | 28 | 229.0 | 158.88 | 4.728048324584961 | N |
| September 30, 2020, 5:00:00 AM | 8406 | 34 | 244.0 | 169.51 | 3.187251091003418 | N |
| September 23, 2020, 5:00:00 AM | 7353 | 28 | 264.0 | 181.75 | 6.274233341217041 | N |
| September 16, 2020, 5:00:00 AM | 12668 | 44 | 287.0 | 147.28 | 4.510756492614746 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████████          **Date:** November 02, 2020, 11:23:45 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)          **Date:** November 02, 2020, 11:23:45 AM

Acknowledged by associate on October 14, 2020, 9:48:01 AM - Delivered by Clark,Eden (edenclar)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Clark,Eden (DA5-0700)
**Created On:** October 14, 2020, 9:48:01 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | October 07, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 2.16 | 699 | 323.48 | 223 | 145.06 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 1.96 | 657 | 335.06 | 210 | 159.55 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 0.74 | 251 | 335.41 | 214 | 156.73 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 27.95 | 6395 | 228.79 | 144 | 158.88 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| October 07, 2020, 5:00:00 AM | 6395 | 28 | 229.0 | 158.88 | 4.728048324584961 | N |
| September 30, 2020, 5:00:00 AM | 8406 | 34 | 244.0 | 169.51 | 3.187251091003418 | N |
| September 23, 2020, 5:00:00 AM | 7353 | 28 | 264.0 | 181.75 | 6.274233341217041 | N |
| September 16, 2020, 5:00:00 AM | 12668 | 44 | 287.0 | 147.28 | 4.510756492614746 | N |
| September 09, 2020, 5:00:00 AM | 12329 | 40 | 309.0 | 132.35 | 8.950616836547852 | N |
| September 02, 2020, 5:00:00 AM | 10527 | 35 | 302.0 | 118.33 | 18.233821868896484 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮         **Date:** October 14, 2020, 9:48:01 AM

**Manager Signature:** Acknowledged by Clark,Eden (BadgeID: 12877858)         **Date:** October 14, 2020, 9:48:01 AM

Acknowledged by associate on October 07, 2020, 1:30:38 PM - Delivered by Clark,Eden (edenclar)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** █████████████

**Manager Name:** Clark,Eden (DA5-0700)

**Created On:** October 07, 2020, 1:30:38 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | February 05, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | Other Other CycleCount Total EACH | Level 1 | 10.49 | 1748 | 166.52 | 80 | 208.15 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 34.43 | 8406 | 244.09 | 150 | 162.73 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| September 30, 2020, 5:00:00 AM | 8406 | 34 | 244.0 | 169.51 | 3.187251091003418 | N |
| September 23, 2020, 5:00:00 AM | 7353 | 28 | 264.0 | 181.75 | 6.274233341217041 | N |
| September 16, 2020, 5:00:00 AM | 12668 | 44 | 287.0 | 147.28 | 4.510756492614746 | N |
| September 09, 2020, 5:00:00 AM | 12329 | 40 | 309.0 | 132.35 | 8.950616836547852 | N |
| September 02, 2020, 5:00:00 AM | 10527 | 35 | 302.0 | 118.33 | 18.233821868896484 | N |
| August 26, 2020, 5:00:00 AM | 7750 | 26 | 303.0 | 119.72 | 18.932937622070312 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████    **Date:** October 07, 2020, 1:30:38 PM

**Manager Signature:** Acknowledged by Clark,Eden (BadgeID: 12877858)    **Date:** October 07, 2020, 1:30:38 PM

Acknowledged by associate on February 12, 2020, 8:44:40 AM - Delivered by Chiou,Kevin (chiok)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** █████████████
**Manager Name:** Chiou,Kevin (DA5-0715)
**Created On:** February 12, 2020, 8:44:40 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 18 | August 14, 2019 |
| Documented Positive | 4 | January 15, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 3.25 | 812 | 249.65 | 250 | 99.86 | 99.86 |
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 8.52 | 2558 | 299.96 | 267 | 112.34 | 112.34 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 5.53 | 1637 | 295.59 | 239 | 123.67 | 123.67 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 10.85 | 3021 | 278.39 | 150 | 185.59 | 185.59 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 29, 2020, 5:00:00 AM | 8028 | 28 | 285 | 141.34 | 4.86 | N |
| January 22, 2020, 5:00:00 AM | 9204 | 30 | 303 | 115.19 | 37.87 | N |
| January 15, 2020, 5:00:00 AM | 6941 | 24 | 290 | 132.02 | 12.39 | N |
| January 08, 2020, 5:00:00 AM | 2584 | 13 | 193 | 206.4 | 0.46 | N |
| January 01, 2020, 5:00:00 AM | 5819 | 20 | 298 | 147.13 | 7.25 | N |
| December 25, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | - | Y |

## Associate Comments

**Associate Signature:** Acknowledged by █████████████     **Date:** February 12, 2020, 8:44:40 AM

**Manager Signature:** Acknowledged by Chiou,Kevin (BadgeID: 12144638)     **Date:** February 12, 2020, 8:44:40 AM

**AMZ-BRY001157**

Acknowledged by associate on January 24, 2020, 8:20:14 AM - Delivered by O'Leary,Ryan (olearyro)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** Chiou,Kevin (DA5-0715)

**Created On:** January 24, 2020, 8:20:14 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 5 | April 17, 2019 |
| Verbal Positive | 19 | August 14, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 1.92 | 808 | 420.52 | 301 | 139.71 | 139.71 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 1.47 | 541 | 367.88 | 249 | 147.74 | 147.74 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 1.5 | 495 | 328.78 | 250 | 131.51 | 131.51 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 6.41 | 856 | 133.52 | 63 | 211.95 | 211.95 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 6.97 | 1728 | 247.61 | 123 | 201.31 | 201.31 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 08, 2020, 5:00:00 AM | 2584 | 13 | 193 | 206.4 | 0.46 | N |
| January 01, 2020, 5:00:00 AM | 5819 | 20 | 298 | 147.13 | 7.25 | N |
| December 25, 2019, 5:00:00 AM | 0 | 0 | 0 | - | - | Y |
| December 18, 2019, 5:00:00 AM | 2992 | 9 | 331 | 121.12 | 31.69 | N |
| December 11, 2019, 5:00:00 AM | 5919 | 19 | 306 | 112.88 | 45.82 | N |
| December 04, 2019, 5:00:00 AM | 6831 | 21 | 325 | 118.45 | 35.71 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████     **Date:** January 24, 2020, 8:20:14 AM

**Manager Signature:** Acknowledged by O'Leary,Ryan (BadgeID: 12165675)     **Date:** January 24, 2020, 8:20:14 AM

AMZ-BRY001158

Acknowledged by associate on April 21, 2019, 4:04:16 PM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** April 21, 2019, 4:04:16 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 13 | April 10, 2019 |
| Documented Positive | 9 | March 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 12.36 | 5353 | 432.84 | 349 | 124.02 | 124.02 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 9.98 | 3384 | 338.82 | 276 | 122.76 | 122.76 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 3.65 | 1199 | 328.26 | 250 | 131.3 | 131.3 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 13.7 | 4139 | 302.02 | 130 | 232.32 | 232.32 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 10, 2019, 5:00:00 AM | 14075 | 40 | 354 | 161.75 | 161.75 | N |
| April 03, 2019, 5:00:00 AM | 12575 | 34 | 365 | 119.79 | 119.79 | N |
| March 27, 2019, 5:00:00 AM | 14227 | 40 | 360 | 138.69 | 138.69 | N |
| March 20, 2019, 5:00:00 AM | 14255 | 40 | 357 | 148.96 | 148.96 | N |
| March 13, 2019, 5:00:00 AM | 13131 | 35 | 374 | 122.1 | 122.1 | N |
| March 06, 2019, 5:00:00 AM | 8579 | 29 | 297 | 162.54 | 162.54 | N |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** April 21, 2019, 4:04:16 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)          **Date:** April 21, 2019, 4:04:16 PM

AMZ-BRY001159

Acknowledged by associate on April 03, 2019, 9:27:23 AM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** April 03, 2019, 9:27:23 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 8 | March 13, 2019 |
| Verbal Positive | 11 | March 20, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 14.65 | 5957 | 406.5 | 349 | 116.48 | 116.48 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 11.83 | 3900 | 329.75 | 276 | 119.47 | 119.47 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 3.78 | 1492 | 394.51 | 250 | 157.8 | 157.8 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 9.69 | 2906 | 299.84 | 130 | 230.64 | 230.64 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 20, 2019, 5:00:00 AM | 14255 | 40 | 357 | 148.97 | 148.97 | N |
| March 13, 2019, 5:00:00 AM | 13131 | 35 | 374 | 122.1 | 122.1 | N |
| March 06, 2019, 5:00:00 AM | 8579 | 29 | 297 | 162.54 | 162.54 | N |
| February 27, 2019, 5:00:00 AM | 15085 | 38 | 393 | 136.99 | 136.99 | N |
| February 20, 2019, 5:00:00 AM | 10182 | 30 | 342 | 148 | 148 | N |
| February 13, 2019, 5:00:00 AM | 13526 | 39 | 347 | 141.17 | 141.17 | N |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ███████████          **Date:** April 03, 2019, 9:27:23 AM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)          **Date:** April 03, 2019, 9:27:23 AM

Acknowledged by associate on March 17, 2019, 8:17:52 AM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** Tubbs,Matthew (DA5-0715)

**Created On:** March 17, 2019, 8:17:52 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | January 30, 2019 |
| Verbal Positive | 10 | March 06, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 5.22 | 2280 | 436.78 | 345 | 126.69 | 126.69 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 4.61 | 1601 | 347.62 | 276 | 126.29 | 126.29 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 1.5 | 440 | 292.36 | 250 | 116.94 | 116.94 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 17.55 | 4258 | 242.61 | 130 | 186.63 | 186.63 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 06, 2019, 5:00:00 AM | 8579 | 29 | 297 | 162.54 | 162.54 | N |
| February 27, 2019, 5:00:00 AM | 15085 | 38 | 393 | 136.99 | 136.99 | N |
| February 20, 2019, 5:00:00 AM | 10182 | 30 | 342 | 148 | 148 | N |
| February 13, 2019, 5:00:00 AM | 13526 | 39 | 347 | 141.17 | 141.17 | N |
| February 06, 2019, 5:00:00 AM | 9998 | 31 | 322 | 141.83 | 141.83 | N |
| January 30, 2019, 5:00:00 AM | 9746 | 27 | 361 | 125.48 | 125.48 | N |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ██████████████        **Date:** March 17, 2019, 8:17:52 AM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)        **Date:** March 17, 2019, 8:17:52 AM

AMZ-BRY001161

Acknowledged by associate on January 30, 2019, 1:03:55 PM - Delivered by Tubbs,Matthew (tubbm)





# Supportive Feedback Document
# Productivity - Documented Positive

**Associate Name:** <span style="background:black">████████</span>
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** January 30, 2019, 1:03:55 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 5 | January 23, 2019 |
| Documented Positive | 6 | January 16, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 3 | 4.78 | 1763 | 368.76 | 300 | 122.92 | 136.58 | N |
| Pick | RF Pick ItemPicked Total EACH | Level 4 | 10.53 | 4330 | 411.33 | 318 | 129.35 | 129.35 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 3 | 3.12 | 1097 | 351.7 | 300 | 117.23 | 130.26 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 4 | 6.82 | 2428 | 356.13 | 259 | 137.5 | 137.5 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 3 | 0.91 | 268 | 293.25 | 250 | 117.3 | 130.33 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 4 | 2.27 | 745 | 327.91 | 250 | 131.17 | 131.17 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 10.22 | 4297 | 420.53 | 130 | 324.09 | 324.09 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 23, 2019, 5:00:00 AM | 14928 | 39 | 386 | 180.32 | 183.37 | N |
| January 16, 2019, 5:00:00 AM | 9965 | 27 | 369 | 125.03 | 138.92 | N |
| January 09, 2019, 5:00:00 AM | 11677 | 38 | 305 | 151.18 | 163.06 | N |
| January 02, 2019, 5:00:00 AM | 9210 | 30 | 305 | 132.07 | 146.59 | N |
| December 26, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| December 19, 2018, 5:00:00 AM | 6025 | 25 | 241 | 189.75 | 189.75 | N |

## Associate Comments

thanks

**Associate Signature:** Acknowledged by <span style="background:black">████████</span>     **Date:** January 30, 2019, 1:03:55 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)     **Date:** January 30, 2019, 1:03:55 PM

AMZ-BRY001163

Acknowledged by associate on January 16, 2019, 4:40:45 PM - Delivered by Tubbs,Matthew (tubbm)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Tubbs,Matthew (DA5-0715)

**Created On:** January 16, 2019, 4:40:45 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 5 | November 28, 2018 |
| Verbal Positive | 4 | January 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 2 | 9.74 | 3665 | 376.41 | 300 | 125.47 | 147.61 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 2 | 9.24 | 3225 | 349.03 | 300 | 116.34 | 136.87 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 2 | 2.33 | 706 | 303.22 | 250 | 121.29 | 142.69 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 17.01 | 4081 | 239.92 | 127 | 188.91 | 188.91 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 09, 2019, 5:00:00 AM | 11677 | 38 | 305 | 151.18 | 163.06 | N |
| January 02, 2019, 5:00:00 AM | 9210 | 30 | 305 | 132.07 | 146.59 | N |
| December 26, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| December 19, 2018, 5:00:00 AM | 6025 | 25 | 241 | 189.75 | 189.75 | N |
| December 12, 2018, 5:00:00 AM | 17030 | 31 | 553 | 136.03 | 136.03 | N |
| December 05, 2018, 5:00:00 AM | 22281 | 40 | 554 | 115.9 | 115.9 | N |

## Associate Comments

Thanks

---

**Associate Signature:** Acknowledged by ███████████████        **Date:** January 16, 2019, 4:40:45 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)        **Date:** January 16, 2019, 4:40:45 PM

AMZ-BRY001164

Acknowledged by associate on November 29, 2018, 5:30:14 PM - Delivered by Tubbs,Matthew (tubbm)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Tubbs,Matthew (DA5-0715)

**Created On:** November 29, 2018, 5:30:15 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | November 21, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 1 | 7.11 | 565 | 79.5 | 60 | 132.5 | 189.29 | N |
| Pack Singles | Scan Verify ItemPacked Small EACH | Level 1 | 1.83 | 153 | 83.8 | 60 | 139.66 | 199.52 | N |
| Pack Singles | Scan Verify Medium ItemPacked Total EACH | Level 1 | 4.35 | 318 | 73.1 | 60 | 121.83 | 174.04 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 5 | 19.1 | 18779 | 983.11 | 478 | 205.67 | 205.67 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 21, 2018, 5:00:00 AM | 18779 | 19 | 983 | 205.67 | 205.67 | N |
| November 14, 2018, 5:00:00 AM | 53605 | 39 | 1357 | 283.97 | 283.97 | N |
| November 07, 2018, 5:00:00 AM | 28652 | 33 | 860 | 179.89 | 199.88 | N |
| October 31, 2018, 5:00:00 AM | 35457 | 40 | 887 | 185.49 | 214.94 | N |
| October 24, 2018, 5:00:00 AM | 9897 | 10 | 990 | 207.1 | 243.64 | N |
| October 17, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

thanks

**Associate Signature:** Acknowledged by ████████████████   **Date:** November 29, 2018, 5:30:14 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)   **Date:** November 29, 2018, 5:30:14 PM

Acknowledged by associate on November 21, 2018, 3:57:22 PM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Tubbs,Matthew (DA5-0715)

**Created On:** November 21, 2018, 3:57:22 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 4 | 39.49 | 53605 | 1357.36 | 478 | 283.97 | 283.97 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 14, 2018, 5:00:00 AM | 53605 | 39 | 1357 | 283.97 | 283.97 | N |
| November 07, 2018, 5:00:00 AM | 28652 | 33 | 860 | 179.89 | 199.88 | N |
| October 31, 2018, 5:00:00 AM | 35457 | 40 | 887 | 185.49 | 214.94 | N |
| October 24, 2018, 5:00:00 AM | 9897 | 10 | 990 | 207.1 | 243.64 | N |
| October 17, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

thanks

**Associate Signature:** Acknowledged by ███████████    **Date:** November 21, 2018, 3:57:22 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)    **Date:** November 21, 2018, 3:57:22 PM

AMZ-BRY001166

Acknowledged by associate on November 18, 2018, 6:31:42 PM - Delivered by Goussev,Vladimir (goussevv)



# Supportive Feedback Document
## Productivity - Documented Positive




**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** November 18, 2018, 6:31:42 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Positive | 2 | November 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|-------|-------|-----|----------|-----------|------------|--------------|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 3 | 33.32 | 28652 | 859.9 | 478 | 179.89 | 199.88 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| November 07, 2018, 5:00:00 AM | 28652 | 33 | 860 | 179.89 | 199.88 | N |
| October 31, 2018, 5:00:00 AM | 35457 | 40 | 887 | 185.49 | 214.94 | N |
| October 24, 2018, 5:00:00 AM | 9897 | 10 | 990 | 207.1 | 243.64 | N |
| October 17, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** November 18, 2018, 6:31:42 PM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)          **Date:** November 18, 2018, 6:31:42 PM

Acknowledged by associate on November 07, 2018, 4:31:38 PM - Delivered by Tubbs,Matthew (tubbm)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** <span style="background:black">    </span>
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** November 07, 2018, 4:31:38 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | October 31, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 2 | 29.99 | 25840 | 861.56 | 478 | 180.24 | 212.05 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 3 | 10 | 9617 | 961.91 | 478 | 201.24 | 223.6 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 31, 2018, 5:00:00 AM | 35457 | 40 | 887 | 185.49 | 214.94 | N |
| October 24, 2018, 5:00:00 AM | 9897 | 10 | 990 | 207.1 | 243.64 | N |
| October 17, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by <span style="background:black">    </span>          **Date:** November 07, 2018, 4:31:38 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)          **Date:** November 07, 2018, 4:31:38 PM

AMZ-BRY001168

Acknowledged by associate on November 04, 2018, 2:04:25 PM - Delivered by Tubbs,Matthew (tubbm)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** November 04, 2018, 2:04:25 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|-----|-------|-------|-----|----------|-----------|------------|--------------|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 1 | 29.51 | 32619 | 1105.28 | 478 | 231.23 | 330.33 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 2 | 10 | 9897 | 989.92 | 478 | 207.1 | 243.64 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|------------|--------------|-----|-----------|------------|----------|
| October 24, 2018, 5:00:00 AM | 9897 | 10 | 990 | 207.1 | 243.64 | N |
| October 17, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ████████████████  **Date:** November 04, 2018, 2:04:25 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)  **Date:** November 04, 2018, 2:04:25 PM

AMZ-BRY001169

Acknowledged by associate on April 07, 2021, 1:12:31 PM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ready,Erin (DA5-0730)
**Created On:** April 07, 2021, 1:12:31 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 17 | March 24, 2021 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | 4300020901 Itemamnestied Each Total | Level 5 | 11.78 | 3404 | 288.81 | 176 | 164.09 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| March 31, 2021, 5:00:00 AM | 3404 | 12 | 289.0 | 164.09 | 3.1714956760406494 | N |
| March 24, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| March 17, 2021, 5:00:00 AM | 7378 | 26 | 285.0 | 162.18 | 4.648482322692871 | N |
| March 10, 2021, 5:00:00 AM | 1620 | 5 | 297.0 | 168.84 | 1.898488998413086 | N |
| March 03, 2021, 5:00:00 AM | 6957 | 24 | 294.0 | 185.62 | 4.287844657897949 | N |
| February 24, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮        **Date:** April 07, 2021, 1:12:31 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)        **Date:** April 07, 2021, 1:12:31 PM

**AMZ-BRY001170**

Acknowledged by associate on June 05, 2019, 9:35:04 AM - Delivered by Tubbs,Matthew (tubbm)





# Supportive Feedback Document
# Quality - Documented Positive

**Associate Name:** ███████████
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** June 05, 2019, 9:35:04 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | May 15, 2019, 5:00:00 AM |
| Documented Positive | 8 | May 22, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 13783 | 200 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| May 22, 2019 | 13783 | 0 | 0 | 100 | No |
| May 15, 2019 | 13333 | 0 | 0 | 100 | No |
| May 08, 2019 | 5289 | 1 | 189.07 | 5.46 | No |
| May 01, 2019 | 15033 | 0 | 0 | 100 | No |
| April 24, 2019 | 10294 | 0 | 0 | 100 | No |
| April 17, 2019 | 18995 | 2 | 105.29 | 76.91 | No |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ███████████          **Date:** June 05, 2019, 9:35:04 AM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)          **Date:** June 05, 2019, 9:35:04 AM

Acknowledged by associate on May 28, 2019, 4:38:55 PM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ████████████████
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** May 28, 2019, 4:38:55 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | May 08, 2019, 5:00:00 AM |
| Verbal Positive | 20 | May 15, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 716 | 3000 | 1000 | Yes |
| Pick | - | 0 | 13333 | 200 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| May 15, 2019 | 13333 | 0 | 0 | 100 | No |
| May 08, 2019 | 5289 | 1 | 189.07 | 5.46 | No |
| May 01, 2019 | 15033 | 0 | 0 | 100 | No |
| April 24, 2019 | 10294 | 0 | 0 | 100 | No |
| April 17, 2019 | 18995 | 2 | 105.29 | 76.91 | No |
| April 10, 2019 | 13904 | 4 | 287.68 | 62.7 | No |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ████████████████                    **Date:** May 28, 2019, 4:38:55 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)                    **Date:** May 28, 2019, 4:38:55 PM

Acknowledged by associate on May 13, 2019, 12:31:04 PM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** Tubbs,Matthew (DA5-0715)

**Created On:** May 13, 2019, 12:31:04 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 6 | April 03, 2019, 5:00:00 AM |
| Verbal Positive | 19 | May 01, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns       * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 1851 | 3000 | 1000 | No |
| Pick | - | 0 | 13182 | 200 | 1000 | Yes |

## Error Listing       * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| May 01, 2019 | 15033 | 0 | 0 | 100 | No |
| April 24, 2019 | 10294 | 0 | 0 | 100 | No |
| April 17, 2019 | 18995 | 2 | 105.29 | 76.91 | No |
| April 10, 2019 | 13904 | 4 | 287.68 | 62.7 | No |
| April 03, 2019 | 13504 | 2 | 148.1 | 78.11 | No |
| March 27, 2019 | 14716 | 0 | 0 | 100 | No |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ███████████████          **Date:** May 13, 2019, 12:31:04 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)          **Date:** May 13, 2019, 12:31:04 PM

AMZ-BRY001173

Acknowledged by associate on April 10, 2019, 11:07:32 AM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** <span style="background:black">     </span>
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** April 10, 2019, 11:07:32 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | March 13, 2019, 5:00:00 AM |
| Verbal Positive | 15 | March 20, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 1767 | 3000 | 1000 | No |
| Pick | - | 0 | 12949 | 200 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 27, 2019 | 14716 | 0 | 0 | 100 | No |
| March 20, 2019 | 13930 | 0 | 0 | 100 | No |
| March 13, 2019 | 10473 | 2 | 190.96 | 60.42 | No |
| March 06, 2019 | 12858 | 0 | 0 | 100 | No |
| February 27, 2019 | 11178 | 1 | 89.46 | 82.1 | No |
| February 20, 2019 | 13702 | 1 | 72.98 | 94.62 | No |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by <span style="background:black">    </span>          **Date:** April 10, 2019, 11:07:32 AM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)          **Date:** April 10, 2019, 11:07:32 AM

AMZ-BRY001174

Acknowledged by associate on April 03, 2019, 9:29:23 AM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** April 03, 2019, 9:29:23 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | March 13, 2019, 5:00:00 AM |
| Verbal Positive | 15 | March 20, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns    * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 2287 | 3000 | 1000 | No |
| Pick | - | 0 | 11643 | 200 | 1000 | Yes |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 20, 2019 | 13930 | 0 | 0 | 100 | No |
| March 13, 2019 | 10473 | 2 | 190.96 | 60.42 | No |
| March 06, 2019 | 12858 | 0 | 0 | 100 | No |
| February 27, 2019 | 11178 | 1 | 89.46 | 82.1 | No |
| February 20, 2019 | 13702 | 1 | 72.98 | 94.62 | No |
| February 13, 2019 | 11486 | 0 | 0 | 100 | No |

## Associate Comments

> Thanks

**Associate Signature:** Acknowledged by ███████████              **Date:** April 03, 2019, 9:29:23 AM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)              **Date:** April 03, 2019, 9:29:23 AM

**AMZ-BRY001175**

Acknowledged by associate on March 17, 2019, 8:18:33 AM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** March 17, 2019, 8:18:34 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | February 20, 2019, 5:00:00 AM |
| Verbal Positive | 14 | March 06, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 3880 | 3000 | 1000 | No |
| Pick | - | 0 | 8978 | 200 | 1000 | Yes |

## Error Listing       * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 06, 2019 | 12858 | 0 | 0 | 100 | No |
| February 27, 2019 | 11178 | 1 | 89.46 | 82.1 | No |
| February 20, 2019 | 13702 | 1 | 72.98 | 94.62 | No |
| February 13, 2019 | 11486 | 0 | 0 | 100 | No |
| February 06, 2019 | 11660 | 1 | 85.76 | 94.49 | No |
| January 30, 2019 | 12204 | 2 | 163.88 | 93.82 | No |

## Associate Comments

| |
|---|
| Thanks |

**Associate Signature:** Acknowledged by ███████████           **Date:** March 17, 2019, 8:18:33 AM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)           **Date:** March 17, 2019, 8:18:33 AM

AMZ-BRY001176

Acknowledged by associate on February 24, 2019, 10:32:19 AM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** Tubbs,Matthew (DA5-0715)

**Created On:** February 24, 2019, 10:32:19 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Positive | 2 | January 30, 2019, 5:00:00 AM |
| Verbal Positive | 12 | February 13, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|--------------|-----------|-------------------|-----------------|----------------|---------------|-------------|
| ICQA | - | 0 | 1861 | 6000 | 1000 | No |
| Pick | - | 0 | 9625 | 500 | 1000 | Yes |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|--------------|-----------|---------|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|--------------|----------------|-------------------|------|---------------|----------|
| February 13, 2019 | 11486 | 0 | 0 | 100 | No |
| February 06, 2019 | 11660 | 1 | 85.76 | 94.49 | No |
| January 30, 2019 | 12204 | 2 | 163.88 | 93.82 | No |
| January 23, 2019 | 10664 | 0 | 0 | 100 | No |
| January 16, 2019 | 13319 | 2 | 150.16 | 91.86 | No |
| January 09, 2019 | 11621 | 0 | 0 | 100 | No |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ███████████████          **Date:** February 24, 2019, 10:32:19 AM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)          **Date:** February 24, 2019, 10:32:19 AM

Acknowledged by associate on January 30, 2019, 2:13:53 PM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** Tubbs,Matthew (DA5-0715)

**Created On:** January 30, 2019, 2:13:53 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | January 16, 2019, 5:00:00 AM |
| Verbal Positive | 10 | January 23, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 366 | 6000 | 1000 | Yes |
| Pick | - | 0 | 10664 | 500 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 23, 2019 | 10664 | 0 | 0 | 100 | No |
| January 16, 2019 | 13319 | 2 | 150.16 | 91.86 | No |
| January 09, 2019 | 11621 | 0 | 0 | 100 | No |
| January 02, 2019 | 5478 | 0 | 0 | 100 | No |
| December 26, 2018 | 4797 | 2 | 416.92 | 79.45 | No |
| December 19, 2018 | 13669 | 1 | 73.15 | 97.42 | No |

## Associate Comments

thanks

**Associate Signature:** Acknowledged by ███████████████      **Date:** January 30, 2019, 2:13:53 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)      **Date:** January 30, 2019, 2:13:53 PM

AMZ-BRY001178

Acknowledged by associate on January 16, 2019, 4:37:33 PM - Delivered by Tubbs,Matthew (tubbm)



# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Tubbs,Matthew (DA5-0715)
**Created On:** January 16, 2019, 4:37:33 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 9 | January 09, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 2483 | 6000 | 1000 | No |
| Pick | - | 0 | 9138 | 500 | 1000 | Yes |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 09, 2019 | 11621 | 0 | 0 | 100 | No |
| January 02, 2019 | 5478 | 0 | 0 | 100 | No |
| December 26, 2018 | 4797 | 2 | 416.92 | 79.45 | No |
| December 19, 2018 | 13669 | 1 | 73.15 | 97.42 | No |
| December 12, 2018 | 10336 | 5 | 483.74 | 91.1 | No |
| December 05, 2018 | 8695 | 6 | 690.05 | 88.49 | No |

## Associate Comments

Thanks

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮        **Date:** January 16, 2019, 4:37:33 PM

**Manager Signature:** Acknowledged by Tubbs,Matthew (BadgeID: 11949150)        **Date:** January 16, 2019, 4:37:33 PM

Acknowledged by associate on September 15, 2019, 1:02:08 PM - Delivered by Chiou,Kevin (chiok)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Chiou,Kevin (DA5-0715)

**Created On:** September 15, 2019, 1:02:08 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

### Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 28 | August 14, 2019, 5:00:00 AM |
| Documented Positive | 9 | May 29, 2019, 5:00:00 AM |

### Details of Current Incident/Specific Concerns       * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | - | 0 | 1532 | 3000 | 1000 | No |
| Pick | - | 0 | 9936 | 200 | 1000 | Yes |

### Error Listing       * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

### Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| August 28, 2019 | 11468 | 0 | 0 | 100 | No |
| August 21, 2019 | 11627 | 4 | 344.02 | 26.64 | No |
| August 14, 2019 | 10056 | 8 | 795.54 | 7.39 | No |
| August 07, 2019 | 11813 | 2 | 169.3 | 67.27 | No |
| July 31, 2019 | 6437 | 2 | 310.7 | 71.65 | No |
| July 24, 2019 | 8907 | 1 | 112.27 | 89.63 | No |

### Associate Comments

**Associate Signature:** Acknowledged by ███████████                    **Date:** September 15, 2019, 1:02:08 PM

**Manager Signature:** Acknowledged by Chiou,Kevin (BadgeID: 12144638)                    **Date:** September 15, 2019, 1:02:08 PM

AMZ-BRY001180

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1. TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2. ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

**3. CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

AMZ-BRY001181

DocuSign Envelope ID: 1E15C61A-7E9A-4398-8F8F-B42244ADE89F

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

US CIAA (1269844) NE
Updated February 2017

**AMZ-BRY001182**

DocuSign Envelope ID: 1E15C61A7F9A1398-8F8F-B42244ADE89F

## 5. INTELLECTUAL PROPERTY.

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

## 6. DISCLOSURE OF RESTRICTIONS.
Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

## 7. GENERAL PROVISIONS.

**7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

US CIAA (1269844) NE
Updated February 2017

**AMZ-BRY001183**

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

AMZ-BRY001184

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**

Signature *Beth Galetti*

Name:  Beth Galetti

Title:  Vice President, Human Resources

**EMPLOYEE**

Signature: ████████████

Name: ████████████

Date: 9/12/2017

US CIAA (1269844) NE
Updated February 2017

**AMZ-BRY001185**

  All done? Click **Submit Final**

Need more time? Click **Save Draft** 



amazon

MEAL PERIOD WAIVER AGREEMENT

Name: Date:

Sometimes, however, either for operational reasons or because of your personal wishes, you want a meal period to begin late, be shortened, or skipped. This document is an opportunity for you to waive a meal period in such circumstances. Sometimes, however, either for operational reasons or because of your personal wishes, you and the company might want a meal period to begin late, be shortened, or skipped. This document is an opportunity for you to waive your meal period entitlements in the following circumstances:

- You can waive your first meal period if your total day's work will be completed within a work period of not more than six (6) hours
- You can waive your second meal period if you took your first meal period and your total day's work will be completed within a work period of not more than twelve (12) hours

Should you decide on any particular day on which you work between five and six hours that you wish to take a first meal period notwithstanding this waiver, you are entitled to do so. Likewise, should you decide on any particular day on which you work between ten and twelve hours that you wish to take a second meal period notwithstanding this waiver, you are entitled to do so.

As you consider your choices below, please keep in mind that even if you agree to this waiver, either you or Amazon may at any time insist that you take full meal periods on time, and Amazon generally does expect associates to take full meal periods on time. Therefore, even if you agree to this waiver, you can expect to take your full meal periods most of the time.

Understanding that I am entitled to unpaid, duty-free meal period(s):
Understanding that I am entitled to unpaid, work-free meal period(s) (Only check one):

○ **I agree to waive** my duty-free meal periods. I am entering this waiver freely and voluntarily in all respects. I understand that I may at any time take a full, duty-free meal period as scheduled or provided by law. No supervisor or manager can require me to delay, shorten or skip a duty-free meal period or retaliate against me for declining to do so. **I agree to waive** my meal period(s) when legally permissible.

AMZ-BRY001186

**I do not agree to waive** my meal periods. I understand that I will be expected to take each full meal period as scheduled or provided by law. **I do not agree to waive** my meal period(s) when legally permissible. I understand that I will be expected to take each full meal period as scheduled or provided by law.

I understand that I may at any time revoke this waiver for all future meal periods by contacting HR and providing my revocation in writing. I understand that if I revoke the waiver for future meal periods that I will be expected to take each full meal period as scheduled or provided by law. I understand that there will be no retaliation against me if I decide not to sign the waiver or to revoke the waiver.

AMZ-BRY001187

Acknowledged by ████████████████ on 9/12/2017 8:26:34 PM)



CODE OF BUSINESS CONDUCT & ETHICS
ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of <u>Code of Business Conduct and Ethics</u> and <u>FAQs</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRV001188

Acknowledged by ▮▮▮▮▮▮▮▮ on 9/18/2017 8:19:06 PM)



### CODE OF BUSINESS CONDUCT & ETHICS
### ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of [Code of Business Conduct and Ethics](#) and [FAQs](#) through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or [Amazon's Ethics Line](#) immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRV001189



9/14/2017



Dear

This letter confirms that the date of involuntary termination of your employment with Amazon.com.dedc, LLC is September 14, 2017.

You have executed a Confidentiality and Invention Assignment Agreement with the Company. You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





AMZ-BRY001190



P.O. BOX 81226, SEATTLE, WA, 98108-1226

9/12/2017

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ▮▮▮

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on September 12, 2017 ("Start Date").  Your salary will be $12.50 per hour, ($26,000.00 annualized based on 2,080 hours per year) and a $0.00 per hour Shift Differential ($0.00 annualized based on 2,080 hours per year), payable Bi-weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Restricted Stock Unit Award**

Subject to approval by the Board of Directors of Amazon.com, Inc., you will be granted a restricted stock unit award with respect to 2 shares of Amazon.com, Inc. common stock. Subject to your continued employment with the Company, this award will vest and convert into shares of common stock on the 15th day of the month in which you reach your second anniversary of employment.

Your award will be documented by delivery to you of a Restricted Stock Unit Award Agreement specifying the terms and conditions of the award. You will be eligible for a restricted stock unit grant, based on your performance, in calendar year 2018. Ordinarily this process occurs each April.

**Department, Manager and Shift**





Department: 1299030 TEB3 USA Amazon.com.dedc, LLC
Manager: Andrew Garrison
Shift Pattern: US FC Sun-Wed 10 hr 0700

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Variable Compensation Pay (VCP)

If you work in a fulfillment center you may be eligible for Variable Pay, a bonus based upon personal and site performance criteria at your location.

## Benefits

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). The Company's willingness to grant you the restricted stock unit award referred to above is based in significant part on your commitment to fulfill the obligations specified in the Agreement. Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your





DocuSign Envelope ID: 1F15C61A7E0A1398-8E8D-B48244ADE89E

identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

**Additional Provisions**

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

███, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Andrew Garrison
Manager I, Operations

**ACCEPTANCE**

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

DocuSigned by:

███████████

32CA66E499E0492

Signature

9/12/2017

Date

███████████





**AMZ-BRY001193**

Acknowledged by associate on October 07, 2017, 2:48:59 PM - Delivered by Troy,Erin (erintroy)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** Troy,Erin (DB3-0700)

**Created On:** October 07, 2017, 2:48:59 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2018**, Current UPT Balance is **10**, As of: **October 05, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████          **Date:** October 07, 2017, 2:48:59 PM

**Manager Signature:** Acknowledged by Troy,Erin (BadgeID: 11250000)          **Date:** October 07, 2017, 2:48:59 PM

Acknowledged by associate on October 23, 2018, 3:23:58 PM - Delivered by Goussev,Vladimir (goussevv)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████

**Manager Name:** Milind,Neha (DB3-0700)

**Created On:** October 23, 2018, 3:23:58 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On 08/18/2018, you threw a 30 pound rug across the floor with 2 witnesses. A manager and associate witnessed the associate throw the rug and yell at them.

## Areas of Improvement Required by Associate

Amazon is committed to providing a safe work environment, and it is everyone's responsibility to work in a safe, responsible manner and to call out unsafe situations. Adhering to Amazon.com's Safety Standards of Conduct is critical to maintaining this safe work environment and you are expected to follow these standards at all times. As detailed above, you failed to meet these expectations. Further violations of these standards may result in further corrective action, up to and including termination.

## Associate Comments

I was being foolish and it will NEVER happen again as long as I live.

**Associate Signature:** Acknowledged by ████████████          **Date:** October 23, 2018, 3:23:58 PM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)          **Date:** October 23, 2018, 3:23:58 PM

Acknowledged by associate on January 28, 2020, 2:41:39 PM - Delivered by ross,Deidra (rossdeid)



# Supportive Feedback Document
# Behavioral - First Written



**Associate Name:** █████████
**Manager Name:** Chiou,Kevin (DA5-0715)
**Created On:** January 28, 2020, 2:41:39 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
|       |       |             |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. These behaviors are violations of Amazon's Standards of Conduct policy, &quot;Inappropriate Language or Behavior&quot; and is considered a Category 2 violation of the Standards of Conduct. On 1/27/20 Mike spoke to ███ about concerns he had with being on the LP team. Mike informed him it is a different process outside of an internal transfer. Mike asked ███ about his reason for cursing and getting aggressive with the PA and AM he stated he did not curse and he was frustrated. Explained the need for him to be professional at work and we would follow up with him Followed up with ███ on 1/28/2020 and ███ stated that when he gets angry he doesn't know how to control it because he felt like he was lied to. He said he felt like he was lied to about the LP position and he was pumped up about it. He said that he doesn't recall cursing at Jackie or anyone else. He said he thought she said shut up and asked her and he forgot what he said. Employee was spoken to and coached about how he speak to his peers and that if this happens again a term can possibly happen. AA has agreed and understands and he said he would apologize to Jackie because he felt bad, but I told him that it is not necessary.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████████        **Date:** January 28, 2020, 2:41:39 PM

**Manager Signature:** Acknowledged by ross,Deidra (BadgeID: 13012950)        **Date:** January 28, 2020, 2:41:39 PM

AMZ-BRY001196

Acknowledged by associate on July 01, 2020, 8:37:09 AM - Delivered by Clark,Eden (edenclar)



# Supportive Feedback Document
# Behavioral Time Off Task - Final Written



**Associate Name:** ███████████████
**Manager Name:** Clark,Eden (DA5-0700)
**Created On:** July 01, 2020, 8:37:09 AM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation, we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| First Written | 1 | January 28, 2020, 2:40:22 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On 6/24/2020 at various points throughout your scheduled shift you were observed to be off-task for a total of 1:11:06 minutes. This number was reached by calculating your entire TOT for the day, which totaled 2:21:39 minutes. During a 'Seek to understand' conversation, you said that you were waiting for help because of a conveyor problem and pulled your Andon (00:12:24), and your breaks were not factored in to the total TOT (00:35:00). Due to these barriers, 1:10:33 minutes were deducted from your total 2:21:39 minutes resulting in 1:11:06 minutes total TOT for the shift. Because you have ]60 minutes of time off task within the 90 day period, this feedback will escalate to a first written.

## Areas of Improvement Required by Associate

These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct. Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten-hour shift, Amazon provides two 15-minute breaks, a 30-minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ████████████████        **Date:** July 01, 2020, 8:37:09 AM

**Manager Signature:** Acknowledged by Clark,Eden (BadgeID: 12877858)        **Date:** July 01, 2020, 8:37:09 AM

AMZ-BRY001197

Acknowledged by associate on March 29, 2021, 8:21:48 AM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Ready,Erin (DA5-0730)
**Created On:** March 29, 2021, 8:21:48 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 16 | March 17, 2021 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | 4300020901 Itemamnestied Each Total | Level 5 | 25.84 | 7378 | 285.44 | 176 | 162.18 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| March 17, 2021, 5:00:00 AM | 7378 | 26 | 285.0 | 162.18 | 4.648482322692871 | N |
| March 10, 2021, 5:00:00 AM | 1620 | 5 | 297.0 | 168.84 | 1.898488998413086 | N |
| March 03, 2021, 5:00:00 AM | 6957 | 24 | 294.0 | 185.62 | 4.287844657897949 | N |
| February 24, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| February 17, 2021, 5:00:00 AM | 3001 | 11 | 276.0 | 156.74 | 6.059436321258545 | N |
| February 10, 2021, 5:00:00 AM | 4273 | 12 | 342.0 | 194.36 | 2.8308823108673096 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** March 29, 2021, 8:21:48 AM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)          **Date:** March 29, 2021, 8:21:48 AM

**AMZ-BRY001198**

Acknowledged by associate on March 17, 2021, 1:10:08 PM - Delivered by Ready,Erin (readyeri)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Ready,Erin (DA5-0730)

**Created On:** March 17, 2021, 1:10:08 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 15 | March 10, 2021 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | 4300020901 Itemamnestied Each Total | Level 5 | 5.45 | 1620 | 297.17 | 176 | 168.84 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| March 10, 2021, 5:00:00 AM | 1620 | 5 | 297.0 | 168.84 | 1.898488998413086 | N |
| March 03, 2021, 5:00:00 AM | 6957 | 24 | 294.0 | 185.62 | 4.287844657897949 | N |
| February 24, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| February 17, 2021, 5:00:00 AM | 3001 | 11 | 276.0 | 156.74 | 6.059436321258545 | N |
| February 10, 2021, 5:00:00 AM | 4273 | 12 | 342.0 | 194.36 | 2.8308823108673096 | N |
| February 03, 2021, 5:00:00 AM | 5394 | 18 | 301.0 | 208.74 | 3.111273765563965 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** March 17, 2021, 1:10:08 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)          **Date:** March 17, 2021, 1:10:08 PM

Acknowledged by associate on March 10, 2021, 3:18:59 PM - Delivered by Ready,Erin (readyeri)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Manager Name:** Ready,Erin (DA5-0730)
**Created On:** March 10, 2021, 3:18:59 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 14 | February 24, 2021 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | 4300014798 Cyclecount Each Total | Level 5 | 18.08 | 5508 | 304.52 | 154 | 197.74 |
| IC-QA-CS | 4300020901 Itemamnestied Each Total | Level 5 | 5.61 | 1449 | 258.0 | 176 | 146.59 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| March 03, 2021, 5:00:00 AM | 6957 | 24 | 294.0 | 185.62 | 4.287844657897949 | N |
| February 24, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| February 17, 2021, 5:00:00 AM | 3001 | 11 | 276.0 | 156.74 | 6.059436321258545 | N |
| February 10, 2021, 5:00:00 AM | 4273 | 12 | 342.0 | 194.36 | 2.8308823108673096 | N |
| February 03, 2021, 5:00:00 AM | 5394 | 18 | 301.0 | 208.74 | 3.111273765563965 | N |
| January 27, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓▓▓▓         **Date:** March 10, 2021, 3:18:59 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)         **Date:** March 10, 2021, 3:18:59 PM

Acknowledged by associate on February 24, 2021, 12:13:31 PM - Delivered by Ready,Erin (readyeri)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ready,Erin (DA5-0730)
**Created On:** February 24, 2021, 12:13:31 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 13 | February 17, 2021 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal |
|---|---|---|---|---|---|---|---|
| IC-QA-CS | 4300014798 Cyclecount Total Each | Level 4 | 4.08 | 874 | 213.96 | 154 | 138.94 |
| IC-QA-CS | 4300014819 Simplebincount Total Bins | Level 1 | 8.11 | 1648 | 203.15 | 116 | 175.13 |
| IC-QA-CS | 4300014819 Simplebincount Total Bins | Level 2 | 1.69 | 216 | 127.64 | 116 | 110.03 |
| IC-QA-CS | 4300020901 Itemamnestied Total Each | Level 5 | 10.87 | 3001 | 275.86 | 176 | 156.74 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| February 17, 2021, 5:00:00 AM | 3001 | 11 | 276.0 | 156.74 | 6.059436321258545 | N |
| February 10, 2021, 5:00:00 AM | 4273 | 12 | 342.0 | 194.36 | 2.8308823108673096 | N |
| February 03, 2021, 5:00:00 AM | 5394 | 18 | 301.0 | 208.74 | 3.111273765563965 | N |
| January 27, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 20, 2021, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 13, 2021, 5:00:00 AM | 2020 | 8 | 249.0 | 172.93 | 18.697708129882812 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮      **Date:** February 24, 2021, 12:13:31 PM

**Manager Signature:** Acknowledged by Ready,Erin (BadgeID: 11894208)      **Date:** February 24, 2021, 12:13:31 PM

CONFIDENTIAL

Acknowledged by associate on January 28, 2020, 2:41:39 PM - Delivered by ross,Deidra (rossdeid)

# Supportive Feedback Document
# Behavioral - First Written





**Associate Name:** Shellenberger,Carl (carshell)
**Manager Name:** Chiou,Kevin (DA5-0715)
**Created On:** January 28, 2020, 2:41:39 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. These behaviors are violations of Amazon's Standards of Conduct policy, &quot;Inappropriate Language or Behavior&quot; and is considered a Category 2 violation of the Standards of Conduct. On 1/27/20 Mike spoke to Carl about concerns he had with being on the LP team. Mike informed him it is a different process outside of an internal transfer. Mike asked Carl about his reason for cursing and getting aggressive with the PA and AM he stated he did not curse and he was frustrated. Explained the need for him to be professional at work and we would follow up with him Followed up with Carl on 1/28/2020 and Carl stated that when he gets angry he doesn't know how to control it because he felt like he was lied to. He said he felt like he was lied to about the LP position and he was pumped up about it. He said that he doesn't recall cursing at Jackie or anyone else. He said he thought she said shut up and asked her and he forgot what he said. Employee was spoken to and coached about how he speak to his peers and that if this happens again a term can possibly happen. AA has agreed and understands and he said he would apologize to Jackie because he felt bad, but I told him that it is not necessary.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by Shellenberger,Carl (BadgeID: 11049970)        **Date:** January 28, 2020, 2:41:39 PM

**Manager Signature:** Acknowledged by ross,Deidra (BadgeID: 13012950)        **Date:** January 28, 2020, 2:41:39 PM

CONFIDENTIAL                    AMZ-BRY001196

Acknowledged by associate on February 25, 2018, 6:38:43 AM - Delivered by Agbato,Ogbe (oaagbato)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Agbato,Ogbe (RT678)
**Created On:** February 25, 2018, 6:38:43 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | October 29, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**. Current UPT Balance is **5**. As of: **February 25, 2018**

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ███████████████          **Date:** February 25, 2018, 6:38:43 AM

**Manager Signature:** Acknowledged by Agbato,Ogbe (BadgeID: 0013842)          **Date:** February 25, 2018, 6:38:43 AM

AMZ-BRY000863

Acknowledged by associate on November 02, 2017, 10:34:10 PM - Delivered by Agbato,Ogbe (oaagbato)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Agbato,Ogbe (RT678)
**Created On:** November 02, 2017, 10:34:10 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | July 23, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2018**, Current UPT Balance is **15**, As of: **November 02, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮         **Date:** November 02, 2017, 10:34:10 PM

**Manager Signature:** Acknowledged by Agbato,Ogbe (BadgeID: 0013842)         **Date:** November 02, 2017, 10:34:10 PM

AMZ-BRY000864

Acknowledged by associate on July 27, 2017, 8:02:51 PM - Delivered by Fair,Hannah Bea (faihanna)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Fair,Hannah Bea (NB1-1830)
**Created On:** July 27, 2017, 8:02:51 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | May 28, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **15**, As of: **July 26, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮▮   **Date:** July 27, 2017, 8:02:51 PM

**Manager Signature:** Acknowledged by Fair,Hannah Bea (BadgeID: 11996631)   **Date:** July 27, 2017, 8:02:51 PM

AMZ-BRY000865

Acknowledged by associate on June 01, 2017, 2:12:09 AM - Delivered by Fair,Hannah Bea (faihanna)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** <span style="background:black">     </span>
**Manager Name:** Fair,Hannah Bea (NB1-1830)
**Created On:** June 01, 2017, 2:12:09 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | February 27, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2017**, Current UPT Balance is **0**, As of: **May 31, 2017**

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by <span style="background:black">     </span>        **Date:** June 01, 2017, 2:12:09 AM

**Manager Signature:** Acknowledged by Fair,Hannah Bea (BadgeID: 11996631)        **Date:** June 01, 2017, 2:12:09 AM

Acknowledged by associate on March 01, 2017, 11:05:09 PM - Delivered by Chiaravallo,Bryan P (bchiarav)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▉▉▉▉▉▉▉▉▉
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** March 01, 2017, 11:05:09 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2017**, Current UPT Balance is **7**, As of: **March 01, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉▉▉         **Date:** March 01, 2017, 11:05:09 PM

**Manager Signature:** Acknowledged by Chiaravallo,Bryan P (BadgeID: 11337816)         **Date:** March 01, 2017, 11:05:09 PM

Acknowledged by associate on March 09, 2018, 12:54:49 AM - Delivered by Agbato,Ogbe (oaagbato)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████
**Manager Name:** Agbato,Ogbe (RT678)
**Created On:** March 09, 2018, 12:54:49 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | February 25, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**, Current UPT Balance is **11**, As of: **March 09, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ██████████                    **Date:** March 09, 2018, 12:54:49 AM

**Manager Signature:** Acknowledged by Agbato,Ogbe (BadgeID: 0013842)                    **Date:** March 09, 2018, 12:54:49 AM

AMZ-BRY000868

Acknowledged by associate on April 23, 2017, 7:02:37 AM - Delivered by Chiaravallo,Bryan P (bchiarav)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** April 23, 2017, 7:02:37 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 19, 2017, 3:15:16 AM |
| Final Written | 1 | March 22, 2017, 11:11:13 PM |
| Documented Coaching | 1 | March 18, 2017, 6:38:07 AM |

## Details of Current Incident/Specific Concerns

Glad to see you in today. We missed you yesterday, I just want to make sure you are ok. Is there anything I can assist with? Remember UPT only comes out in hour increments. If you have personal time and would like to be paid for some or all of the time please see HR for assistance, or log onto the HUB. Remember Personal Time needs to be input no later than Saturday, April 29th, before the pay period ends.

## Areas of Improvement Required by Associate

You are expected to meet 100% of the attendance performance expectation. We are committed to assisting you in improving your attendance performance, and will assist you in addressing any job related barriers that are impacting your ability to meet attendance performance expectations.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████          **Date:** April 23, 2017, 7:02:37 AM

**Manager Signature:** Acknowledged by Chiaravallo,Bryan P (BadgeID: 11337816)          **Date:** April 23, 2017, 7:02:37 AM

AMZ-BRY000869

Acknowledged by associate on March 22, 2017, 11:31:17 PM - Delivered by Mahmood,Sabira (sabiram)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ███████████
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** March 22, 2017, 11:31:17 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 19, 2017, 3:15:16 AM |
| Documented Coaching | 1 | March 18, 2017, 6:38:07 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct policy. On multiple occasions you have been found to use abrasive language and behavior towards other associates. Additionally, the policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████         **Date:** March 22, 2017, 11:31:17 PM

**Manager Signature:** Acknowledged by Mahmood,Sabira (BadgeID: 0277627)         **Date:** March 22, 2017, 11:31:17 PM

AMZ-BRY000870

Acknowledged by associate on June 01, 2019, 3:10:25 AM - Delivered by Timo,Jayne (timojayn)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ███████████████

**Manager Name:** Timo,Jayne (RT885-2)

**Created On:** June 01, 2019, 3:10:25 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

Details of Concern: On 5/16/19, we became aware of several separate occasions in which you made inappropriate comments to other associates by referencing their skin one, and making unwanted advances. A seek to understand conversation took place to which you admitted and confirmed the alleged comments. During the course of the investigation, it was found that on several occasions you have made other associates feel uncomfortable with your actions. The complainants asked you to stop the behavior, to which you did not comply. These actions were confirmed by several individuals. This behavior is considered a Category 2 Offense as listed in The Owner's Manual and results in corrective action for: Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor. Due to this violation, you are being issued a Final Written Warning.

## Areas of Improvement Required by Associate

Areas of Improvement: All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. All associates must avoid any conduct that may be perceived as offensive and/or harassing. Going forward, your language and actions are expected to be professional, without the use of profanity and appropriate for the workplace. Failure to comply with these expectations may result in additional disciplinary action up to and including termination of employment

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ███████████████     **Date:** June 01, 2019, 3:10:25 AM

**Manager Signature:** Acknowledged by Timo,Jayne (BadgeID: 11094830)     **Date:** June 01, 2019, 3:10:25 AM

**AMZ-BRY000871**

Acknowledged by associate on April 18, 2020, 11:58:01 PM - Delivered by Patel,Dhiren B (pdhire)



# Supportive Feedback Document
# Behavioral Attendance - Documented Coaching

**Associate Name:** ███████████
**Manager Name:** Patel,Dhiren B (RT196-2)
**Created On:** April 18, 2020, 11:58:01 PM



## Summary

Your recent job performance is not meeting Behavioral Attendance expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral attendance feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | April 05, 2020, 11:41:32 AM |
| Final Written | 1 | June 01, 2019, 1:34:41 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On April 17th 2020, you worked over 12 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████        **Date:** April 18, 2020, 11:58:01 PM

**Manager Signature:** Acknowledged by Patel,Dhiren B (BadgeID: 12431034)        **Date:** April 18, 2020, 11:58:01 PM

Acknowledged by associate on March 18, 2017, 7:21:29 PM - Delivered by Chiaravallo,Bryan P (bchiarav)



# Supportive Feedback Document
# Behavioral Time Off Task - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** March 18, 2017, 7:21:29 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 19, 2017, 3:15:16 AM |

## Details of Current Incident/Specific Concerns

On the shift day of 3/17/2017 you were found to be over your break time by 4 minutes. Break times are 10 minutes with 5 minute walking grace.

https://fclm-portal.amazon.com/employee/timeDetails?&amp;employeeId=101746425&amp;warehouseId=EWR9&amp;startDateDay=2017%2F03%2F18&amp;maxIntradayDays=1&amp;spanType=Intrad

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in accordance with Amazon's Time off Task Guidelines, it is critical that you remain on-task during your scheduled shift. Excessive unproductive time may cause you to fail to meet our performance expectations and may affect your team's morale and performance. In addition, you are required to follow Amazon's break and meal policy and ensure your breaks do not exceed fifteen (15) minutes and meal periods do not exceed thirty (30) minutes. Further incidents of time off task, excessive breaks or unproductive time may lead to further discipline, up to and including termination.

## Associate Comments

its needs to be a fair around the board with every associate i strongly that there is entirely too much favoritism here at afe i ▮▮▮▮▮▮ am trying to improve daily but im not giving the benefit as i should i work hard im not trying to be a problem i asked my manager Bryan for help and at times hes done as much as he can do but as always it could be better if ever one is held accountable from leadership on down to the water spider again im am not and will not be a problem i just approached every situation as in manner that it should be i want to be an asset not a liability i fell that i every associate has.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮    **Date:** March 18, 2017, 7:21:29 PM

**Manager Signature:** Acknowledged by Chiaravallo,Bryan P (BadgeID: 11337816)    **Date:** March 18, 2017, 7:21:29 PM

Acknowledged by associate on January 19, 2017, 3:16:02 AM - Delivered by Mahmood,Sabira (sabiram)



# Supportive Feedback Document
## Behavioral Time Off Task - First Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** January 19, 2017, 3:16:02 AM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting [1/12/2017] you were observed to be off-task by [over 60 minutes]. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Further Standard of Conduct violations may result in corrective action, up to and including termination

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮                              **Date:** January 19, 2017, 3:16:02 AM

**Manager Signature:** Acknowledged by Mahmood,Sabira (BadgeID: 0277627)                              **Date:** January 19, 2017, 3:16:02 AM

**AMZ-BRY000874**

Refused to sign by associate on May 20, 2017, 10:59:35 PM - Delivered by Fair,Hannah Bea (faihanna)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written





**Associate Name:** ███████████
**Manager Name:** Fair,Hannah Bea (NB1-1830)
**Created On:** May 20, 2017, 10:59:35 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 19, 2017, 3:15:16 AM |
| Final Written | 1 | March 22, 2017, 11:11:13 PM |
| Documented Coaching | 2 | April 21, 2017, 8:55:26 PM |

## Details of Current Incident/Specific Concerns

On 05/19/2017, you were found to be off-task for 38 minutes. In conversation with your manager, you confirmed this amount of Time Off Task was correct.

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in accordance with Amazon's Time off Task Guidelines, it is critical that you remain on-task during your scheduled shift. Excessive unproductive time may cause you to fail to meet our performance expectations and may affect your team's morale and performance. In addition, you are required to follow Amazon's break and meal policy and ensure your breaks do not exceed fifteen (15) minutes and meal periods do not exceed thirty (30) minutes. Further incidents of time off task, excessive breaks or unproductive time may lead to further discipline, up to and including termination.

## Associate Comments

Would like to talk to Ops Manager to look at cameras and figure out exactly where he was and why this is rolling up as TOT.

**Associate Signature:** ███████████     **Date:** May 20, 2017, 10:59:35 PM

**Manager Signature:** Acknowledged by Fair,Hannah Bea (BadgeID: 11996631)     **Date:** May 20, 2017, 10:59:35 PM

**AMZ-BRY000875**

Acknowledged by associate on March 01, 2017, 11:12:47 PM - Delivered by Chiaravallo,Bryan P (bchiarav)

# Supportive Feedback Document
# Productivity - Second Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** March 01, 2017, 11:12:47 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 08, 2017 |
| First Written | 1 | February 15, 2017 |
| Verbal Coaching | 2 | February 01, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | 16.08 | 1794 | 111.55 | 170 | 65.62 | 65.62 | N |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | 4.38 | 183 | 41.83 | 75 | 55.77 | 55.77 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 15, 2017, 5:00:00 AM | 1977 | 20 | 97 | 63.51 | 63.51 | N |
| February 08, 2017, 5:00:00 AM | 3939 | 27 | 145 | 89.83 | 89.83 | N |
| February 01, 2017, 5:00:00 AM | 3748 | 27 | 140 | 82.15 | 82.15 | N |
| January 25, 2017, 5:00:00 AM | 4105 | 32 | 127 | 74.59 | 74.59 | N |
| January 18, 2017, 5:00:00 AM | 2192 | 16 | 134 | 79.05 | 79.05 | Y |
| January 11, 2017, 5:00:00 AM | 1626 | 17 | 95 | 60.98 | 60.98 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮        **Date:** March 01, 2017, 11:12:47 PM

**Manager Signature:** Acknowledged by Chiaravallo,Bryan P (BadgeID: 11337816)        **Date:** March 01, 2017, 11:12:47 PM

AMZ-BRY000876

AMZ-BRY000877

Acknowledged by associate on January 19, 2017, 3:17:56 AM - Delivered by Belfiore,Vincent Michael (belfiov)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ████████████
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** January 19, 2017, 3:17:56 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | December 14, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 4 | 8.68 | 1111 | 127.96 | 170 | 75.27 | 75.27 | N |
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | 4.95 | 413 | 83.43 | 170 | 49.08 | 49.08 | N |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 4 | 3.42 | 102 | 29.8 | 71 | 41.97 | 41.97 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 11, 2017, 5:00:00 AM | 1626 | 17 | 95 | 60.98 | 60.98 | N |
| January 04, 2017, 5:00:00 AM | 7 | 0 | 118 | 69.27 | 69.27 | Y |
| December 28, 2016, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| December 21, 2016, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| December 14, 2016, 5:00:00 AM | 4978 | 47 | 106 | 74.02 | 78.41 | Y |
| December 07, 2016, 5:00:00 AM | 3560 | 32 | 110 | 73.44 | 83.89 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████          **Date:** January 19, 2017, 3:17:56 AM

**Manager Signature:** Acknowledged by Belfiore,Vincent Michael (BadgeID: 0305978)          **Date:** January 19, 2017, 3:17:56 AM

**AMZ-BRY000878**

Acknowledged by associate on September 16, 2017, 1:55:21 AM - Delivered by Mercer,Joshua Steven (jomerce)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Mercer,Joshua Steven (RT678)
**Created On:** September 16, 2017, 1:55:21 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | March 22, 2017 |
| Verbal Positive | 3 | September 06, 2017 |
| Verbal Coaching | 3 | May 31, 2017 |
| Documented Coaching | 2 | June 07, 2017 |
| First Written | 1 | February 15, 2017 |
| Second Written | 1 | February 22, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Medium EACH | Level 3 | 7.48 | 681 | 91 | 147 | 61.9 | 68.78 | N |
| Chuting | Scan Verify AFE ItemPacked Small EACH | Level 3 | 9.89 | 1152 | 116.51 | 197 | 59.14 | 65.71 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 06, 2017, 5:00:00 AM | 1833 | 17 | 106 | 60.33 | 67.03 | N |
| August 30, 2017, 5:00:00 AM | 5197 | 31 | 170 | 97.8 | 111.76 | N |
| August 23, 2017, 5:00:00 AM | 4996 | 25 | 197 | 114.38 | 134.56 | N |
| August 16, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| August 09, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮   **Date:** September 16, 2017, 1:55:21 AM

AMZ-BRY000879

**Manager Signature:** Acknowledged by Mercer,Joshua Steven (BadgeID: 12021056)          **Date:** September 16, 2017, 1:55:21 AM

AMZ-BRY000880

Acknowledged by associate on October 21, 2017, 1:50:23 AM - Delivered by Mercer,Joshua Steven (jomerce)



# Supportive Feedback Document
# Productivity Trend - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Mercer,Joshua Steven (RT678)
**Created On:** October 21, 2017, 1:50:23 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | March 22, 2017 |
| Verbal Coaching | 3 | May 31, 2017 |
| Second Written | 1 | February 22, 2017 |
| Documented Coaching | 3 | September 27, 2017 |
| Verbal Positive | 5 | October 11, 2017 |
| First Written | 2 | September 13, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Medium EACH | Level 5 | 9.32 | 1329 | 142.61 | 147 | 97.01 | 97.01 | N |
| Chuting | Scan Verify AFE ItemPacked Small EACH | Level 5 | 12.79 | 2306 | 180.27 | 197 | 91.51 | 91.51 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 11, 2017, 5:00:00 AM | 3635 | 22 | 164 | 93.83 | 93.83 | N |
| October 04, 2017, 5:00:00 AM | 4540 | 22 | 211 | 120.68 | 120.68 | N |
| September 27, 2017, 5:00:00 AM | 4550 | 24 | 193 | 110.2 | 110.2 | N |
| September 20, 2017, 5:00:00 AM | 5540 | 34 | 163 | 94.22 | 94.22 | N |
| September 13, 2017, 5:00:00 AM | 4280 | 27 | 160 | 91.79 | 91.79 | Y |
| September 06, 2017, 5:00:00 AM | 1833 | 17 | 106 | 60.33 | 67.03 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

AMZ-BRY000881

**Associate Signature:** Acknowledged by ███████████████        **Date:** October 21, 2017, 1:50:23 AM

**Manager Signature:** Acknowledged by Mercer,Joshua Steven (BadgeID: 12021056)        **Date:** October 21, 2017, 1:50:23 AM

AMZ-BRY000882

Acknowledged by associate on September 29, 2017, 8:08:46 PM - Delivered by Agbato,Ogbe (oaagbato)





# Supportive Feedback Document
# Productivity Trend - Documented Coaching

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Mercer,Joshua Steven (RT678)
**Created On:** September 29, 2017, 8:08:46 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 3 | September 06, 2017 |
| First Written | 2 | September 13, 2017 |
| Second Written | 1 | February 22, 2017 |
| Final Written | 1 | March 22, 2017 |
| Verbal Coaching | 3 | May 31, 2017 |
| Documented Coaching | 2 | June 07, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Medium EACH | Level 4 | 8.27 | 1222 | 147.77 | 147 | 100.52 | 100.52 | N |
| Chuting | Scan Verify AFE ItemPacked Medium EACH | Level 5 | 8.19 | 996 | 121.55 | 147 | 82.69 | 82.69 | N |
| Chuting | Scan Verify AFE ItemPacked Small EACH | Level 4 | 7.98 | 1785 | 223.61 | 197 | 113.51 | 113.51 | N |
| Chuting | Scan Verify AFE ItemPacked Small EACH | Level 5 | 9.47 | 1537 | 162.37 | 197 | 82.42 | 82.42 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 20, 2017, 5:00:00 AM | 5540 | 34 | 163 | 94.22 | 94.22 | N |
| September 13, 2017, 5:00:00 AM | 4280 | 27 | 160 | 91.79 | 91.79 | Y |
| September 06, 2017, 5:00:00 AM | 1833 | 17 | 106 | 60.33 | 67.03 | N |
| August 30, 2017, 5:00:00 AM | 5197 | 31 | 170 | 97.8 | 111.76 | N |
| August 23, 2017, 5:00:00 AM | 4996 | 25 | 197 | 114.38 | 134.56 | N |
| August 16, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████                    **Date:** September 29, 2017, 8:08:46 PM

**Manager Signature:** Acknowledged by Agbato,Ogbe (BadgeID: 0013842)                    **Date:** September 29, 2017, 8:08:46 PM

AMZ-BRY000884

Acknowledged by associate on June 08, 2017, 1:05:46 AM - Delivered by Fair,Hannah Bea (faihanna)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ███████████████

**Manager Name:** Fair,Hannah Bea (NB1-1830)

**Created On:** June 08, 2017, 1:05:46 AM



## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | March 22, 2017 |
| Verbal Coaching | 3 | May 31, 2017 |
| Documented Coaching | 1 | February 08, 2017 |
| First Written | 1 | February 15, 2017 |
| Second Written | 1 | February 22, 2017 |
| Verbal Positive | 1 | April 19, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | 29.75 | 4485 | 150.77 | 170 | 88.69 | 88.69 | N |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 1 | 4.06 | 2259 | 556.18 | 405 | 137.33 | 196.18 | N |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 2 | 10.58 | 2950 | 278.81 | 405 | 68.84 | 80.99 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 31, 2017, 5:00:00 AM | 7435 | 40 | 184 | 83.48 | 86.67 | N |
| May 24, 2017, 5:00:00 AM | 3792 | 24 | 160 | 94.26 | 94.26 | N |
| May 17, 2017, 5:00:00 AM | 5645 | 32 | 177 | 104.13 | 104.13 | Y |
| May 10, 2017, 5:00:00 AM | 3143 | 18 | 172 | 101.07 | 101.07 | Y |
| May 03, 2017, 5:00:00 AM | 6873 | 44 | 158 | 92.93 | 92.93 | Y |
| April 26, 2017, 5:00:00 AM | 6700 | 39 | 171 | 100.74 | 100.74 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████    **Date:** June 08, 2017, 1:05:46 AM

**Manager Signature:** Acknowledged by Fair,Hannah Bea (BadgeID: 11996631)    **Date:** June 08, 2017, 1:05:46 AM

AMZ-BRY000886

Acknowledged by associate on March 22, 2017, 11:17:14 PM - Delivered by Mahmood,Sabira (sabiram)



# Supportive Feedback Document
# Productivity Trend - Final Written



**Associate Name:** ▓▓▓▓▓▓▓
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** March 22, 2017, 11:17:14 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | February 01, 2017 |
| First Written | 1 | February 15, 2017 |
| Documented Coaching | 1 | February 08, 2017 |
| Second Written | 1 | February 22, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | 38.41 | 6425 | 167.27 | 170 | 98.4 | 98.4 | N |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | 10 | 621 | 62.1 | 75 | 82.8 | 82.8 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 15, 2017, 5:00:00 AM | 7046 | 48 | 146 | 95.17 | 95.17 | N |
| March 08, 2017, 5:00:00 AM | 6730 | 38 | 175 | 103.01 | 103.01 | Y |
| March 01, 2017, 5:00:00 AM | 6495 | 40 | 164 | 96.32 | 96.32 | Y |
| February 22, 2017, 5:00:00 AM | 1398 | 10 | 140 | 82.61 | 82.61 | Y |
| February 15, 2017, 5:00:00 AM | 1977 | 20 | 97 | 63.51 | 63.51 | N |
| February 08, 2017, 5:00:00 AM | 3939 | 27 | 145 | 89.83 | 89.83 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓          **Date:** March 22, 2017, 11:17:14 PM

AMZ-BRY000887

**Manager Signature:** Acknowledged by Mahmood,Sabira (BadgeID: 0277627)    **Date:** March 22, 2017, 11:17:14 PM

AMZ-BRY000888

Acknowledged by associate on February 16, 2017, 2:55:53 AM - Delivered by Dubay,Hunter James (dubayh)



# Supportive Feedback Document
# Productivity Trend - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** February 16, 2017, 2:55:53 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 08, 2017 |
| Verbal Coaching | 2 | February 01, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | 24.21 | 3794 | 156.68 | 170 | 92.17 | 92.17 | N |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | 2.9 | 145 | 49.96 | 71 | 70.37 | 70.37 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 08, 2017, 5:00:00 AM | 3939 | 27 | 145 | 89.83 | 89.83 | N |
| February 01, 2017, 5:00:00 AM | 3748 | 27 | 140 | 82.15 | 82.15 | N |
| January 25, 2017, 5:00:00 AM | 4105 | 32 | 127 | 74.59 | 74.59 | N |
| January 18, 2017, 5:00:00 AM | 2192 | 16 | 134 | 79.05 | 79.05 | Y |
| January 11, 2017, 5:00:00 AM | 1626 | 17 | 95 | 60.98 | 60.98 | Y |
| January 04, 2017, 5:00:00 AM | 7 | 0 | 118 | 69.27 | 69.27 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮             **Date:** February 16, 2017, 2:55:53 AM

**Manager Signature:** Acknowledged by Dubay,Hunter James (BadgeID: 11353853)             **Date:** February 16, 2017, 2:55:53 AM

AMZ-BRY000889

AMZ-BRY000890

Acknowledged by associate on February 12, 2017, 3:49:47 AM - Delivered by Chiaravallo,Bryan P (bchiarav)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ███████████████
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** February 12, 2017, 3:49:47 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | February 01, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | 26.84 | 3748 | 139.65 | 170 | 82.15 | 82.15 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 01, 2017, 5:00:00 AM | 3748 | 27 | 140 | 82.15 | 82.15 | N |
| January 25, 2017, 5:00:00 AM | 4105 | 32 | 127 | 74.59 | 74.59 | N |
| January 18, 2017, 5:00:00 AM | 2192 | 16 | 134 | 79.05 | 79.05 | Y |
| January 11, 2017, 5:00:00 AM | 1626 | 17 | 95 | 60.98 | 60.98 | Y |
| January 04, 2017, 5:00:00 AM | 7 | 0 | 118 | 69.27 | 69.27 | Y |
| December 28, 2016, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by ███████████████     **Date:** February 12, 2017, 3:49:47 AM

**Manager Signature:** Acknowledged by Chiaravallo,Bryan P (BadgeID: 11337816)     **Date:** February 12, 2017, 3:49:47 AM

Acknowledged by associate on December 22, 2017, 1:20:29 AM - Delivered by Agbato,Ogbe (oaagbato)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ███████████
**Manager Name:** Agbato,Ogbe (RT678)
**Created On:** December 22, 2017, 1:20:29 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | February 22, 2017 |
| Final Written | 1 | March 22, 2017 |
| Documented Coaching | 3 | September 27, 2017 |
| First Written | 3 | October 18, 2017 |
| Verbal Coaching | 3 | December 06, 2017 |
| Verbal Positive | 8 | December 13, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Medium EACH | Level 5 | 23.53 | 3297 | 140.11 | 147 | 95.31 | 95.31 | N |
| Chuting | Scan Verify AFE ItemPacked Small EACH | Level 5 | 20.21 | 3850 | 190.49 | 197 | 96.7 | 96.7 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 13, 2017, 5:00:00 AM | 7147 | 44 | 163 | 95.95 | 95.95 | N |
| December 06, 2017, 5:00:00 AM | 3484 | 19 | 188 | 108.75 | 108.75 | N |
| November 29, 2017, 5:00:00 AM | 4261 | 28 | 150 | 92.65 | 92.65 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

delivered to aa on 12/22 at 1:18am at station 612.

**Associate Signature:** Acknowledged by ███████████          **Date:** December 22, 2017, 1:20:29 AM

**Manager Signature:** Acknowledged by Agbato,Ogbe (BadgeID: 0013842)          **Date:** December 22, 2017, 1:20:29 AM

**AMZ-BRY000892**

AMZ-BRY000893

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1.** **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2.** **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's entire productive time, ability, attention, and effort to furthering Amazon's best interests and will not (without Amazon's prior written consent) carry on any separate professional or other gainful employment, including self-employment and contract work.

**3.** **CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future

US CIAA (1269844) NE
Updated March 2015

**AMZ-BRY000894**

DocuSign Envelope ID: 281AA25BAF2B4108D-92E5-E50B6FA89C4C

plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement *prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.*

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

## 5. INTELLECTUAL PROPERTY.

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

US CIAA (1269844) NE

Updated March 2015

AMZ-BRY000895

DocuSign Envelope ID: 281AA25B4F2B4408D-92E5-E50B6FA89C4C

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS.**

**7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be

US CIAA (1269844) NE
Updated March 2015

AMZ-BRY000896

sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

**8. EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

US CIAA (1269844) NE

Updated March 2015

AMZ-BRY000897

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**                    **EMPLOYEE**

Signature _Beth Galetti_               Signature: _____

Name:  Beth Galetti                    Name: _____

Title:  Vice President, Human Resources Date:_____11/9/2016_____

US CIAA (1269844) NE
Updated March 2015

AMZ-BRY000898

 <span>All done? Click **Submit Final**

Need more time? Click **Save Draft** </span>



**amazon**

MEAL PERIOD WAIVER AGREEMENT

Name: Date:

Sometimes, however, either for operational reasons or because of your personal wishes, you want a meal period to begin late, be shortened, or skipped. This document is an opportunity for you to waive a meal period in such circumstances. Sometimes, however, either for operational reasons or because of your personal wishes, you and the company might want a meal period to begin late, be shortened, or skipped. This document is an opportunity for you to waive your meal period entitlements in the following circumstances:

- You can waive your first meal period if your total day's work will be completed within a work period of not more than six (6) hours
- You can waive your second meal period if you took your first meal period and your total day's work will be completed within a work period of not more than twelve (12) hours

Should you decide on any particular day on which you work between five and six hours that you wish to take a first meal period notwithstanding this waiver, you are entitled to do so. Likewise, should you decide on any particular day on which you work between ten and twelve hours that you wish to take a second meal period notwithstanding this waiver, you are entitled to do so.

As you consider your choices below, please keep in mind that even if you agree to this waiver, either you or Amazon may at any time insist that you take full meal periods on time, and Amazon generally does expect associates to take full meal periods on time. Therefore, even if you agree to this waiver, you can expect to take your full meal periods most of the time.

---

Understanding that I am entitled to unpaid, duty-free meal period(s):
Understanding that I am entitled to unpaid, work-free meal period(s) (Only check one):

○   **I agree to waive** my duty-free meal periods. I am entering this waiver freely and voluntarily in all respects. I understand that I may at any time take a full, duty-free meal period as scheduled or provided by law. No supervisor or manager can require me to delay, shorten or skip a duty-free meal period or retaliate against me for declining to do so. **I agree to waive** my meal period(s) when legally permissible.

AMZ-BRY000899

**I do not agree to waive** my meal periods. I understand that I will be expected to take each full meal period as scheduled or provided by law. **I do not agree to waive** my meal period(s) when legally permissible. I understand that I will be expected to take each full meal period as scheduled or provided by law.

I understand that I may at any time revoke this waiver for all future meal periods by contacting HR and providing my revocation in writing. I understand that if I revoke the waiver for future meal periods that I will be expected to take each full meal period as scheduled or provided by law. I understand that there will be no retaliation against me if I decide not to sign the waiver or to revoke the waiver.

AMZ-BRY000900

Acknowledged by _____ on 11/10/2016 10:49:39 PM)



CODE OF BUSINESS CONDUCT & ETHICS
ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of Code of Business Conduct and Ethics and FAQs through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or Amazon's Ethics Line immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRY000901



P.O. BOX 81226, SEATTLE, WA, 98108-1226

11/9/2016

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ▮▮▮▮:

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on November 10, 2016 ("Start Date").  Your salary will be $13.00 per hour, ($27,040.00 annualized based on 2,080 hours per year) and a $0.50 per hour Shift Differential ($1,040.00 annualized based on 2,080 hours per year), payable Bi-weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Restricted Stock Unit Award**

Subject to approval by the Board of Directors of Amazon.com, Inc., you will be granted a restricted stock unit award with respect to 3 shares of Amazon.com, Inc. common stock. Subject to your continued employment with the Company, this award will vest and convert into shares of common stock on the 15th day of the month in which you reach your second anniversary of employment.

Your award will be documented by delivery to you of a Restricted Stock Unit Award Agreement specifying the terms and conditions of the award. You will be eligible for a restricted stock unit grant, based on your performance, in calendar year 2017. Ordinarily this process occurs each April.

**Department, Manager and Shift**





AMZ-BRY000902

DocuSign Envelope ID: 2810A25BF2B41080-925F-E50B6FA89C4C

Department: 1200040 EWR9 USA Amazon.com.dedc, LLC

Manager: Bryan Chiaravallo

Shift Pattern: FC Wed-Sat 10 hr 1830

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

### Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Variable Compensation Pay (VCP)

If you work in a fulfillment center you may be eligible for Variable Pay, a bonus based upon personal and site performance criteria at your location.

### Benefits

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). The Company's willingness to grant you the restricted stock unit award referred to above is based in significant part on your commitment to fulfill the obligations specified in the Agreement. Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your





AMZ-BRY000903

identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

**Additional Provisions**

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

▮▮▮▮ we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Bryan Chiaravallo
Manager II, Operations

**ACCEPTANCE**

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

DocuSigned by:

▮▮▮▮▮▮▮▮
185E1938945B4EB...
_____                    11/9/2016
Signature                                       _____
                                                Date

▮▮▮▮▮▮▮▮

  

**CONFIDENTIAL**

Acknowledged by associate on March 22, 2017, 11:31:17 PM - Delivered by Mahmood,Sabira (sabiram)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** Hudson,Barry (hudbarry)
**Manager Name:** Chiaravallo,Bryan P (NB1-1830)
**Created On:** March 22, 2017, 11:31:17 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 19, 2017, 3:15:16 AM |
| Documented Coaching | 1 | March 18, 2017, 6:38:07 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct policy. On multiple occasions you have been found to use abrasive language and behavior towards other associates. Additionally, the policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

<br>
<br>
<br>
<br>

**Associate Signature:** Acknowledged by Hudson,Barry (BadgeID: 11681441)          **Date:** March 22, 2017, 11:31:17 PM

**Manager Signature:** Acknowledged by Mahmood,Sabira (BadgeID: 0277627)          **Date:** March 22, 2017, 11:31:17 PM

**CONFIDENTIAL**

Acknowledged by associate on June 01, 2019, 3:10:25 AM - Delivered by Timo,Jayne (timojayn)



# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** Hudson,Barry (hudbarry)
**Manager Name:** Timo,Jayne (RT885-2)
**Created On:** June 01, 2019, 3:10:25 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

Details of Concern: On 5/16/19, we became aware of several separate occasions in which you made inappropriate comments to other associates by referencing their skin one, and making unwanted advances. A seek to understand conversation took place to which you admitted and confirmed the alleged comments. During the course of the investigation, it was found that on several occasions you have made other associates feel uncomfortable with your actions. The complainants asked you to stop the behavior, to which you did not comply. These actions were confirmed by several individuals. This behavior is considered a Category 2 Offense as listed in The Owner's Manual and results in corrective action for: Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor. Due to this violation, you are being issued a Final Written Warning.

## Areas of Improvement Required by Associate

Areas of Improvement: All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. All associates must avoid any conduct that may be perceived as offensive and/or harassing. Going forward, your language and actions are expected to be professional, without the use of profanity and appropriate for the workplace. Failure to comply with these expectations may result in additional disciplinary action up to and including termination of employment

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by Hudson,Barry (BadgeID: 11681441)　　　　　　　　**Date:** June 01, 2019, 3:10:25 AM

**Manager Signature:** Acknowledged by Timo,Jayne (BadgeID: 11094830)　　　　　　　　**Date:** June 01, 2019, 3:10:25 AM

Acknowledged by associate on January 23, 2019, 11:27:40 AM - Delivered by Cohn,Zachary (zachcohn)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████

**Manager Name:** Cohn,Zachary (DB3-0715)

**Created On:** January 23, 2019, 11:27:40 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | November 29, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **12**, As of: **January 23, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████          **Date:** January 23, 2019, 11:27:40 AM

**Manager Signature:** Acknowledged by Cohn,Zachary (BadgeID: 0198229)          **Date:** January 23, 2019, 11:27:40 AM

Acknowledged by associate on November 29, 2018, 10:46:17 AM - Delivered by Cohn,Zachary (zachcohn)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▉▉▉▉▉▉▉▉▉
**Manager Name:** Cohn,Zachary (DB3-0715)
**Created On:** November 29, 2018, 10:46:18 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **15**, As of: **November 29, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉▉▉           **Date:** November 29, 2018, 10:46:17 AM

**Manager Signature:** Acknowledged by Cohn,Zachary (BadgeID: 0198229)           **Date:** November 29, 2018, 10:46:17 AM

Acknowledged by associate on March 14, 2019, 9:02:55 AM - Delivered by Qosja,Endri (qosendri)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Qosja,Endri (DB3-0715)
**Created On:** March 14, 2019, 9:02:55 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | January 21, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **6**, As of: **March 14, 2019**

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮             **Date:** March 14, 2019, 9:02:55 AM

**Manager Signature:** Acknowledged by Qosja,Endri (BadgeID: 11040716)             **Date:** March 14, 2019, 9:02:55 AM

Acknowledged by associate on February 07, 2019, 10:57:24 AM - Delivered by Cohn,Zachary (zachcohn)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** ████████
**Manager Name:** Cohn,Zachary (DB3-0715)
**Created On:** February 07, 2019, 10:57:24 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On 1/18/19, you directed inappropriate language toward a group of Tier 1 associates.There were four witnesses that came forward to state that you used inappropriate language on 1/18 at approximately 3:00 PM. It was alleged that you said &quot;I could remove you from the fucking dock or this building and you better shut the fuck up about the rumor.&quot; A seek to understand conversation/investigation was conducted to which you admitted that in your emotional stated you &quot;may have used words that could have been better worded.&quot; This behavior is considered a Category 2 Offense as listed in The Owner's Manual and results in corrective action for: Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor. It also falls under the Category 1 Offense of: Assaulting, threatening, intimidating, coercing, or interfering with supervisors or fellow associates. As a Process Assistant and leader in the building, there are high expectations for professional behavior and maintaining confidentiality.

## Areas of Improvement Required by Associate

All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. All associates must avoid any conduct that may be perceived as offensive and/or harassing. Going forward, your language and actions are expected to be professional, without the use of profanity and appropriate for the workplace. Failure to comply with these expectations may result in additional disciplinary action up to and including termination of employment. This Final written warning will remain active for a period of 90 days from the date of issue.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ████████          **Date:** February 07, 2019, 10:57:24 AM

**Manager Signature:** Acknowledged by Cohn,Zachary (BadgeID: 0198229)          **Date:** February 07, 2019, 10:57:24 AM

Refused to sign by associate on November 12, 2019, 6:39:49 PM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Behavioral - Termination





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Qosja,Endri (DB3-0715)
**Created On:** November 12, 2019, 6:39:49 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | February 01, 2019, 6:42:26 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor is prohibited and classified as a Category 2 violation of the Standards of Conduct. It was found that on 11/1/2019 in your interaction with a fellow associate you utilized vulgar language and aggressive body language.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate Abusive, vulgar, or harassing language or behavior. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. This feedback has resulted in separation of employment.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

termination over the phone

**Associate Signature:** ▮▮▮▮▮▮▮▮          **Date:** November 12, 2019, 6:39:49 PM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)          **Date:** November 12, 2019, 6:39:49 PM

AMZ-BRY000556

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

## RECITALS

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

## AGREEMENTS

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1. TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2. ATTENTION AND EFFORT.** During employment, Employee will devote Employee's entire productive time, ability, attention, and effort to furthering Amazon's best interests and will not (without Amazon's prior written consent) carry on any separate professional or other gainful employment, including self-employment and contract work.

**3. CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future

US CIAA (1269844) NE
Updated March 2015

**AMZ-BRY000557**

DocuSign Envelope ID: 5835127B-05DC-4A29-BAF6-D17B4659F0E2

plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4.   RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

## 5.   INTELLECTUAL PROPERTY.

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

US CIAA (1269844) NE
Updated March 2015

AMZ-BRY000558

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS.**

**7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be

sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

US CIAA (1269844) NE
Updated March 2015

AMZ-BRY000560

DocuSign Envelope ID: 58351878-05DC-4A29-BAF6-D17B4659F0E2

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**

Signature  *Beth Galetti*

Name:  Beth Galetti

Title:  Vice President, Human Resources

**EMPLOYEE**

Signature: ███████████

Name: ███████████

Date: 10/17/2016

US CIAA (1269844) NE
Updated March 2015
**AMZ-BRY000561**

Acknowledged by ███████████ on 10/17/2016 10 21:46 PM)



## CODE OF BUSINESS CONDUCT & ETHICS
## ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of Code of Business Conduct and Ethics and FAQs through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or Amazon's Ethics Line immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRY000562



11/13/2019



Dear ███████████████:

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is November 13, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

  



P.O. BOX 81226, SEATTLE, WA, 98108-1226

10/17/2016

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ███████ :

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the
position of Seasonal Fulfillment Associate. This letter clarifies and confirms the terms of your
employment with the Company.

## Start Date and Compensation

Unless we mutually agree otherwise in writing, you will commence employment on October 18,
2016 ("Start Date"). Your salary will be $10.50 per hour and a $0.00 per hour shift differential
where applicable, payable weekly in accordance with the Company's standard payroll practice
and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance
with applicable laws.

## Department, Manager and Shift

Department: 1181 MCO5 USA Amazon.com.dedc, LLC
Manager: Joshua Nevils
Shift Pattern: PT176 - US FC Tu-Sa 4 hr 1500

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc,
LLC reserves the right to modify shift times or rotate employees between existing shifts at any
time in the company's sole discretion. Peak schedule information will be posted when it
becomes available.

## Shift Information

  

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

### Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

███████, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,





AMZ-BRY000565

Joshua Nevils
Manager I, Operations

## ACCEPTANCE

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.



C9DB0ACBE5D646C...

_____
Signature

10/17/2016
_____
Date




DocuSign Envelope ID: E68E3990-1DAE-4B31-80E6-3601A14E37DB



P.O. BOX 81226, SEATTLE, WA, 98108-1226

10/26/2016

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ██████:

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the Part-time (20-29 hours) position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Part-time (20-29 hours) schedule.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on October 30, 2016 ("Start Date"). You will ordinarily be scheduled to work 20 hours per seven-day week. Your salary will be $11.50 per hour, ($11,960.00 annualized based on 1,040 hours per year) and a $0.00 per hour Shift Differential ($0.00 annualized based on 1,040 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1182 MCO5 USA Amazon.com.dedc, LLC
Manager: Joshua Nevils
Shift Pattern: US FC Tu-Sa 4 hr 1500

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**





Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

### Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

█████, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Joshua Nevils





AMZ-BRY000568

Manager I, Operations

## ACCEPTANCE

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.



DocuSigned by:

C9DB0ACBE5D646C...

Signature

10/27/2016

Date

**CONFIDENTIAL**

GC Exhibit 29(a)

Acknowledged by associate on February 07, 2019, 10:57:24 AM - Delivered by Cohn,Zachary (zachcohn)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** Colon,Richard (colorich)
**Manager Name:** Cohn,Zachary (DB3-0715)
**Created On:** February 07, 2019, 10:57:24 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On 1/18/19, you directed inappropriate language toward a group of Tier 1 associates.There were four witnesses that came forward to state that you used inappropriate language on 1/18 at approximately 3:00 PM. It was alleged that you said &quot;I could remove you from the fucking dock or this building and you better shut the fuck up about the rumor.&quot; A seek to understand conversation/investigation was conducted to which you admitted that in your emotional stated you &quot;may have used words that could have been better worded.&quot; This behavior is considered a Category 2 Offense as listed in The Owner's Manual and results in corrective action for: Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor. It also falls under the Category 1 Offense of: Assaulting, threatening, intimidating, coercing, or interfering with supervisors or fellow associates. As a Process Assistant and leader in the building, there are high expectations for professional behavior and maintaining confidentiality.

## Areas of Improvement Required by Associate

All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. All associates must avoid any conduct that may be perceived as offensive and/or harassing. Going forward, your language and actions are expected to be professional, without the use of profanity and appropriate for the workplace. Failure to comply with these expectations may result in additional disciplinary action up to and including termination of employment. This Final written warning will remain active for a period of 90 days from the date of issue.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

[blank text box]

**Associate Signature:** Acknowledged by Colon,Richard (BadgeID: 11559789)          **Date:** February 07, 2019, 10:57:24 AM

**Manager Signature:** Acknowledged by Cohn,Zachary (BadgeID: 0198229)          **Date:** February 07, 2019, 10:57:24 AM

**CONFIDENTIAL**

Refused to sign by associate on November 12, 2019, 6:39:49 PM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Behavioral - Termination



**Associate Name:** Colon,Richard (colorich)
**Manager Name:** Qosja,Endri (DB3-0715)
**Created On:** November 12, 2019, 6:39:49 PM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | February 01, 2019, 6:42:26 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor is prohibited and classified as a Category 2 violation of the Standards of Conduct. It was found that on 11/1/2019 in your interaction with a fellow associate you utilized vulgar language and aggressive body language.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate Abusive, vulgar, or harassing language or behavior. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. This feedback has resulted in separation of employment.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

| |
|---|
| termination over the phone |

**Associate Signature:** Colon,Richard REFUSED TO SIGN                    **Date:** November 12, 2019, 6:39:49 PM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)                    **Date:** November 12, 2019, 6:39:49 PM

CONFIDENTIAL

Refused to sign by associate on November 12, 2019, 6:39:49 PM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
## Behavioral - Termination



**Associate Name:** Colon,Richard (colorich)
**Manager Name:** Qosja,Endri (DB3-0715)
**Created On:** November 12, 2019, 6:39:49 PM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | February 01, 2019, 6:42:26 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. Abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor is prohibited and classified as a Category 2 violation of the Standards of Conduct. It was found that on 11/1/2019 in your interaction with a fellow associate you utilized vulgar language and aggressive body language.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate Abusive, vulgar, or harassing language or behavior. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. This feedback has resulted in separation of employment.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

termination over the phone

**Associate Signature:** Colon,Richard REFUSED TO SIGN                                    **Date:** November 12, 2019, 6:39:49 PM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)                    **Date:** November 12, 2019, 6:39:49 PM

**CONFIDENTIAL**

---

**Case Type - Investigation**        **Case Number - 00063400**

## Case Details:

     • **Created by:** Neha Viswanath
**Type:** Investigation
**Status:** Close
**Priority:** Priority 3
**Incident Date:**
**Date Reported:** 11/7/2019, 9:00 PM
**Reported Method:** Ethics Line
**Reported To:**
**Attorney-Client Privileged:** ☐
**Date Closed:** 12/26/2019, 12:56 PM
**Closed By:** Neha Viswanath
**Date Created:** 11/11/2019, 5:53 PM
**Last Modified Date:** 3/1/2021, 1:33 PM
**Details:**
Case Number AMAZ-2019-11-9680 Date Reported 11/8/2019 Language English Primary Issue Environment, Health & Safety Report Source Hotline Phone Site Code JFK8 Employee   Full Name Richard Colon Phone 917-651-3931 Email rickyacolon@gmail.com Availability anytime Details On November 1, 2019, Richard had a heated discussion with Lauren. Lauren said she was going to punch Richard in his face twice. There were no injuries, but Richard states he felt threatened by Lauren and by Nasir (last name unknown), PA, Lauren's boyfriend. The same day, Nasir blocked Richard when he was trying to go to the bathroom. Later, Lauren went to HR to report Richard, and, as Richard has been told, Lauren was trying to gather information about him and his record. On November 8, Richard went to Tyler Grabowski, HR representative, and Tyler told Richard that Lauren had reported him. Lauren said that Richard had threatened her over text messages. Richard does not know the particulars of the alleged threats, but he says he has never threatened Lauren or anything similar. This issue was reported to John Yun, operations manager. Richard does not know when he will work with Lauren and with Nasir again, since Richard is currently on paid suspension. Richard adds this is not a new issue, since every employee knows about Lauren's wrongful behavior. Location Staten Island, NY, United States, North America Please identify the person(s) engaged in this behavior: Lauren Salvatore (phonetic spelling) - PA Nasir (last name unknown) - PA Amazon Site Code JFK8 Do you suspect or know that a supervisor or management is involved? Yes If yes, then who? Lauren Salvatore (phonetic spelling), PA Nasir (last name unknown), PA Is management aware of this problem? Yes What is the general nature of this matter? Lauren threatened Richard. Where did this incident or violation occur? 546 Gulf Ave Staten Island, NY 10314 Please provide the specific or approximate time this incident occurred: November 8, 2019 How long do you think this problem has been going on? One week How did you become aware of this violation? It happened to me If other, how?   Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:   If you have a document or file that supports your report, most common file types can be uploaded: Availability anytime Language English Organization Amazon Is reported by an employee? Yes

**HR Case Owner**

**Case Owner:** Tyler Grabowski

## Conclusion:

     • **Background:**

---

Case 1:22-cv-01479-DG-SJB   Document 5-3   Filed 03/17/22   Page 300 of 428 PageID #: 2841

**CONFIDENTIAL**

On November 1, 2019, Richard had a heated discussion with Lauren. Lauren said she was going to punch Richard in his face twice. There were no injuries, but Richard states he felt threatened by Lauren and by Nasir (last name unknown), PA, Lauren's boyfriend. The same day, Nasir blocked Richard when he was trying to go to the bathroom. Later, Lauren went to HR to report Richard, and, as Richard has been told, Lauren was trying to gather information about him and his record. On November 8, Richard went to Tyler Grabowski, HR representative, and Tyler told Richard that Lauren had reported him. Lauren said that Richard had threatened her over text messages. Richard does not know the particulars of the alleged threats, but he says he has never threatened Lauren or anything similar. This issue was reported to John Yun, operations manager. Richard does not know when he will work with Lauren and with Nasir again, since Richard is currently on paid suspension. Richard adds this is not a new issue, since every employee knows about Lauren's wrongful behavior.

Update: 2019-11-13 15:04: Richard had been working for the company since October 2016. On November 12, 2019, Tyler called Richard and told him that he was terminated, because Richard had a final warning within the last 12 months, and he supposedly cursed at Lauren. Richard commented that when he was hired, he was told that the final warnings lasted three months, but according to Tyler they lasted 12 months. Tyler stated that he had a video of Tyler cursing at Lauren. Richard asked Tyler multiple times, if the employees (names and job titles unknown) claiming that he cursed at Lauren were the same that appeared in the video, but Tyler refused to answer this question. Richard comments that his termination was wrongful, because he wasn't aware that the final warnings lasted 12 months, and because he didn't curse at Lauren. Richard has not reported this situation to management. Richard would like this matter investigated and addressed as soon as possible, because he should not have been terminated.

**Overall Conclusion:**

Through conducting the investigation it was found that Lauren Salvatore and Richard Colon engaged in an argument on the Outbound Ship Dock that initiated when Richard began to delegate tasks to associates in Lauren's assigned zone.  Based on the video footage the two can be seen interacting with each other utilizing inappropriate body language while pointing in each other's faces visibly upset.  The comments made by Richard were substantiated through witness statements of associates in the surrounding area.  The comments made by Lauren were unsubstantiated as there were not witness's confirming inappropriate or threatening language used by Lauren.  As a result of the interaction both Process Assistant's received feedback.  Lauren received a behavioral final written feedback for the escalated tone and aggressive body language and Richard received feedback for the substantiated comments and behavior.  As a result of prior behavioral feedback, the site proceeded with separation of employment for Richard.

## Investigation Team:

**• Investigation Team #1**

**Contact Name:** Neha Viswanath
**Worker Type:**

**• Investigation Team #2**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                    <u>Case Number - 00063400</u>

**Contact Name:** Linda Prisciandaro
**Worker Type:**

**• Investigation Team #3**

**Contact Name:** Tyler Grabowski
**Worker Type:**

## Involved Parties:

**• Involved Parties #1**

**First Name:** Onnix
**Last Name:** Carlo
**Business Title:** Ops Manager,Delivery Ops
**Level:** 6
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** DAB4
**Location Country:** USA
**Employee Type:** Salaried
**Company:**
**Cost Center:** 1172
**Supervisor Name:** Steve Frank Stanton
**Worker Type:** Employee
**Job Title:** Manager III, Operations
**Employee Id:** 101588761

**Address**

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

Address #2
**Mailing Street:**
**Mailing City:**
**Mailing State:**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                        <u>Case Number - 00063400</u>

**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ████████

Address #3
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ████████

Address #4
**Mailing Street:**
**Mailing City:** ████
**Mailing State:**
**Mailing Postal Code:** ████
**Mailing Country:** USA
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:** Mailing
**Location Address 1:** ████████

Address #5
**Mailing Street:**
**Mailing City:**
**Mailing State:**

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                              <u>**Case Number - 00063400**</u>

**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** █████████

<u>**Email**</u>

Email #1
**Email:** occarlo@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████
**Preferred Email:**
**Supervisor's Work Email:** ststant@amazon.com

Email #2
**Email:** colorich@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████
**Preferred Email:**
**Supervisor's Work Email:** qosendri@amazon.com

Email #3
**Email:** salvalau@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ██████████████
**Preferred Email:**
**Supervisor's Work Email:** wackers@amazon.com

Email #4
**Email:** lavelah@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐

**CONFIDENTIAL**                    AMZ-BRY006788

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                    <u>**Case Number - 00063400**</u>

**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** madocher@amazon.com

Email #5
**Email:** bjelana@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████
**Preferred Email:**
**Supervisor's Work Email:** lyerls@amazon.com


<u>**Phone**</u>

Phone #1
**System Modstamp:** 4/4/2021, 5:52 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** █████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** █████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #3
**System Modstamp:** 4/14/2021, 10:06 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                    <u>Case Number - 00063400</u>

**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** █████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #4
**System Modstamp:** 3/30/2021, 1:03 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** █████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #5
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** █████████
**Work Phone Private:**
**Work Phone Public Ext:**

**• Involved Parties #2**

**First Name:** Richard
**Last Name:** Colon
**Business Title:** Process Assistant
**Level:** 3
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** JFK8
**Location Country:** USA
**Employee Type:** Hourly
**Company:**
**Cost Center:** 1299
**Supervisor Name:** Endri Qosja

**CONFIDENTIAL**                              **AMZ-BRY006790**

CONFIDENTIAL

<u>Case Type - Investigation</u>                                              <u>Case Number - 00063400</u>

**Worker Type:** Employee
**Job Title:** FC Associate III
**Employee Id:** 101634150

<u>**Address**</u>

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

Address #2
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** █████████

Address #3
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**

**CONFIDENTIAL**

**Case Type - Investigation**                    **Case Number - 00063400**

**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

Address #4
**Mailing Street:**
**Mailing City:** ██████
**Mailing State:**
**Mailing Postal Code:** ██████
**Mailing Country:** USA
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:** Mailing
**Location Address 1:** ███████████

Address #5
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

**Email**

Email #1
**Email:** occarlo@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**

**CONFIDENTIAL**                    **AMZ-BRY006792**

**Case Type - Investigation**                                    **Case Number - 00063400**

**Supervisor's Work Email:** ststant@amazon.com

Email #2
**Email:** colorich@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** qosendri@amazon.com

Email #3
**Email:** salvalau@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████████
**Preferred Email:**
**Supervisor's Work Email:** wackers@amazon.com

Email #4
**Email:** lavelah@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ██████████████████
**Preferred Email:**
**Supervisor's Work Email:** madocher@amazon.com

Email #5
**Email:** bjelana@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** lyerls@amazon.com

**Phone**

Phone #1
**System Modstamp:** 4/4/2021, 5:52 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**

<u>**Case Type - Investigation**</u>                                        <u>**Case Number - 00063400**</u>

**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ▮▮▮▮▮▮▮
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ▮▮▮▮▮▮▮
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #3
**System Modstamp:** 4/14/2021, 10:06 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ▮▮▮▮▮▮▮
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #4
**System Modstamp:** 3/30/2021, 1:03 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ▮▮▮▮▮▮▮
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #5

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                    <u>Case Number - 00063400</u>

**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ▮▮▮▮▮▮▮▮
**Work Phone Private:**
**Work Phone Public Ext:**


**• Involved Parties #3**

**First Name:** lauren
**Last Name:** Salvatore
**Business Title:** Area Manager
**Level:** 4
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** LDJ5
**Location Country:** USA
**Employee Type:** Salaried
**Company:**
**Cost Center:** 1173
**Supervisor Name:** Steven Wacker
**Worker Type:** Employee
**Job Title:** Manager I, Operations
**Employee Id:** 104128068

<u>Address</u>

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ▮▮▮▮▮▮▮▮▮▮

Address #2

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                          <u>Case Number - 00063400</u>

**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ██████████

Address #3
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ██████████

Address #4
**Mailing Street:**
**Mailing City:** ██████
**Mailing State:**
**Mailing Postal Code:** █████
**Mailing Country:** USA
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:** Mailing
**Location Address 1:** ██████████

Address #5

**CONFIDENTIAL**                          AMZ-BRY006796

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                          <u>**Case Number - 00063400**</u>

**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

<u>**Email**</u>

Email #1
**Email:** occarlo@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** ststant@amazon.com

Email #2
**Email:** colorich@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** qosendri@amazon.com

Email #3
**Email:** salvalau@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** wackers@amazon.com

Email #4
**Email:** lavelah@amazon.com

**Case Type - Investigation**                                          **Case Number - 00063400**

**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email**
**Supervisor's Work Email:** madocher@amazon.com

Email #5
**Email:** bjelana@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** lyerls@amazon.com


**Phone**

Phone #1
**System Modstamp:** 4/4/2021, 5:52 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ██████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ██████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #3
**System Modstamp:** 4/14/2021, 10:06 PM

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                        <u>**Case Number - 00063400**</u>

**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #4
**System Modstamp:** 3/30/2021, 1:03 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #5
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ████████
**Work Phone Private:**
**Work Phone Public Ext:**

**• Involved Parties #4**

**First Name:** Pauline
**Last Name:** Lavelah
**Business Title:** Sortation Associate
**Level:** 1
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** DDP5
**Location Country:** USA
**Employee Type:** Hourly

**CONFIDENTIAL**

**Case Type - Investigation**                                                    **Case Number - 00063400**

**Company:**
**Cost Center:** 1092
**Supervisor Name:** Mark Brian Docherty
**Worker Type:** Employee
**Job Title:** FC Associate I
**Employee Id:** 104978776

**Address**

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** █████████████

Address #2
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ██████████

Address #3
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                    <u>**Case Number - 00063400**</u>

**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

Address #4
**Mailing Street:**
**Mailing City:** ████
**Mailing State:**
**Mailing Postal Code:** █████
**Mailing Country:** USA
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:** Mailing
**Location Address 1:** ███████████

Address #5
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** █████████

<u>**Email**</u>

Email #1
**Email:** occarlo@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐

**CONFIDENTIAL**                    **AMZ-BRY006801**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                    <u>Case Number - 00063400</u>

**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** ststant@amazon.com

Email #2
**Email:** colorich@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** qosendri@amazon.com

Email #3
**Email:** salvalau@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** █████████████████
**Preferred Email:**
**Supervisor's Work Email:** wackers@amazon.com

Email #4
**Email:** lavelah@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** madocher@amazon.com

Email #5
**Email:** bjelana@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** lyerls@amazon.com

**<u>Phone</u>**

Phone #1
**System Modstamp:** 4/4/2021, 5:52 PM
**Assistant Phone:**

**CONFIDENTIAL**

**Case Type - Investigation**        **Case Number - 00063400**

**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #3
**System Modstamp:** 4/14/2021, 10:06 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ██████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #4
**System Modstamp:** 3/30/2021, 1:03 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** █████████
**Work Phone Private:**

**CONFIDENTIAL**        **AMZ-BRY006803**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                      <u>Case Number - 00063400</u>

**Work Phone Public Ext:**

Phone #5
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████
**Work Phone Private:**
**Work Phone Public Ext:**


**• Involved Parties #5**
_____

**First Name:** Jelana
**Last Name:** Bent
**Business Title:** Fulfillment Associate
**Level:** 1
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** JFK8
**Location Country:** USA
**Employee Type:** Hourly
**Company:**
**Cost Center:** 1299
**Supervisor Name:** Sherman Lyerly
**Worker Type:** Employee
**Job Title:** FC Associate I
**Employee Id:** 105016441

<u>Address</u>

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**

███████████████████              **CONFIDENTIAL**              **AMZ-BRY006804**

**Case Type - Investigation**                                        **Case Number - 00063400**

**Location Address 1:** █████████████████

Address #2
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

Address #3
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ████████████

Address #4
**Mailing Street:**
**Mailing City:** █████
**Mailing State:**
**Mailing Postal Code:** ██████
**Mailing Country:** USA
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:** Mailing

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                          <u>**Case Number - 00063400**</u>

**Location Address 1:** ████████████

Address #5
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ██████████

<u>**Email**</u>

Email #1
**Email:** occarlo@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████████
**Preferred Email:**
**Supervisor's Work Email:** ststant@amazon.com

Email #2
**Email:** colorich@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████████
**Preferred Email:**
**Supervisor's Work Email:** qosendri@amazon.com

Email #3
**Email:** salvalau@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ██████████████████████
**Preferred Email:**
**Supervisor's Work Email:** wackers@amazon.com

**CONFIDENTIAL**                                          **AMZ-BRY006806**

CONFIDENTIAL

**Case Type - Investigation**                                    **Case Number - 00063400**

Email #4
**Email:** lavelah@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████
**Preferred Email:**
**Supervisor's Work Email:** madocher@amazon.com

Email #5
**Email:** bjelana@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████
**Preferred Email:**
**Supervisor's Work Email:** lyerls@amazon.com


**Phone**

Phone #1
**System Modstamp:** 4/4/2021, 5:52 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ██████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ██████
**Work Phone Private:**
**Work Phone Public Ext:**

CONFIDENTIAL

**Case Type - Investigation**                  **Case Number - 00063400**

Phone #3
**System Modstamp:** 4/14/2021, 10:06 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #4
**System Modstamp:** 3/30/2021, 1:03 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #5
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

## Allegation:

• **Allegation #1**

**Issue Category:** Misconduct - Individual Behavior - Other Behavior
**Subject:** Richard Anthony Colon

**CONFIDENTIAL**

---

**Case Type - Investigation**                                      **Case Number - 00063400**

---

**Allegation:**
Richard Colon engaged in a disagreement with fellow process assistant Lauren Salvatore in which he utilized vulgar language and inappropriate behavior along with threatening comments
**Finding:** Confirmed
**Analysis:**

Through conducting the investigation it was found that Lauren Salvatore and Richard Colon engaged in an argument on the Outbound Ship Dock that initiated when Richard began to delegate tasks to associates in Lauren's assigned zone.  Based on the video footage the two can be seen interacting with each other utilizing inappropriate body language while pointing in each other's faces visibly upset.  The comments made by Richard were substantiated through witness statements of associates in the surrounding area.  The comments made by Lauren were unsubstantiated as there were not witness's confirming inappropriate or threatening language used by Lauren.  As a result of the interaction both Process Assistant's received feedback.  Lauren received a behavioral final written feedback for the escalated tone and aggressive body language and Richard received feedback for the substantiated comments and behavior.  As a result of prior behavioral feedback, the site proceeded with separation of employment for Richard.


**• Allegation #2**

---

**Issue Category:** Misconduct - Individual Behavior - Other Behavior
**Subject:** <u>Lauren Salvatore</u>
**Allegation:**
Lauren Salvatore engaged in a disagreement with fellow process assistant Richard Colon in which she utilized inappropriate/aggressive body language along with threatening comments
**Finding:** Confirmed
**Analysis:**

Through conducting the investigation it was found that Lauren Salvatore and Richard Colon engaged in an argument on the Outbound Ship Dock that initiated when Richard began to delegate tasks to associates in Lauren's assigned zone.  Based on the video footage the two can be seen interacting with each other utilizing inappropriate body language while pointing in each other's faces visibly upset.  The comments made by Richard were substantiated through witness statements of associates in the surrounding area.  The comments made by Lauren were unsubstantiated as there were not witness's confirming inappropriate or threatening language used by Lauren.  As a result of the interaction both Process Assistant's received feedback.  Lauren received a behavioral final written feedback for the escalated tone and aggressive body language and Richard received feedback for the substantiated comments and behavior.  As a result of prior behavioral feedback, the site proceeded with separation of employment for Richard.


**Policy:**

• **Policy Name:** Standards of Conduct


**Interview:**

---

CONFIDENTIAL

**Case Type - Investigation**                                              **Case Number - 00063400**

• **Created by:** Tyler Grabowski
**Interviewer:** Tyler Grabowski
**Person Being Interviewed:** Onnix Carlo
**Schedule Date/Time:**
**Location:**
**Type:** Witness Interview
**Status:** To Be Scheduled
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**


• **Created by:** Tyler Grabowski
**Interviewer:** Tyler Grabowski
**Person Being Interviewed:** Richard Anthony Colon
**Schedule Date/Time:**
**Location:**
**Type:** Respondent Interview
**Status:** To Be Scheduled
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**


• **Created by:** Tyler Grabowski
**Interviewer:** Tyler Grabowski
**Person Being Interviewed:** Lauren Salvatore
**Schedule Date/Time:**
**Location:**
**Type:** Respondent Interview
**Status:** To Be Scheduled
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**


• **Created by:** Tyler Grabowski
**Interviewer:** Tyler Grabowski
**Person Being Interviewed:** Jelana evona Bent
**Schedule Date/Time:**
**Location:**
**Type:** Witness Interview
**Status:** To Be Scheduled
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**


• **Created by:** Tyler Grabowski
**Interviewer:** Tyler Grabowski
**Person Being Interviewed:** Pauline Lavelah

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                    <u>**Case Number - 00063400**</u>

**Schedule Date/Time:**
**Location:**
**Type:** Witness Interview
**Status:** To Be Scheduled
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**

## Attachment:

• **Attachment**

**Title:** CaseExport
**File Type:** PDF
**Created Date:** 4/14/2021, 10:21 AM
**Size:** 53,888
**Description:**

## Action:

• **Action**

**Action Type:** Termination/Disciplinary Dismissal
**Action Applied To:** Richard Anthony Colon
**Status:** Completed
**Action Taken Date:**
**Description:**
**Created By:** Neha Viswanath
**Created Date:** 12/26/2019, 12:55 PM

## Central Team:

• **Central Team Status:**
**Date of Resolution with Claimant:**
**Investigation Completed:**
**Investigation Assigned:**
**Recommendations Sent to HRBP:**
**Priority Case:**
**Who Prioritized?:**
**Group Responsible for Defect:**
**Tags:**
**Central Team Notes:**

Acknowledged by associate on November 08, 2018, 3:03:25 AM - Delivered by Marmolejos,Hector (marmoh)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ███████████

**Manager Name:** Marmolejos,Hector (NA5-1715)

**Created On:** November 08, 2018, 3:03:25 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|--------------|-----------|-------------------|-----------------|----------------|---------------|-------------|
| Stow | Shortage | █ | ██ | ██ | ██ | █ |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|--------------|-----------|---------|
| October 30, 2018, 7:35:39 AM | Stow | Shortage | ████ |
| October 30, 2018, 3:23:27 AM | Stow | Shortage | ████ |
| October 30, 2018, 3:00:55 AM | Stow | Shortage | ████ |
| October 30, 2018, 2:58:49 AM | Stow | Shortage | ████ |
| October 30, 2018, 1:28:35 AM | Stow | Shortage | ████ |
| October 30, 2018, 1:08:13 AM | Stow | Shortage | ████ |
| October 30, 2018, 12:58:59 AM | Stow | Shortage | ████ |
| October 30, 2018, 12:49:14 AM | Stow | Shortage | ████ |
| October 29, 2018, 8:08:30 PM | Stow | Shortage | ████ |

**Performance Trend**

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| October 31, 2018 | ▬ | ▮ | ▬ | ▬ | ▮ |
| October 24, 2018 | ▮ | ▮ | ▬ | ▮ | ▬ |

**Areas of Improvement Required by Associate**

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

**Associate Comments**

**Associate Signature:** Acknowledged by ▬▬▬▬▬▬    **Date:** November 08, 2018, 3:03:25 AM

**Manager Signature:** Acknowledged by Marmolejos,Hector (BadgeID: 0109374)    **Date:** November 08, 2018, 3:03:25 AM



5/23/2019



Dear ████████████████):

This letter confirms that the date of voluntary termination of your employment with Amazon.com Services, Inc. is May 30, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





Acknowledged by associate on November 27, 2018, 1:17:20 AM - Delivered by Yovino,Brittany (bmmontz)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ▇▇▇▇▇▇▇
**Manager Name:** Barker,Maura (NA5X1715)
**Created On:** November 27, 2018, 1:17:20 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Workplace Harassment policy. On 11/25/2018, you were reported to be in violation of this policy by making comments regarding others sexual orientation. These comments include you connecting child molestation to homosexuality offending your co-wokers. Examples of sexual harassment include, but are not limited to, "sexual jokes or use of sexually explicit language" and "sexual comments injected into business communications." Sexual harassment may be overt or subtle. Behavior that may be acceptable in a social setting may not be appropriate in the workplace.

## Areas of Improvement Required by Associate

Amazon.com is committed to providing a safe and harassment free workplace environment. Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Harassment policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇          **Date:** November 27, 2018, 1:17:20 AM

**Manager Signature:** Acknowledged by Yovino,Brittany (BadgeID: 11971682)          **Date:** November 27, 2018, 1:17:20 AM

**AMZ-BRY001393**

# GC Ex. 31

Refused to sign by associate on November 26, 2018, 7:19:31 PM - Delivered by Jimenez,Ashley (asjimene)

## Supportive Feedback Document
## Behavioral - Termination





**Associate Name:** ▉▉▉▉▉▉▉▉▉
**Manager Name:** Andrews,Phillip (DC1-0715)
**Created On:** November 26, 2018, 7:19:31 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On 11/26 at about 11:40 AM, you had an altercation with another associate in Pack Singles. The situation began when you and the other associates were getting full totes to give work to other associates in your area. Upon investigating the situation and speaking to relevant parties, we were told that you used vulgar and harassing language with the aggressor after he pushed you. Although you did not put your hands on him, you said &quot;don't put your fucking hands on me, I'll fucking hurt you.&quot;

## Areas of Improvement Required by Associate

Amazon takes concerns of this nature very seriously and has a process in place to investigate. You were found to be in violation of the the Owner's Manual Standard of Conduct by: Assaulting, threatening, intimidating, coercing, or interfering with supervisors or fellow associates and using abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor. As a reminder, Amazon has a policy prohibiting retaliation against anyone who has raised a complaint or who has participated in an investigation. Amazon expects that anyone who participates in an investigation will not engage in any retaliatory behavior – this applies to and has been discussed with all the parties in the investigation.

## Associate Comments

**Associate Signature:** ▉▉▉▉▉▉▉▉   **Date:** November 26, 2018, 7:19:31 PM

**Manager Signature:** Acknowledged by Jimenez,Ashley (BadgeID: 12169290)   **Date:** November 26, 2018, 7:19:31 PM

AMZ-BRY001394

GC Ex. 31



11/27/2018



Dear ███████████

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is November 27, 2018.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

  

Refused to sign by associate on August 21, 2019, 6:12:18 PM - Delivered by Holguin,Maritza Yadira (mhholgu)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Mutchler,Jacob P (NA5X1715)
**Created On:** August 21, 2019, 6:12:18 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

On 8/15/2019 it was reported to HR that AA ▮▮▮ was witness to sexual harassment that had taken place throughout the day. On 8/16/2019 AA ▮▮▮ stated in an investigation with Sr.HRBP Mike Lauro and via written statement that he did witness the sexual harassment and did not report it to site leadership or to human resources because AA ▮▮▮ &quot;knows him and didn't take it seriously&quot;. AA ▮▮▮ did not remove himself from the situation, stop this situation, or report the situation.

## Areas of Improvement Required by Associate

Sexual Harassment is a direct violation of Amazons Owners Manual. As a witness to this incident it is your responsibility as an AA to report the incident to site leadership or HR.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮                                      **Date:** August 21, 2019, 6:12:18 PM

**Manager Signature:** Acknowledged by Holguin,Maritza Yadira (BadgeID: 12201808)                **Date:** August 21, 2019, 6:12:18 PM

AMZ-BRY000905

Refused to sign by associate on December 11, 2019, 9:23:39 PM - Delivered by Sanicola,Michael Robert (sanicm)

# Supportive Feedback Document
## Behavioral - Termination





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Keller,Robert (NA5X1715)
**Created On:** December 11, 2019, 9:23:39 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | August 19, 2019, 1:18:52 PM |

## Details of Current Incident/Specific Concerns

Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. After a thorough investigation was completed it was determined and confirmed that ▮▮▮▮ violated Amazon's security standards of conduct, on December 10th 2019. Evidence confirmed that ▮▮▮▮ used threatening words towards a fellow Amazon associate to which ▮▮▮▮ also admitted during seek to understand conversation with LP.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate violence, threats of violence, or other conduct by anyone that harms or threatens the safety of associates or others. You are expected to be in compliance with the Workplace Violence and Standards of Conduct policy at all times while working in the Fulfillment Center. After further investigation it was concluded there was supporting evidence through witness and your statement that you used threatening language. Due to the findings of the investigation this will result into separation of employment effective immediately. You are not eligible for our appeals process.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮   **Date:** December 11, 2019, 9:23:39 PM

**Manager Signature:** Acknowledged by Sanicola,Michael Robert (BadgeID: 12343164)   **Date:** December 11, 2019, 9:23:39 PM

AMZ-BRY000906

Acknowledged by associate on March 10, 2019, 5:43:59 PM - Delivered by Mutchler,Jacob (jmmutchl)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▆▆▆▆▆▆▆▆
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** March 10, 2019, 5:43:59 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | November 21, 2018 |
| Verbal Coaching | 2 | November 14, 2018 |
| Verbal Positive | 6 | February 20, 2019 |
| Documented Positive | 2 | February 27, 2019 |
| Second Written | 1 | December 19, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 8.65 | 1851 | 214.09 | 129 | 165.96 | 165.96 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 7.64 | 3021 | 395.43 | 267 | 148.1 | 148.1 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.35 | 72 | 203.29 | 99 | 205.35 | 205.35 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.45 | 192 | 426.93 | 236 | 180.9 | 180.9 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 27, 2019, 5:00:00 AM | 5136 | 17 | 301 | 159.19 | 159.19 | N |
| February 20, 2019, 5:00:00 AM | 9304 | 31 | 298 | 173.72 | 173.72 | N |
| February 13, 2019, 5:00:00 AM | 11036 | 40 | 274 | 151.11 | 151.11 | N |
| February 06, 2019, 5:00:00 AM | 9485 | 35 | 274 | 157.96 | 157.96 | N |
| January 30, 2019, 5:00:00 AM | 10126 | 40 | 251 | 143.6 | 143.6 | Y |
| January 23, 2019, 5:00:00 AM | 10641 | 41 | 263 | 147.13 | 147.13 | N |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▆▆▆▆▆▆▆▆          **Date:** March 10, 2019, 5:43:59 PM

**Manager Signature:** Acknowledged by Mutchler,Jacob (BadgeID: 0318213)          **Date:** March 10, 2019, 5:43:59 PM

AMZ-BRY000907

AMZ-BRY000908

Acknowledged by associate on March 05, 2019, 3:30:38 PM - Delivered by Mutchler,Jacob (jmmutchl)

# Supportive Feedback Document
## Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** March 05, 2019, 3:30:38 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | November 21, 2018 |
| Verbal Positive | 6 | February 20, 2019 |
| Documented Positive | 1 | February 13, 2019 |
| Verbal Coaching | 2 | November 14, 2018 |
| Second Written | 1 | December 19, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 18.55 | 4474 | 241.23 | 129 | 187 | 187 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 10.78 | 4448 | 412.49 | 267 | 154.49 | 154.49 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 1.44 | 213 | 147.43 | 99 | 148.92 | 148.92 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.43 | 169 | 392.77 | 236 | 166.43 | 166.43 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 20, 2019, 5:00:00 AM | 9304 | 31 | 298 | 173.72 | 173.72 | N |
| February 13, 2019, 5:00:00 AM | 11036 | 40 | 274 | 151.11 | 151.11 | N |
| February 06, 2019, 5:00:00 AM | 9485 | 35 | 274 | 157.96 | 157.96 | N |
| January 30, 2019, 5:00:00 AM | 10126 | 40 | 251 | 143.6 | 143.6 | Y |
| January 23, 2019, 5:00:00 AM | 10641 | 41 | 263 | 147.13 | 147.13 | N |
| January 16, 2019, 5:00:00 AM | 9590 | 41 | 236 | 147.31 | 147.31 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮   **Date:** March 05, 2019, 3:30:38 PM

**Manager Signature:** Acknowledged by Mutchler,Jacob (BadgeID: 0318213)   **Date:** March 05, 2019, 3:30:38 PM

AMZ-BRY000909

AMZ-BRY000910

Acknowledged by associate on February 13, 2019, 7:50:29 PM - Delivered by Mutchler,Jacob (jmmutchl)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** February 13, 2019, 7:50:29 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | December 19, 2018 |
| First Written | 1 | November 21, 2018 |
| Verbal Coaching | 2 | November 14, 2018 |
| Verbal Positive | 5 | January 30, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 18.77 | 3828 | 203.89 | 129 | 158.05 | 158.05 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 11.91 | 4608 | 386.91 | 267 | 144.91 | 144.91 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 2.87 | 580 | 202.21 | 99 | 204.25 | 204.25 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 1.13 | 469 | 416.68 | 236 | 176.56 | 176.56 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 06, 2019, 5:00:00 AM | 9485 | 35 | 274 | 157.96 | 157.96 | N |
| January 30, 2019, 5:00:00 AM | 10126 | 40 | 251 | 143.6 | 143.6 | Y |
| January 23, 2019, 5:00:00 AM | 10641 | 41 | 263 | 147.13 | 147.13 | N |
| January 16, 2019, 5:00:00 AM | 9590 | 41 | 236 | 147.31 | 147.31 | N |
| January 09, 2019, 5:00:00 AM | 6346 | 29 | 217 | 134.67 | 134.67 | N |
| January 02, 2019, 5:00:00 AM | 7302 | 34 | 214 | 138.83 | 138.83 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮     **Date:** February 13, 2019, 7:50:29 PM

**Manager Signature:** Acknowledged by Mutchler,Jacob (BadgeID: 0318213)     **Date:** February 13, 2019, 7:50:29 PM

Acknowledged by associate on June 24, 2019, 6:12:50 PM - Delivered by Spadafore,Gina (gspadafo)

# Supportive Feedback Document
# Productivity - Documented Positive







**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** June 24, 2019, 6:12:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
| --- | --- | --- |
| Documented Positive | 3 | March 06, 2019 |
| Verbal Positive | 15 | May 15, 2019 |
| Verbal Coaching | 2 | November 14, 2018 |
| First Written | 1 | November 21, 2018 |
| Second Written | 1 | December 19, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Each Transfer In | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 2.15 | 490 | 227.58 | 165 | 137.92 | 137.92 | N |
| Each Transfer In | Stow Each Nike Light NikeStow Small EACH | Level 5 | 3.67 | 1556 | 423.11 | 302 | 140.1 | 140.1 | N |
| Stow to Prime | Stow Each Nike Light NikeStow Medium EACH | Level 5 | 0.04 | 5 | 120.8 | 115 | 105.04 | 105.04 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
| --- | --- | --- | --- | --- | --- | --- |
| June 05, 2019, 5:00:00 AM | 2051 | 6 | 349 | 139.05 | 139.05 | N |
| May 29, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 22, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 15, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| May 08, 2019, 5:00:00 AM | 2120 | 8 | 258 | 106.13 | 106.13 | N |
| May 01, 2019, 5:00:00 AM | 2621 | 10 | 270 | 124 | 124 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮                          **Date:** June 24, 2019, 6:12:50 PM

**Manager Signature:** Acknowledged by Spadafore,Gina (BadgeID: 11057694)          **Date:** June 24, 2019, 6:12:50 PM

AMZ-BRY000912

Acknowledged by associate on November 26, 2018, 9:50:29 PM - Delivered by Mutchler,Jacob (jmmutchl)



# Supportive Feedback Document
# Productivity Trend - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** November 26, 2018, 9:50:29 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 3 | 4.54 | 434 | 95.56 | 157 | 60.87 | 67.63 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | 24.21 | 1673 | 69.1 | 157 | 44.01 | 44.01 | N |
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 1.5 | 119 | 79.41 | 157 | 50.58 | 50.58 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 3 | 2.1 | 395 | 187.72 | 298 | 62.99 | 69.99 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | 10.5 | 2008 | 191.27 | 298 | 64.19 | 64.19 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 1.68 | 341 | 202.61 | 298 | 67.99 | 67.99 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 3 | 0.14 | 10 | 71.29 | 123 | 57.96 | 64.4 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | 2.64 | 166 | 62.96 | 123 | 51.19 | 51.19 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 0.1 | 6 | 58.06 | 123 | 47.21 | 47.21 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 3 | 0.01 | 1 | 144 | 278 | 51.8 | 57.55 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | 2.07 | 299 | 144.25 | 278 | 51.89 | 51.89 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 0.17 | 31 | 179.13 | 278 | 64.44 | 64.44 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 14, 2018, 5:00:00 AM | 5483 | 50 | 110 | 52.46 | 53.39 | N |
| November 07, 2018, 5:00:00 AM | 7182 | 58 | 123 | 57.36 | 65.07 | N |
| October 31, 2018, 5:00:00 AM | 2318 | 17 | 139 | 69.26 | 81.49 | N |
| October 24, 2018, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

AMZ-BRY000913

**Associate Signature:** Acknowledged by ███████████          **Date:** November 26, 2018, 9:50:29 PM

**Manager Signature:** Acknowledged by Mutchler,Jacob (BadgeID: 0318213)          **Date:** November 26, 2018, 9:50:29 PM

AMZ-BRY000914

Acknowledged by associate on December 19, 2018, 9:47:10 PM - Delivered by Mutchler,Jacob (jmmutchl)



# Supportive Feedback Document
# Productivity Trend - Second Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** December 19, 2018, 9:47:10 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 1 | December 12, 2018 |
| First Written | 1 | November 21, 2018 |
| Verbal Coaching | 2 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | 31.06 | 3347 | 107.76 | 103 | 104.63 | 104.63 | N |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | 13 | 2763 | 212.57 | 242 | 87.84 | 87.84 | N |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | 7.11 | 625 | 87.87 | 99 | 88.76 | 88.76 | N |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | 2.48 | 656 | 264.34 | 236 | 112.01 | 112.01 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 12, 2018, 5:00:00 AM | 7391 | 54 | 138 | 98.8 | 98.8 | |
| December 05, 2018, 5:00:00 AM | 7320 | 49 | 149 | 107.73 | 107.73 | N |
| November 28, 2018, 5:00:00 AM | 5766 | 43 | 133 | 98.27 | 98.27 | Y |
| November 21, 2018, 5:00:00 AM | 5380 | 45 | 120 | 66.48 | 66.48 | Y |
| November 14, 2018, 5:00:00 AM | 5483 | 50 | 110 | 52.46 | 53.39 | N |
| November 07, 2018, 5:00:00 AM | 7182 | 58 | 123 | 57.36 | 65.07 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮                    **Date:** December 19, 2018, 9:47:10 PM

**Manager Signature:** Acknowledged by Mutchler,Jacob (BadgeID: 0318213)          **Date:** December 19, 2018, 9:47:10 PM

AMZ-BRY000916

Acknowledged by associate on February 07, 2019, 12:32:43 AM - Delivered by Mutchler,Jacob (jmmutchl)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ▓▓▓▓▓▓▓
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** February 07, 2019, 12:32:43 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 07, 2018, 5:00:00 AM |
| Documented Coaching | 1 | November 14, 2018, 5:00:00 AM |
| Verbal Positive | 7 | January 30, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | 0 | 10494 | 850 | 1000 | No |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 30, 2019 | 10494 | 0 | 0 | 100 | No |
| January 23, 2019 | 9620 | 1 | 103.95 | 87.77 | No |
| January 16, 2019 | 6992 | 0 | 0 | 100 | No |
| January 09, 2019 | 7206 | 1 | 138.77 | 83.67 | No |
| January 02, 2019 | 6677 | 1 | 149.76 | 82.38 | No |
| December 26, 2018 | 0 | 0 | 0 | 0 | Yes |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓                    **Date:** February 07, 2019, 12:32:43 AM

**Manager Signature:** Acknowledged by Mutchler,Jacob (BadgeID: 0318213)                    **Date:** February 07, 2019, 12:32:43 AM

Acknowledged by associate on November 19, 2018, 2:04:31 AM - Delivered by Mutchler,Jacob (jmmutchl)



# Supportive Feedback Document
# Quality Trend - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Mutchler,Jacob (NA5X1715)
**Created On:** November 19, 2018, 2:04:31 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 07, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns    * Expected DPMO is per error family and not per error type

You have not met Quality expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | 2 | 7829 | 850 | 1000 | No |
| Stow | Shortage | 5 | 7829 | 850 | 1000 | No |

## Error Listing    * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| November 11, 2018, 6:14:17 PM | Stow | Shortage | **Quantity**: 1.0<br>**Location Id**: tsX056yeux9<br>**Fc Sku**: ZZVF4246RV<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-9-B931Y478] |
| November 09, 2018, 3:42:23 AM | Stow | Shortage | **Quantity**: 3.0<br>**Location Id**: tsX016d961v<br>**Fc Sku**: ZZVD869CP1<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-6-C249B147] |
| November 06, 2018, 8:11:08 PM | Stow | Overage | **Quantity**: 1.0<br>**Location Id**: csXP24yZcDd<br>**Fc Sku**: ZZW3NKPE35<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-8-B175V881] |
| November 06, 2018, 5:27:31 AM | Stow | Overage | **Quantity**: 1.0<br>**Location Id**: tsX047kpcqx<br>**Fc Sku**: B01N1UAXOS<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-9-B894F496] |
| November 06, 2018, 4:31:24 AM | Stow | Shortage | **Quantity**: 1.0<br>**Location Id**: tsX00be1wkw<br>**Fc Sku**: X001V92GOX<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-7-B865U283] |
| November 06, 2018, 1:57:26 AM | Stow | Shortage | **Quantity**: 1.0<br>**Location Id**: tsX00vhgjnm<br>**Fc Sku**: ZZVZIFEDIV<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-6-B724X673] |
| November 05, 2018, 11:22:13 PM | Stow | Shortage | **Quantity**: 1.0<br>**Location Id**: tsX01cbav8t<br>**Fc Sku**: ZZWEPRBBHD<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-9-B212X664] |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| November 07, 2018 | 7829 | 7 | 894.11 | -5.19 | No |
| October 31, 2018 | 3674 | 4 | 1088.73 | -28.09 | No |
| October 24, 2018 | 0 | 0 | 0 | 0 | Yes |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████     **Date:** November 19, 2018, 2:04:31 AM

**Manager Signature:** Acknowledged by Mutchler,Jacob (BadgeID: 0318213)     **Date:** November 19, 2018, 2:04:31 AM

AMZ-BRY000919

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.**   Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.**   As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.**   Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.**   Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1.**   **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2.**   **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

**3.**   **CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000920

DocuSign Envelope ID: 595F88A2-BC92-4F94-AFB2-2EB798272481

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000921

DocuSign Envelope ID: 595F88A2-BC92-4F94-AFB3-2EB798272481

**5. INTELLECTUAL PROPERTY.**

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

**6. DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

**7. GENERAL PROVISIONS.**

**7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

AMZ-BRY000922

**7.2  Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3  Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4  Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5  Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6  Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7  Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8  Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9  Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY000923

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**                                             **EMPLOYEE**

Signature  *Beth Galetti*                          Signature: ████████████ _____

Name:  Beth Galetti                                 Name █████████ _____

Title:  Vice President, Human Resources   Date: 10/25/2018 _____

US CIAA (1269844) NE
Updated February 2017

**AMZ-BRY000924**

Acknowledged by [REDACTED] on 10/25/2018 12:16:51 PM)



## CODE OF BUSINESS CONDUCT & ETHICS
## ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of Code of Business Conduct and Ethics and FAQs through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or Amazon's Ethics Line immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRV000925



12/12/2019

Dear

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is December 12, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

  



P.O. BOX 81226, SEATTLE, WA, 98108-1226

10/24/2018

Amazon.com Services, Inc.
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center: (888) 892-7180



Dear ▮▮▮▮

On behalf of Amazon.com Services, Inc. (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on October 25, 2018 ("Start Date"). Your salary will be $17.50 per hour, ($36,400.00 annualized based on 2,080 hours per year) and a $0.50 per hour Shift Differential ($1,040.00 annualized based on 2,080 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Restricted Stock Unit Award**

Subject to approval by the Board of Directors of Amazon.com, Inc., you will be granted a restricted stock unit award with respect to 1 shares of Amazon.com, Inc. common stock. Subject to your continued employment with the Company, this award will vest and convert into shares of common stock on the 15th day of the month in which you reach your second anniversary of employment.

Your award will be documented by delivery to you of a Restricted Stock Unit Award Agreement specifying the terms and conditions of the award. You will be eligible for a restricted stock unit grant, based on your performance, in calendar year 2019. Ordinarily this process occurs each April.





**AMZ-BRY000927**

DocuSign Envelope ID: 595F88A2-BC92-4F94-AFB3-2EB798272481

## Department, Manager and Shift

Department: 1299010 JFK8 USA FC Receiving(010)
Manager: Jacob Mutchler
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services, Inc. reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Benefits

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). The Company's willingness to grant you the restricted stock unit award referred to above is based in significant part on your commitment to fulfill the obligations specified in the Agreement. Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa





AMZ-BRY000928

authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

████, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Jacob Mutchler
Manager II, Operations

## ACCEPTANCE

I accept employment with Amazon.com Services, Inc. under the terms set forth in this letter.

DocuSigned by:

████████

FF3C88CC0F3D426...

_____        10/25/2018
Signature                                                        _____
                                                                              Date

████████





AMZ-BRY000929

Acknowledged by associate on March 25, 2019, 5:02:20 PM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Smith,Harry (DC1-0715)
**Created On:** March 25, 2019, 5:02:20 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | January 16, 2019 |
| Verbal Coaching | 2 | February 06, 2019 |
| Verbal Positive | 4 | February 27, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 1 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 1 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 06, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 27, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 20, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 13, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 06, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| January 30, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮    **Date:** March 25, 2019, 5:02:20 PM

**AMZ-BRY001431**

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)          **Date:** March 25, 2019, 5:02:20 PM



AMZ-BRY001432

Acknowledged by associate on March 25, 2019, 5:02:45 PM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Smith,Harry (DC1-0715)
**Created On:** March 25, 2019, 5:02:45 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | January 16, 2019 |
| Verbal Coaching | 2 | February 06, 2019 |
| Verbal Positive | 4 | February 27, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Large ItemPacked Medium EACH | Level 1 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Pack Singles | Scan Verify Large ItemPacked Small EACH | Level 1 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Chuting | Scan Verify AFE 1 ItemPacked Medium EACH | Level 1 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Chuting | Scan Verify AFE 1 ItemPacked Small EACH | Level 1 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 1 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 1 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Sort-Flow | AFE2 Induct ItemInducted Total EACH | Level 2 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Sort-Flow | AFE 1 Rebin ItemRebinned Total EACH | Level 5 | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 13, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ |
| March 06, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ |
| February 27, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 20, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ |
| February 13, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 06, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

AMZ-BRY001433

**Associate Signature:** Acknowledged by ███████████████    **Date:** March 25, 2019, 5:02:45 PM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)    **Date:** March 25, 2019, 5:02:45 PM



Acknowledged by associate on January 15, 2018, 9:08:01 AM - Delivered by Rizzo,Patty (rizpatty)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Rizzo,Patty (DL4-0730)
**Created On:** January 15, 2018, 9:08:01 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
| --- | --- | --- |
| Verbal Positive | 5 | September 13, 2017 |
| Verbal Coaching | 3 | November 29, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 4 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chuting | Scan Verify AFE ItemPacked Medium EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE ItemPacked Small EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Sort-Flow | AFE 1 Rebin ItemRebinned Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
| --- | --- | --- | --- | --- | --- | --- |
| January 03, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| December 27, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| December 20, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| December 13, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| December 06, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| November 29, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮     **Date:** January 15, 2018, 9:08:01 AM

**Manager Signature:** Acknowledged by Rizzo,Patty (BadgeID: 11015103)     **Date:** January 15, 2018, 9:08:01 AM

**AMZ-BRY001435**



AMZ-BRY001436

Acknowledged by associate on August 13, 2019, 5:42:08 PM - Delivered by Carney,Dillon (carndill)

# Supportive Feedback Document
# Productivity Trend - First Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Carney,Dillon (PT162)
**Created On:** August 13, 2019, 5:42:08 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 12 | June 05, 2019 |
| Documented Positive | 1 | January 16, 2019 |
| Verbal Coaching | 1 | February 06, 2019 |
| Documented Coaching | 4 | July 31, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Sort-Flow | AFE2 Induct ItemInducted Total EACH | Level 4 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 31, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| July 24, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| July 17, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| July 10, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| July 03, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| June 26, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮           **Date:** August 13, 2019, 5:42:08 PM

AMZ-BRY001437

**Manager Signature:** Acknowledged by Carney,Dillon (BadgeID: 11424975)          **Date:** August 13, 2019, 5:42:08 PM

AMZ-BRY001438

Acknowledged by associate on August 06, 2018, 2:59:13 PM - Delivered by Kim,Fred (fkkim)

# Supportive Feedback Document
# Safety - Final Written





**Associate Name:** ████████████
**Manager Name:** Ellison,Musa (DA5-0730)
**Created On:** August 06, 2018, 2:59:13 PM

## Summary

Your recent job performance is not meeting Safety expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your safety feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

Details of Current Incident On 07/18/2018, you committed a safety violation. You were found to be playing soccer with a ball after leaving your induct station wall 17. You were seen by GM Preet Virdi. Not only you were not following safety procedures but also damaging our products.

## Areas of Improvement Required by Associate

Amazon is committed to providing a safe work environment, and it is everyone's responsibility to work in a safe, responsible manner and to call out unsafe situations. Adhering to Amazon.com's Safety Standards of Conduct is critical to maintaining this safe work environment and you are expected to follow these standards at all times. As detailed above, you failed to meet these expectations. Further violations of these standards may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████          **Date:** August 06, 2018, 2:59:13 PM

**Manager Signature:** Acknowledged by Kim,Fred (BadgeID: 12289372)          **Date:** August 06, 2018, 2:59:13 PM

AMZ-BRY001439



9/3/2019



Dear ██████████████████

This letter confirms that the date of your voluntary resignation due to job abandonment with
Amazon.com Services, Inc. is September 4, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are
reminded that certain provisions of the agreement survive the termination of your employment with the
Company and remain in full force and effect. Your agreement is available for review in the MyDocs
portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**AMZ-BRY001440**

Acknowledged by associate on April 28, 2019, 9:08:15 AM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Huff,Jeremy (DC1-0715)
**Created On:** April 28, 2019, 9:08:15 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | February 03, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **15**, As of: **April 28, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮                    **Date:** April 28, 2019, 9:08:15 AM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)                    **Date:** April 28, 2019, 9:08:15 AM

AMZ-BRY001441

Acknowledged by associate on February 06, 2019, 7:25:53 AM - Delivered by Asfoor,Omar (oaasfoor)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████████

**Manager Name:** Asfoor,Omar (DC1-0715)

**Created On:** February 06, 2019, 7:25:53 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | October 21, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **15**, As of: **February 05, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████        **Date:** February 06, 2019, 7:25:53 AM

**Manager Signature:** Acknowledged by Asfoor,Omar (BadgeID: 12316107)        **Date:** February 06, 2019, 7:25:53 AM

**AMZ-BRY001442**

Acknowledged by associate on October 29, 2018, 8:45:17 AM - Delivered by Asfoor,Omar (oaasfoor)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Asfoor,Omar (DC1-0715)

**Created On:** October 29, 2018, 8:45:17 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | August 10, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **15**, As of: **October 24, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████          **Date:** October 29, 2018, 8:45:17 AM

**Manager Signature:** Acknowledged by Asfoor,Omar (BadgeID: 12316107)          **Date:** October 29, 2018, 8:45:17 AM

Refused to sign by associate on August 20, 2018, 11:22:10 AM - Delivered by Ellison,Musa (musellis)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Ellison,Musa (DA5-0730)
**Created On:** August 20, 2018, 11:22:10 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | May 23, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2018**, Current UPT Balance is **10**, As of: **August 15, 2018**

## Associate Comments

**Associate Signature:** ████████████████          **Date:** August 20, 2018, 11:22:10 AM

**Manager Signature:** Acknowledged by Ellison,Musa (BadgeID: 11985917)          **Date:** August 20, 2018, 11:22:10 AM

Acknowledged by associate on May 27, 2018, 11:07:37 AM - Delivered by Mettias,Michael (mettias)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████████
**Manager Name:** Mettias,Michael (DL4-0730)
**Created On:** May 27, 2018, 11:07:37 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | February 19, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **0**, As of: **May 23, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████          **Date:** May 27, 2018, 11:07:37 AM


**Manager Signature:** Acknowledged by Mettias,Michael (BadgeID: 0285629)          **Date:** May 27, 2018, 11:07:37 AM

**AMZ-BRY001445**

Acknowledged by associate on February 20, 2018, 4:20:12 PM - Delivered by Rizzo,patty (rizpatty)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████
**Manager Name:** Rizzo,patty (DL4-0730)
**Created On:** February 20, 2018, 4:20:12 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | October 22, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**, Current UPT Balance is **9**, As of: **February 20, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** February 20, 2018, 4:20:12 PM

**Manager Signature:** Acknowledged by Rizzo,patty (BadgeID: 11015103)          **Date:** February 20, 2018, 4:20:12 PM

Acknowledged by associate on October 24, 2017, 1:46:49 PM - Delivered by Rizzo,Patty (rizpatty)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** <span>██████████</span>
**Manager Name:** Chiaravallo,Bryan P (DL4-0730)
**Created On:** October 24, 2017, 1:46:49 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | October 08, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2018**, Current UPT Balance is **14**, As of: **October 24, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by <span>████████████</span>　　　　　　　**Date:** October 24, 2017, 1:46:49 PM

**Manager Signature:** Acknowledged by Rizzo,Patty (BadgeID: 11015103)　　　　　　**Date:** October 24, 2017, 1:46:49 PM

AMZ-BRY001447

Acknowledged by associate on October 08, 2017, 8:55:37 AM - Delivered by Chiaravallo,Bryan P (bchiarav)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▇▇▇▇▇▇▇▇
**Manager Name:** Chiaravallo,Bryan P (DL4-0730)
**Created On:** October 08, 2017, 8:55:37 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | August 09, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2018**, Current UPT Balance is **8**, As of: **October 08, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇▇                          **Date:** October 08, 2017, 8:55:37 AM

**Manager Signature:** Acknowledged by Chiaravallo,Bryan P (BadgeID: 11337816)          **Date:** October 08, 2017, 8:55:37 AM

AMZ-BRY001448

Acknowledged by associate on September 01, 2017, 5:15:01 PM - Delivered by Goore,Hamlet Darius (hamletg)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Peel,Phalyn (DH3-0730)

**Created On:** September 01, 2017, 5:15:01 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **8**, As of: **August 09, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████       **Date:** September 01, 2017, 5:15:01 PM

**Manager Signature:** Acknowledged by Goore,Hamlet Darius (BadgeID: 11206719)       **Date:** September 01, 2017, 5:15:01 PM

CONFIDENTIAL

**AMZ-BRY001449**

Acknowledged by associate on July 13, 2019, 9:06:12 AM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Huff,Jeremy (DC1-0715)
**Created On:** July 13, 2019, 9:06:12 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | April 27, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **15**, As of: **July 03, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮          **Date:** July 13, 2019, 9:06:12 AM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)          **Date:** July 13, 2019, 9:06:12 AM

**AMZ-BRY001450**

Acknowledged by associate on May 08, 2018, 11:01:39 AM - Delivered by Titen,Cesar (tcesar)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▇▇▇▇▇▇▇▇
**Manager Name:** Mettias,Michael (DL4-0730)
**Created On:** May 08, 2018, 11:01:39 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | August 06, 2017, 5:19:22 PM |

## Details of Current Incident/Specific Concerns

Glad to see you in today. We missed you yesterday, I just want to make sure you are ok. Is there anything I can assist with? Remember UPT only comes out in hour increments. If you have personal time and would like to be paid for some or all of the time please see HR for assistance, or log onto the HUB. Remember Personal Time needs to be input no later than Saturday. may 12th, before the pay period ends.

## Areas of Improvement Required by Associate

You are expected to meet 100% of the attendance performance expectation. We are committed to assisting you in improving your attendance performance, and will assist you in addressing any job related barriers that are impacting your ability to meet attendance performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇▇▇▇▇▇▇       **Date:** May 08, 2018, 11:01:39 AM

**Manager Signature:** Acknowledged by Titen,Cesar (BadgeID: 0132462)       **Date:** May 08, 2018, 11:01:39 AM

AMZ-BRY001451

Acknowledged by associate on December 18, 2018, 5:35:37 PM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ████████████
**Manager Name:** Huff,Jeremy (DA5-0715)
**Created On:** December 18, 2018, 5:35:37 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | May 08, 2018, 11:01:00 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. On 12/16/2018 you placed damaged items from night shift in an area at the start of shift and left a note on it stating &quot;night shift damages need to be processed thanks day shift for being our Bi**h :)&quot;. Then leaving the note visible in the problem solve area of AFE2 when you walked away.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

Appeals paperwork delivered

**Associate Signature:** Acknowledged by ████████████         **Date:** December 18, 2018, 5:35:37 PM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)         **Date:** December 18, 2018, 5:35:37 PM

AMZ-BRY001452

Acknowledged by associate on January 21, 2019, 11:22:58 AM - Delivered by Asfoor,Omar (oaasfoor)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Asfoor,Omar (DC1-0715)
**Created On:** January 21, 2019, 11:22:58 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Coaching | 1 | July 25, 2018 |
| Verbal Positive | 2 | January 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|----|----|----|----|----|----|----|
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 2 | ▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|------------|--------------|-----|-----------|------------|----------|
| January 09, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮ |
| January 02, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮ |
| December 26, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 19, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 12, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 05, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Associate Comments



**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮       **Date:** January 21, 2019, 11:22:58 AM

**Manager Signature:** Acknowledged by Asfoor,Omar (BadgeID: 12316107)       **Date:** January 21, 2019, 11:22:58 AM

**AMZ-BRY001453**

Acknowledged by associate on August 03, 2019, 8:01:37 AM - Delivered by Carney,Dillon (carndill)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Carney,Dillon (PT162)
**Created On:** August 03, 2019, 8:01:37 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | January 16, 2019 |
| Documented Coaching | 3 | July 03, 2019 |
| Verbal Positive | 12 | June 05, 2019 |
| Verbal Coaching | 1 | February 06, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 3 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 3 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 24, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | | |
| July 17, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |
| July 10, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮▮ | | |
| July 03, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮▮ | | |
| June 26, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |
| June 19, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮▮ | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮                              **Date:** August 03, 2019, 8:01:37 AM

**Manager Signature:** Acknowledged by Carney,Dillon (BadgeID: 11424975)          **Date:** August 03, 2019, 8:01:37 AM



AMZ-BRY001455

Acknowledged by associate on July 13, 2019, 9:05:18 AM - Delivered by Huff,Jeremy (jerehuff)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▉▉▉▉▉▉▉
**Manager Name:** Huff,Jeremy (DC1-0715)
**Created On:** July 13, 2019, 9:05:18 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | January 16, 2019 |
| Documented Coaching | 2 | March 20, 2019 |
| Verbal Coaching | 2 | February 06, 2019 |
| Verbal Positive | 12 | June 05, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Large ItemPacked Medium EACH | Level 1 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Pack Singles | Scan Verify Large ItemPacked Small EACH | Level 1 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 3 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 3 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Sort-Flow | AFE2 Induct ItemInducted Total EACH | Level 4 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 26, 2019, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | | |
| June 19, 2019, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | | |
| June 12, 2019, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | | |
| June 05, 2019, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | | |
| May 29, 2019, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | | |
| May 22, 2019, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████████         **Date:** July 13, 2019, 9:05:18 AM

**Manager Signature:** Acknowledged by Huff,Jeremy (BadgeID: 0065673)         **Date:** July 13, 2019, 9:05:18 AM



AMZ-BRY001457

Acknowledged by associate on April 08, 2019, 6:34:51 PM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** Anderson,Carol (DC7-0715)

**Created On:** April 08, 2019, 6:34:52 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | January 20, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **10**, As of: **April 08, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████              **Date:** April 08, 2019, 6:34:51 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)              **Date:** April 08, 2019, 6:34:51 PM

**AMZ-BRY000999**

Acknowledged by associate on January 21, 2019, 2:01:28 PM - Delivered by Goussev,Vladimir (goussevv)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** Goussev,Vladimir (DC7-0715)

**Created On:** January 21, 2019, 2:01:28 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | December 08, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**. Current UPT Balance is **13**, As of: **January 21, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████                    **Date:** January 21, 2019, 2:01:28 PM


**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)                    **Date:** January 21, 2019, 2:01:28 PM

**AMZ-BRY001000**

Acknowledged by associate on December 10, 2018, 5:40:22 PM - Delivered by Goussev,Vladimir (goussevv)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Goussev,Vladimir (DC7-0715)
**Created On:** December 10, 2018, 5:40:22 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | October 07, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **13**, As of: **December 09, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮          **Date:** December 10, 2018, 5:40:22 PM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)          **Date:** December 10, 2018, 5:40:22 PM

Acknowledged by associate on October 15, 2018, 3:42:47 PM - Delivered by Goussev,Vladimir (goussevv)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▬▬▬▬▬
**Manager Name:** Goussev,Vladimir (DC7-0715)
**Created On:** October 15, 2018, 3:42:47 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **6**, As of: **October 13, 2018**

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▬▬▬▬▬          **Date:** October 15, 2018, 3:42:47 PM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)          **Date:** October 15, 2018, 3:42:47 PM

AMZ-BRY001002

Acknowledged by associate on July 08, 2019, 2:13:22 PM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** July 08, 2019, 2:13:22 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | April 07, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **15**, As of: **July 08, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮          **Date:** July 08, 2019, 2:13:22 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)          **Date:** July 08, 2019, 2:13:22 PM

AMZ-BRY001003

Acknowledged by associate on November 26, 2018, 7:48:09 AM - Delivered by Goussev,Vladimir (goussevv)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Goussev,Vladimir (DC7-0715)
**Created On:** November 26, 2018, 7:48:09 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

At Amazon.com, we believe that our associates should be treated with respect and dignity. Therefore, we will not tolerate inappropriate conduct, including discriminatory harassment, of any kind based on race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, or the presence of any physical, sensory, or mental disabilities, or other legally protected status One type of harassment prohibited by this policy is sexual harassment. Sexual harassment generally consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when (1) submission to or rejection of such conduct is the basis for employment decisions affecting an applicant or associate; or (2) such conduct has the purpose or effect of creating a sexually offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. Examples of sexual harassment include, but are not limited to: sexual jokes or use of sexually explicit language

## Areas of Improvement Required by Associate

All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. All associates must avoid any conduct that may be perceived as offensive and/or harassing

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮              **Date:** November 26, 2018, 7:48:09 AM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)              **Date:** November 26, 2018, 7:48:09 AM

Refused to sign by associate on August 28, 2019, 5:19:52 PM - Delivered by Holguin,Maritza Yadira (mhholgu)

# Supportive Feedback Document
## Behavioral - Termination





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** August 28, 2019, 5:19:52 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | November 25, 2018, 6:39:25 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Workplace Harassment policy. On 8/27/2019, you were reported to be in violation of this policy by touching a female associate chest area when it was not welcomed. Examples of sexual harassment include, but are not limited to, "sexual jokes or use of sexually explicit language" and "sexual comments injected into business communications." Sexual harassment may be overt or subtle. Behavior that may be acceptable in a social setting may not be appropriate in the workplace.

## Areas of Improvement Required by Associate

Amazon.com is committed to providing a safe and harassment free workplace environment. Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Harassment policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

Ineligible for appeal. Called on 8/28/2019 @ 5:15 pm to inform of termination.

**Associate Signature:** ▮▮▮▮▮▮▮▮▮                     **Date:** August 28, 2019, 5:19:52 PM

**Manager Signature:** Acknowledged by Holguin,Maritza Yadira (BadgeID: 12201808)          **Date:** August 28, 2019, 5:19:52 PM

AMZ-BRY001005

Acknowledged by associate on March 20, 2018, 9:02:57 AM - Delivered by Chun,Timothy (timochun)

# Supportive Feedback Document
# Job Performance - First Written





**Associate Name:** ████████████
**Manager Name:** Jerolaman,Steve (RT816)
**Created On:** March 20, 2018, 9:02:57 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

During the past performance period, your Sortation Quality DPMO was [6,446], which is above target of [5945] and in the bottom 10% of performers.

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality and productivity performance expectation. We are committed to assisting you in improving your performance, and will assist you in addressing any job related barriers that are impacting your ability to meet performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████                **Date:** March 20, 2018, 9:02:57 AM

**Manager Signature:** Acknowledged by Chun,Timothy (BadgeID: 0259340)                **Date:** March 20, 2018, 9:02:57 AM

AMZ-BRY001006

Acknowledged by associate on September 17, 2018, 12:43:33 AM - Delivered by Guss,Fred (gussf)

# Supportive Feedback Document
# Job Performance - First Written





**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Jerolaman,Steve (RT816)
**Created On:** September 17, 2018, 12:43:33 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 14, 2018, 1:59:35 PM |

## Details of Current Incident/Specific Concerns

During the past performance period, your Sortation Quality DPMO was [16632], which is above target of [3500] and in the bottom 10% of performers.

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality and productivity performance expectation. We are committed to assisting you in improving your performance, and will assist you in addressing any job related barriers that are impacting your ability to meet performance expectations.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮          **Date:** September 17, 2018, 12:43:33 AM

**Manager Signature:** Acknowledged by Guss,Fred (BadgeID: 11092476)          **Date:** September 17, 2018, 12:43:33 AM

**AMZ-BRY001007**

Acknowledged by associate on May 28, 2019, 2:34:38 PM - Delivered by Anderson,Carol (ndcaro)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** May 28, 2019, 2:34:38 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 21 | May 15, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | 12.32 | 5751 | 466.44 | 349 | 133.65 | 133.65 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 5 | 11.43 | 4490 | 392.72 | 278 | 141.26 | 141.26 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | 4.92 | 1997 | 405.39 | 250 | 162.15 | 162.15 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 15, 2019, 5:00:00 AM | 12238 | 29 | 427 | 141.58 | 141.58 | N |
| May 08, 2019, 5:00:00 AM | 3989 | 11 | 360 | 120.57 | 120.57 | N |
| May 01, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | | Y |
| April 24, 2019, 5:00:00 AM | 11222 | 28 | 403 | 133.67 | 133.67 | N |
| April 17, 2019, 5:00:00 AM | 14190 | 34 | 417 | 136.12 | 136.12 | N |
| April 10, 2019, 5:00:00 AM | 13860 | 34 | 406 | 134.02 | 134.02 | N |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████              **Date:** May 28, 2019, 2:34:38 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeId: 12313212)              **Date:** May 28, 2019, 2:34:38 PM

Acknowledged by associate on April 29, 2019, 6:46:46 PM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** April 29, 2019, 6:46:46 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | April 17, 2019, 5:00:00 AM |
| Verbal Positive | 13 | April 10, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 13126 | 200 | 1000 | Yes |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 17, 2019 | 13126 | 0 | 0 | 100 | No |
| April 10, 2019 | 11922 | 0 | 0 | 100 | No |
| April 03, 2019 | 8075 | 0 | 0 | 100 | No |
| March 27, 2019 | 11103 | 0 | 0 | 100 | No |
| March 20, 2019 | 5169 | 0 | 0 | 100 | No |
| March 13, 2019 | 14565 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮         **Date:** April 29, 2019, 6:46:46 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)         **Date:** April 29, 2019, 6:46:46 PM

Acknowledged by associate on April 23, 2019, 6:43:35 PM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** <span style="background:black">████████</span>
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** April 23, 2019, 6:43:35 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 13 | April 10, 2019, 5:00:00 AM |
| Documented Positive | 6 | April 03, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 11922 | 200 | 1000 | Yes |

## Error Listing       * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 10, 2019 | 11922 | 0 | 0 | 100 | No |
| April 03, 2019 | 8075 | 0 | 0 | 100 | No |
| March 27, 2019 | 11103 | 0 | 0 | 100 | No |
| March 20, 2019 | 5169 | 0 | 0 | 100 | No |
| March 13, 2019 | 14565 | 0 | 0 | 100 | No |
| March 06, 2019 | 6932 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by <span style="background:black">████████</span>        **Date:** April 23, 2019, 6:43:35 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)        **Date:** April 23, 2019, 6:43:35 PM

Acknowledged by associate on April 08, 2019, 6:35:05 PM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** April 08, 2019, 6:35:05 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 12 | March 27, 2019, 5:00:00 AM |
| Documented Positive | 5 | March 20, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 11103 | 200 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 27, 2019 | 11103 | 0 | 0 | 100 | No |
| March 20, 2019 | 5169 | 0 | 0 | 100 | No |
| March 13, 2019 | 14565 | 0 | 0 | 100 | No |
| March 06, 2019 | 6932 | 0 | 0 | 100 | No |
| February 27, 2019 | 9905 | 0 | 0 | 100 | No |
| February 20, 2019 | 9788 | 1 | 102.16 | 79.56 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████       **Date:** April 08, 2019, 6:35:05 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)       **Date:** April 08, 2019, 6:35:05 PM

Acknowledged by associate on March 27, 2019, 5:31:09 AM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** March 27, 2019, 5:31:09 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | March 06, 2019, 5:00:00 AM |
| Verbal Positive | 11 | March 13, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 14565 | 200 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| March 13, 2019 | 14565 | 0 | 0 | 100 | No |
| March 06, 2019 | 6932 | 0 | 0 | 100 | No |
| February 27, 2019 | 9905 | 0 | 0 | 100 | No |
| February 20, 2019 | 9788 | 1 | 102.16 | 79.56 | No |
| February 13, 2019 | 5917 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** March 27, 2019, 5:31:09 AM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)          **Date:** March 27, 2019, 5:31:09 AM

AMZ-BRY001012

Acknowledged by associate on March 10, 2019, 6:04:51 PM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▉▉▉▉▉▉▉▉▉▉
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** March 10, 2019, 6:04:51 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | January 09, 2019, 5:00:00 AM |
| Verbal Positive | 10 | February 27, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 9905 | 500 | 1000 | Yes |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 27, 2019 | 9905 | 0 | 0 | 100 | No |
| February 20, 2019 | 9788 | 1 | 102.16 | 79.56 | No |
| February 13, 2019 | 5917 | 0 | 0 | 100 | No |
| January 30, 2019 | 12267 | 1 | 81.51 | 83.69 | No |
| January 23, 2019 | 5430 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉▉▉▉          **Date:** March 10, 2019, 6:04:51 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)          **Date:** March 10, 2019, 6:04:51 PM

Acknowledged by associate on January 14, 2019, 9:34:34 AM - Delivered by Goussev,Vladimir (goussevv)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Goussev,Vladimir (DC7-0715)
**Created On:** January 14, 2019, 9:34:34 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | December 19, 2018, 5:00:00 AM |
| Documented Positive | 2 | December 05, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 8501 | 500 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 02, 2019 | 8501 | 0 | 0 | 100 | No |
| December 26, 2018 | 8143 | 1 | 122.8 | 75.43 | No |
| December 19, 2018 | 11830 | 0 | 0 | 100 | No |
| December 12, 2018 | 16056 | 1 | 62.28 | 87.54 | No |
| December 05, 2018 | 10036 | 2 | 199.28 | 60.14 | No |
| November 28, 2018 | 14009 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮                    **Date:** January 14, 2019, 9:34:34 AM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)                    **Date:** January 14, 2019, 9:34:34 AM

Acknowledged by associate on December 06, 2018, 9:35:22 AM - Delivered by Goussev,Vladimir (goussevv)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Goussev,Vladimir (DC7-0715)
**Created On:** December 06, 2018, 9:35:22 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 2 | November 21, 2018, 5:00:00 AM |
| Documented Positive | 1 | October 17, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 14009 | 500 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| November 28, 2018 | 14009 | 0 | 0 | 100 | No |
| November 14, 2018 | 1718 | 0 | 0 | 100 | No |
| October 31, 2018 | 2888 | 1 | 346.26 | 30.74 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮          **Date:** December 06, 2018, 9:35:22 AM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)          **Date:** December 06, 2018, 9:35:22 AM

**AMZ-BRY001015**

Acknowledged by associate on October 22, 2018, 4:17:45 PM - Delivered by Goussev,Vladimir (goussevv)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ██████████

**Manager Name:** Goussev,Vladimir (DC7-0715)

**Created On:** October 22, 2018, 4:17:45 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|--------------|-----------|-------------------|-----------------|----------------|---------------|-------------|
| Pick | - | 0 | 2239 | 500 | 1000 | Yes |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|--------------|-----------|---------|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|--------------|----------------|-------------------|------|---------------|----------|
| October 10, 2018 | 2239 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████          **Date:** October 22, 2018, 4:17:45 PM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)          **Date:** October 22, 2018, 4:17:45 PM

AMZ-BRY001016

Acknowledged by associate on May 07, 2019, 11:50:17 AM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** May 07, 2019, 11:50:17 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 13 | April 10, 2019, 5:00:00 AM |
| Documented Positive | 8 | April 24, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Pick | - | 0 | 14252 | 200 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 24, 2019 | 14252 | 0 | 0 | 100 | No |
| April 17, 2019 | 13126 | 0 | 0 | 100 | No |
| April 10, 2019 | 11922 | 0 | 0 | 100 | No |
| April 03, 2019 | 8075 | 0 | 0 | 100 | No |
| March 27, 2019 | 11103 | 0 | 0 | 100 | No |
| March 20, 2019 | 5169 | 0 | 0 | 100 | No |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮                    **Date:** May 07, 2019, 11:50:17 AM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212)        **Date:** May 07, 2019, 11:50:17 AM

AMZ-BRY001017

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1.** **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2.** **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

**3.** **CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

DocuSign Envelope ID: D487C135-16A1-4397-BDC9-41A803D04F62

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

AMZ-BRY001019

DocuSign Envelope ID: D487C135-16A1-4397-BDC9-41A803D04F62

5.  **INTELLECTUAL PROPERTY.**

   **5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

   **5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

   **5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

   **5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

   **5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6.  **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7.  **GENERAL PROVISIONS.**

   **7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

**AMZ-BRY001020**

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY001021

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**                                **EMPLOYEE**

Signature *Beth Galetti*                            Signature: ▓▓▓▓▓▓▓▓▓▓
                                                              DocuSigned by:
                                                              44266ADEFFB74DC...

Name:  Beth Galetti                                 Name: ▓▓▓▓▓▓▓

Title:  Vice President, Human Resources             Date: 10/3/2017

US CIAA (1269844) NE
Updated February 2017

AMZ-BRY001022

Acknowledged by ██████████ on 10/3/2017 6:22:32 PM)



CODE OF BUSINESS CONDUCT & ETHICS

ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of <u>Code of Business Conduct and Ethics</u> and <u>FAQs</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

AMZ-BRV001023



8/28/2019

Dear

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is August 29, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources









P.O. BOX 81226, SEATTLE, WA, 98108-1226

3/3/2018

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ▮▮▮

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the Part-time (20-29 hours) position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Part-time (20-29 hours) schedule.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on March 4, 2018 ("Start Date"). You will ordinarily be scheduled to work 20 hours per seven-day week. Your salary will be $13.85 per hour, ($14,404.00 annualized based on 1,040 hours per year) and a $0.50 per hour Shift Differential ($520.00 annualized based on 1,040 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1092 DEW2 USA AMZL Logistics - DS Variable
Manager: Steve Jerolaman
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.





**AMZ-BRY001025**

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

### Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

█████, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Steve Jerolaman





AMZ-BRY001026

Manager II, Operations

## ACCEPTANCE

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

_____          _____

Signature                                                                         Date

 



P.O. BOX 81226, SEATTLE, WA, 98108-1226

3/3/2018

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ███

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the Part-time (20-29 hours) position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Part-time (20-29 hours) schedule.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on March 4, 2018 ("Start Date"). You will ordinarily be scheduled to work 20 hours per seven-day week. Your salary will be $13.85 per hour, ($14,404.00 annualized based on 1,040 hours per year) and a $0.50 per hour Shift Differential ($520.00 annualized based on 1,040 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1092 DEW2 USA AMZL Logistics - DS Variable
Manager: Steve Jerolaman
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.





**AMZ-BRY001028**

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

███, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Steve Jerolaman





AMZ-BRY001029

Manager II, Operations

**ACCEPTANCE**

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.


_____                    _____
Signature                                           Date




AMZ-BRY001030



P.O. BOX 81226, SEATTLE, WA, 98108-1226

10/3/2017

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ▇▇

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the position of Seasonal Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on October 11, 2017 ("Start Date"). Your salary will be $12.85 per hour and a $0.50 per hour shift differential where applicable, payable weekly in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1092 DEW2 USA Amazon.com.dedc, LLC
Manager: Steve Jerolaman
Shift Pattern: PT1204 - FC Tue-Sat 5 hr 0100

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

  

**AMZ-BRY001031**

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

████, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

  

AMZ-BRY001032

Steve Jerolaman
Manager II, Operations

**ACCEPTANCE**

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

DocuSigned by:



44285ADEFFB74DC...

Signature

10/3/2017

Date





P.O. BOX 81226, SEATTLE, WA, 98108-1226

3/3/2018

Amazon.com.dedc, LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180



Dear ███:

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the Part-time (20-29 hours) position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Part-time (20-29 hours) schedule.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on March 4, 2018 ("Start Date"). You will ordinarily be scheduled to work 20 hours per seven-day week. Your salary will be $13.85 per hour, ($14,404.00 annualized based on 1,040 hours per year) and a $0.50 per hour Shift Differential ($520.00 annualized based on 1,040 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1092 DEW2 USA AMZL Logistics - DS Variable
Manager: Steve Jerolaman
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.





**AMZ-BRY001034**

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

███, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Steve Jerolaman





DocuSign Envelope ID: 680EA50B1D9A4B9E-8GA5-431720252F69

Manager II, Operations

## ACCEPTANCE

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

DocuSigned by:

████████████████

—— 44265ADEFFB74DC...

Signature

████████████

3/3/2018

Date

 

**AMZ-BRY001036**

**CONFIDENTIAL**

Acknowledged by associate on November 26, 2018, 7:48:09 AM - Delivered by Goussev,Vladimir (goussevv)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** Miano,Mike (mianomm)
**Manager Name:** Goussev,Vladimir (DC7-0715)
**Created On:** November 26, 2018, 7:48:09 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

At Amazon.com, we believe that our associates should be treated with respect and dignity. Therefore, we will not tolerate inappropriate conduct, including discriminatory harassment, of any kind based on race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, or the presence of any physical, sensory, or mental disabilities, or other legally protected status One type of harassment prohibited by this policy is sexual harassment. Sexual harassment generally consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when (1) submission to or rejection of such conduct is the basis for employment decisions affecting an applicant or associate; or (2) such conduct has the purpose or effect of creating a sexually offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. Examples of sexual harassment include, but are not limited to: sexual jokes or use of sexually explicit language

## Areas of Improvement Required by Associate

All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. All associates must avoid any conduct that may be perceived as offensive and/or harassing

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by Miano,Mike (BadgeID: 11602114)          **Date:** November 26, 2018, 7:48:09 AM

**Manager Signature:** Acknowledged by Goussev,Vladimir (BadgeID: 11306322)          **Date:** November 26, 2018, 7:48:09 AM

**CONFIDENTIAL**

Refused to sign by associate on August 28, 2019, 5:19:52 PM - Delivered by Holguin,Maritza Yadira (mhholgu)



# Supportive Feedback Document
## Behavioral - Termination



**Associate Name:** Miano,Mike (mianomm)
**Manager Name:** Anderson,Carol (DC7-0715)
**Created On:** August 28, 2019, 5:19:52 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | November 25, 2018, 6:39:25 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Workplace Harassment policy. On 8/27/2019, you were reported to be in violation of this policy by touching a female associate chest area when it was not welcomed. Examples of sexual harassment include, but are not limited to, "sexual jokes or use of sexually explicit language" and "sexual comments injected into business communications." Sexual harassment may be overt or subtle. Behavior that may be acceptable in a social setting may not be appropriate in the workplace.

## Areas of Improvement Required by Associate

Amazon.com is committed to providing a safe and harassment free workplace environment. Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Harassment policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

> Ineligible for appeal. Called on 8/28/2019 @ 5:15 pm to inform of termination.

**Associate Signature:** Miano,Mike REFUSED TO SIGN                    **Date:** August 28, 2019, 5:19:52 PM

**Manager Signature:** Acknowledged by Holguin,Maritza Yadira (BadgeID: 12201808)          **Date:** August 28, 2019, 5:19:52 PM

**CONFIDENTIAL**                                              **AMZ-BRY001005**

**amazon.com.**  CONFIDENTIAL  **Witness Statement Form**
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | |
|---|---|
| Name Jennifer Rose Scarso | Department/Position FCF - PICKer (cell) |
| Home Address, City, State, Zip | Home Phone | Work Phone |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

8/27/19 - 12:31 PM - Grabbed my Boob walking in from lunch By the Security Desk. (About 15 ft from HR Desk)
8/27/19- 7:10 AM - Smacked my butt.

Always making Sexy Comments asking for us to "make-out", Asking for Sex after Work. (this happens Almost every time I see him).
8/27/19- 3:00pm Break, By the Smoker area Asking me to lift my Shirt for a preview." I Just got engaged, So Now he is asking to be my "Last person I sleep with befor I'm married".

He is extremly touchy to most Women.
7-19-19 - the day befor I went away with my Boyfriend he pinched my butt so hard I had a Black + Blue "Something to remember him by while I was Away"

Please list any witnesses or individuals who may have information relevant to this investigation.

Mike - Picker (manager Ryan)

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Jennifer R. Scarso | Jennifer Scarso | 8/27/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL   AMZ-BRY006687

# amazon.com.

## Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

### SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

Name _David Verne_  Department/Position _Learning_

Home Address, City, State, Zip ____  Home Phone ____  Work Phone ____

### SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

_One of the Pick Ambassador's (Jen Scorso) reported to me that another AA was fresh with her and she told him to stop and he walked away. I did not see it happen, but it was right after OB lunch (12:30 pm) in front of the Learning Desk by the time clock. I told her she should report it to her AM or NK. Also I did see that he flicked her ear and it was unwanted._

Please list any witnesses or individuals who may have information relevant to this investigation.

### ACKNOWLEDGEMENT

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

_David Verne_ _____  _[signature]_ _____  _8/07/19_ _____
Employee Name (Please Print)  Employee Signature  Date

For Internal Amazon Use Only

**AMZ-BRY006688**

**amazon**.com. **CONFIDENTIAL** **Witness Statement Form**
Updated August 2018

NOTE TO ASSOCIATE: Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | |
|---|---|
| Name Mike Miano | Department/Position Amensty / Pick |
| Home Address, City, State, Zip | Home Phone    Work Phone |
| | ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

*[Handwritten statement:]*

my name is Mike Miano, 59 yr old Retired Plumber I've been with Amazon for 1yr 5 months. Today I was asked to come to hr. I've asked if I have done or said anything in Appropriate while I've been working amazon. I stated that I was suspended in november due to go Bicycle Harrasment. Was asked if do I think I did anything else since then. I said that only _____ with my co-workers that Jen ___ made friend with & I Joke around really no meaning that 2 weeks ago I was on amaysy all that I went to an addor pick up an item _____ the store BJ's/h ad passed the Relese both the Store really Said I had the Jobs and I have to turn R that as the was turn to Put Palette on Cart I _____ Site was gong to Gill on Go the ladder outside folof cart & Instocy had to Sun lot Gill Stay calm and go speed up Sick thinkin Se very calm. JCa

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Mike Miano | *[signature]* | 08-27-19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**amazon.com.**     **CONFIDENTIAL**     **Witness Statement Form**

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

## SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name: Mikke micw | Department/Position: amsty √ rC | |
|---|---|---|
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

## SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

*Page 2*

→ Cont Luckly She did not fall. I told her that I thought she was falling over at that why I grabbed the side and quikly apollisized for it more then once. Today after coming back from loop. I seen my friend and touched he back side. and said Hi and both Laushd. On our way out to kitchen my friend [scribble] pinched my nipple and we both laughd and we tried that in for this morning and Lee laushd, as Went to Wash. [scribble] after Lunh I seem to found an started talking so he and said you touch my Rley butt. I dount know [scribble] of me and tried to grab her but but I miss Lee She laushd. After on final I said [scribble] to the People at my table any I Need to set Laud. We all Laushd. Cuw reavore Jomcread.

Please list any witnesses or individuals who may have information relevant to this investigation.

## ACKNOWLEDGEMENT

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Mike Miarg | | 05-27-19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**CONFIDENTIAL**     **AMZ-BRY006690**