Acknowledged by associate on December 20, 2019, 1:28:59 AM - Delivered by Boodaghian,Devin Joseph (dboodagh)





# Supportive Feedback Document
# Behavioral - First Written

**Associate Name:** ███████████████
**Manager Name:** Boodaghian,Devin Joseph (RT885-4)
**Created On:** December 20, 2019, 1:29:00 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | March 13, 2019, 9:24:20 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Workplace Harassment policy. On [December 14, 1029], you were reported to be in violation of this policy by standing in the personal space of a fellow associate on at a counting station. You stood behind her without her knowing and did not announce that you here in her space. Once conversation as initiated you ignored her requests for you to stop talking to her so she could continue working. Examples of harassment include, but are not limited to "unwelcome sexual flirtations, advances, or propositions" Harassment may be overt or subtle. Behavior that may be acceptable in a social setting may not be appropriate in the workplace.

## Areas of Improvement Required by Associate

Amazon.com is committed to providing a safe and harassment free workplace environment. Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Harassment policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination. We will be delivering a first written warning, effective immediately.

## Associate Comments

i promise it will never append again i am sorry

**Associate Signature:** Acknowledged by ████████████████    **Date:** December 20, 2019, 1:28:59 AM

**Manager Signature:** Acknowledged by Boodaghian,Devin Joseph (BadgeID: 0079265)    **Date:** December 20, 2019, 1:28:59 AM

AMZ-BRY000570

Acknowledged by associate on February 21, 2020, 3:08:42 AM - Delivered by Vital,Jean Anel (janelvit)

# Supportive Feedback Document
# Productivity - First Written





**Associate Name:** ███████████████
**Manager Name:** Hollinshead,Sarah (RT885-4)
**Created On:** February 21, 2020, 3:08:42 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | October 23, 2019 |
| Second Written | 1 | October 16, 2019 |
| First Written | 2 | October 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 4 | 28.1 | 1872 | 66.61 | 150 | 44.4 | 44.4 |
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 16.06 | 1186 | 73.84 | 150 | 49.22 | 49.22 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| February 12, 2020, 5:00:00 AM | 1186 | 16 | 74.0 | 49.22 | 99.78279876708984 | N |
| February 05, 2020, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 29, 2020, 5:00:00 AM | 489 | 7 | 67.0 | 95.49 | 62.193603515625 | N |
| January 22, 2020, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 15, 2020, 5:00:00 AM | 1026 | 13 | 80.0 | 126.44 | 17.79922866821289 | N |
| January 08, 2020, 5:00:00 AM | 729 | 17 | 44.0 | 69.77 | 97.91102600097656 | N |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

Talked to AA about his low productivity. AA has said to have applied for accommodation. AA would like to speak with HR about the process.

**Associate Signature:** Acknowledged by ████████████████          **Date:** February 21, 2020, 3:08:42 AM

**Manager Signature:** Acknowledged by Vital,Jean Anel (BadgeID: 11513874)          **Date:** February 21, 2020, 3:08:42 AM

AMZ-BRY000571

AMZ-BRY000572

Acknowledged by associate on October 25, 2019, 1:14:13 AM - Delivered by Boodaghian,Devin Joseph (dboodagh)

# Supportive Feedback Document
# Productivity - Final Written





**Associate Name:** ███████████████
**Manager Name:** Boodaghian,Devin Joseph (RT885-4)
**Created On:** October 25, 2019, 1:14:14 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 2 | October 09, 2019 |
| Second Written | 1 | October 16, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 4 | 2.09 | 405 | 193.11 | 301 | 64.15 | 64.15 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 4 | 1.25 | 173 | 137.9 | 249 | 55.38 | 55.38 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 4 | 0.51 | 53 | 103.8 | 250 | 41.52 | 41.52 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 24.49 | 1233 | 50.34 | 97 | 51.89 | 51.89 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| October 16, 2019, 5:00:00 AM | 1233 | 24 | 50 | 51.89 | 98.24 | N |
| October 09, 2019, 5:00:00 AM | 1263 | 22 | 58 | 60.15 | 96.21 | N |
| October 02, 2019, 5:00:00 AM | 1383 | 25 | 56 | 58.08 | 98.5 | N |
| September 25, 2019, 5:00:00 AM | 1035 | 13 | 82 | 84.92 | 86.22 | N |
| September 18, 2019, 5:00:00 AM | 1044 | 13 | 78 | 80.32 | 90.7 | N |
| September 11, 2019, 5:00:00 AM | 4064 | 42 | 96 | 99.36 | 74.79 | N |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ███████████████          **Date:** October 25, 2019, 1:14:13 AM

**Manager Signature:** Acknowledged by Boodaghian,Devin Joseph (BadgeID: 0079265)          **Date:** October 25, 2019, 1:14:13 AM

AMZ-BRY000574

Acknowledged by associate on October 18, 2019, 3:08:43 AM - Delivered by Boodaghian,Devin Joseph (dboodagh)





# Supportive Feedback Document
# Productivity - Second Written

**Associate Name:** ███████████████
**Manager Name:** Boodaghian,Devin Joseph (RT885-4)
**Created On:** October 18, 2019, 3:08:43 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 2 | October 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 4 | 0.61 | 151 | 246.19 | 301 | 81.79 | 81.79 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 4 | 1 | 139 | 138.57 | 249 | 55.65 | 55.65 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 4 | 0.23 | 48 | 200.23 | 250 | 80.09 | 80.09 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 21.64 | 1263 | 58.34 | 97 | 60.15 | 60.15 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| October 09, 2019, 5:00:00 AM | 1263 | 22 | 58 | 60.15 | 96.21 | N |
| October 02, 2019, 5:00:00 AM | 1383 | 25 | 56 | 58.08 | 98.5 | N |
| September 25, 2019, 5:00:00 AM | 1035 | 13 | 82 | 84.92 | 86.22 | N |
| September 18, 2019, 5:00:00 AM | 1044 | 13 | 78 | 80.32 | 90.7 | N |
| September 11, 2019, 5:00:00 AM | 4064 | 42 | 96 | 99.36 | 74.79 | N |
| September 04, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | - | Y |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████        **Date:** October 18, 2019, 3:08:43 AM

**Manager Signature:** Acknowledged by Boodaghian,Devin Joseph (BadgeID: 0079265)        **Date:** October 18, 2019, 3:08:43 AM

**AMZ-BRY000575**

AMZ-BRY000576

Acknowledged by associate on October 10, 2019, 10:00:43 PM - Delivered by Boodaghian,Devin Joseph (dboodagh)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Boodaghian,Devin Joseph (RT885-4)
**Created On:** October 10, 2019, 10:00:43 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | August 07, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 4 | 2.84 | 457 | 160.36 | 301 | 53.27 | 53.27 |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 4 | 2.45 | 319 | 129.8 | 249 | 52.13 | 52.13 |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 4 | 0.82 | 152 | 183.93 | 250 | 73.57 | 73.57 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 24.54 | 1383 | 56.34 | 97 | 58.08 | 58.08 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| October 02, 2019, 5:00:00 AM | 1383 | 25 | 56 | 58.08 | 98.5 | N |
| September 25, 2019, 5:00:00 AM | 1035 | 13 | 82 | 84.92 | 86.22 | N |
| September 18, 2019, 5:00:00 AM | 1044 | 13 | 78 | 80.32 | 90.7 | N |
| September 11, 2019, 5:00:00 AM | 4064 | 42 | 96 | 99.36 | 74.79 | N |
| September 04, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | - | Y |
| August 28, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | - | Y |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** October 10, 2019, 10:00:43 PM

**Manager Signature:** Acknowledged by Boodaghian,Devin Joseph (BadgeID: 0079265)          **Date:** October 10, 2019, 10:00:43 PM

AMZ-BRY000578

Acknowledged by associate on August 09, 2019, 12:53:58 AM - Delivered by Boodaghian,Devin Joseph (dboodagh)





# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ███████████████

**Manager Name:** Boodaghian,Devin Joseph (RT885-4)

**Created On:** August 09, 2019, 12:53:58 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|-------|-------|-----|----------|-----------|------------|--------------|
| Pick | RF Pick ItemPicked Total EACH | Level 3 | 3.81 | 872 | 228.85 | 301 | 76.03 | 84.47 | N |
| Pick | RF Pick Singles ItemPicked Total EACH | Level 3 | 3.07 | 416 | 135.37 | 249 | 54.36 | 60.4 | N |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 3 | 1.36 | 231 | 169.05 | 250 | 67.62 | 75.13 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 1 | 12.55 | 789 | 62.82 | 97 | 64.76 | 92.52 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 2 | 13.89 | 987 | 71.02 | 97 | 73.22 | 86.14 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| July 31, 2019, 5:00:00 AM | 2506 | 22 | 113 | 70.74 | 81.6 | N |
| July 24, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 17, 2019, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| July 10, 2019, 5:00:00 AM | 5157 | 30 | 173 | 55.24 | 63.3 | Y |
| July 03, 2019, 5:00:00 AM | 3080 | 18 | 170 | 55.22 | 64.96 | Y |
| June 26, 2019, 5:00:00 AM | 702 | 5 | 138 | 47.05 | 55.35 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

AA has a birth defect that prohibits him from reaching 100% to goal. I don't feel right giving him this feedback, but duty calls

**Associate Signature:** Acknowledged by ███████████████          **Date:** August 09, 2019, 12:53:58 AM

**Manager Signature:** Acknowledged by Boodaghian,Devin Joseph (BadgeID: 0079265)          **Date:** August 09, 2019, 12:53:58 AM

AMZ-BRY000579

AMZ-BRY000580

Acknowledged by associate on April 14, 2017, 3:14:55 AM - Delivered by Regis,Breanna (regisb)

# Supportive Feedback Document
# Productivity - First Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Regis,Breanna (RT678)
**Created On:** April 14, 2017, 3:14:55 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 3 | February 22, 2017 |
| Final Written | 1 | January 11, 2017 |
| Verbal Coaching | 2 | October 26, 2016 |
| Second Written | 1 | December 14, 2016 |
| Documented Coaching | 1 | November 02, 2016 |
| First Written | 2 | November 30, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | 5.54 | 317 | 57.24 | 72 | 79.5 | 79.5 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 05, 2017, 5:00:00 AM | 317 | 6 | 57 | 79.5 | 79.5 | N |
| March 29, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| March 22, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| March 15, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| March 08, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| March 01, 2017, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    **Date:** April 14, 2017, 3:14:55 AM

**AMZ-BRY000581**

**Manager Signature:** Acknowledged by Regis,Breanna (BadgeID: 0181182)                                                          **Date:** April 14, 2017, 3:14:55 AM

AMZ-BRY000582

Acknowledged by associate on January 13, 2017, 12:41:20 AM - Delivered by Karim,Ekram (karekram)



# Supportive Feedback Document
# Productivity - Final Written



**Associate Name:** ███████████████

**Manager Name:** Wilber,Rachael (RT678)

**Created On:** January 13, 2017, 12:41:20 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 2 | November 30, 2016 |
| Second Written | 1 | December 14, 2016 |
| Verbal Coaching | 2 | October 26, 2016 |
| Documented Coaching | 1 | November 02, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | 14.07 | 615 | 43.7 | 57 | 76.67 | 76.67 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 04, 2017, 5:00:00 AM | 615 | 14 | 44 | 76.67 | 76.67 | N |
| December 28, 2016, 5:00:00 AM | 360 | 9 | 39 | 68.03 | 68.03 | N |
| December 21, 2016, 5:00:00 AM | 368 | 8 | 44 | 76.37 | 76.37 | N |
| December 14, 2016, 5:00:00 AM | 1780 | 38 | 47 | 83.23 | 83.23 | N |
| December 07, 2016, 5:00:00 AM | 1810 | 36 | 50 | 88.21 | 88.21 | N |
| November 30, 2016, 5:00:00 AM | 1415 | 27 | 53 | 92.47 | 92.47 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████████          **Date:** January 13, 2017, 12:41:20 AM

**Manager Signature:** Acknowledged by Karim,Ekram (BadgeID: 11349598)          **Date:** January 13, 2017, 12:41:20 AM

**AMZ-BRY000583**

AMZ-BRY000584

Acknowledged by associate on March 06, 2020, 1:37:04 AM - Delivered by Foote,Jillian (footejil)



# Supportive Feedback Document
# Productivity - Termination



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Hollinshead,Sarah (RT885-4)
**Created On:** March 06, 2020, 1:37:04 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | October 16, 2019 |
| Final Written | 1 | October 23, 2019 |
| First Written | 3 | February 19, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | Simple Record Count ItemAmnestied Total EACH | Level 5 | 27.01 | 2713 | 100.44 | 150 | 66.96 | 66.96 |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 5 | 1.73 | 158 | 91.32 | 70 | 130.47 | 130.47 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| February 19, 2020, 5:00:00 AM | 2713 | 27 | 100.0 | 66.96 | 98.96302795410156 | N |
| February 12, 2020, 5:00:00 AM | 1186 | 16 | 74.0 | 49.22 | 99.78279876708984 | N |
| February 05, 2020, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 29, 2020, 5:00:00 AM | 489 | 7 | 67.0 | 95.49 | 62.193603515625 | N |
| January 22, 2020, 5:00:00 AM | 0 | 0 | 0.0 | 0.0 | - | Y |
| January 15, 2020, 5:00:00 AM | 1026 | 13 | 80.0 | 126.44 | 17.79922866821289 | N |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

> Explained reasoning behind termination to AA. Mentioned previous write ups and no follow up for accommodations. Explained appeal process.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** March 06, 2020, 1:37:04 AM

**Manager Signature:** Acknowledged by Foote,Jillian (BadgeID: 13185926)          **Date:** March 06, 2020, 1:37:04 AM

AMZ-BRY000586

Acknowledged by associate on December 04, 2016, 7:18:17 AM - Delivered by Wilber,Rachael (wilberrw)

# Supportive Feedback Document
# Productivity Trend - First Written





**Associate Name:** ███████████████

**Manager Name:** Wilber,Rachael (RT678)

**Created On:** December 04, 2016, 7:18:18 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Coaching | 2 | October 26, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 4 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|-----|-------|-------|-----|----------|-----------|------------|--------------|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 4 | 15.37 | 879 | 57.2 | 76 | 75.27 | 75.27 | N |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | 18.03 | 723 | 40.11 | 76 | 52.78 | 52.78 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| November 02, 2016, 5:00:00 AM | 1602 | 33 | 48 | 63.13 | 63.13 | N |
| October 26, 2016, 5:00:00 AM | 1739 | 34 | 51 | 67.26 | 71.05 | N |
| October 19, 2016, 5:00:00 AM | 1867 | 35 | 53 | 70.33 | 78.85 | N |
| October 12, 2016, 5:00:00 AM | 2007 | 35 | 58 | 75.72 | 89.08 | N |
| October 05, 2016, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| September 28, 2016, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████     **Date:** December 04, 2016, 7:18:17 AM

**Manager Signature:** Acknowledged by Wilber,Rachael (BadgeID: 0003468)     **Date:** December 04, 2016, 7:18:17 AM

AMZ-BRY000587

AMZ-BRY000588

Acknowledged by associate on December 04, 2016, 7:18:43 AM - Delivered by Wilber,Rachael (wilberrw)



# Supportive Feedback Document
# Productivity Trend - First Written



**Associate Name:** ███████████████
**Manager Name:** Wilber,Rachael (RT678)
**Created On:** December 04, 2016, 7:18:43 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | November 02, 2016 |
| Verbal Coaching | 2 | October 26, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 5 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | 28.22 | 1405 | 49.79 | 57 | 87.36 | 87.36 | N |
| IC-QA-CS | SBC - Other SimpleBinCount Total Bins | Level 1 | 1 | 39 | 39.01 | 96 | 40.64 | 58.05 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 23, 2016, 5:00:00 AM | 1405 | 28 | 50 | 87.36 | 87.36 | N |
| November 16, 2016, 5:00:00 AM | 788 | 18 | 44 | 76.78 | 76.78 | Y |
| November 09, 2016, 5:00:00 AM | 1493 | 33 | 45 | 59.7 | 59.7 | N |
| November 02, 2016, 5:00:00 AM | 1602 | 33 | 48 | 63.13 | 63.13 | N |
| October 26, 2016, 5:00:00 AM | 1739 | 34 | 51 | 67.26 | 71.05 | N |
| October 19, 2016, 5:00:00 AM | 1867 | 35 | 53 | 70.33 | 78.85 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████████        **Date:** December 04, 2016, 7:18:43 AM

**Manager Signature:** Acknowledged by Wilber,Rachael (BadgeID: 0003468)        **Date:** December 04, 2016, 7:18:43 AM

**AMZ-BRY000589**

AMZ-BRY000590

Acknowledged by associate on November 20, 2016, 4:15:36 AM - Delivered by Karim,Ekram (karekram)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▇▇▇▇▇▇▇▇▇▇▇
**Manager Name:** Wilber,Rachael (RT678)
**Created On:** November 20, 2016, 4:15:36 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | October 26, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 3 | 16.25 | 883 | 54.35 | 76 | 71.52 | 79.46 | N |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 4 | 17.77 | 856 | 48.16 | 76 | 63.37 | 63.37 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 26, 2016, 5:00:00 AM | 1739 | 34 | 51 | 67.26 | 71.05 | N |
| October 19, 2016, 5:00:00 AM | 1867 | 35 | 53 | 70.33 | 78.85 | N |
| October 12, 2016, 5:00:00 AM | 2007 | 35 | 58 | 75.72 | 89.08 | N |
| October 05, 2016, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |
| September 28, 2016, 5:00:00 AM | 0 | 0 | 0 | 0 | 0 | Y |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇▇▇▇▇          **Date:** November 20, 2016, 4:15:36 AM

**Manager Signature:** Acknowledged by Karim,Ekram (BadgeID: 11349598)          **Date:** November 20, 2016, 4:15:36 AM

Acknowledged by associate on December 16, 2016, 9:01:41 PM - Delivered by Wilber,Rachael (wilberrw)

# Supportive Feedback Document
# Productivity Trend - Second Written




**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Wilber,Rachael (RT678)
**Created On:** December 16, 2016, 9:01:41 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | November 02, 2016 |
| Verbal Coaching | 2 | October 26, 2016 |
| First Written | 2 | November 30, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 4 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | 36 | 1810 | 50.28 | 57 | 88.21 | 88.21 | N |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| December 07, 2016, 5:00:00 AM | 1810 | 36 | 50 | 88.21 | 88.21 | N |
| November 30, 2016, 5:00:00 AM | 1415 | 27 | 53 | 92.47 | 92.47 | Y |
| November 23, 2016, 5:00:00 AM | 1405 | 28 | 50 | 87.36 | 87.36 | N |
| November 16, 2016, 5:00:00 AM | 788 | 18 | 44 | 76.78 | 76.78 | Y |
| November 09, 2016, 5:00:00 AM | 1493 | 33 | 45 | 59.7 | 59.7 | N |
| November 02, 2016, 5:00:00 AM | 1602 | 33 | 48 | 63.13 | 63.13 | N |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮            **Date:** December 16, 2016, 9:01:41 PM

**Manager Signature:** Acknowledged by Wilber,Rachael (BadgeID: 0003468)            **Date:** December 16, 2016, 9:01:41 PM

**AMZ-BRY000592**

AMZ-BRY000593

Acknowledged by associate on October 20, 2017, 7:38:12 PM - Delivered by Barragan,Steven (sbarrag)



# Supportive Feedback Document
## Quality - First Written



**Associate Name:** ███████████████
**Manager Name:** Barragan,Steven (RT678)
**Created On:** October 20, 2017, 7:38:12 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 2 | October 11, 2017, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | Wrong Adjustment | 2 | 2849 | 500 |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| October 14, 2017, 8:51:42 PM | Pick | Wrong Adjustment | **Location Id:**<br>P-8-A546J283<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.PickComplete.DItem:236627208:LGA7.paKivaA01.31406910777.236627208.46632480-LGA7-NotifyMoriartyForPickShort-NotifyMoria<br><br>**Reported In Process Path:**<br>Pick<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result.id.v1.LGA7.CYCLE_COUNT.P-8-A546J283.a57949bb-60be-49f6-a646-67d25716d2d6]<br><br>**Fc Sku:**<br>ZZXR651CEH<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-8-A546J283] |
| October 12, 2017, 8:33:56 PM | Pick | Wrong Adjustment | **Location Id:**<br>P-7-A097M417<br><br>**Problem Id:**<br>amzn1.fc.v1.common.request-id.v1.PickComplete.DItem:236524677:LGA7.paKivaA01.31368148777.236524677.46461238-LGA7-NotifyMoriartyForPickShort-NotifyMoria<br><br>**Reported In Process Path:**<br>Pick<br><br>**Raw Error Type:**<br>Shortage<br><br>**Bin Count Result Id List:**<br>[amzn1.fc.v1.icqa.result-id.v1.LGA7.CYCLE_COUNT.P-7-A097M417.3a620d4e-3a6d-4263-b084-62bed5f5d982]<br><br>**Fc Sku:**<br>ZZWESH5MU7<br><br>**Application Name:**<br>AFTWatsonService<br><br>**Found Location List:**<br>[P-7-A097M417] |

AMZ-BRY000594

**Performance Trend**

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| October 11, 2017 | 2849 | 2 | 702 | -40.41 | No |
| October 04, 2017 | 2084 | 0 | 0 | 100 | No |

**Areas of Improvement Required by Associate**

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

**Associate Comments**

**Associate Signature:** Acknowledged by ███████████████        **Date:** October 20, 2017, 7:38:12 PM

**Manager Signature:** Acknowledged by Barragan,Steven (BadgeID: 12399649)        **Date:** October 20, 2017, 7:38:12 PM

AMZ-BRY000595

Acknowledged by associate on July 07, 2018, 10:20:40 PM - Delivered by Sheola,Brian (bssheola)



# Supportive Feedback Document
# Quality - Final Written



**Associate Name:** ███████████████
**Manager Name:** Barragan,Steven (RT678)
**Created On:** July 07, 2018, 10:20:40 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 30 | June 27, 2018, 5:00:00 AM |
| First Written | 1 | October 18, 2017, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | Wrong Adjustment | 7 | 3864 | 500 |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| July 01, 2018, 1:34:06 AM | Pick | Wrong Adjustment | **Location Id**: P-8-A835N777<br>**Fc Sku**: ZZXW3AHS75<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-8-A835N777] |
| July 01, 2018, 1:26:32 AM | Pick | Wrong Adjustment | **Location Id**: P-7-A157J028<br>**Fc Sku**: X00142B0MB<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-7-A157J028] |
| June 30, 2018, 2:34:44 AM | Pick | Wrong Adjustment | **Location Id**: P-6-A299L519<br>**Fc Sku**: X001GLV4OT<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-6-A299L519] |
| June 30, 2018, 2:29:11 AM | Pick | Wrong Adjustment | **Location Id**: P-9-A556F749<br>**Fc Sku**: ZZW2US0XTL<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-9-A556F749] |
| June 30, 2018, 2:28:33 AM | Pick | Wrong Adjustment | **Location Id**: P-7-A578M893<br>**Fc Sku**: B00BP56HWO<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-7-A578M893] |
| June 30, 2018, 1:05:19 AM | Pick | Wrong Adjustment | **Location Id**: P-6-A596H624<br>**Fc Sku**: X001QLBNQ3<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-6-A596H624] |
| June 30, 2018, 1:02:39 AM | Pick | Wrong Adjustment | **Location Id**: P-8-A647H828<br>**Fc Sku**: X0003BTVVB<br>**Application Name**: AFTWatsonService<br>**Found Location List**: [P-8-A647H828] |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| June 27, 2018 | 3864 | 7 | 1811.59 | -262.32 | No |
| June 20, 2018 | 3097 | 0 | 0 | 100 | No |
| June 13, 2018 | 4915 | 2 | 406.91 | 18.61 | No |
| June 06, 2018 | 5451 | 0 | 0 | 100 | No |
| May 30, 2018 | 5400 | 5 | 925.92 | -85.19 | No |

**AMZ-BRY000596**

| May 23, 2018 | 5478 | 0 | 0 | 100 | No |
|---|---|---|---|---|---|

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████        **Date:** July 07, 2018, 10:20:40 PM

**Manager Signature:** Acknowledged by Sheola,Brian (BadgeID: 11240342)        **Date:** July 07, 2018, 10:20:40 PM

AMZ-BRY000597

Acknowledged by associate on August 16, 2019, 10:22:02 PM - Delivered by Boodaghian,Devin Joseph (dboodagh)



# Supportive Feedback Document
# Quality Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Boodaghian,Devin Joseph (RT885-4)
**Created On:** August 16, 2019, 10:22:02 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 36 | June 05, 2019, 5:00:00 AM |
| Verbal Coaching | 1 | August 07, 2019, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

You have not met Quality expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | Inaccurate Count | 6 | 1145 | 3000 | 1000 | No |
| Pick | - | 0 | 1560 | 200 | 1000 | Yes |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| August 10, 2019, 5:05:12 AM | ICQA | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-5-B497Y753<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 2.0<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Bin Id**: P-5-B497Y753<br>**Expected Quantity**: 3.0<br>**Ignored**: 0.0<br>**Accurate**: 0.0 |
| August 10, 2019, 4:29:22 AM | ICQA | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-7-C004E330<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 16.0<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Bin Id**: P-7-C004E330<br>**Expected Quantity**: 14.0<br>**Ignored**: 0.0<br>**Accurate**: 0.0 |
| August 10, 2019, 2:40:34 AM | ICQA | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-8-B802V186<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 5.0<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Bin Id**: P-8-B802V186<br>**Expected Quantity**: 6.0<br>**Ignored**: 0.0<br>**Accurate**: 0.0 |
| August 08, 2019, 11:05:08 PM | ICQA | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-7-B476T131<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 3.0<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Bin Id**: P-7-B476T131<br>**Expected Quantity**: 4.0<br>**Ignored**: 0.0<br>**Accurate**: 0.0 |
| August 08, 2019, 10:22:20 PM | ICQA | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-8-B152J727<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 4.0<br>**Application Name**: QualityIntelligenceCountDataPipeline |

AMZ-BRY000598

| | | | **Bin Id**: P-8-B152J727<br>**Expected Quantity**: 5.0<br>**Ignored**: 0.0<br>**Accurate**: 0.0 |
|---|---|---|---|
| August 08, 2019, 7:06:42 PM | ICQA | Inaccurate Count | **Inaccurate**: 1.0<br>**Location Id**: P-8-B230X893<br>**Work Type**: Simple Bin Count<br>**Counted Quantity**: 4.0<br>**Application Name**: QualityIntelligenceCountDataPipeline<br>**Bin Id**: P-8-B230X893<br>**Expected Quantity**: 5.0<br>**Ignored**: 0.0<br>**Accurate**: 0.0 |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| August 07, 2019 | 2705 | 6 | 2218.11 | -60.13 | No |
| July 31, 2019 | 3314 | 7 | 2112.25 | -24.22 | No |
| July 24, 2019 | 0 | 0 | 0 | 0 | Yes |
| July 17, 2019 | 1681 | 1 | 594.88 | -197.45 | Yes |
| July 10, 2019 | 3725 | 3 | 805.36 | -302.69 | Yes |
| July 03, 2019 | 3086 | 1 | 324.04 | -62.03 | Yes |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████████████   **Date:** August 16, 2019, 10:22:02 PM

**Manager Signature:** Acknowledged by Boodaghian,Devin Joseph (BadgeID: 0079265)   **Date:** August 16, 2019, 10:22:02 PM

AMZ-BRY000599

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

**A.** Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.** As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.** Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.** Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1.   TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2.   ATTENTION AND EFFORT.** During employment, Employee will devote Employee's entire productive time, ability, attention, and effort to furthering Amazon's best interests and will not (without Amazon's prior written consent) carry on any separate professional or other gainful employment, including self-employment and contract work.

**3.   CONFIDENTIAL INFORMATION.**

**3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future

AMZ-BRY000600

plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

## 5. INTELLECTUAL PROPERTY.

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

US CIAA (1269844) NE
Updated March 2015

AMZ-BRY000601

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS.**

**7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be

AMZ-BRY000602

sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law.  As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

**8. EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

US CIAA (1269844) NE
Updated March 2015

**AMZ-BRY000603**

9.  **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**                                    **EMPLOYEE**

Signature                                              Signature:_____

Name:  Tony Galbato                                    Name:_____

Title:  Vice President, Human Resources                Date:_____

US CIAA (1269844) NE
Updated March 2015

**AMZ-BRY000604**



CODE OF BUSINESS CONDUCT & ETHICS

ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of Code of Business Conduct and Ethics and FAQs through MyDocs and that I am responsible for reading, understanding, and complying with the Code of Business Conduct and Ethics.**

**By clicking "Acknowledge" above, I also agree** to notify the Legal Department or Amazon's Ethics Line immediately in the event I have reason to believe that any violations of the Code of Business Conduct and Ethics have occurred, including, but not limited to: fraud or improper conduct regarding accounting, auditing, or internal controls over financial reporting.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*

**AMZ-BRY000605**



3/6/2020

Dear

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is March 7, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





AMZ-BRY000606



P.O. BOX 81226, SEATTLE, WA, 98108-1226

8/31/2015



Dear ▮▮▮▮▮▮

On behalf of Amazon.com.dedc, LLC (the "Company"), I am very pleased to offer you the Part-time (20-29 hours) position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Part-time (20-29 hours) schedule.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on August 30, 2015 ("Start Date"). You will ordinarily be scheduled to work 20 hours per seven-day week. Your salary will be $13.25 per hour, ($13,780.00 annualized based on 1,040 hours per year) and a $1.00 per hour Shift Differential ($1,040.00 annualized based on 1,040 hours per year), payable in accordance with the Company's standard payroll practice and subject to applicable withholding taxes.

**Department, Manager and Shift**

Department: 1182 EWR5 USA Amazon.com.dedc, LLC
Manager: Trenton Cherco
Shift Pattern: US FC Th-M 4 hr 2200

Your shift or schedule may change in the future. Based on business need, Amazon.com.dedc, LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays,





**AMZ-BRY000607**

especially during our busy seasons.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

▮▮▮▮▮▮▮, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Trenton Cherco
Manager I, Operations





AMZ-BRY000608

**ACCEPTANCE**

I accept employment with Amazon.com.dedc, LLC under the terms set forth in this letter.

_____          _____
Signature                                                              Date

███████████████




AMZ-BRY000609

Acknowledged by associate on March 14, 2019, 4:36:04 PM - Delivered by Boodaghian,Devin (dboodagh)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** █████████████
**Manager Name:** Boodaghian,Devin (RT678)
**Created On:** March 14, 2019, 4:36:04 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | June 06, 2018, 8:47:06 AM |

## Details of Current Incident/Specific Concerns

In the previous 7 days, Associate ████████ created Doc Coach pieces of Amnesty while working in Pick with a DPMO of 1634 (Threshold of 2,000 ). In order for Amazon to meet our high customer service standards, it is critical for each member of the team to do his/her part to ensure bins are left in an organized and safe condition. You have a vital role in managing the flow of products to our customers by minimizing unnecessary re-work in process (Amnesty, False Shorts, Problem Solve, etc.)

## Areas of Improvement Required by Associate

Amazon expects associates to adhere to established standard operating procedures. Failure to adhere to standard work guidelines includes, but is not limited to, any action that artificially inflates an individual's rate, (i.e. double-scanning, machine-gunning) dishonest behavior, discriminatory work selection that directly or indirectly hinders others' performance (i.e. cherry picking), or circumventing critical steps in the &quot;process/PMV. Failure to meet these expectations and/or future violations of these guidelines or other inappropriate behavior may result in additional discipline, up to and including termination.&quot;

## Associate Comments

**Associate Signature:** Acknowledged by █████████████          **Date:** March 14, 2019, 4:36:04 PM

**Manager Signature:** Acknowledged by Boodaghian,Devin (BadgeID: 0079265)          **Date:** March 14, 2019, 4:36:04 PM

AMZ-BRY000610

Acknowledged by associate on June 30, 2018, 11:42:46 PM - Delivered by Barragan,Steven (sbarrag)



**Supportive Feedback Document**
**Behavioral - Documented Coaching**



**Associate Name:** ████████████
**Manager Name:** Smith,Joseph (RT678)
**Created On:** June 30, 2018, 11:42:46 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

You recently were involved with the generation of an IRDR quality defect. IRDR is the building's measurement of inventory health and accuracy. If the building's inventory is not accurate, it creates operational barriers for all pickers, stowers, and counters that interact with the bins. However, most importantly, this has a negative downsteam impact to our customers. A defect created by you was found during the IRDR inventory audit this week, negatively contributing to the IRDR score. 3 units were picked by ████ from IRDR bin to tsX050vazwx for a transshipment on 6/2/2018 however 4 units were physically removed from IRDR bin. 1 unit was then added using AddItemsApp by coomche in BWI2.

## Areas of Improvement Required by Associate

Going forward it's imperative to the building's quality that the correct standard work is followed by each associate as per the TWI training administered to anyone in a new process path. To prevent future IRDR impacting defects, you will also need to work on abiding by the standard work administered to you through the TWI training.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████████████          **Date:** June 30, 2018, 11:42:46 PM

**Manager Signature:** Acknowledged by Barragan,Steven (BadgeID: 12399649)          **Date:** June 30, 2018, 11:42:46 PM

**AMZ-BRY000611**

**CONFIDENTIAL**

Acknowledged by associate on December 20, 2019, 1:28:59 AM - Delivered by Boodaghian,Devin Joseph (dboodagh)



# Supportive Feedback Document
## Behavioral - First Written



**Associate Name:** Durogene,Jean Robert (durogene)
**Manager Name:** Boodaghian,Devin Joseph (RT885-4)
**Created On:** December 20, 2019, 1:29:00 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | March 13, 2019, 9:24:20 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Workplace Harassment policy. On [December 14, 1029], you were reported to be in violation of this policy by standing in the personal space of a fellow associate on at a counting station. You stood behind her without her knowing and did not announce that you here in her space. Once conversation as initated you ignored her requests for you to stop talking to her so she could continue working. Examples of harassment include, but are not limited to "unwelcome sexual flirtations, advances, or propositions" Harassment may be overt or subtle. Behavior that may be acceptable in a social setting may not be appropriate in the workplace.

## Areas of Improvement Required by Associate

Amazon.com is committed to providing a safe and harassment free workplace environment. Workplace violence, including any intentional or reckless act that harms persons or property, is prohibited. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Harassment policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination. We will be delivering a first written warning, effective immediately.

## Associate Comments

i promise it will never append again i am sorry

**Associate Signature:** Acknowledged by Durogene,Jean Robert (BadgeID: 0103551)       **Date:** December 20, 2019, 1:28:59 AM

**Manager Signature:** Acknowledged by Boodaghian,Devin Joseph (BadgeID: 0079265)       **Date:** December 20, 2019, 1:28:59 AM

GC Exhibit 37

**CONFIDENTIAL**

Refused to sign by associate on June 08, 2020, 8:30:03 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** June 08, 2020, 8:30:03 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | December 19, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2020**, Current UPT Balance is **14**, As of: **June 08, 2020**

## Associate Comments

**Associate Signature** ██████████████████

**Date:** June 08, 2020, 8:30:03 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)

**Date:** June 08, 2020, 8:30:03 PM

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 10:24:07 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** December 22, 2019, 10:24:07 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | December 12, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **8**, As of: **December 22, 2019**

## Associate Comments

**Associate Signature:** ████████████████████        **Date:** December 22, 2019, 10:24:07 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)        **Date:** December 22, 2019, 10:24:07 PM

**CONFIDENTIAL**

Refused to sign by associate on December 12, 2019, 1:08:28 AM - Delivered by Souza,Gary j (garysouz)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** December 12, 2019, 1:08:28 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | December 04, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **3**, As of: **December 12, 2019**

## Associate Comments

**Associate Signature** ████████████████        **Date:** December 12, 2019, 1:08:28 AM

**Manager Signature:** Acknowledged by Souza,Gary j (BadgeID: 0001118)        **Date:** December 12, 2019, 1:08:28 AM

**CONFIDENTIAL**

Acknowledged by associate on December 04, 2019, 6:53:37 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** December 04, 2019, 6:53:37 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | November 28, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **9**, As of: **December 04, 2019**

## Associate Comments

**Associate Signature:** ████████████      **Date:** December 04, 2019, 6:53:37 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)      **Date:** December 04, 2019, 6:53:37 PM

**CONFIDENTIAL**                                 **AMZ-BRY001804**

CONFIDENTIAL

Acknowledged by associate on November 29, 2019, 5:15:46 AM - Delivered by Patel,Shail (shailkp)





# Supportive Feedback Document
# Unpaid Personal Time - Notice

**Associate Name:** ███████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** November 29, 2019, 5:15:46 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **9**, As of: **November 29, 2019**

## Associate Comments

**Associate Signature:** ███████████████████                    **Date:** November 29, 2019, 5:15:46 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)                    **Date:** November 29, 2019, 5:15:46 AM

CONFIDENTIAL                                                   AMZ-BRY001805

CONFIDENTIAL

Acknowledged by associate on June 28, 2020, 8:00:41 PM - Delivered by Davis,Olivia (oliviada)

# Supportive Feedback Document
## Attendance - Termination





**Associate Name:** ████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** June 28, 2020, 8:00:41 PM

## Summary

Your recent job performance is not meeting Attendance expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your attendance feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 5 | June 04, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

Your current UPT balance is **-19**. You are expected to meet 100% of the attendance performance expectation. We are committed to assisting you in improving your attendance performance, and will assist you in addressing any job related barriers that are impacting your ability to meet attendance performance expectations.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature** ███████████████████████                 **Date:** June 28, 2020, 8:00:41 PM

**Manager Signature:** Acknowledged by Davis,Olivia (BadgeID: 12141036)                 **Date:** June 28, 2020, 8:00:41 PM

**CONFIDENTIAL**

Refused to sign by associate on June 08, 2020, 8:30:03 PM - Delivered by Patel,Shail (shailkp)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ████████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** June 08, 2020, 8:30:03 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | December 19, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2020**, Current UPT Balance is **14**, As of: **June 08, 2020**

## Associate Comments

**Associate Signature** ████████████████          **Date:** June 08, 2020, 8:30:03 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)          **Date:** June 08, 2020, 8:30:03 PM

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 10:24:07 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** December 22, 2019, 10:24:07 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | December 12, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **8**, As of: **December 22, 2019**

## Associate Comments

**Associate Signature** ████████████████

**Date:** December 22, 2019, 10:24:07 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)

**Date:** December 22, 2019, 10:24:07 PM

**CONFIDENTIAL**                    **AMZ-BRY001808**

**CONFIDENTIAL**

Refused to sign by associate on December 12, 2019, 1:08:28 AM - Delivered by Souza,Gary j (garysouz)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** December 12, 2019, 1:08:28 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | December 04, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **3**, As of: **December 12, 2019**

## Associate Comments

**Associate Signature** ███████████████

**Date:** December 12, 2019, 1:08:28 AM

**Manager Signature:** Acknowledged by Souza,Gary j (BadgeID: 0001118)

**Date:** December 12, 2019, 1:08:28 AM

**CONFIDENTIAL**

Acknowledged by associate on December 04, 2019, 6:53:37 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** December 04, 2019, 6:53:37 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | November 28, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **9**, As of: **December 04, 2019**

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮          **Date:** December 04, 2019, 6:53:37 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)          **Date:** December 04, 2019, 6:53:37 PM

**CONFIDENTIAL**                                    **AMZ-BRY001810**

**CONFIDENTIAL**

Acknowledged by associate on November 29, 2019, 5:15:46 AM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** November 29, 2019, 5:15:46 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **9**, As of: **November 29, 2019**

## Associate Comments

**Associate Signature:** ███████████              **Date:** November 29, 2019, 5:15:46 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)              **Date:** November 29, 2019, 5:15:46 AM

CONFIDENTIAL

Acknowledged by associate on June 28, 2020, 8:00:41 PM - Delivered by Davis,Olivia (oliviada)

# Supportive Feedback Document
## Attendance - Termination





**Associate Name:** ███████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** June 28, 2020, 8:00:41 PM

## Summary

Your recent job performance is not meeting Attendance expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your attendance feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 5 | June 04, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

Your current UPT balance is **-19**. You are expected to meet 100% of the attendance performance expectation. We are committed to assisting you in improving your attendance performance, and will assist you in addressing any job related barriers that are impacting your ability to meet attendance performance expectations.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ███████████████          **Date:** June 28, 2020, 8:00:41 PM

**Manager Signature:** Acknowledged by Davis,Olivia (BadgeID: 12141036)          **Date:** June 28, 2020, 8:00:41 PM

CONFIDENTIAL

Refused to sign by associate on February 17, 2020, 4:34:34 AM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** February 17, 2020, 4:34:34 AM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 03, 2020, 12:40:11 AM |

## Details of Current Incident/Specific Concerns

During the week between 02/05/2020 and 02/11/2020, you created 17 pieces of Amnesty while working in ICQA. In order for Amazon to meet our high customer service standards, it is critical for each member of the team to do their part to ensure bins are left in an organized and safe condition. You have a vital role in managing the flow of products to our customers by minimizing unnecessary re-work in process (Amnesty, False Shorts, Problem Solve, etc.)

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

<br><br><br><br><br><br>

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮                              **Date:** February 17, 2020, 4:34:34 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)                  **Date:** February 17, 2020, 4:34:34 AM

**CONFIDENTIAL**

Refused to sign by associate on February 05, 2020, 12:48:10 AM - Delivered by Grant,Erica May (graerica)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ████████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** February 05, 2020, 12:48:10 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | December 05, 2019, 9:16:52 PM |

## Details of Current Incident/Specific Concerns

On the shift 2/3, you were observed to be in violation of our 15 minute break policy by taking an extended break of 23 minutes during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct. During the STU you stated you didnt know where your station was.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ██████████████████          **Date:** February 05, 2020, 12:48:10 AM

**Manager Signature:** Acknowledged by Grant,Erica May (BadgeID: 0026933)          **Date:** February 05, 2020, 12:48:10 AM

**CONFIDENTIAL**

Acknowledged by associate on December 06, 2019, 2:10:11 AM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ████████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** December 06, 2019, 2:10:11 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Security policy. On 12/4/2019 at 10:38pm, you failed the screening process by carrying an unregistered asset through the security checkpoint. It is against Amazon's Security policy for Associates to have unregistered electronic devices in working areas (on the fulfillment center floor, in restrooms, or other work areas). Electronic devices may be used during lunch and breaks in a non-working area such as a break room or outside the facility.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Security policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

AA mentioned that he brought the phone by mistake twice and he is trying to get use to the habit of putting inside the locker and keeping an eye on ti

**Associate Signature:** ████████████████            **Date:** December 06, 2019, 2:10:11 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)            **Date:** December 06, 2019, 2:10:11 AM

**CONFIDENTIAL**

Acknowledged by associate on March 22, 2020, 7:12:06 PM - Delivered by Patel,Shail (shailkp)



# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ███████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** March 22, 2020, 7:12:06 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | February 13, 2020, 1:08:40 PM |

## Details of Current Incident/Specific Concerns

On 03/18/2020 shift you were observed yelling at your manager Shail because you were frustrated that people where not moving out of the lanes you were also observed running (not walking) with a cart. During the interaction with Shail you yelled to Shail that you will just run these fuckin people over. You were frustrated that Shail was not seeing your point of view so you went down to HR and started yelling at Abdullah about the situation. During a seek to understand you stated you stopped the cart mid-stream because you wanted to talk to Shail and said "how can I get people to move out of my fucking way." "I think these people just want me to run them the fuck over." they don't want to fuckin move". You said you ware calling out your maneuvers 60 ft before I had to make the maneuver and people were still in my way. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On (inset incident details) these behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

```



```

**Associate Signature:** ██████████████████████        **Date:** March 22, 2020, 7:12:06 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)        **Date:** March 22, 2020, 7:12:06 PM

**CONFIDENTIAL**          **AMZ-BRY001816**

**CONFIDENTIAL**

Refused to sign by associate on February 17, 2020, 4:34:34 AM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** February 17, 2020, 4:34:34 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 03, 2020, 12:40:11 AM |

## Details of Current Incident/Specific Concerns

During the week between 02/05/2020 and 02/11/2020, you created 17 pieces of Amnesty while working in ICQA. In order for Amazon to meet our high customer service standards, it is critical for each member of the team to do their part to ensure bins are left in an organized and safe condition. You have a vital role in managing the flow of products to our customers by minimizing unnecessary re-work in process (Amnesty, False Shorts, Problem Solve, etc.)

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** ██████████████     **Date:** February 17, 2020, 4:34:34 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)     **Date:** February 17, 2020, 4:34:34 AM

**CONFIDENTIAL**                                    **AMZ-BRY001817**

**CONFIDENTIAL**

Refused to sign by associate on February 05, 2020, 12:48:10 AM - Delivered by Grant,Erica May (graerica)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** February 05, 2020, 12:48:10 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | December 05, 2019, 9:16:52 PM |

## Details of Current Incident/Specific Concerns

On the shift 2/3, you were observed to be in violation of our 15 minute break policy by taking an extended break of 23 minutes during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct. During the STU you stated you didnt know where your station was.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮                    **Date:** February 05, 2020, 12:48:10 AM

**Manager Signature:** Acknowledged by Grant,Erica May (BadgeID: 0026933)     **Date:** February 05, 2020, 12:48:10 AM

**CONFIDENTIAL**

Acknowledged by associate on December 06, 2019, 2:10:11 AM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** December 06, 2019, 2:10:11 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Security policy. On 12/4/2019 at 10:38pm, you failed the screening process by carrying an unregistered asset through the security checkpoint. It is against Amazon's Security policy for Associates to have unregistered electronic devices in working areas (on the fulfillment center floor, in restrooms, or other work areas). Electronic devices may be used during lunch and breaks in a non-working area such as a break room or outside the facility.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Security policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

AA mentioned that he brought the phone by mistake twice and he is trying to get use to the habit of putting inside the locker and keeping an eye on ti

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮          **Date:** December 06, 2019, 2:10:11 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)          **Date:** December 06, 2019, 2:10:11 AM

**CONFIDENTIAL**                    **AMZ-BRY001819**

CONFIDENTIAL



Acknowledged by associate on March 22, 2020, 7:12:06 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ███████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** March 22, 2020, 7:12:06 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | February 13, 2020, 1:08:40 PM |

## Details of Current Incident/Specific Concerns

On 03/18/2020 shift you were observed yelling at your manager Shail because you were frustrated that people where not moving out of the lanes you were also observed running (not walking) with a cart. During the interaction with Shail you yelled to Shail that you will just run these fuckin people over. You were frustrated that Shail was not seeing your point of view so you went down to HR and started yelling at Abdullah about the situation. During a seek to understand you stated you stopped the cart mid-stream because you wanted to talk to Shail and said "how can I get people to move out of my fucking way." "I think these people just want me to run them the fuck over." they don't want to fuckin move". You said you ware calling out your maneuvers 60 ft before I had to make the maneuver and people were still in my way. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On (inset incident details) these behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

┌─────────────────────────────────────────────────────────────────────────┐
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
└─────────────────────────────────────────────────────────────────────────┘

**Associate Signature:** ████████████████████████████     **Date:** March 22, 2020, 7:12:06 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)     **Date:** March 22, 2020, 7:12:06 PM

**CONFIDENTIAL**

Acknowledged by associate on January 21, 2020, 1:06:33 AM - Delivered by Patel,Shail (shailkp)





# Supportive Feedback Document
# Productivity - Second Written

**Associate Name:** ███████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** January 21, 2020, 1:06:33 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 08, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Ship Dock | Dock Palletize PackagePalletized Total Package | Level 5 | ███ | ██ | ██ | ██ | ███ | ███ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 08, 2020, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| January 01, 2020, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 25, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 18, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 11, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| December 04, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ██████████████████   **Date:** January 21, 2020, 1:06:33 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)   **Date:** January 21, 2020, 1:06:33 AM

**CONFIDENTIAL**

Acknowledged by associate on January 13, 2020, 7:18:56 PM - Delivered by Patel,Shail (shailkp)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ███████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** January 13, 2020, 7:18:56 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Ship Dock | Dock Palletize PackagePalletized Total Package | Level 5 | ████ | ███ | ██ | ██ | ███ | ███ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 01, 2020, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 25, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 18, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 11, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| December 04, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| November 27, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature** ███████████████   **Date:** January 13, 2020, 7:18:56 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)   **Date:** January 13, 2020, 7:18:56 PM

**CONFIDENTIAL**                    **AMZ-BRY001822**

**CONFIDENTIAL**

Refused to sign by associate on March 02, 2020, 5:13:46 AM - Delivered by Patel,Shail (shailkp)





# Supportive Feedback Document
# Productivity - Final Written

**Associate Name:** ███████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** March 02, 2020, 5:13:46 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | January 15, 2020 |
| First Written | 1 | January 08, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Ship Dock | Dock Palletize PackagePalletized Total Package | Level 5 | ██ | ██ | ███ | ███ | ███ | ███ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| February 19, 2020, 5:00:00 AM | ██ | █ | ████ | | ██████ | |
| February 12, 2020, 5:00:00 AM | ██ | █ | ████ | | ██████ | |
| February 05, 2020, 5:00:00 AM | ██ | █ | ████ | | ██████ | |
| January 29, 2020, 5:00:00 AM | █ | █ | ██ | █ | █ | █ |
| January 22, 2020, 5:00:00 AM | █ | █ | ██ | █ | █ | █ |
| January 15, 2020, 5:00:00 AM | ██ | █ | █████ | | ████ | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

AA want to apply for Appeal Process

**Associate Signature** ██████████████████  **Date:** March 02, 2020, 5:13:46 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)  **Date:** March 02, 2020, 5:13:46 AM

CONFIDENTIAL

CONFIDENTIAL

Acknowledged by associate on January 21, 2020, 1:06:33 AM - Delivered by Patel,Shail (shailkp)





# Supportive Feedback Document
# Productivity - Second Written

**Associate Name:** ███████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** January 21, 2020, 1:06:33 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | January 08, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Ship Dock | Dock Palletize PackagePalletized Total Package | Level 5 | ███ | ██ | ██ | █ | ███ | ███ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 08, 2020, 5:00:00 AM | ██ | █ | █ | ██ | ██ | █ |
| January 01, 2020, 5:00:00 AM | ██ | █ | █ | ███ | ██ | █ |
| December 25, 2019, 5:00:00 AM | ██ | █ | █ | ██ | ██ | █ |
| December 18, 2019, 5:00:00 AM | ██ | █ | █ | ███ | ██ | █ |
| December 11, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| December 04, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ████████████████████        **Date:** January 21, 2020, 1:06:33 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)        **Date:** January 21, 2020, 1:06:33 AM

**CONFIDENTIAL**

Acknowledged by associate on January 13, 2020, 7:18:56 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
## Productivity - First Written





**Associate Name:** ▓▓▓▓▓▓▓
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** January 13, 2020, 7:18:56 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Ship Dock | Dock Palletize PackagePalletized Total Package | Level 5 | ▓▓▓ | ▓▓ | ▓▓ | ▓ | ▓ | 9 |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 01, 2020, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| December 25, 2019, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| December 18, 2019, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| December 11, 2019, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| December 04, 2019, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| November 27, 2019, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature** ▓▓▓▓▓▓▓   **Date:** January 13, 2020, 7:18:56 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)   **Date:** January 13, 2020, 7:18:56 PM

**CONFIDENTIAL**

Refused to sign by associate on March 02, 2020, 5:13:46 AM - Delivered by Patel,Shail (shailkp)





# Supportive Feedback Document
# Productivity - Final Written

**Associate Name:** ███████████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** March 02, 2020, 5:13:46 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | January 15, 2020 |
| First Written | 1 | January 08, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Ship Dock | Dock Palletize PackagePalletized Total Package | Level 5 | ██ | ██ | ████ | ████ | ████ | ████ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| February 19, 2020, 5:00:00 AM | ██ | █ | ████ | ████ | ██████ | |
| February 12, 2020, 5:00:00 AM | ██ | █ | ████ | ████ | ██████ | |
| February 05, 2020, 5:00:00 AM | ██ | █ | ████ | ████ | ██████ | |
| January 29, 2020, 5:00:00 AM | █ | █ | ██ | █ | █ | █ |
| January 22, 2020, 5:00:00 AM | █ | █ | ██ | █ | █ | █ |
| January 15, 2020, 5:00:00 AM | ██ | █ | ████ | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

AA want to apply for Appeal Process

**Associate Signature:** ██████████████████    **Date:** March 02, 2020, 5:13:46 AM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)    **Date:** March 02, 2020, 5:13:46 AM

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY001828

**CONFIDENTIAL**

Acknowledged by associate on February 09, 2020, 9:08:24 PM - Delivered by Patel,Shail (shailkp)



# Supportive Feedback Document
# Quality - Documented Coaching



**Associate Name:** ███████████████

**Manager Name:** Patel,Shail (NL4-1830)

**Created On:** February 09, 2020, 9:08:24 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | Inaccurate Count | ██ | ███ | ███ | ███ | ██ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 02, 2020, 11:42:49 PM | ICQA | Inaccurate Count | ████ |
| February 02, 2020, 10:52:54 PM | ICQA | Inaccurate Count | ████ |
| February 02, 2020, 9:57:20 PM | ICQA | Inaccurate Count | ████ |
| February 02, 2020, 2:01:55 AM | ICQA | Inaccurate Count | ████ |
| February 01, 2020, 8:59:49 PM | ICQA | Inaccurate Count | ████ |

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| February 01, 2020, 7:32:36 PM | ICQA | Inaccurate Count | ████ |
| January 29, 2020, 4:46:12 AM | ICQA | Inaccurate Count | ████ |
| January 29, 2020, 2:05:15 AM | ICQA | Inaccurate Count | ████ |
| January 29, 2020, 1:05:11 AM | ICQA | Inaccurate Count | ████ |
| January 28, 2020, 9:49:17 PM | ICQA | Inaccurate Count | ████ |
| January 28, 2020, 4:03:52 AM | ICQA | Inaccurate Count | ████ |
| January 28, 2020, 3:31:26 AM | ICQA | Inaccurate Count | ████ |
| January 27, 2020, 10:35:17 PM | ICQA | Inaccurate Count | ████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 29, 2020 | ██ | ██ | ██ | ███ | ██ |
| January 22, 2020 | ██ | ██ | ██ | ██ | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** ████████████████████                    **Date:** February 09, 2020, 9:08:24 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)                    **Date:** February 09, 2020, 9:08:24 PM

**CONFIDENTIAL**

Acknowledged by associate on February 09, 2020, 9:08:24 PM - Delivered by Patel,Shail (shailkp)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ██████████████
**Manager Name:** Patel,Shail (NL4-1830)
**Created On:** February 09, 2020, 9:08:24 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| ICQA | Inaccurate Count | █ | █ | █ | █ | █ |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 02, 2020, 11:42:49 PM | ICQA | Inaccurate Count | ████ |
| February 02, 2020, 10:52:54 PM | ICQA | Inaccurate Count | ████ |
| February 02, 2020, 9:57:20 PM | ICQA | Inaccurate Count | ████ |
| February 02, 2020, 2:01:55 AM | ICQA | Inaccurate Count | ████ |
| February 01, 2020, 8:59:49 PM | ICQA | Inaccurate Count | ████ |

**CONFIDENTIAL**                    **AMZ-BRY001832**

**CONFIDENTIAL**

| February 01, 2020, 7:32:36 PM | ICQA | Inaccurate Count | ███████████ |
| January 29, 2020, 4:46:12 AM | ICQA | Inaccurate Count | ███████████ |
| January 29, 2020, 2:05:15 AM | ICQA | Inaccurate Count | ███████████ |
| January 29, 2020, 1:05:11 AM | ICQA | Inaccurate Count | ███████████ |
| January 28, 2020, 9:49:17 PM | ICQA | Inaccurate Count | ███████████ |
| January 28, 2020, 4:03:52 AM | ICQA | Inaccurate Count | ███████████ |
| January 28, 2020, 3:31:26 AM | ICQA | Inaccurate Count | ███████████ |
| January 27, 2020, 10:35:17 PM | ICQA | Inaccurate Count | ███████████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 29, 2020 | ██ | ██ | ██ | ████ | |
| January 22, 2020 | █ | █ | ██ | █ | ███ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**                                        AMZ-BRY001833

**CONFIDENTIAL**

**Associate Signature:** ████████████████████                    **Date:** February 09, 2020, 9:08:24 PM

**Manager Signature:** Acknowledged by Patel,Shail (BadgeID: 12069882)                    **Date:** February 09, 2020, 9:08:24 PM

**CONFIDENTIAL**





This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is June 29, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources







**CONFIDENTIAL**





This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is June 29, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





GC Exhibit 38

**CONFIDENTIAL**

Acknowledged by associate on January 28, 2018, 7:22:46 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** San Martino,Delaney (NA5-1830)
**Created On:** January 28, 2018, 7:22:46 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | January 17, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | ██████████████████████████████████ | | | |
| Pack Singles | Scan Verify ItemPacked Small EACH | Level 5 | ██████████████████████████████████ | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 17, 2018, 5:00:00 AM | ████████████████████████████████ | |
| January 10, 2018, 5:00:00 AM | ████████████████████████████████ | |
| January 03, 2018, 5:00:00 AM | ████████████████████████████████ | |
| December 27, 2017, 5:00:00 AM | ████████████████████████████████ | |
| December 20, 2017, 5:00:00 AM | ████████████████████████████████ | |
| December 13, 2017, 5:00:00 AM | ████████████████████████████████ | |

## Associate Comments

**Associate Signature:** ████████████████████      **Date:** January 28, 2018, 7:22:46 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)      **Date:** January 28, 2018, 7:22:46 PM

**CONFIDENTIAL**                                        **AMZ-BRY001597**

**CONFIDENTIAL**

Acknowledged by associate on January 22, 2018, 1:00:42 AM - Delivered by San Martino,Delaney (madelane)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ██████████████
**Manager Name:** San Martino,Delaney (NA5-1830)
**Created On:** January 22, 2018, 1:00:42 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | January 10, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | |
| Pack Singles | Scan Verify ItemPacked Small EACH | Level 5 | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 10, 2018, 5:00:00 AM | ██████ | ██████ | ██████ | ██████ | ██████ | |
| January 03, 2018, 5:00:00 AM | ██████ | ██████ | ██████ | ██████ | ██████ | |
| December 27, 2017, 5:00:00 AM | ██████ | ██████ | ██████ | ██████ | ██████ | |
| December 20, 2017, 5:00:00 AM | ██████ | ██████ | ██████ | ██████ | ██████ | |
| December 13, 2017, 5:00:00 AM | ██████ | ██████ | ██████ | ██████ | ██████ | |
| December 06, 2017, 5:00:00 AM | ██████ | ██████ | ██████ | ██████ | ██████ | |

## Associate Comments

**Associate Signature:** ███████████████         **Date:** January 22, 2018, 1:00:42 AM

**Manager Signature:** Acknowledged by San Martino,Delaney (BadgeID: 11364877)         **Date:** January 22, 2018, 1:00:42 AM

**CONFIDENTIAL**                                   **AMZ-BRY001598**

**CONFIDENTIAL**

Acknowledged by associate on January 15, 2018, 3:03:48 AM - Delivered by San Martino,Delaney (madelane)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** San Martino,Delaney (NA5-1830)
**Created On:** January 15, 2018, 3:03:48 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | March 22, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | | | | | | | |
| Pack Singles | Scan Verify ItemPacked Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 03, 2018, 5:00:00 AM | | | | | | |
| December 27, 2017, 5:00:00 AM | | | | | | |
| December 20, 2017, 5:00:00 AM | | | | | | |
| December 13, 2017, 5:00:00 AM | | | | | | |
| December 06, 2017, 5:00:00 AM | | | | | | |
| November 29, 2017, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮                    **Date:** January 15, 2018, 3:03:48 AM

**Manager Signature:** Acknowledged by San Martino,Delaney (BadgeID: 11364877)          **Date:** January 15, 2018, 3:03:48 AM

**CONFIDENTIAL**                                       **AMZ-BRY001599**

**CONFIDENTIAL**

Acknowledged by associate on March 27, 2017, 10:11:30 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Babatunde,Oluwakonyinsola Alexander (NA5-1830)
**Created On:** March 27, 2017, 10:11:31 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 13 | January 11, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 15, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| March 08, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| March 01, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| February 22, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| February 15, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| February 08, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮   **Date:** March 27, 2017, 10:11:30 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)   **Date:** March 27, 2017, 10:11:30 PM

**CONFIDENTIAL**

Acknowledged by associate on January 16, 2017, 7:22:39 PM - Delivered by Zhang,Tianwei (tianweiz)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Zhang,Tianwei (NA5-1830)
**Created On:** January 16, 2017, 7:22:39 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 12 | November 09, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 04, 2017, 5:00:00 AM | | | | | | |
| December 28, 2016, 5:00:00 AM | | | | | | |
| December 21, 2016, 5:00:00 AM | | | | | | |
| December 14, 2016, 5:00:00 AM | | | | | | |
| December 07, 2016, 5:00:00 AM | | | | | | |
| November 30, 2016, 5:00:00 AM | | | | | | |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** ▮▮▮▮▮▮▮                                    **Date:** January 16, 2017, 7:22:39 PM

**Manager Signature:** Acknowledged by Zhang,Tianwei (BadgeID: 11349537)                    **Date:** January 16, 2017, 7:22:39 PM

**CONFIDENTIAL**

Acknowledged by associate on January 10, 2017, 1:01:31 AM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Zhang,Tianwei (NA5-1830)
**Created On:** January 10, 2017, 1:01:31 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 11 | October 05, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 02, 2016, 5:00:00 AM | | | | | | |
| October 26, 2016, 5:00:00 AM | | | | | | |
| October 19, 2016, 5:00:00 AM | | | | | | |
| October 12, 2016, 5:00:00 AM | | | | | | |
| October 05, 2016, 5:00:00 AM | | | | | | |
| September 28, 2016, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮                    **Date:** January 10, 2017, 1:01:31 AM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)                    **Date:** January 10, 2017, 1:01:31 AM

**CONFIDENTIAL**

Acknowledged by associate on Oct 9, 2016 11:03:42 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▌▌▌▌▌▌▌▌▌
**Manager Name:** Wilmington,Stephen A. (NA5-1830)
**Created On:** Oct 9, 2016 11:03:43 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 10 | Sep 14, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ████ | ████ | ████ | ████ | ████ | ████ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Sep 28, 2016 5:00:00 AM | | | | | | |
| Sep 21, 2016 5:00:00 AM | | | | | | |
| Sep 14, 2016 5:00:00 AM | | | | | | |
| Sep 7, 2016 5:00:00 AM | | | | | | |
| Aug 31, 2016 5:00:00 AM | | | | | | |
| Aug 24, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▌▌▌▌▌▌▌▌▌          **Date:** Oct 9, 2016 11:03:42 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)          **Date:** Oct 9, 2016 11:03:42 PM

**CONFIDENTIAL**                    **AMZ-BRY001603**

**CONFIDENTIAL**

Acknowledged by associate on Sep 21, 2016 4:44:38 AM - Delivered by Wilmington,Stephen A. (wilmingt)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Wilmington,Stephen A. (NA5-1830)
**Created On:** Sep 21, 2016 4:44:38 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 9 | Sep 7, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Sep 7, 2016 5:00:00 AM | | | | | | |
| Aug 31, 2016 5:00:00 AM | | | | | | |
| Aug 24, 2016 5:00:00 AM | | | | | | |
| Aug 17, 2016 5:00:00 AM | | | | | | |
| Aug 10, 2016 5:00:00 AM | | | | | | |
| Aug 3, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ██████████████        **Date:** Sep 21, 2016 4:44:38 AM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)        **Date:** Sep 21, 2016 4:44:38 AM

**CONFIDENTIAL**

Acknowledged by associate on Sep 7, 2016 10:35:17 PM - Delivered by McRavion,Beth Ann (mcravion)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Wilmington,Stephen A. (NA5-1830)
**Created On:** Sep 7, 2016 10:35:17 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 8 | Aug 31, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 31, 2016 5:00:00 AM | | | | | | |
| Aug 24, 2016 5:00:00 AM | | | | | | |
| Aug 17, 2016 5:00:00 AM | | | | | | |
| Aug 10, 2016 5:00:00 AM | | | | | | |
| Aug 3, 2016 5:00:00 AM | | | | | | |
| Jul 27, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮    **Date:** Sep 7, 2016 10:35:17 PM

**Manager Signature:** Acknowledged by McRavion,Beth Ann (BadgeID: 11364964)    **Date:** Sep 7, 2016 10:35:17 PM

**CONFIDENTIAL**

Acknowledged by associate on Sep 1, 2016 2:52:08 AM - Delivered by McRavion,Beth Ann (mcravion)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▌▌▌▌▌▌▌▌
**Manager Name:** Wilmington,Stephen A. (NA5-1830)
**Created On:** Sep 1, 2016 2:52:08 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | Aug 24, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 24, 2016 5:00:00 AM | | | | | | |
| Aug 17, 2016 5:00:00 AM | | | | | | |
| Aug 10, 2016 5:00:00 AM | | | | | | |
| Aug 3, 2016 5:00:00 AM | | | | | | |
| Jul 27, 2016 5:00:00 AM | | | | | | |
| Jul 20, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▌▌▌▌▌▌▌▌                    **Date:** Sep 1, 2016 2:52:08 AM

**Manager Signature:** Acknowledged by McRavion,Beth Ann (BadgeID: 11364964)                    **Date:** Sep 1, 2016 2:52:08 AM

**CONFIDENTIAL**                    **AMZ-BRY001606**

**CONFIDENTIAL**

Acknowledged by associate on Aug 28, 2016 8:45:37 PM - Delivered by Wilmington,Stephen A. (wilmingt)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** <span style="background:black">      </span>
**Manager Name:** Wilmington,Stephen A. (NA5-1830)
**Created On:** Aug 28, 2016 8:45:37 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 6 | Aug 10, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 17, 2016 5:00:00 AM | | | | | | |
| Aug 10, 2016 5:00:00 AM | | | | | | |
| Aug 3, 2016 5:00:00 AM | | | | | | |
| Jul 27, 2016 5:00:00 AM | | | | | | |
| Jul 20, 2016 5:00:00 AM | | | | | | |
| Jul 13, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** <span style="background:black">     </span>           **Date:** Aug 28, 2016 8:45:37 PM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)           **Date:** Aug 28, 2016 8:45:37 PM

**CONFIDENTIAL**

Acknowledged by associate on Aug 16, 2016 1:40:41 AM - Delivered by Wilmington,Stephen A. (wilmingt)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Wilmington,Stephen A. (NA5-1830)

**Created On:** Aug 16, 2016 1:40:41 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 5 | Aug 3, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 4 | | | | | | | |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ████████████████████████████ | | | | | | |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 4 | ████████████████████████████ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 3, 2016 5:00:00 AM | | | | | | |
| Jul 27, 2016 5:00:00 AM | | | | | | |
| Jul 20, 2016 5:00:00 AM | ████████████████████ | | | | | |
| Jul 13, 2016 5:00:00 AM | | | | | | |
| Jul 6, 2016 5:00:00 AM | | | | | | |
| Jun 29, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ███████████████████████   **Date:** Aug 16, 2016 1:40:41 AM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)   **Date:** Aug 16, 2016 1:40:41 AM

**CONFIDENTIAL**                              **AMZ-BRY001608**

**CONFIDENTIAL**

Acknowledged by associate on Aug 7, 2016 10:49:41 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Wilmington,Stephen A. (NA5-1830)
**Created On:** Aug 7, 2016 10:49:41 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | Jul 27, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 27, 2016 5:00:00 AM | | | | | | |
| Jul 20, 2016 5:00:00 AM | | | | | | |
| Jul 13, 2016 5:00:00 AM | | | | | | |
| Jul 6, 2016 5:00:00 AM | | | | | | |
| Jun 29, 2016 5:00:00 AM | | | | | | |
| Jun 22, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮                                    **Date:** Aug 7, 2016 10:49:41 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)            **Date:** Aug 7, 2016 10:49:41 PM

**CONFIDENTIAL**



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Bushner,Jacob P (NA5-1830)
**Created On:** Aug 2, 2016 1:30:36 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | Jul 6, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 4 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 20, 2016 5:00:00 AM | | | | | | |
| Jul 13, 2016 5:00:00 AM | | | | | | |
| Jul 6, 2016 5:00:00 AM | | | | | | |
| Jun 29, 2016 5:00:00 AM | | | | | | |
| Jun 22, 2016 5:00:00 AM | | | | | | |
| Jun 15, 2016 5:00:00 AM | | | | | | |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮      **Date:** Aug 2, 2016 1:30:36 AM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)      **Date:** Aug 2, 2016 1:30:36 AM

**CONFIDENTIAL**

Acknowledged by associate on Aug 2, 2016 1:30:50 AM - Delivered by Wilmington,Stephen A. (wilmingt)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Bushner,Jacob P (NA5-1830)

**Created On:** Aug 2, 2016 1:30:50 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | Jul 6, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 3 | █████ | ██ | ██ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 13, 2016 5:00:00 AM | | | | | | |
| Jul 6, 2016 5:00:00 AM | | | | | | |
| Jun 29, 2016 5:00:00 AM | | | | | | |
| Jun 22, 2016 5:00:00 AM | | | | | | |
| Jun 15, 2016 5:00:00 AM | | | | | | |
| Jun 8, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ███████████████   **Date:** Aug 2, 2016 1:30:50 AM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)   **Date:** Aug 2, 2016 1:30:50 AM

**CONFIDENTIAL**                    **AMZ-BRY001611**

**CONFIDENTIAL**

Acknowledged by associate on Aug 2, 2016 1:30:23 AM - Delivered by Wilmington,Stephen A. (wilmingt)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ██████████████
**Manager Name:** Bushner,Jacob P (NA5-1830)
**Created On:** Aug 2, 2016 1:30:23 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | Jul 6, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 2 | | | | ████ | ███ | ███ | |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 3 | ██ | ██ | ██ | ███ | ███ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 6, 2016 5:00:00 AM | | | | | | |
| Jun 29, 2016 5:00:00 AM | | | | | | |
| Jun 22, 2016 5:00:00 AM | | | | | | |
| Jun 15, 2016 5:00:00 AM | | | | | | |
| Jun 8, 2016 5:00:00 AM | | | | | | |
| Jun 1, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ██████████████████████        **Date:** Aug 2, 2016 1:30:23 AM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)        **Date:** Aug 2, 2016 1:30:23 AM

**CONFIDENTIAL**

Acknowledged by associate on Jul 6, 2016 8:25:11 PM - Delivered by McRavion,Beth Ann (mcravion)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Wilmington,Stephen A. (NA5-1830)
**Created On:** Jul 6, 2016 8:25:11 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|-------|-------|-----|----------|-----------|------------|--------------|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 1 | ███ | ███ | ███ | ███ | ███ | ███ | |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 2 | ███ | ███ | ███ | ███ | ███ | ███ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| Jun 29, 2016 5:00:00 AM | | | | | | |
| Jun 22, 2016 5:00:00 AM | | | | | | |
| Jun 15, 2016 5:00:00 AM | | | | | | |
| Jun 8, 2016 5:00:00 AM | | | | | | |
| Jun 1, 2016 5:00:00 AM | | | | | | |
| May 25, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ███████████        **Date:** Jul 6, 2016 8:25:11 PM

**Manager Signature:** Acknowledged by McRavion,Beth Ann (BadgeID: 11364964)        **Date:** Jul 6, 2016 8:25:11 PM

**CONFIDENTIAL**

Acknowledged by associate on July 23, 2018, 5:03:52 AM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ██████████
**Manager Name:** Wilson,Emma (NA5-1830)
**Created On:** July 23, 2018, 5:03:52 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 5 | June 20, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | ███████████████████████████████████ | |
| Pack Singles | Scan Verify ItemPacked Small EACH | Level 5 | ███████████████████████████████████ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 11, 2018, 5:00:00 AM | ███████████████████████████████ | |
| July 04, 2018, 5:00:00 AM | ███████████████████████████████ | |
| June 27, 2018, 5:00:00 AM | ███████████████████████████████ | |
| June 20, 2018, 5:00:00 AM | ███████████████████████████████ | |
| June 13, 2018, 5:00:00 AM | ███████████████████████████████ | |
| June 06, 2018, 5:00:00 AM | ███████████████████████████████ | |

## Associate Comments

**Associate Signature:** ███████████████        **Date:** July 23, 2018, 5:03:52 AM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)        **Date:** July 23, 2018, 5:03:52 AM

**CONFIDENTIAL**

Refused to sign by associate on January 22, 2020, 9:18:07 PM - Delivered by Li,Anthony (linthon)





# Supportive Feedback Document
# Behavioral - Final Written

**Associate Nam**
**Manager Name:** Li,Anthony (NA5-1830)
**Created On:** January 22, 2020, 9:18:07 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | October 24, 2019, 10:22:22 AM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 01/14/20, you were observed screaming at an associate. The associate confirmed, you were screaming at her to the point that she had to tell you &quot;you can speak to me like a person&quot;. Soon after you went to one of your managers and said &quot;You need to go get that skinny little bitch&quot; and &quot;That skinny little bitch thinks she can walk away from me, I will talk to her however I want.&quot; The manager stated you were so agitated and frustrated that he needed to tell you to calm down several times. These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:**                                        **Date:** January 22, 2020, 9:18:07 PM

**Manager Signature:** Acknowledged by Li,Anthony (BadgeID: 12431042)                    **Date:** January 22, 2020, 9:18:07 PM

**CONFIDENTIAL**

Acknowledged by associate on October 27, 2019, 8:00:37 PM - Delivered by Hoffman,Jason (hofjason)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Rebisz,Kevin (NA5-1830)
**Created On:** October 27, 2019, 8:00:37 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | June 20, 2019, 9:36:18 AM |
| Verbal Coaching | 1 | November 24, 2018, 11:21:01 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On 10/23/19, you worked 12:34. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further violations may result in corrective action, up to and including termination.

## Associate Comments

▮▮▮▮ very focused on making sure that she is handing off the best possible singles area possible. &quot;if I don't do over 12 hours handoff will not be perfect.&quot; ▮▮▮ now knows not to stay over 12 hours.

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   **Date:** October 27, 2019, 8:00:37 PM

**Manager Signature:** Acknowledged by Hoffman,Jason (BadgeID: 0320393)   **Date:** October 27, 2019, 8:00:37 PM

**CONFIDENTIAL**

Acknowledged by associate on June 24, 2019, 5:26:05 AM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Behavioral - Documented Coaching





### Associate Name: ████████████
### Manager Name: Ramrattan,Courtney (NA5-1830)
### Created On: June 24, 2019, 5:26:05 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 3 | November 24, 2018, 11:21:01 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On 6/19/18, you worked 12:36. After further research it was found that on multiple occasions you have not punch out for lunch causing you to go over 12. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further violations may result in corrective action, up to and including termination.

## Associate Comments



**Associate Signature:** ██████████████████          **Date:** June 24, 2019, 5:26:05 AM


**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** June 24, 2019, 5:26:05 AM

**CONFIDENTIAL**

Acknowledged by associate on February 10, 2021, 3:04:49 AM - Delivered by Sikora,Arthur (sikarthu)

# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████
**Manager Name:** Lubus,Eric David (NA5-1830)
**Created On:** February 10, 2021, 3:04:49 AM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 3 | September 01, 2020, 12:49:13 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On [1/26/2021], you worked [13 hours and 04 min]. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments



**Associate Signature:** ███████████████████     **Date:** February 10, 2021, 3:04:49 AM


**Manager Signature:** Acknowledged by Sikora,Arthur (BadgeID: 11772930)     **Date:** February 10, 2021, 3:04:49 AM

**CONFIDENTIAL**

Acknowledged by associate on June 26, 2018, 5:19:34 AM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Wilson,Emma (NA5-1830)
**Created On:** June 26, 2018, 5:19:34 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | January 31, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| Pack Singles | Scan Verify ItemPacked Small EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 13, 2018, 5:00:00 AM | | | | | | |
| June 06, 2018, 5:00:00 AM | | | | | | |
| May 30, 2018, 5:00:00 AM | | | | | | |
| May 23, 2018, 5:00:00 AM | | | | | | |
| May 16, 2018, 5:00:00 AM | | | | | | |
| May 09, 2018, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮    **Date:** June 26, 2018, 5:19:34 AM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)    **Date:** June 26, 2018, 5:19:34 AM

**CONFIDENTIAL**

Acknowledged by associate on February 04, 2018, 8:27:10 PM - Delivered by San Martino,Delaney (madelane)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** San Martino,Delaney (NA5-1830)

**Created On:** February 04, 2018, 8:27:10 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | January 24, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Medium EACH | Level 5 | ████████████████████████████████ | | | | | | |
| Pack Singles | Scan Verify ItemPacked Small EACH | Level 5 | ████████████████████████████████ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 24, 2018, 5:00:00 AM | ████████████████████████████ | | | | | |
| January 17, 2018, 5:00:00 AM | ████████████████████████████ | | | | | |
| January 10, 2018, 5:00:00 AM | ████████████████████████████ | | | | | |
| January 03, 2018, 5:00:00 AM | ████████████████████████████ | | | | | |
| December 27, 2017, 5:00:00 AM | ████████████████████████████ | | | | | |
| December 20, 2017, 5:00:00 AM | ████████████████████████████ | | | | | |

## Associate Comments



**Associate Signature:** ████████████████        **Date:** February 04, 2018, 8:27:10 PM


**Manager Signature:** Acknowledged by San Martino,Delaney (BadgeID: 11364877)        **Date:** February 04, 2018, 8:27:10 PM

**CONFIDENTIAL**

Refused to sign by associate on July 05, 2019, 10:16:28 AM - Delivered by Ribble,Jack (jackii)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** July 05, 2019, 10:16:28 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | April 28, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **9**, As of: **July 05, 2019**

## Associate Comments

Associate says it should be 19, vacation was approved by HR Tanya on Wednesday/

**Associate Signature:** ███████████                 **Date:** July 05, 2019, 10:16:28 AM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)        **Date:** July 05, 2019, 10:16:28 AM

**CONFIDENTIAL**

Acknowledged by associate on May 01, 2019, 1:00:10 PM - Delivered by Ribble,Jack (jackii)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** Ribble,Jack (DK7-0730)

**Created On:** May 01, 2019, 1:00:10 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | September 20, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **13**, As of: **May 01, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████        **Date:** May 01, 2019, 1:00:10 PM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)        **Date:** May 01, 2019, 1:00:10 PM

**CONFIDENTIAL**

Acknowledged by associate on September 20, 2018, 8:04:59 AM - Delivered by McKinnie,Chanae (chanamck)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** McKinnie,Chanae (DK7-0730)
**Created On:** September 20, 2018, 8:04:59 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | April 19, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2018**, Current UPT Balance is **13**, As of: **September 20, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮                    **Date:** September 20, 2018, 8:04:59 AM

**Manager Signature:** Acknowledged by McKinnie,Chanae (BadgeID: 12233866)                    **Date:** September 20, 2018, 8:04:59 AM

**CONFIDENTIAL**                    **AMZ-BRY001540**

**CONFIDENTIAL**

Acknowledged by associate on April 20, 2018, 7:31:08 AM - Delivered by Domio,Saquae (saquad)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** Domio,Saquae (DK7-0730)

**Created On:** April 20, 2018, 7:31:08 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | January 25, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **13**, As of: **April 19, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** April 20, 2018, 7:31:08 AM

**Manager Signature:** Acknowledged by Domio,Saquae (BadgeID: 11111531)          **Date:** April 20, 2018, 7:31:08 AM

**CONFIDENTIAL**

Acknowledged by associate on January 26, 2018, 9:09:07 AM - Delivered by Ray,Alicia Marie (rayalici)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Ray,Alicia Marie (DK7-0730)
**Created On:** January 26, 2018, 9:09:07 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | September 08, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**, Current UPT Balance is **7**, As of: **January 25, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           **Date:** January 26, 2018, 9:09:07 AM

**Manager Signature:** Acknowledged by Ray,Alicia Marie (BadgeID: 12266196)           **Date:** January 26, 2018, 9:09:07 AM

**CONFIDENTIAL**

Acknowledged by associate on September 13, 2017, 11:58:32 AM - Delivered by Bushner,Jacob P (jpbushne)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** <span style="background:black">        </span>
**Manager Name:** Bushner,Jacob P (DK7-0730)
**Created On:** September 13, 2017, 11:58:32 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **10**, As of: **September 08, 2017**

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by <span style="background:black">       </span>          **Date:** September 13, 2017, 11:58:32 AM

**Manager Signature:** Acknowledged by Bushner,Jacob P (BadgeID: 0078754)          **Date:** September 13, 2017, 11:58:32 AM

**CONFIDENTIAL**

Acknowledged by associate on February 10, 2021, 1:17:48 PM - Delivered by Frenzel,Sofya (sofyf)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▇▇▇▇▇▇▇
**Manager Name:** Tanner,Muneer (DK7-0715)
**Created On:** February 10, 2021, 1:17:49 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 5 | October 09, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2021**, Current UPT Balance is **15**, As of: **February 10, 2021**

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇            **Date:** February 10, 2021, 1:17:48 PM

**Manager Signature:** Acknowledged by Frenzel,Sofya (BadgeID: 13302801)            **Date:** February 10, 2021, 1:17:48 PM

**CONFIDENTIAL**

Acknowledged by associate on December 12, 2019, 8:55:44 AM - Delivered by alicea,yelisabeth (yelisaba)



# Supportive Feedback Document
# Behavioral - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Ribble III,Jack Tremaine (DK7-0730)
**Created On:** December 12, 2019, 8:55:44 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | September 05, 2019, 11:55:21 AM |
| Verbal Coaching | 2 | May 09, 2019, 12:08:54 AM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 12/4/2019 was reported that you and another associate hug each other during these incident you tried to kiss her without her consent in wish she pushed you repeatedly. These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮          **Date:** December 12, 2019, 8:55:44 AM

**Manager Signature:** Acknowledged by alicea,yelisabeth (BadgeID: 0188334)          **Date:** December 12, 2019, 8:55:44 AM

**CONFIDENTIAL**          **AMZ-BRY001545**

**CONFIDENTIAL**

Acknowledged by associate on September 11, 2019, 2:32:45 PM - Delivered by Ribble III,Jack Tremaine (jackii)



# Supportive Feedback Document
# Behavioral - Documented Coaching



### Associate Name: ▮▮▮▮▮▮▮▮▮▮
### Manager Name: Ribble III,Jack Tremaine (DK7-0730)
### Created On: September 11, 2019, 2:32:45 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Coaching | 3 | May 09, 2019, 12:08:54 AM |
| Documented Coaching | 4 | February 05, 2019, 4:15:26 PM |

## Details of Current Incident/Specific Concerns

During the week between 08/28/2019 and 09/03/2019, you created 22 pieces of Amnesty while working in Pick . In order for Amazon to meet our high customer service standards, it is critical for each member of the team to do their part to ensure bins are left in an organized and safe condition. You have a vital role in managing the flow of products to our customers by minimizing unnecessary re-work in process (Amnesty, False Shorts, Problem Solve, etc.)

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮           **Date:** September 11, 2019, 2:32:45 PM

**Manager Signature:** Acknowledged by Ribble III,Jack Tremaine (BadgeID: 12266802)           **Date:** September 11, 2019, 2:32:45 PM

**CONFIDENTIAL**

Acknowledged by associate on February 05, 2019, 4:37:07 PM - Delivered by Mesina,Mandy (mesin)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** February 05, 2019, 4:37:07 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | April 22, 2018, 8:39:41 AM |
| Verbal Coaching | 4 | January 29, 2019, 11:06:59 PM |
| Documented Coaching | 5 | January 03, 2019, 5:20:47 PM |

## Details of Current Incident/Specific Concerns

On 2/5/19, you clocked in for the start of your shift at 7:24 AM. Your scheduled start time on this day was scheduled start time and you were not approved to clock in early. There was no operational reason why you should have clocked in early on this day. A seek to understand conversation took place with you on 2/5/19 to which you stated you thought it was after 7:25 and will be more careful in the future. I coached the AA on early in expectations. Going forward, you are required to obtain approval from your management team before clocking in prior to your scheduled shift start time. If you believe there is a reason for you to report to work prior to your start time, you should gain approval from your Leadership team in advance. Not gaining approval for early clock-ins or late clock-outs may result in further corrective action up to and including termination.

## Areas of Improvement Required by Associate

This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮      **Date:** February 05, 2019, 4:37:07 PM

**Manager Signature:** Acknowledged by Mesina,Mandy (BadgeID: 12220451)      **Date:** February 05, 2019, 4:37:07 PM

**CONFIDENTIAL**

Acknowledged by associate on January 03, 2019, 5:40:14 PM - Delivered by Ribble,Jack (jackii)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** January 03, 2019, 5:40:14 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 3 | October 10, 2018, 11:36:19 PM |
| First Written | 1 | April 22, 2018, 8:39:41 AM |
| Documented Coaching | 4 | December 08, 2018, 2:18:48 PM |

## Details of Current Incident/Specific Concerns

On the shift starting 1/3/19, you were observed to be in violation of our 15 minute break policy by taking an extended break of 20 minutes during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies , or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct. During the STU, you stated that you went to get a drink of water at 3:11 but forgot to scan an item before going on break.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

(empty box)

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮ )                    **Date:** January 03, 2019, 5:40:14 PM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)                    **Date:** January 03, 2019, 5:40:14 PM

**CONFIDENTIAL**                                    **AMZ-BRY001548**

**CONFIDENTIAL**

Acknowledged by associate on December 08, 2018, 2:53:21 PM - Delivered by Ribble,Jack (jackii)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▇▇▇▇▇▇▇▇
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** December 08, 2018, 2:53:21 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | April 22, 2018, 8:39:41 AM |
| Documented Coaching | 3 | October 30, 2018, 5:25:22 PM |
| Verbal Coaching | 3 | October 10, 2018, 11:36:19 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Security policy. On 12/7/18 at 6:04am, you failed the screening process by carrying an unregistered asset through the security checkpoint. It is against Amazon's Security policy for Associates to have unregistered electronic devices in working areas (on the fulfillment center floor, in restrooms, or other work areas). Electronic devices may be used during lunch and breaks in a non-working area such as a break room or outside the facility.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Security policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

```



```

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇▇                **Date:** December 08, 2018, 2:53:21 PM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)                **Date:** December 08, 2018, 2:53:21 PM

CONFIDENTIAL

Acknowledged by associate on October 30, 2018, 5:29:45 PM - Delivered by Mesina,Mandy (mesin)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** McKinnie,Chanae (DK7-0730)
**Created On:** October 30, 2018, 5:29:45 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 3 | October 10, 2018, 11:36:19 PM |
| First Written | 1 | April 22, 2018, 8:39:41 AM |
| Documented Coaching | 3 | May 24, 2018, 3:53:10 AM |

## Details of Current Incident/Specific Concerns

On the shift starting 10/30/2018, you were observed to be in violation of our 15 minute break policy by taking an extended break of 21 minutes during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies , or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct. During the STU, you stated that you don't know what happened.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

## 

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** October 30, 2018, 5:29:45 PM

**Manager Signature:** Acknowledged by Mesina,Mandy (BadgeID: 12220451)          **Date:** October 30, 2018, 5:29:45 PM

**CONFIDENTIAL**

Acknowledged by associate on May 25, 2018, 11:21:02 AM - Delivered by Ming,Shawn (shawming)

# Supportive Feedback Document
# Behavioral - Documented Coaching




**Associate Name:** ███████
**Manager Name:** Ming,Shawn (DK7-0730)
**Created On:** May 25, 2018, 11:21:02 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | April 08, 2018, 11:22:01 PM |
| Documented Coaching | 2 | April 11, 2018, 9:45:18 AM |
| First Written | 1 | April 22, 2018, 8:39:41 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. On 05/23/18 you failed to check in a scanner that you checked out and used for the day, prior to leaving. Expectations have been set that when you check out a scanner it is required that you check the scanner back in before leaving for the day as part of standard work. The policy classifies failure to carry out a work assignment in an efficient, responsible, and acceptable manner as a violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████          **Date:** May 25, 2018, 11:21:02 AM

**Manager Signature:** Acknowledged by Ming,Shawn (BadgeID: 11353910)          **Date:** May 25, 2018, 11:21:02 AM

**CONFIDENTIAL**

Acknowledged by associate on April 26, 2018, 8:02:46 AM - Delivered by Domio,Saquae (saquad)



# Supportive Feedback Document
# Behavioral - First Written



**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Domio,Saquae (DK7-0730)
**Created On:** April 26, 2018, 8:02:46 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | April 11, 2018, 9:45:18 AM |
| Verbal Coaching | 2 | April 08, 2018, 11:22:01 PM |

## Details of Current Incident/Specific Concerns

&quot;What are Pick Error Indicators? Pick Error Indicators are adjustments that were made in picked containers. In each of these instances, a downstream adjustment was made on an ASIN that was picked into the container and no other picker touched the container before the adjustment. Root causes include picking the wrong item, picking the wrong quantity, picking into the wrong tote, and not properly closing out totes. Error Family: Pick Error Type: Indicator Errors Discovered: ▮ Date Error Discovered: 04/21/2018 Units Processed: ▮▮▮▮▮▮▮▮ What is quality DPMO? DPMO stands for Defects Per Million Opportunities and is a ratio to determine where your performance falls as compared to other associates in the building. This ratio allows for all associates to be evaluated by the same measure. How do we calculate DPMO? The number of defects caused by user error and divide that by the total number of units processed. For example, ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮. &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮          **Date:** April 26, 2018, 8:02:46 AM

**Manager Signature:** Acknowledged by Domio,Saquae (BadgeID: 11111531)          **Date:** April 26, 2018, 8:02:46 AM

**CONFIDENTIAL**

Acknowledged by associate on April 20, 2018, 7:31:54 AM - Delivered by Domio,Saquae (saquad)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Domio,Saquae (DK7-0730)
**Created On:** April 20, 2018, 7:31:54 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | March 15, 2018, 1:23:47 AM |
| Documented Coaching | 1 | November 29, 2017, 9:47:21 AM |

## Details of Current Incident/Specific Concerns

&quot;What are Pick Error Indicators? Pick Error Indicators are adjustments that were made in picked containers. In each of these instances, a downstream adjustment was made on an ASIN that was picked into the container and no other picker touched the container before the adjustment. Root causes include picking the wrong item, picking the wrong quantity, picking into the wrong tote, and not properly closing out totes. Error Family: Pick Error Type: Indicator Errors Discovered: ▮ Date Error Discovered: 04/10/2018 Units Processed: ▮▮▮▮▮▮▮▮▮▮ What is quality DPMO? DPMO stands for Defects Per Million Opportunities and is a ratio to determine where your performance falls as compared to other associates in the building. This ratio allows for all associates to be evaluated by the same measure. How do we calculate DPMO? The number of defects caused by user error and divide that by the total number of units processed. For example, ▮▮▮▮▮▮▮▮▮▮▮▮▮ . &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮        **Date:** April 20, 2018, 7:31:54 AM

**Manager Signature:** Acknowledged by Domio,Saquae (BadgeID: 11111531)        **Date:** April 20, 2018, 7:31:54 AM

**CONFIDENTIAL**

Acknowledged by associate on December 15, 2017, 12:49:04 PM - Delivered by LLuberes,Rodolfo Antonio (lluberes)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████
**Manager Name:** Ray,Alicia Marie (DK7-0730)
**Created On:** December 15, 2017, 12:49:04 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

&quot;What are Pick Error Indicators? Pick Error Indicators are adjustments that were made in picked containers. In each of these instances, a downstream adjustment was made on an ASIN that was picked into the container and no other picker touched the container before the adjustment. Root causes include picking the wrong item, picking the wrong quantity, picking into the wrong tote, and not properly closing out totes. Error Family: Pick Error Type: Indicator Errors Discovered: █ Date Error Discovered: 11/29/2017 Units Processed: █████████ What is quality DPMO? DPMO stands for Defects Per Million Opportunities and is a ratio to determine where your performance falls as compared to other associates in the building. This ratio allows for all associates to be evaluated by the same measure. How do we calculate DPMO? The number of defects caused by user error and divide that by the total number of units processed. For example, █. ████████. &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** December 15, 2017, 12:49:04 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo Antonio (BadgeID: 0044828)          **Date:** December 15, 2017, 12:49:04 PM

**CONFIDENTIAL**

Acknowledged by associate on January 31, 2020, 10:49:16 AM - Delivered by Tanner,Muneer (muneert)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ████████████
**Manager Name:** Ribble III,Jack Tremaine (DK7-0730)
**Created On:** January 31, 2020, 10:49:16 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | May 09, 2019, 12:08:54 AM |
| First Written | 1 | December 06, 2019, 2:37:56 PM |
| Documented Coaching | 2 | September 05, 2019, 11:55:21 AM |

## Details of Current Incident/Specific Concerns

During the week between 01/22/2020 and 01/28/2020, you created 59 pieces of Amnesty while working in Pick. In order for Amazon to meet our high customer service standards, it is critical for each member of the team to do their part to ensure bins are left in an organized and safe condition. You have a vital role in managing the flow of products to our customers by minimizing unnecessary re-work in process (Amnesty, False Shorts, Problem Solve, etc.).

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

```
```

**Associate Signature:** Acknowledged by ████████████                              **Date:** January 31, 2020, 10:49:16 AM

**Manager Signature:** Acknowledged by Tanner,Muneer (BadgeID: 0359444)                              **Date:** January 31, 2020, 10:49:16 AM

**CONFIDENTIAL**

Acknowledged by associate on March 20, 2019, 11:05:46 AM - Delivered by Cox,Katrina (parrisk)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** March 20, 2019, 11:05:46 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | March 06, 2019 |
| Documented Coaching | 2 | November 28, 2018 |
| Verbal Positive | 14 | February 20, 2019 |
| Verbal Coaching | 2 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 4 | ██ | | ██ | ██ | ██ | ██ | |
| Pick | RF Pick ItemPicked Medium EACH | Level 5 | ██ | █ | ████ | ██ | ██ | | █ |
| Pick | RF Pick ItemPicked Small EACH | Level 5 | ██ | █ | ███ | ██ | ██ | | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 13, 2019, 5:00:00 AM | ██ | | ██ | | ██ | ██ |
| March 06, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| February 27, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| February 20, 2019, 5:00:00 AM | █ | | █ | █ | █ | █ |
| February 13, 2019, 5:00:00 AM | ██ | █ | ███ | ██ | | █ |
| February 06, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████     **Date:** March 20, 2019, 11:05:46 AM

**Manager Signature:** Acknowledged by Cox,Katrina (BadgeID: 0000445)     **Date:** March 20, 2019, 11:05:46 AM

**CONFIDENTIAL**          **AMZ-BRY001556**

**CONFIDENTIAL**

Acknowledged by associate on March 14, 2019, 7:39:30 AM - Delivered by Ribble,Jack (jackii)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▆▆▆▆▆▆▆▆
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** March 14, 2019, 7:39:30 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 16 | February 20, 2019 |
| Documented Coaching | 2 | November 28, 2018 |
| Verbal Coaching | 2 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 4 | ▆ | ▆ | ▆▆▆ | | ▆ | ▆ | ▆ |
| Pick | RF Pick ItemPicked Medium EACH | Level 5 | ▆ | ▆ | ▆▆ | | ▆ | ▆ | ▆ |
| Pick | RF Pick ItemPicked Small EACH | Level 5 | ▆ | ▆ | ▆▆ | | ▆ | ▆ | ▆ |
| Transfer Out Pick | RF Pick Transship ItemPicked Medium EACH | Level 5 | ▆ | ▆ | ▆▆ | | ▆ | ▆ | ▆ |
| Transfer Out Pick | RF Pick Transship ItemPicked Small EACH | Level 5 | ▆ | ▆ | ▆▆ | | ▆ | ▆ | ▆ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 27, 2019, 5:00:00 AM | ▆ | ▆ | | ▆ | ▆ | |
| February 20, 2019, 5:00:00 AM | ▆ | ▆ | ▆ | ▆ | ▆ | |
| February 13, 2019, 5:00:00 AM | ▆ | ▆ | ▆▆ | ▆ | ▆ | |
| February 06, 2019, 5:00:00 AM | ▆ | ▆ | ▆ ▆ | ▆ | ▆ | |
| January 30, 2019, 5:00:00 AM | ▆ | ▆ | ▆▆ | ▆ | ▆ | |
| January 23, 2019, 5:00:00 AM | ▆ | ▆ | ▆▆ | ▆ | ▆ | |

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▆▆▆▆▆▆▆▆                     **Date:** March 14, 2019, 7:39:30 AM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)                     **Date:** March 14, 2019, 7:39:30 AM

**CONFIDENTIAL**

Acknowledged by associate on June 07, 2017, 2:04:12 PM - Delivered by Berry,Ashley (berashl)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Bushner,Jacob P (DK7-0730)
**Created On:** June 07, 2017, 2:04:12 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 5 | May 17, 2017 |
| Verbal Positive | 10 | May 10, 2017 |
| Documented Coaching | 3 | May 24, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | ▮ | ▮▮▮▮ | | | ▮▮ | ▮▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | ▮ | ▮ | ▮▮ | | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 31, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮▮ | ▮▮ | |
| May 24, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮ |
| May 17, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮ |
| May 10, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮ |
| May 03, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮ |
| April 26, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮                    **Date:** June 07, 2017, 2:04:12 PM

**Manager Signature:** Acknowledged by Berry,Ashley (BadgeID: 11349337)                    **Date:** June 07, 2017, 2:04:12 PM

**CONFIDENTIAL**                                   **AMZ-BRY001558**

CONFIDENTIAL

CONFIDENTIAL

**CONFIDENTIAL**

Acknowledged by associate on April 25, 2019, 11:17:44 AM - Delivered by Ribble,Jack (jackii)

# Supportive Feedback Document
# Productivity - First Written





**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** April 25, 2019, 11:17:45 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | March 20, 2019 |
| Documented Coaching | 2 | November 28, 2018 |
| Verbal Positive | 15 | April 17, 2019 |
| Verbal Coaching | 1 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 5 | ▮ | | ▮▮▮▮ | | ▮ | ▮ | ▮ |
| Pick | RF Pick ItemPicked Medium EACH | Level 5 | ▮ | | ▮▮▮▮ | | ▮ | ▮ | ▮ |
| Pick | RF Pick ItemPicked Small EACH | Level 5 | ▮ | | ▮▮▮ | | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮ | | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Small EACH | Level 5 | ▮ | ▮ | ▮▮▮ | | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 17, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮ | | |
| April 10, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮ | | |
| April 03, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮ | | |
| March 27, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮ | | |
| March 20, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮ | | |
| March 13, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮ | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮

**Date:** April 25, 2019, 11:17:44 AM

**CONFIDENTIAL**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)          **Date:** April 25, 2019, 11:17:44 AM

**CONFIDENTIAL**

Acknowledged by associate on May 23, 2019, 5:14:28 PM - Delivered by Ribble,Jack (jackii)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ████████████
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** May 23, 2019, 5:14:28 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 18 | May 15, 2019 |
| Documented Coaching | 1 | November 28, 2018 |
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | November 14, 2018 |
| Documented Positive | 2 | March 20, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Medium EACH | Level 5 | ██ | ██ | ██████ | ████████ | ████ | █████ | █ |
| Pick | RF Pick ItemPicked Small EACH | Level 5 | ██ | ██ | ██████ | ████████ | ████ | █████ | █ |
| Transfer Out Pick | RF Pick Transship ItemPicked Medium EACH | Level 5 | ██ | ██ | ██████ | ████████ | ████ | █████ | █ |
| Transfer Out Pick | RF Pick Transship ItemPicked Small EACH | Level 5 | ██ | ██ | ██████ | ████████ | ████ | █████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 15, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | |
| May 08, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | |
| May 01, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | |
| April 24, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | |
| April 17, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | |
| April 10, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ██████████████          **Date:** May 23, 2019, 5:14:28 PM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)          **Date:** May 23, 2019, 5:14:28 PM

**CONFIDENTIAL**                    **AMZ-BRY001563**

**CONFIDENTIAL**

Acknowledged by associate on November 29, 2018, 5:21:35 PM - Delivered by Ribble,Jack (jackii)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** November 29, 2018, 5:21:35 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | May 02, 2018 |
| Verbal Positive | 11 | September 05, 2018 |
| Verbal Coaching | 3 | November 14, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Medium EACH | Level 5 | ▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ |
| Pick | RF Pick ItemPicked Small EACH | Level 5 | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Small EACH | Level 5 | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 21, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| November 14, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| November 07, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| October 31, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| October 24, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| October 17, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮                    **Date:** November 29, 2018, 5:21:35 PM

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)                    **Date:** November 29, 2018, 5:21:35 PM

**CONFIDENTIAL**

Acknowledged by associate on May 04, 2018, 1:31:23 PM - Delivered by Ming,Shawn (shawming)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching




**Associate Name:** ▇▇▇▇▇
**Manager Name:** Domio,Saquae (DK7-0730)
**Created On:** May 04, 2018, 1:31:23 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | May 24, 2017 |
| Verbal Coaching | 3 | March 28, 2018 |
| First Written | 1 | June 07, 2017 |
| Verbal Positive | 17 | April 11, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 3 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Pick | RF Pick ItemPicked Medium EACH | Level 5 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Pick | RF Pick ItemPicked Small EACH | Level 5 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Transfer Out Pick | RF Pick Transship ItemPicked Medium EACH | Level 5 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Transfer Out Pick | RF Pick Transship ItemPicked Small EACH | Level 5 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 25, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | | |
| April 18, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | ▇ | |
| April 11, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | ▇ | |
| April 04, 2018, 5:00:00 AM | | ▇ | ▇ | ▇ | ▇ | |
| March 28, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | ▇ | |
| March 21, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | ▇ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ███████████████     **Date:** May 04, 2018, 1:31:23 PM

**Manager Signature:** Acknowledged by Ming,Shawn (BadgeID: 11353910)     **Date:** May 04, 2018, 1:31:23 PM

**CONFIDENTIAL**

Acknowledged by associate on May 25, 2017, 5:02:01 PM - Delivered by LLuberes,Rodolfo Antonio (lluberes)





# Supportive Feedback Document
# Productivity Trend - Documented Coaching

**Associate Name:** ▉▉▉▉▉▉▉
**Manager Name:** Googins,Stanley Joseph (DK7-0730)
**Created On:** May 25, 2017, 5:02:01 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 10 | May 10, 2017 |
| Verbal Coaching | 5 | May 17, 2017 |
| Documented Coaching | 2 | March 15, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 17, 2017, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | |
| May 10, 2017, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | |
| May 03, 2017, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | |
| April 26, 2017, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | |
| April 19, 2017, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | |
| April 12, 2017, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉▉▉ )          **Date:** May 25, 2017, 5:02:01 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo Antonio (BadgeID: 0044828)          **Date:** May 25, 2017, 5:02:01 PM

**CONFIDENTIAL**                    **AMZ-BRY001568**

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY001569

**CONFIDENTIAL**

Acknowledged by associate on March 18, 2017, 8:21:39 AM - Delivered by Skudera,Samantha Carol (skuderas)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** March 18, 2017, 8:21:39 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 4 | February 15, 2017 |
| Documented Coaching | 1 | December 07, 2016 |
| Verbal Positive | 6 | February 22, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 08, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| March 01, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| February 22, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| February 15, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| February 08, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| February 01, 2017, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ )                    **Date:** March 18, 2017, 8:21:39 AM

**Manager Signature:** Acknowledged by Skudera,Samantha Carol (BadgeID: 11349640)                    **Date:** March 18, 2017, 8:21:39 AM

**CONFIDENTIAL**                    **AMZ-BRY001570**

CONFIDENTIAL

CONFIDENTIAL

**CONFIDENTIAL**

Acknowledged by associate on December 08, 2016, 11:33:51 AM - Delivered by Campbell,Mitchell Thomas (campmitc)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** December 08, 2016, 11:33:51 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 3 | November 30, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 4 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pick | RF Pick ItemPicked Total EACH | Level 4 | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Total EACH | Level 4 | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 30, 2016, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| November 23, 2016, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| November 16, 2016, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| November 09, 2016, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| November 02, 2016, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| October 26, 2016, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

 

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮         **Date:** December 08, 2016, 11:33:51 AM

**Manager Signature:** Acknowledged by Campbell,Mitchell Thomas (BadgeID: 11354103)         **Date:** December 08, 2016, 11:33:51 AM

CONFIDENTIAL

CONFIDENTIAL          AMZ-BRY001573

**CONFIDENTIAL**

Acknowledged by associate on June 19, 2019, 2:50:05 PM - Delivered by Ribble,Jack (jackii)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** June 19, 2019, 2:50:05 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | May 22, 2019 |
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | November 14, 2018 |
| Verbal Positive | 20 | June 12, 2019 |
| Documented Positive | 2 | March 20, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| IC-QA-CS | SBC - Other SimpleBinCount Total EACH | Level 5 | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| Pick | RF Pick ItemPicked Medium EACH | Level 5 | ▮ | ▮▮▮ | ▮▮ | | ▮ | ▮ | ▮ |
| Pick | RF Pick ItemPicked Small EACH | Level 5 | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Transfer Out Pick | RF Pick Transship ItemPicked Small EACH | Level 5 | ▮ | ▮ | ▮ | | ▮ | | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 12, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮ | | ▮ |
| June 05, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮ | | ▮ |
| May 29, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮ | | ▮ |
| May 22, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | | ▮ |
| May 15, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮ | | ▮ |
| May 08, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮ | | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by █████████████████      **Date:** June 19, 2019, 2:50:05 PM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)      **Date:** June 19, 2019, 2:50:05 PM

**CONFIDENTIAL**

Acknowledged by associate on April 26, 2017, 2:55:17 PM - Delivered by Rush,Sarah (sararush)





# Supportive Feedback Document
# Quality - Documented Positive

**Associate Name:** ██████████
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** April 26, 2017, 2:55:17 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 4 | April 19, 2017, 5:00:00 AM |
| Documented Coaching | 1 | November 16, 2016, 5:00:00 AM |
| Verbal Coaching | 2 | March 08, 2017, 5:00:00 AM |
| First Written | 1 | December 14, 2016, 5:00:00 AM |
| Documented Positive | 4 | February 22, 2017, 5:00:00 AM |

## Details of Current Incident/Specific Concerns    * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | - | █ | ██ | ██ |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 19, 2017 | ██ | █ | | ██ | █ |
| April 12, 2017 | ██ | █ | | ███ | █ |
| April 05, 2017 | ██ | █ | █ | ██ | █ |
| March 29, 2017 | ██ | █ | ██ | ██ | █ |
| March 22, 2017 | ██ | █ | ██ | ██ | █ |
| March 15, 2017 | ██ | █ | █ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████     **Date:** April 26, 2017, 2:55:17 PM

**Manager Signature:** Acknowledged by Rush,Sarah (BadgeID: 0244954)     **Date:** April 26, 2017, 2:55:17 PM

**CONFIDENTIAL**          **AMZ-BRY001576**

CONFIDENTIAL

AMZ-BRY001577

**CONFIDENTIAL**

Acknowledged by associate on February 22, 2017, 2:57:42 PM - Delivered by Van Note Jr,Ronald (ronanote)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** February 22, 2017, 2:57:42 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | November 16, 2016, 5:00:00 AM |
| Documented Positive | 3 | February 08, 2017, 5:00:00 AM |
| First Written | 1 | December 14, 2016, 5:00:00 AM |
| Verbal Positive | 2 | February 01, 2017, 5:00:00 AM |
| Verbal Coaching | 1 | November 09, 2016, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | - | ▮ | ▮▮▮ | ▮▮▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 15, 2017 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |
| February 08, 2017 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |
| February 01, 2017 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |
| January 25, 2017 | ▮ | ▮ | ▮ | ▮▮ | ▮ |
| January 18, 2017 | ▮ | ▮ | ▮ | ▮▮▮▮ | ▮ |
| January 11, 2017 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮        **Date:** February 22, 2017, 2:57:42 PM

**Manager Signature:** Acknowledged by Van Note Jr,Ronald (BadgeID: 0101056)        **Date:** February 22, 2017, 2:57:42 PM

**CONFIDENTIAL**                    **AMZ-BRY001578**

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY001579

**CONFIDENTIAL**

Acknowledged by associate on February 09, 2017, 11:57:29 AM - Delivered by Van Note Jr,Ronald (ronanote)





# Supportive Feedback Document
# Quality - Documented Positive

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** February 09, 2017, 11:57:29 AM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | January 18, 2017, 5:00:00 AM |
| Documented Coaching | 1 | November 16, 2016, 5:00:00 AM |
| Verbal Coaching | 1 | November 09, 2016, 5:00:00 AM |
| Verbal Positive | 2 | February 01, 2017, 5:00:00 AM |
| First Written | 1 | December 14, 2016, 5:00:00 AM |

## Details of Current Incident/Specific Concerns    * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | - | ▮ | ▮▮ | ▮▮ |

## Error Listing    * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 01, 2017 | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| January 25, 2017 | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| January 18, 2017 | ▮▮ | ▮ | ▮▮▮▮ | ▮▮ | ▮ |
| January 11, 2017 | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| January 04, 2017 | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| December 28, 2016 | ▮▮ | ▮ | ▮ | ▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮    **Date:** February 09, 2017, 11:57:29 AM

**Manager Signature:** Acknowledged by Van Note Jr,Ronald (BadgeID: 0101056)    **Date:** February 09, 2017, 11:57:29 AM

**CONFIDENTIAL**                    **AMZ-BRY001580**

CONFIDENTIAL

AMZ-BRY001581

**CONFIDENTIAL**

Acknowledged by associate on January 18, 2017, 2:09:02 PM - Delivered by Clemons,Maurice (maclemon)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▓▓▓▓▓▓▓
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** January 18, 2017, 2:09:02 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | December 14, 2016, 5:00:00 AM |
| Documented Coaching | 1 | November 16, 2016, 5:00:00 AM |
| Documented Positive | 1 | January 11, 2017, 5:00:00 AM |
| Verbal Coaching | 1 | November 09, 2016, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | - | ▓ | ▓▓▓ | ▓▓ |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 11, 2017 | ▓▓ | ▓ | ▓ | ▓▓ | ▓ |
| January 04, 2017 | ▓▓ | ▓ | ▓ | ▓▓ | ▓ |
| December 28, 2016 | ▓▓ | ▓ | ▓ | ▓▓ | ▓ |
| December 21, 2016 | ▓▓ | ▓ | ▓ | ▓▓ | ▓ |
| December 07, 2016 | ▓▓ | ▓ | ▓▓▓▓▓ | ▓ | ▓ |

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓▓        **Date:** January 18, 2017, 2:09:02 PM

**Manager Signature:** Acknowledged by Clemons,Maurice (BadgeID: 0085299)        **Date:** January 18, 2017, 2:09:02 PM

**CONFIDENTIAL**

Acknowledged by associate on January 12, 2017, 1:42:58 PM - Delivered by Van Note Jr,Ronald (ronanote)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** January 12, 2017, 1:42:58 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | November 16, 2016, 5:00:00 AM |
| Verbal Coaching | 1 | November 09, 2016, 5:00:00 AM |
| First Written | 1 | December 14, 2016, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | - | ▮ | ▮▮ | ▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 04, 2017 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |
| December 28, 2016 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |
| December 21, 2016 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |
| December 07, 2016 | ▮▮ | ▮ | ▮▮▮▮ | | ▮ |
| November 30, 2016 | ▮▮ | ▮ | ▮ | ▮▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮                **Date:** January 12, 2017, 1:42:58 PM

**Manager Signature:** Acknowledged by Van Note Jr,Ronald (BadgeID: 0101056)                **Date:** January 12, 2017, 1:42:58 PM

**CONFIDENTIAL**                                    **AMZ-BRY001583**

**CONFIDENTIAL**

Acknowledged by associate on December 17, 2016, 8:24:46 AM - Delivered by Skudera,Samantha Carol (skuderas)



# Supportive Feedback Document
# Quality - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮)
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** December 17, 2016, 8:24:46 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | November 16, 2016, 5:00:00 AM |
| Verbal Coaching | 1 | November 09, 2016, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | Wrong Adjustment | ▮ | ▮▮▮ | ▮▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| December 07, 2016, 12:24:24 AM | Pick | Wrong Adjustment | |
| December 06, 2016, 8:56:45 AM | Pick | Wrong Adjustment | |
| December 06, 2016, 4:00:12 AM | Pick | Wrong Adjustment | |
| December 05, 2016, 11:04:55 PM | Pick | Wrong Adjustment | |

**CONFIDENTIAL**                    **AMZ-BRY001584**

**CONFIDENTIAL**

|  |  |  |  |
|---|---|---|---|
|  |  |  | ▮ |
|  |  |  | ▮▮▮ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| December 07, 2016 | ▮ | ▮ | ▮▮▮ | ▮▮▮▮ | ▮ |
| November 30, 2016 | ▮ | ▮ | ▮ ▮ | ▮▮▮ | ▮ |
| November 23, 2016 | ▮ | ▮ | ▮▮▮ | ▮▮▮▮ | ▮ |
| November 16, 2016 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |
| November 09, 2016 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |
| November 02, 2016 | ▮ | ▮ | ▮▮▮ | ▮▮▮▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮                              **Date:** December 17, 2016, 8:24:46 AM

**Manager Signature:** Acknowledged by Skudera,Samantha Carol (BadgeID: 11349640)                              **Date:** December 17, 2016, 8:24:46 AM

**CONFIDENTIAL**                              **AMZ-BRY001585**

**CONFIDENTIAL**

Acknowledged by associate on September 13, 2017, 11:59:00 AM - Delivered by Bushner,Jacob P (jpbushne)

# Supportive Feedback Document
# Quality - Final Written





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Bushner,Jacob P (DK7-0730)
**Created On:** September 13, 2017, 11:59:00 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | November 16, 2016, 5:00:00 AM |
| Verbal Coaching | 4 | August 09, 2017, 5:00:00 AM |
| Documented Positive | 5 | April 26, 2017, 5:00:00 AM |
| First Written | 1 | December 14, 2016, 5:00:00 AM |
| Verbal Positive | 5 | May 03, 2017, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | Wrong Adjustment | ▮ | ▮▮▮ | ▮▮▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| September 08, 2017, 11:20:29 AM | Pick | Wrong Adjustment | |
| September 08, 2017, 10:47:06 AM | Pick | Wrong Adjustment | |

**CONFIDENTIAL**                    **AMZ-BRY001586**

**CONFIDENTIAL**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | ███████ |  |
|  |  |  | ██████ ██ |  |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| September 06, 2017 | ██ | █ | ████ | ████ |  |
| August 23, 2017 | ██ | █ | █ | ██ | ██ |
| August 16, 2017 | ██ | █ | █ | ██ | ██ |
| August 09, 2017 | ██ | █ | █ | ██ | ██ |
| August 02, 2017 | ██ | █ | ██████ | █ | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████████        **Date:** September 13, 2017, 11:59:00 AM

**Manager Signature:** Acknowledged by Bushner,Jacob P (BadgeID: 0078754)        **Date:** September 13, 2017, 11:59:00 AM

**CONFIDENTIAL**                    **AMZ-BRY001587**

**CONFIDENTIAL**

Acknowledged by associate on November 16, 2016, 1:39:16 PM - Delivered by Skudera,Samantha Carol (skuderas)



# Supportive Feedback Document
# Quality Trend - Documented Coaching



**Associate Name:** ███████████
**Manager Name:** Skudera,Samantha Carol (DK7-0730)
**Created On:** November 16, 2016, 1:39:16 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 09, 2016, 5:00:00 AM |

## Details of Current Incident/Specific Concerns          * Expected DPMO is per error family and not per error type

You have not met Quality expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Pick | Wrong Adjustment | █ | █ | █ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| November 09, 2016, 5:45:19 AM | Pick | Wrong Adjustment | ██████ |
| November 09, 2016, 2:37:34 AM | Pick | Wrong Adjustment | ██████ |
| November 08, 2016, 12:24:05 AM | Pick | Wrong Adjustment | ██████ |
| November 08, 2016, 12:21:01 AM | Pick | Wrong Adjustment | ██████ |

**CONFIDENTIAL**                    **AMZ-BRY001588**

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| | | | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| November 09, 2016 | ■ | ■ | ██████ | ██████ | ■ |
| November 02, 2016 | ■ | ■ | ██████ | ██████ | ■ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████████         **Date:** November 16, 2016, 1:39:16 PM

**Manager Signature:** Acknowledged by Skudera,Samantha Carol (BadgeID: 11349640)         **Date:** November 16, 2016, 1:39:16 PM

**CONFIDENTIAL**

Acknowledged by associate on October 09, 2020, 2:22:55 PM - Delivered by McCoy,Bill (wmmcco)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████
**Manager Name:** McCoy,Bill (DK7-0715)
**Created On:** October 09, 2020, 2:22:55 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 5 | August 21, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2021**, Current UPT Balance is **15**, As of: **October 09, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████                    **Date:** October 09, 2020, 2:22:55 PM

**Manager Signature:** Acknowledged by McCoy,Bill (BadgeID: 12762186)                    **Date:** October 09, 2020, 2:22:55 PM

**CONFIDENTIAL**

Acknowledged by associate on August 21, 2020, 9:28:02 AM - Delivered by McCoy,Bill (wmmcco)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████
**Manager Name:** McCoy,Bill (DK7-0715)
**Created On:** August 21, 2020, 9:28:02 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | June 12, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2020**, Current UPT Balance is **13**, As of: **August 21, 2020**

## Associate Comments

**Associate Signature:** Acknowledged b█████████████████)      **Date:** August 21, 2020, 9:28:02 AM

**Manager Signature:** Acknowledged by McCoy,Bill (BadgeID: 12762186)      **Date:** August 21, 2020, 9:28:02 AM

**CONFIDENTIAL**      **AMZ-BRY001591**

**CONFIDENTIAL**

Acknowledged by associate on June 17, 2020, 11:15:11 AM - Delivered by Bixby,Jessie (jesbixby)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████
**Manager Name:** Leuck,Lawrence (DK7-0715)
**Created On:** June 17, 2020, 11:15:11 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 5 | May 28, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2020**, Current UPT Balance is **13**, As of: **June 16, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** June 17, 2020, 11:15:11 AM

**Manager Signature:** Acknowledged by Bixby,Jessie (BadgeID: 12343098)          **Date:** June 17, 2020, 11:15:11 AM

**CONFIDENTIAL**

Acknowledged by associate on June 03, 2020, 12:18:59 PM - Delivered by Bixby,Jessie (jesbixby)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Leuck,Lawrence (DK7-0715)
**Created On:** June 03, 2020, 12:18:59 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | February 28, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2020**, Current UPT Balance is **13**, As of: **May 29, 2020**

## Associate Comments

```



```

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮                    **Date:** June 03, 2020, 12:18:59 PM

**Manager Signature:** Acknowledged by Bixby,Jessie (BadgeID: 12343098)                    **Date:** June 03, 2020, 12:18:59 PM

**CONFIDENTIAL**

Acknowledged by associate on March 04, 2020, 11:47:42 AM - Delivered by Tanner,Muneer (muneert)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Tanner,Muneer (DK7-0730)
**Created On:** March 04, 2020, 11:47:42 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | December 07, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2020**. Current UPT Balance is **12**. As of: **March 01, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮                     **Date:** March 04, 2020, 11:47:42 AM

**Manager Signature:** Acknowledged by Tanner,Muneer (BadgeID: 0359444)                     **Date:** March 04, 2020, 11:47:42 AM

**CONFIDENTIAL**                                                      **AMZ-BRY001594**

**CONFIDENTIAL**

Acknowledged by associate on December 12, 2019, 10:57:53 AM - Delivered by Ribble III,Jack Tremaine (jackii)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ribble III,Jack Tremaine (DK7-0730)
**Created On:** December 12, 2019, 10:57:53 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | July 19, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **12**, As of: **December 08, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** December 12, 2019, 10:57:53 AM

**Manager Signature:** Acknowledged by Ribble III,Jack Tremaine (BadgeID: 12266802)          **Date:** December 12, 2019, 10:57:53 AM

**CONFIDENTIAL**

Acknowledged by associate on July 25, 2019, 9:03:25 AM - Delivered by Ribble,Jack (jackii)





# Supportive Feedback Document
# Unpaid Personal Time - Notice

**Associate Name:** ██████████████
**Manager Name:** Ribble,Jack (DK7-0730)
**Created On:** July 25, 2019, 9:03:25 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | July 05, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **11**, As of: **July 21, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████          **Date:** July 25, 2019, 9:03:25 AM

**Manager Signature:** Acknowledged by Ribble,Jack (BadgeID: 12266802)          **Date:** July 25, 2019, 9:03:25 AM

**CONFIDENTIAL**                                    **AMZ-BRY001596**

**CONFIDENTIAL**

Acknowledged by associate on December 12, 2019, 8:55:44 AM - Delivered by alicea,yelisabeth (yelisaba)

# Supportive Feedback Document
# Behavioral - First Written





**Associate Name:** Ansley,Daryl j (ansleyd)
**Manager Name:** Ribble III,Jack Tremaine (DK7-0730)
**Created On:** December 12, 2019, 8:55:44 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | September 05, 2019, 11:55:21 AM |
| Verbal Coaching | 2 | May 09, 2019, 12:08:54 AM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 12/4/2019 was reported that you and another associate hug each other during these incident you tried to kiss her without her consent in wish she pushed you repeatedly. These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by Ansley,Daryl j (BadgeID: 11604324)     **Date:** December 12, 2019, 8:55:44 AM

**Manager Signature:** Acknowledged by alicea,yelisabeth (BadgeID: 0188334)     **Date:** December 12, 2019, 8:55:44 AM

**CONFIDENTIAL**

Acknowledged by associate on Feb 8, 2016 9:26:28 PM - Delivered by Sauer,Paul (paulsaue)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Sauer,Paul (NL4-1800)
**Created On:** Feb 8, 2016 9:26:28 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|-------|-------|-------------|
|       |       |             |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Apr 1, 2016**, Current UPT Balance is **2**, As of: **Feb 4, 2016**

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** Feb 8, 2016 9:26:28 PM

**Manager Signature:** Acknowledged by Sauer,Paul (BadgeID: 0163427)          **Date:** Feb 8, 2016 9:26:28 PM

**CONFIDENTIAL**                    **AMZ-BRY001470**

**CONFIDENTIAL**

Acknowledged by associate on March 05, 2020, 1:44:39 PM - Delivered by Chowdhary,Sahej Singh (sahej)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▓▓▓▓▓▓▓▓▓▓
**Manager Name:** DiPietro,Ben (DB1-0730)
**Created On:** March 05, 2020, 1:44:39 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | October 09, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2020**, Current UPT Balance is **12**, As of: **March 04, 2020**

## Associate Comments

AA said it should be higher and will follow up with HR

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓▓▓▓            **Date:** March 05, 2020, 1:44:39 PM

**Manager Signature:** Acknowledged by Chowdhary,Sahej Singh (BadgeID: 11964843)            **Date:** March 05, 2020, 1:44:39 PM

**CONFIDENTIAL**

Acknowledged by associate on February 28, 2020, 1:30:55 PM - Delivered by Chowdhary,Sahej Singh (sahej)

# Supportive Feedback Document
# Behavioral - First Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** DiPietro,Ben (DB1-0730)
**Created On:** February 28, 2020, 1:30:56 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | October 25, 2019, 5:35:02 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. On 2/28/20, you admitted to using inappropriate language such Fuck and stupid for a situation that involved another associate. During the seek to understand you admitted to making the statement &quot;what the fuck is wrong with you? Are you stupid?&quot; in addition to, &quot;Do not even do that again or I will do something to you.&quot;The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮   **Date:** February 28, 2020, 1:30:55 PM

**Manager Signature:** Acknowledged by Chowdhary,Sahej Singh (BadgeID: 11964843)   **Date:** February 28, 2020, 1:30:55 PM

**CONFIDENTIAL**                    **AMZ-BRY001472**

**CONFIDENTIAL**

Acknowledged by associate on October 26, 2019, 1:16:50 PM - Delivered by DiPietro,Ben (dipieb)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████
**Manager Name:** DiPietro,Ben (DH3-0730)
**Created On:** October 26, 2019, 1:16:50 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On 10/25/19 at start of shift, you were observed to be off-task ███████████ . During a 'Seek to understand' conversation you stated that since you were a stand down, you felt that it was okay to be talking to your friends on the pack line instead of being at gatekeep where standdowns are required to be. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** October 26, 2019, 1:16:50 PM

**Manager Signature:** Acknowledged by DiPietro,Ben (BadgeID: 11612236)          **Date:** October 26, 2019, 1:16:50 PM

**CONFIDENTIAL**                    **AMZ-BRY001473**

**CONFIDENTIAL**

Acknowledged by associate on Mar 27, 2016 6:55:43 PM - Delivered by Bhayani,Zakir H (bhayaniz)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Bhayani,Zakir H (NH3-1800)
**Created On:** Mar 27, 2016 6:55:43 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Behavioral communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | Feb 8, 2016 12:10:59 AM |
| First Written | 1 | Feb 26, 2016 10:38:02 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 2.26.16 you were observed to be off-task ▮▮▮▮▮▮▮. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

AA does not agree with the Doc coach and said would speak to HR.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮              **Date:** Mar 27, 2016 6:55:43 PM

**Manager Signature:** Acknowledged by Bhayani,Zakir H (BadgeID: 11349710)              **Date:** Mar 27, 2016 6:55:43 PM

**CONFIDENTIAL**

Acknowledged by associate on Feb 29, 2016 3:00:33 AM - Delivered by Guglielmi,Bret Joseph (bgugliel)

# Supportive Feedback Document
# Behavioral - First Written




**Associate Name:** ███████████
**Manager Name:** Bhayani,Zakir H (NH3-1800)
**Created On:** Feb 29, 2016 3:00:33 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Behavioral communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | Feb 8, 2016 12:10:59 AM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 17 February 2016 you were observed to be late from the first break ████████ These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████         **Date:** Feb 29, 2016 3:00:33 AM

**Manager Signature:** Acknowledged by Guglielmi,Bret Joseph (BadgeID: 0157521)         **Date:** Feb 29, 2016 3:00:33 AM

**CONFIDENTIAL**         **AMZ-BRY001475**

**CONFIDENTIAL**

Acknowledged by associate on Feb 14, 2016 3:47:13 AM - Delivered by Werner,William N (wernerw)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** █████████████

**Manager Name:** Sauer,Paul (NL4-1800)

**Created On:** Feb 14, 2016 3:47:13 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Behavioral communications

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On shift starting 2/7/16 at 8:46 PM you were observed to come back late from first first ██████. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████        **Date:** Feb 14, 2016 3:47:13 AM

**Manager Signature:** Acknowledged by Werner,William N (BadgeID: 11177264)        **Date:** Feb 14, 2016 3:47:13 AM

**CONFIDENTIAL**                    **AMZ-BRY001476**

**CONFIDENTIAL**

Acknowledged by associate on July 01, 2020, 9:32:03 AM - Delivered by Madonia,Anthony (amadonia)



# Supportive Feedback Document
# Behavioral - Termination



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Weaver,Scott (DK7-0715)
**Created On:** July 01, 2020, 9:32:03 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Coaching | 1 | June 30, 2020, 4:42:42 PM |
| Documented Coaching | 1 | October 25, 2019, 5:35:02 PM |
| First Written | 1 | February 28, 2020, 12:47:59 PM |

## Details of Current Incident/Specific Concerns

On July 1 2020, you were given the instruction to go to B-Mod receive by your manager but you refused to go. During a 'Seek to understand' conversation you stated that you were asked if you wanted VTO but declined, you were then asked if you would go to B-Mod but declined the manager asked other associates but only had 1 associate accepted so the manager then returned and at that point gave you the instruction to go to B-Mod and you refused. The manager gave you a speech regarding refusal of instruction at that point you stated that you would then take the VTO offer, however when you went to the desk to be scanned for VTO you then refused to take the VTO. These behaviors are violations of Amazon's Standards of Conduct policy. &quot;Insubordination or intentional disregard of instructions &quot; is considered a Category 1 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in accordance with Amazon.com's Standards of Conduct, it is important that you are willing to act as a team player and follow the instruction of your leadership team. In the event that you are unable to do so, it is equally important that you communicate this to your leadership team in a professional and respectful manner. As detailed above, you have failed to meet this expectation. At this time, based on your violation of Amazon's Standards of Conduct and behavioral expectations, your employment will end effective immediately.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** July 01, 2020, 9:32:03 AM

**Manager Signature:** Acknowledged by Madonia,Anthony (BadgeID: 11998124)          **Date:** July 01, 2020, 9:32:03 AM

**CONFIDENTIAL**

Acknowledged by associate on May 10, 2019, 8:38:36 AM - Delivered by Ochoterena,Miguel (mochoter)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▇▇▇▇▇▇
**Manager Name:** Ochoterena,Miguel (DB0-ACOM)
**Created On:** May 10, 2019, 8:38:36 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | May 01, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 2 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 2 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 01, 2019, 5:00:00 AM | | | | | | |
| April 24, 2019, 5:00:00 AM | | | | | | |
| April 17, 2019, 5:00:00 AM | | | | | | |
| April 10, 2019, 5:00:00 AM | | | | | | |
| April 03, 2019, 5:00:00 AM | | | | | | |
| March 27, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

▇ is an outstanding associate and is upset that she has received documented positives for the past month and has yet to receive any swag bucks in her account. I will talk to HR about this.

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇          **Date:** May 10, 2019, 8:38:36 AM

**Manager Signature:** Acknowledged by Ochoterena,Miguel (BadgeID: 11940191)          **Date:** May 10, 2019, 8:38:36 AM

**CONFIDENTIAL**

Acknowledged by associate on May 02, 2019, 1:55:10 PM - Delivered by Ochoterena,Miguel (mochoter)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▓▓▓▓▓▓
**Manager Name:** Ochoterena,Miguel (DB0-ACOM)
**Created On:** May 02, 2019, 1:55:10 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|-------|-------|-----|----------|-----------|------------|--------------|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 2 | ███ | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 2 | ████████████████████ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|------------|--------------|-----|-----------|------------|----------|
| April 24, 2019, 5:00:00 AM | | | | | | |
| April 17, 2019, 5:00:00 AM | | | | | | |
| April 10, 2019, 5:00:00 AM | | | | | | |
| April 03, 2019, 5:00:00 AM | | | | | | |
| March 27, 2019, 5:00:00 AM | | | | | | |
| March 20, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

AA is an outstanding packer and will be rewarded 5 swag bucks this week

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓          **Date:** May 02, 2019, 1:55:10 PM

**Manager Signature:** Acknowledged by Ochoterena,Miguel (BadgeID: 11940191)          **Date:** May 02, 2019, 1:55:10 PM

**CONFIDENTIAL**

Acknowledged by associate on September 09, 2017, 4:43:44 AM - Delivered by Gianoli,Francesca (gianolif)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Gianoli,Francesca (NB1-1830)
**Created On:** September 09, 2017, 4:43:44 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 23, 2016 |
| Documented Positive | 7 | July 26, 2017 |
| Verbal Positive | 6 | July 19, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Sort-Flow | Flow Induct ItemInducted Total EACH | Level 5 | ████████████████████████ | | | | | | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 5 | ████████████████████████ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 30, 2017, 5:00:00 AM | ████████████████████████████ | | | | | |
| August 02, 2017, 5:00:00 AM | ████████████████████████████ | | | | | |
| July 26, 2017, 5:00:00 AM | ████████████████████████████ | | | | | |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ████████████████████ )       **Date:** September 09, 2017, 4:43:44 AM

**Manager Signature:** Acknowledged by Gianoli,Francesca (BadgeID: 11349660)       **Date:** September 09, 2017, 4:43:44 AM

**CONFIDENTIAL**                                          **AMZ-BRY001480**

**CONFIDENTIAL**

Acknowledged by associate on July 28, 2017, 1:49:30 PM - Delivered by Gianoli,Francesca (gianolif)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ██████████████

**Manager Name:** Gianoli,Francesca (NB1-1830)

**Created On:** July 28, 2017, 1:49:31 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 6 | July 19, 2017 |
| Verbal Coaching | 1 | November 23, 2016 |
| Documented Positive | 6 | July 05, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Sort-Flow | Flow Induct ItemInducted Total EACH | Level 5 | ███████████████████████████████████ | | | | | | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 5 | ███████████████████████████████████ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 19, 2017, 5:00:00 AM | ████████████████████████████████ | | | | | |
| July 12, 2017, 5:00:00 AM | ████████████████████████████████ | | | | | |
| July 05, 2017, 5:00:00 AM | ████████████████████████████████ | | | | | |
| June 28, 2017, 5:00:00 AM | ████████████████████████████████ | | | | | |
| June 21, 2017, 5:00:00 AM | ████████████████████████████████ | | | | | |
| June 14, 2017, 5:00:00 AM | ████████████████████████████████ | | | | | |

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by ███████████████████        **Date:** July 28, 2017, 1:49:30 PM

**Manager Signature:** Acknowledged by Gianoli,Francesca (BadgeID: 11349660)        **Date:** July 28, 2017, 1:49:30 PM

**CONFIDENTIAL**

Acknowledged by associate on July 21, 2017, 4:15:13 AM - Delivered by Gianoli,Francesca (gianolif)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Gianoli,Francesca (NB1-1830)
**Created On:** July 21, 2017, 4:15:13 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 5 | June 07, 2017 |
| Verbal Coaching | 1 | November 23, 2016 |
| Documented Positive | 5 | June 28, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Sort-Flow | Flow Induct ItemInducted Total EACH | Level 5 | | | | | | | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 4 | | | | | | | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 28, 2017, 5:00:00 AM | | | | | | |
| June 21, 2017, 5:00:00 AM | | | | | | |
| June 14, 2017, 5:00:00 AM | | | | | | |
| June 07, 2017, 5:00:00 AM | | | | | | |
| May 31, 2017, 5:00:00 AM | | | | | | |
| May 24, 2017, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████  **Date:** July 21, 2017, 4:15:13 AM

**Manager Signature:** Acknowledged by Gianoli,Francesca (BadgeID: 11349660)  **Date:** July 21, 2017, 4:15:13 AM

**CONFIDENTIAL**

Acknowledged by associate on June 30, 2017, 3:26:25 AM - Delivered by Gianoli,Francesca (gianolif)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ████████████████

**Manager Name:** Gianoli,Francesca (NB1-1830)

**Created On:** June 30, 2017, 3:26:25 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 23, 2016 |
| Verbal Positive | 5 | June 07, 2017 |
| Documented Positive | 4 | June 21, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Sort-Flow | Flow Induct ItemInducted Total EACH | Level 5 | | | | | | | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 4 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 21, 2017, 5:00:00 AM | | | | | | |
| June 14, 2017, 5:00:00 AM | | | | | | |
| June 07, 2017, 5:00:00 AM | | | | | | |
| May 31, 2017, 5:00:00 AM | | | | | | |
| May 24, 2017, 5:00:00 AM | | | | | | |
| May 17, 2017, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** June 30, 2017, 3:26:25 AM

**Manager Signature:** Acknowledged by Gianoli,Francesca (BadgeID: 11349660)          **Date:** June 30, 2017, 3:26:25 AM

**CONFIDENTIAL**

Acknowledged by associate on June 23, 2017, 1:37:01 AM - Delivered by Santos,Andre (andrsant)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████

**Manager Name:** Gianoli,Francesca (NB1-1830)

**Created On:** June 23, 2017, 1:37:01 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | June 14, 2017 |
| Verbal Coaching | 1 | November 23, 2016 |
| Verbal Positive | 5 | June 07, 2017 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 3 | ███ | ███ | ███ | ███ | ███ | ███ | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 4 | ███ | ███ | ███ | ███ | ███ | ███ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 14, 2017, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |
| June 07, 2017, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |
| May 31, 2017, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |
| May 24, 2017, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |
| May 17, 2017, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |
| May 10, 2017, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████     **Date:** June 23, 2017, 1:37:01 AM

**Manager Signature:** Acknowledged by Santos,Andre (BadgeID: 0303690)     **Date:** June 23, 2017, 1:37:01 AM

**CONFIDENTIAL**

Acknowledged by associate on June 15, 2017, 8:31:54 PM - Delivered by Gianoli,Francesca (gianolif)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████

**Manager Name:** Gianoli,Francesca (NB1-1830)

**Created On:** June 15, 2017, 8:31:54 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 5 | June 07, 2017 |
| Verbal Coaching | 1 | November 23, 2016 |
| Documented Positive | 2 | November 09, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Sort-Flow | Flow Induct ItemInducted Total EACH | Level 5 | ████████████████████████████ | | | | | | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 2 | ████████████████████████████ | | | | | | |
| Sort-Flow | Flow Rebin ItemRebinned Total EACH | Level 3 | ████████████████████████████ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 07, 2017, 5:00:00 AM | ██████████████████████████████ | | | | | |
| May 31, 2017, 5:00:00 AM | ██████████████████████████████ | | | | | |
| May 24, 2017, 5:00:00 AM | ██████████████████████████████ | | | | | |
| May 17, 2017, 5:00:00 AM | ██████████████████████████████ | | | | | |
| May 10, 2017, 5:00:00 AM | ██████████████████████████████ | | | | | |
| May 03, 2017, 5:00:00 AM | ██████████████████████████████ | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████████         **Date:** June 15, 2017, 8:31:54 PM

**Manager Signature:** Acknowledged by Gianoli,Francesca (BadgeID: 11349660)         **Date:** June 15, 2017, 8:31:54 PM

**CONFIDENTIAL**

Acknowledged by associate on November 11, 2016, 10:20:58 PM - Delivered by Docherty,Mark Brian (madocher)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Hyppolite,Mckel (NH3-1800)

**Created On:** November 11, 2016, 10:20:58 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | November 02, 2016 |
| Verbal Positive | 7 | October 26, 2016 |
| Verbal Coaching | 1 | December 09, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 3 | ███████████████████████████ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| November 02, 2016, 5:00:00 AM | | | | | | |
| October 26, 2016, 5:00:00 AM | | | | | | |
| October 19, 2016, 5:00:00 AM | | | | | | |
| October 12, 2016, 5:00:00 AM | | | | | | |
| October 05, 2016, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████          **Date:** November 11, 2016, 10:20:58 PM

**Manager Signature:** Acknowledged by Docherty,Mark Brian (BadgeID: 0288605)          **Date:** November 11, 2016, 10:20:58 PM

CONFIDENTIAL

Acknowledged by associate on November 06, 2016, 2:57:20 AM - Delivered by Lenox,Cynthia (lenoxc)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Hyppolite,Mckel (NH3-1800)
**Created On:** November 06, 2016, 2:57:20 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 6 | March 16, 2016 |
| Verbal Coaching | 1 | December 09, 2015 |
| Verbal Positive | 7 | October 26, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 26, 2016, 5:00:00 AM | | | | | | |
| October 19, 2016, 5:00:00 AM | | | | | | |
| October 12, 2016, 5:00:00 AM | | | | | | |
| October 05, 2016, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     **Date:** November 06, 2016, 2:57:20 AM

**Manager Signature:** Acknowledged by Lenox,Cynthia (BadgeID: 0288580)     **Date:** November 06, 2016, 2:57:20 AM

**CONFIDENTIAL**

Acknowledged by associate on Mar 19, 2016 12:41:26 AM - Delivered by Bhayani,Zakir H (bhayaniz)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████████

**Manager Name:** Bhayani,Zakir H (NH3-1800)

**Created On:** Mar 19, 2016 12:41:26 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 9 | Mar 2, 2016 |
| Verbal Positive | 14 | Feb 24, 2016 |
| Verbal Coaching | 1 | Dec 9, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 5 | ████ | ████ | ████ | ████ | ████ | ████ | |
| Each Transfer In | Each Transfer In EachStowed Total EACH | Level 5 | ████ | ████ | ████ | ████ | ████ | ████ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Mar 9, 2016 5:00:00 AM | ████ | ████ | ████ | ████ | ████ | |
| Mar 2, 2016 5:00:00 AM | ████ | ████ | ████ | ████ | ████ | |
| Feb 24, 2016 5:00:00 AM | ████ | ████ | ████ | ████ | ████ | |
| Feb 17, 2016 5:00:00 AM | ████ | ████ | ████ | ████ | ████ | |
| Feb 10, 2016 5:00:00 AM | ████ | ████ | ████ | ████ | ████ | |
| Feb 3, 2016 5:00:00 AM | ████ | ████ | ████ | ████ | ████ | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████          **Date:** Mar 19, 2016 12:41:26 AM

**Manager Signature:** Acknowledged by Bhayani,Zakir H (BadgeID: 11349710)          **Date:** Mar 19, 2016 12:41:26 AM

**CONFIDENTIAL**                    **AMZ-BRY001488**

**CONFIDENTIAL**

Acknowledged by associate on Mar 4, 2016 6:50:45 PM - Delivered by Bhayani,Zakir H (bhayaniz)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Bhayani,Zakir H (NH3-1800)
**Created On:** Mar 4, 2016 6:50:45 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 8 | Feb 17, 2016 |
| Verbal Positive | 14 | Feb 24, 2016 |
| Verbal Coaching | 1 | Dec 9, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 5 | | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Feb 24, 2016 5:00:00 AM | | | | | | |
| Feb 17, 2016 5:00:00 AM | | | | | | |
| Feb 10, 2016 5:00:00 AM | | | | | | |
| Feb 3, 2016 5:00:00 AM | | | | | | |
| Jan 27, 2016 5:00:00 AM | | | | | | |
| Jan 20, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮                      **Date:** Mar 4, 2016 6:50:45 PM

**Manager Signature:** Acknowledged by Bhayani,Zakir H (BadgeID: 11349710)                      **Date:** Mar 4, 2016 6:50:45 PM

# CONFIDENTIAL

Acknowledged by associate on Feb 22, 2016 6:54:18 PM - Delivered by O'Brien,Christopher (obric)





## Supportive Feedback Document
## Productivity - Documented Positive

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Mannes,Evan (NL4-1800)
**Created On:** Feb 22, 2016 6:54:18 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | Feb 10, 2016 |
| Verbal Positive | 13 | Feb 3, 2016 |
| Verbal Coaching | 1 | Dec 9, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 5 | | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Feb 10, 2016 5:00:00 AM | | | | | | |
| Feb 3, 2016 5:00:00 AM | | | | | | |
| Jan 27, 2016 5:00:00 AM | | | | | | |
| Jan 20, 2016 5:00:00 AM | | | | | | |
| Jan 13, 2016 5:00:00 AM | | | | | | |
| Jan 6, 2016 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮          **Date:** Feb 22, 2016 6:54:18 PM

**Manager Signature:** Acknowledged by O'Brien,Christopher (BadgeID: 0305939)          **Date:** Feb 22, 2016 6:54:18 PM

**CONFIDENTIAL**

Acknowledged by associate on Feb 14, 2016 3:53:56 AM - Delivered by Werner,William N (wernerw)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** █████████████████
**Manager Name:** Sauer,Paul (NL4-1800)
**Created On:** Feb 14, 2016 3:53:56 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | Dec 9, 2015 |
| Verbal Positive | 13 | Feb 3, 2016 |
| Documented Positive | 6 | Jan 13, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 5 | | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Feb 3, 2016 5:00:00 AM | | | | | | |
| Jan 27, 2016 5:00:00 AM | | | | | | |
| Jan 20, 2016 5:00:00 AM | | | | | | |
| Jan 13, 2016 5:00:00 AM | | | | | | |
| Jan 6, 2016 5:00:00 AM | | | | | | |
| Dec 30, 2015 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████████   **Date:** Feb 14, 2016 3:53:56 AM

**Manager Signature:** Acknowledged by Werner,William N (BadgeID: 11177264)   **Date:** Feb 14, 2016 3:53:56 AM

**CONFIDENTIAL**            **AMZ-BRY001491**

**CONFIDENTIAL**

Acknowledged by associate on Jan 17, 2016 7:08:32 PM - Delivered by Sauer,Paul (paulsaue)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ████████████
**Manager Name:** Sauer,Paul (NL4-1800)
**Created On:** Jan 17, 2016 7:08:32 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | Dec 9, 2015 |
| Documented Positive | 5 | Dec 16, 2015 |
| Verbal Positive | 11 | Nov 11, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 5 | | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jan 6, 2016 5:00:00 AM | | | | | | |
| Dec 30, 2015 5:00:00 AM | | | | | | |
| Dec 23, 2015 5:00:00 AM | | | | | | |
| Dec 16, 2015 5:00:00 AM | | | | | | |
| Dec 9, 2015 5:00:00 AM | | | | | | |
| Dec 2, 2015 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████        **Date:** Jan 17, 2016 7:08:32 PM

**Manager Signature:** Acknowledged by Sauer,Paul (BadgeID: 0163427)        **Date:** Jan 17, 2016 7:08:32 PM

**CONFIDENTIAL**

Acknowledged by associate on Dec 20, 2015 11:59:08 PM - Delivered by Sauer,Paul (paulsaue)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████

**Manager Name:** Sauer,Paul (NL4-1800)

**Created On:** Dec 20, 2015 11:59:08 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | Jul 8, 2015 |
| Verbal Positive | 11 | Nov 11, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Stow to Prime | Each Stow to Prime EachStowed Total EACH | Level 5 | | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Dec 9, 2015 5:00:00 AM | | | | | | |
| Dec 2, 2015 5:00:00 AM | | | | | | |
| Nov 25, 2015 5:00:00 AM | | | | | | |
| Nov 18, 2015 5:00:00 AM | | | | | | |
| Nov 11, 2015 5:00:00 AM | | | | | | |
| Nov 4, 2015 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████      **Date:** Dec 20, 2015 11:59:08 PM

**Manager Signature:** Acknowledged by Sauer,Paul (BadgeID: 0163427)      **Date:** Dec 20, 2015 11:59:08 PM

**CONFIDENTIAL**                                    **AMZ-BRY001493**

**CONFIDENTIAL**

Acknowledged by associate on May 16, 2019, 1:52:50 PM - Delivered by Ochoterena,Miguel (mochoter)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████

**Manager Name:** Ochoterena,Miguel (DB0-ACOM)

**Created On:** May 16, 2019, 1:52:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | May 08, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 2 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 3 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 2 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 3 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 08, 2019, 5:00:00 AM | | | | | | |
| May 01, 2019, 5:00:00 AM | | | | | | |
| April 24, 2019, 5:00:00 AM | | | | | | |
| April 17, 2019, 5:00:00 AM | | | | | | |
| April 10, 2019, 5:00:00 AM | | | | | | |
| April 03, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

5 swag buckaroos

**Associate Signature:** Acknowledged by ███████████      **Date:** May 16, 2019, 1:52:50 PM

**Manager Signature:** Acknowledged by Ochoterena,Miguel (BadgeID: 11940191)      **Date:** May 16, 2019, 1:52:50 PM

**CONFIDENTIAL**                    **AMZ-BRY001494**

**CONFIDENTIAL**

Acknowledged by associate on March 03, 2018, 10:53:47 AM - Delivered by Whitney,Ally (alliwhi)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ████████████
**Manager Name:** Whitney,Ally (DB0-ACOM)
**Created On:** March 03, 2018, 10:53:47 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 6 | September 06, 2017 |
| Verbal Positive | 15 | February 21, 2018 |
| Documented Coaching | 1 | January 31, 2018 |
| Verbal Coaching | 1 | January 10, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 5 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 5 | | | | | | | |
| Sort-Flow | AFE2 Induct ItemInducted Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 21, 2018, 5:00:00 AM | | | | | | |
| February 14, 2018, 5:00:00 AM | | | | | | |
| February 07, 2018, 5:00:00 AM | | | | | | |
| January 31, 2018, 5:00:00 AM | | | | | | |
| January 24, 2018, 5:00:00 AM | | | | | | |
| January 17, 2018, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████        **Date:** March 03, 2018, 10:53:47 AM

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Whitney,Ally (BadgeID: 12266206)          **Date:** March 03, 2018, 10:53:47 AM

**CONFIDENTIAL**

Acknowledged by associate on February 03, 2018, 5:07:13 PM - Delivered by Whitney,Ally (alliwhi)





# Supportive Feedback Document
# Productivity Trend - Documented Coaching

**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Whitney,Ally (DB0-ACOM)
**Created On:** February 03, 2018, 5:07:13 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 6 | September 06, 2017 |
| Verbal Positive | 12 | December 20, 2017 |
| Verbal Coaching | 1 | January 10, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 1 ItemPacked Medium EACH | Level 5 | | | | | | | |
| Chuting | Scan Verify AFE 1 ItemPacked Small EACH | Level 5 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 5 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 24, 2018, 5:00:00 AM | | | | | | |
| January 17, 2018, 5:00:00 AM | | | | | | |
| January 10, 2018, 5:00:00 AM | | | | | | |
| January 03, 2018, 5:00:00 AM | | | | | | |
| December 27, 2017, 5:00:00 AM | | | | | | |
| December 20, 2017, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮          **Date:** February 03, 2018, 5:07:13 PM

**CONFIDENTIAL**          **AMZ-BRY001497**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Whitney,Ally (BadgeID: 12266206)          **Date:** February 03, 2018, 5:07:13 PM

**CONFIDENTIAL**

Acknowledged by associate on March 09, 2018, 2:18:30 PM - Delivered by Whitney,Ally (alliwhi)

# Supportive Feedback Document
# Productivity Trend - First Written





**Associate Name:** ▉▉▉▉▉▉
**Manager Name:** Whitney,Ally (DB0-ACOM)
**Created On:** March 09, 2018, 2:18:30 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
| --- | --- | --- |
| Documented Coaching | 2 | February 28, 2018 |
| Verbal Coaching | 1 | January 10, 2018 |
| Verbal Positive | 15 | February 21, 2018 |
| Documented Positive | 6 | September 06, 2017 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 5 | | | | | | | |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 5 | | | | | | | |
| Sort-Flow | AFE2 Induct ItemInducted Total EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
| --- | --- | --- | --- | --- | --- | --- |
| February 28, 2018, 5:00:00 AM | | | | | | |
| February 21, 2018, 5:00:00 AM | | | | | | |
| February 14, 2018, 5:00:00 AM | | | | | | |
| February 07, 2018, 5:00:00 AM | | | | | | |
| January 31, 2018, 5:00:00 AM | | | | | | |
| January 24, 2018, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉          **Date:** March 09, 2018, 2:18:30 PM

**CONFIDENTIAL**                          **AMZ-BRY001499**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Whitney,Ally (BadgeID: 12266206)                    **Date:** March 09, 2018, 2:18:30 PM

**CONFIDENTIAL**



12/19/2016



This letter confirms that the date of involuntary termination of your employment with Amazon.com.dedc, LLC is December 19, 2016.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**





This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is July 2, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**          **AMZ-BRY001502**

**CONFIDENTIAL**

Acknowledged by associate on October 12, 2019, 11:55:26 AM - Delivered by DiPietro,Ben (dipieb)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** DiPietro,Ben (DH3-0730)

**Created On:** October 12, 2019, 11:55:26 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | July 12, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **10**, As of: **October 09, 2019**

## Associate Comments

**Associate Signature** ██████████████████     **Date:** October 12, 2019, 11:55:26 AM

**Manager Signature:** Acknowledged by DiPietro,Ben (BadgeID: 11612236)     **Date:** October 12, 2019, 11:55:26 AM

**CONFIDENTIAL**

Acknowledged by associate on July 12, 2019, 11:53:36 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ochoterena III,Miguel Angel (DB1-0730)
**Created On:** July 12, 2019, 11:53:36 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | June 13, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **15**, As of: **July 12, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮                    **Date:** July 12, 2019, 11:53:36 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)          **Date:** July 12, 2019, 11:53:36 PM

**CONFIDENTIAL**                                        **AMZ-BRY001504**

**CONFIDENTIAL**

Acknowledged by associate on June 15, 2019, 3:58:13 PM - Delivered by Brennan,Michael (brennmic)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ochoterena,Miguel (DB1-0730)
**Created On:** June 15, 2019, 3:58:13 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **10**, As of: **June 13, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮)          **Date:** June 15, 2019, 3:58:13 PM

**Manager Signature:** Acknowledged by Brennan,Michael (BadgeID: 0162615)          **Date:** June 15, 2019, 3:58:13 PM

**CONFIDENTIAL**                    **AMZ-BRY001505**

**CONFIDENTIAL**

Acknowledged by associate on October 19, 2017, 12:47:46 AM - Delivered by Krupa,James (krujames)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▆▆▆▆▆▆▆▆▆▆
**Manager Name:** Gianoli,Francesca (NB0-ACOM)
**Created On:** October 19, 2017, 12:47:46 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | September 03, 2017, 12:00:00 AM |
| Termination | 1 | December 02, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2018**, Current UPT Balance is **2**, As of: **October 18, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ▆▆▆▆▆▆▆▆▆▆           **Date:** October 19, 2017, 12:47:46 AM

**Manager Signature:** Acknowledged by Krupa,James (BadgeID: 0209393)           **Date:** October 19, 2017, 12:47:46 AM

**CONFIDENTIAL**

Acknowledged by associate on September 09, 2017, 4:43:23 AM - Delivered by Gianoli,Francesca (gianolif)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** Gianoli,Francesca (NB0-ACOM)

**Created On:** September 09, 2017, 4:43:23 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | April 29, 2017, 12:00:00 AM |
| Termination | 1 | December 02, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **5**, As of: **September 07, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████        **Date:** September 09, 2017, 4:43:23 AM

**Manager Signature:** Acknowledged by Gianoli,Francesca (BadgeID: 11349660)        **Date:** September 09, 2017, 4:43:23 AM

**CONFIDENTIAL**

Acknowledged by associate on May 06, 2017, 3:31:39 AM - Delivered by Gianoli,Francesca (gianolif)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████

**Manager Name:** Little,Carlton Jay (NB1-1830)

**Created On:** May 06, 2017, 3:31:39 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | November 23, 2016, 12:00:00 AM |
| Termination | 1 | December 02, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2017**, Current UPT Balance is **7**, As of: **May 03, 2017**

## Associate Comments

AA unsure but will follow up with HR if incorrect

**Associate Signature:** Acknowledged by ███████████          **Date:** May 06, 2017, 3:31:39 AM

**Manager Signature:** Acknowledged by Gianoli,Francesca (BadgeID: 11349660)          **Date:** May 06, 2017, 3:31:39 AM

**CONFIDENTIAL**

Acknowledged by associate on December 19, 2016, 12:13:04 PM - Delivered by Nelson,Ashley Brook (asnelso)

# Supportive Feedback Document
# Attendance - Termination





**Associate Name:** ███████████████
**Manager Name:** Hyppolite,Mckel (NH3-1800)
**Created On:** December 19, 2016, 12:13:04 PM

## Summary

Your recent job performance is not meeting Attendance expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your attendance feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | November 23, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

Your current UPT balance is **-185**. You are expected to meet 100% of the attendance performance expectation. We are committed to assisting you in improving your attendance performance, and will assist you in addressing any job related barriers that are impacting your ability to meet attendance performance expectations.

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** Acknowledged by ██████████████████         **Date:** December 19, 2016, 12:13:04 PM

**Manager Signature:** Acknowledged by Nelson,Ashley Brook (BadgeID: 11345716)         **Date:** December 19, 2016, 12:13:04 PM

**CONFIDENTIAL**                                                    **AMZ-BRY001509**

**CONFIDENTIAL**

Acknowledged by associate on November 29, 2016, 10:01:27 PM - Delivered by poline,godson Emmanuel (godsonp)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████
**Manager Name:** Hyppolite,Mckel (NH3-1800)
**Created On:** November 29, 2016, 10:01:27 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | May 22, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2017**, Current UPT Balance is **3**, As of: **November 23, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████   **Date:** November 29, 2016, 10:01:27 PM

**Manager Signature:** Acknowledged by poline,godson Emmanuel (BadgeID: 11349661)   **Date:** November 29, 2016, 10:01:27 PM

**CONFIDENTIAL**

Acknowledged by associate on May 27, 2016 9:35:01 PM - Delivered by Lescrinier,Stephanie A (lescrins)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████████████

**Manager Name:** Bhayani,Zakir H (NH3-1800)

**Created On:** May 27, 2016 9:35:02 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | Feb 4, 2016 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Jul 1, 2016**, Current UPT Balance is **0**, As of: **May 27, 2016**

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** Acknowledged by ███████████████      **Date:** May 27, 2016 9:35:01 PM

**Manager Signature:** Acknowledged by Lescrinier,Stephanie A (BadgeID: 11349569)      **Date:** May 27, 2016 9:35:01 PM

**CONFIDENTIAL**                    **AMZ-BRY001511**

**CONFIDENTIAL**



Acknowledged by associate on December 04, 2019, 8:21:17 PM - Delivered by Gosch,Jordan (goscj)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** December 04, 2019, 8:21:17 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **12**, As of: **November 26, 2019**

## Associate Comments

**Associate Signature:** ████████                    **Date:** December 04, 2019, 8:21:17 PM

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)              **Date:** December 04, 2019, 8:21:17 PM

**CONFIDENTIAL**

Acknowledged by associate on December 04, 2019, 8:21:17 PM - Delivered by Gosch,Jordan (goscj)





# Supportive Feedback Document
# Unpaid Personal Time - Notice

**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** December 04, 2019, 8:21:17 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **12**, As of: **November 26, 2019**

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮  **Date:** December 04, 2019, 8:21:17 PM

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)  **Date:** December 04, 2019, 8:21:17 PM

**CONFIDENTIAL**

Acknowledged by associate on May 11, 2019, 10:47:24 AM - Delivered by LLuberes,Rodolfo (lluberes)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ████████████

**Manager Name:** LLuberes,Rodolfo (DH3-0700)

**Created On:** May 11, 2019, 10:47:24 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 22, 2018, 12:45:22 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. On May 11 2019, was reported that you had used inappropriate language towards an associate. During a 'Seek to understand' conversation you, admitted to saying &quot;I dont give a shit anymore&quot;. You must be respectful and professional in all your communications, whether verbal, electronic (email) or other written. As detailed above, you have failed to meet this expectation.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** ████████████████          **Date:** May 11, 2019, 10:47:24 AM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)          **Date:** May 11, 2019, 10:47:24 AM

**CONFIDENTIAL**          **AMZ-BRY002450**

**CONFIDENTIAL**

Acknowledged by associate on September 17, 2020, 2:02:03 AM - Delivered by Greene,Donovan Rhys (dnvagr)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Greene,Donovan Rhys (NC7-1800)
**Created On:** September 17, 2020, 2:02:04 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | June 24, 2020, 12:23:18 AM |

## Details of Current Incident/Specific Concerns

On August 28, 2020, you were found to have participated in harassing/discriminatory behavior. Specifically, making inappropriate comments to another associate by calling him &quot;an illegal alien.&quot;

## Areas of Improvement Required by Associate

Associates are required to treat other employees, vendors, and visitors with respect and dignity. Amazon.com does not tolerate inappropriate or offensive conduct, including harassment and/or discriminatory actions or communications. As detailed above, you have failed to meet this expectation. You must treat all employees, vendors, and visitors in a respectful and courteous manner. It's critical that you avoid any statements or actions that might offend or demean an individual based on his or her race, religion, ethnicity, age, gender, or other characteristics. Sexual or demeaning actions or comments are also unacceptable. Further violation of Amazon's Workplace Harassment Policy/Discrimination Policy will lead to further discipline, up to and including termination of employment.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    **Date:** September 17, 2020, 2:02:03 AM

**Manager Signature:** Acknowledged by Greene,Donovan Rhys (BadgeID: 11497606)    **Date:** September 17, 2020, 2:02:03 AM

**CONFIDENTIAL**

Acknowledged by associate on May 11, 2019, 10:47:24 AM - Delivered by LLuberes,Rodolfo (lluberes)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** LLuberes,Rodolfo (DH3-0700)
**Created On:** May 11, 2019, 10:47:24 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Coaching | 1 | November 22, 2018, 12:45:22 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. On May 11 2019, was reported that you had used inappropriate language towards an associate. During a 'Seek to understand' conversation you, admitted to saying &quot;I dont give a shit anymore&quot;. You must be respectful and professional in all your communications, whether verbal, electronic (email) or other written. As detailed above, you have failed to meet this expectation.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮                    **Date:** May 11, 2019, 10:47:24 AM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)                    **Date:** May 11, 2019, 10:47:24 AM

**CONFIDENTIAL**

Acknowledged by associate on September 17, 2020, 2:02:03 AM - Delivered by Greene,Donovan Rhys (dnvagr)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** <span style="background:black">      </span>
**Manager Name:** Greene,Donovan Rhys (NC7-1800)
**Created On:** September 17, 2020, 2:02:04 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | June 24, 2020, 12:23:18 AM |

## Details of Current Incident/Specific Concerns

On August 28, 2020, you were found to have participated in harassing/discriminatory behavior. Specifically, making inappropriate comments to another associate by calling him &quot;an illegal alien.&quot;

## Areas of Improvement Required by Associate

Associates are required to treat other employees, vendors, and visitors with respect and dignity. Amazon.com does not tolerate inappropriate or offensive conduct, including harassment and/or discriminatory actions or communications. As detailed above, you have failed to meet this expectation. You must treat all employees, vendors, and visitors in a respectful and courteous manner. It's critical that you avoid any statements or actions that might offend or demean an individual based on his or her race, religion, ethnicity, age, gender, or other characteristics. Sexual or demeaning actions or comments are also unacceptable. Further violation of Amazon's Workplace Harassment Policy/Discrimination Policy will lead to further discipline, up to and including termination of employment.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** <span style="background:black">        </span>   **Date:** September 17, 2020, 2:02:03 AM

**Manager Signature:** Acknowledged by Greene,Donovan Rhys (BadgeID: 11497606)   **Date:** September 17, 2020, 2:02:03 AM

**CONFIDENTIAL**

Acknowledged by associate on January 18, 2020, 12:00:38 AM - Delivered by Strange,Jon (jonstran)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ███████████

**Manager Name:** Gosch,Jordan (NC7-1800)

**Created On:** January 18, 2020, 12:00:38 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 9 | July 31, 2019 |
| Documented Coaching | 3 | December 18, 2019 |
| Documented Positive | 2 | July 24, 2019 |
| Verbal Coaching | 2 | August 14, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 08, 2020, 5:00:00 AM | | | | | | |
| January 01, 2020, 5:00:00 AM | | | | | | |
| December 25, 2019, 5:00:00 AM | | | | | | |
| December 18, 2019, 5:00:00 AM | | | | | | |
| December 11, 2019, 5:00:00 AM | | | | | | |
| December 04, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ███████████████     **Date:** January 18, 2020, 12:00:38 AM

**CONFIDENTIAL**                                    **AMZ-BRY002454**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Strange,Jon (BadgeID: 12553862)          **Date:** January 18, 2020, 12:00:38 AM

**CONFIDENTIAL**

Acknowledged by associate on December 18, 2019, 9:15:07 PM - Delivered by Gosch,Jordan (goscj)

# Supportive Feedback Document
# Productivity - Documented Coaching





**Associate Name:** ███████████

**Manager Name:** Gosch,Jordan (NC7-1800)

**Created On:** December 18, 2019, 9:15:07 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | July 24, 2019 |
| Documented Coaching | 2 | December 11, 2019 |
| Verbal Coaching | 2 | August 14, 2019 |
| Verbal Positive | 10 | July 31, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| December 11, 2019, 5:00:00 AM | | | | | | |
| December 04, 2019, 5:00:00 AM | | | | | | |
| November 27, 2019, 5:00:00 AM | | | | | | |
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ███████████          **Date:** December 18, 2019, 9:15:07 PM

**CONFIDENTIAL**                               **AMZ-BRY002456**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)          **Date:** December 18, 2019, 9:15:07 PM

**CONFIDENTIAL**

Acknowledged by associate on December 17, 2019, 9:38:54 PM - Delivered by Gosch,Jordan (goscj)





# Supportive Feedback Document
# Productivity - Documented Coaching

**Associate Name:** 
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** December 17, 2019, 9:38:54 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | August 14, 2019 |
| Documented Coaching | 1 | May 22, 2019 |
| Verbal Positive | 11 | July 31, 2019 |
| Documented Positive | 2 | July 24, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| December 04, 2019, 5:00:00 AM | | | | | | |
| November 27, 2019, 5:00:00 AM | | | | | | |
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |
| October 30, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ‎ **Date:** December 17, 2019, 9:38:54 PM

**CONFIDENTIAL**                                  **AMZ-BRY002458**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)                    **Date:** December 17, 2019, 9:38:54 PM

**CONFIDENTIAL**

Acknowledged by associate on July 26, 2019, 12:22:49 PM - Delivered by Mullarney,Savannah M (mullars)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ██████████
**Manager Name:** Leuck,Lawrence (DH3-0700)
**Created On:** July 26, 2019, 12:22:49 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 05, 2019 |
| Documented Coaching | 1 | May 22, 2019 |
| Verbal Positive | 16 | July 17, 2019 |
| Verbal Coaching | 2 | May 08, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Case Replenishment | Case Replenishment ItemPicked Total Case | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 17, 2019, 5:00:00 AM | | | | | | |
| July 10, 2019, 5:00:00 AM | | | | | | |
| July 03, 2019, 5:00:00 AM | | | | | | |
| June 26, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ████████████        **Date:** July 26, 2019, 12:22:49 PM

**Manager Signature:** Acknowledged by Mullarney,Savannah M (BadgeID: 0179765)        **Date:** July 26, 2019, 12:22:49 PM

**CONFIDENTIAL**                                    **AMZ-BRY002460**

**CONFIDENTIAL**

Acknowledged by associate on June 07, 2019, 12:21:42 PM - Delivered by LLuberes,Rodolfo (lluberes)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▆▆▆▆▆▆▆
**Manager Name:** LLuberes,Rodolfo (DH3-0700)
**Created On:** June 07, 2019, 12:21:42 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 14 | May 29, 2019 |
| Verbal Coaching | 2 | May 08, 2019 |
| Documented Coaching | 1 | May 22, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 29, 2019, 5:00:00 AM | | | | | | |
| May 22, 2019, 5:00:00 AM | | | | | | |
| May 15, 2019, 5:00:00 AM | | | | | | |
| May 08, 2019, 5:00:00 AM | | | | | | |
| May 01, 2019, 5:00:00 AM | | | | | | |
| April 24, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ▆▆▆▆▆▆▆   **Date:** June 07, 2019, 12:21:42 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)   **Date:** June 07, 2019, 12:21:42 PM

**CONFIDENTIAL**                                    **AMZ-BRY002461**

CONFIDENTIAL

Acknowledged by associate on May 24, 2019, 1:52:41 PM - Delivered by LLuberes,Rodolfo (lluberes)



# Supportive Feedback Document
# Productivity - Documented Coaching



**Associate Name:** █████████████
**Manager Name:** LLuberes,Rodolfo (DH3-0700)
**Created On:** May 24, 2019, 1:52:41 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | May 08, 2019 |
| Verbal Positive | 13 | April 17, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 15, 2019, 5:00:00 AM | | | | | | |
| May 08, 2019, 5:00:00 AM | | | | | | |
| May 01, 2019, 5:00:00 AM | | | | | | |
| April 24, 2019, 5:00:00 AM | | | | | | |
| April 17, 2019, 5:00:00 AM | | | | | | |
| April 10, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** ██████████████████████                                    **Date:** May 24, 2019, 1:52:41 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)                    **Date:** May 24, 2019, 1:52:41 PM

**CONFIDENTIAL**                                    **AMZ-BRY002463**

**CONFIDENTIAL**

Acknowledged by associate on January 29, 2020, 1:25:27 AM - Delivered by Hamilton,Jeff (hamijef)





# Supportive Feedback Document
# Productivity - Second Written

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Atteh,Victor Olayemi (NC7-1800)
**Created On:** January 29, 2020, 1:25:27 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | December 18, 2019 |
| Verbal Coaching | 2 | August 14, 2019 |
| Documented Positive | 2 | July 24, 2019 |
| Verbal Positive | 9 | July 31, 2019 |
| First Written | 1 | January 15, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 15, 2020, 5:00:00 AM | | | | | | |
| January 08, 2020, 5:00:00 AM | | | | | | |
| January 01, 2020, 5:00:00 AM | | | | | | |
| December 25, 2019, 5:00:00 AM | | | | | | |
| December 18, 2019, 5:00:00 AM | | | | | | |
| December 11, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

Associate Signature: ▮▮▮▮▮▮▮▮▮▮                    Date: January 29, 2020, 1:25:27 AM

**CONFIDENTIAL**                    AMZ-BRY002464

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Hamilton,Jeff (BadgeID: 12490826)          **Date:** January 29, 2020, 1:25:27 AM

**CONFIDENTIAL**

Acknowledged by associate on January 18, 2020, 12:00:38 AM - Delivered by Strange,Jon (jonstran)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** January 18, 2020, 12:00:38 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 9 | July 31, 2019 |
| Documented Coaching | 3 | December 18, 2019 |
| Documented Positive | 2 | July 24, 2019 |
| Verbal Coaching | 2 | August 14, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 08, 2020, 5:00:00 AM | | | | | | |
| January 01, 2020, 5:00:00 AM | | | | | | |
| December 25, 2019, 5:00:00 AM | | | | | | |
| December 18, 2019, 5:00:00 AM | | | | | | |
| December 11, 2019, 5:00:00 AM | | | | | | |
| December 04, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮                     **Date:** January 18, 2020, 12:00:38 AM

**CONFIDENTIAL**                                          **AMZ-BRY002466**

CONFIDENTIAL

**Manager Signature:** Acknowledged by Strange,Jon (BadgeID: 12553862)                    **Date:** January 18, 2020, 12:00:38 AM

CONFIDENTIAL

Acknowledged by associate on December 18, 2019, 9:15:07 PM - Delivered by Gosch,Jordan (goscj)

# Supportive Feedback Document
# Productivity - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** December 18, 2019, 9:15:07 PM



## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | July 24, 2019 |
| Documented Coaching | 2 | December 11, 2019 |
| Verbal Coaching | 2 | August 14, 2019 |
| Verbal Positive | 10 | July 31, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| December 11, 2019, 5:00:00 AM | | | | | | |
| December 04, 2019, 5:00:00 AM | | | | | | |
| November 27, 2019, 5:00:00 AM | | | | | | |
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮   **Date:** December 18, 2019, 9:15:07 PM

CONFIDENTIAL                    AMZ-BRY002468

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)     **Date:** December 18, 2019, 9:15:07 PM

**CONFIDENTIAL**

Acknowledged by associate on December 17, 2019, 9:38:54 PM - Delivered by Gosch,Jordan (goscj)



# Supportive Feedback Document
# Productivity - Documented Coaching





**Associate Name:** <span style="background:black">      </span>
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** December 17, 2019, 9:38:54 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | August 14, 2019 |
| Documented Coaching | 1 | May 22, 2019 |
| Verbal Positive | 11 | July 31, 2019 |
| Documented Positive | 2 | July 24, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| December 04, 2019, 5:00:00 AM | | | | | | |
| November 27, 2019, 5:00:00 AM | | | | | | |
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |
| October 30, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

<br><br><br><br>

**Associate Signature:** <span style="background:black">      </span>                    **Date:** December 17, 2019, 9:38:54 PM

**CONFIDENTIAL**                    **AMZ-BRY002470**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)                    **Date:** December 17, 2019, 9:38:54 PM

**CONFIDENTIAL**

Acknowledged by associate on July 26, 2019, 12:22:49 PM - Delivered by Mullarney,Savannah M (mullars)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Leuck,Lawrence (DH3-0700)
**Created On:** July 26, 2019, 12:22:49 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 05, 2019 |
| Documented Coaching | 1 | May 22, 2019 |
| Verbal Positive | 16 | July 17, 2019 |
| Verbal Coaching | 2 | May 08, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Case Replenishment | Case Replenishment ItemPicked Total Case | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 17, 2019, 5:00:00 AM | | | | | | |
| July 10, 2019, 5:00:00 AM | | | | | | |
| July 03, 2019, 5:00:00 AM | | | | | | |
| June 26, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ███████████     **Date:** July 26, 2019, 12:22:49 PM

**Manager Signature:** Acknowledged by Mullarney,Savannah M (BadgeID: 0179765)     **Date:** July 26, 2019, 12:22:49 PM

**CONFIDENTIAL**                              **AMZ-BRY002472**

**CONFIDENTIAL**

Acknowledged by associate on June 07, 2019, 12:21:42 PM - Delivered by LLuberes,Rodolfo (lluberes)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████
**Manager Name:** LLuberes,Rodolfo (DH3-0700)
**Created On:** June 07, 2019, 12:21:42 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 14 | May 29, 2019 |
| Verbal Coaching | 2 | May 08, 2019 |
| Documented Coaching | 1 | May 22, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 29, 2019, 5:00:00 AM | | | | | | |
| May 22, 2019, 5:00:00 AM | | | | | | |
| May 15, 2019, 5:00:00 AM | | | | | | |
| May 08, 2019, 5:00:00 AM | | | | | | |
| May 01, 2019, 5:00:00 AM | | | | | | |
| April 24, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** ██████████████████        **Date:** June 07, 2019, 12:21:42 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)        **Date:** June 07, 2019, 12:21:42 PM

CONFIDENTIAL

Acknowledged by associate on May 24, 2019, 1:52:41 PM - Delivered by LLuberes,Rodolfo (lluberes)



# Supportive Feedback Document
# Productivity - Documented Coaching

**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** LLuberes,Rodolfo (DH3-0700)
**Created On:** May 24, 2019, 1:52:41 PM



## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | May 08, 2019 |
| Verbal Positive | 13 | April 17, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 15, 2019, 5:00:00 AM | | | | | | |
| May 08, 2019, 5:00:00 AM | | | | | | |
| May 01, 2019, 5:00:00 AM | | | | | | |
| April 24, 2019, 5:00:00 AM | | | | | | |
| April 17, 2019, 5:00:00 AM | | | | | | |
| April 10, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** ██████████████████                          **Date:** May 24, 2019, 1:52:41 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)          **Date:** May 24, 2019, 1:52:41 PM

**CONFIDENTIAL**

Acknowledged by associate on January 29, 2020, 1:25:27 AM - Delivered by Hamilton,Jeff (hamijef)



# Supportive Feedback Document
# Productivity - Second Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Atteh,Victor Olayemi (NC7-1800)
**Created On:** January 29, 2020, 1:25:27 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | December 18, 2019 |
| Verbal Coaching | 2 | August 14, 2019 |
| Documented Positive | 2 | July 24, 2019 |
| Verbal Positive | 9 | July 31, 2019 |
| First Written | 1 | January 15, 2020 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| January 15, 2020, 5:00:00 AM | | | | | | |
| January 08, 2020, 5:00:00 AM | | | | | | |
| January 01, 2020, 5:00:00 AM | | | | | | |
| December 25, 2019, 5:00:00 AM | | | | | | |
| December 18, 2019, 5:00:00 AM | | | | | | |
| December 11, 2019, 5:00:00 AM | | | | | | |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮   **Date:** January 29, 2020, 1:25:27 AM

**CONFIDENTIAL**                               **AMZ-BRY002476**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Hamilton,Jeff (BadgeID: 12490826)                    **Date:** January 29, 2020, 1:25:27 AM

**CONFIDENTIAL**

Acknowledged by associate on January 31, 2020, 9:39:16 PM - Delivered by Atteh,Victor Olayemi (oatteh)

# Supportive Feedback Document
# Quality - Final Written





**Associate Name:** ████████████
**Manager Name:** Atteh,Victor Olayemi (NC7-1800)
**Created On:** January 31, 2020, 9:39:16 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 10 | July 31, 2019, 2:00:00 AM |
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| Second Written | 1 | January 15, 2020, 5:00:00 AM |
| First Written | 1 | January 08, 2020, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | | | | | |
| Stow | Shortage | ████████████████████████████████████ | | | | |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| January 25, 2020, 4:00:21 AM | Stow | Overage | |
| January 25, 2020, 1:36:39 AM | Stow | Shortage | |
| January 24, 2020, 8:12:00 PM | Stow | Shortage | |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | |

**CONFIDENTIAL**                          **AMZ-BRY002478**

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 22, 2020, 3:02:02 AM | Stow | Shortage | |
| January 22, 2020, 12:53:41 AM | Stow | Shortage | |
| January 21, 2020, 7:37:18 PM | Stow | Shortage | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 22, 2020 | | | | | |
| January 15, 2020 | | | | | |
| January 08, 2020 | | | | | |
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |
| December 18, 2019 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ███████████████████    **Date:** January 31, 2020, 9:39:16 PM

**Manager Signature:** Acknowledged by Atteh,Victor Olayemi (BadgeID: 0060490)    **Date:** January 31, 2020, 9:39:16 PM

**CONFIDENTIAL**                    **AMZ-BRY002479**

**CONFIDENTIAL**

Acknowledged by associate on January 18, 2020, 12:00:16 AM - Delivered by Strange,Jon (jonstran)



# Supportive Feedback Document
# Quality - Second Written



**Associate Name:** █████████████
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** January 18, 2020, 12:00:16 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| First Written | 1 | January 08, 2020, 5:00:00 AM |
| Verbal Positive | 12 | July 31, 2019, 2:00:00 AM |

## Details of Current Incident/Specific Concerns    * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | | | | | |
| Stow | Shortage | | | | | |

## Error Listing    * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| January 12, 2020, 3:10:45 AM | Stow | Overage | |
| January 12, 2020, 1:49:13 AM | Stow | Overage | |
| January 11, 2020, 3:16:57 AM | Stow | Shortage | |
| January 09, 2020, 9:34:50 PM | Stow | Shortage | |
| January 08, 2020, 11:24:48 PM | Stow | Shortage | |
| January 08, 2020, 9:06:32 PM | Stow | Shortage | |
| January 07, 2020, 1:01:36 AM | Stow | Overage | |

## Performance Trend

Below is a summary of your past Quality performance.

**CONFIDENTIAL**                                         **AMZ-BRY002480**

**CONFIDENTIAL**

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 08, 2020 | | | | | |
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |
| December 18, 2019 | | | | | |
| December 11, 2019 | | | | | |
| December 04, 2019 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** ████████████████████                    **Date:** January 18, 2020, 12:00:16 AM

**Manager Signature:** Acknowledged by Strange,Jon (BadgeID: 12553862)        **Date:** January 18, 2020, 12:00:16 AM

**CONFIDENTIAL**

Acknowledged by associate on January 10, 2020, 1:05:59 AM - Delivered by Gosch,Jordan (goscj)

# Supportive Feedback Document
# Quality - First Written





**Associate Name:** ██████████
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** January 10, 2020, 1:05:59 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| Verbal Positive | 12 | July 31, 2019, 2:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | | | | | |
| Stow | Shortage | | | | | |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| January 04, 2020, 9:55:21 PM | Stow | Shortage | |
| January 04, 2020, 9:55:21 PM | Stow | Shortage | |
| January 04, 2020, 4:13:50 AM | Stow | Shortage | |
| January 04, 2020, 3:56:30 AM | Stow | Overage | |
| January 03, 2020, 10:55:46 PM | Stow | Shortage | |
| January 03, 2020, 9:04:32 PM | Stow | Shortage | |
| January 01, 2020, 7:39:50 PM | Stow | Shortage | |
| December 30, 2020, 10:25:27 PM | Stow | Overage | |

**CONFIDENTIAL**

| December 30, 2020, 8:25:57 PM | Stow | Shortage | ██████████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |
| December 18, 2019 | | | | | |
| December 11, 2019 | | | | | |
| December 04, 2019 | | | | | |
| November 27, 2019 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** ██████████████       **Date:** January 10, 2020, 1:05:59 AM

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)       **Date:** January 10, 2020, 1:05:59 AM

**CONFIDENTIAL**                    **AMZ-BRY002483**

**CONFIDENTIAL**

Acknowledged by associate on November 13, 2019, 11:10:14 PM - Delivered by Gosch,Jordan (goscj)





# Supportive Feedback Document
# Quality - Documented Positive

**Associate Name:** ███████████
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** November 13, 2019, 11:10:14 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Positive | 15 | July 31, 2019, 2:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|--------------|-----------|-------------------|-----------------|----------------|---------------|-------------|
| Stow | - | ███████ | ███████ | ███████ | ███████ | ███████ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|-------------|-----------|---------|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|--------------|---------------|-------------------|------|---------------|----------|
| November 06, 2019 | ███ | ███ | ███ | ███ | ███ |
| October 30, 2019 | ███ | ███ | ███ | ███ | ███ |

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** ███████████                          **Date:** November 13, 2019, 11:10:14 PM

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)          **Date:** November 13, 2019, 11:10:14 PM

**CONFIDENTIAL**                                    **AMZ-BRY002484**

**CONFIDENTIAL**

Acknowledged by associate on September 21, 2018, 1:38:00 PM - Delivered by Fitz,Dustin (fitzdust)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ███████████

**Manager Name:** Fitz,Dustin (DH3-0700)

**Created On:** September 21, 2018, 1:38:00 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
|       |       |             |

## Details of Current Incident/Specific Concerns          * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|--------------|-----------|-------------------|-----------------|----------------|---------------|-------------|
| Stow | Overage | | | | | |
| Stow | Shortage | | | | | |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|--------------|-----------|---------|
| September 16, 2018, 6:15:54 PM | Stow | Shortage | |
| September 16, 2018, 6:15:54 PM | Stow | Shortage | |
| September 16, 2018, 6:15:54 PM | Stow | Shortage | |
| September 16, 2018, 5:13:12 PM | Stow | Overage | |
| September 16, 2018, 4:55:58 PM | Stow | Shortage | |
| September 14, 2018, 4:38:08 PM | Stow | Overage | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|--------------|----------------|-------------------|------|---------------|----------|
| September 12, 2018 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

**CONFIDENTIAL**                                    **AMZ-BRY002485**

**CONFIDENTIAL**

**Associate Comments**

**Associate Signature:** ■■■■■■■■■■■■■■■■■■■  **Date:** September 21, 2018, 1:38:00 PM

**Manager Signature:** Acknowledged by Fitz,Dustin (BadgeID: 11811206)  **Date:** September 21, 2018, 1:38:00 PM

**CONFIDENTIAL**

Acknowledged by associate on February 07, 2020, 6:24:54 PM - Delivered by Atteh,Victor Olayemi (oatteh)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ▉▉▉▉▉▉▉
**Manager Name:** Atteh,Victor Olayemi (NC7-1800)
**Created On:** February 07, 2020, 6:24:54 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | January 29, 2020, 5:00:00 AM |
| First Written | 1 | January 08, 2020, 5:00:00 AM |
| Verbal Positive | 9 | July 31, 2019, 2:00:00 AM |
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| Second Written | 1 | January 15, 2020, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 29, 2020 | | | | | |
| January 22, 2020 | | | | | |
| January 15, 2020 | | | | | |
| January 08, 2020 | | | | | |
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |

## Associate Comments

**Associate Signature:** ▉▉▉▉▉▉▉▉▉▉▉▉         **Date:** February 07, 2020, 6:24:54 PM

**Manager Signature:** Acknowledged by Atteh,Victor Olayemi (BadgeID: 0060490)         **Date:** February 07, 2020, 6:24:54 PM

**CONFIDENTIAL**                    **AMZ-BRY002487**

CONFIDENTIAL

AMZ-BRY002488

**CONFIDENTIAL**

Acknowledged by associate on January 31, 2020, 9:39:16 PM - Delivered by Atteh,Victor Olayemi (oatteh)





# Supportive Feedback Document
# Quality - Final Written

**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Atteh,Victor Olayemi (NC7-1800)
**Created On:** January 31, 2020, 9:39:16 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 10 | July 31, 2019, 2:00:00 AM |
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| Second Written | 1 | January 15, 2020, 5:00:00 AM |
| First Written | 1 | January 08, 2020, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | ███████████████████████████████████ |
| Stow | Shortage | ███████████████████████████████████ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| January 25, 2020, 4:00:21 AM | Stow | Overage | ████████████ |
| January 25, 2020, 1:36:39 AM | Stow | Shortage | ████████████ |
| January 24, 2020, 8:12:00 PM | Stow | Shortage | ████████████ |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | ████████████ |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | ████████████ |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | ████████████ |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | ████████████ |
| January 24, 2020, 3:17:30 AM | Stow | Shortage | ████████████ |

**CONFIDENTIAL**                                    **AMZ-BRY002489**

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 24, 2020, 3:17:29 AM | Stow | Shortage | |
| January 22, 2020, 3:02:02 AM | Stow | Shortage | |
| January 22, 2020, 12:53:41 AM | Stow | Shortage | |
| January 21, 2020, 7:37:18 PM | Stow | Shortage | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 22, 2020 | | | | | |
| January 15, 2020 | | | | | |
| January 08, 2020 | | | | | |
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |
| December 18, 2019 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ████████████████    **Date:** January 31, 2020, 9:39:16 PM

**Manager Signature:** Acknowledged by Atteh,Victor Olayemi (BadgeID: 0060490)    **Date:** January 31, 2020, 9:39:16 PM

**CONFIDENTIAL**    **AMZ-BRY002490**

**CONFIDENTIAL**

Acknowledged by associate on January 18, 2020, 12:00:16 AM - Delivered by Strange,Jon (jonstran)



# Supportive Feedback Document
# Quality - Second Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** January 18, 2020, 12:00:16 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| First Written | 1 | January 08, 2020, 5:00:00 AM |
| Verbal Positive | 12 | July 31, 2019, 2:00:00 AM |

## Details of Current Incident/Specific Concerns       * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | | | | | |
| Stow | Shortage | | | | | |

## Error Listing       * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| January 12, 2020, 3:10:45 AM | Stow | Overage | |
| January 12, 2020, 1:49:13 AM | Stow | Overage | |
| January 11, 2020, 3:16:57 AM | Stow | Shortage | |
| January 09, 2020, 9:34:50 PM | Stow | Shortage | |
| January 08, 2020, 11:24:48 PM | Stow | Shortage | |
| January 08, 2020, 9:06:32 PM | Stow | Shortage | |
| January 07, 2020, 1:01:36 AM | Stow | Overage | |

## Performance Trend

Below is a summary of your past Quality performance.

**CONFIDENTIAL**                                          **AMZ-BRY002491**

**CONFIDENTIAL**

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 08, 2020 | | | | | |
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |
| December 18, 2019 | | | | | |
| December 11, 2019 | | | | | |
| December 04, 2019 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** ███████████████████                                    **Date:** January 18, 2020, 12:00:16 AM

**Manager Signature:** Acknowledged by Strange,Jon (BadgeID: 12553862)                **Date:** January 18, 2020, 12:00:16 AM

**CONFIDENTIAL**                                                    **AMZ-BRY002492**

**CONFIDENTIAL**

Acknowledged by associate on January 10, 2020, 1:05:59 AM - Delivered by Gosch,Jordan (goscj)



# Supportive Feedback Document
# Quality - First Written



**Associate Name:** █████████████
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** January 10, 2020, 1:05:59 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| Verbal Positive | 12 | July 31, 2019, 2:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | | | | | |
| Stow | Shortage | | | | | |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| January 04, 2020, 9:55:21 PM | Stow | Shortage | |
| January 04, 2020, 9:55:21 PM | Stow | Shortage | |
| January 04, 2020, 4:13:50 AM | Stow | Shortage | |
| January 04, 2020, 3:56:30 AM | Stow | Overage | |
| January 03, 2020, 10:55:46 PM | Stow | Shortage | |
| January 03, 2020, 9:04:32 PM | Stow | Shortage | |
| January 01, 2020, 7:39:50 PM | Stow | Shortage | |
| December 30, 2020, 10:25:27 PM | Stow | Overage | |

**CONFIDENTIAL**                    **AMZ-BRY002493**

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| December 30, 2020, 8:25:57 PM | Stow | Shortage | ██████████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |
| December 18, 2019 | | | | | |
| December 11, 2019 | | | | | |
| December 04, 2019 | | | | | |
| November 27, 2019 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

| |
|---|
| |

**Associate Signature:** ████████████████████          **Date:** January 10, 2020, 1:05:59 AM

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)          **Date:** January 10, 2020, 1:05:59 AM

**CONFIDENTIAL**

Acknowledged by associate on November 13, 2019, 11:10:14 PM - Delivered by Gosch,Jordan (goscj)





# Supportive Feedback Document
# Quality - Documented Positive

**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Gosch,Jordan (NC7-1800)
**Created On:** November 13, 2019, 11:10:14 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 15 | July 31, 2019, 2:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| November 06, 2019 | ▮ | ▮ | ▮ | ▮ | ▮ |
| October 30, 2019 | ▮ | ▮ | ▮ | ▮ | ▮ |

## Associate Comments

```



```

**Associate Signature:** ▮▮▮▮▮▮▮▮                    **Date:** November 13, 2019, 11:10:14 PM

**Manager Signature:** Acknowledged by Gosch,Jordan (BadgeID: 12126833)                    **Date:** November 13, 2019, 11:10:14 PM

**CONFIDENTIAL**

Acknowledged by associate on September 21, 2018, 1:38:00 PM - Delivered by Fitz,Dustin (fitzdust)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** <span style="background:black">    </span>
**Manager Name:** Fitz,Dustin (DH3-0700)
**Created On:** September 21, 2018, 1:38:00 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
|  |  |  |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage |  |  |  |  |  |
| Stow | Shortage |  |  |  |  |  |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| September 16, 2018, 6:15:54 PM | Stow | Shortage |  |
| September 16, 2018, 6:15:54 PM | Stow | Shortage |  |
| September 16, 2018, 6:15:54 PM | Stow | Shortage |  |
| September 16, 2018, 5:13:12 PM | Stow | Overage |  |
| September 16, 2018, 4:55:58 PM | Stow | Shortage |  |
| September 14, 2018, 4:38:08 PM | Stow | Overage |  |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| September 12, 2018 |  |  |  |  |  |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

**CONFIDENTIAL**                    **AMZ-BRY002496**

**CONFIDENTIAL**

**Associate Comments**

**Associate Signature:** ██████████████████     **Date:** September 21, 2018, 1:38:00 PM

**Manager Signature:** Acknowledged by Fitz,Dustin (BadgeID: 11811206)     **Date:** September 21, 2018, 1:38:00 PM

CONFIDENTIAL

Acknowledged by associate on February 07, 2020, 6:24:54 PM - Delivered by Atteh,Victor Olayemi (oatteh)

# Supportive Feedback Document
# Quality - Documented Positive





**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Atteh,Victor Olayemi (NC7-1800)
**Created On:** February 07, 2020, 6:24:54 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | January 29, 2020, 5:00:00 AM |
| First Written | 1 | January 08, 2020, 5:00:00 AM |
| Verbal Positive | 9 | July 31, 2019, 2:00:00 AM |
| Documented Positive | 1 | November 13, 2019, 5:00:00 AM |
| Second Written | 1 | January 15, 2020, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | - | | | | | |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 29, 2020 | | | | | |
| January 22, 2020 | | | | | |
| January 15, 2020 | | | | | |
| January 08, 2020 | | | | | |
| January 01, 2020 | | | | | |
| December 25, 2019 | | | | | |

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮         **Date:** February 07, 2020, 6:24:54 PM

**Manager Signature:** Acknowledged by Atteh,Victor Olayemi (BadgeID: 0060490)         **Date:** February 07, 2020, 6:24:54 PM

CONFIDENTIAL                                    AMZ-BRY002498

CONFIDENTIAL

AMZ-BRY002499

CONFIDENTIAL



6/26/2018



This letter confirms that the date of voluntary termination of your employment with Amazon.com.dedc, LLC is June 25, 2018.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





AMZ-BRY002500

CONFIDENTIAL



6/26/2018



This letter confirms that the date of voluntary termination of your employment with Amazon.com.dedc, LLC is June 25, 2018.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





CONFIDENTIAL                    AMZ-BRY002501

**CONFIDENTIAL**

Acknowledged by associate on September 17, 2020, 2:02:03 AM - Delivered by Greene,Donovan Rhys (dnvagr)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** Ouano,Arno (ouano)
**Manager Name:** Greene,Donovan Rhys (NC7-1800)
**Created On:** September 17, 2020, 2:02:04 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | June 24, 2020, 12:23:18 AM |

## Details of Current Incident/Specific Concerns

On August 28, 2020, you were found to have participated in harassing/discriminatory behavior. Specifically, making inappropriate comments to another associate by calling him &quot;an illegal alien.&quot;

## Areas of Improvement Required by Associate

Associates are required to treat other employees, vendors, and visitors with respect and dignity. Amazon.com does not tolerate inappropriate or offensive conduct, including harassment and/or discriminatory actions or communications. As detailed above, you have failed to meet this expectation. You must treat all employees, vendors, and visitors in a respectful and courteous manner. It's critical that you avoid any statements or actions that might offend or demean an individual based on his or her race, religion, ethnicity, age, gender, or other characteristics. Sexual or demeaning actions or comments are also unacceptable. Further violation of Amazon's Workplace Harassment Policy/Discrimination Policy will lead to further discipline, up to and including termination of employment.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by Ouano,Arno (BadgeID: 0046655)          **Date:** September 17, 2020, 2:02:03 AM

**Manager Signature:** Acknowledged by Greene,Donovan Rhys (BadgeID: 11497606)          **Date:** September 17, 2020, 2:02:03 AM

**CONFIDENTIAL**

Acknowledged by associate on February 12, 2019, 11:16:03 PM - Delivered by Danko,David (dddanko)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** February 12, 2019, 11:16:03 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 6 | October 17, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **14**, As of: **January 16, 2019**

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)       **Date:** February 12, 2019, 11:16:03 PM

**Manager Signature:** Acknowledged by Danko,David (BadgeID: 11536038)       **Date:** February 12, 2019, 11:16:03 PM

**CONFIDENTIAL**

Acknowledged by associate on October 22, 2018, 1:31:59 AM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** █████████████

**Manager Name:** Ramrattan,Courtney (NL4-1830)

**Created On:** October 22, 2018, 1:31:59 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 5 | September 13, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **14**, As of: **October 17, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: █████)          **Date:** October 22, 2018, 1:31:59 AM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** October 22, 2018, 1:31:59 AM

**CONFIDENTIAL**

Acknowledged by associate on September 26, 2018, 2:51:14 AM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** September 26, 2018, 2:51:14 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 5 | June 18, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2018**, Current UPT Balance is **13**, As of: **September 13, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ██████)    **Date:** September 26, 2018, 2:51:14 AM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)    **Date:** September 26, 2018, 2:51:14 AM

**CONFIDENTIAL**

Acknowledged by associate on June 18, 2018, 4:50:32 AM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** June 18, 2018, 4:50:32 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | May 02, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **12**, As of: **June 18, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████)        **Date:** June 18, 2018, 4:50:32 AM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)        **Date:** June 18, 2018, 4:50:32 AM

**CONFIDENTIAL**                                                    **AMZ-BRY002343**

**CONFIDENTIAL**

Acknowledged by associate on May 10, 2018, 5:21:35 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** May 10, 2018, 5:21:35 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | April 10, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **14**, As of: **May 02, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ██████)    **Date:** May 10, 2018, 5:21:35 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)    **Date:** May 10, 2018, 5:21:35 PM

**CONFIDENTIAL**

Acknowledged by associate on April 10, 2018, 7:18:36 PM - Delivered by Ming,Shawn (shawming)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 10, 2018, 7:18:36 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | January 16, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **13**, As of: **April 10, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)         **Date:** April 10, 2018, 7:18:36 PM

**Manager Signature:** Acknowledged by Ming,Shawn (BadgeID: 11353910)         **Date:** April 10, 2018, 7:18:36 PM

**CONFIDENTIAL**                    **AMZ-BRY002345**

**CONFIDENTIAL**

Acknowledged by associate on January 17, 2018, 4:06:07 AM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** January 17, 2018, 4:06:07 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | September 18, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**, Current UPT Balance is **15**, As of: **January 17, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ ▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** January 17, 2018, 4:06:07 AM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** January 17, 2018, 4:06:07 AM

**CONFIDENTIAL**

Acknowledged by associate on September 24, 2017, 9:10:33 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████████
**Manager Name:** San Martino,Delaney (NL4-1830)
**Created On:** September 24, 2017, 9:10:33 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | December 20, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **13**, As of: **September 19, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ ████ (BadgeID: ████)          **Date:** September 24, 2017, 9:10:33 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** September 24, 2017, 9:10:33 PM

**CONFIDENTIAL**

Acknowledged by associate on December 28, 2016, 6:07:53 PM - Delivered by Wilmington,Stephen A. (wilmingt)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████ ███  (█████████
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** December 28, 2016, 6:07:53 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | November 08, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2017**, Current UPT Balance is **7**, As of: **December 21, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ ███  (BadgeID: ██████      **Date:** December 28, 2016, 6:07:53 PM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)      **Date:** December 28, 2016, 6:07:53 PM

**CONFIDENTIAL**

Acknowledged by associate on November 09, 2016, 12:35:12 AM - Delivered by Wilmington,Stephen A. (wilmingt)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████ ██████ (█████████

**Manager Name:** Wilmington,Stephen A. (NL4-1830)

**Created On:** November 09, 2016, 12:35:12 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | September 13, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2017**, Current UPT Balance is **13**, As of: **November 09, 2016**

## Associate Comments

```


```

**Associate Signature:** Acknowledged by ████████████ ██████ (BadgeID: ████)          **Date:** November 09, 2016, 12:35:12 AM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)          **Date:** November 09, 2016, 12:35:12 AM

**CONFIDENTIAL**

Acknowledged by associate on Sep 13, 2016 7:32:17 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████ █████ (███████
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** Sep 13, 2016 7:32:17 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Unpaid Personal Time communications

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | Apr 5, 2016 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Oct 1, 2016**, Current UPT Balance is **8**, As of: **Sep 13, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ █████ (BadgeID: ████)        **Date:** Sep 13, 2016 7:32:17 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)        **Date:** Sep 13, 2016 7:32:17 PM

CONFIDENTIAL

Acknowledged by associate on Apr 9, 2016 9:40:25 PM - Delivered by Nguyen,Deborah Hang (debnguye)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████ █████ (██████████
**Manager Name:** Nguyen,Deborah Hang (NL4-1830)
**Created On:** Apr 9, 2016 9:40:25 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | Feb 4, 2016 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Jul 1, 2016**, Current UPT Balance is **15**, As of: **Apr 9, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ █████ (BadgeID: ███)          **Date:** Apr 9, 2016 9:40:25 PM

**Manager Signature:** Acknowledged by Nguyen,Deborah Hang (BadgeID: 11353905)          **Date:** Apr 9, 2016 9:40:25 PM

**CONFIDENTIAL**

Acknowledged by associate on Feb 8, 2016 7:43:45 PM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▉▉▉▉▉▉ ▉▉▉▉ (▉▉▉▉▉▉▉
**Manager Name:** Powell,Misha (NL4-1830)
**Created On:** Feb 8, 2016 7:43:45 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Apr 1, 2016**, Current UPT Balance is **2**, As of: **Feb 4, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉ ▉▉▉▉ (BadgeID: ▉▉▉▉)          **Date:** Feb 8, 2016 7:43:45 PM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)          **Date:** Feb 8, 2016 7:43:45 PM

**CONFIDENTIAL**

Acknowledged by associate on April 29, 2019, 7:41:04 PM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████ ███████████
**Manager Name:** Komis,Eduard (NL4-1830)
**Created On:** April 29, 2019, 7:41:04 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 5 | January 10, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **0**, As of: **April 24, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████)       **Date:** April 29, 2019, 7:41:04 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)       **Date:** April 29, 2019, 7:41:04 PM

Acknowledged by associate on February 12, 2019, 11:16:03 PM - Delivered by Danko,David (dddanko)

amazon.com

# Supportive Feedback Document
# Unpaid Personal Time - Notice

[redacted]

**Associate Name:** [redacted]
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** February 12, 2019, 11:16:03 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 6 | October 17, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **14**, As of: **January 16, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by [redacted] (BadgeID: [redacted] **Date:** February 12, 2019, 11:16:03 PM

**Manager Signature:** Acknowledged by Danko,David (BadgeID: 11536038) **Date:** February 12, 2019, 11:16:03 PM

**CONFIDENTIAL**

Acknowledged by associate on October 22, 2018, 1:31:59 AM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** October 22, 2018, 1:31:59 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 5 | September 13, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **14**, As of: **October 17, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮)          **Date:** October 22, 2018, 1:31:59 AM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** October 22, 2018, 1:31:59 AM

**CONFIDENTIAL**

Acknowledged by associate on September 26, 2018, 2:51:14 AM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** September 26, 2018, 2:51:14 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 5 | June 18, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2018**, Current UPT Balance is **13**, As of: **September 13, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)      **Date:** September 26, 2018, 2:51:14 AM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)      **Date:** September 26, 2018, 2:51:14 AM

**CONFIDENTIAL**

Acknowledged by associate on June 18, 2018, 4:50:32 AM - Delivered by Wilson,Emma (emmwils)





# Supportive Feedback Document
# Unpaid Personal Time - Notice

**Associate Name:** ███████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** June 18, 2018, 4:50:32 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | May 02, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **12**, As of: **June 18, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ███)     **Date:** June 18, 2018, 4:50:32 AM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)     **Date:** June 18, 2018, 4:50:32 AM

**CONFIDENTIAL**

Acknowledged by associate on May 10, 2018, 5:21:35 PM - Delivered by Wilson,Emma (emmwils)





# Supportive Feedback Document
# Unpaid Personal Time - Notice

**Associate Name:** ████████ █████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** May 10, 2018, 5:21:35 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | April 10, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **14**, As of: **May 02, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ███████)        **Date:** May 10, 2018, 5:21:35 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)        **Date:** May 10, 2018, 5:21:35 PM

**CONFIDENTIAL**

Acknowledged by associate on April 10, 2018, 7:18:36 PM - Delivered by Ming,Shawn (shawming)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ████████████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 10, 2018, 7:18:36 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | January 16, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **13**, As of: **April 10, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████)          **Date:** April 10, 2018, 7:18:36 PM

**Manager Signature:** Acknowledged by Ming,Shawn (BadgeID: 11353910)          **Date:** April 10, 2018, 7:18:36 PM

**CONFIDENTIAL**                    **AMZ-BRY002359**

**CONFIDENTIAL**

Acknowledged by associate on January 17, 2018, 4:06:07 AM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████  ██████  ████████

**Manager Name:** Wilson,Emma (NL4-1830)

**Created On:** January 17, 2018, 4:06:07 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | September 18, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**, Current UPT Balance is **15**, As of: **January 17, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████  █████  (BadgeID: ██████)     **Date:** January 17, 2018, 4:06:07 AM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)     **Date:** January 17, 2018, 4:06:07 AM

**CONFIDENTIAL**

Acknowledged by associate on September 24, 2017, 9:10:33 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** San Martino,Delaney (NL4-1830)
**Created On:** September 24, 2017, 9:10:33 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | December 20, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **13**, As of: **September 19, 2017**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** September 24, 2017, 9:10:33 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** September 24, 2017, 9:10:33 PM

**CONFIDENTIAL**

Acknowledged by associate on December 28, 2016, 6:07:53 PM - Delivered by Wilmington,Stephen A. (wilmingt)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████ ████ (███████

**Manager Name:** Wilmington,Stephen A. (NL4-1830)

**Created On:** December 28, 2016, 6:07:53 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | November 08, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2017**, Current UPT Balance is **7**, As of: **December 21, 2016**

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by ████████████ ████ (BadgeID: ████        **Date:** December 28, 2016, 6:07:53 PM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)        **Date:** December 28, 2016, 6:07:53 PM

**CONFIDENTIAL**

Acknowledged by associate on November 09, 2016, 12:35:12 AM - Delivered by Wilmingt, Stephen A. (wilmingt)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████ ████ (████████
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** November 09, 2016, 12:35:12 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | September 13, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2017**, Current UPT Balance is **13**, As of: **November 09, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ ████ (BadgeID: ███████        **Date:** November 09, 2016, 12:35:12 AM

**Manager Signature:** Acknowledged by Wilmington,Stephen A. (BadgeID: 11353920)        **Date:** November 09, 2016, 12:35:12 AM

**CONFIDENTIAL**

Acknowledged by associate on Sep 13, 2016 7:32:17 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████ █████ (████████

**Manager Name:** Wilmington,Stephen A. (NL4-1830)

**Created On:** Sep 13, 2016 7:32:17 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Unpaid Personal Time communications

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | Apr 5, 2016 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Oct 1, 2016**, Current UPT Balance is **8**, As of: **Sep 13, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ████████ █████ (BadgeID: ████     **Date:** Sep 13, 2016 7:32:17 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)     **Date:** Sep 13, 2016 7:32:17 PM

**CONFIDENTIAL**

Acknowledged by associate on Apr 9, 2016 9:40:25 PM - Delivered by Nguyen,Deborah Hang (debnguye)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▇▇▇▇▇▇▇ ▇▇▇▇ (▇▇▇▇▇▇▇
**Manager Name:** Nguyen,Deborah Hang (NL4-1830)
**Created On:** Apr 9, 2016 9:40:25 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|-------|-------|-------------------------|
| Notice | 1 | Feb 4, 2016 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Jul 1, 2016**, Current UPT Balance is **15**, As of: **Apr 9, 2016**

## Associate Comments

```



```

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇ ▇▇▇▇ (BadgeID: ▇▇▇▇            **Date:** Apr 9, 2016 9:40:25 PM

**Manager Signature:** Acknowledged by Nguyen,Deborah Hang (BadgeID: 11353905)            **Date:** Apr 9, 2016 9:40:25 PM

**CONFIDENTIAL**

Acknowledged by associate on Feb 8, 2016 7:43:45 PM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████ █████ (█████████
**Manager Name:** Powell,Misha (NL4-1830)
**Created On:** Feb 8, 2016 7:43:45 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Apr 1, 2016**, Current UPT Balance is **2**, As of: **Feb 4, 2016**

## Associate Comments

**Associate Signature:** Acknowledged by ███████ █████ (BadgeID: ████)          **Date:** Feb 8, 2016 7:43:45 PM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)          **Date:** Feb 8, 2016 7:43:45 PM

**CONFIDENTIAL**                                                           **AMZ-BRY002366**

**CONFIDENTIAL**

Acknowledged by associate on April 29, 2019, 7:41:04 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████ ██████████
**Manager Name:** Komis,Eduard (NL4-1830)
**Created On:** April 29, 2019, 7:41:04 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 5 | January 10, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **0**, As of: **April 24, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ████)          **Date:** April 29, 2019, 7:41:04 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** April 29, 2019, 7:41:04 PM

**CONFIDENTIAL**

Acknowledged by associate on May 13, 2019, 9:35:55 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** May 13, 2019, 9:35:55 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 06, 2018, 8:46:01 PM |
| Final Written | 1 | March 20, 2019, 1:15:33 AM |

## Details of Current Incident/Specific Concerns

On 3/11/19 at approximately 3:15am you told an AA to tell your manager to suck your dick. During your STU you stated, &quot;I do not talk in those words. I have no issues with him.&quot; The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ████)    **Date:** May 13, 2019, 9:35:55 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)    **Date:** May 13, 2019, 9:35:55 PM

**CONFIDENTIAL**

Refused to sign by associate on April 16, 2019, 8:43:10 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ███████ ███████
**Manager Name:** Krohne,Dina (NL4-1830)
**Created On:** April 16, 2019, 8:43:10 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 06, 2018, 8:46:01 PM |

## Details of Current Incident/Specific Concerns

On 3/11/19 at approximately 3:15am you told an AA to tell your manager to suck your dick. During your STU you stated, &quot;I do not talk in those words. I have no issues with him.&quot; The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ███████ REFUSED TO SIGN          **Date:** April 16, 2019, 8:43:10 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** April 16, 2019, 8:43:10 PM

**CONFIDENTIAL**

Acknowledged by associate on June 11, 2018, 2:06:16 AM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Behavioral - Documented Positive





**Associate Name:** ████████████ ████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** June 11, 2018, 2:06:16 AM

## Summary

Your recent job performance has met or exceeded Behavioral expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | August 07, 2017, 10:52:00 AM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement concessions. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [████████████████] # of Defects█ DPMO: █ Total Number Of Units: ███ Exceptions: ███ DPMO --&gt; Term ████████████████; First Written Warning &quot;

## Associate Comments

Associate Signature: Acknowledged by ████████ (BadgeID: ██████)          **Date:** June 11, 2018, 2:06:16 AM

Manager Signature: Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** June 11, 2018, 2:06:16 AM

**CONFIDENTIAL**

Acknowledged by associate on August 08, 2017, 8:18:11 PM - Delivered by San Martino,Delaney (madelane)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████  ████████

**Manager Name:** San Martino,Delaney (NL4-1830)

**Created On:** August 08, 2017, 8:18:11 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct policy. For week of 7/30 you worked 61.07 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████  ██████ (BadgeID: ██████)          **Date:** August 08, 2017, 8:18:11 PM

**Manager Signature:** Acknowledged by San Martino,Delaney (BadgeID: 11364877)          **Date:** August 08, 2017, 8:18:11 PM

**CONFIDENTIAL**

Acknowledged by associate on May 29, 2016 7:49:57 PM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████ ████ (███████
**Manager Name:** Nguyen,Deborah Hang (NL4-1830)
**Created On:** May 29, 2016 7:49:57 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Behavioral communications

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting [5/24/2016], you were observed to be off-task by ████████. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ████ (BadgeID: ███)     **Date:** May 29, 2016 7:49:57 PM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)     **Date:** May 29, 2016 7:49:57 PM

**CONFIDENTIAL**

Acknowledged by associate on July 24, 2019, 11:45:39 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Behavioral - Termination





**Associate Name:** ███████ ███████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** July 24, 2019, 11:45:39 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | March 20, 2019, 1:15:33 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. The following work conduct infractions are regarded as extremely serious, and termination of employment may result following one offense: Making, publishing, or repeating knowingly or maliciously false statements concerning an associate, the company, or its products; Falsification of personnel or other company documents/records, including employment application; Intentionally making entries on another associate's time card/sheet, or falsely altering a timekeeping document; and Leaving company premises without permission during assigned work hours (unpaid meal periods are not "work hours" for purposes of this policy). On July 24, 2019 you stated during the month of February, 2019 your sister passed away however, you took bereavement March 16- 19, 2019. When asked if any other bereavement was taken in 2019 you stated you did not have any other however you did request and take bereavement in January 12-19, 2019.

## Areas of Improvement Required by Associate

Amazon's Standards of Conduct specifically prohibits the falsification of personnel or other company documents/records/time cards. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. At this time, based on your violation of Amazon's Standards of Conduct and behavioral expectations, your employment will end effective immediately.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

```


```

**Associate Signature:** Acknowledged by ████████ (BadgeID: █████)                    **Date:** July 24, 2019, 11:45:39 PM


**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)                    **Date:** July 24, 2019, 11:45:39 PM

**CONFIDENTIAL**

Acknowledged by associate on May 13, 2019, 9:35:55 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████

**Manager Name:** Ramrattan,Courtney (NL4-1830)

**Created On:** May 13, 2019, 9:35:55 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 06, 2018, 8:46:01 PM |
| Final Written | 1 | March 20, 2019, 1:15:33 AM |

## Details of Current Incident/Specific Concerns

On 3/11/19 at approximately 3:15am you told an AA to tell your manager to suck your dick. During your STU you stated, &quot;I do not talk in those words. I have no issues with him.&quot; The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by ███████ (BadgeID: ███)      **Date:** May 13, 2019, 9:35:55 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)      **Date:** May 13, 2019, 9:35:55 PM

**CONFIDENTIAL**                    **AMZ-BRY002374**

**CONFIDENTIAL**

Refused to sign by associate on April 16, 2019, 8:43:10 PM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** ▮▮▮▮▮▮ ▮▮▮▮▮▮
**Manager Name:** Krohne,Dina (NL4-1830)
**Created On:** April 16, 2019, 8:43:10 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 06, 2018, 8:46:01 PM |

## Details of Current Incident/Specific Concerns

On 3/11/19 at approximately 3:15am you told an AA to tell your manager to suck your dick. During your STU you stated, &quot;I do not talk in those words. I have no issues with him.&quot; The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ▮▮▮▮▮▮ REFUSED TO SIGN                          **Date:** April 16, 2019, 8:43:10 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)                          **Date:** April 16, 2019, 8:43:10 PM

**CONFIDENTIAL**                          **AMZ-BRY002375**

**CONFIDENTIAL**

Acknowledged by associate on June 11, 2018, 2:06:16 AM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Behavioral - Documented Positive





**Associate Name:** ███████████████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** June 11, 2018, 2:06:16 AM

## Summary

Your recent job performance has met or exceeded Behavioral expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | August 07, 2017, 10:52:00 AM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement concessions. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [██████████████████] # of Defects: █ DPMO: █ Total Number Of Units: ███ Exceptions: ███ DPMO --&gt; Term ███████████████ First Written Warning &quot;

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ███)        **Date:** June 11, 2018, 2:06:16 AM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)        **Date:** June 11, 2018, 2:06:16 AM

CONFIDENTIAL

Acknowledged by associate on August 08, 2017, 8:18:11 PM - Delivered by San Martino,Delaney (madelane)

# Supportive Feedback Document
# Behavioral - Documented Coaching




**Associate Name:** ███████████ ███████
**Manager Name:** San Martino,Delaney (NL4-1830)
**Created On:** August 08, 2017, 8:18:11 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct policy. For week of 7/30 you worked 61.07 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ██████ (BadgeID: ████)          **Date:** August 08, 2017, 8:18:11 PM

**Manager Signature:** Acknowledged by San Martino,Delaney (BadgeID: 11364877)          **Date:** August 08, 2017, 8:18:11 PM

**CONFIDENTIAL**

Acknowledged by associate on May 29, 2016 7:49:57 PM - Delivered by Powell,Misha (mishap)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮ ▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Nguyen,Deborah Hang (NL4-1830)
**Created On:** May 29, 2016 7:49:57 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Behavioral communications

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting [5/24/2016], you were observed to be off-task by ▮▮▮▮▮ These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ ▮▮▮▮ (BadgeID: ▮▮▮▮                    **Date:** May 29, 2016 7:49:57 PM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)                    **Date:** May 29, 2016 7:49:57 PM

**CONFIDENTIAL**

Acknowledged by associate on July 24, 2019, 11:45:39 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
## Behavioral - Termination





**Associate Name:** ████████ ████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** July 24, 2019, 11:45:39 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | March 20, 2019, 1:15:33 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. The following work conduct infractions are regarded as extremely serious, and termination of employment may result following one offense: Making, publishing, or repeating knowingly or maliciously false statements concerning an associate, the company, or its products; Falsification of personnel or other company documents/records, including employment application; Intentionally making entries on another associate's time card/sheet, or falsely altering a timekeeping document; and Leaving company premises without permission during assigned work hours (unpaid meal periods are not "work hours" for purposes of this policy). On July 24, 2019 you stated during the month of February, 2019 your sister passed away however, you took bereavement March 16- 19, 2019. When asked if any other bereavement was taken in 2019 you stated you did not have any other however you did request and take bereavement in January 12-19, 2019.

## Areas of Improvement Required by Associate

Amazon's Standards of Conduct specifically prohibits the falsification of personnel or other company documents/records/time cards. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. At this time, based on your violation of Amazon's Standards of Conduct and behavioral expectations, your employment will end effective immediately.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ███████ (BadgeID: ████)          **Date:** July 24, 2019, 11:45:39 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** July 24, 2019, 11:45:39 PM

**CONFIDENTIAL**

Acknowledged by associate on July 03, 2019, 10:52:46 PM - Delivered by Danko,David (dddanko)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████  ██████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** July 03, 2019, 10:52:46 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | August 29, 2018 |
| Verbal Positive | 21 | June 26, 2019 |
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | September 26, 2018 |
| Documented Coaching | 2 | May 08, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 1 | ██ | ██ | ████ | ████ | ████ | ████ | █ |
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 1 | ████ | ████ | ████ | | ██ | ██ | █ |
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 2 | ████ | ████ | ████ | | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 26, 2019, 5:00:00 AM | ██ | █ | ███ | ███ | | |
| June 19, 2019, 5:00:00 AM | ██ | █ | ████ | ███ | | |
| June 12, 2019, 5:00:00 AM | ██ | █ | ████ | ███ | | |
| June 05, 2019, 5:00:00 AM | ██ | █ | ████ | ███ | | |
| May 29, 2019, 5:00:00 AM | ██ | █ | ████ | ███ | | |
| May 22, 2019, 5:00:00 AM | ██ | █ | ████ | ███ | | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ████)          **Date:** July 03, 2019, 10:52:46 PM

**Manager Signature:** Acknowledged by Danko,David (BadgeID: 11536038)          **Date:** July 03, 2019, 10:52:46 PM

**CONFIDENTIAL**                    **AMZ-BRY002380**

**CONFIDENTIAL**

Acknowledged by associate on April 29, 2019, 7:40:44 PM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Productivity - First Written



**Associate Name:** ██████████████

**Manager Name:** Krohne,Dina (NL4-1830)

**Created On:** April 29, 2019, 7:40:44 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | August 29, 2018 |
| Verbal Coaching | 1 | September 26, 2018 |
| Verbal Positive | 15 | December 12, 2018 |
| Documented Coaching | 1 | January 30, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 17, 2019, 5:00:00 AM | ██ | █ | ██ | ██ | | █ |
| April 10, 2019, 5:00:00 AM | █ | █ | █ | █ | | █ |
| April 03, 2019, 5:00:00 AM | █ | █ | █ | █ | | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ██████)          **Date:** April 29, 2019, 7:40:44 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** April 29, 2019, 7:40:44 PM

**CONFIDENTIAL**                    **AMZ-BRY002381**

**CONFIDENTIAL**

Acknowledged by associate on August 29, 2018, 10:23:22 PM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** August 29, 2018, 10:23:22 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 13 | July 11, 2018 |
| Documented Positive | 12 | April 25, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | | | | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 22, 2018, 5:00:00 AM | █ | █ | ███ | ███ | ███ | █ |
| August 15, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| August 08, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| August 01, 2018, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| July 25, 2018, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| July 18, 2018, 5:00:00 AM | █ | █ | █ | █ | █ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: █)          **Date:** August 29, 2018, 10:23:22 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** August 29, 2018, 10:23:22 PM

**CONFIDENTIAL**

Acknowledged by associate on May 08, 2018, 5:25:06 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████ ███████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** May 08, 2018, 5:25:06 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 11 | April 18, 2018 |
| Verbal Positive | 20 | April 04, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 18, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | █ |
| April 11, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | █ |
| April 04, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | █ |
| March 28, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | █ |
| March 21, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | █ |
| March 14, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: █████)       **Date:** May 08, 2018, 5:25:06 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)       **Date:** May 08, 2018, 5:25:06 PM

**CONFIDENTIAL**

Acknowledged by associate on April 22, 2018, 8:50:08 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▓▓▓▓▓▓▓▓▓
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 22, 2018, 8:50:08 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 10 | April 11, 2018 |
| Verbal Positive | 20 | April 04, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▓ | ▓ | ▓ | | ▓ | ▓ | ▓ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 11, 2018, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | | ▓ |
| April 04, 2018, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | | ▓ |
| March 28, 2018, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | | ▓ |
| March 21, 2018, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | | ▓ |
| March 14, 2018, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | | ▓ |
| March 07, 2018, 5:00:00 AM | ▓ | ▓ | ▓ | ▓ | | ▓ |

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓ (BadgeID: ▓▓▓)        **Date:** April 22, 2018, 8:50:08 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)        **Date:** April 22, 2018, 8:50:08 PM

**CONFIDENTIAL**

Acknowledged by associate on April 14, 2018, 7:50:14 PM - Delivered by Lee,David (leemdavi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▉▉▉▉▉▉ ▉▉▉▉▉▉
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 14, 2018, 7:50:14 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | April 04, 2018 |
| Documented Positive | 9 | March 28, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack Item | Packed Total EACH | Level 5 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 04, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| March 28, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| March 21, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| March 14, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| March 07, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| February 28, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉ (BadgeID: ▉▉▉▉ )          **Date:** April 14, 2018, 7:50:14 PM

**Manager Signature:** Acknowledged by Lee,David (BadgeID: 12399077)          **Date:** April 14, 2018, 7:50:14 PM

**CONFIDENTIAL**

Acknowledged by associate on April 01, 2018, 11:15:08 PM - Delivered by Persson,Brittany (perssonb)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████ ███████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 01, 2018, 11:15:08 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 8 | March 21, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ██ | ██ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 21, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| March 14, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| March 07, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| February 28, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| February 21, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| February 14, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ███)          **Date:** April 01, 2018, 11:15:08 PM

**Manager Signature:** Acknowledged by Persson,Brittany (BadgeID: 11195178)          **Date:** April 01, 2018, 11:15:08 PM

**CONFIDENTIAL**                              **AMZ-BRY002386**

**CONFIDENTIAL**

Acknowledged by associate on March 28, 2018, 9:12:43 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████  ███████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 28, 2018, 9:12:43 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 7 | March 14, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ██ | | | | ████ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 14, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| March 07, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| February 28, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| February 21, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| February 14, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| February 07, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ██████)          **Date:** March 28, 2018, 9:12:43 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** March 28, 2018, 9:12:43 PM

**CONFIDENTIAL**

Acknowledged by associate on March 18, 2018, 10:00:50 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮ ▮▮▮▮▮▮
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 18, 2018, 10:00:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | February 14, 2018 |
| Documented Positive | 6 | March 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 07, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |
| February 28, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |
| February 21, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |
| February 14, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |
| February 07, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |
| January 31, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** March 18, 2018, 10:00:50 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** March 18, 2018, 10:00:50 PM

**CONFIDENTIAL**                    **AMZ-BRY002388**

**CONFIDENTIAL**

Acknowledged by associate on March 11, 2018, 9:25:13 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▉▉▉▉▉▉
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 11, 2018, 9:25:13 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | February 14, 2018 |
| Documented Positive | 5 | February 28, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack Item | Packed Total EACH | Level 5 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 28, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| February 21, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| February 14, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| February 07, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| January 31, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| January 24, 2018, 5:00:00 AM | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉ (BadgeID: ▉)          **Date:** March 11, 2018, 9:25:13 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** March 11, 2018, 9:25:13 PM

**CONFIDENTIAL**

Acknowledged by associate on March 04, 2018, 10:41:42 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 04, 2018, 10:41:42 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | February 21, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 21, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |
| February 14, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |
| February 07, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |
| January 31, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |
| January 24, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |
| January 17, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮)          **Date:** March 04, 2018, 10:41:42 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** March 04, 2018, 10:41:42 PM

**CONFIDENTIAL**

Acknowledged by associate on February 25, 2018, 11:14:50 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** February 25, 2018, 11:14:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | January 31, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack Item | Packed Total EACH | Level 5 | ▉ | ▉▉ | ▉▉ | ▉▉▉ | ▉▉ | ▉▉ | ▉▉ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 14, 2018, 5:00:00 AM | ▉ | ▉ | ▉▉ | ▉▉ | ▉ | ▉ |
| February 07, 2018, 5:00:00 AM | ▉ | ▉ | ▉▉ | ▉▉ | ▉ | ▉ |
| January 31, 2018, 5:00:00 AM | ▉ | ▉ | ▉▉ | ▉▉ | ▉ | ▉ |
| January 24, 2018, 5:00:00 AM | ▉ | ▉ | ▉▉ | ▉▉ | ▉ | ▉ |
| January 17, 2018, 5:00:00 AM | ▉ | ▉ | ▉▉ | ▉▉ | ▉ | ▉ |
| January 10, 2018, 5:00:00 AM | ▉ | ▉ | ▉▉ | ▉▉ | ▉ | ▉ |

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉ (BadgeID: ▉▉▉)          **Date:** February 25, 2018, 11:14:50 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** February 25, 2018, 11:14:50 PM

CONFIDENTIAL

Acknowledged by associate on February 10, 2018, 9:56:32 PM - Delivered by Lee,David (leemdavi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████ ████ ███████

**Manager Name:** Wilson,Emma (NL4-1830)

**Created On:** February 10, 2018, 9:56:32 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | January 10, 2018 |
| Documented Positive | 1 | January 17, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ██ | ███ | ███ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 24, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| January 17, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| January 10, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| January 03, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| December 27, 2017, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| December 20, 2017, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ██████)         **Date:** February 10, 2018, 9:56:32 PM

**Manager Signature:** Acknowledged by Lee,David (BadgeID: 12399077)         **Date:** February 10, 2018, 9:56:32 PM

**CONFIDENTIAL**

Acknowledged by associate on February 10, 2018, 9:56:12 PM - Delivered by Lee,David (leemdavi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████ ████

**Manager Name:** Wilson,Emma (NL4-1830)

**Created On:** February 10, 2018, 9:56:12 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | January 10, 2018 |
| Documented Positive | 1 | January 17, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ██ | ██ | ██ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 17, 2018, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| January 10, 2018, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| January 03, 2018, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 27, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 20, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |
| December 13, 2017, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ████)          **Date:** February 10, 2018, 9:56:12 PM

**Manager Signature:** Acknowledged by Lee,David (BadgeID: 12399077)          **Date:** February 10, 2018, 9:56:12 PM

**CONFIDENTIAL**

Acknowledged by associate on January 20, 2018, 8:02:36 PM - Delivered by Lee,David Eunwoo (leemdavi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████  ████  ████████

**Manager Name:** Wilson,Emma (NL4-1830)

**Created On:** January 20, 2018, 8:02:36 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | January 10, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ████ | ████ | ███ | ████ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 10, 2018, 5:00:00 AM | ███ | █ | ██ | ████ | ██ | █ |
| January 03, 2018, 5:00:00 AM | ███ | █ | ██ | ████ | ██ | █ |
| December 27, 2017, 5:00:00 AM | ███ | █ | ██ | ████ | ██ | █ |
| December 20, 2017, 5:00:00 AM | ███ | █ | ██ | ████ | ██ | █ |
| December 13, 2017, 5:00:00 AM | ███ | █ | ██ | ████ | ██ | █ |
| December 06, 2017, 5:00:00 AM | ███ | █ | ██ | ████ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ████████  ████ (BadgeID: ████)       **Date:** January 20, 2018, 8:02:36 PM

**Manager Signature:** Acknowledged by Lee,David Eunwoo (BadgeID: 12399077)       **Date:** January 20, 2018, 8:02:36 PM

**CONFIDENTIAL**

Acknowledged by associate on Sep 12, 2016 7:47:41 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ (▮▮▮▮▮▮▮
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** Sep 12, 2016 7:47:41 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | May 18, 2016 |
| Documented Positive | 5 | Aug 17, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Verbal Positive | 35 | Aug 31, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▮ | ▮ | | | ▮▮▮ | ▮▮▮ | ▮ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ▮▮▮▮▮▮▮ | ▮▮ | ▮ | | ▮▮▮ | ▮▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 31, 2016 5:00:00 AM | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Aug 24, 2016 5:00:00 AM | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Aug 17, 2016 5:00:00 AM | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Aug 10, 2016 5:00:00 AM | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Aug 3, 2016 5:00:00 AM | ▮▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Jul 27, 2016 5:00:00 AM | ▮▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮   **Date:** Sep 12, 2016 7:47:41 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)   **Date:** Sep 12, 2016 7:47:41 PM

**CONFIDENTIAL**        **AMZ-BRY002395**

**CONFIDENTIAL**

Acknowledged by associate on Aug 21, 2016 10:09:03 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ██████████ ██████ (██████

**Manager Name:** Wilmington,Stephen A. (NL4-1830)

**Created On:** Aug 21, 2016 10:09:04 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 36 | Aug 3, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Documented Coaching | 3 | May 18, 2016 |
| Documented Positive | 4 | Aug 10, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ██ | ██ | ██ | ████ | ██ | ██ | █ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ██ | ██ | ██ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 10, 2016 5:00:00 AM | ██ | █ | ██ ██ | ██ | █ |
| Aug 3, 2016 5:00:00 AM | ██ | █ | ██ ██ | ██ | █ |
| Jul 27, 2016 5:00:00 AM | ██ | █ | ██ ██ | ██ | █ |
| Jul 20, 2016 5:00:00 AM | ██ | █ | ██ ██ | ██ | █ |
| Jul 13, 2016 5:00:00 AM | ██ | █ | ██ ██ | ██ | █ |
| Jul 6, 2016 5:00:00 AM | ██ | █ | ██ ██ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ████)     **Date:** Aug 21, 2016 10:09:03 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)     **Date:** Aug 21, 2016 10:09:03 PM

**CONFIDENTIAL**                                             **AMZ-BRY002396**

**CONFIDENTIAL**

Acknowledged by associate on Aug 15, 2016 10:07:44 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████ ██████ (███████

**Manager Name:** Wilmington,Stephen A. (NL4-1830)

**Created On:** Aug 15, 2016 10:07:44 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 37 | Aug 3, 2016 |
| Documented Positive | 3 | Jul 27, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Documented Coaching | 3 | May 18, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | | | | | | | |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ██ | ████ | ██ | ████ | ███ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 3, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 27, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 20, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 13, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 6, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jun 29, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ████ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████)   **Date:** Aug 15, 2016 10:07:44 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)   **Date:** Aug 15, 2016 10:07:44 PM

**CONFIDENTIAL**

Acknowledged by associate on Jul 28, 2016 1:38:04 AM - Delivered by McRavion,Beth Ann (mcravion)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████ ██████ (█████████
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** Jul 28, 2016 1:38:04 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 38 | Jul 13, 2016 |
| Documented Positive | 2 | Jul 20, 2016 |
| Documented Coaching | 3 | May 18, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ██ | ██ | | | ███ | ███ | █ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ████████████ | ████ | ███ | | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 20, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ████ | █ |
| Jul 13, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ████ | █ |
| Jul 6, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ████ | █ |
| Jun 29, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ████ | █ |
| Jun 22, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ████ | █ |
| Jun 15, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ████ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: █████)          **Date:** Jul 28, 2016 1:38:04 AM

**Manager Signature:** Acknowledged by McRavion,Beth Ann (BadgeID: 11364964)          **Date:** Jul 28, 2016 1:38:04 AM

**CONFIDENTIAL**                    **AMZ-BRY002398**

**CONFIDENTIAL**

Acknowledged by associate on Jul 24, 2016 8:26:07 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████ ██████ (████████

**Manager Name:** Wilmington,Stephen A. (NL4-1830)

**Created On:** Jul 24, 2016 8:26:07 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 39 | Jul 13, 2016 |
| Documented Positive | 1 | Sep 23, 2015 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Documented Coaching | 3 | May 18, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ██ | ████ | ████ | ████ | ████ | ████ | █ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ██ | ████ | ██████ | ████ | ████ | █ | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 13, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jul 6, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jun 29, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jun 22, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jun 15, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jun 8, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: █████)     **Date:** Jul 24, 2016 8:26:07 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)     **Date:** Jul 24, 2016 8:26:07 PM

**CONFIDENTIAL**     **AMZ-BRY002399**

**CONFIDENTIAL**

Acknowledged by associate on Sep 29, 2015 10:25:06 PM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████ ████ (███████

**Manager Name:** Powell,Misha (NL4-1830)

**Created On:** Sep 29, 2015 10:25:06 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 15 | Sep 16, 2015 |
| Verbal Coaching | 1 | Jun 24, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify | Level 16+ | ██ | ██ | ████ | ████ | ██ | ██ | █ |
| Pack Singles | Scan Verify Small | Level 16+ | ████████ | | | | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Sep 16, 2015 5:00:00 AM | ██ | ██ | ████ | ████ | ████ | █ |
| Sep 9, 2015 5:00:00 AM | ██ | ██ | ████ | ████ | ████ | █ |
| Sep 2, 2015 5:00:00 AM | ██ | ██ | ████ | ████ | ████ | █ |
| Aug 26, 2015 5:00:00 AM | ██ | ██ | ████ | ████ | ████ | █ |
| Aug 19, 2015 5:00:00 AM | ██ | ██ | ████ | ████ | ████ | █ |
| Aug 12, 2015 5:00:00 AM | ██ | ██ | ████ | ████ | ████ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ████ (BadgeID: ████)          **Date:** Sep 29, 2015 10:25:06 PM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)          **Date:** Sep 29, 2015 10:25:06 PM

**CONFIDENTIAL**

Acknowledged by associate on July 16, 2019, 11:45:00 PM - Delivered by Ramrattan,Courtney (ramrattc)





# Supportive Feedback Document
# Productivity - Documented Positive

**Associate Name:** ███████████ ████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** July 16, 2019, 11:45:00 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 21 | June 26, 2019 |
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | September 26, 2018 |
| Documented Coaching | 2 | May 08, 2019 |
| Documented Positive | 2 | July 03, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 2 | ███ | ███ | ███ | ███ | ███ | ███ | █ |
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 3 | ███ | ███ | ███ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 03, 2019, 5:00:00 AM | ███ | █ | ███ | ███ | ███ | |
| June 26, 2019, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | |
| June 19, 2019, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | |
| June 12, 2019, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | |
| June 05, 2019, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | |
| May 29, 2019, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████)     **Date:** July 16, 2019, 11:45:00 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)     **Date:** July 16, 2019, 11:45:00 PM

**CONFIDENTIAL**                    **AMZ-BRY002401**

**CONFIDENTIAL**

Acknowledged by associate on July 03, 2019, 10:52:46 PM - Delivered by Danko,David (dddanko)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** July 03, 2019, 10:52:46 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | August 29, 2018 |
| Verbal Positive | 21 | June 26, 2019 |
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | September 26, 2018 |
| Documented Coaching | 2 | May 08, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 1 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 1 | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 2 | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 26, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| June 19, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| June 12, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| June 05, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| May 29, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| May 22, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID: ▮▮▮)          **Date:** July 03, 2019, 10:52:46 PM

**Manager Signature:** Acknowledged by Danko,David (BadgeID: 11536038)          **Date:** July 03, 2019, 10:52:46 PM

**CONFIDENTIAL**                    **AMZ-BRY002402**

**CONFIDENTIAL**

Acknowledged by associate on April 29, 2019, 7:40:44 PM - Delivered by Ramrattan,Courtney (ramrattc)



## Supportive Feedback Document
## Productivity - First Written



**Associate Name:** ███████████████
**Manager Name:** Krohne,Dina (NL4-1830)
**Created On:** April 29, 2019, 7:40:44 PM

### Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

### Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | August 29, 2018 |
| Verbal Coaching | 1 | September 26, 2018 |
| Verbal Positive | 15 | December 12, 2018 |
| Documented Coaching | 1 | January 30, 2019 |

### Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | | ███ | ███ | █ |

### Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 17, 2019, 5:00:00 AM | ██ | | ██ | ██ | | ██ |
| April 10, 2019, 5:00:00 AM | █ | █ | █ | █ | | █ |
| April 03, 2019, 5:00:00 AM | █ | █ | █ | █ | | █ |

### Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

### Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████)          **Date:** April 29, 2019, 7:40:44 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** April 29, 2019, 7:40:44 PM

**CONFIDENTIAL**                                                    **AMZ-BRY002403**

**CONFIDENTIAL**

Acknowledged by associate on August 29, 2018, 10:23:22 PM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▇▇▇▇▇▇▇▇▇▇▇
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** August 29, 2018, 10:23:22 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 13 | July 11, 2018 |
| Documented Positive | 12 | April 25, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack Item | Packed Total EACH | Level 5 | ▇▇ | ▇▇ | ▇▇ | | ▇▇ | ▇▇ | ▇ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| August 22, 2018, 5:00:00 AM | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |
| August 15, 2018, 5:00:00 AM | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |
| August 08, 2018, 5:00:00 AM | ▇ | ▇ | ▇▇▇ | ▇▇ | | ▇ |
| August 01, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| July 25, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| July 18, 2018, 5:00:00 AM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇ (BadgeID: ▇▇▇)          **Date:** August 29, 2018, 10:23:22 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** August 29, 2018, 10:23:22 PM

**CONFIDENTIAL**

Acknowledged by associate on May 08, 2018, 5:25:06 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** May 08, 2018, 5:25:06 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 11 | April 18, 2018 |
| Verbal Positive | 20 | April 04, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▉▉ | ▉▉ | ▉▉ | ▉▉ | ▉▉ | ▉▉ | ▉ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 18, 2018, 5:00:00 AM | ▉▉ | ▉ | ▉▉ | ▉▉ | ▉▉ | ▉ |
| April 11, 2018, 5:00:00 AM | ▉▉ | ▉ | ▉▉ | ▉▉ | ▉▉ | ▉ |
| April 04, 2018, 5:00:00 AM | ▉▉ | ▉ | ▉▉ | ▉▉ | ▉▉ | ▉ |
| March 28, 2018, 5:00:00 AM | ▉▉ | ▉ | ▉▉ | ▉▉ | ▉▉ | ▉ |
| March 21, 2018, 5:00:00 AM | ▉▉ | ▉ | ▉▉ | ▉▉ | ▉▉ | ▉ |
| March 14, 2018, 5:00:00 AM | ▉▉ | ▉ | ▉▉ | ▉▉ | ▉▉ | ▉ |

## Associate Comments

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉ (BadgeID: ▉▉▉▉)          **Date:** May 08, 2018, 5:25:06 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** May 08, 2018, 5:25:06 PM

**CONFIDENTIAL**                    **AMZ-BRY002405**

**CONFIDENTIAL**

Acknowledged by associate on April 22, 2018, 8:50:08 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████ ████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 22, 2018, 8:50:08 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 10 | April 11, 2018 |
| Verbal Positive | 20 | April 04, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | ███ | ████ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 11, 2018, 5:00:00 AM | ██ | █ | ████ | ███ | ███ | █ |
| April 04, 2018, 5:00:00 AM | ██ | █ | ████ | ███ | ███ | █ |
| March 28, 2018, 5:00:00 AM | ██ | █ | ████ | ███ | ███ | █ |
| March 21, 2018, 5:00:00 AM | ██ | █ | ████ | ███ | ███ | █ |
| March 14, 2018, 5:00:00 AM | ██ | █ | ████ | ███ | ███ | █ |
| March 07, 2018, 5:00:00 AM | ██ | █ | ████ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ████)          **Date:** April 22, 2018, 8:50:08 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** April 22, 2018, 8:50:08 PM

**CONFIDENTIAL**

Acknowledged by associate on April 14, 2018, 7:50:14 PM - Delivered by Lee,David (leemdavi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████ ██████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 14, 2018, 7:50:14 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | April 04, 2018 |
| Documented Positive | 9 | March 28, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ██ | ███ | ████ | ████ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 04, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| March 28, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| March 21, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| March 14, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| March 07, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |
| February 28, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ███████)          **Date:** April 14, 2018, 7:50:14 PM

**Manager Signature:** Acknowledged by Lee,David (BadgeID: 12399077)          **Date:** April 14, 2018, 7:50:14 PM

**CONFIDENTIAL**

Acknowledged by associate on April 01, 2018, 11:15:08 PM - Delivered by Persson,Brittany (perssonb)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████ ███████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** April 01, 2018, 11:15:08 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 8 | March 21, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ██ | ██ | ███ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 21, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| March 14, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| March 07, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| February 28, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| February 21, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| February 14, 2018, 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ██)          **Date:** April 01, 2018, 11:15:08 PM

**Manager Signature:** Acknowledged by Persson,Brittany (BadgeID: 11195178)          **Date:** April 01, 2018, 11:15:08 PM

**CONFIDENTIAL**

Acknowledged by associate on March 28, 2018, 9:12:43 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████ ████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 28, 2018, 9:12:43 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Positive | 7 | March 14, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---------|----------|----|----|----|----|----|----|----|----|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ██ | ████ | ███ | ██ | ████ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| March 14, 2018, 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| March 07, 2018, 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| February 28, 2018, 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| February 21, 2018, 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| February 14, 2018, 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| February 07, 2018, 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: █████)          **Date:** March 28, 2018, 9:12:43 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** March 28, 2018, 9:12:43 PM

**CONFIDENTIAL**

Acknowledged by associate on March 18, 2018, 10:00:50 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 18, 2018, 10:00:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | February 14, 2018 |
| Documented Positive | 6 | March 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▮ | | ▮ | | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| March 07, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 28, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 21, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 14, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 07, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| January 31, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** March 18, 2018, 10:00:50 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** March 18, 2018, 10:00:50 PM

**CONFIDENTIAL**

Acknowledged by associate on March 11, 2018, 9:25:13 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 11, 2018, 9:25:13 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | February 14, 2018 |
| Documented Positive | 5 | February 28, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 28, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 21, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 14, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| February 07, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| January 31, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| January 24, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** March 11, 2018, 9:25:13 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** March 11, 2018, 9:25:13 PM

**CONFIDENTIAL**

Acknowledged by associate on March 04, 2018, 10:41:42 PM - Delivered by Wilson,Emma (emmwils)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ██████████ ██████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** March 04, 2018, 10:41:42 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 4 | February 21, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | █ | █ | ██ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 21, 2018, 5:00:00 AM | ██ | █ | ███ | ██ | ██ | █ |
| February 14, 2018, 5:00:00 AM | ██ | █ | ███ | ██ | ██ | █ |
| February 07, 2018, 5:00:00 AM | ██ | █ | ███ | ██ | ██ | █ |
| January 31, 2018, 5:00:00 AM | ██ | █ | ███ | ██ | ██ | █ |
| January 24, 2018, 5:00:00 AM | ██ | █ | ███ | ██ | ██ | █ |
| January 17, 2018, 5:00:00 AM | ██ | █ | ███ | ██ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: █████)      **Date:** March 04, 2018, 10:41:42 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)      **Date:** March 04, 2018, 10:41:42 PM

**CONFIDENTIAL**

Acknowledged by associate on February 25, 2018, 11:14:50 PM - Delivered by Wilson,Emma (emmwils)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▆▆▆▆▆▆ ▆▆▆▆▆▆

**Manager Name:** Wilson,Emma (NL4-1830)

**Created On:** February 25, 2018, 11:14:50 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 3 | January 31, 2018 |
| Verbal Positive | 20 | February 14, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▆ | ▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆▆ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 14, 2018, 5:00:00 AM | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | ▆ |
| February 07, 2018, 5:00:00 AM | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | ▆ |
| January 31, 2018, 5:00:00 AM | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | ▆ |
| January 24, 2018, 5:00:00 AM | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | ▆ |
| January 17, 2018, 5:00:00 AM | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | ▆ |
| January 10, 2018, 5:00:00 AM | ▆▆ | ▆ | ▆▆ | ▆▆ | ▆▆ | ▆ |

## Associate Comments

**Associate Signature:** Acknowledged by ▆▆▆▆▆▆ (BadgeID: ▆▆▆)          **Date:** February 25, 2018, 11:14:50 PM

**Manager Signature:** Acknowledged by Wilson,Emma (BadgeID: 12371848)          **Date:** February 25, 2018, 11:14:50 PM

**CONFIDENTIAL**                                        **AMZ-BRY002413**

**CONFIDENTIAL**

Acknowledged by associate on February 10, 2018, 9:56:32 PM - Delivered by Lee,David (leemdavi)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████ ████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** February 10, 2018, 9:56:32 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | January 10, 2018 |
| Documented Positive | 1 | January 17, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 24, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ██ | █ |
| January 17, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ██ | █ |
| January 10, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ██ | █ |
| January 03, 2018, 5:00:00 AM | ██ | █ | ███ | ███ | ██ | █ |
| December 27, 2017, 5:00:00 AM | ██ | █ | ███ | ███ | ██ | █ |
| December 20, 2017, 5:00:00 AM | ██ | █ | ███ | ███ | ██ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ██████)     **Date:** February 10, 2018, 9:56:32 PM

**Manager Signature:** Acknowledged by Lee,David (BadgeID: 12399077)     **Date:** February 10, 2018, 9:56:32 PM

**CONFIDENTIAL**

Acknowledged by associate on February 10, 2018, 9:56:12 PM - Delivered by Lee,David (leemdavi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮ ▮▮▮▮
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** February 10, 2018, 9:56:12 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | January 10, 2018 |
| Documented Positive | 1 | January 17, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 17, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| January 10, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| January 03, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| December 27, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| December 20, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| December 13, 2017, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮)          **Date:** February 10, 2018, 9:56:12 PM

**Manager Signature:** Acknowledged by Lee,David (BadgeID: 12399077)          **Date:** February 10, 2018, 9:56:12 PM

**CONFIDENTIAL**

Acknowledged by associate on January 20, 2018, 8:02:36 PM - Delivered by Lee,David Eunwoo (leemdavi)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████  █████████
**Manager Name:** Wilson,Emma (NL4-1830)
**Created On:** January 20, 2018, 8:02:36 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 20 | January 10, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 10, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |
| January 03, 2018, 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |
| December 27, 2017, 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |
| December 20, 2017, 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |
| December 13, 2017, 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |
| December 06, 2017, 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████  ██████ (BadgeID: █████)          **Date:** January 20, 2018, 8:02:36 PM

**Manager Signature:** Acknowledged by Lee,David Eunwoo (BadgeID: 12399077)          **Date:** January 20, 2018, 8:02:36 PM

**CONFIDENTIAL**

Acknowledged by associate on Sep 12, 2016 7:47:41 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████  ██████  (███████)
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** Sep 12, 2016 7:47:41 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | May 18, 2016 |
| Documented Positive | 5 | Aug 17, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Verbal Positive | 35 | Aug 31, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | █ | █ | | █ | █ | █ | █ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ████ | █ | █ | █ | █ | █ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 31, 2016 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| Aug 24, 2016 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| Aug 17, 2016 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| Aug 10, 2016 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| Aug 3, 2016 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| Jul 27, 2016 5:00:00 AM | █ | █ | █ | █ | █ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID █████)          **Date:** Sep 12, 2016 7:47:41 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)          **Date:** Sep 12, 2016 7:47:41 PM

**CONFIDENTIAL**                                      **AMZ-BRY002417**

**CONFIDENTIAL**

Acknowledged by associate on Aug 21, 2016 10:09:03 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████  ██████  (█████████

**Manager Name:** Wilmington,Stephen A. (NL4-1830)

**Created On:** Aug 21, 2016 10:09:04 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 36 | Aug 3, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Documented Coaching | 3 | May 18, 2016 |
| Documented Positive | 4 | Aug 10, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ███ | ██ | ██ | ████ | ███ | ███ | █ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ███ | ██ | ██ | ████ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 10, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Aug 3, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 27, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 20, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 13, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |
| Jul 6, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███)      **Date:** Aug 21, 2016 10:09:03 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)      **Date:** Aug 21, 2016 10:09:03 PM

**CONFIDENTIAL**                                **AMZ-BRY002418**

**CONFIDENTIAL**

Acknowledged by associate on Aug 15, 2016 10:07:44 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████  ██████  (█████████
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** Aug 15, 2016 10:07:44 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 37 | Aug 3, 2016 |
| Documented Positive | 3 | Jul 27, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Documented Coaching | 3 | May 18, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | | | | | | | |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ██ | ███████ | ██ | ██████ | ██████ | ██████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Aug 3, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jul 27, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jul 20, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jul 13, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jul 6, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |
| Jun 29, 2016 5:00:00 AM | ████ | ██ | ████ | ████ | ████ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ████████  (BadgeID: ████)         **Date:** Aug 15, 2016 10:07:44 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)         **Date:** Aug 15, 2016 10:07:44 PM

**CONFIDENTIAL**

Acknowledged by associate on Jul 28, 2016 1:38:04 AM - Delivered by McRavion,Beth Ann (mcravion)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮ ▮▮▮ (▮▮▮▮▮
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** Jul 28, 2016 1:38:04 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 38 | Jul 13, 2016 |
| Documented Positive | 2 | Jul 20, 2016 |
| Documented Coaching | 3 | May 18, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▮ | | | | ▮ | ▮ | ▮ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ▮▮▮▮▮▮▮ | | | | ▮▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 20, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Jul 13, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Jul 6, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Jun 29, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Jun 22, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| Jun 15, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮)          **Date:** Jul 28, 2016 1:38:04 AM

**Manager Signature:** Acknowledged by McRavion,Beth Ann (BadgeID: 11364964)          **Date:** Jul 28, 2016 1:38:04 AM

**CONFIDENTIAL**                                      **AMZ-BRY002420**

CONFIDENTIAL

Acknowledged by associate on Jul 24, 2016 8:26:07 PM - Delivered by Babatunde,Oluwakonyinsola Alexander (oluwakob)





# Supportive Feedback Document
# Productivity - Documented Positive

**Associate Name:** ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ (▓▓▓▓▓▓
**Manager Name:** Wilmington,Stephen A. (NL4-1830)
**Created On:** Jul 24, 2016 8:26:07 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 39 | Jul 13, 2016 |
| Documented Positive | 1 | Sep 23, 2015 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Documented Coaching | 3 | May 18, 2016 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jul 13, 2016 5:00:00 AM | ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |
| Jul 6, 2016 5:00:00 AM | ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |
| Jun 29, 2016 5:00:00 AM | ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |
| Jun 22, 2016 5:00:00 AM | ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |
| Jun 15, 2016 5:00:00 AM | ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |
| Jun 8, 2016 5:00:00 AM | ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓ (BadgeID: ▓▓▓)          **Date:** Jul 24, 2016 8:26:07 PM

**Manager Signature:** Acknowledged by Babatunde,Oluwakonyinsola Alexander (BadgeID: 11364900)          **Date:** Jul 24, 2016 8:26:07 PM

CONFIDENTIAL                                        AMZ-BRY002421

**CONFIDENTIAL**

Acknowledged by associate on Sep 29, 2015 10:25:06 PM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████ ██████ (██████

**Manager Name:** Powell,Misha (NL4-1830)

**Created On:** Sep 29, 2015 10:25:06 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

Below is a summary of your Productivity communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 15 | Sep 16, 2015 |
| Verbal Coaching | 1 | Jun 24, 2015 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify | Level 16+ | █ | █ | ███ | █ | █ | █ | █ |
| Pack Singles | Scan Verify Small | Level 16+ | ████ | █ | ███ | █ | █ | █ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Sep 16, 2015 5:00:00 AM | █ | █ | ███ | ███ | █ | |
| Sep 9, 2015 5:00:00 AM | █ | █ | ███ | ███ | █ | |
| Sep 2, 2015 5:00:00 AM | █ | █ | ███ | ███ | █ | |
| Aug 26, 2015 5:00:00 AM | █ | █ | ███ | ███ | █ | |
| Aug 19, 2015 5:00:00 AM | █ | █ | ███ | ███ | █ | |
| Aug 12, 2015 5:00:00 AM | █ | █ | ███ | ███ | █ | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████ ██████ (BadgeID: ████)

**Date:** Sep 29, 2015 10:25:06 PM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)

**Date:** Sep 29, 2015 10:25:06 PM

**CONFIDENTIAL**

Acknowledged by associate on July 16, 2019, 11:45:00 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** July 16, 2019, 11:45:00 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 21 | June 26, 2019 |
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | September 26, 2018 |
| Documented Coaching | 2 | May 08, 2019 |
| Documented Positive | 2 | July 03, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 2 | | | | ██ | ██ | ██ | █ |
| Pack - Lev/Autofold | SmartPac ItemPacked Total EACH | Level 3 | | | | ██ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 03, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| June 26, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| June 19, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| June 12, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| June 05, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |
| May 29, 2019, 5:00:00 AM | ██ | ██ | ██ | ██ | ██ | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ███)    **Date:** July 16, 2019, 11:45:00 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)    **Date:** July 16, 2019, 11:45:00 PM

**CONFIDENTIAL**

Acknowledged by associate on February 05, 2019, 7:52:30 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ████████████████

**Manager Name:** Ramrattan,Courtney (NL4-1830)

**Created On:** February 05, 2019, 7:52:30 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 26, 2018 |
| Verbal Positive | 18 | December 12, 2018 |
| Documented Positive | 11 | August 29, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ██ | █████████ | ███ | ████ | ████ | ██ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 23, 2019, 5:00:00 AM | ███ | █ | ██ | █████ | █ |
| January 16, 2019, 5:00:00 AM | █ | █ | █ | ███ | █ | █ |
| January 09, 2019, 5:00:00 AM | █ | █ | █ | ███ | █ | █ |
| January 02, 2019, 5:00:00 AM | █ | █ | ██ | █████ | █ |
| December 26, 2018, 5:00:00 AM | █ | █ | ██ | █████ | █ |
| December 19, 2018, 5:00:00 AM | █ | █ | ██ | ████ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████)     **Date:** February 05, 2019, 7:52:30 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)     **Date:** February 05, 2019, 7:52:30 PM

**CONFIDENTIAL**                    **AMZ-BRY002424**

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY002425

**CONFIDENTIAL**

Acknowledged by associate on May 22, 2016 10:37:47 PM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████████  ████  (██████████
**Manager Name:** Nguyen,Deborah Hang (NL4-1830)
**Created On:** May 22, 2016 10:37:47 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | Sep 23, 2015 |
| Documented Coaching | 2 | Jan 27, 2016 |
| Verbal Coaching | 4 | Apr 13, 2016 |
| Verbal Positive | 36 | May 11, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ██ | ████████ | ██ | ████████ | ██ | ██ | █ |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ██ | ████████ | ██ | ████ | ██ | ██ | █ |
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ██ | ██ | ██ | ████████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 11, 2016 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | ██ |
| May 4, 2016 5:00:00 AM | ██ | ██ | ██ | ████ | ████ | ██ |
| Apr 27, 2016 5:00:00 AM | ██ | ██ | ██ | ██ | ████ | █ |
| Apr 20, 2016 5:00:00 AM | ██ | ██ | ██ | ██ | ████ | █ |
| Apr 13, 2016 5:00:00 AM | ██ | ██ | █ | ████ | ████ | █ |
| Apr 6, 2016 5:00:00 AM | ██ | ██ | ██ | ██ | ████ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████  ████ (BadgeID: ████)      **Date:** May 22, 2016 10:37:47 PM

**CONFIDENTIAL**                    **AMZ-BRY002426**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)                    **Date:** May 22, 2016 10:37:47 PM

**CONFIDENTIAL**

Acknowledged by associate on Jan 28, 2016 1:54:47 AM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮ ▮▮▮▮ (▮▮▮▮▮
**Manager Name:** Powell,Misha (NL4-1830)
**Created On:** Jan 28, 2016 1:54:47 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | Nov 25, 2015 |
| Verbal Positive | 23 | Jan 13, 2016 |
| Verbal Coaching | 3 | Dec 3, 2015 |
| Documented Positive | 1 | Sep 23, 2015 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jan 20, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| Jan 13, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| Jan 6, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| Dec 30, 2015 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| Dec 23, 2015 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| Dec 16, 2015 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ ▮▮▮▮ (BadgeID: ▮▮▮▮          **Date:** Jan 28, 2016 1:54:47 AM

**CONFIDENTIAL**                    **AMZ-BRY002428**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)                    **Date:** Jan 28, 2016 1:54:47 AM

**CONFIDENTIAL**

Acknowledged by associate on Dec 1, 2015 12:21:36 AM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████ ███ (████████
**Manager Name:** Powell,Misha (NL4-1830)
**Created On:** Dec 1, 2015 12:21:36 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | Nov 11, 2015 |
| Verbal Positive | 21 | Nov 4, 2015 |
| Documented Positive | 1 | Sep 23, 2015 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ███ | ██ | ██ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Nov 18, 2015 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| Nov 11, 2015 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| Nov 4, 2015 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| Oct 28, 2015 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| Oct 21, 2015 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |
| Oct 14, 2015 5:00:00 AM | ██ | █ | ██ | ██ | ██ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ███ (BadgeID: █████   **Date:** Dec 1, 2015 12:21:36 AM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)   **Date:** Dec 1, 2015 12:21:36 AM

**CONFIDENTIAL**          **AMZ-BRY002430**

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY002431

**CONFIDENTIAL**

Acknowledged by associate on May 13, 2019, 9:33:11 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** May 13, 2019, 9:33:11 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | September 26, 2018 |
| Documented Positive | 1 | August 29, 2018 |
| Verbal Positive | 15 | December 12, 2018 |
| Documented Coaching | 1 | January 30, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Large ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 01, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| April 24, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| April 17, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| April 10, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| April 03, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** May 13, 2019, 9:33:11 PM

**CONFIDENTIAL**          **AMZ-BRY002432**

CONFIDENTIAL

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)          **Date:** May 13, 2019, 9:33:11 PM

          AMZ-BRY002433

**CONFIDENTIAL**

Acknowledged by associate on February 05, 2019, 7:52:30 PM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ███████████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** February 05, 2019, 7:52:30 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 26, 2018 |
| Verbal Positive | 18 | December 12, 2018 |
| Documented Positive | 11 | August 29, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | ██ | ████████ | ███ | ████ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 23, 2019, 5:00:00 AM | ███ | █ | ██ | ████ | █ | █ |
| January 16, 2019, 5:00:00 AM | █ | █ | █ | ███ | █ | █ |
| January 09, 2019, 5:00:00 AM | █ | █ | █ | ███ | █ | █ |
| January 02, 2019, 5:00:00 AM | █ | █ | ██ | ████ | ████ | █ |
| December 26, 2018, 5:00:00 AM | █ | █ | ██ | ████ | █ | █ |
| December 19, 2018, 5:00:00 AM | ███ | █ | ██ | ████ | █ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ████████ (BadgeID: ███)         **Date:** February 05, 2019, 7:52:30 PM


**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)         **Date:** February 05, 2019, 7:52:30 PM

**CONFIDENTIAL**                                                                **AMZ-BRY002434**

**CONFIDENTIAL**

**CONFIDENTIAL**                    **AMZ-BRY002435**

**CONFIDENTIAL**

Acknowledged by associate on May 22, 2016 10:37:47 PM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████ ████ (█████████

**Manager Name:** Nguyen,Deborah Hang (NL4-1830)

**Created On:** May 22, 2016 10:37:47 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | Sep 23, 2015 |
| Documented Coaching | 2 | Jan 27, 2016 |
| Verbal Coaching | 4 | Apr 13, 2016 |
| Verbal Positive | 36 | May 11, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ██ | ██████ | ███ | ████ | ██ | ██ | █ |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ██ | ████ | ██ | ████ | ██ | ██ | █ |
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ██ | █ | ██ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 11, 2016 5:00:00 AM | ██ | ██ | ███ | ████ | ███ | ██ |
| May 4, 2016 5:00:00 AM | ██ | ██ | ███ | ████ | ████ | █ |
| Apr 27, 2016 5:00:00 AM | ██ | ██ | ███ | ████ | ██ | █ |
| Apr 20, 2016 5:00:00 AM | ██ | ██ | ███ | ████ | ██ | █ |
| Apr 13, 2016 5:00:00 AM | ██ | ██ | █ | ███ | ███ | █ |
| Apr 6, 2016 5:00:00 AM | ██ | ██ | ███ | ███ | ███ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Associate Signature: Acknowledged by ███████ ████ (BadgeID: ████   Date: May 22, 2016 10:37:47 PM

**CONFIDENTIAL**                 **AMZ-BRY002436**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)                    **Date:** May 22, 2016 10:37:47 PM

**CONFIDENTIAL**

Acknowledged by associate on Jan 28, 2016 1:54:47 AM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ████████ ████ (████████

**Manager Name:** Powell,Misha (NL4-1830)

**Created On:** Jan 28, 2016 1:54:47 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | Nov 25, 2015 |
| Verbal Positive | 23 | Jan 13, 2016 |
| Verbal Coaching | 3 | Dec 3, 2015 |
| Documented Positive | 1 | Sep 23, 2015 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ██ | █ | ████ | ████ | ██ | ██ | █ |
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ███ | █ | ████ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jan 20, 2016 5:00:00 AM | ██ | █ | ███ | ███ | ██ | |
| Jan 13, 2016 5:00:00 AM | ██ | █ | ███ | ███ | ██ | |
| Jan 6, 2016 5:00:00 AM | ██ | █ | ███ | ███ | ██ | |
| Dec 30, 2015 5:00:00 AM | ██ | █ | ███ | ███ | ██ | |
| Dec 23, 2015 5:00:00 AM | ██ | █ | ███ | ███ | ██ | |
| Dec 16, 2015 5:00:00 AM | ██ | █ | ███ | ███ | ██ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by ████████ ████ (BadgeID: ████     **Date:** Jan 28, 2016 1:54:47 AM

**CONFIDENTIAL**                    **AMZ-BRY002438**

CONFIDENTIAL

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)                    **Date:** Jan 28, 2016 1:54:47 AM

**CONFIDENTIAL**

Acknowledged by associate on Dec 1, 2015 12:21:36 AM - Delivered by Powell,Misha (mishap)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████ ██████ (█████████

**Manager Name:** Powell,Misha (NL4-1830)

**Created On:** Dec 1, 2015 12:21:36 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | Nov 11, 2015 |
| Verbal Positive | 21 | Nov 4, 2015 |
| Documented Positive | 1 | Sep 23, 2015 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Small ItemPacked Total EACH | Level 5 | ████ | ███ | ███ | ██████ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Nov 18, 2015 5:00:00 AM | ██ | ██ | ███ | ████ | ███ | ██ |
| Nov 11, 2015 5:00:00 AM | ██ | ██ | ███ | ████ | ███ | ██ |
| Nov 4, 2015 5:00:00 AM | ██ | ██ | ███ | ████ | ███ | ██ |
| Oct 28, 2015 5:00:00 AM | ██ | ██ | ███ | ████ | ███ | ██ |
| Oct 21, 2015 5:00:00 AM | ██ | ██ | ███ | ████ | ███ | ██ |
| Oct 14, 2015 5:00:00 AM | ███ | ██ | ███ | ████ | ███ | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ██████ (BadgeID: ██████    **Date:** Dec 1, 2015 12:21:36 AM

**Manager Signature:** Acknowledged by Powell,Misha (BadgeID: 0037967)    **Date:** Dec 1, 2015 12:21:36 AM

**CONFIDENTIAL**          **AMZ-BRY002440**

CONFIDENTIAL

CONFIDENTIAL

**CONFIDENTIAL**

Acknowledged by associate on May 13, 2019, 9:33:11 PM - Delivered by Ramrattan,Courtney (ramrattc)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ███████████ ██████████
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** May 13, 2019, 9:33:11 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | April 24, 2019 |
| Verbal Coaching | 1 | September 26, 2018 |
| Documented Positive | 1 | August 29, 2018 |
| Verbal Positive | 15 | December 12, 2018 |
| Documented Coaching | 1 | January 30, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify Large ItemPacked Total EACH | Level 5 | █ | █ | █ | ███ | ████ | ████ | █ |
| Pack Singles | Slam At Pack ItemPacked Total EACH | Level 5 | █ | █ | █ | ████ | ████ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 01, 2019, 5:00:00 AM | ██ | █ | ███ | ████ | ███ | █ |
| April 24, 2019, 5:00:00 AM | ██ | █ | ███ | ████ | ███ | █ |
| April 17, 2019, 5:00:00 AM | ██ | █ | ██ | ████ | ███ | █ |
| April 10, 2019, 5:00:00 AM | █ | █ | █ | █ | ██ | █ |
| April 03, 2019, 5:00:00 AM | █ | █ | █ | █ | ██ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: █████)     **Date:** May 13, 2019, 9:33:11 PM

CONFIDENTIAL

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)                    **Date:** May 13, 2019, 9:33:11 PM

**CONFIDENTIAL**



7/25/2019



Dear ███████ (EEID: ██████████)

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is July 26, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**



12/16/2019



Dear ████████ (EEID: ████████)

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is December 16, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

   

CONFIDENTIAL



7/25/2019



Dear ██████ (EEID: ███████)

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is July 26, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**



12/16/2019



Dear ███████ (EEID: ███████)

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is December 16, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources







**CONFIDENTIAL**

Acknowledged by associate on May 13, 2019, 9:35:55 PM - Delivered by Ramrattan,Courtney (ramrattc)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** Oliver,Kwandell (kwandelo)
**Manager Name:** Ramrattan,Courtney (NL4-1830)
**Created On:** May 13, 2019, 9:35:55 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | June 06, 2018, 8:46:01 PM |
| Final Written | 1 | March 20, 2019, 1:15:33 AM |

## Details of Current Incident/Specific Concerns

On 3/11/19 at approximately 3:15am you told an AA to tell your manager to suck your dick. During your STU you stated, &quot;I do not talk in those words. I have no issues with him.&quot; The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by Oliver,Kwandell (BadgeID: 0070762)                    **Date:** May 13, 2019, 9:35:55 PM

**Manager Signature:** Acknowledged by Ramrattan,Courtney (BadgeID: 12126509)                    **Date:** May 13, 2019, 9:35:55 PM

**CONFIDENTIAL**

Acknowledged by associate on October 11, 2019, 9:45:47 PM - Delivered by vyas,sam y (vyss)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████████

**Manager Name:** vyas,sam y (NK7-1800)

**Created On:** October 11, 2019, 9:45:47 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | August 30, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **7**, As of: **October 10, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ███████)          **Date:** October 11, 2019, 9:45:47 PM

**Manager Signature:** Acknowledged by vyas,sam y (BadgeID: 11222602)          **Date:** October 11, 2019, 9:45:47 PM

**CONFIDENTIAL**                                    **AMZ-BRY002200**



CONFIDENTIAL

Refused to sign by associate on September 04, 2019, 1:36:38 AM - Delivered by Gruber,Krista (grubk)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** vyas,sam y (NK7-1800)
**Created On:** September 04, 2019, 1:36:38 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **9**, As of: **August 30, 2019**

## Associate Comments

9 hrs - AA also inquired about medical leave in April 2020

**Associate Signature:** ▮▮▮▮▮▮▮▮ REFUSED TO SIGN          **Date:** September 04, 2019, 1:36:38 AM

**Manager Signature:** Acknowledged by Gruber,Krista (BadgeID: 0128308)          **Date:** September 04, 2019, 1:36:38 AM

**CONFIDENTIAL**

Acknowledged by associate on December 28, 2019, 1:56:37 AM - Delivered by Sadlier,Jacob Richard (sadjacob)



# Supportive Feedback Document
## Attendance - Termination





**Associate Name:** █████████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** December 28, 2019, 1:56:37 AM

## Summary

Your recent job performance is not meeting Attendance expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your attendance feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | October 10, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

Your current UPT balance is **-6**. You are expected to meet 100% of the attendance performance expectation. We are committed to assisting you in improving your attendance performance, and will assist you in addressing any job related barriers that are impacting your ability to meet attendance performance expectations.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

```

```

**Associate Signature:** Acknowledged by ████████████ (BadgeID: █████)          **Date:** December 28, 2019, 1:56:37 AM


**Manager Signature:** Acknowledged by Sadlier,Jacob Richard (BadgeID: 0023246)          **Date:** December 28, 2019, 1:56:37 AM

**CONFIDENTIAL**

Acknowledged by associate on October 11, 2019, 9:45:47 PM - Delivered by vyas,sam y (vyss)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** vyas,sam y (NK7-1800)

**Created On:** October 11, 2019, 9:45:47 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | August 30, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **7**, As of: **October 10, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████ (BadgeID: ███████)          **Date:** October 11, 2019, 9:45:47 PM

**Manager Signature:** Acknowledged by vyas,sam y (BadgeID: 11222602)          **Date:** October 11, 2019, 9:45:47 PM

**CONFIDENTIAL**                                    **AMZ-BRY002203**

**CONFIDENTIAL**

Refused to sign by associate on September 04, 2019, 1:36:38 AM - Delivered by Gruber,Krista (grubk)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** vyas,sam y (NK7-1800)
**Created On:** September 04, 2019, 1:36:38 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **9**, As of: **August 30, 2019**

## Associate Comments

9 hrs - AA also inquired about medical leave in April 2020

**Associate Signature:** ▮▮▮▮▮▮▮▮▮ REFUSED TO SIGN          **Date:** September 04, 2019, 1:36:38 AM

**Manager Signature:** Acknowledged by Gruber,Krista (BadgeID: 0128308)          **Date:** September 04, 2019, 1:36:38 AM

**CONFIDENTIAL**

Acknowledged by associate on December 28, 2019, 1:56:37 AM - Delivered by Sadlier,Jacob Richard (sadjacob)

# Supportive Feedback Document
# Attendance - Termination





**Associate Name:** ██████████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** December 28, 2019, 1:56:37 AM

## Summary

Your recent job performance is not meeting Attendance expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your attendance feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | October 10, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

Your current UPT balance is **-6**. You are expected to meet 100% of the attendance performance expectation. We are committed to assisting you in improving your attendance performance, and will assist you in addressing any job related barriers that are impacting your ability to meet attendance performance expectations.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ██████)    **Date:** December 28, 2019, 1:56:37 AM

**Manager Signature:** Acknowledged by Sadlier,Jacob Richard (BadgeID: 0023246)    **Date:** December 28, 2019, 1:56:37 AM

**CONFIDENTIAL**

Acknowledged by associate on October 11, 2019, 9:44:43 PM - Delivered by vyas,sam y (vyss)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████████
**Manager Name:** vyas,sam y (NK7-1800)
**Created On:** October 11, 2019, 9:44:43 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 19, 2019, 11:04:26 AM |

## Details of Current Incident/Specific Concerns

What is an IRDR Error? The Inventory Record Defect Rate (IRDR) Count is a weekly Cycle Count performed on a random sample of bins in the FC to measure the underlying Defect Rate of EWR4's bins. Extensive research by the Data Analyst team allows us to identify the Root Cause and the Associate responsible for most IRDR defects. When a defect type that is not already covered by the SQPR Quality Policy (Stow Shorts for Inbound, False Pick Shorts for Outbound, or SBC and CC False Ad Hocs for ICQA) is discovered during the IRDR Count, this research allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: Stow - Stowed Not Scanned Bin Location: ███████████ ASIN: ███████████ Date that Error was Created: 09/10/19 Date that Error was Found: 10/08/19 Notes: Stower stowed not scan item to IRDR then moved item to a short container 2 aft-ps csXPBLJ7V4N vtcsXPBLJ7V4Nbin --see video

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments



**Associate Signature:** Acknowledged by ███████████████ (BadgeID: ███████) **Date:** October 11, 2019, 9:44:43 PM


**Manager Signature:** Acknowledged by vyas,sam y (BadgeID: 11222602) **Date:** October 11, 2019, 9:44:43 PM

**CONFIDENTIAL**

Acknowledged by associate on November 06, 2019, 1:18:27 AM - Delivered by Gillard,Jordan (gillark)

# Supportive Feedback Document
## Behavioral - First Written





**Associate Name:** ██████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** November 06, 2019, 1:18:27 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 19, 2019, 11:04:26 AM |
| First Written | 1 | October 16, 2019, 5:51:05 AM |
| Documented Coaching | 1 | October 09, 2019, 9:40:28 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. On October 22, 2019, you stated to your Area Manager Krista Gruber that you wanted to &quot;rip off her mouth&quot; and &quot;punch her&quot; after she'd delivered the feedback from the week before.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ██████)          **Date:** November 06, 2019, 1:18:27 AM

**Manager Signature:** Acknowledged by Gillard,Jordan (BadgeID: 12303324)          **Date:** November 06, 2019, 1:18:27 AM

**CONFIDENTIAL**

Acknowledged by associate on October 11, 2019, 9:44:43 PM - Delivered by vyas,sam y (vyss)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████████
**Manager Name:** vyas,sam y (NK7-1800)
**Created On:** October 11, 2019, 9:44:43 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 19, 2019, 11:04:26 AM |

## Details of Current Incident/Specific Concerns

What is an IRDR Error? The Inventory Record Defect Rate (IRDR) Count is a weekly Cycle Count performed on a random sample of bins in the FC to measure the underlying Defect Rate of EWR4's bins. Extensive research by the Data Analyst team allows us to identify the Root Cause and the Associate responsible for most IRDR defects. When a defect type that is not already covered by the SQPR Quality Policy (Stow Shorts for Inbound, False Pick Shorts for Outbound, or SBC and CC False Ad Hocs for ICQA) is discovered during the IRDR Count, this research allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: Stow - Stowed Not Scanned Bin Location: ███████████ ASIN: ███████████ Date that Error was Created: 09/10/19 Date that Error was Found: 10/08/19 Notes: Stower stowed not scan item to IRDR then moved item to a short container 2 aft-ps csXPBLJ7V4N vtcsXPBLJ7V4Nbin --see video

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by ███████████████ (BadgeID: ██████)          **Date:** October 11, 2019, 9:44:43 PM

**Manager Signature:** Acknowledged by vyas,sam y (BadgeID: 11222602)          **Date:** October 11, 2019, 9:44:43 PM

**CONFIDENTIAL**

Acknowledged by associate on November 06, 2019, 1:18:27 AM - Delivered by Gillard,Jordan (gillark)





# Supportive Feedback Document
# Behavioral - First Written

**Associate Name:** █████████████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** November 06, 2019, 1:18:27 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 19, 2019, 11:04:26 AM |
| First Written | 1 | October 16, 2019, 5:51:05 AM |
| Documented Coaching | 1 | October 09, 2019, 9:40:28 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. On October 22, 2019, you stated to your Area Manager Krista Gruber that you wanted to &quot;rip off her mouth&quot; and &quot;punch her&quot; after she'd delivered the feedback from the week before.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: █████)   **Date:** November 06, 2019, 1:18:27 AM

**Manager Signature:** Acknowledged by Gillard,Jordan (BadgeID: 12303324)   **Date:** November 06, 2019, 1:18:27 AM

**CONFIDENTIAL**

Refused to sign by associate on October 16, 2019, 7:49:10 PM - Delivered by Gruber,Krista (grubk)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written





**Associate Name:** ███████████████

**Manager Name:** vyas,sam y (NK7-1800)

**Created On:** October 16, 2019, 7:49:10 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation, we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 19, 2019, 11:04:26 AM |
| Documented Coaching | 1 | October 09, 2019, 9:40:28 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On shift 10/14/2019 at various points throughout your scheduled shift you were observed to be off-task for a total of ███ minutes . During a 'Seek to understand' conversation you stated that you could not recall being off task for ███████s, you experienced high pod gap and used the restroom. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** ███████████████ REFUSED TO SIGN    **Date:** October 16, 2019, 7:49:10 PM

**Manager Signature:** Acknowledged by Gruber,Krista (BadgeID: 0128308)    **Date:** October 16, 2019, 7:49:10 PM

**CONFIDENTIAL**    **AMZ-BRY002210**

**CONFIDENTIAL**

Refused to sign by associate on October 16, 2019, 7:49:10 PM - Delivered by Gruber,Krista (grubk)

# Supportive Feedback Document
# Behavioral Time Off Task - First Written





**Associate Name:** █████████████████

**Manager Name:** vyas,sam y (NK7-1800)

**Created On:** October 16, 2019, 7:49:10 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation, we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 19, 2019, 11:04:26 AM |
| Documented Coaching | 1 | October 09, 2019, 9:40:28 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On shift 10/14/2019 at various points throughout your scheduled shift you were observed to be off-task for a total of ███ minutes . During a 'Seek to understand' conversation you stated that you could not recall being off task for ████████, you experienced high pod gap and used the restroom. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

```


```

**Associate Signature:** ████████████████ REFUSED TO SIGN                    **Date:** October 16, 2019, 7:49:10 PM

**Manager Signature:** Acknowledged by Gruber,Krista (BadgeID: 0128308)                    **Date:** October 16, 2019, 7:49:10 PM

**CONFIDENTIAL**

Acknowledged by associate on November 27, 2019, 6:59:32 PM - Delivered by Gillard,Jordan (gillark)



# Supportive Feedback Document
# Productivity - Documented Positive

**Associate Name:** ███████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** November 27, 2019, 6:59:32 PM



## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | November 20, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |
| October 30, 2019, 5:00:00 AM | | | | | | |
| October 23, 2019, 5:00:00 AM | | | | | | |
| October 16, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ███████)        **Date:** November 27, 2019, 6:59:32 PM

**Manager Signature:** Acknowledged by Gillard,Jordan (BadgeID: 12303324)        **Date:** November 27, 2019, 6:59:32 PM

**CONFIDENTIAL**

Acknowledged by associate on November 21, 2019, 8:39:59 PM - Delivered by Sadlier,Jacob Richard (sadjacob)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** November 21, 2019, 8:39:59 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---------|----------|-----|-------|-------|-----|--------|-----------|------------|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|--------------|-----------|--------------|-----|-----------|------------|----------|
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |
| October 30, 2019, 5:00:00 AM | | | | | | |
| October 23, 2019, 5:00:00 AM | | | | | | |
| October 16, 2019, 5:00:00 AM | | | | | | |
| October 09, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ███████)                    **Date:** November 21, 2019, 8:39:59 PM

**Manager Signature:** Acknowledged by Sadlier,Jacob Richard (BadgeID: 0023246)                    **Date:** November 21, 2019, 8:39:59 PM

**CONFIDENTIAL**                    **AMZ-BRY002213**

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 12:35:19 AM - Delivered by Anderson,Christopher Ryan (andrsc)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** <span>■■■■■■■■■■■■</span>
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** December 22, 2019, 12:35:19 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | November 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| December 11, 2019, 5:00:00 AM | | | | | | |
| December 04, 2019, 5:00:00 AM | | | | | | |
| November 27, 2019, 5:00:00 AM | | | | | | |
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by <span>■■■■■■■</span> (BadgeID: <span>■■■■</span>)      **Date:** December 22, 2019, 12:35:19 AM

**Manager Signature:** Acknowledged by Anderson,Christopher Ryan (BadgeID: 0034679)      **Date:** December 22, 2019, 12:35:19 AM

**CONFIDENTIAL**

Acknowledged by associate on November 27, 2019, 6:59:32 PM - Delivered by Gillard,Jordan (gillark)



# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████

**Manager Name:** Anderson,Christopher Ryan (NK7-1800)

**Created On:** November 27, 2019, 6:59:32 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 1 | November 20, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |
| October 30, 2019, 5:00:00 AM | | | | | | |
| October 23, 2019, 5:00:00 AM | | | | | | |
| October 16, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ██████)          **Date:** November 27, 2019, 6:59:32 PM

**Manager Signature:** Acknowledged by Gillard,Jordan (BadgeID: 12303324)          **Date:** November 27, 2019, 6:59:32 PM

**CONFIDENTIAL**

Acknowledged by associate on November 21, 2019, 8:39:59 PM - Delivered by Sadlier,Jacob Richard (sadjacob)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ████████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** November 21, 2019, 8:39:59 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---------|----------|-----|-------|-------|-----|--------|-----------|------------|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|--------------|------------|--------------|-----|-----------|------------|----------|
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |
| October 30, 2019, 5:00:00 AM | | | | | | |
| October 23, 2019, 5:00:00 AM | | | | | | |
| October 16, 2019, 5:00:00 AM | | | | | | |
| October 09, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ██████)          **Date:** November 21, 2019, 8:39:59 PM

**Manager Signature:** Acknowledged by Sadlier,Jacob Richard (BadgeID: 0023246)          **Date:** November 21, 2019, 8:39:59 PM

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 12:35:19 AM - Delivered by Anderson,Christopher Ryan (andrsc)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████████
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** December 22, 2019, 12:35:19 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Positive | 2 | November 27, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Target | % to Goal | % to Curve |
|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | | | | | | |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | | | | | | |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Peers | Exempted |
|---|---|---|---|---|---|---|
| December 11, 2019, 5:00:00 AM | | | | | | |
| December 04, 2019, 5:00:00 AM | | | | | | |
| November 27, 2019, 5:00:00 AM | | | | | | |
| November 20, 2019, 5:00:00 AM | | | | | | |
| November 13, 2019, 5:00:00 AM | | | | | | |
| November 06, 2019, 5:00:00 AM | | | | | | |

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ████████)    **Date:** December 22, 2019, 12:35:19 AM

**Manager Signature:** Acknowledged by Anderson,Christopher Ryan (BadgeID: 0034679)    **Date:** December 22, 2019, 12:35:19 AM

**CONFIDENTIAL**                    **AMZ-BRY002217**

**CONFIDENTIAL**



12/28/2019



Dear ████████████████):

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is December 29, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**                    **AMZ-BRY002218**

**CONFIDENTIAL**



12/28/2019



Dear ▮▮▮▮▮▮▮▮▮▮▮▮

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services, Inc. is December 29, 2019.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**                          **AMZ-BRY002219**

**CONFIDENTIAL**

Acknowledged by associate on November 06, 2019, 1:18:27 AM - Delivered by Gillard,Jordan (gillark)



# Supportive Feedback Document
## Behavioral - First Written





**Associate Name:** Farrell-francis,Nikki melissa (farrellf)
**Manager Name:** Anderson,Christopher Ryan (NK7-1800)
**Created On:** November 06, 2019, 1:18:27 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | September 19, 2019, 11:04:26 AM |
| First Written | 1 | October 16, 2019, 5:51:05 AM |
| Documented Coaching | 1 | October 09, 2019, 9:40:28 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. On October 22, 2019, you stated to your Area Manager Krista Gruber that you wanted to &quot;rip off her mouth&quot; and &quot;punch her&quot; after she'd delivered the feedback from the week before.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

[empty box]

**Associate Signature:** Acknowledged by Farrell-francis,Nikki melissa (BadgeID: 12353009)                **Date:** November 06, 2019, 1:18:27 AM

**Manager Signature:** Acknowledged by Gillard,Jordan (BadgeID: 12303324)                **Date:** November 06, 2019, 1:18:27 AM

**CONFIDENTIAL**

Refused to sign by associate on November 22, 2019, 2:42:59 PM - Delivered by Leuck,Lawrence (leuckl)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** November 22, 2019, 2:42:59 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020,** Current UPT Balance is **0**, As of: **November 20, 2019**

## Associate Comments

AA came back from LOA-- will be talking with HR to correct time taken

**Associate Signature:** ███████   REFUSED TO SIGN                    **Date:** November 22, 2019, 2:42:59 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)                    **Date:** November 22, 2019, 2:42:59 PM

**CONFIDENTIAL**

Refused to sign by associate on November 22, 2019, 2:42:59 PM - Delivered by Leuck,Lawrence (leuckl)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** November 22, 2019, 2:42:59 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **0**, As of: **November 20, 2019**

## Associate Comments

AA came back from LOA-- will be talking with HR to correct time taken

**Associate Signature:** ▮▮▮▮  REFUSED TO SIGN                  **Date:** November 22, 2019, 2:42:59 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)         **Date:** November 22, 2019, 2:42:59 PM

CONFIDENTIAL

Acknowledged by associate on February 07, 2020, 1:31:32 PM - Delivered by Leuck,Lawrence (leuckl)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ████████████
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** February 07, 2020, 1:31:32 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | December 18, 2019, 12:57:00 PM |
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |
| First Written | 1 | January 09, 2020, 4:57:29 PM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 2.6.2020 after second break you got into an argument with another associate on the floor. You proceeded to yell and curse at the associate in Spanish saying go to hell and go fuck yourself. During seek to understand, you stated that you "told her in Spanish to go hell and to go fuck herself." These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ████████████     **Date:** February 07, 2020, 1:31:32 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)     **Date:** February 07, 2020, 1:31:32 PM

**CONFIDENTIAL**

Acknowledged by associate on December 19, 2019, 9:36:05 AM - Delivered by Leuck,Lawrence (leuckl)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** <span style="background:black">     </span>
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** December 19, 2019, 9:36:05 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | December 15, 2019, 8:22:12 AM |
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Security policy. On 12/18/19 at 12:16pm, you failed the screening process by carrying an unregistered asset through the security checkpoint. It is against Amazon's Security policy for Associates to have unregistered electronic devices in working areas (on the fulfillment center floor, in restrooms, or other work areas). Electronic devices may be used during lunch and breaks in a non-working area such as a break room or outside the facility. This was your third such offense, however, this was the first time your AM was notified, and will be treated as a first offense.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Security policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

<div style="border:1px solid black; height:120px;"></div>

**Associate Signature:** Acknowledged by <span style="background:black">     </span>          **Date:** December 19, 2019, 9:36:05 AM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)          **Date:** December 19, 2019, 9:36:05 AM

CONFIDENTIAL

Acknowledged by associate on December 15, 2019, 11:09:49 AM - Delivered by Campi,Jerry (gennarro)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** December 15, 2019, 11:09:49 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |

## Details of Current Incident/Specific Concerns

On 12/14/2019 you were observed leaving your station 15.23 minutes prior to EOS. During a seek to understand you stated you had no barriers. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off.

## Areas of Improvement Required by Associate

This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮▮▮▮              **Date:** December 15, 2019, 11:09:49 AM

**Manager Signature:** Acknowledged by Campi,Jerry (BadgeID: 0245530)              **Date:** December 15, 2019, 11:09:49 AM

**CONFIDENTIAL**

Refused to sign by associate on February 27, 2020, 4:17:24 PM - Delivered by Mullarney,Savannah M (mullars)

# Supportive Feedback Document
# Behavioral - Termination





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** February 27, 2020, 4:17:24 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |
| Documented Coaching | 2 | December 18, 2019, 12:57:00 PM |
| Final Written | 1 | February 07, 2020, 1:02:55 PM |
| First Written | 1 | January 09, 2020, 4:57:29 PM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 2.23.2020, AM went to you to ask you why you were late from break, you proceeded to explain you went to the HR desk and no one was there. When the AM asked you if anyone explained what times you could go to HR, you proceeded to state, I am fucking tired of every time I work Sunday, Monday, Tuesday you all fucking pick on me. I am tired of this shit and I am going to HR because I am fucking tired of this.&quot; In addition when you left your station to go to HR office you proceeded to state &quot;I can't fucking take this anymore.&quot; During the seek to understand you stated you used profound language, fuck and shit. These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that this offense is considered a category 2 offense, however if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. With that being said, you received a final written warning February 7th 2020 in addition to this category 2 offense which is now leading to separation of employment effective immediately.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ▮▮▮▮▮  REFUSED TO SIGN          **Date:** February 27, 2020, 4:17:24 PM

**Manager Signature:** Acknowledged by Mullarney,Savannah M (BadgeID: 0179765)          **Date:** February 27, 2020, 4:17:24 PM

**CONFIDENTIAL**

Acknowledged by associate on February 07, 2020, 1:31:32 PM - Delivered by Leuck,Lawrence (leuckl)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** February 07, 2020, 1:31:32 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | December 18, 2019, 12:57:00 PM |
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |
| First Written | 1 | January 09, 2020, 4:57:29 PM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 2.6.2020 after second break you got into an argument with another associate on the floor. You proceeded to yell and curse at the associate in Spanish saying go to hell and go fuck yourself. During seek to understand, you stated that you "told her in Spanish to go hell and to go fuck herself." These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮    **Date:** February 07, 2020, 1:31:32 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)    **Date:** February 07, 2020, 1:31:32 PM

**CONFIDENTIAL**    **AMZ-BRY002192**

**CONFIDENTIAL**

Acknowledged by associate on December 19, 2019, 9:36:05 AM - Delivered by Leuck,Lawrence (leuckl)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ████████████

**Manager Name:** Leuck,Lawrence (DN2-0700)

**Created On:** December 19, 2019, 9:36:05 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | December 15, 2019, 8:22:12 AM |
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Security policy. On 12/18/19 at 12:16pm, you failed the screening process by carrying an unregistered asset through the security checkpoint. It is against Amazon's Security policy for Associates to have unregistered electronic devices in working areas (on the fulfillment center floor, in restrooms, or other work areas). Electronic devices may be used during lunch and breaks in a non-working area such as a break room or outside the facility. This was your third such offense, however, this was the first time your AM was notified, and will be treated as a first offense.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Security policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

---

**Associate Signature:** Acknowledged by ████████████     **Date:** December 19, 2019, 9:36:05 AM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)     **Date:** December 19, 2019, 9:36:05 AM

**CONFIDENTIAL**

Acknowledged by associate on December 15, 2019, 11:09:49 AM - Delivered by Campi,Jerry (gennarro)



# Supportive Feedback Document
# Behavioral - Documented Coaching

 

**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** December 15, 2019, 11:09:49 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |

## Details of Current Incident/Specific Concerns

On 12/14/2019 you were observed leaving your station 15.23 minutes prior to EOS. During a seek to understand you stated you had no barriers. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off.

## Areas of Improvement Required by Associate

This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮      **Date:** December 15, 2019, 11:09:49 AM

**Manager Signature:** Acknowledged by Campi,Jerry (BadgeID: 0245530)      **Date:** December 15, 2019, 11:09:49 AM

**CONFIDENTIAL**

Refused to sign by associate on February 27, 2020, 4:17:24 PM - Delivered by Mullarney,Savannah M (mullars)





# Supportive Feedback Document
# Behavioral - Termination

**Associate Name:** ███████
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** February 27, 2020, 4:17:24 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |
| Documented Coaching | 2 | December 18, 2019, 12:57:00 PM |
| Final Written | 1 | February 07, 2020, 1:02:55 PM |
| First Written | 1 | January 09, 2020, 4:57:29 PM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 2.23.2020, AM went to you to ask you why you were late from break, you proceeded to explain you went to the HR desk and no one was there. When the AM asked you if anyone explained what times you could go to HR, you proceeded to state, I am fucking tired of every time I work Sunday, Monday, Tuesday you all fucking pick on me. I am tired of this shit and I am going to HR because I am fucking tired of this.&quot; In addition when you left your station to go to HR office you proceeded to state &quot;I can't fucking take this anymore.&quot; During the seek to understand you stated you used profound language, fuck and shit. These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that this offense is considered a category 2 offense, however if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. With that being said, you received a final written warning February 7th 2020 in addition to this category 2 offense which is now leading to separation of employment effective immediately.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ███ REFUSED TO SIGN          **Date:** February 27, 2020, 4:17:24 PM

**Manager Signature:** Acknowledged by Mullarney,Savannah M (BadgeID: 0179765)          **Date:** February 27, 2020, 4:17:24 PM

**CONFIDENTIAL**

Acknowledged by associate on January 09, 2020, 5:00:44 PM - Delivered by Leuck,Lawrence (leuckl)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** January 09, 2020, 5:00:44 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | December 18, 2019, 12:57:00 PM |
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On at various points throughout your scheduled shift you were observed to be off-task for a total of ▮▮▮▮▮. During a Seek to understand you stated you were not feeling well and had made several trips to the restroom. After deducting ▮▮▮▮▮ for break that had not been deducted as well as ▮▮▮ for pod gap, and ▮▮▮▮▮ you were at standup speaking to the PA, this still left you TOT for a total of ▮▮▮▮▮▮. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮▮          **Date:** January 09, 2020, 5:00:44 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)          **Date:** January 09, 2020, 5:00:44 PM

**CONFIDENTIAL**

Acknowledged by associate on January 09, 2020, 5:00:44 PM - Delivered by Leuck,Lawrence (leuckl)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written



**Associate Name:** ███████████████

**Manager Name:** Leuck,Lawrence (DN2-0700)

**Created On:** January 09, 2020, 5:00:44 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation, we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | December 18, 2019, 12:57:00 PM |
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On at various points throughout your scheduled shift you were observed to be off-task for a total of ███████. During a Seek to understand you stated you were not feeling well and had made several trips to the restroom. After deducting ████████ for break that had not been deducted as well as ████ for pod gap, and ████████ you were at standup speaking to the PA, this still left you TOT for a total of ███████████. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████████           **Date:** January 09, 2020, 5:00:44 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)           **Date:** January 09, 2020, 5:00:44 PM

**CONFIDENTIAL**



3/2/2020



Dear ████████████████

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is March 2, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**                    **AMZ-BRY002198**

**CONFIDENTIAL**



3/2/2020



Dear ███████████████

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is March 2, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

  

**CONFIDENTIAL**

Acknowledged by associate on February 07, 2020, 1:31:32 PM - Delivered by Leuck,Lawrence (leuckl)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** Cruz,Mariano (mcruznn)
**Manager Name:** Leuck,Lawrence (DN2-0700)
**Created On:** February 07, 2020, 1:31:32 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | December 18, 2019, 12:57:00 PM |
| Verbal Coaching | 1 | November 14, 2019, 12:22:22 PM |
| First Written | 1 | January 09, 2020, 4:57:29 PM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 2.6.2020 after second break you got into an argument with another associate on the floor. You proceeded to yell and curse at the associate in Spanish saying go to hell and go fuck yourself. During seek to understand, you stated that you "told her in Spanish to go hell and to go fuck herself." These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

[empty text box]

**Associate Signature:** Acknowledged by Cruz,Mariano (BadgeID: 12603219)          **Date:** February 07, 2020, 1:31:32 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)          **Date:** February 07, 2020, 1:31:32 PM

**CONFIDENTIAL**

Acknowledged by associate on November 07, 2019, 9:39:11 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** November 07, 2019, 9:39:11 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | August 18, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **13**, As of: **November 07, 2019**

## Associate Comments

**Associate Signature:** ██████████████████████     **Date:** November 07, 2019, 9:39:11 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)     **Date:** November 07, 2019, 9:39:11 PM

**CONFIDENTIAL**

Acknowledged by associate on September 04, 2019, 9:02:06 AM - Delivered by Ochoterena III,Miguel Angel (mochoter)



# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** September 04, 2019, 9:02:06 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **13**, As of: **August 18, 2019**

## Associate Comments

**Associate Signature:** ███████████████████████            **Date:** September 04, 2019, 9:02:06 AM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)            **Date:** September 04, 2019, 9:02:06 AM

**CONFIDENTIAL**                          **AMZ-BRY002103**

**CONFIDENTIAL**

Acknowledged by associate on August 26, 2017, 12:23:58 PM - Delivered by Davis-Walker,Joshua (jdaviswa)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████████

**Manager Name:** Davis-Walker,Joshua (DN2-0730)

**Created On:** August 26, 2017, 12:23:58 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | May 02, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **4**, As of: **August 25, 2017**

## Associate Comments

**Associate Signature:** ████████████         **Date:** August 26, 2017, 12:23:58 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)         **Date:** August 26, 2017, 12:23:58 PM

**CONFIDENTIAL**

Acknowledged by associate on May 13, 2017, 6:17:55 PM - Delivered by Adkins,Stephen (steadkin)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Adkins,Stephen (DN2-0730)
**Created On:** May 13, 2017, 6:17:55 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | February 11, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2017**, Current UPT Balance is **9**, As of: **May 03, 2017**

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮                    **Date:** May 13, 2017, 6:17:55 PM

**Manager Signature:** Acknowledged by Adkins,Stephen (BadgeID: 11353912)          **Date:** May 13, 2017, 6:17:55 PM

**CONFIDENTIAL**

Acknowledged by associate on February 17, 2017, 10:28:56 AM - Delivered by Davis-Walker,Joshua (jdaviswa)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Adkins,Stephen (DN2-0730)
**Created On:** February 17, 2017, 10:28:56 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | August 02, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2017**, Current UPT Balance is **11**, As of: **February 15, 2017**

## Associate Comments

**Associate Signature:** ██████████████████████                    **Date:** February 17, 2017, 10:28:56 AM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)                    **Date:** February 17, 2017, 10:28:56 AM

CONFIDENTIAL

Acknowledged by associate on Aug 4, 2016 4:42:14 PM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▆▆▆▆▆▆▆▆
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** Aug 4, 2016 4:42:14 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | May 22, 2016 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Oct 1, 2016**, Current UPT Balance is **13**, As of: **Aug 3, 2016**

## Associate Comments

**Associate Signature:** ▆▆▆▆▆▆▆▆                    **Date:** Aug 4, 2016 4:42:14 PM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)                    **Date:** Aug 4, 2016 4:42:14 PM

**CONFIDENTIAL**

Acknowledged by associate on May 26, 2016 4:48:53 PM - Delivered by Presnal,Margaret Rose (presnalm)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████

**Manager Name:** Presnal,Margaret Rose (DN2-0730)

**Created On:** May 26, 2016 4:48:53 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Jul 1, 2016**, Current UPT Balance is **10**, As of: **May 26, 2016**

## Associate Comments

**Associate Signature:** ██████████                                    **Date:** May 26, 2016 4:48:53 PM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)                                    **Date:** May 26, 2016 4:48:53 PM

**CONFIDENTIAL**

Acknowledged by associate on March 13, 2021, 8:49:37 AM - Delivered by Garcia,Christina (chgrci)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████
**Manager Name:** Garcia,Christina (DK7-0730)
**Created On:** March 13, 2021, 8:49:37 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2021**, Current UPT Balance is **11**, As of: **March 13, 2021**

## Associate Comments

AA is aware has 11 hours UPT, UPT was taken on 3/7 and due to being told to clock out to avoid going over 60 hours. Working with HR to fix

**Associate Signature:** ███████████████                    **Date:** March 13, 2021, 8:49:37 AM

**Manager Signature:** Acknowledged by Garcia,Christina (BadgeID: 0323557)          **Date:** March 13, 2021, 8:49:37 AM

**CONFIDENTIAL**

Acknowledged by associate on November 07, 2019, 9:39:11 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** November 07, 2019, 9:39:11 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | August 18, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **13**, As of: **November 07, 2019**

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮                    **Date:** November 07, 2019, 9:39:11 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)                    **Date:** November 07, 2019, 9:39:11 PM

**CONFIDENTIAL**

Acknowledged by associate on September 04, 2019, 9:02:06 AM - Delivered by Ochoterena III,Miguel Angel (mochoter)

# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** September 04, 2019, 9:02:06 AM



## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **13**, As of: **August 18, 2019**

## Associate Comments

**Associate Signature:** ███████████          **Date:** September 04, 2019, 9:02:06 AM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)          **Date:** September 04, 2019, 9:02:06 AM

**CONFIDENTIAL**

Acknowledged by associate on August 26, 2017, 12:23:58 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** <span style="background:black"> </span>
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** August 26, 2017, 12:23:58 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | May 02, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2017**, Current UPT Balance is **4**, As of: **August 25, 2017**

## Associate Comments

**Associate Signature:** <span style="background:black"> </span>                     **Date:** August 26, 2017, 12:23:58 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)          **Date:** August 26, 2017, 12:23:58 PM

**CONFIDENTIAL**

Acknowledged by associate on May 13, 2017, 6:17:55 PM - Delivered by Adkins,Stephen (steadkin)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████████████

**Manager Name:** Adkins,Stephen (DN2-0730)

**Created On:** May 13, 2017, 6:17:55 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | February 11, 2017, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2017.** Current UPT Balance is **9**, As of: **May 03, 2017**

## Associate Comments

**Associate Signature:** ████████████████████          **Date:** May 13, 2017, 6:17:55 PM

**Manager Signature:** Acknowledged by Adkins,Stephen (BadgeId: 11353912)          **Date:** May 13, 2017, 6:17:55 PM

**CONFIDENTIAL**

Acknowledged by associate on February 17, 2017, 10:28:56 AM - Delivered by Davis-Walker,Joshua (jdaviswa)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Adkins,Stephen (DN2-0730)
**Created On:** February 17, 2017, 10:28:56 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | August 02, 2016, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2017**, Current UPT Balance is **11**, As of: **February 15, 2017**

## Associate Comments

<br><br><br><br>

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮                                    **Date:** February 17, 2017, 10:28:56 AM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)                **Date:** February 17, 2017, 10:28:56 AM

**CONFIDENTIAL**

Acknowledged by associate on Aug 4, 2016 4:42:14 PM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** █████████████████
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** Aug 4, 2016 4:42:14 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | May 22, 2016 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Oct 1, 2016**, Current UPT Balance is **13**, As of: **Aug 3, 2016**

## Associate Comments

**Associate Signature:** ████████████████     **Date:** Aug 4, 2016 4:42:14 PM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)     **Date:** Aug 4, 2016 4:42:14 PM

**CONFIDENTIAL**

Acknowledged by associate on May 26, 2016 4:48:53 PM - Delivered by Presnal,Margaret Rose (presnalm)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Presnal,Margaret Rose (DN2-0730)

**Created On:** May 26, 2016 4:48:53 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

Below is a summary of your Attendance communications

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. Each fulltime associate starts out with a bank of 40 of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **Jul 1, 2016**, Current UPT Balance is **10**, As of: **May 26, 2016**

## Associate Comments

**Associate Signature:** ███████████████         **Date:** May 26, 2016 4:48:53 PM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)         **Date:** May 26, 2016 4:48:53 PM

**CONFIDENTIAL**

Acknowledged by associate on March 13, 2021, 8:49:37 AM - Delivered by Garcia,Christina (chgrci)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ██████████████
**Manager Name:** Garcia,Christina (DK7-0730)
**Created On:** March 13, 2021, 8:49:37 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2021**, Current UPT Balance is **11**, As of: **March 13, 2021**

## Associate Comments

| |
|---|
| AA is aware has 11 hours UPT, UPT was taken on 3/7 and due to being told to clock out to avoid going over 60 hours. Working with HR to fix |

**Associate Signature:** ████████████████         **Date:** March 13, 2021, 8:49:37 AM

**Manager Signature:** Acknowledged by Garcia,Christina (BadgeID: 0323557)         **Date:** March 13, 2021, 8:49:37 AM

**CONFIDENTIAL**

Acknowledged by associate on December 04, 2020, 7:30:51 AM - Delivered by Garcia,Christina (chgrci)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████████

**Manager Name:** Garcia,Christina (DK7-0730)

**Created On:** December 04, 2020, 7:30:51 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 6 | August 09, 2020, 10:10:33 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On the week of 11/22-11/28, you worked a total of 60:19 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ███████████████          **Date:** December 04, 2020, 7:30:51 AM

**Manager Signature:** Acknowledged by Garcia,Christina (BadgeID: 0323557)          **Date:** December 04, 2020, 7:30:51 AM

**CONFIDENTIAL**          **AMZ-BRY002118**

**CONFIDENTIAL**

Acknowledged by associate on August 15, 2020, 6:15:02 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ███████████████
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** August 15, 2020, 6:15:02 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 2 | November 08, 2019, 12:52:16 PM |
| Documented Coaching | 5 | June 04, 2020, 6:08:51 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On the week of 8/02-8/08 you worked a total 65.09 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ████████████████████            **Date:** August 15, 2020, 6:15:02 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)            **Date:** August 15, 2020, 6:15:02 PM

**CONFIDENTIAL**

Acknowledged by associate on June 04, 2020, 6:16:29 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████████

**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)

**Created On:** June 04, 2020, 6:16:29 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Coaching | 4 | May 28, 2020, 2:48:24 PM |
| Final Written | 2 | November 08, 2019, 12:52:16 PM |

## Details of Current Incident/Specific Concerns

On 6/4/20, you were observed using a cell phone outside of an emergency on the FC floor which is a violation of Amazon's Cellular Phone and Electronic Devices policy. Due to this violation, you are being issued a Documented Coaching that will affect your ability to transfer for 30 DAYS.

## Areas of Improvement Required by Associate

Going forward, you are expected to adhere to the Cell Phone Use Policy and the Personal Electronic Devices policy, which prohibits hourly associates from using cell phones or electronic devices on the FC floor unless they have an emergency. Cell phones and personal electronics may be used during lunch and breaks in non-working areas such as a break room or outside the facility, or if an emergency needs to be attended to in one of those areas. Further behavioral or policy violations may result in additional corrective action, up to and including termination.

## Associate Comments

```

```

**Associate Signature:** ██████████████████████    **Date:** June 04, 2020, 6:16:29 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)    **Date:** June 04, 2020, 6:16:29 PM

**CONFIDENTIAL**                                    **AMZ-BRY002120**

**CONFIDENTIAL**

Acknowledged by associate on May 29, 2020, 8:52:13 AM - Delivered by Ochoterena III,Miguel Angel (mochoter)



# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ████████████████
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** May 29, 2020, 8:52:14 AM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 2 | November 08, 2019, 12:52:16 PM |
| Documented Coaching | 3 | April 24, 2020, 4:24:07 PM |

## Details of Current Incident/Specific Concerns

On 5/28/20, you clocked in for the start of your shift at 7:16. Your scheduled start time on this day was 7:30. You were not approved to clock in early. There was no operational reason why you should have clocked in early on this day. During the seek to understand you stated it won't happen again. Going forward, if you believe there is a reason for you to work after your scheduled end time, you should gain approval from your Leadership team in advance. Not gaining approval for early clock-ins or late clock-outs may result in further corrective action up to and including termination.

## Areas of Improvement Required by Associate

This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ████████████████              **Date:** May 29, 2020, 8:52:13 AM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)              **Date:** May 29, 2020, 8:52:13 AM

**CONFIDENTIAL**                    **AMZ-BRY002121**

**CONFIDENTIAL**

Acknowledged by associate on April 24, 2020, 6:37:41 PM - Delivered by Must,Peet (peetmust)



# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ███████████████
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** April 24, 2020, 6:37:41 PM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | April 18, 2020, 3:03:04 PM |
| Final Written | 2 | November 08, 2019, 12:52:16 PM |

## Details of Current Incident/Specific Concerns

On 4/24/20 at 0845, you were observed at your pack station with headphones in connected to your cell phone and then again at 0905 using your phone at your station. During the seek to understand, you stated you needed to hear your phone if it vibrated. Amazon's Temporary Phone Use Guidelines &quot;Mobile phone usage must be limited to approved breaks and meal periods. If you receive an emergency call or text, you are expected to appropriately stop what you are doing, leave the work area, and respond. The following are not approved:  Mobile phone use while performing work tasks, walking, or driving  Mobile phone use while on the truck dock, in the truck yard, or ramp/tarmac  Mobile phone use in PIT lanes or while on/operating PIT  Use of headphones or playing games, music, videos, etc. outside of approved break areas  Photography, audio/video recordings, or live-streaming content in the facility In addition, you must be able to demonstrate evidence of mobile phone ownership upon request.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Temporary Phone Use Guidelines at all times while working in the Fulfillment Center. It is important for you to understand that meeting these standards are a critical component of your job. Immediate improvement is expected. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

aa understands amazon capacity

**Associate Signature:** ██████████████████████          **Date:** April 24, 2020, 6:37:41 PM

**Manager Signature:** Acknowledged by Must,Peet (BadgeID: 12390020)          **Date:** April 24, 2020, 6:37:41 PM

**CONFIDENTIAL**                                    **AMZ-BRY002122**

**CONFIDENTIAL**

Acknowledged by associate on April 18, 2020, 4:14:41 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▉▉▉▉▉▉▉▉▉▉▉▉
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** April 18, 2020, 4:14:41 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 2 | November 08, 2019, 12:52:16 PM |
| Documented Coaching | 1 | February 25, 2020, 11:34:49 AM |

## Details of Current Incident/Specific Concerns

On 4/18/20, you were observed using your phone while packing. During the seek to understand, put it away. Amazon's Temporary Phone Use Guidelines states &quot;Mobile phone usage must be limited to approved breaks and meal periods. If you receive an emergency call or text, you are expected to appropriately stop what you are doing, leave the work area, and respond. The following are not approved:  Mobile phone use while performing work tasks, walking, or driving  Mobile phone use while on the truck dock, in the truck yard, or ramp/tarmac  Mobile phone use in PIT lanes or while on/operating PIT  Use of headphones or playing games, music, videos, etc. outside of approved break areas

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Temporary Phone Use Guidelines at all times while working in the Fulfillment Center. It is important for you to understand that meeting these standards are a critical component of your job. Immediate improvement is expected. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ▉▉▉▉▉▉▉▉▉▉▉▉          **Date:** April 18, 2020, 4:14:41 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)          **Date:** April 18, 2020, 4:14:41 PM

**CONFIDENTIAL**

Acknowledged by associate on February 25, 2020, 1:30:04 PM - Delivered by sobi,Foluke (afoluke)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** February 25, 2020, 1:30:04 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 08, 2019, 10:44:57 AM |
| Final Written | 2 | November 08, 2019, 12:52:16 PM |

## Details of Current Incident/Specific Concerns

On the shift 2/25/2020, you were observed to be in violation of our 15 minute break policy by taking an extended break of 20:20 minutes during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct. During the STU you apologized and said you will take the warning

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, and lunch time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

[ ]

**Associate Signature:** ▮▮▮▮▮▮▮▮                               **Date:** February 25, 2020, 1:30:04 PM

**Manager Signature:** Acknowledged by sobi,Foluke (BadgeID: 12284260)     **Date:** February 25, 2020, 1:30:04 PM

**CONFIDENTIAL**                          **AMZ-BRY002124**

**CONFIDENTIAL**

Acknowledged by associate on November 08, 2019, 1:02:31 PM - Delivered by Outeiral,Kelly janice (outkelly)





# Supportive Feedback Document
# Behavioral - Final Written

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** November 08, 2019, 1:02:31 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 08, 2019, 10:44:57 AM |
| Final Written | 1 | October 30, 2019, 11:04:59 AM |
| Verbal Coaching | 1 | December 02, 2018, 12:43:43 PM |

## Details of Current Incident/Specific Concerns

On 11/8 you were seen raising your elbow and hitting another AA while bringing your items back to pack. Due to your history with the other AA Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On (inset incident details) These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

 

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮    **Date:** November 08, 2019, 1:02:31 PM

**Manager Signature:** Acknowledged by Outeiral,Kelly janice (BadgeID: 12307653)    **Date:** November 08, 2019, 1:02:31 PM

**CONFIDENTIAL**

Acknowledged by associate on March 17, 2018, 3:45:25 PM - Delivered by Davis-Walker,Joshua (jdaviswa)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DK0-ACOM)
**Created On:** March 17, 2018, 3:45:25 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 3 | October 18, 2017, 6:22:31 PM |
| Documented Coaching | 3 | November 07, 2017, 1:55:28 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement coaching. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [ ▮▮▮▮▮ ] # of Defects: ▮ DPMO: ▮ Total Number Of Units: ▮ Date of Errors : Week of 03/06/2018 Exceptions: ▮▮▮ Final Written Warning &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮          **Date:** March 17, 2018, 3:45:25 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)          **Date:** March 17, 2018, 3:45:25 PM

**CONFIDENTIAL**

Refused to sign by associate on November 09, 2017, 5:04:04 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** November 09, 2017, 5:04:04 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | October 24, 2017, 7:03:14 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 3 | October 18, 2017, 6:22:31 PM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement concessions. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [ ▮▮▮▮▮▮▮▮▮▮ ] # of Defects: ▮▮▮ DPMO ▮▮ Total Number Of Units: ▮▮▮ Date of Errors : Week of 10/29/2017 Exceptions: ▮▮▮ Final Written Warning &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

```


```

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮                                 **Date:** November 09, 2017, 5:04:04 PM


**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)                   **Date:** November 09, 2017, 5:04:04 PM

**CONFIDENTIAL**

Refused to sign by associate on October 28, 2017, 4:52:37 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** October 28, 2017, 4:52:37 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | August 09, 2017, 12:05:10 AM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 3 | October 18, 2017, 6:22:31 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |

## Details of Current Incident/Specific Concerns

On the shift starting 10/24/17, you were observed to be in violation of our 15 minute break policy by taking an extended break of 21:35 minutes during second break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies , or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every fulltime ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ███████████   **Date:** October 28, 2017, 4:52:37 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)   **Date:** October 28, 2017, 4:52:37 PM

**CONFIDENTIAL**

Refused to sign by associate on October 19, 2017, 2:25:55 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral - First Written



**Associate Name:** ███████████████

**Manager Name:** Davis-Walker,Joshua (DN2-0730)

**Created On:** October 19, 2017, 2:25:55 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| Documented Coaching | 3 | August 09, 2017, 12:05:10 AM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |
| First Written | 2 | July 29, 2017, 2:19:12 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. On 10/10/17, you referred to a male associate as a female and insulted their sexual orientation. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

AA expressed a concern about not having a STU from HR or the AM on duty

**Associate Signature:** ████████████████     **Date:** October 19, 2017, 2:25:55 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)     **Date:** October 19, 2017, 2:25:55 PM

**CONFIDENTIAL**

Refused to sign by associate on August 10, 2017, 5:18:42 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ████████████████
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** August 10, 2017, 5:18:42 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 23, 2017, 2:57:08 PM |
| First Written | 2 | July 29, 2017, 2:19:12 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |

## Details of Current Incident/Specific Concerns

On the shift starting 8/6/17, you were observed to be in violation of our 15 minute break policy by taking an extended break of 20 minutes 21 seconds during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies , or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** ████████████████                              **Date:** August 10, 2017, 5:18:42 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)          **Date:** August 10, 2017, 5:18:42 PM

**CONFIDENTIAL**

Refused to sign by associate on February 26, 2017, 11:14:30 AM - Delivered by Vora,Jairaj Deepak (jairvora)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ████████████████

**Manager Name:** Adkins,Stephen (DN2-0730)

**Created On:** February 26, 2017, 11:14:30 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | January 07, 2017, 12:41:34 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement concessions. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [ ████████████████ ] # of Defects: ██ DPMO: ██ Total Number Of Units: ██ Date Errors Discovered: 02/23/2017 Exceptions: ████ Final Written Warning &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** ████████████████          **Date:** February 26, 2017, 11:14:30 AM

**Manager Signature:** Acknowledged by Vora,Jairaj Deepak (BadgeID: 0163635)          **Date:** February 26, 2017, 11:14:30 AM

**CONFIDENTIAL**

Acknowledged by associate on January 13, 2017, 11:45:38 AM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** January 13, 2017, 11:45:38 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | March 26, 2016, 2:24:31 PM |

## Details of Current Incident/Specific Concerns

Your recent attendance performance has fallen below behavioral expectations. On 1/7/2016 you clocked out early without letting management know. There is a one hour professional courtesy notice that is requested for planning the remainder of the shift from a volume standpoint. Clocking out early is considered unacceptable and will not be tolerated.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

<br><br><br><br><br><br>

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮                                    **Date:** January 13, 2017, 11:45:38 AM


**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)                **Date:** January 13, 2017, 11:45:38 AM

**CONFIDENTIAL**

Acknowledged by associate on Mar 26, 2016 3:37:08 PM - Delivered by Presnal,Margaret Rose (presnalm)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** <span style="background:black"> </span>
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** Mar 26, 2016 3:37:08 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Behavioral communications

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Coaching | 1 | Jan 6, 2016 8:45:06 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 3/25/16, you were observed to be off-task by 38 minutes and 58 seconds. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** <span style="background:black"> </span>          **Date:** Mar 26, 2016 3:37:08 PM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)          **Date:** Mar 26, 2016 3:37:08 PM

**CONFIDENTIAL**

Acknowledged by associate on April 12, 2021, 11:25:23 AM - Delivered by Springer,Michael (sprlawre)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ████████████
**Manager Name:** Garcia,Christina (DK7-0730)
**Created On:** April 12, 2021, 11:25:23 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Documented Coaching | 6 | November 29, 2020, 8:45:50 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Security policy. On 4/5/21 you failed the screening process by carrying an unregistered asset through the security checkpoint. It is against Amazon's Security policy for Associates to have unregistered electronic devices in working areas (on the fulfillment center floor, in restrooms, or other work areas). Electronic devices may be used during lunch and breaks in a non-working area such as a break room or outside the facility.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Security policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ████████████████████          **Date:** April 12, 2021, 11:25:23 AM

**Manager Signature:** Acknowledged by Springer,Michael (BadgeID: 11011792)          **Date:** April 12, 2021, 11:25:23 AM

**CONFIDENTIAL**

Acknowledged by associate on December 04, 2020, 7:30:51 AM - Delivered by Garcia,Christina (chgrci)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████████

**Manager Name:** Garcia,Christina (DK7-0730)

**Created On:** December 04, 2020, 7:30:51 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 6 | August 09, 2020, 10:10:33 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On the week of 11/22-11/28, you worked a total of 60:19 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ███████████████          **Date:** December 04, 2020, 7:30:51 AM

**Manager Signature:** Acknowledged by Garcia,Christina (BadgeID: 0323557)          **Date:** December 04, 2020, 7:30:51 AM

**CONFIDENTIAL**

Acknowledged by associate on August 15, 2020, 6:15:02 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████████

**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)

**Created On:** August 15, 2020, 6:15:02 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 2 | November 08, 2019, 12:52:16 PM |
| Documented Coaching | 5 | June 04, 2020, 6:08:51 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. On the week of 8/02-8/08 you worked a total 65.09 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ███████████████          **Date:** August 15, 2020, 6:15:02 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)          **Date:** August 15, 2020, 6:15:02 PM

**CONFIDENTIAL**                                    **AMZ-BRY002136**

**CONFIDENTIAL**

Acknowledged by associate on June 04, 2020, 6:16:29 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████████

**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)

**Created On:** June 04, 2020, 6:16:29 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | May 28, 2020, 2:48:24 PM |
| Final Written | 2 | November 08, 2019, 12:52:16 PM |

## Details of Current Incident/Specific Concerns

On 6/4/20, you were observed using a cell phone outside of an emergency on the FC floor which is a violation of Amazon's Cellular Phone and Electronic Devices policy. Due to this violation, you are being issued a Documented Coaching that will affect your ability to transfer for 30 DAYS.

## Areas of Improvement Required by Associate

Going forward, you are expected to adhere to the Cell Phone Use Policy and the Personal Electronic Devices policy, which prohibits hourly associates from using cell phones or electronic devices on the FC floor unless they have an emergency. Cell phones and personal electronics may be used during lunch and breaks in non-working areas such as a break room or outside the facility, or if an emergency needs to be attended to in one of those areas. Further behavioral or policy violations may result in additional corrective action, up to and including termination.

## Associate Comments

Associate Signature: ███████████████            **Date:** June 04, 2020, 6:16:29 PM

Manager Signature: Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)            **Date:** June 04, 2020, 6:16:29 PM

**CONFIDENTIAL**            **AMZ-BRY002137**

**CONFIDENTIAL**

Acknowledged by associate on May 29, 2020, 8:52:13 AM - Delivered by Ochoterena III,Miguel Angel (mochoter)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████████

**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)

**Created On:** May 29, 2020, 8:52:14 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 2 | November 08, 2019, 12:52:16 PM |
| Documented Coaching | 3 | April 24, 2020, 4:24:07 PM |

## Details of Current Incident/Specific Concerns

On 5/28/20, you clocked in for the start of your shift at 7:16. Your scheduled start time on this day was 7:30. You were not approved to clock in early. There was no operational reason why you should have clocked in early on this day. During the seek to understand you stated it won't happen again. Going forward, if you believe there is a reason for you to work after your scheduled end time, you should gain approval from your Leadership team in advance. Not gaining approval for early clock-ins or late clock-outs may result in further corrective action up to and including termination.

## Areas of Improvement Required by Associate

This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ███████████████████████          **Date:** May 29, 2020, 8:52:13 AM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)          **Date:** May 29, 2020, 8:52:13 AM

CONFIDENTIAL

Acknowledged by associate on April 24, 2020, 6:37:41 PM - Delivered by Must,Peet (peetmust)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** April 24, 2020, 6:37:41 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | April 18, 2020, 3:03:04 PM |
| Final Written | 2 | November 08, 2019, 12:52:16 PM |

## Details of Current Incident/Specific Concerns

On 4/24/20 at 0845, you were observed at your pack station with headphones in connected to your cell phone and then again at 0905 using your phone at your station. During the seek to understand, you stated you needed to hear your phone if it vibrated. Amazon's Temporary Phone Use Guidelines &quot;Mobile phone usage must be limited to approved breaks and meal periods. If you receive an emergency call or text, you are expected to appropriately stop what you are doing, leave the work area, and respond. The following are not approved:  Mobile phone use while performing work tasks, walking, or driving  Mobile phone use while on the truck dock, in the truck yard, or ramp/tarmac  Mobile phone use in PIT lanes or while on/operating PIT  Use of headphones or playing games, music, videos, etc. outside of approved break areas  Photography, audio/video recordings, or live-streaming content in the facility In addition, you must be able to demonstrate evidence of mobile phone ownership upon request.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Temporary Phone Use Guidelines at all times while working in the Fulfillment Center. It is important for you to understand that meeting these standards are a critical component of your job. Immediate improvement is expected. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

aa understands amazon capacity

**Associate Signature:** ▮▮▮▮▮▮▮▮                                   **Date:** April 24, 2020, 6:37:41 PM

**Manager Signature:** Acknowledged by Must,Peet (BadgeID: 12390020)                **Date:** April 24, 2020, 6:37:41 PM

CONFIDENTIAL                                                    AMZ-BRY002139

**CONFIDENTIAL**

Acknowledged by associate on April 18, 2020, 4:14:41 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** <span style="background:black"> </span>
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** April 18, 2020, 4:14:41 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 2 | November 08, 2019, 12:52:16 PM |
| Documented Coaching | 1 | February 25, 2020, 11:34:49 AM |

## Details of Current Incident/Specific Concerns

On 4/18/20, you were observed using your phone while packing. During the seek to understand, put it away. Amazon's Temporary Phone Use Guidelines states &quot;Mobile phone usage must be limited to approved breaks and meal periods. If you receive an emergency call or text, you are expected to appropriately stop what you are doing, leave the work area, and respond. The following are not approved:  Mobile phone use while performing work tasks, walking, or driving  Mobile phone use while on the truck dock, in the truck yard, or ramp/tarmac  Mobile phone use in PIT lanes or while on/operating PIT  Use of headphones or playing games, music, videos, etc. outside of approved break areas

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Temporary Phone Use Guidelines at all times while working in the Fulfillment Center. It is important for you to understand that meeting these standards are a critical component of your job. Immediate improvement is expected. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** <span style="background:black"> </span>                                    **Date:** April 18, 2020, 4:14:41 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)                **Date:** April 18, 2020, 4:14:41 PM

**CONFIDENTIAL**

Acknowledged by associate on February 25, 2020, 1:30:04 PM - Delivered by sobi,Foluke (afoluke)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ████████████████
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** February 25, 2020, 1:30:04 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 08, 2019, 10:44:57 AM |
| Final Written | 2 | November 08, 2019, 12:52:16 PM |

## Details of Current Incident/Specific Concerns

On the shift 2/25/2020, you were observed to be in violation of our 15 minute break policy by taking an extended break of 20:20 minutes during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct. During the STU you apologized and said you will take the warning

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ██████████████████        **Date:** February 25, 2020, 1:30:04 PM

**Manager Signature:** Acknowledged by sobi,Foluke (BadgeID: 12284260)        **Date:** February 25, 2020, 1:30:04 PM

**CONFIDENTIAL**

Acknowledged by associate on November 08, 2019, 1:02:31 PM - Delivered by Outeiral,Kelly janice (outkelly)

# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** <span style="background:black">      </span>
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** November 08, 2019, 1:02:31 PM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 08, 2019, 10:44:57 AM |
| Final Written | 1 | October 30, 2019, 11:04:59 AM |
| Verbal Coaching | 1 | December 02, 2018, 12:43:43 PM |

## Details of Current Incident/Specific Concerns

On 11/8 you were seen raising your elbow and hitting another AA while bringing your items back to pack. Due to your history with the other AA Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On (inset incident details) These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

<div style="border:1px solid black; height:150px;"></div>

**Associate Signature:** <span style="background:black">      </span>          **Date:** November 08, 2019, 1:02:31 PM

**Manager Signature:** Acknowledged by Outeiral,Kelly janice (BadgeID: 12307653)          **Date:** November 08, 2019, 1:02:31 PM

**CONFIDENTIAL**

Acknowledged by associate on March 17, 2018, 3:45:25 PM - Delivered by Davis-Walker,Joshua (jdaviswa)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** <span style="background:black">     </span>
**Manager Name:** Davis-Walker,Joshua (DK0-ACOM)
**Created On:** March 17, 2018, 3:45:25 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 3 | October 18, 2017, 6:22:31 PM |
| Documented Coaching | 3 | November 07, 2017, 1:55:28 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement coachings. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [ <span style="background:black">  </span> ] # of Defects: <span style="background:black"> </span> DPMO: <span style="background:black"> </span> Total Number Of Units: <span style="background:black"> </span> Date of Errors : Week of 03/06/2018 Exceptions: <span style="background:black">  </span> Final Written Warning &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** <span style="background:black">     </span>    **Date:** March 17, 2018, 3:45:25 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)    **Date:** March 17, 2018, 3:45:25 PM

**CONFIDENTIAL**    **AMZ-BRY002143**

**CONFIDENTIAL**

Refused to sign by associate on November 09, 2017, 5:04:04 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ███████████
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** November 09, 2017, 5:04:04 PM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | October 24, 2017, 7:03:14 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 3 | October 18, 2017, 6:22:31 PM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement concessions. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [ ███████████ ] # of Defects: █ DPMO: █ Total Number Of Units: ███ Date of Errors : Week of 10/29/2017 Exceptions: ███████ Final Written Warning &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** ███████████████        **Date:** November 09, 2017, 5:04:04 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)        **Date:** November 09, 2017, 5:04:04 PM

**CONFIDENTIAL**

Refused to sign by associate on October 28, 2017, 4:52:37 PM - Delivered by Davis-Walker,Joshua (jdaviswa)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ████████████

**Manager Name:** Davis-Walker,Joshua (DN2-0730)

**Created On:** October 28, 2017, 4:52:37 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | August 09, 2017, 12:05:10 AM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 3 | October 18, 2017, 6:22:31 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |

## Details of Current Incident/Specific Concerns

On the shift starting 10/24/17, you were observed to be in violation of our 15 minute break policy by taking an extended break of 21:35 minutes during second break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies , or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

 

**Associate Signature:** ████████████       **Date:** October 28, 2017, 4:52:37 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)       **Date:** October 28, 2017, 4:52:37 PM

**CONFIDENTIAL**

Refused to sign by associate on October 19, 2017, 2:25:55 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral - First Written



**Associate Name:** ███████████████
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** October 19, 2017, 2:25:55 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| Documented Coaching | 3 | August 09, 2017, 12:05:10 AM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |
| First Written | 2 | July 29, 2017, 2:19:12 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. On 10/10/17, you referred to a male associate as a female and insulted their sexual orientation. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

AA expressed a concern about not having a STU from HR or the AM on duty

**Associate Signature:** ████████████████              **Date:** October 19, 2017, 2:25:55 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)              **Date:** October 19, 2017, 2:25:55 PM

**CONFIDENTIAL**                                                    **AMZ-BRY002146**

**CONFIDENTIAL**

Refused to sign by associate on August 10, 2017, 5:18:42 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ████████████████

**Manager Name:** Davis-Walker,Joshua (DN2-0730)

**Created On:** August 10, 2017, 5:18:42 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 23, 2017, 2:57:08 PM |
| First Written | 2 | July 29, 2017, 2:19:12 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |

## Details of Current Incident/Specific Concerns

On the shift starting 8/6/17, you were observed to be in violation of our 15 minute break policy by taking an extended break of 20 minutes 21 seconds during first break. This behavior is in violation of Amazon's Standards of Conduct and Attendance Policy. &quot;Failure to adhere to starting time, quitting time, or break time policies , or &quot;wasting time&quot; and is considered to be a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

<br><br><br><br>

**Associate Signature:** ██████████████████         **Date:** August 10, 2017, 5:18:42 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)         **Date:** August 10, 2017, 5:18:42 PM

**CONFIDENTIAL**

Refused to sign by associate on February 26, 2017, 11:14:30 AM - Delivered by Vora,Jairaj Deepak (jairvora)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ███████████████

**Manager Name:** Adkins,Stephen (DN2-0730)

**Created On:** February 26, 2017, 11:14:30 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | January 07, 2017, 12:41:34 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |

## Details of Current Incident/Specific Concerns

&quot;What is a free replacement concession? Free replacements are shipments sent to customers that had a negative experience, either with a missing or damaged item in their original order. Extensive research by the Customer Service team allows us to identify the Root Cause and the Associate responsible for free replacement concessions. There are currently no SQPR Quality Policies for pack although concessions directly influence customer experience and are very expensive to our business. The free replacements discovered by Amazon Customer Experience allows us to provide Supportive Quality Performance Feedback to associates. Defect Type: [ ███████████████ ] # of Defects: ███ DPMO: ███ Total Number Of Units: ███ Date Errors Discovered: 02/23/2017 Exceptions: ███████
███ = Final Written Warning &quot;

## Areas of Improvement Required by Associate

You are expected to meet 100% of the Quality Performance expectation. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** ███████████████          **Date:** February 26, 2017, 11:14:30 AM

**Manager Signature:** Acknowledged by Vora,Jairaj Deepak (BadgeID: 0163635)          **Date:** February 26, 2017, 11:14:30 AM

**CONFIDENTIAL**

Acknowledged by associate on January 13, 2017, 11:45:38 AM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** January 13, 2017, 11:45:38 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | March 26, 2016, 2:24:31 PM |

## Details of Current Incident/Specific Concerns

Your recent attendance performance has fallen below behavioral expectations. On 1/7/2016 you clocked out early without letting management know. There is a one hour professional courtesy notice that is requested for planning the remainder of the shift from a volume standpoint. Clocking out early is considered unacceptable and will not be tolerated.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        **Date:** January 13, 2017, 11:45:38 AM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)        **Date:** January 13, 2017, 11:45:38 AM

**CONFIDENTIAL**

Acknowledged by associate on Mar 26, 2016 3:37:08 PM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** Mar 26, 2016 3:37:08 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Behavioral communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | Jan 6, 2016 8:45:06 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 3/25/16, you were observed to be off-task by 38 minutes and 58 seconds. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

<br><br><br><br><br><br>

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮                          **Date:** Mar 26, 2016 3:37:08 PM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)          **Date:** Mar 26, 2016 3:37:08 PM

**CONFIDENTIAL**

Acknowledged by associate on April 12, 2021, 11:25:23 AM - Delivered by Springer,Michael (sprlawre)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ███████████████

**Manager Name:** Garcia,Christina (DK7-0730)

**Created On:** April 12, 2021, 11:25:23 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 6 | November 29, 2020, 8:45:50 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Security policy. On 4/5/21 you failed the screening process by carrying an unregistered asset through the security checkpoint. It is against Amazon's Security policy for Associates to have unregistered electronic devices in working areas (on the fulfillment center floor, in restrooms, or other work areas). Electronic devices may be used during lunch and breaks in a non-working area such as a break room or outside the facility.

## Areas of Improvement Required by Associate

You are expected to be in compliance with Amazon's Security policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ████████████████████                         **Date:** April 12, 2021, 11:25:23 AM

**Manager Signature:** Acknowledged by Springer,Michael (BadgeID: 11011792)                         **Date:** April 12, 2021, 11:25:23 AM

**CONFIDENTIAL**                                                                 **AMZ-BRY002151**

**CONFIDENTIAL**

Refused to sign by associate on March 08, 2019, 2:40:32 PM - Delivered by Davis-Walker,Joshua (jdaviswa)

# Supportive Feedback Document
# Behavioral Time Off Task - First Written





**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DK7-0730)
**Created On:** March 08, 2019, 2:40:32 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | December 02, 2018, 12:43:43 PM |
| First Written | 1 | July 11, 2018, 4:47:23 PM |
| Documented Coaching | 1 | March 14, 2018, 1:03:12 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 3/7/19, you were observed to be off-task by ▮▮▮▮▮▮ These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

```


```

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮                                      **Date:** March 08, 2019, 2:40:32 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)                      **Date:** March 08, 2019, 2:40:32 PM

**CONFIDENTIAL**

Refused to sign by associate on July 13, 2018, 8:13:43 AM - Delivered by Davis-Walker,Joshua (jdaviswa)





# Supportive Feedback Document
# Behavioral Time Off Task - First Written

**Associate Name:** ▮
**Manager Name:** Davis-Walker,Joshua (DK7-0730)
**Created On:** July 13, 2018, 8:13:43 AM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | March 14, 2018, 1:03:12 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |
| First Written | 2 | October 18, 2017, 6:22:31 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 7/10/18, you were observed to be off-task by ▮ These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ▮    **Date:** July 13, 2018, 8:13:43 AM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)    **Date:** July 13, 2018, 8:13:43 AM

**CONFIDENTIAL**

Acknowledged by associate on September 02, 2017, 6:46:45 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral Time Off Task - Second Written



**Associate Name:** <span style="color:black">████████████</span>
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** September 02, 2017, 6:46:45 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 2 | July 29, 2017, 2:19:12 PM |
| Documented Coaching | 3 | August 09, 2017, 12:05:10 AM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 8/29/17, you were observed to be off-task by ████████. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

```


```

**Associate Signature:** <span style="color:black">████████████████</span>          **Date:** September 02, 2017, 6:46:45 PM


**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)          **Date:** September 02, 2017, 6:46:45 PM

**CONFIDENTIAL**

Acknowledged by associate on July 31, 2017, 1:05:39 PM - Delivered by Gu,Alex kege (gualex)





# Supportive Feedback Document
# Behavioral Time Off Task - First Written



**Associate Name:** ████████████████████
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** July 31, 2017, 1:05:39 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 23, 2017, 2:57:08 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 1 | April 03, 2017, 8:26:52 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 7/28/17, you were observed to be off-task by ████████. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.
https://fclm-portal.amazon.com/employee/ppaTimeDetails?&amp;employeeId=100884867&amp;warehouseId=EWR4&amp;spanType=Day&amp;startDateDay=2017%2F07%2F28&amp;maxIntradayDays

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments



**Associate Signature:** █████████████████████████         **Date:** July 31, 2017, 1:05:39 PM


**Manager Signature:** Acknowledged by Gu,Alex kege (BadgeID: 11353836)         **Date:** July 31, 2017, 1:05:39 PM

**CONFIDENTIAL**

Refused to sign by associate on April 07, 2017, 11:03:00 AM - Delivered by Adkins,Stephen (steadkin)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written



**Associate Name:** <span style="background-color:black">████████████</span>
**Manager Name:** Adkins,Stephen (DN2-0730)
**Created On:** April 07, 2017, 11:03:00 AM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation, we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 23, 2017, 2:57:08 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 4/3/17, you were observed to be off-task by ████████ ███████████████████████████████. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

| |
|---|
| |

**Associate Signature:** <span style="background-color:black">███████████</span>                    **Date:** April 07, 2017, 11:03:00 AM

**Manager Signature:** Acknowledged by Adkins,Stephen (BadgeID: 11353912)                    **Date:** April 07, 2017, 11:03:00 AM

**CONFIDENTIAL**

Acknowledged by associate on October 30, 2019, 2:38:00 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)

# Supportive Feedback Document
# Behavioral Time Off Task - Final Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** October 30, 2019, 2:38:00 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 08, 2019, 10:44:57 AM |
| Verbal Coaching | 1 | December 02, 2018, 12:43:43 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On at various points throughout your scheduled shift you were observed to be off-task for a total of ▮▮▮▮▮▮▮. During a 'Seek to understand' conversation you stated that you had stomach issues and stepped off to the bathroom several times including during the times of ▮▮▮▮▮▮▮▮▮▮ These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

<div style="border:1px solid black; height:150px;"></div>

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮            **Date:** October 30, 2019, 2:38:00 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)            **Date:** October 30, 2019, 2:38:00 PM

**CONFIDENTIAL**

Refused to sign by associate on March 08, 2019, 2:40:32 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DK7-0730)
**Created On:** March 08, 2019, 2:40:32 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | December 02, 2018, 12:43:43 PM |
| First Written | 1 | July 11, 2018, 4:47:23 PM |
| Documented Coaching | 1 | March 14, 2018, 1:03:12 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 3/7/19, you were observed to be off-task by ▮▮▮▮▮▮. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮         **Date:** March 08, 2019, 2:40:32 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)         **Date:** March 08, 2019, 2:40:32 PM

**CONFIDENTIAL**

Refused to sign by associate on July 13, 2018, 8:13:43 AM - Delivered by Davis-Walker,Joshua (jdaviswa)

# Supportive Feedback Document
# Behavioral Time Off Task - First Written





**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DK7-0730)
**Created On:** July 13, 2018, 8:13:43 AM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | March 14, 2018, 1:03:12 PM |
| Second Written | 1 | August 29, 2017, 7:16:31 PM |
| First Written | 2 | October 18, 2017, 6:22:31 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 7/10/18, you were observed to be off-task by ▮▮▮▮▮▮. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

```



```

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮                                    **Date:** July 13, 2018, 8:13:43 AM


**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)                   **Date:** July 13, 2018, 8:13:43 AM

**CONFIDENTIAL**

Acknowledged by associate on September 02, 2017, 6:46:45 PM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Behavioral Time Off Task - Second Written



**Associate Name:** ███████████

**Manager Name:** Davis-Walker,Joshua (DN2-0730)

**Created On:** September 02, 2017, 6:46:45 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 2 | July 29, 2017, 2:19:12 PM |
| Documented Coaching | 3 | August 09, 2017, 12:05:10 AM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 8/29/17, you were observed to be off-task by ████████ These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** ███████████                    **Date:** September 02, 2017, 6:46:45 PM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)                    **Date:** September 02, 2017, 6:46:45 PM

**CONFIDENTIAL**

Acknowledged by associate on July 31, 2017, 1:05:39 PM - Delivered by Gu,Alex kege (gualex)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DN2-0730)
**Created On:** July 31, 2017, 1:05:39 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 23, 2017, 2:57:08 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |
| First Written | 1 | April 03, 2017, 8:26:52 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 7/28/17, you were observed to be off-task by ▮▮▮▮▮. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.
https://fclm-portal.amazon.com/employee/ppaTimeDetails?&amp;employeeId=100884867&amp;warehouseId=EWR4&amp;spanType=Day&amp;startDateDay=2017%2F07%2F28&amp;maxIntradayDays

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   **Date:** July 31, 2017, 1:05:39 PM

**Manager Signature:** Acknowledged by Gu,Alex kege (BadgeID: 11353836)   **Date:** July 31, 2017, 1:05:39 PM

**CONFIDENTIAL**

Refused to sign by associate on April 07, 2017, 11:03:00 AM - Delivered by Adkins,Stephen (steadkin)



# Supportive Feedback Document
# Behavioral Time Off Task - First Written

**Associate Name:** ███████████████

**Manager Name:** Adkins,Stephen (DN2-0730)

**Created On:** April 07, 2017, 11:03:00 AM



## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation, we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 23, 2017, 2:57:08 PM |
| Verbal Coaching | 1 | January 05, 2017, 6:07:43 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On the shift starting 4/3/17, you were observed to be off-task by ███████ ██████████████████████████████████████████████. These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching and corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** ████████████████████        **Date:** April 07, 2017, 11:03:00 AM

**Manager Signature:** Acknowledged by Adkins,Stephen (BadgeID: 11353912)        **Date:** April 07, 2017, 11:03:00 AM

**CONFIDENTIAL**

Acknowledged by associate on October 30, 2019, 2:38:00 PM - Delivered by Ochoterena III,Miguel Angel (mochoter)



# Supportive Feedback Document
# Behavioral Time Off Task - Final Written





**Associate Name:** ███████████████

**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)

**Created On:** October 30, 2019, 2:38:00 PM

## Summary

Your recent job performance is not meeting Behavioral Time Off Task expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral time off task feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 08, 2019, 10:44:57 AM |
| Verbal Coaching | 1 | December 02, 2018, 12:43:43 PM |

## Details of Current Incident/Specific Concerns

Your recent time-on-task performance has fallen below behavioral expectations. On at various points throughout your scheduled shift you were observed to be off-task for a total of ███████ . During a 'Seek to understand' conversation you stated that you had stomach issues and stepped off to the bathroom several times including during the times of ███████████ These behaviors are violations of Amazon's Standards of Conduct and Attendance policy. &quot;Failure to adhere to starting time, quitting time, or break time policies, or wasting time&quot; is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

Associate commitment to completing assigned tasks is critical in order to be Earth's most customer-centric company. As owners, we count on you to help achieve this mission. Your customers and teammates count on you to remain on task and complete your assigned job duties. For every scheduled ten hour shift, Amazon provides two 15 minute breaks, a 30 minute lunch period, two meetings at the start of shift and after lunch, and account for travel time between work areas. However, failure to adhere to start times, quitting times, or break time policies, as well as wasting time, will be addressed through performance management using coaching or corrective actions. This is a violation of the Amazon Standards of Conduct policy. It is important for you to understand that meeting task standards is a critical component of your job. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further Standard of Conduct violations may result in corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** ███████████████          **Date:** October 30, 2019, 2:38:00 PM

**Manager Signature:** Acknowledged by Ochoterena III,Miguel Angel (BadgeID: 11940191)          **Date:** October 30, 2019, 2:38:00 PM

**CONFIDENTIAL**

Acknowledged by associate on Jun 9, 2016 3:31:05 PM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Productivity Trend - Final Written



**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** Jun 9, 2016 3:31:05 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | May 25, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| First Written | 1 | May 4, 2016 |
| Documented Coaching | 4 | Apr 27, 2016 |
| Verbal Positive | 8 | Jun 1, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jun 1, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| May 25, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| May 18, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| May 11, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| May 4, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Apr 27, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Date:** Jun 9, 2016 3:31:05 PM

**CONFIDENTIAL**                    **AMZ-BRY002164**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)                    **Date:** Jun 9, 2016 3:31:05 PM

**CONFIDENTIAL**

Acknowledged by associate on May 26, 2016 11:04:25 AM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Productivity Trend - Second Written



**Associate Name:** ███████████████
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** May 26, 2016 11:04:25 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 7 | May 18, 2016 |
| Documented Coaching | 4 | Apr 27, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| First Written | 1 | May 4, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ██ | ██ | ███ | ████ | ██ | ███ | █ |
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ████ | ███ | █████ | █████ | ████ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 18, 2016 5:00:00 AM | ███ | ██ | ████ | ████ | ███ | |
| May 11, 2016 5:00:00 AM | ███ | ██ | ████ | ████ | ████ | |
| May 4, 2016 5:00:00 AM | ███ | ██ | ████ | ████ | ████ | |
| Apr 27, 2016 5:00:00 AM | ███ | ██ | ████ | ████ | ███ | █ |
| Apr 20, 2016 5:00:00 AM | ███ | ██ | ████ | ████ | ███ | █ |
| Apr 13, 2016 5:00:00 AM | ███ | ██ | ████ | ███ | ███ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Retrain Offered and refused to AA. Asked if she was sure and said it would only benefit her and still refused.

**Associate Signature:** ████████████████████        **Date:** May 26, 2016 11:04:25 AM

**CONFIDENTIAL**                                    **AMZ-BRY002166**

CONFIDENTIAL

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)                                        **Date:** May 26, 2016 11:04:25 AM

**CONFIDENTIAL**

Acknowledged by associate on May 5, 2016 11:24:45 AM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Productivity Trend - First Written



**Associate Name:** ███████████████

**Manager Name:** Presnal,Margaret Rose (DN2-0730)

**Created On:** May 5, 2016 11:24:45 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | Apr 27, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Verbal Positive | 5 | Apr 20, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ██ | ████████ | ███ | ████ | ████ | ████ | ██ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Apr 27, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ███ | ██ |
| Apr 20, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | ██ |
| Apr 13, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | ██ |
| Apr 6, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ███ | ██ |
| Mar 30, 2016 5:00:00 AM | ███ | ██ | ███ | ████ | ███ | ██ |
| Mar 23, 2016 5:00:00 AM | ███ | ██ | ███ | ███ | ███ | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Has been sick

**Associate Signature:** ████████████████████████   **Date:** May 5, 2016 11:24:45 AM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeId: 11353937)   **Date:** May 5, 2016 11:24:45 AM

**CONFIDENTIAL**          **AMZ-BRY002168**

CONFIDENTIAL

AMZ-BRY002169

**CONFIDENTIAL**

Acknowledged by associate on Apr 28, 2016 11:29:58 AM - Delivered by Presnal,Margaret Rose (presnalm)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████████████████

**Manager Name:** Presnal,Margaret Rose (DN2-0730)

**Created On:** Apr 28, 2016 11:29:58 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | Feb 3, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Verbal Positive | 5 | Apr 20, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ████ | ███ | ████ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Apr 20, 2016 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |
| Apr 13, 2016 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |
| Apr 6, 2016 5:00:00 AM | ███ | █ | ███ | ███ | ██████ | █ |
| Mar 30, 2016 5:00:00 AM | ███ | █ | ███ | ███ | ██████ | █ |
| Mar 23, 2016 5:00:00 AM | ███ | █ | ███ | ███ | ████ | █ |
| Mar 16, 2016 5:00:00 AM | ███ | █ | ███ | ███ | ███ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** ████████████████████████

**Date:** Apr 28, 2016 11:29:58 AM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)

**Date:** Apr 28, 2016 11:29:58 AM

**CONFIDENTIAL**

AMZ-BRY002170

**CONFIDENTIAL**

**CONFIDENTIAL**                    **AMZ-BRY002171**

**CONFIDENTIAL**

Refused to sign by associate on Feb 7, 2016 7:59:17 AM - Delivered by Gallaway,Michael Anthony (gallawm)



# Supportive Feedback Document
# Productivity Trend - Documented Coachin



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Gallaway,Michael Anthony (DN2-0730)
**Created On:** Feb 7, 2016 7:59:17 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | Jan 13, 2016 |
| Verbal Coaching | 2 | Jan 27, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ▮ | ▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jan 27, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| Jan 20, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| Jan 13, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| Jan 6, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| Dec 30, 2015 5:00:00 AM | 4▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| Dec 23, 2015 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮     **Date:** Feb 7, 2016 7:59:17 AM

**Manager Signature:** Acknowledged by Gallaway,Michael Anthony (BadgeID: 0274983)     **Date:** Feb 7, 2016 7:59:17 AM

CONFIDENTIAL

CONFIDENTIAL

**CONFIDENTIAL**

Refused to sign by associate on August 03, 2018, 8:33:33 AM - Delivered by Davis-Walker,Joshua (jdaviswa)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DK7-0730)
**Created On:** August 03, 2018, 8:33:33 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 28 | July 25, 2018 |
| Verbal Coaching | 6 | July 11, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 1 ItemPacked Medium EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE 1 ItemPacked Small EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 25, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | N |
| July 18, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| July 11, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| July 04, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** ▮▮▮▮▮▮   **Date:** August 03, 2018, 8:33:33 AM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeId: 11354029)   **Date:** August 03, 2018, 8:33:33 AM

**CONFIDENTIAL**                    **AMZ-BRY002174**

**CONFIDENTIAL**

Acknowledged by associate on Jun 9, 2016 3:31:05 PM - Delivered by Presnal,Margaret Rose (presnalm)



# Supportive Feedback Document
# Productivity Trend - Final Written

**Associate Name:** ███████████████
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** Jun 9, 2016 3:31:05 PM



## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | May 25, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| First Written | 1 | May 4, 2016 |
| Documented Coaching | 4 | Apr 27, 2016 |
| Verbal Positive | 8 | Jun 1, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ██ | ██ | ██ | ███████ | ████ | ████ | ██ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jun 1, 2016 5:00:00 AM | ██ | ██ | ███ | ███ | ██ | ██ |
| May 25, 2016 5:00:00 AM | ██ | ██ | ███ | ███ | ██ | ██ |
| May 18, 2016 5:00:00 AM | ██ | ██ | ███ | ███ | ██ | ██ |
| May 11, 2016 5:00:00 AM | ██ | ██ | ███ | ███ | ██ | ██ |
| May 4, 2016 5:00:00 AM | ██ | ██ | ███ | ███ | ██ | ██ |
| Apr 27, 2016 5:00:00 AM | ██ | ██ | ███ | ███ | ██ | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Associate Signature: ███████████████████████████        **Date:** Jun 9, 2016 3:31:05 PM

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)                    **Date:** Jun 9, 2016 3:31:05 PM

**CONFIDENTIAL**

Acknowledged by associate on May 26, 2016 11:04:25 AM - Delivered by Presnal,Margaret Rose (presnalm)

# Supportive Feedback Document
# Productivity Trend - Second Written





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** May 26, 2016 11:04:25 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 7 | May 18, 2016 |
| Documented Coaching | 4 | Apr 27, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| First Written | 1 | May 4, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Pack Singles | Scan Verify ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 18, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| May 11, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| May 4, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Apr 27, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Apr 20, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Apr 13, 2016 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Retrain Offered and refused to AA. Asked if she was sure and said it would only benefit her and still refused.

**Associate Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Date:** May 26, 2016 11:04:25 AM

**CONFIDENTIAL**                    **AMZ-BRY002177**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)                    **Date:** May 26, 2016 11:04:25 AM

**CONFIDENTIAL**

Acknowledged by associate on May 5, 2016 11:24:45 AM - Delivered by Presnal,Margaret Rose (presnalm)

# Supportive Feedback Document
# Productivity Trend - First Written





**Associate Name:** ▇▇▇▇▇▇▇▇▇▇
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** May 5, 2016 11:24:45 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | Apr 27, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Verbal Positive | 5 | Apr 20, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 3 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ▇ | ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ | | ▇ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Apr 27, 2016 5:00:00 AM | ▇▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |
| Apr 20, 2016 5:00:00 AM | ▇▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |
| Apr 13, 2016 5:00:00 AM | ▇▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |
| Apr 6, 2016 5:00:00 AM | ▇▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |
| Mar 30, 2016 5:00:00 AM | ▇▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |
| Mar 23, 2016 5:00:00 AM | ▇▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Has been sick

**Associate Signature:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇        **Date:** May 5, 2016 11:24:45 AM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937)        **Date:** May 5, 2016 11:24:45 AM

**CONFIDENTIAL**                                    **AMZ-BRY002179**

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY002180

Acknowledged by associate on Apr 28, 2016 11:29:58 AM - Delivered by Presnal,Margaret Rose (presnalm)

[redacted]

# Supportive Feedback Document
# Productivity Trend - Documented Coaching

amazon.com

**Associate Name:** [redacted]
**Manager Name:** Presnal,Margaret Rose (DN2-0730)
**Created On:** Apr 28, 2016 11:29:58 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | Feb 3, 2016 |
| Verbal Coaching | 3 | Apr 13, 2016 |
| Verbal Positive | 5 | Apr 20, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Apr 20, 2016 5:00:00 AM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Apr 13, 2016 5:00:00 AM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Apr 6, 2016 5:00:00 AM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Mar 30, 2016 5:00:00 AM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Mar 23, 2016 5:00:00 AM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Mar 16, 2016 5:00:00 AM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** [redacted] **Date:** Apr 28, 2016 11:29:58 AM

**Manager Signature:** Acknowledged by Presnal,Margaret Rose (BadgeID: 11353937) **Date:** Apr 28, 2016 11:29:58 AM

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY002182

**CONFIDENTIAL**

Refused to sign by associate on Feb 7, 2016 7:59:17 AM - Delivered by Gallaway,Michael Anthony (gallawm)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Gallaway,Michael Anthony (DN2-0730)
**Created On:** Feb 7, 2016 7:59:17 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

Below is a summary of your Productivity Trend communications

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | Jan 13, 2016 |
| Verbal Coaching | 2 | Jan 27, 2016 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE ItemPacked Total EACH | Level 5 | ▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| Jan 27, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Jan 20, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Jan 13, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Jan 6, 2016 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Dec 30, 2015 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Dec 23, 2015 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Associate Signature: ▮▮▮▮▮▮▮▮▮▮              **Date:** Feb 7, 2016 7:59:17 AM

**Manager Signature:** Acknowledged by Gallaway,Michael Anthony (BadgeID: 0274983)              **Date:** Feb 7, 2016 7:59:17 AM

**CONFIDENTIAL**

**CONFIDENTIAL**                    **AMZ-BRY002184**

**CONFIDENTIAL**

Refused to sign by associate on August 03, 2018, 8:33:33 AM - Delivered by Davis-Walker,Joshua (jdaviswa)





# Supportive Feedback Document
# Productivity Trend - Documented Coaching

**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Davis-Walker,Joshua (DK7-0730)
**Created On:** August 03, 2018, 8:33:33 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 28 | July 25, 2018 |
| Verbal Coaching | 6 | July 11, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 1 ItemPacked Medium EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE 1 ItemPacked Small EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| July 25, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| July 18, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| July 11, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| July 04, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

Associate Signature: ▮▮▮▮▮▮▮▮▮▮▮▮                    **Date:** August 03, 2018, 8:33:33 AM

**Manager Signature:** Acknowledged by Davis-Walker,Joshua (BadgeID: 11354029)                    **Date:** August 03, 2018, 8:33:33 AM

**CONFIDENTIAL**                              **AMZ-BRY002185**

CONFIDENTIAL

Acknowledged by associate on November 08, 2019, 1:02:31 PM - Delivered by Outeiral,Kelly janice (outkelly)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** Moore,Veronica Jarcee (veromoor)
**Manager Name:** Ochoterena III,Miguel Angel (DK7-0730)
**Created On:** November 08, 2019, 1:02:31 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | March 08, 2019, 10:44:57 AM |
| Final Written | 1 | October 30, 2019, 11:04:59 AM |
| Verbal Coaching | 1 | December 02, 2018, 12:43:43 PM |

## Details of Current Incident/Specific Concerns

On 11/8 you were seen raising your elbow and hitting another AA while bringing your items back to pack. Due to your history with the other AA Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On (inset incident details) These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by Moore,Veronica Jarcee (BadgeID: 11275896)          **Date:** November 08, 2019, 1:02:31 PM

**Manager Signature:** Acknowledged by Outeiral,Kelly janice (BadgeID: 12307653)          **Date:** November 08, 2019, 1:02:31 PM

**CONFIDENTIAL**

Acknowledged by associate on January 17, 2021, 8:44:08 PM - Delivered by Konchalski,Randy Michael (konchals)



# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** January 17, 2021, 8:44:08 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | October 16, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2021**, Current UPT Balance is **15**, As of: **January 13, 2021**

## Associate Comments

AA knows current upt balance

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ██████)          **Date:** January 17, 2021, 8:44:08 PM

**Manager Signature:** Acknowledged by Konchalski,Randy Michael (BadgeID: 13009146)          **Date:** January 17, 2021, 8:44:08 PM

**CONFIDENTIAL**

Acknowledged by associate on October 19, 2020, 3:20:27 AM - Delivered by Hawkins,De'Von (vonhawk)



# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** October 19, 2020, 3:20:27 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | July 27, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2021**, Current UPT Balance is **13**, As of: **October 19, 2020**

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓▓ (BadgeID: ▓▓▓▓▓)          **Date:** October 19, 2020, 3:20:27 AM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)          **Date:** October 19, 2020, 3:20:27 AM

**CONFIDENTIAL**

Acknowledged by associate on July 28, 2020, 3:03:31 AM - Delivered by Hawkins,De'Von (vonhawk)



# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████ ████████
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** July 28, 2020, 3:03:31 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | December 21, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2020**, Current UPT Balance is **10**, As of: **July 28, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ██████)          **Date:** July 28, 2020, 3:03:31 AM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)          **Date:** July 28, 2020, 3:03:31 AM

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 8:56:27 PM - Delivered by Hawkins,De'Von (vonhawk)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████ (███████████
**Manager Name:** Hawkins,De'Von (NL4-1830)
**Created On:** December 22, 2019, 8:56:27 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | July 11, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **15**, As of: **December 22, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████)         **Date:** December 22, 2019, 8:56:27 PM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)         **Date:** December 22, 2019, 8:56:27 PM

**CONFIDENTIAL**                              **AMZ-BRY002049**

**CONFIDENTIAL**

Acknowledged by associate on July 17, 2019, 7:59:17 PM - Delivered by Alexander,Ashley (alashley)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** July 17, 2019, 7:59:17 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | April 04, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**. Current UPT Balance is **13**, As of: **July 17, 2019**

## Associate Comments

```



```

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)          **Date:** July 17, 2019, 7:59:17 PM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)          **Date:** July 17, 2019, 7:59:17 PM

**CONFIDENTIAL**

Acknowledged by associate on April 08, 2019, 2:16:21 AM - Delivered by Dar,Shehzad (dshehzad)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮ (▮▮▮▮▮▮▮
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** April 08, 2019, 2:16:21 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | January 15, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **13**, As of: **April 08, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮▮▮         **Date:** April 08, 2019, 2:16:21 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)         **Date:** April 08, 2019, 2:16:21 AM

**CONFIDENTIAL**

Acknowledged by associate on January 20, 2019, 8:10:38 PM - Delivered by Alexander,Ashley (alashley)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▉▉▉▉▉▉▉▉ (▉▉▉▉▉▉
**Manager Name:** Alexander,Ashley (NL4-1830)
**Created On:** January 20, 2019, 8:10:38 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | October 08, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **10**, As of: **January 15, 2019**

## Associate Comments

---

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉▉ (BadgeID: ▉▉▉▉▉)          **Date:** January 20, 2019, 8:10:38 PM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)          **Date:** January 20, 2019, 8:10:38 PM

**CONFIDENTIAL**                                        **AMZ-BRY002052**

**CONFIDENTIAL**

Acknowledged by associate on October 08, 2018, 1:02:58 AM - Delivered by Alexander,Ashley (alashley)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Alexander,Ashley (NL4-1830)
**Created On:** October 08, 2018, 1:02:58 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | July 30, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**. Current UPT Balance is **15**. As of: **October 08, 2018**

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)          **Date:** October 08, 2018, 1:02:58 AM


**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)          **Date:** October 08, 2018, 1:02:58 AM

**CONFIDENTIAL**

Acknowledged by associate on August 01, 2018, 4:05:53 AM - Delivered by Babatunde,Alex (oluwakob)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▌▌▌▌▌▌ (▌▌▌▌▌
**Manager Name:** Babatunde,Alex (NL4-1830)
**Created On:** August 01, 2018, 4:05:53 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | May 30, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2018.** Current UPT Balance is **4.** As of: **August 01, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▌▌▌▌▌▌ (BadgeID: ▌▌▌▌)          **Date:** August 01, 2018, 4:05:53 AM

**Manager Signature:** Acknowledged by Babatunde,Alex (BadgeID: 11364900)          **Date:** August 01, 2018, 4:05:53 AM

**CONFIDENTIAL**

Acknowledged by associate on June 04, 2018, 3:26:40 AM - Delivered by Babatunde,Alex (oluwakob)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▅▅▅▅▅▅▅ (▅▅▅▅▅▅
**Manager Name:** Babatunde,Alex (NL4-1830)
**Created On:** June 04, 2018, 3:26:40 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **9**, As of: **May 31, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▅▅▅▅▅▅ (BadgeID: ▅▅▅▅)                    **Date:** June 04, 2018, 3:26:40 AM

**Manager Signature:** Acknowledged by Babatunde,Alex (BadgeID: 11364900)                    **Date:** June 04, 2018, 3:26:40 AM

**CONFIDENTIAL**                                        **AMZ-BRY002055**

**CONFIDENTIAL**

Acknowledged by associate on April 11, 2021, 9:39:53 PM - Delivered by Hindal,Tiba (tihindal)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▓▓▓▓▓▓▓▓
**Manager Name:** Hindal,Tiba (NL4-1845)
**Created On:** April 11, 2021, 9:39:53 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | January 13, 2021, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2021**, Current UPT Balance is **15**, As of: **April 08, 2021**

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓ (BadgeID: ▓▓▓)   **Date:** April 11, 2021, 9:39:53 PM

**Manager Signature:** Acknowledged by Hindal,Tiba (BadgeID: 14162800)   **Date:** April 11, 2021, 9:39:53 PM

**CONFIDENTIAL**

Acknowledged by associate on January 17, 2021, 8:44:08 PM - Delivered by Konchalski,Randy Michael (konchals)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████

**Manager Name:** Hawkins,De'Von (NL4-1845)

**Created On:** January 17, 2021, 8:44:08 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | October 16, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2021**, Current UPT Balance is **15**, As of: **January 13, 2021**

## Associate Comments

AA knows current upt balance

**Associate Signature:** Acknowledged by ███████████████ (BadgeID: ████████)          **Date:** January 17, 2021, 8:44:08 PM

**Manager Signature:** Acknowledged by Konchalski,Randy Michael (BadgeID: 13009146)          **Date:** January 17, 2021, 8:44:08 PM

**CONFIDENTIAL**

Acknowledged by associate on October 19, 2020, 3:20:27 AM - Delivered by Hawkins,De'Von (vonhawk)



# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████████████
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** October 19, 2020, 3:20:27 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | July 27, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2021**, Current UPT Balance is **13**, As of: **October 19, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ██████)        **Date:** October 19, 2020, 3:20:27 AM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)        **Date:** October 19, 2020, 3:20:27 AM

**CONFIDENTIAL**                                                    **AMZ-BRY002058**

**CONFIDENTIAL**

Acknowledged by associate on July 28, 2020, 3:03:31 AM - Delivered by Hawkins,De'Von (vonhawk)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████  ██████████

**Manager Name:** Hawkins,De'Von (NL4-1845)

**Created On:** July 28, 2020, 3:03:31 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 1 | December 21, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2020**, Current UPT Balance is **10**, As of: **July 28, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ███████)          **Date:** July 28, 2020, 3:03:31 AM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)          **Date:** July 28, 2020, 3:03:31 AM

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 8:56:27 PM - Delivered by Hawkins,De'Von (vonhawk)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████ (███████
**Manager Name:** Hawkins,De'Von (NL4-1830)
**Created On:** December 22, 2019, 8:56:27 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | July 11, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **15**, As of: **December 22, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ███████           **Date:** December 22, 2019, 8:56:27 PM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)           **Date:** December 22, 2019, 8:56:27 PM

**CONFIDENTIAL**                                           **AMZ-BRY002060**

**CONFIDENTIAL**

Acknowledged by associate on July 17, 2019, 7:59:17 PM - Delivered by Alexander,Ashley (alashley)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮)
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** July 17, 2019, 7:59:17 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 4 | April 04, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **13**, As of: **July 17, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** July 17, 2019, 7:59:17 PM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)          **Date:** July 17, 2019, 7:59:17 PM

**CONFIDENTIAL**

Acknowledged by associate on April 08, 2019, 2:16:21 AM - Delivered by Dar,Shehzad (dshehzad)



## Supportive Feedback Document
## Unpaid Personal Time - Notice



**Associate Name:** ▇▇▇▇▇▇ (▇▇▇▇▇
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** April 08, 2019, 2:16:21 AM

### Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

### Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 4 | January 15, 2019, 12:00:00 AM |

### Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2019**, Current UPT Balance is **13**, As of: **April 08, 2019**

### Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇ (BadgeID: ▇▇▇▇▇)            **Date:** April 08, 2019, 2:16:21 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)            **Date:** April 08, 2019, 2:16:21 AM

CONFIDENTIAL

Acknowledged by associate on January 20, 2019, 8:10:38 PM - Delivered by Alexander,Ashley (alashley)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ████████████ (████████

**Manager Name:** Alexander,Ashley (NL4-1830)

**Created On:** January 20, 2019, 8:10:38 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | October 08, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019.** Current UPT Balance is **10**, As of: **January 15, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ████████       **Date:** January 20, 2019, 8:10:38 PM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)       **Date:** January 20, 2019, 8:10:38 PM

**CONFIDENTIAL**

Acknowledged by associate on October 08, 2018, 1:02:58 AM - Delivered by Alexander,Ashley (alashley)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▓▓▓▓▓▓▓▓ (▓▓▓▓▓▓▓
**Manager Name:** Alexander,Ashley (NL4-1830)
**Created On:** October 08, 2018, 1:02:58 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | July 30, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **15**, As of: **October 08, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓ (BadgeID: ▓▓▓▓▓▓▓)          **Date:** October 08, 2018, 1:02:58 AM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)          **Date:** October 08, 2018, 1:02:58 AM

**CONFIDENTIAL**                    **AMZ-BRY002064**

**CONFIDENTIAL**

Acknowledged by associate on August 01, 2018, 4:05:53 AM - Delivered by Babatunde,Alex (oluwakob)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ██████████ ████████
**Manager Name:** Babatunde,Alex (NL4-1830)
**Created On:** August 01, 2018, 4:05:53 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | May 30, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2018**, Current UPT Balance is **4**, As of: **August 01, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ██████)          **Date:** August 01, 2018, 4:05:53 AM

**Manager Signature:** Acknowledged by Babatunde,Alex (BadgeID: 11364900)          **Date:** August 01, 2018, 4:05:53 AM

**CONFIDENTIAL**

Acknowledged by associate on June 04, 2018, 3:26:40 AM - Delivered by Babatunde,Alex (oluwakob)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████████ (████████

**Manager Name:** Babatunde,Alex (NL4-1830)

**Created On:** June 04, 2018, 3:26:40 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **9**, As of: **May 31, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ██████)          **Date:** June 04, 2018, 3:26:40 AM

**Manager Signature:** Acknowledged by Babatunde,Alex (BadgeID: 11364900)          **Date:** June 04, 2018, 3:26:40 AM

**CONFIDENTIAL**

Acknowledged by associate on April 11, 2021, 9:39:53 PM - Delivered by Hindal,Tiba (tihindal)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ████████████
**Manager Name:** Hindal,Tiba (NL4-1845)
**Created On:** April 11, 2021, 9:39:53 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | January 13, 2021, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2021**, Current UPT Balance is **15**, As of: **April 08, 2021**

## Associate Comments

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ████████)    **Date:** April 11, 2021, 9:39:53 PM

**Manager Signature:** Acknowledged by Hindal,Tiba (BadgeID: 14162800)    **Date:** April 11, 2021, 9:39:53 PM

**CONFIDENTIAL**                                    **AMZ-BRY002067**

**CONFIDENTIAL**

Acknowledged by associate on June 08, 2020, 3:26:01 AM - Delivered by Li,Anthony (linthon)



# Supportive Feedback Document
# Behavioral - Final Written



**Associate Name:** ████████████ ████████
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** June 08, 2020, 3:26:01 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | January 19, 2020, 5:48:58 AM |
| Termination | 1 | April 25, 2020, 11:38:53 PM |
| First Written | 1 | September 08, 2019, 1:50:09 AM |
| Verbal Coaching | 1 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

On 4.19.202 at approximately 12:30 am, per your witness statement during the STU you admitted saying "fucking leave me alone" to area manager Himansu Patel. The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct.The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████████)          **Date:** June 08, 2020, 3:26:01 AM

**Manager Signature:** Acknowledged by Li,Anthony (BadgeID: 12431042)          **Date:** June 08, 2020, 3:26:01 AM

**CONFIDENTIAL**

Acknowledged by associate on April 25, 2020, 11:58:31 PM - Delivered by gorecki,christopher (cgorecki)



# Supportive Feedback Document
# Behavioral - Termination



**Associate Name:** ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** April 25, 2020, 11:58:31 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | January 19, 2020, 5:48:58 AM |
| Verbal Coaching | 2 | June 20, 2019, 1:23:32 AM |
| First Written | 1 | September 08, 2019, 1:50:09 AM |

## Details of Current Incident/Specific Concerns

On the shift of 4/18/2020 at or around 0:45 (4/19/2020), you were overheard calling your manager an "asshole" when your manager instructed you to move down to a station on a different wall. Additionally, you were overheard stating, "No, I'm not going to move." During STU, you admitted that you told your manager, "leave me the fuck alone" and "get the fuck out of my face" when your manager told you to move to a different wall. You further admitted in your statement, "I walked off and told the PA I was leaving." These behaviors are violations of Amazon's Standards of Conduct policy. &quot;Insubordination or intentional disregard of instructions &quot; is considered a Category 1 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in accordance with Amazon.com's Standards of Conduct, it is important that you are willing to act as a team player and follow the instruction of your leadership team. In the event that you are unable to do so, it is equally important that you communicate this to your leadership team in a professional and respectful manner. As detailed above, you have failed to meet this expectation. At this time, based on your violation of Amazon's Policy your employment will end effective immediately.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮            **Date:** April 25, 2020, 11:58:31 PM

**Manager Signature:** Acknowledged by gorecki,christopher (BadgeID: 11631047)            **Date:** April 25, 2020, 11:58:31 PM

**CONFIDENTIAL**

Acknowledged by associate on February 02, 2020, 7:54:51 PM - Delivered by Hawkins,De'Von (vonhawk)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮ (▮▮▮▮▮
**Manager Name:** Hawkins,De'Von (NL4-1830)
**Created On:** February 02, 2020, 7:54:51 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 3 | June 20, 2019, 1:23:32 AM |
| First Written | 1 | September 08, 2019, 1:50:09 AM |
| Documented Coaching | 6 | December 09, 2019, 5:11:31 AM |

## Details of Current Incident/Specific Concerns

On 1/18/20, you were observed violating policy by being on Facebook while working in OBPB. Amazon's Computer Use Guidelines state &quot;general computer system access has been provided for work-related purposes.While it is understood that associates may occasionally use their Amazon.com computer account for personal use, such personal use should be limited to non-working hours and should not interfere with an associate's job duties or productivity; and as always, such use should not be undertaken with the expectation of privacy.&quot;

## Areas of Improvement Required by Associate

You are expected to be in compliance with the Computer Use guidelines at all times while working in the Fulfillment Center. It is important for you to understand that meeting these standards are a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

 

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID: ▮▮▮▮   **Date:** February 02, 2020, 7:54:51 PM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)   **Date:** February 02, 2020, 7:54:51 PM

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 8:55:54 PM - Delivered by Hawkins,De'Von (vonhawk)

# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Hawkins,De'Von (NL4-1830)
**Created On:** December 22, 2019, 8:55:54 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | September 08, 2019, 1:50:09 AM |
| Documented Coaching | 5 | June 10, 2019, 1:57:16 AM |
| Verbal Coaching | 3 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. During the week of December 1, 2019, you worked over 60 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮▮      **Date:** December 22, 2019, 8:55:54 PM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)      **Date:** December 22, 2019, 8:55:54 PM

**CONFIDENTIAL**                    **AMZ-BRY002071**

**CONFIDENTIAL**

Acknowledged by associate on September 08, 2019, 1:53:24 AM - Delivered by Outeiral,Kelly janice (outkelly)

# Supportive Feedback Document
# Behavioral - First Written





**Associate Name:** ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮▮)
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** September 08, 2019, 1:53:24 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 5 | June 10, 2019, 1:57:16 AM |
| Verbal Coaching | 3 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. on 9/9/19 you were seen around 1AM having a conversation with PA Himansu where you were upset that you were being moved to rebin, reason why you did not want to move to that station path was because of how it will effect your rate. After speaking with Sr HRA Kelly and HRA Tanya you admitted to cursing to your PA saying &quot;are you gonna keep f*cking watching mel dont need a babysitter&quot;.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)          **Date:** September 08, 2019, 1:53:24 AM

**Manager Signature:** Acknowledged by Outeiral,Kelly janice (BadgeID: 12307653)          **Date:** September 08, 2019, 1:53:24 AM

**CONFIDENTIAL**

Acknowledged by associate on June 10, 2019, 2:24:50 AM - Delivered by Alexander,Ashley (alashley)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮ (▮▮▮▮)
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** June 10, 2019, 2:24:50 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | May 21, 2019, 5:36:17 AM |
| Documented Coaching | 4 | May 08, 2019, 3:23:08 AM |

## Details of Current Incident/Specific Concerns

On shift starting 6/10/19 you were observed getting to your station late after lunch standup. Your time details show you stopped working at 2345 for lunch but did not punch out until 2351. This resulted in your not punching back in until 0021. Punching out for lunch late caused you to miss standup and be late back to your station after lunch. During a seek to understand you stated you went downstairs to get your lunch and then clocked out. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off

## Areas of Improvement Required by Associate

You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** June 10, 2019, 2:24:50 AM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)          **Date:** June 10, 2019, 2:24:50 AM

**CONFIDENTIAL**                    **AMZ-BRY002073**

**CONFIDENTIAL**

Acknowledged by associate on May 08, 2019, 3:35:21 AM - Delivered by Dar,Shehzad (dshehzad)



# Supportive Feedback Document
# Behavioral - Documented Coaching



### Associate Name: ███████████ (
### Manager Name: Dar,Shehzad (NL4-1830)
### Created On: May 08, 2019, 3:35:21 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | April 22, 2019, 8:10:26 PM |
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |

## Details of Current Incident/Specific Concerns

On your shift starting 05/07/19 you were observed getting to your station late 11 minutes after you clocked in at start of shift. During a seek to understand you stated that you clocked in on time and thought you came to a station on time but first scan was at 18:41. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ████████)          **Date:** May 08, 2019, 3:35:21 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)          **Date:** May 08, 2019, 3:35:21 AM

**CONFIDENTIAL**

Acknowledged by associate on April 22, 2019, 8:47:43 PM - Delivered by Dar,Shehzad (dshehzad)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▓▓▓▓▓▓▓▓ (▓▓▓▓▓
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** April 22, 2019, 8:47:43 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |
| Documented Coaching | 2 | March 19, 2019, 8:50:10 PM |

## Details of Current Incident/Specific Concerns

On 4/22/19 you were observed getting to your station late 11 min after SOS, and were not present at standup. During a seek to understand you stated that you were waiting to get staffed because &quot;someone was at your station&quot; Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓▓ (BadgeID: ▓▓▓▓      **Date:** April 22, 2019, 8:47:43 PM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)      **Date:** April 22, 2019, 8:47:43 PM

**CONFIDENTIAL**                    **AMZ-BRY002075**

**CONFIDENTIAL**

Refused to sign by associate on March 20, 2019, 2:59:18 AM - Delivered by Dar,Shehzad (dshehzad)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ████████████ (█████████
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** March 20, 2019, 2:59:18 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |
| Documented Coaching | 1 | January 28, 2019, 2:41:03 AM |

## Details of Current Incident/Specific Concerns

On 03/19/19 you were observed getting to your station late 11 minutes after standup. During a seek to understand you stated that you clocked in at 18:35 and you did not have work. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** ████████   REFUSED TO SIGN          **Date:** March 20, 2019, 2:59:18 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)          **Date:** March 20, 2019, 2:59:18 AM

**CONFIDENTIAL**                                    **AMZ-BRY002076**

**CONFIDENTIAL**

Refused to sign by associate on January 28, 2019, 2:58:34 AM - Delivered by Alexander,Ashley (alashley)



# Supportive Feedback Document
# Behavioral - Documented Coaching



### Associate Name: ███████████ (██████████
### Manager Name: Alexander,Ashley (NL4-1830)
### Created On: January 28, 2019, 2:58:34 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |

## Details of Current Incident/Specific Concerns

On 1/27/2019 you were observed getting to your station late 17 min after SOS. During a seek to understand you stated that you did not have a good reason for this. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

<br><br><br><br><br>

**Associate Signature:** ███████████ REFUSED TO SIGN                    **Date:** January 28, 2019, 2:58:34 AM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)                    **Date:** January 28, 2019, 2:58:34 AM

**CONFIDENTIAL**

Acknowledged by associate on December 23, 2020, 3:14:10 AM - Delivered by Must,Peet (peetmust)



# Supportive Feedback Document
# Behavioral - Documented Coaching





**Associate Name:** ████████████████
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** December 23, 2020, 3:14:10 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | June 07, 2020, 7:15:15 PM |
| Termination | 1 | April 25, 2020, 11:38:53 PM |
| Documented Coaching | 1 | January 19, 2020, 5:48:58 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. On 12/23/20 you were observed sitting on the smartpac seal checker station desk without your mask on talking to the seal checker less than 6 feet away. During the seek to understand, you stated that you knew you were not supposed to sit on stations and that you have asthma which makes it hard to wear your mask over your mouth and nose. The policy classifies unauthorized use, misuse, or abuse of equipment, products, material, or property belonging to other associates, belonging to the company, or in the company's custody as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

As detailed above, you have failed to meet Amazon's Standards of Conduct and behavioral expectations. Amazon expects associates to adhere to the proper use of equipment, products, material, or property belonging to other associates, belonging to the company, or in the company's custody. Failure to adhere to Amazons Standard of Conduct guidelines includes, but is not limited to, any unauthorized use, misuse, or abuse of equipment, products, material, or property belonging to other associates, belonging to the company, or in the company's custody. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

AA understands amazon policy.

**Associate Signature:** Acknowledged by ████████████ (BadgeID: ████████)          **Date:** December 23, 2020, 3:14:10 AM

**Manager Signature:** Acknowledged by Must,Peet (BadgeID: 12390020)          **Date:** December 23, 2020, 3:14:10 AM

CONFIDENTIAL

Acknowledged by associate on June 08, 2020, 3:26:01 AM - Delivered by Li,Anthony (linthon)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** ███████████████
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** June 08, 2020, 3:26:01 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | January 19, 2020, 5:48:58 AM |
| Termination | 1 | April 25, 2020, 11:38:53 PM |
| First Written | 1 | September 08, 2019, 1:50:09 AM |
| Verbal Coaching | 1 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

On 4.19.202 at approximately 12:30 am, per your witness statement during the STU you admitted saying "fucking leave me alone" to area manager Himansu Patel. The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct.The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

---

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████████)          **Date:** June 08, 2020, 3:26:01 AM

**Manager Signature:** Acknowledged by Li,Anthony (BadgeID: 12431042)          **Date:** June 08, 2020, 3:26:01 AM

**CONFIDENTIAL**

Acknowledged by associate on April 25, 2020, 11:58:31 PM - Delivered by gorecki,christopher (cgorecki)



# Supportive Feedback Document
## Behavioral - Termination



**Associate Name:** ███████████ (███████

**Manager Name:** Hawkins,De'Von (NL4-1845)

**Created On:** April 25, 2020, 11:58:31 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | January 19, 2020, 5:48:58 AM |
| Verbal Coaching | 2 | June 20, 2019, 1:23:32 AM |
| First Written | 1 | September 08, 2019, 1:50:09 AM |

## Details of Current Incident/Specific Concerns

On the shift of 4/18/2020 at or around 0:45 (4/19/2020), you were overheard calling your manager an "asshole" when your manager instructed you to move down to a station on a different wall. Additionally, you were overheard stating, "No, I'm not going to move." During STU, you admitted that you told your manager, "leave me the fuck alone" and "get the fuck out of my face" when your manager told you to move to a different wall. You further admitted in your statement, "I walked off and told the PA I was leaving." These behaviors are violations of Amazon's Standards of Conduct policy. &quot;Insubordination or intentional disregard of instructions &quot; is considered a Category 1 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in accordance with Amazon.com's Standards of Conduct, it is important that you are willing to act as a team player and follow the instruction of your leadership team. In the event that you are unable to do so, it is equally important that you communicate this to your leadership team in a professional and respectful manner. As detailed above, you have failed to meet this expectation. At this time, based on your violation of Amazon's Policy your employment will end effective immediately.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

---

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████      **Date:** April 25, 2020, 11:58:31 PM

**Manager Signature:** Acknowledged by gorecki,christopher (BadgeID: 11631047)      **Date:** April 25, 2020, 11:58:31 PM

**CONFIDENTIAL**

Acknowledged by associate on February 02, 2020, 7:54:51 PM - Delivered by Hawkins,De'Von (vonhawk)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Hawkins,De'Von (NL4-1830)
**Created On:** February 02, 2020, 7:54:51 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 3 | June 20, 2019, 1:23:32 AM |
| First Written | 1 | September 08, 2019, 1:50:09 AM |
| Documented Coaching | 6 | December 09, 2019, 5:11:31 AM |

## Details of Current Incident/Specific Concerns

On 1/18/20, you were observed violating policy by being on Facebook while working in OBPB. Amazon's Computer Use Guidelines state &quot;general computer system access has been provided for work-related purposes.While it is understood that associates may occasionally use their Amazon.com computer account for personal use, such personal use should be limited to non-working hours and should not interfere with an associate's job duties or productivity; and as always, such use should not be undertaken with the expectation of privacy.&quot;

## Areas of Improvement Required by Associate

You are expected to be in compliance with the Computer Use guidelines at all times while working in the Fulfillment Center. It is important for you to understand that meeting these standards are a critical component of your job. Immediate improvement is expected. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

```

```

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮         **Date:** February 02, 2020, 7:54:51 PM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)         **Date:** February 02, 2020, 7:54:51 PM

**CONFIDENTIAL**

Acknowledged by associate on December 22, 2019, 8:55:54 PM - Delivered by Hawkins,De'Von (vonhawk)

# Supportive Feedback Document
# Behavioral - Documented Coaching




**Associate Name:** ████████████ (████████

**Manager Name:** Hawkins,De'Von (NL4-1830)

**Created On:** December 22, 2019, 8:55:54 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | September 08, 2019, 1:50:09 AM |
| Documented Coaching | 5 | June 10, 2019, 1:57:16 AM |
| Verbal Coaching | 3 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's US FC Extra Time policy. During the week of December 1, 2019, you worked over 60 hours. At Amazon.com we are committed to providing a workplace where all associate's well-being are of the utmost importance. NACF Human Resources has put scheduling guidelines in place to help us manage this commitment. Associates will not be asked to nor may they voluntarily work more than 60 hours per workweek, more than 12 hours per day, or more than six consecutive days in a row, regardless of shift.

## Areas of Improvement Required by Associate

For hourly associates you must manage your time accordingly to abide with this policy. Failure to do so will result in follow-up from your manager. Immediate improvement is required. If you have any questions about what constitutes appropriate behavior, please reach out to your manager or Human Resources. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Further violations may result in corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: █████)          **Date:** December 22, 2019, 8:55:54 PM

**Manager Signature:** Acknowledged by Hawkins,De'Von (BadgeID: 0170543)          **Date:** December 22, 2019, 8:55:54 PM

**CONFIDENTIAL**

Acknowledged by associate on September 08, 2019, 1:53:24 AM - Delivered by Outeiral,Kelly janice (outkelly)



# Supportive Feedback Document
# Behavioral - First Written



**Associate Name:** ▮▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** September 08, 2019, 1:53:24 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 5 | June 10, 2019, 1:57:16 AM |
| Verbal Coaching | 3 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. on 9/9/19 you were seen around 1AM having a conversation with PA Himansu where you were upset that you were being moved to rebin, reason why you did not want to move to that station path was because of how it will effect your rate. After speaking with Sr HRA Kelly and HRA Tanya you admitted to cursing to your PA saying &quot;are you gonna keep f*cking watching mel dont need a babysitter&quot;.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

<br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮    **Date:** September 08, 2019, 1:53:24 AM

**Manager Signature:** Acknowledged by Outeiral,Kelly janice (BadgeID: 12307653)    **Date:** September 08, 2019, 1:53:24 AM

**CONFIDENTIAL**                    **AMZ-BRY002083**

**CONFIDENTIAL**

Acknowledged by associate on June 10, 2019, 2:24:50 AM - Delivered by Alexander,Ashley (alashley)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ████████████ (███████)
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** June 10, 2019, 2:24:50 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | May 21, 2019, 5:36:17 AM |
| Documented Coaching | 4 | May 08, 2019, 3:23:08 AM |

## Details of Current Incident/Specific Concerns

On shift starting 6/10/19 you were observed getting to your station late after lunch standup. Your time details show you stopped working at 2345 for lunch but did not punch out until 2351. This resulted in your not punching back in until 0021. Punching out for lunch late caused you to miss standup and be late back to your station after lunch. During a seek to understand you stated you went downstairs to get your lunch and then clocked out. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off

## Areas of Improvement Required by Associate

You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Associate Comments

| |
|---|
| |

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ██████)     **Date:** June 10, 2019, 2:24:50 AM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)     **Date:** June 10, 2019, 2:24:50 AM

**CONFIDENTIAL**          **AMZ-BRY002084**

CONFIDENTIAL

Acknowledged by associate on May 08, 2019, 3:35:21 AM - Delivered by Dar,Shehzad (dshehzad)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ███████████ (███████
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** May 08, 2019, 3:35:21 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | April 22, 2019, 8:10:26 PM |
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |

## Details of Current Incident/Specific Concerns

On your shift starting 05/07/19 you were observed getting to your station late 11 minutes after you clocked in at start of shift. During a seek to understand you stated that you clocked in on time and thought you came to a station on time but first scan was at 18:41. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

## Areas of Improvement Required by Associate

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████        **Date:** May 08, 2019, 3:35:21 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)        **Date:** May 08, 2019, 3:35:21 AM

**CONFIDENTIAL**

Acknowledged by associate on April 22, 2019, 8:47:43 PM - Delivered by Dar,Shehzad (dshehzad)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▉▉▉▉▉▉▉ (▉▉▉▉▉
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** April 22, 2019, 8:47:43 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |
| Documented Coaching | 2 | March 19, 2019, 8:50:10 PM |

## Details of Current Incident/Specific Concerns

On 4/22/19 you were observed getting to your station late 11 min after SOS, and were not present at standup. During a seek to understand you stated that you were waiting to get staffed because &quot;someone was at your station&quot; Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ▉▉▉▉▉ (BadgeID: ▉▉▉▉)          **Date:** April 22, 2019, 8:47:43 PM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)          **Date:** April 22, 2019, 8:47:43 PM

**CONFIDENTIAL**                                    **AMZ-BRY002086**

CONFIDENTIAL

Refused to sign by associate on March 20, 2019, 2:59:18 AM - Delivered by Dar,Shehzad (dshehzad)





# Supportive Feedback Document
# Behavioral - Documented Coaching

**Associate Name:** ▉▉▉▉▉▉▉ (▉▉▉▉▉▉
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** March 20, 2019, 2:59:18 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |
| Documented Coaching | 1 | January 28, 2019, 2:41:03 AM |

## Details of Current Incident/Specific Concerns

On 03/19/19 you were observed getting to your station late 11 minutes after standup. During a seek to understand you stated that you clocked in at 18:35 and you did not have work. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

| |
|---|
| |

**Associate Signature:** ▉▉▉▉▉▉ REFUSED TO SIGN                    **Date:** March 20, 2019, 2:59:18 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)                    **Date:** March 20, 2019, 2:59:18 AM

CONFIDENTIAL                                        AMZ-BRY002087

**CONFIDENTIAL**

Refused to sign by associate on January 28, 2019, 2:58:34 AM - Delivered by Alexander,Ashley (alashley)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▆▆▆▆▆▆▆▆▆ (▆▆▆▆▆▆▆)
**Manager Name:** Alexander,Ashley (NL4-1830)
**Created On:** January 28, 2019, 2:58:34 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | January 22, 2019, 2:57:11 AM |

## Details of Current Incident/Specific Concerns

On 1/27/2019 you were observed getting to your station late 17 min after SOS. During a seek to understand you stated that you did not have a good reason for this. Amazon is committed to your success because you are the ones delivering on our promise to the customer. We provide clear communication regarding schedules, advance notice for extra time and payment for hours worked according to your timecard records after the pay period closes. We also provide several paid and unpaid time off options when you are unable to work your scheduled shifts. This Attendance Policy describes expected behaviors and outlines all options you have to take time off. You are expected to work your full shift as scheduled and use the timeclock to track your time. When you are unable to work any portion of your shift, you must provide advance notification. You may use available paid and unpaid time to cover missed time, but may not exceed allowed balances. Irregular attendance patterns or concerns, such as repeatedly reporting late or leaving early, including within the grace periods, will be addressed through performance management using coaching and corrective action. You can verify the accuracy of your timecard at www.hub.amazon.work on any computer, tablet or smartphone.

## Areas of Improvement Required by Associate

According to the NACF Attendance Policy we provide a 5 minute grace period to account for onsite situations which may affect your ability to punch in and/or out at the start and/or end of shift. This grace period is for the purposes of onsite situations only and does not allow for a late arrival to your work station at the start of shift, nor does it allow for an early departure from your work station at the end of shift. This grace period does not affect pay; however it indicates when missed time must be covered by one of your time off options. In punches and out punches which occur within 5 minutes of the start and end time will be rounded to the scheduled shift start or end time (e.g. a time punch that occurs 5 minutes prior to or after the start of the shift will be rounded to the scheduled start time). All other time punches will be coded to the minute. You are expected to report to your work station on time when returning from paid breaks and meal periods. Amazon does provide a 3 minute grace period for returning from your meal period only, which allows you time to return to your assigned work station after your meal period has completed. You are expected to be in compliance with the Attendance policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

```



```

**Associate Signature:** ▆▆▆▆▆▆▆ REFUSED TO SIGN                    **Date:** January 28, 2019, 2:58:34 AM

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)          **Date:** January 28, 2019, 2:58:34 AM

**CONFIDENTIAL**

Acknowledged by associate on December 23, 2020, 3:14:10 AM - Delivered by Must,Peet (peetmust)



# Supportive Feedback Document
# Behavioral - Documented Coaching



**Associate Name:** ▉▉▉▉▉▉▉▉▉
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** December 23, 2020, 3:14:10 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 1 | June 07, 2020, 7:15:15 PM |
| Termination | 1 | April 25, 2020, 11:38:53 PM |
| Documented Coaching | 1 | January 19, 2020, 5:48:58 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. On 12/23/20 you were observed sitting on the smartpac seal checker station desk without your mask on talking to the seal checker less than 6 feet away. During the seek to understand, you stated that you knew you were not supposed to sit on stations and that you have asthma which makes it hard to wear your mask over your mouth and nose. The policy classifies unauthorized use, misuse, or abuse of equipment, products, material, or property belonging to other associates, belonging to the company, or in the company's custody as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

As detailed above, you have failed to meet Amazon's Standards of Conduct and behavioral expectations. Amazon expects associates to adhere to the proper use of equipment, products, material, or property belonging to other associates, belonging to the company, or in the company's custody. Failure to adhere to Amazons Standard of Conduct guidelines includes, but is not limited to, any unauthorized use, misuse, or abuse of equipment, products, material, or property belonging to other associates, belonging to the company, or in the company's custody. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

| |
|---|
| AA understands amazon policy. |

**Associate Signature:** Acknowledged by ▉▉▉▉▉▉ (BadgeID: ▉▉▉▉)          **Date:** December 23, 2020, 3:14:10 AM

**Manager Signature:** Acknowledged by Must,Peet (BadgeID: 12390020)          **Date:** December 23, 2020, 3:14:10 AM

**CONFIDENTIAL**

Acknowledged by associate on May 12, 2019, 7:29:52 PM - Delivered by Dar,Shehzad (dshehzad)





# Supportive Feedback Document
## Productivity - Documented Positive



**Associate Name:** ███████████ (████████
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** May 12, 2019, 7:29:52 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 40 | May 01, 2019 |
| Verbal Coaching | 2 | December 19, 2018 |
| Documented Coaching | 1 | November 07, 2018 |
| Documented Positive | 1 | April 24, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 3 | | | █ | █ | █ | █ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 4 | █ | █ | █ | █ | █ | █ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 3 | █ | █ | █ | █ | █ | █ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 4 | █ | █ | █ | █ | █ | █ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 01, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| April 24, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| April 17, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| April 10, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| April 03, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |
| March 27, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████████          **Date:** May 12, 2019, 7:29:52 PM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)          **Date:** May 12, 2019, 7:29:52 PM

**CONFIDENTIAL**                    **AMZ-BRY002090**

**CONFIDENTIAL**

Acknowledged by associate on April 29, 2019, 1:52:05 AM - Delivered by Dar,Shehzad (dshehzad)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** April 29, 2019, 1:52:05 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | December 19, 2018 |
| Documented Coaching | 1 | November 07, 2018 |
| Verbal Positive | 40 | April 17, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 2 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 3 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 2 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 3 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 17, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| April 10, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| April 03, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| March 27, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| March 20, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| March 13, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID: ▮▮▮▮)    **Date:** April 29, 2019, 1:52:05 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)    **Date:** April 29, 2019, 1:52:05 AM

**CONFIDENTIAL**  **AMZ-BRY002091**

**CONFIDENTIAL**

Acknowledged by associate on June 27, 2019, 2:42:27 AM - Delivered by Dar,Shehzad (dshehzad)





# Supportive Feedback Document
# Productivity - Documented Positive

**Associate Name:** ███████████ (███████

**Manager Name:** Dar,Shehzad (NL4-1830)

**Created On:** June 27, 2019, 2:42:27 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | December 19, 2018 |
| Verbal Positive | 40 | June 19, 2019 |
| Documented Positive | 2 | May 08, 2019 |
| Documented Coaching | 1 | November 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 5 | ██ | ██ | ████ | ████ | ██ | ██ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 5 | ██ | ██ | ████ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 19, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ███ | █ |
| June 12, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ███ | █ |
| June 05, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ███ | █ |
| May 29, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ███ | █ |
| May 22, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ███ | █ |
| May 15, 2019, 5:00:00 AM | ██ | ██ | ██ | ████ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████        **Date:** June 27, 2019, 2:42:27 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)        **Date:** June 27, 2019, 2:42:27 AM

**CONFIDENTIAL**

Acknowledged by associate on May 12, 2019, 7:29:52 PM - Delivered by Dar,Shehzad (dshehzad)





# Supportive Feedback Document
# Productivity - Documented Positive



**Associate Name:** ███████████ (███████

**Manager Name:** Dar,Shehzad (NL4-1830)

**Created On:** May 12, 2019, 7:29:52 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 40 | May 01, 2019 |
| Verbal Coaching | 2 | December 19, 2018 |
| Documented Coaching | 1 | November 07, 2018 |
| Documented Positive | 1 | April 24, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 3 | ██ | ██ | ██ | ████ | ██ | ██ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 4 | ██ | ██ | ██ | ████ | ██ | ██ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 3 | ██ | ██ | ██ | ████ | ██ | ██ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 4 | ██ | ██ | ██ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 01, 2019, 5:00:00 AM | ██ | █ | ████ | ███ | █ | |
| April 24, 2019, 5:00:00 AM | ██ | █ | ████ | ██ | █ | |
| April 17, 2019, 5:00:00 AM | ██ | █ | ████ | ██ | █ | |
| April 10, 2019, 5:00:00 AM | ██ | █ | ████ | | █ | |
| April 03, 2019, 5:00:00 AM | ██ | █ | ████ | | █ | |
| March 27, 2019, 5:00:00 AM | █ | █ | █ | █ | █ | |

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ████████     **Date:** May 12, 2019, 7:29:52 PM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)     **Date:** May 12, 2019, 7:29:52 PM

**CONFIDENTIAL**                                    **AMZ-BRY002093**

**CONFIDENTIAL**

Acknowledged by associate on April 29, 2019, 1:52:05 AM - Delivered by Dar,Shehzad (dshehzad)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████████████ (███████████

**Manager Name:** Dar,Shehzad (NL4-1830)

**Created On:** April 29, 2019, 1:52:05 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | December 19, 2018 |
| Documented Coaching | 1 | November 07, 2018 |
| Verbal Positive | 40 | April 17, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 2 | █ | █████ | ████ | █ | ██ | ███ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 3 | █ | █████ | ████ | █ | ██ | ███ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 2 | █ | █████ | ████ | █ | ██ | ███ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 3 | █ | █████ | ████ | █ | ██ | ███ | █ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | █ | █████ | ████ | █ | ██ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| April 17, 2019, 5:00:00 AM | ██ | █ | ████ | █ | █ | █ |
| April 10, 2019, 5:00:00 AM | ██ | █ | ████ | █ | █ | █ |
| April 03, 2019, 5:00:00 AM | ██ | █ | ████ | ██ | █ | █ |
| March 27, 2019, 5:00:00 AM | █ | █ | █ █ | █ | █ | █ |
| March 20, 2019, 5:00:00 AM | █ | █ | ██ | █ | █ | █ |
| March 13, 2019, 5:00:00 AM | ██ | █ | ███ | ██ | █ | █ |

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████)  **Date:** April 29, 2019, 1:52:05 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)  **Date:** April 29, 2019, 1:52:05 AM

**CONFIDENTIAL**     **AMZ-BRY002094**

CONFIDENTIAL

Acknowledged by associate on June 27, 2019, 2:42:27 AM - Delivered by Dar,Shehzad (dshehzad)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ██████████ (██████████
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** June 27, 2019, 2:42:27 AM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | December 19, 2018 |
| Verbal Positive | 40 | June 19, 2019 |
| Documented Positive | 2 | May 08, 2019 |
| Documented Coaching | 1 | November 07, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 5 | ██ | ██ | ████ | ████ | ██ | ██ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 5 | ██ | ██ | ████ | ████ | ██ | ██ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| June 19, 2019, 5:00:00 AM | ██ | ██ | ██ | ███ | ███ | █ |
| June 12, 2019, 5:00:00 AM | ██ | ██ | ██ | ███ | ███ | █ |
| June 05, 2019, 5:00:00 AM | ██ | ██ | ██ | ███ | ███ | █ |
| May 29, 2019, 5:00:00 AM | ██ | ██ | ██ | ███ | ███ | █ |
| May 22, 2019, 5:00:00 AM | ██ | ██ | ██ | ███ | ███ | █ |
| May 15, 2019, 5:00:00 AM | ██ | ██ | ██ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ████████)        **Date:** June 27, 2019, 2:42:27 AM

**Manager Signature:** Acknowledged by Dar,Shehzad (BadgeID: 12221299)        **Date:** June 27, 2019, 2:42:27 AM

**CONFIDENTIAL**

Acknowledged by associate on November 13, 2018, 4:48:12 AM - Delivered by Alexander,Ashley (alashley)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ███████████ (███████
**Manager Name:** Alexander,Ashley (NL4-1830)
**Created On:** November 13, 2018, 4:48:12 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | October 31, 2018 |
| Verbal Positive | 23 | October 24, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 5 | ██ | ██ | █████ | ████ | ████ | █████ | █ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 5 | ██ | ██ | █████ | ████ | ████ | █████ | █ |
| Sort-Flow | AFE2 Induct ItemInducted Total EACH | Level 2 | ██ | ██ | █████ | ████ | ████ | █████ | █ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ██ | ██████ | ███ | ███ | ████ | ████ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 31, 2018, 5:00:00 AM | ███ | ██ | ██ | ████ | ████ | █ |
| October 24, 2018, 5:00:00 AM | ███ | ██ | ██ | ████ | ████ | █ |
| October 17, 2018, 5:00:00 AM | ███ | ██ | ██ | █████ | ████ | █ |
| October 10, 2018, 5:00:00 AM | ███ | ██ | ██ | ████ | ████ | █ |
| October 03, 2018, 5:00:00 AM | ███ | ██ | ██ | ████ | ████ | █ |
| September 26, 2018, 5:00:00 AM | ███ | ██ | ██ | █████ | ████ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ████████     **Date:** November 13, 2018, 4:48:12 AM

CONFIDENTIAL

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)                    **Date:** November 13, 2018, 4:48:12 AM

**CONFIDENTIAL**

Acknowledged by associate on November 13, 2018, 4:48:12 AM - Delivered by Alexander,Ashley (alashley)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████████ (███████
**Manager Name:** Alexander,Ashley (NL4-1830)
**Created On:** November 13, 2018, 4:48:12 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | October 31, 2018 |
| Verbal Positive | 23 | October 24, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Chuting | Scan Verify AFE 2 ItemPacked Medium EACH | Level 5 | ██ | ████ | ██ | ████ | ████ | ████ | ██ |
| Chuting | Scan Verify AFE 2 ItemPacked Small EACH | Level 5 | ██ | ████ | ██ | ████ | ████ | ████ | ██ |
| Sort-Flow | AFE2 Induct ItemInducted Total EACH | Level 2 | ██ | ████ | ████ | ██ | ████ | ████ | ██ |
| Sort-Flow | AFE 2 Rebin ItemRebinned Total EACH | Level 5 | ██ | ██████ | ██ | ██ | ████ | ████ | ██ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| October 31, 2018, 5:00:00 AM | ██ | ██ | ███ | ████ | ████ | ██ |
| October 24, 2018, 5:00:00 AM | ██ | ██ | ███ | ████ | ████ | ██ |
| October 17, 2018, 5:00:00 AM | ██ | ██ | ███ | ████ | ████ | ██ |
| October 10, 2018, 5:00:00 AM | ██ | ██ | ███ | ████ | ████ | ██ |
| October 03, 2018, 5:00:00 AM | ██ | ██ | ███ | ████ | ████ | ██ |
| September 26, 2018, 5:00:00 AM | ██ | ██ | ███ | ████ | ████ | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ (BadgeID: ███████)          **Date:** November 13, 2018, 4:48:12 AM

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Alexander,Ashley (BadgeID: 0216975)                                    **Date:** November 13, 2018, 4:48:12 AM

**CONFIDENTIAL**



4/28/2020



Dear ██████ (EEID ████████):

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is April 27, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**CONFIDENTIAL**          **AMZ-BRY002100**

**CONFIDENTIAL**



4/28/2020



Dear ████ (EEID: ████):

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is April 27, 2020.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

  

**CONFIDENTIAL**

Acknowledged by associate on June 08, 2020, 3:26:01 AM - Delivered by Li,Anthony (linthon)

# Supportive Feedback Document
## Behavioral - Final Written





**Associate Name:** Mcdaniels,Kourtnee (mcdankou)
**Manager Name:** Hawkins,De'Von (NL4-1845)
**Created On:** June 08, 2020, 3:26:01 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 3 | January 19, 2020, 5:48:58 AM |
| Termination | 1 | April 25, 2020, 11:38:53 PM |
| First Written | 1 | September 08, 2019, 1:50:09 AM |
| Verbal Coaching | 1 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

On 4.19.202 at approximately 12:30 am, per your witness statement during the STU you admitted saying "fucking leave me alone" to area manager Himansu Patel. The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct.The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

```
```

**Associate Signature:** Acknowledged by Mcdaniels,Kourtnee (BadgeID: 12099535)          **Date:** June 08, 2020, 3:26:01 AM

**Manager Signature:** Acknowledged by Li,Anthony (BadgeID: 12431042)          **Date:** June 08, 2020, 3:26:01 AM

**CONFIDENTIAL**

Acknowledged by associate on September 08, 2019, 1:53:24 AM - Delivered by Outeiral,Kelly janice (outkelly)



# Supportive Feedback Document
# Behavioral - First Written



**Associate Name:** Mcdaniels,Kourtnee (mcdakour)
**Manager Name:** Dar,Shehzad (NL4-1830)
**Created On:** September 08, 2019, 1:53:24 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 5 | June 10, 2019, 1:57:16 AM |
| Verbal Coaching | 3 | June 20, 2019, 1:23:32 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct. on 9/9/19 you were seen around 1AM having a conversation with PA Himansu where you were upset that you were being moved to rebin, reason why you did not want to move to that station path was because of how it will effect your rate. After speaking with Sr HRA Kelly and HRA Tanya you admitted to cursing to your PA saying &quot;are you gonna keep f*cking watching me I dont need a babysitter&quot;.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by Mcdaniels,Kourtnee (BadgeID: 12099535)          **Date:** September 08, 2019, 1:53:24 AM

**Manager Signature:** Acknowledged by Outeiral,Kelly janice (BadgeID: 12307653)          **Date:** September 08, 2019, 1:53:24 AM

**CONFIDENTIAL**                    **AMZ-BRY002072**

**CONFIDENTIAL**

Acknowledged by associate on July 11, 2020, 7:36:58 AM - Delivered by Anderson,Christopher Ryan (andrsc)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Manager Name:** Anderson,Christopher Ryan (DH3-0700)
**Created On:** July 11, 2020, 7:36:59 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | October 08, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2020**, Current UPT Balance is **14**, As of: **July 08, 2020**

## Associate Comments

<br><br><br><br><br><br>

**Associate Signature:** Acknowledged by ▮▮▮▮▮ ▮▮▮ (BadgeID: ▮▮▮▮▮▮)          **Date:** July 11, 2020, 7:36:58 AM

**Manager Signature:** Acknowledged by Anderson,Christopher Ryan (BadgeID: 0034679)          **Date:** July 11, 2020, 7:36:58 AM

**CONFIDENTIAL**

Acknowledged by associate on October 12, 2019, 3:39:13 PM - Delivered by Leuck,Lawrence (leuckl)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████████ ██ ██
**Manager Name:** Leuck,Lawrence (DH3-0700)
**Created On:** October 12, 2019, 3:39:13 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 3 | July 18, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **14**, As of: **October 09, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████████ ██ (BadgeID: ████████)          **Date:** October 12, 2019, 3:39:13 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)          **Date:** October 12, 2019, 3:39:13 PM

**CONFIDENTIAL**

Acknowledged by associate on July 21, 2019, 8:04:04 PM - Delivered by Haslam,Thomas Joseph (thaslam)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮ ▮▮ ▮▮
**Manager Name:** Anderson,Christopher Ryan (NH3-1800)
**Created On:** July 21, 2019, 8:04:04 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | January 16, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019.** Current UPT Balance is **9.** As of: **July 21, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ ▮▮ (BadgeID: ▮▮▮▮▮)          **Date:** July 21, 2019, 8:04:04 PM

**Manager Signature:** Acknowledged by Haslam,Thomas Joseph (BadgeID: 11940071)          **Date:** July 21, 2019, 8:04:04 PM

**CONFIDENTIAL**

Acknowledged by associate on January 18, 2019, 9:17:44 PM - Delivered by LLuberes,Rodolfo (lluberes)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** January 18, 2019, 9:17:45 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | October 24, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **11**, As of: **January 16, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)     **Date:** January 18, 2019, 9:17:44 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)     **Date:** January 18, 2019, 9:17:44 PM

**CONFIDENTIAL**      **AMZ-BRY001947**

**CONFIDENTIAL**

Acknowledged by associate on October 27, 2018, 3:35:56 AM - Delivered by Clancy,Tom (tcclanc)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▓▓▓▓▓▓▓▓
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** October 27, 2018, 3:35:56 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | April 24, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019**, Current UPT Balance is **10**, As of: **October 24, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓▓▓ (BadgeID: ▓▓▓▓)          **Date:** October 27, 2018, 3:35:56 AM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)          **Date:** October 27, 2018, 3:35:56 AM

**CONFIDENTIAL**                    **AMZ-BRY001948**

**CONFIDENTIAL**

Refused to sign by associate on April 28, 2018, 1:41:41 AM - Delivered by Carranza,Kat (carranzk)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ████████ ████████
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** April 28, 2018, 1:41:41 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | February 28, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **3**, As of: **April 25, 2018**

## Associate Comments

**Associate Signature:** ████████ REFUSED TO SIGN                    **Date:** April 28, 2018, 1:41:41 AM

**Manager Signature:** Acknowledged by Carranza,Kat (BadgeID: 12371851)                    **Date:** April 28, 2018, 1:41:41 AM

**CONFIDENTIAL**

Acknowledged by associate on March 02, 2018, 9:10:15 PM - Delivered by Spells,Regina (spellr)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** March 02, 2018, 9:10:15 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**, Current UPT Balance is **0**, As of: **February 28, 2018**

## Associate Comments

---

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** March 02, 2018, 9:10:15 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)          **Date:** March 02, 2018, 9:10:15 PM

**CONFIDENTIAL**

Acknowledged by associate on October 09, 2020, 2:04:03 PM - Delivered by Anderson,Christopher Ryan (andrsc)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮ ▮▮▮▮▮▮
**Manager Name:** Anderson,Christopher Ryan (DH3-0700)
**Created On:** October 09, 2020, 2:04:03 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | July 05, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2021**, Current UPT Balance is **13**, As of: **October 07, 2020**

## Associate Comments

_____

**Associate Signature:** Acknowledged by ▮▮▮▮ ▮▮▮ (BadgeID: ▮▮▮▮▮▮)          **Date:** October 09, 2020, 2:04:03 PM

**Manager Signature:** Acknowledged by Anderson,Christopher Ryan (BadgeID: 0034679)          **Date:** October 09, 2020, 2:04:03 PM

**CONFIDENTIAL**

Acknowledged by associate on July 11, 2020, 7:36:58 AM - Delivered by Anderson,Christopher Ryan (andrsc)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ███████ ███████ ███████
**Manager Name:** Anderson,Christopher Ryan (DH3-0700)
**Created On:** July 11, 2020, 7:36:59 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | October 08, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2020**, Current UPT Balance is **14**, As of: **July 08, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ███████ (BadgeID: ███████)          **Date:** July 11, 2020, 7:36:58 AM

**Manager Signature:** Acknowledged by Anderson,Christopher Ryan (BadgeID: 0034679)          **Date:** July 11, 2020, 7:36:58 AM

**CONFIDENTIAL**          **AMZ-BRY001952**

**CONFIDENTIAL**

Acknowledged by associate on October 12, 2019, 3:39:13 PM - Delivered by Leuck,Lawrence (leuckl)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████ ███ ███
**Manager Name:** Leuck,Lawrence (DH3-0700)
**Created On:** October 12, 2019, 3:39:13 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | July 18, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2020**, Current UPT Balance is **14**, As of: **October 09, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ███ (BadgeID: ███)          **Date:** October 12, 2019, 3:39:13 PM

**Manager Signature:** Acknowledged by Leuck,Lawrence (BadgeID: 0123000)          **Date:** October 12, 2019, 3:39:13 PM

**CONFIDENTIAL**

Acknowledged by associate on July 21, 2019, 8:04:04 PM - Delivered by Haslam,Thomas Joseph (thaslam)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ███████ ███ ███

**Manager Name:** Anderson,Christopher Ryan (NH3-1800)

**Created On:** July 21, 2019, 8:04:04 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | January 16, 2019, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **October 01, 2019**, Current UPT Balance is **9**, As of: **July 21, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ███████ ███ (BadgeID: ███████)                    **Date:** July 21, 2019, 8:04:04 PM

**Manager Signature:** Acknowledged by Haslam,Thomas Joseph (BadgeID: 11940071)                    **Date:** July 21, 2019, 8:04:04 PM

**CONFIDENTIAL**                                                                 **AMZ-BRY001954**

**CONFIDENTIAL**

Acknowledged by associate on January 18, 2019, 9:17:44 PM - Delivered by LLuberes,Rodolfo (lluberes)



# Supportive Feedback Document
# Unpaid Personal Time - Notice



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** January 18, 2019, 9:17:45 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 3 | October 24, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2019**, Current UPT Balance is **11**, As of: **January 16, 2019**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)          **Date:** January 18, 2019, 9:17:44 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)          **Date:** January 18, 2019, 9:17:44 PM

**CONFIDENTIAL**

Acknowledged by associate on October 27, 2018, 3:35:56 AM - Delivered by Clancy,Tom (tcclanc)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▇▇▇▇▇▇▇▇▇▇▇▇
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** October 27, 2018, 3:35:56 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 2 | April 24, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2019.** Current UPT Balance is **10**, As of: **October 24, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇▇▇▇ (BadgeID: ▇▇▇▇▇)          **Date:** October 27, 2018, 3:35:56 AM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)          **Date:** October 27, 2018, 3:35:56 AM

**CONFIDENTIAL**

Refused to sign by associate on April 28, 2018, 1:41:41 AM - Delivered by Carranza,Kat (carranzk)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** April 28, 2018, 1:41:41 AM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| Notice | 1 | February 28, 2018, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **July 01, 2018**, Current UPT Balance is **3**, As of: **April 25, 2018**

## Associate Comments

|  |
|--|
|  |

**Associate Signature:** ▮▮▮▮▮▮ REFUSED TO SIGN          **Date:** April 28, 2018, 1:41:41 AM

**Manager Signature:** Acknowledged by Carranza,Kat (BadgeID: 12371851)          **Date:** April 28, 2018, 1:41:41 AM

**CONFIDENTIAL**

Acknowledged by associate on March 02, 2018, 9:10:15 PM - Delivered by Spells,Regina (spellr)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** March 02, 2018, 9:10:15 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **April 01, 2018**, Current UPT Balance is **0**, As of: **February 28, 2018**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** March 02, 2018, 9:10:15 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)          **Date:** March 02, 2018, 9:10:15 PM

**CONFIDENTIAL**                    **AMZ-BRY001958**

**CONFIDENTIAL**

Acknowledged by associate on October 09, 2020, 2:04:03 PM - Delivered by Anderson,Christopher Ryan (andrsc)

# Supportive Feedback Document
# Unpaid Personal Time - Notice





**Associate Name:** ▮▮▮▮▮ ▮▮▮▮▮
**Manager Name:** Anderson,Christopher Ryan (DH3-0700)
**Created On:** October 09, 2020, 2:04:03 PM

## Summary

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. This is just a friendly reminder: if your UPT balance is depleted past zero and you have no paid personal time available or other approved leave options, as described in the attendance policy, termination of employment will occur. So, please make sure you track your UPT balance and manage your time. If you have questions or need help, just ask!

## Communication History

The following is a summary of your unpaid personal time feedback:

| Level | Count | Most Recent |
|---|---|---|
| Notice | 2 | July 05, 2020, 12:00:00 AM |

## Details of Current Incident/Specific Concerns

We value you as a team member and appreciate the effort you give to ensure we are the Earth's most customer centric company! As an owner, we want you to be successful. You start your employment with a bank of Unpaid Personal Time (UPT), in addition to paid vacation and personal time. Your UPT bank is refreshed with an additional 20 hours each quarter (up to a maximum of 80 hours). This conversation is to make sure you know where you stand with your bank of UPT and the date your bank will be refreshed. Your next 20-hour allotment of UPT will be deposited into your UPT bank on: **January 01, 2021**, Current UPT Balance is **13**, As of: **October 07, 2020**

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮ ▮▮ (BadgeID: ▮▮▮▮)          **Date:** October 09, 2020, 2:04:03 PM

**Manager Signature:** Acknowledged by Anderson,Christopher Ryan (BadgeID: 0034679)          **Date:** October 09, 2020, 2:04:03 PM

**CONFIDENTIAL**          **AMZ-BRY001959**

**CONFIDENTIAL**

Acknowledged by associate on June 30, 2019, 11:21:15 PM - Delivered by Filliater,Andrew Parke (afiliat)

# Supportive Feedback Document
# Behavioral - First Written





**Associate Name:** ███████████ ████████

**Manager Name:** Anderson,Christopher (NH3-1800)

**Created On:** June 30, 2019, 11:21:15 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On, 6/26/19 at approximately 4:27 am you made inappropriate comments on the floor. Specifically, you told a manager &quot;fuck management this is bullshit&quot; you then cursed multiple times afterwards during the conversation. In addition, you were seen sticking your middle fingers up towards the manager and at the camera. During the STU you stated you stuck your middle fingers up at the camera and said this is fucking bullshit and wrong. You also stated you were having a temper tantrum. The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In an effort to maintain a professional workplace for all associates, Amazon.com prohibits the repeated use of foul/inappropriate language, spreading malicious gossip or rumors about co-workers, and statements containing stereotypes about race, gender, age, religion, etc. that can make co-workers feel uncomfortable. You must be respectful and professional in all your communications, whether verbal, electronic (email) or other written. As detailed above, you have failed to meet this expectation. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ██████)                    **Date:** June 30, 2019, 11:21:15 PM

**Manager Signature:** Acknowledged by Filliater,Andrew Parke (BadgeID: 0254801)                    **Date:** June 30, 2019, 11:21:15 PM

**CONFIDENTIAL**

Acknowledged by associate on June 30, 2019, 11:21:15 PM - Delivered by Filliater,Andrew Parke (afilliat)





# Supportive Feedback Document
# Behavioral - First Written

**Associate Name:** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Manager Name:** Anderson,Christopher (NH3-1800)
**Created On:** June 30, 2019, 11:21:15 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On, 6/26/19 at approximately 4:27 am you made inappropriate comments on the floor. Specifically, you told a manager &quot;fuck management this is bullshit&quot; you then cursed multiple times afterwards during the conversation. In addition, you were seen sticking your middle fingers up towards the manager and at the camera. During the STU you stated you stuck your middle fingers up at the camera and said this is fucking bullshit and wrong. You also stated you were having a temper tantrum. The following feedback pertains to Amazon's Standards of Conduct as a Category 2 violation of the Standards of Conduct. The policy classifies abusive, vulgar, or harassing language to a supervisor, fellow associate, or vendor as a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In an effort to maintain a professional workplace for all associates, Amazon.com prohibits the repeated use of foul/inappropriate language, spreading malicious gossip or rumors about co-workers, and statements containing stereotypes about race, gender, age, religion, etc. that can make co-workers feel uncomfortable. You must be respectful and professional in all your communications, whether verbal, electronic (email) or other written. As detailed above, you have failed to meet this expectation. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)                    **Date:** June 30, 2019, 11:21:15 PM

**Manager Signature:** Acknowledged by Filliater,Andrew Parke (BadgeID: 0254801)                    **Date:** June 30, 2019, 11:21:15 PM

**CONFIDENTIAL**

Acknowledged by associate on January 11, 2019, 9:34:27 PM - Delivered by LLuberes,Rodolfo (lluberes)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ███████ ████████
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** January 11, 2019, 9:34:27 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 28 | October 24, 2018 |
| Verbal Coaching | 2 | December 05, 2018 |
| Documented Positive | 1 | September 12, 2018 |
| Documented Coaching | 1 | February 28, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | ██ | ████ | ██ | ██ | ███ | ███ | █ |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | ██ | ████ | ██ | ██ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 02, 2019, 5:00:00 AM | ███ | █ | ██ | ███ | ███ | █ |
| December 26, 2018, 5:00:00 AM | ███ | █ | ██ | ███ | ███ | █ |
| December 19, 2018, 5:00:00 AM | ███ | █ | ██ | ███ | ███ | █ |
| December 12, 2018, 5:00:00 AM | ███ | █ | ██ | ███ | ███ | █ |
| December 05, 2018, 5:00:00 AM | ███ | █ | ██ | ███ | ███ | █ |
| November 28, 2018, 5:00:00 AM | ███ | █ | ██ | ███ | ███ | █ |

## Associate Comments

**Associate Signature:** Acknowledged by ███████ (BadgeID: ████)          **Date:** January 11, 2019, 9:34:27 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)          **Date:** January 11, 2019, 9:34:27 PM

**CONFIDENTIAL**

Acknowledged by associate on September 14, 2018, 6:56:01 PM - Delivered by McEntee,James (jmcentee)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** September 14, 2018, 6:56:01 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | February 21, 2018 |
| Documented Coaching | 1 | February 28, 2018 |
| Verbal Positive | 25 | September 05, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 05, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 29, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 22, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 15, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 08, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 01, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮▮ | ▮▮ | | |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** September 14, 2018, 6:56:01 PM

**Manager Signature:** Acknowledged by McEntee,James (BadgeID: 0148286)          **Date:** September 14, 2018, 6:56:01 PM

CONFIDENTIAL

Acknowledged by associate on January 25, 2019, 7:38:05 PM - Delivered by LLuberes,Rodolfo (lluberes)

# Supportive Feedback Document
# Productivity - Documented Positive







**Associate Name:** ▓▓▓▓▓▓▓▓
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** January 25, 2019, 7:38:05 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 28, 2018 |
| Verbal Coaching | 2 | December 05, 2018 |
| Verbal Positive | 29 | January 16, 2019 |
| Documented Positive | 2 | January 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | ▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓ | ▓▓ | ▓ |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | ▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓ | ▓▓ | ▓ |
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓ | ▓ | ▓ |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓ | ▓ | ▓ |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | ▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓ | ▓ | ▓ |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | ▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓ | ▓ | ▓ |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | ▓ | ▓ | ▓▓▓ | ▓▓▓ | ▓▓ | ▓▓ | ▓ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 16, 2019, 5:00:00 AM | ▓▓ | ▓ | ▓▓ | | ▓▓ | |
| January 09, 2019, 5:00:00 AM | ▓ | ▓ | ▓▓ | | ▓ | |
| January 02, 2019, 5:00:00 AM | ▓ | ▓ | ▓▓ | | ▓ | |
| December 26, 2018, 5:00:00 AM | ▓ | ▓ | ▓▓ | | ▓ | |
| December 19, 2018, 5:00:00 AM | ▓ | ▓ | ▓▓ | | ▓ | |
| December 12, 2018, 5:00:00 AM | ▓▓ | ▓ | ▓▓ | | ▓▓ | |

## Associate Comments

**Associate Signature:** Acknowledged by ▓▓▓▓ (BadgeID): ▓▓▓▓        **Date:** January 25, 2019, 7:38:05 PM

CONFIDENTIAL                AMZ-BRY001964

CONFIDENTIAL

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)                    **Date:** January 25, 2019, 7:38:05 PM

**CONFIDENTIAL**

Acknowledged by associate on January 11, 2019, 9:34:27 PM - Delivered by LLuberes,Rodolfo (lluberes)

# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** January 11, 2019, 9:34:27 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 28 | October 24, 2018 |
| Verbal Coaching | 2 | December 05, 2018 |
| Documented Positive | 1 | September 12, 2018 |
| Documented Coaching | 1 | February 28, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 02, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 26, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 19, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 12, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 05, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| November 28, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID: ▮▮▮▮)  **Date:** January 11, 2019, 9:34:27 PM

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)  **Date:** January 11, 2019, 9:34:27 PM

**CONFIDENTIAL**                    **AMZ-BRY001966**

**CONFIDENTIAL**

Acknowledged by associate on September 14, 2018, 6:56:01 PM - Delivered by McEntee,James (jmcentee)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** September 14, 2018, 6:56:01 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | February 21, 2018 |
| Documented Coaching | 1 | February 28, 2018 |
| Verbal Positive | 25 | September 05, 2018 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 5 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| September 05, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | ▮ | |
| August 29, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 22, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 15, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 08, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | | |
| August 01, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮▮ | ▮▮ | | |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID: ▮▮▮)    **Date:** September 14, 2018, 6:56:01 PM

**Manager Signature:** Acknowledged by McEntee,James (BadgeID: 0148286)    **Date:** September 14, 2018, 6:56:01 PM

**CONFIDENTIAL**                    **AMZ-BRY001967**

**CONFIDENTIAL**

Acknowledged by associate on January 25, 2019, 7:38:05 PM - Delivered by LLuberes,Rodolfo (lluberes)



# Supportive Feedback Document
# Productivity - Documented Positive





**Associate Name:** ▮▮▮▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** January 25, 2019, 7:38:05 PM

## Summary

Your recent job performance has met or exceeded Productivity expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | February 28, 2018 |
| Verbal Coaching | 2 | December 05, 2018 |
| Verbal Positive | 29 | January 16, 2019 |
| Documented Positive | 2 | January 09, 2019 |

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | | ▮▮ | ▮▮ | ▮ |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | | ▮▮ | ▮▮ | ▮ |
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | ▮▮▮▮▮▮▮ | | | | ▮▮ | ▮ | ▮ |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | ▮▮▮▮▮▮▮ | | | | ▮▮ | ▮ | ▮ |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| January 16, 2019, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | | |
| January 09, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮▮ | | |
| January 02, 2019, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮▮ | | |
| December 26, 2018, 5:00:00 AM | | ▮ | ▮▮ | ▮▮ | | |
| December 19, 2018, 5:00:00 AM | ▮ | ▮ | ▮▮ | ▮▮ | | |
| December 12, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | | |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID): ▮▮▮▮     **Date:** January 25, 2019, 7:38:05 PM

CONFIDENTIAL

**Manager Signature:** Acknowledged by LLuberes,Rodolfo (BadgeID: 0044828)          **Date:** January 25, 2019, 7:38:05 PM

CONFIDENTIAL                    AMZ-BRY001969

**CONFIDENTIAL**

Acknowledged by associate on March 02, 2018, 9:18:24 PM - Delivered by Spells,Regina (spellr)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ██████████ ████
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** March 02, 2018, 9:18:24 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | February 21, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | | ███ | | | ███ | ███ | █ |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | ██ | ████ | ████ | | ███ | ███ | █ |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | | ███ | | ███ | ███ | ███ | █ |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | ██ | ██ | ████ | ███ | ███ | ███ | █ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 21, 2018, 5:00:00 AM | ██ | █ | | ███ | ███ | |
| February 14, 2018, 5:00:00 AM | ██ | █ | | ███ | ███ | |
| February 07, 2018, 5:00:00 AM | ██ | █ | █ | ███ | ███ | |
| January 31, 2018, 5:00:00 AM | ██ | █ | | ███ | ███ | |
| January 24, 2018, 5:00:00 AM | █ | █ | █ | █ | █ | |
| January 17, 2018, 5:00:00 AM | █ | █ | █ | █ | █ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ████)   **Date:** March 02, 2018, 9:18:24 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)   **Date:** March 02, 2018, 9:18:24 PM

**CONFIDENTIAL**                **AMZ-BRY001970**

CONFIDENTIAL

**CONFIDENTIAL**

Acknowledged by associate on June 01, 2019, 4:23:22 AM - Delivered by Norwood,Tray'von (trnorwoo)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ███████ ████████
**Manager Name:** Anderson,Christopher (NH3-1800)
**Created On:** June 01, 2019, 4:23:22 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | May 08, 2019 |
| Verbal Positive | 34 | May 15, 2019 |
| Documented Positive | 3 | January 23, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 22, 2019, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |
| May 15, 2019, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |
| May 08, 2019, 5:00:00 AM | ███ | ███ | ███ | ███ | | |
| May 01, 2019, 5:00:00 AM | ███ | ███ | ███ | ███ | | |
| April 24, 2019, 5:00:00 AM | ███ | ███ | ███ | ███ | | |
| April 17, 2019, 5:00:00 AM | ███ | ███ | ███ | ███ | ███ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

<br>
<br>
<br>
<br>

**Associate Signature:** Acknowledged by ███████ (BadgeID): ███████         **Date:** June 01, 2019, 4:23:22 AM

**CONFIDENTIAL**                    **AMZ-BRY001972**

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Norwood,Tray'von (BadgeID: 11943613)                    **Date:** June 01, 2019, 4:23:22 AM

CONFIDENTIAL

Acknowledged by associate on March 02, 2018, 9:18:24 PM - Delivered by Spells,Regina (spellr)

# Supportive Feedback Document
# Productivity Trend - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** March 02, 2018, 9:18:24 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | February 21, 2018 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Each Transfer In EachStowed Medium EACH | Level 4 | ▮ | ▮▮▮▮ | | | ▮▮ | ▮▮ | ▮ |
| Each Transfer In | Each Transfer In EachStowed Small EACH | Level 4 | ▮ | ▮▮▮▮ | ▮▮ | | ▮▮ | ▮▮ | ▮ |
| Stow to Prime | Each Stow to Prime EachStowed Medium EACH | Level 4 | ▮ | ▮▮▮ | ▮ | | ▮▮ | ▮▮ | ▮ |
| Stow to Prime | Each Stow to Prime EachStowed Small EACH | Level 4 | ▮ | ▮ | ▮▮ | | ▮▮ | ▮▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| February 21, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| February 14, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| February 07, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| January 31, 2018, 5:00:00 AM | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | |
| January 24, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| January 17, 2018, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)    **Date:** March 02, 2018, 9:18:24 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)    **Date:** March 02, 2018, 9:18:24 PM

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY001975

**CONFIDENTIAL**

Acknowledged by associate on June 01, 2019, 4:23:22 AM - Delivered by Norwood,Tray'von (trnorwoo)



# Supportive Feedback Document
# Productivity Trend - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮  ▮▮▮▮▮▮
**Manager Name:** Anderson,Christopher (NH3-1800)
**Created On:** June 01, 2019, 4:23:22 AM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 2 | May 08, 2019 |
| Verbal Positive | 34 | May 15, 2019 |
| Documented Positive | 3 | January 23, 2019 |

## Details of Current Incident/Specific Concerns

You have not met Productivity expectations 2 out of the last 6 weeks. See the Trend section below for further details.

| Process | Function | LC | Hours | Units | UPH | Expected | % to Goal | % to Curve | Was Borrowed |
|---|---|---|---|---|---|---|---|---|---|
| Each Transfer In | Stow Each Nike NikeStow Medium EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Each Transfer In | Stow Each Nike NikeStow Small EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Stow to Prime | Stow Each Nike NikeStow Medium EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Stow to Prime | Stow Each Nike NikeStow Small EACH | Level 5 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Performance Trend

Below is a summary of your past Productivity performance.

| Period Start | Unit Count | Hours Worked | UPH | % to Goal | % to Curve | Exempted |
|---|---|---|---|---|---|---|
| May 22, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| May 15, 2019, 5:00:00 AM | ▮ | ▮ | ▮ ▮ | ▮ | ▮ | |
| May 08, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |
| May 01, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | | |
| April 24, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | | |
| April 17, 2019, 5:00:00 AM | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the productivity performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your productivity performance, and will assist you in addressing any job related barriers that are impacting your ability to meet productivity performance expectations.

## Associate Comments

[empty box]

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID): ▮▮▮▮▮        **Date:** June 01, 2019, 4:23:22 AM

**CONFIDENTIAL**

**Manager Signature:** Acknowledged by Norwood,Tray'von (BadgeID: 11943613)          **Date:** June 01, 2019, 4:23:22 AM

**CONFIDENTIAL**

Refused to sign by associate on December 21, 2018, 8:52:13 PM - Delivered by Clancy,Tom (tcclanc)

# Supportive Feedback Document
# Quality - Second Written





**Associate Name:** ▮▮▮▮▮▮ ▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** December 21, 2018, 8:52:13 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | September 19, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |
| Verbal Positive | 33 | November 28, 2018, 5:00:00 AM |
| First Written | 2 | December 12, 2018, 5:00:00 AM |
| Second Written | 1 | February 28, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Nike Stow | Processed Too Few | ▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ |
| Stow | Processed Too Many | ▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| December 17, 2018, 1:39:00 AM | Nike Stow | Processed Too Few | ▮▮▮▮▮▮▮▮▮▮▮ |
| December 17, 2018, 1:05:00 AM | Nike Stow | Processed Too Few | ▮▮▮▮▮▮▮▮▮▮▮ |
| December 16, 2018, 5:15:30 AM | Stow | Processed Too Many | ▮▮▮▮▮▮▮▮▮▮▮ |

**CONFIDENTIAL**                                    **AMZ-BRY001978**

**CONFIDENTIAL**



| | | |
|---|---|---|
| December 16, 2018, 2:17:24 AM | Stow | Processed Too Many |
| December 16, 2018, 12:09:22 AM | Stow | Processed Too Many |
| December 14, 2018, 10:29:02 PM | Stow | Processed Too Many |
| December 12, 2018, 4:44:06 AM | Stow | Processed Too Many |
| December 12, 2018, 4:04:31 AM | Stow | Processed Too Many |
| December 11, 2018, 12:00:13 AM | Stow | Processed Too Many |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| December 12, 2018 | � | ▌ | ▬ | ▬▬ | ▌ |
| December 05, 2018 | ▬ | ▌ | ▬ | ▬▬ | |
| November 28, 2018 | ▬ | ▌ | ▌ | ▬ | ▌ |
| November 21, 2018 | ▬ | ▌ | ▌ | ▬ | ▌ |
| November 14, 2018 | ▬ | ▌ | ▬▬ | ▬ | ▌ |
| November 07, 2018 | ▬ | ▌ | ▌ | ▬ | ▬ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

I have been stowing with minimal errors for many months and now in two weeks i have made 16 errors this is not right. i have been working towards being a PA for months and now this. I have a hard time believing i have made this many errors in two weeks.

**CONFIDENTIAL**

**Associate Signature:** ████████ REFUSED TO SIGN                    **Date:** December 21, 2018, 8:52:13 PM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)         **Date:** December 21, 2018, 8:52:13 PM

**CONFIDENTIAL**

Acknowledged by associate on December 14, 2018, 9:33:44 PM - Delivered by Clancy,Tom (tcclanc)





# Supportive Feedback Document
# Quality - First Written

**Associate Name:** ███████████ ███████
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** December 14, 2018, 9:33:44 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 33 | November 28, 2018, 5:00:00 AM |
| Documented Coaching | 4 | September 19, 2018, 5:00:00 AM |
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |
| Second Written | 1 | February 28, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Nike Stow | - | ██ | ██ | ██ | █ | █ |
| Stow | Processed Too Few | █ | ██ | ██ | ███ | █ |
| Stow | Processed Too Many | █ | ██ | ██ | ██ | █ |

## Error Listing     * Up to 20 most recent errors shown



| Date | Error Family | Error Type | Details |
|---|---|---|---|
| December 10, 2018, 2:13:39 AM | Stow | Processed Too Many | |
| December 09, 2018, 8:51:58 PM | Stow | Processed Too Many | |
| December 09, 2018, 7:17:23 PM | Stow | Processed Too Few | |

**CONFIDENTIAL**                    **AMZ-BRY001981**

**CONFIDENTIAL**



| | | |
|---|---|---|
| December 04, 2018, 4:30:09 AM | Stow | Processed Too Many |
| December 04, 2018, 3:22:04 AM | Stow | Processed Too Many |
| December 04, 2018, 2:22:10 AM | Stow | Processed Too Many |
| December 03, 2018, 7:06:42 PM | Stow | Processed Too Few |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| December 05, 2018 | | | | | |
| November 28, 2018 | | | | | |
| November 21, 2018 | | | | | |
| November 14, 2018 | | | | | |
| November 07, 2018 | | | | | |
| October 31, 2018 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▇▇▇▇ (BadgeID: ▇▇▇▇)          **Date:** December 14, 2018, 9:33:44 PM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)          **Date:** December 14, 2018, 9:33:44 PM

**CONFIDENTIAL**

Acknowledged by associate on September 23, 2018, 2:09:22 AM - Delivered by Clancy,Tom (tcclanc)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮ ▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** September 23, 2018, 2:09:22 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | February 28, 2018, 5:00:00 AM |
| Verbal Positive | 25 | September 12, 2018, 5:00:00 AM |
| Documented Coaching | 3 | February 21, 2018, 5:00:00 AM |
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | ▮ | ▮ | ▮ | ▮ | ▮ |
| Stow | Shortage | ▮ | ▮ | ▮ | ▮ | ▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| September 17, 2018, 2:06:28 AM | Stow | Shortage | ▮▮▮▮▮▮▮ |
| September 17, 2018, 2:06:27 AM | Stow | Shortage | ▮▮▮▮▮▮ |
| September 17, 2018, 12:32:56 AM | Stow | Overage | ▮▮▮▮▮ |
| September 16, 2018, 10:14:36 PM | Stow | Overage | ▮▮▮▮▮ |
| September 16, 2018, 8:53:13 PM | Stow | Shortage | ▮▮▮▮▮ |
| September 16, 2018, 8:47:14 PM | Stow | Shortage | ▮▮▮▮▮▮ |
| September 16, 2018, 8:14:56 PM | Stow | Shortage | ▮▮▮▮▮ |

**CONFIDENTIAL**

| September 16, 2018, 8:14:56 PM | Stow | Shortage | ███████ |
| September 15, 2018, 9:03:03 PM | Stow | Overage | ███████ |
| September 15, 2018, 9:02:59 PM | Stow | Overage | ███████ |
| September 10, 2018, 6:35:40 PM | Stow | Shortage | ███████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| September 12, 2018 | ███ | ██ | ████ | ███ | ██ |
| September 05, 2018 | ███ | █ | ████ | ███ | ██ |
| August 29, 2018 | ███ | █ | ████ | ███ | ██ |
| August 22, 2018 | ███ | █ | ████ | ███ | ██ |
| August 15, 2018 | ███ | █ | ████ | ███ | ██ |
| August 08, 2018 | ███ | █ | ███ | ███ | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

|  |
|---|
|  |

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ███████)        **Date:** September 23, 2018, 2:09:22 AM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)        **Date:** September 23, 2018, 2:09:22 AM

**CONFIDENTIAL**                                    **AMZ-BRY001984**

**CONFIDENTIAL**

Acknowledged by associate on April 20, 2018, 8:45:06 PM - Delivered by Spells,Regina (spellr)

# Supportive Feedback Document
# Quality - Final Written





**Associate Name:** ███████████  ████████
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** April 20, 2018, 8:45:06 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Second Written | 1 | February 28, 2018, 5:00:00 AM |
| Documented Coaching | 3 | February 21, 2018, 5:00:00 AM |
| Verbal Positive | 6 | April 11, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | █ | ██ | ███ |
| Stow | Shortage | █ | ██ | ███ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| April 16, 2018, 4:07:11 AM | Stow | Overage | ████████████████ |
| April 16, 2018, 1:06:54 AM | Stow | Shortage | ████████████████ |
| April 09, 2018, 10:57:26 PM | Stow | Shortage | ████████████████ |
| April 09, 2018, | | | ████████████████ |

**CONFIDENTIAL**                              **AMZ-BRY001985**

**CONFIDENTIAL**

| 9:57:42 PM | Stow | Shortage | ███████████████████ |
| | | | ████████████ |
| | | | ████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 11, 2018 | ██ | █ | ████ | ██ | █ |
| April 04, 2018 | ██ | █ | ████ | | █ |
| March 28, 2018 | ██ | █ | ████ | | █ |
| March 21, 2018 | ██ | █ | ████ | | █ |
| March 14, 2018 | ██ | █ | ████ | | █ |
| March 07, 2018 | ██ | █ | ████ | | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

AA is at 87 days with the company, no appeals paperwork was given

**Associate Signature:** Acknowledged by ████████ (BadgeID: ██████)         **Date:** April 20, 2018, 8:45:06 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)         **Date:** April 20, 2018, 8:45:06 PM

**CONFIDENTIAL**         **AMZ-BRY001986**

**CONFIDENTIAL**

Acknowledged by associate on March 02, 2018, 9:17:26 PM - Delivered by Spells,Regina (spellr)





# Supportive Feedback Document
# Quality - Second Written

**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** March 02, 2018, 9:17:26 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Documented Coaching | 3 | February 21, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ▮ | ▮ | ▮ |
| Stow | Shortage | ▮ | ▮ | ▮ |

## Error Listing      * Up to 20 most recent errors shown



| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 24, 2018, 4:08:53 AM | Stow | Shortage | |
| February 24, 2018, 3:34:21 AM | Stow | Shortage | |
| February 24, 2018, 3:26:32 AM | Stow | Shortage | |
| February 24, 2018, 3:10:16 AM | Stow | Shortage | |

**CONFIDENTIAL**          **AMZ-BRY001987**

**CONFIDENTIAL**



| | | |
|---|---|---|
| February 24, 2018, 1:31:32 AM | Stow | Overage |
| February 24, 2018, 12:58:08 AM | Stow | Shortage |
| February 24, 2018, 12:37:08 AM | Stow | Overage |
| February 23, 2018, 8:36:04 PM | Stow | Shortage |
| February 19, 2018, 8:52:01 PM | Stow | Overage |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 21, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |
| February 14, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |
| February 07, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |
| January 31, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |
| January 24, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ██████████ (BadgeID: ████████)          **Date:** March 02, 2018, 9:17:26 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)          **Date:** March 02, 2018, 9:17:26 PM

**CONFIDENTIAL**

Acknowledged by associate on February 23, 2018, 8:02:05 PM - Delivered by Cummings,Chris (chcmm)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ▬▬▬▬▬ ▬▬▬▬▬
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** February 23, 2018, 8:02:05 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Documented Coaching | 2 | February 07, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ▬ | ▬ | ▬ |
| Stow | Shortage | ▬ | ▬ | ▬ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 19, 2018, 1:28:58 AM | Stow | Shortage | |
| February 19, 2018, 1:19:01 AM | Stow | Overage | |
| February 19, 2018, 12:34:38 AM | Stow | Shortage | |
| February 16, 2018, 10:55:01 PM | Stow | Shortage | |

**CONFIDENTIAL**                    **AMZ-BRY001990**

**CONFIDENTIAL**



| February 16, 2018, 10:37:09 PM | Stow | Shortage |
| February 16, 2018, 7:40:22 PM | Stow | Shortage |
| February 13, 2018, 2:31:52 AM | Stow | Shortage |
| February 13, 2018, 1:47:50 AM | Stow | Shortage |
| February 13, 2018, 1:46:28 AM | Stow | Shortage |
| February 13, 2018, 12:07:40 AM | Stow | Shortage |
| February 13, 2018, 12:07:40 AM | Stow | Shortage |
| February 12, 2018, 10:57:26 PM | Stow | Overage |

**CONFIDENTIAL**



| | | | |
|---|---|---|---|
| February 12, 2018, 9:22:49 PM | Stow | Overage | |
| February 12, 2018, 7:33:21 PM | Stow | Shortage | |
| February 12, 2018, 7:11:01 PM | Stow | Shortage | |
| February 12, 2018, 7:09:27 PM | Stow | Shortage | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 14, 2018 | ▆ | ▆ | ▆ | | ▆ |
| February 07, 2018 | ▆ | ▍ | ▆ | | ▆ |
| January 31, 2018 | ▆ | ▆ | ▆ | | ▆ |
| January 24, 2018 | ▆ | ▆ | ▆ | | ▆ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▆▆▆▆ (BadgeID: ▆▆▆▆)          **Date:** February 23, 2018, 8:02:05 PM

**Manager Signature:** Acknowledged by Cummings,Chris (BadgeID: 12266192)          **Date:** February 23, 2018, 8:02:05 PM

**CONFIDENTIAL**                    **AMZ-BRY001992**

**CONFIDENTIAL**

Acknowledged by associate on February 16, 2018, 9:52:21 PM - Delivered by Torres,Juan (torrsnj)



# Supportive Feedback Document
# Quality - First Written



**Associate Name:** ███████████ ███████
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** February 16, 2018, 9:52:21 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 07, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | █ | ███ | ███ |
| Stow | Shortage | █ | ███ | ███ |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 12, 2018, 4:04:40 AM | Stow | Shortage | ███████████████████████████ |
| February 11, 2018, 9:07:02 PM | Stow | Shortage | ███████████████████████████ |
| February 11, 2018, 8:33:21 PM | Stow | Shortage | ███████████████████████████ |
| February 11, 2018, 3:03:52 AM | Stow | Shortage | ███████████████████████████ |

**CONFIDENTIAL**



| | | | |
|---|---|---|---|
| February 10, 2018, 9:27:23 PM | Stow | Shortage | |
| February 10, 2018, 2:38:07 AM | Stow | Overage | |
| February 10, 2018, 12:32:24 AM | Stow | Shortage | |
| February 05, 2018, 11:07:25 PM | Stow | Shortage | |
| February 05, 2018, 6:27:44 PM | Stow | Shortage | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 07, 2018 | ███ | █ | ███ | ██ | █ |
| January 31, 2018 | ███ | █ | ███ | ███ | █ |
| January 24, 2018 | ███ | █ | ███ | ███ | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

I understood, based on a previous conversation I had with my manager, that this was going to be down graded into a verbal coach.

**Associate Signature:** Acknowledged by ██████ (BadgeID: █████)          **Date:** February 16, 2018, 9:52:21 PM

**Manager Signature:** Acknowledged by Torres,Juan (BadgeID: 11923398)          **Date:** February 16, 2018, 9:52:21 PM

**CONFIDENTIAL**                                    **AMZ-BRY001994**

CONFIDENTIAL

**CONFIDENTIAL**

Acknowledged by associate on February 09, 2018, 10:30:52 PM - Delivered by Spells,Regina (spellr)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** February 09, 2018, 10:30:52 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | January 31, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ▇ | ▇▇ | ▇▇ |
| Stow | Shortage | ▇ | ▇▇ | ▇▇ |

## Error Listing        * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 05, 2018, 4:18:32 AM | Stow | Shortage | ▇▇▇▇▇▇▇▇▇▇ |
| February 05, 2018, 3:46:43 AM | Stow | Shortage | ▇▇▇▇▇▇▇▇▇▇ |
| February 05, 2018, 3:31:39 AM | Stow | Shortage | ▇▇▇▇▇▇▇▇▇▇ |
| February 05, 2018, 3:09:22 AM | Stow | Shortage | ▇▇▇▇▇▇▇▇▇▇ |
| February 05, 2018, | Stow | Shortage | ▇▇▇▇▇▇▇▇▇▇ |

**CONFIDENTIAL**                    **AMZ-BRY001996**

**CONFIDENTIAL**



| 2:33:20 AM | | |
| February 04, 2018, 11:57:29 PM | Stow | Shortage |
| February 04, 2018, 11:57:28 PM | Stow | Shortage |
| February 04, 2018, 11:01:09 PM | Stow | Shortage |
| February 04, 2018, 11:01:09 PM | Stow | Shortage |
| February 04, 2018, 10:39:45 PM | Stow | Shortage |
| February 04, 2018, 10:03:23 PM | Stow | Shortage |
| February 04, 2018, 9:44:22 PM | Stow | Shortage |
| February 04, 2018, 8:38:44 PM | Stow | Shortage |
| February 04, 2018, | Stow | Shortage |

**CONFIDENTIAL**



| | | |
|---|---|---|
| February 04, 2018, 7:18:24 PM | | |
| February 04, 2018, 7:08:43 PM | Stow | Shortage |
| February 04, 2018, 7:08:30 PM | Stow | Overage |
| February 04, 2018, 6:45:21 PM | Stow | Shortage |
| February 03, 2018, 7:11:55 PM | Stow | Shortage |
| February 03, 2018, 10:28:34 AM | Stow | Shortage |
| February 03, 2018, 10:28:34 AM | Stow | Shortage |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 31, 2018 | | | | | |
| January 24, 2018 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**                                    **AMZ-BRY001998**

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ████████ (BadgeID: █████████)          **Date:** February 09, 2018, 10:30:52 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)          **Date:** February 09, 2018, 10:30:52 PM

**CONFIDENTIAL**

Acknowledged by associate on February 03, 2018, 2:46:37 AM - Delivered by Cummings,Chris (chcmm)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ▊▊▊▊▊▊ ▊▊▊▊▊▊
**Manager Name:** Spells,Regina N (NH3-1800)
**Created On:** February 03, 2018, 2:46:37 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
|       |       |             |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|--------------|-----------|-------------------|-----------------|----------------|
| Stow | Overage | ▊ | ▊▊ | ▊▊▊ |
| Stow | Shortage | ▊ | ▊▊ | ▊▊▊ |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|-------------|-----------|---------|
| January 29, 2018, 4:21:19 AM | Stow | Shortage | ▊▊▊▊▊▊▊▊▊▊▊▊▊ |
| January 28, 2018, 7:40:52 PM | Stow | Shortage | ▊▊▊▊▊▊▊▊▊▊▊▊▊ |
| January 28, 2018, 6:54:13 PM | Stow | Shortage | ▊▊▊▊▊▊▊▊▊▊▊▊▊ |
| January 28, 2018, 3:13:10 AM | Stow | Overage | ▊▊▊▊▊▊▊▊▊▊▊▊▊ |

**CONFIDENTIAL**                    **AMZ-BRY002000**

**CONFIDENTIAL**



| | | |
|---|---|---|
| January 28, 2018, 12:48:09 AM | Stow | Shortage |
| January 28, 2018, 12:04:24 AM | Stow | Shortage |
| January 27, 2018, 10:29:31 PM | Stow | Shortage |
| January 27, 2018, 9:25:35 PM | Stow | Shortage |
| January 27, 2018, 4:22:45 AM | Stow | Overage |
| January 27, 2018, 4:12:35 AM | Stow | Shortage |
| January 27, 2018, 3:42:06 AM | Stow | Shortage |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 24, 2018 | ▬ | ▬ | | ▬▬▬ | ▬ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ███████ (BadgeID: ██████)                    **Date:** February 03, 2018, 2:46:37 AM

**Manager Signature:** Acknowledged by Cummings,Chris (BadgeID: 12266192)                    **Date:** February 03, 2018, 2:46:37 AM

**CONFIDENTIAL**

Acknowledged by associate on February 08, 2019, 7:32:04 PM - Delivered by Clancy,Tom (tcclanc)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ████████ ████████
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** February 08, 2019, 7:32:04 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 2 | December 12, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |
| Documented Coaching | 3 | September 19, 2018, 5:00:00 AM |
| Verbal Positive | 37 | January 30, 2019, 5:00:00 AM |
| Second Written | 2 | December 19, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Nike Stow | - | █ | ███ | ██ | █ | █ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 30, 2019 | ██ | █ | █ | ██ | █ |
| January 23, 2019 | ██ | █ | █ | ██ | █ |
| January 16, 2019 | ██ | █ | | ████ | █ |
| January 09, 2019 | ██ | █ | | ████ | █ |
| January 02, 2019 | █ | █ | █ | ██ | █ |
| December 26, 2018 | ██ | █ | | █████ | █ |

## Associate Comments

## 

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████)          **Date:** February 08, 2019, 7:32:04 PM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)          **Date:** February 08, 2019, 7:32:04 PM

CONFIDENTIAL

AMZ-BRY002004

**CONFIDENTIAL**

Refused to sign by associate on December 21, 2018, 8:52:13 PM - Delivered by Clancy,Tom (tcclanc)



# Supportive Feedback Document
# Quality - Second Written



**Associate Name:** ██████████ ████
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** December 21, 2018, 8:52:13 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 4 | September 19, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |
| Verbal Positive | 33 | November 28, 2018, 5:00:00 AM |
| First Written | 2 | December 12, 2018, 5:00:00 AM |
| Second Written | 1 | February 28, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Nike Stow | Processed Too Few | █ | ███ | ███ | █ | █ |
| Stow | Processed Too Many | █ | ████ | ███ | ███ | █ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| December 17, 2018, 1:39:00 AM | Nike Stow | Processed Too Few | ████████████████ |
| December 17, 2018, 1:05:00 AM | Nike Stow | Processed Too Few | ████████████████ |
| December 16, 2018, 5:15:30 AM | Stow | Processed Too Many | ████████████████ |

**CONFIDENTIAL**                                    **AMZ-BRY002005**

**CONFIDENTIAL**



| December 16, 2018, 2:17:24 AM | Stow | Processed Too Many | |
| December 16, 2018, 12:09:22 AM | Stow | Processed Too Many | |
| December 14, 2018, 10:29:02 PM | Stow | Processed Too Many | |
| December 12, 2018, 4:44:06 AM | Stow | Processed Too Many | |
| December 12, 2018, 4:04:31 AM | Stow | Processed Too Many | |
| December 11, 2018, 12:00:13 AM | Stow | Processed Too Many | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| December 12, 2018 | | | | | |
| December 05, 2018 | | | | | |
| November 28, 2018 | | | | | |
| November 21, 2018 | | | | | |
| November 14, 2018 | | | | | |
| November 07, 2018 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

I have been stowing with minimal errors for many months and now in two weeks i have made 16 errors this is not right. i have been working towards being a PA for months and now this. I have a hard time believing i have made this many errors in two weeks.

**CONFIDENTIAL**                                      AMZ-BRY002006

**CONFIDENTIAL**

**Associate Signature:** ████████ REFUSED TO SIGN                    **Date:** December 21, 2018, 8:52:13 PM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)           **Date:** December 21, 2018, 8:52:13 PM

**CONFIDENTIAL**

Acknowledged by associate on December 14, 2018, 9:33:44 PM - Delivered by Clancy,Tom (tcclanc)

# Supportive Feedback Document
# Quality - First Written





**Associate Name:** ███████  ███████
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** December 14, 2018, 9:33:44 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Positive | 33 | November 28, 2018, 5:00:00 AM |
| Documented Coaching | 4 | September 19, 2018, 5:00:00 AM |
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |
| Second Written | 1 | February 28, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns        * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Nike Stow | - | █ | █ | █ | ▌ | █ |
| Stow | Processed Too Few | █ | █ | █ | ▌ | █ |
| Stow | Processed Too Many | ▌ | █ | █ | █ | █ |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| December 10, 2018, 2:13:39 AM | Stow | Processed Too Many | ████████████████ <br> ██████ <br> ████████████████ <br> ████████████ <br> ██████ |
| December 09, 2018, 8:51:58 PM | Stow | Processed Too Many | ████████████████ <br> ██████ <br> ████████████████ <br> ████████████ <br> ██████ |
| December 09, 2018, 7:17:23 PM | Stow | Processed Too Few | ██████████████ <br> █████ <br> ████████████████ <br> ██████ |
|  |  |  | ████████████████ <br> ██████ <br> ████ |

**CONFIDENTIAL**                    **AMZ-BRY002008**

**CONFIDENTIAL**



| December 04, 2018, 4:30:09 AM | Stow | Processed Too Many | |
| December 04, 2018, 3:22:04 AM | Stow | Processed Too Many | |
| December 04, 2018, 2:22:10 AM | Stow | Processed Too Many | |
| December 03, 2018, 7:06:42 PM | Stow | Processed Too Few | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| December 05, 2018 | ▬ | ▌ | | | ▬ |
| November 28, 2018 | ▬ | ▌ | ▌ | ▬ | ▬ |
| November 21, 2018 | ▬ | ▌ | | ▬ | ▬ |
| November 14, 2018 | ▬ | ▌ | | ▬▬ | ▬ |
| November 07, 2018 | ▬ | ▌ | ▌ | ▬ | ▬ |
| October 31, 2018 | ▬ | ▌ | | ▬▬ | ▬ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▬▬▬▬ (BadgeID: ▬▬▬▬     **Date:** December 14, 2018, 9:33:44 PM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)     **Date:** December 14, 2018, 9:33:44 PM

**CONFIDENTIAL**     **AMZ-BRY002009**

**CONFIDENTIAL**

Acknowledged by associate on September 23, 2018, 2:09:22 AM - Delivered by Clancy,Tom (tcclanc)



# Supportive Feedback Document
# Quality - Documented Coaching



**Associate Name:** ███████████ ████████

**Manager Name:** Clancy,Tom (NH3-1800)

**Created On:** September 23, 2018, 2:09:22 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Second Written | 1 | February 28, 2018, 5:00:00 AM |
| Verbal Positive | 25 | September 12, 2018, 5:00:00 AM |
| Documented Coaching | 3 | February 21, 2018, 5:00:00 AM |
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Stow | Overage | ██ | ██ | ██ | ██ | ██ |
| Stow | Shortage | █ | ██ | ██ | ██ | ██ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| September 17, 2018, 2:06:28 AM | Stow | Shortage | ████████████ |
| September 17, 2018, 2:06:27 AM | Stow | Shortage | ████████████ |
| September 17, 2018, 12:32:56 AM | Stow | Overage | ████████████ |
| September 16, 2018, 10:14:36 PM | Stow | Overage | ████████████ |
| September 16, 2018, 8:53:13 PM | Stow | Shortage | ████████████ |
| September 16, 2018, 8:47:14 PM | Stow | Shortage | ████████████ |
| September 16, 2018, 8:14:56 PM | Stow | Shortage | ████████████ |

**CONFIDENTIAL**                    **AMZ-BRY002010**

**CONFIDENTIAL**

| September 16, 2018, 8:14:56 PM | Stow | Shortage | ████████ |
| September 15, 2018, 9:03:03 PM | Stow | Overage | ████████ |
| September 15, 2018, 9:02:59 PM | Stow | Overage | ████████ |
| September 10, 2018, 6:35:40 PM | Stow | Shortage | ████████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| September 12, 2018 | ██ | ██ | ████ | | ██ |
| September 05, 2018 | ██ | █ | ████ | | ██ |
| August 29, 2018 | ██ | █ | ████ | | ██ |
| August 22, 2018 | ██ | █ | ████ | | ██ |
| August 15, 2018 | ██ | █ | ████ | | ██ |
| August 08, 2018 | ██ | | ████ | | ██ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████████)          **Date:** September 23, 2018, 2:09:22 AM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)          **Date:** September 23, 2018, 2:09:22 AM

**CONFIDENTIAL**

Acknowledged by associate on April 20, 2018, 8:45:06 PM - Delivered by Spells,Regina (spellr)

# Supportive Feedback Document
# Quality - Final Written





**Associate Name:** ███████████  ██████████
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** April 20, 2018, 8:45:06 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Second Written | 1 | February 28, 2018, 5:00:00 AM |
| Documented Coaching | 3 | February 21, 2018, 5:00:00 AM |
| Verbal Positive | 6 | April 11, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ███ | ███ | ███ |
| Stow | Shortage | ███ | ███ | ███ |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| April 16, 2018, 4:07:11 AM | Stow | Overage | ████████████ |
| April 16, 2018, 1:06:54 AM | Stow | Shortage | ████████████ |
| April 09, 2018, 10:57:26 PM | Stow | Shortage | ████████████ |
| April 09, 2018, | | | ████████████ |

**CONFIDENTIAL**                    **AMZ-BRY002012**

**CONFIDENTIAL**

| 9:57:42 PM | Stow | Shortage | ██████████████████████████ |
|---|---|---|---|
| | | | ████████████████ |
| | | | ████████ |
| | | | ██████ |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| April 11, 2018 | ██ | █ | ████ | ██ | █ |
| April 04, 2018 | ██ | █ | ████ | | █ |
| March 28, 2018 | ██ | █ | ████ | | █ |
| March 21, 2018 | ██ | █ | ████ | | █ |
| March 14, 2018 | ██ | █ | ████ | | █ |
| March 07, 2018 | ██ | █ | ████ | | █ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

AA is at 87 days with the company, no appeals paperwork was given

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████████          **Date:** April 20, 2018, 8:45:06 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)          **Date:** April 20, 2018, 8:45:06 PM

**CONFIDENTIAL**

Acknowledged by associate on March 02, 2018, 9:17:26 PM - Delivered by Spells,Regina (spellr)



# Supportive Feedback Document
# Quality - Second Written



**Associate Name:** ███████ ██████
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** March 02, 2018, 9:17:26 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Documented Coaching | 3 | February 21, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ██ | ███ | ███ |
| Stow | Shortage | ██ | ███ | ███ |

## Error Listing     * Up to 20 most recent errors shown



| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 24, 2018, 4:08:53 AM | Stow | Shortage | |
| February 24, 2018, 3:34:21 AM | Stow | Shortage | |
| February 24, 2018, 3:26:32 AM | Stow | Shortage | |
| February 24, 2018, 3:10:16 AM | Stow | Shortage | |

**CONFIDENTIAL**                    **AMZ-BRY002014**

**CONFIDENTIAL**



| | | |
|---|---|---|
| February 24, 2018, 1:31:32 AM | Stow | Overage |
| February 24, 2018, 12:58:08 AM | Stow | Shortage |
| February 24, 2018, 12:37:08 AM | Stow | Overage |
| February 23, 2018, 8:36:04 PM | Stow | Shortage |
| February 19, 2018, 8:52:01 PM | Stow | Overage |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 21, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮ | ▮ |
| February 14, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |
| February 07, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮▮▮ | ▮ |
| January 31, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |
| January 24, 2018 | ▮ | ▮ | ▮▮▮ | ▮▮▮ | ▮ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ███████ (BadgeID: ████████)                    **Date:** March 02, 2018, 9:17:26 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)                    **Date:** March 02, 2018, 9:17:26 PM

**CONFIDENTIAL**

Acknowledged by associate on February 23, 2018, 8:02:05 PM - Delivered by Cummings,Chris (chcmm)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** February 23, 2018, 8:02:05 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | February 14, 2018, 5:00:00 AM |
| Documented Coaching | 2 | February 07, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns     * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ▮ | ▮ | ▮ |
| Stow | Shortage | ▮ | ▮ | ▮ |

## Error Listing     * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 19, 2018, 1:28:58 AM | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| February 19, 2018, 1:19:01 AM | Stow | Overage | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| February 19, 2018, 12:34:38 AM | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| February 16, 2018, 10:55:01 PM | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

**CONFIDENTIAL**



| February 16, 2018, 10:37:09 PM | Stow | Shortage |
| February 16, 2018, 7:40:22 PM | Stow | Shortage |
| February 13, 2018, 2:31:52 AM | Stow | Shortage |
| February 13, 2018, 1:47:50 AM | Stow | Shortage |
| February 13, 2018, 1:46:28 AM | Stow | Shortage |
| February 13, 2018, 12:07:40 AM | Stow | Shortage |
| February 13, 2018, 12:07:40 AM | Stow | Shortage |
| February 12, 2018, 10:57:26 PM | Stow | Overage |

**CONFIDENTIAL**



| | | | |
|---|---|---|---|
| February 12, 2018, 9:22:49 PM | Stow | Overage | |
| February 12, 2018, 7:33:21 PM | Stow | Shortage | |
| February 12, 2018, 7:11:01 PM | Stow | Shortage | |
| February 12, 2018, 7:09:27 PM | Stow | Shortage | |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 14, 2018 | ■ | ■ | ■ | ■ | ■ |
| February 07, 2018 | ■ | ■ | ■ | ■ | ■ |
| January 31, 2018 | ■ | ■ | ■ | ■ | ■ |
| January 24, 2018 | ■ | ■ | ■ | ■ | ■ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮▮ (BadgeID: ▮▮▮▮▮)                    **Date:** February 23, 2018, 8:02:05 PM

**Manager Signature:** Acknowledged by Cummings,Chris (BadgeID: 12266192)                    **Date:** February 23, 2018, 8:02:05 PM

**CONFIDENTIAL**

Acknowledged by associate on February 16, 2018, 9:52:21 PM - Delivered by Torres,Juan (torrsnj)



# Supportive Feedback Document
# Quality - First Written



**Associate Name:** ███████ ███████
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** February 16, 2018, 9:52:21 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | February 07, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ██ | ███ | ███ |
| Stow | Shortage | ██ | ███ | ███ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 12, 2018, 4:04:40 AM | Stow | Shortage | |
| February 11, 2018, 9:07:02 PM | Stow | Shortage | |
| February 11, 2018, 8:33:21 PM | Stow | Shortage | |
| February 11, 2018, 3:03:52 AM | Stow | Shortage | |

**CONFIDENTIAL**                    **AMZ-BRY002020**

**CONFIDENTIAL**



| | | |
|---|---|---|
| February 10, 2018, 9:27:23 PM | Stow | Shortage |
| February 10, 2018, 2:38:07 AM | Stow | Overage |
| February 10, 2018, 12:32:24 AM | Stow | Shortage |
| February 05, 2018, 11:07:25 PM | Stow | Shortage |
| February 05, 2018, 6:27:44 PM | Stow | Shortage |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| February 07, 2018 | ▉ | ▌ | ▉▉ | ▉▉ | ▉ |
| January 31, 2018 | ▉ | ▌ | ▉ | ▉▉ | ▉ |
| January 24, 2018 | ▉ | ▌ | ▉ | ▉▉ | ▉ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

I understood, based on a previous conversation I had with my manager, that this was going to be down graded into a verbal coach.

**Associate Signature:** Acknowledged by ▇▇▇▇ (BadgeID: ▇▇▇▇)          **Date:** February 16, 2018, 9:52:21 PM

**Manager Signature:** Acknowledged by Torres,Juan (BadgeID: 11923398)          **Date:** February 16, 2018, 9:52:21 PM

**CONFIDENTIAL**                                      **AMZ-BRY002021**

CONFIDENTIAL

**CONFIDENTIAL**

Acknowledged by associate on February 09, 2018, 10:30:52 PM - Delivered by Spells,Regina (spellr)



# Supportive Feedback Document
# Quality - Documented Coaching



**Associate Name:** ▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮
**Manager Name:** Spells,Regina (NH3-1800)
**Created On:** February 09, 2018, 10:30:52 PM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | January 31, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|---|---|---|---|---|
| Stow | Overage | ▮ | ▮▮ | ▮▮ |
| Stow | Shortage | ▮ | ▮▮ | ▮▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|
| February 05, 2018, 4:18:32 AM | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮ |
| February 05, 2018, 3:46:43 AM | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮ |
| February 05, 2018, 3:31:39 AM | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮ |
| February 05, 2018, 3:09:22 AM | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮ |
| February 05, 2018, | Stow | Shortage | ▮▮▮▮▮▮▮▮▮▮ |

**CONFIDENTIAL**



**CONFIDENTIAL**



| | | |
|---|---|---|
| 7:18:24 PM | | |
| February 04, 2018, 7:08:43 PM | Stow | Shortage |
| February 04, 2018, 7:08:30 PM | Stow | Overage |
| February 04, 2018, 6:45:21 PM | Stow | Shortage |
| February 03, 2018, 7:11:55 PM | Stow | Shortage |
| February 03, 2018, 10:28:34 AM | Stow | Shortage |
| February 03, 2018, 10:28:34 AM | Stow | Shortage |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 31, 2018 | | | | | |
| January 24, 2018 | | | | | |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ███████ (BadgeID: ███████)          **Date:** February 09, 2018, 10:30:52 PM

**Manager Signature:** Acknowledged by Spells,Regina (BadgeID: 12071078)          **Date:** February 09, 2018, 10:30:52 PM

**CONFIDENTIAL**

Acknowledged by associate on February 03, 2018, 2:46:37 AM - Delivered by Cummings,Chris (chcmm)

# Supportive Feedback Document
# Quality - Documented Coaching





**Associate Name:** ███████████ ██████████
**Manager Name:** Spells,Regina N (NH3-1800)
**Created On:** February 03, 2018, 2:46:37 AM

## Summary

Your recent job performance is not meeting Quality expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
|       |       |             |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* |
|--------------|------------|-------------------|-----------------|----------------|
| Stow | Overage | █ | ██ | ██ |
| Stow | Shortage | █ | ██ | ██ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|------|--------------|------------|---------|
| January 29, 2018, 4:21:19 AM | Stow | Shortage | ████████████ |
| January 28, 2018, 7:40:52 PM | Stow | Shortage | ████████████ |
| January 28, 2018, 6:54:13 PM | Stow | Shortage | ████████████ |
| January 28, 2018, 3:13:10 AM | Stow | Overage | ████████████ |

**CONFIDENTIAL**                                    **AMZ-BRY002027**

**CONFIDENTIAL**



| | | |
|---|---|---|
| January 28, 2018, 12:48:09 AM | Stow | Shortage |
| January 28, 2018, 12:04:24 AM | Stow | Shortage |
| January 27, 2018, 10:29:31 PM | Stow | Shortage |
| January 27, 2018, 9:25:35 PM | Stow | Shortage |
| January 27, 2018, 4:22:45 AM | Stow | Overage |
| January 27, 2018, 4:12:35 AM | Stow | Shortage |
| January 27, 2018, 3:42:06 AM | Stow | Shortage |

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 24, 2018 | ▇ | ▇ | | ▇▇▇ | ▇ |

## Areas of Improvement Required by Associate

You are expected to meet 100% of the quality performance expectation. Please note that If an associate receives a 2nd final or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. We are committed to assisting you in improving your quality performance, and will assist you in addressing any job related barriers that are impacting your ability to meet quality expectations.

## Associate Comments

**CONFIDENTIAL**                                    **AMZ-BRY002028**

**CONFIDENTIAL**

**Associate Signature:** Acknowledged by ████████ (BadgeID: ████)          **Date:** February 03, 2018, 2:46:37 AM

**Manager Signature:** Acknowledged by Cummings,Chris (BadgeID: 12266192)          **Date:** February 03, 2018, 2:46:37 AM

**CONFIDENTIAL**

Acknowledged by associate on February 08, 2019, 7:32:04 PM - Delivered by Clancy,Tom (tcclanc)



# Supportive Feedback Document
# Quality - Documented Positive



**Associate Name:** ▮▮▮▮▮▮▮▮
**Manager Name:** Clancy,Tom (NH3-1800)
**Created On:** February 08, 2019, 7:32:04 PM

## Summary

Your recent job performance has met or exceeded Quality expectations. Your manager and Amazon.com would like to take a moment to recognize your performance and thank you for your hard work.

## Communication History

The following is a summary of your quality feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 2 | December 12, 2018, 5:00:00 AM |
| Final Written | 1 | April 18, 2018, 5:00:00 AM |
| Documented Coaching | 3 | September 19, 2018, 5:00:00 AM |
| Verbal Positive | 37 | January 30, 2019, 5:00:00 AM |
| Second Written | 2 | December 19, 2018, 5:00:00 AM |

## Details of Current Incident/Specific Concerns      * Expected DPMO is per error family and not per error type

| Error Family | Error Type | Errors Discovered | Units Processed | Expected DPMO* | Minimum Units | Is Excluded |
|---|---|---|---|---|---|---|
| Nike Stow | - | ▮ | ▮ | ▮ | ▮ | ▮ |

## Error Listing      * Up to 20 most recent errors shown

| Date | Error Family | Error Type | Details |
|---|---|---|---|

## Performance Trend

Below is a summary of your past Quality performance.

| Period Start | Unit Processed | Errors Discovered | DPMO | Performance % | Exempted |
|---|---|---|---|---|---|
| January 30, 2019 | ▮ | ▮ | ▮ | ▮ | ▮ |
| January 23, 2019 | ▮ | ▮ | ▮ | ▮ | ▮ |
| January 16, 2019 | ▮ | ▮ | ▮ | | ▮ |
| January 09, 2019 | ▮ | ▮ | ▮ | | ▮ |
| January 02, 2019 | ▮ | ▮ | ▮ | ▮ | ▮ |
| December 26, 2018 | ▮ | ▮ | ▮ | | ▮ |

## Associate Comments

**Associate Signature:** Acknowledged by ▮▮▮▮▮ (BadgeID: ▮▮▮▮)          **Date:** February 08, 2019, 7:32:04 PM

**Manager Signature:** Acknowledged by Clancy,Tom (BadgeID: 11006713)          **Date:** February 08, 2019, 7:32:04 PM

**CONFIDENTIAL**                    **AMZ-BRY002030**

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY002031

**CONFIDENTIAL**

# amazon.com.

**Witness Statement Form**
Adopted March 2015

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon.com to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Associate Name (Please Print) Andrew Filliater ~~William Mabey~~ | Department/Position Stow/FC Associate |
|---|---|
| Home Address, City, State, Zip | Home Phone ( ) | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form

William Mabey

~~AA~~ was upset he was placed on a list that displayed the bottom performers for the week. When Learning ambassador came to "AA's Station to coach and seek barriers. AA took pen out of ambassadors hand to write about how management is terrible. At 4:27 AM. AM went to AA's Station to discuss. AA proceeded to say "fuck management" and flipped off both the manager and cameras. This incident occured on B-mod. William raised his voice and was very aggressive and upset. He continued to say "what management. Williams ~~voice~~ language was unacceptable as he dropped the "f-bomb" at least ten times during this conversation.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I understand that the Company will keep this statement as confidential as is reasonably possible consistent with the need for a full investigation and resolution of this matter. I further understand that as an Amazon.com associate that I am subject to Amazon.com's Code of Ethics and that failure to cooperate or hindering this internal investigation, including the refusal to answer questions, and providing false or purposefully misleading information may result in corrective action up to and including termination of employment.

| Andrew Filliater | [signature] | 6/24/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

Station 2.303

**CONFIDENTIAL**                                    **AMZ-BRY007796**

**CONFIDENTIAL**

# amazon.com.

## Witness Statement Form
**Adopted March 2015**

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon.com to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

### SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

Associate Name (Please Print)
William Mabey

Department/Position
Stow

Home Address, City, State, Zip

Home Phone

Work Phone
( )

### SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Andrew Asked me How I was doing. I Told Him I was upset I felt fing attacked I had produced AL most 106% I was very upset I don't remember much of the conversation. I do Remember giving the finger to the camera Every once in a while I do Remember Andrew at the End of the conversation sayin Alright Then you have a good night. I do also remember Telling him I am sorry and I felt attacked I punched out and went home

Please list any witnesses or individuals who may have information relevant to this investigation.

### ACKNOWLEDGEMENT

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I understand that the Company will keep this statement as confidential as is reasonably possible consistent with the need for a full investigation and resolution of this matter. I further understand that as an Amazon.com associate that I am subject to Amazon.com's Code of Ethics and that failure to cooperate or hindering this internal investigation, including the refusal to answer questions, and providing false or purposefully misleading information may result in corrective action up to and including termination of employment.

William Mabey
Employee Name (Please Print)

BMabey
Employee Signature

10-30-19
Date

**CONFIDENTIAL**                    **AMZ-BRY007797**

**CONFIDENTIAL**

# amazon.com.

## Witness Statement Form
**Adopted March 2015**

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon.com to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

### SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Associate Name (Please Print) | Department/Position |
| Thomas J Haslam Jr. | Stow Area Manager |

| Home Address, City, State, Zip | Home Phone | Work Phone |
| | | ( ) |

### SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Around 7pm on 6/30/2019 William came to the Bnod mezz, William approched AM Andrew to speak about the incident that Happened on the 26th. William said that he was not pointing the middle finger at Andrew and was showing the gester to the camren. Andrew Stated that the gester still occured and HR was looking into the incident. William also stated that he felt like he was being harrassed because he felt like he did not need the coaching from the stow ninja. Andrew explained that the stow ninja was a coaching opportonity for the lowest peformers from the privous shift. At this time I walked away with another AA and did not hear the remainder of the conversation

Please list any witnesses or individuals who may have information relevant to this investigation.
Erica Grant

### ACKNOWLEDGEMENT

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I understand that the Company will keep this statement as confidential as is reasonably possible consistent with the need for a full investigation and resolution of this matter. I further understand that as an Amazon.com associate that I am subject to Amazon.com's Code of Ethics and that failure to cooperate or hindering this internal investigation, including the refusal to answer questions, and providing false or purposefully misleading information may result in corrective action up to and including termination of employment.

| Thomas J Haslam Jr | | 6/30/19 |
| Employee Name (Please Print) | Employee Signature | Date |

**CONFIDENTIAL**                    **AMZ-BRY007798**

**CONFIDENTIAL**

# amazon.com.

## Witness Statement Form
**Adopted March 2015**

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon.com to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Associate Name (Please Print) Grant, Erica | Department/Position Inbound | |
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

At 7:30pm on Bravo Mezz I approached Andrew, Thomas and an Associate. The AH was being very animated and raising his voice as he talked to Andrew. The associate was upset about the rates and his coaching. Andrew told the associate how the rate system work and why he was being coached. The associate did not like what he was being told and continued to raise his voice. I then joined in on the conve and tried to calm the AH down. The associate did not like what he was being told and continued relaxed a little but was still very upset and walked away.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I understand that the Company will keep this statement as confidential as is reasonably possible consistent with the need for a full investigation and resolution of this matter. I further understand that as an Amazon.com associate that I am subject to Amazon.com's Code of Ethics and that failure to cooperate or hindering this internal investigation, including the refusal to answer questions, and providing false or purposefully misleading information may result in corrective action up to and including termination of employment.

| Grant Erica | | 6/30/18 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

T

GC Exhibit 48

https://adapt-iad.amazon.com/#/feedback/document/10068

### Supportive Feedback Document
### Behavioral - Final Written

**amazon**.com

**Associate Name:** Palmer,Derrick (depalmer)
**Manager Name:** Pryce,Bertram (DB3-0715)
**Created On:** April 10, 2020, 10:46:52 AM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | February 15, 2020, 10:43:40 AM |

## Details of Current Incident/Specific Concerns

Your health and well being is our top priority. Amazon has a responsibility to ensure the safety of all associates, leaders, and visitors within the building whether they are on the clock or off the clock. On 3/25/20, 3/26/20, and 3/27/20, you were given the instruction to social distance and give 6 feet between each person. On 3/30/20 you came on site and were again provided the guidance to social distance and remain 6 feet from others, you intentionally violated Amazon's social distancing requirements, failing to maintain 6FT of distance from others. These behaviors are violations of Amazon's Standards of Conduct policy. "Insubordination or intentional disregard of instructions" is considered a Category 1 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

In order for Amazon to meet our high customer service standards and in accordance with Amazon.com's Standards of Conduct, it is important that you are willing to act as a team player and follow the instruction of your leadership team. In the event that you are unable to do so, it is equally important that you communicate this to your leadership team in a professional and respectful manner. As detailed above, you have failed to meet this expectation. Failure to meet this expectation in the future may result in further discipline, up to and including termination of employment.

## Associate Comments

**Associate Signature:**                                    **Date:**

**Manager Signature:**                                      **Date:**

GC Exhibit 49

# amazon

1   Social Distancing Policy
2
3   During this unprecedented time, ensuring the safety and health of our employees is more important than ever. Social
4   distancing continues to be advised by the CDC as one of the key precautions everyone needs to be taking both inside
5   and outside of the work environment. This is why it is so important that the social distancing requirements we've put
6   into place must be communicated, adhered to, and enforced by everyone within our facilities at all times. As
7   employees, you have the responsibility to report violations and immediately notify a member of leadership or Human
8   Resources.

GC Exhibit 50

**TRUTHOUTTRUTHOUT**

LATEST    ABOUT

DONATE

TRENDING:

**f** (HTTPS://WWW.FACEBOOK.COM/TRUTHOU

NEWS | ECONOMY & LABOR

# Staten Island Amazon Workers Begin Union Drive, Drawing Lessons From Bessemer



People protest working conditions outside of an Amazon warehouse fulfillment center on May 1, 2020, in the Staten Island borough of New York City. Workers at the facility are beginning an independent union drive.

STEPHANIE KEITH/GETTY IMAGES

**BY**

**Candice Bernd (https://truthout.org/authors/candice-bernd/)**,
Truthout

**PUBLISHED**

April 19, 2021

**SHARE**

*UPDATE: After this story was published, Staten Island warehouse workers forwarded* Truthout ***a message (https://truthout.org/wp-content/uploads/2018/05/HR-Message.jpg)*** *from the facility's human resources team sent warehouse-wide on April 24, warning employees against signing a union card. The company has since **began displaying (https://www.vice.com/en/article/bvzx7v/amazon-launches-another-union-busting-campaign)** anti-union messaging on TV screens and in bathrooms employing the same anti-union rhetoric used to bust the high-profile union drive in Bessemer.*

n some ways, Amazon workers' more than **yearlong struggle (https://www.nbcnews.com/business/business-news/fired-interrogated-disciplined-amazon-**

**warehouse-organizers-allege-year-retaliation-n1262367)** for adequate COVID-19 protections and against corporate retaliation at the company's Staten Island facility in New York City helped pave the way for this month's unionization attempt at the Bessemer, Alabama, warehouse.



An anti-union message sent to JFK8 warehouse workers on April 24, 2021.

COURTESY: JORDAN FLOWERS

Now, as the Retail, Wholesale, and Department Store Union (RWDSU) seeks a second election through the National Labor Relations Board (NLRB), filing **official objections Friday**

[(https://www.rwdsu.info/rwdsu_files_nlrb_election_objections)](https://www.rwdsu.info/rwdsu_files_nlrb_election_objections) charging Amazon with engaging in **illegal interference (https://slate.com/technology/2021/03/amazon-anti-union-campaign-alabama-twitter.html)** to defeat the union, Staten Island "JFK8" warehouse workers with The Congress of Essential Workers (TCOEW) tell *Truthout* they aren't deterred by the outcome. Rather, their on-the-ground experiences in Alabama, where the unionization effort gained national attention but ultimately failed, have taught them hard lessons that will inform their own approach to unionizing JFK8.

"We all wanted the union push to be successful in Alabama, especially with the odds being totally against them, being that Alabama is a nonunion state. But the fact that they had the opportunity to vote as a facility was historic," JFK8 warehouse worker Derrick Palmer told *Truthout.* "We have to take the bruises and pick it up where they left off. If anything it started a movement. It's going to be like a domino effect."

## Never miss another story

Get the news you want, delivered to your inbox every day.

name@email.com

**SUBSCRIBE**

Palmer says the Bessemer push inspired JFK8 workers to take their labor organizing to the next level and start their own union drive. While Palmer says they've spoken with officials at a handful of allied unions, TCOEW organizers are pursuing an independent union that would be led directly by the facility's workers. The outcome in Bessemer, they say, has solidified the choice as the best option for Staten Island's more than 5,000 workers, especially since other unions have tried and failed to unionize facilities in New York.

In fact, TCOEW organizers say they've already called the NLRB to ensure they're taking the proper legal steps in establishing their own local, the **Amazon Labor Union (https://amazonlaborunion.org/)** (ALU). They hope ALU will eventually represent workers not just in Staten Island but at other Amazon facilities too.

"We figure, … go the independent route which is worker-led," says Christian Smalls, who was fired from JFK8 last year after organizing a walkout to protest the company's lack of physical-distancing and COVID-19 protections. "That will build more confidence for workers that want to join because they'll be like, 'Hey look, this is something that is employee-driven, this is not a third party coming in, this is you guys creating your own union with your own set of rules and negotiations.' I think that's more appealing to the worker."

"We have to take the bruises and
pick it up where they left off. If
anything it started a movement.
It's going to be like a domino
effect."

Smalls tells *Truthout* he isn't surprised by the outcome in
Bessemer, having witnessed Amazon's union-busting
tactics firsthand during TCOEW organizers' visit to the
Alabama facility in February. "I was disappointed like
everyone else, but I wasn't discouraged," he says. "There
were some missed opportunities that [RWDSU] didn't do
that we learned from going down there, so we're going to try
to learn from those mistakes."

TCOEW organizers say one thing they've learned is to take a
slower, more cautious approach in order to build enough
internal support within the large warehouse for an
independent union. "We're just trying to get all the pieces in
order so that we do it effectively rather than just rushing
into it," Palmer says.

JFK8 has several advantages over Bessemer, they say. For
one thing, the warehouse has been around longer, and
TCOEW organizers have more direct experience at the
facility and a good reputation and influence among the
workforce. Moreover, New York is a union-friendly state.

TCOEW organizers say they just starting to hand out union cards and pamphlets to workers at the facility. They're not just trying to build informal support for a union, they say, but are trying to build a more robust workers' committee fully committed to the project and ready to face the company's union-busting efforts. Smalls says they hope that by emphasizing worker-to-worker relationships — instead of relying on outside union organizers — they will be able to build trust among those working at the plant.

> "We figure, go the independent route which is worker-led. That will build more confidence for workers that want to join."

After Smalls was fired for helping organize the March 30, 2020, walkout at JFK8, Palmer faced disciplinary action, ironically, for violating Amazon's physical-distancing rules even though he was protesting to pressure the company to enforce those very rules. On April 10, 2020, Palmer says he was given a "final write-up," typically given for repeated violations, without receiving any previous write-ups.

In November 2020, a federal **judge dismissed (https://www.cnbc.com/2020/11/02/judge-dismisses-amazon-worker-lawsuit-over-coronavirus-safety.html)** Palmer and others' lawsuit arguing the company failed to

track and prevent the spread of the COVID-19 among workers or follow proper guidelines provided by public health agencies. But in February 2021, New York Attorney General Letitia James **sued (https://ag.ny.gov/press-release/2021/attorney-general-james-files-lawsuit-against-amazon-failing-protect-workers)** Amazon for failing to protect workers at warehouses in Staten Island and Queens and accused the company of illegally retaliating against workers, including Palmer and Smalls.

Amazon maintains that it has always followed public health guidance for COVID-19 and provided employees with adequate personal protective equipment. Moreover, the company describes the New York AG's filing as failing to present an "accurate picture of Amazon's industry-leading response to the pandemic."

Amazon Spokesperson Maria Boschetti responded to the union push at JFK8, telling *Truthout* in a statement, "We respect our employees' right to join, form or not to join a labor union or other lawful organization of their own selection, without fear of retaliation, intimidation or harassment. Across Amazon, including in our fulfillment centers, we place enormous value on having daily conversations with each employee and work to make sure direct engagement with our employees is a strong part of our work culture."

> "There were some missed
> opportunities that [RWDSU]
> didn't do that we learned from
> going down there, so we're going
> to try to learn from those
> mistakes."

Still, TCOEW organizers says management at the Staten Island warehouse has kept a watchful eye on their efforts. Palmer, for instance, tells *Truthout* that in February, he and small group of workers were told they had to attend a refresher hazmat training on potentially hazardous materials. But when the group got to an orientation room for the training, they were instead shown a video about "code of business conduct and ethics." The video, he says, warned against employees' discussing potential safety issues or other "sensitive" information on social media.

At this point, Palmer says, he's not worried about further retaliation since he's already in the public spotlight for speaking out against the company's attempt to punish him for his organizing efforts. Smalls was already fired, and says he has nothing else to lose. "What's the worst that can happen? We've already been through the fire," he says.

The fight for COVID protections for Amazon workers has taken Smalls and other TCOEW organizers to Amazon headquarters as well as several of CEO Jeff Bezos's mansions over the past year. The organization is still campaigning on

behalf of families that lost loved ones due to the Amazon employees being exposed to COVID at its warehouses. The organization is demanding the company pay those families at least $200,000 each, saying Amazon's offer of two months of free counseling isn't nearly enough.

> "I'm giving the voice of employees with medical issues a chance to speak out, especially since Amazon's not union, and they can do whatever they want."

Jordan Flowers, another a JFK8 worker, tells *Truthout* he was fired in June because he couldn't work amid the pandemic due to his lupus nephritis. The company rehired him the following week, Flowers says, but wasn't paying him since he couldn't come into work, so he had to file for unemployment for several months. The company is only just now beginning to make accommodations for him, he says, potentially placing him on paid leave. He now needs a kidney transplant and fears he could be fired again and lose his health insurance.

"I was kind of sad to talk about [my condition] at first, but that gave me the opportunity to tell the world **what it is (https://www.mayoclinic.org/diseases-conditions/lupus-nephritis/symptoms-causes/syc-20354335)**, so now it

gives other people who are scared to talk about their medical issue, on the job or not, a chance to talk about it," Flowers tells *Truthout*. "I'm giving the voice of employees with medical issues a chance to speak out, especially since Amazon's not union, and they can do whatever they want."

Flowers says he's in talks with attorneys about the possibility of taking legal action against the company over what he calls a wrongful termination in the midst of the pandemic. "Amazon makes blood money. They would rather see their employees suffer but make the customers happy," he says. Amazon Spokesperson Boschetti didn't respond to specific questions about Flowers's employment status.

> "Amazon makes blood money. They would rather see their employees suffer but make the customers happy."

Even if TCOEW is unable to build enough support for a union at JFK8, they're still pursuing several legal challenges that have already forced changes at the facility. These kinds of indirect strategies are being increasingly eyed by labor and union organizers in the aftermath of the Bessemer election, with unions using protests and other forms of public pressure to get Amazon to make changes that workers want.

Case 1:22-cv-01479-DG-SJB   Document 54-4   Filed 03/17/22   Page 654 of 674 PageID #: 3623

An Amazon worker group called Amazonians United
Chicagoland, for instance, has led protests and walkouts in
the Chicago area throughout the pandemic.

Meanwhile, labor organizing at other Amazon facilities is
also gaining steam. In Iowa, a local chapter of the Teamsters
Union has been working on organizing Amazon warehouse
workers and delivery drivers. Teamsters Local 238
Secretary–Treasurer Jesse Case **told _The New York Times_
(https://www.nytimes.com/2021/04/09/business/economy/amazon-
labor-unions.html)** the group is also trying to take a
different route than RWDSU, saying they don't want to rely
on the union "election process to raise standards."

Union organizers typically need to win an election at
individual facilities for a large company like Amazon. Once
organizers get 30 percent of workers to sign a card saying
they're interested in a union, the NLRB will hold an election.
It takes a simple majority of votes to establish a union. If a
majority of workers sign union cards, however, a company
can voluntarily recognize the union. While it's unlikely that
Amazon would do so, a clear majority would increase public
pressure and potentially force the tech giant's hand.

RWDSU has said the organization has heard from more than
1,000 Amazon workers at other facilities who are interested
in unionizing. But the union has yet to indicate whether or at
which facilities they might push for an election.

> "[The PRO Act] won't solve all the
> issues, but at least it allows us to
> organize without union-busting."

Amazon's victory in the **David-versus-Goliath
(https://www.jacobinmag.com/2021/04/amazon-
bessemer-union-drive-vote-nlrb)** unionization effort in
Bessemer has intensified pressure on Senate Democrats to
eliminate the filibuster and pass the **Protecting the Right to
Organize Act
(https://edlabor.house.gov/imo/media/doc/Fact%20Sheet%20-
%20PRO%20Act.pdf)**, one of the most ambitious attempts
to strengthen the rights of workers and unions in decades.
That pressure appears to be working: Conservative
Democrat Sen. Joe Manchin announced he would **co-
sponsor the bill
(https://twitter.com/TonyRomm/status/1384162995836579842)**
Monday. If passed, the legislation would ban many of the
union-busting tactics Amazon used to crush the organizing
drive.

The legislation would be "a step toward the right direction,"
Smalls says. "It won't solve all the issues, but at least it
allows us to organize without union-busting, and if there is
union-busting … to hold the company or employees
accountable. I think it'll also help galvanize workers to begin
these workplace committees and form their own unions. I
think it'll be a lot easier."

## We're in this together

**We know that everyone in _Truthout_'s reader community will be touched by this pandemic in one way or another. That's why we're devoting ourselves to covering it as thoughtfully, accurately and creatively as possible.**

**_Truthout_ relies on donations from readers to keep publishing, and right now the news is moving more quickly than ever. If you can, please chip in to support trustworthy, fearless journalism at this time when it's needed most.**



DONATE NOW (https://truthout.org/donate)

_Copyright © Truthout. May not be reprinted without_ **permission (mailto:editor@truthout.org)**.

**Candice Bernd (https://truthout.org/authors/candice-bernd/)**

**Candice Bernd (https://candicequestions.com/)** is senior editor/staff reporter at *Truthout.* Her work has also appeared in several other publications, including *The Nation*, *In These Times*, the *Texas Observer*, *Salon*, *Rewire News Group*, *Sludge*, *YES! Magazine* and *Earth Island Journal.* Her work has received awards from the San Francisco Press Club, the Fort Worth chapter of Society of Professional Journalists, the Native American Journalists Association, and the Dallas Peace and Justice Center. Follow her on Twitter: **@CandiceBernd (https://twitter.com/CandiceBernd)**.



GC Ex. 51



# Amazon and Instacart Workers Are Striking For Better Coronavirus Protections

NOW THIS

People who make deliveries of necessary supplies have come to be viewed as front-line, "essential" workers during the coronavirus pandemic.

By Natalie Daher  Published on 3/30/2020 at 4:07 PM



Gerald Bryson, left, join workers at an Amazon fulfillment center in Staten Island, N.Y., protesting conditions in the company's warehouse, Monday March 30, 2020, in New York.  | AP Images

Workers at Amazon in New York City and grocery delivery service Instacart nationwide went on strike Monday to demand better protection and pay, as they've now come to be viewed as "essential" workers during the coronavirus pandemic.

Case 1:22-cv-01479-PJ-SJB Document 54 Filed 03/17/22 Page 661 of 674 PageID #: 3630

The demonstrations come as more people across the country are staying home and instead relying on delivery for household necessities, including cleaning products and food, as confirmed COVID-19 cases in the U.S. continue to skyrocket. Some of the workers' demands include more paid sick time and better precautionary measures to reduce the risk of infection.

The labor strikes also come after Instacart announced plans for mass hiring, and Amazon announced a goal of 100,000 new hires in its warehouses across the U.S. to keep up with rising online order demands.

Workers at Whole Foods, which is owned by Amazon, have also planned a "sickout" for Tuesday, and their demands include paid sick time and immediate shutdown of any site where a COVID-19 case is confirmed.

"COVID-19 poses a very real threat to the safety of our workforce and our customers," reads a petition on Coworker.org. "We cannot wait for politicians, institutions, or our own management to step in to protect us."

By 2 p.m. Monday, Amazon workers at its fulfillment center in Staten Island, New York, appear in a video walking out, with some holding signs. Organizers have told multiple media outlets that at least 50 people participated in the demonstration, while Amazon has said 15 people participated.

The Amazon strike came as workers said multiple people at the Staten Island warehouse have tested positive for COVID-19, and others across the country have reportedly been first hearing about infected coworkers through rumors rather than the company. Workers want the warehouse to be closed for cleaning and to be paid during that period. Amazon called the claims "simply unfounded" in a statement to ABC.

Ahead of the Instacart walk off, shoppers and the Gig Workers Collective said in a Medium post published on March 27 that they're asking the company for personal protective equipment at no cost and an additional $5 in hazard pay per order, among other terms.

# GC Ex. 54

"Instacart has turned this pandemic into a PR campaign, portraying itself the hero of families that are sheltered-in-place, isolated, or quarantined," the post reads. "Instacart has still not provided essential protections to Shoppers on the front lines that could prevent them from becoming carriers, falling ill themselves, or worse."

Instacart responded with its own Medium post, saying the company is offering 14 days of sick pay for hourly employees or full-service shoppers who are diagnosed with COVID-19 or in quarantine until May 8. The company pointed to other measures, including contact-free alcohol delivery and in-app incident reporting, and announced Sunday that it would provide more health and safety supplies including hand sanitizer to workers.

The workers again responded that the strike was still on, and identifying some holes in the company's response.

"Hazard pay went completely unaddressed," the post reads. "The average pay per order is well under $10. Workers should not be risking their lives for pocket change."

This story has been updated to reflect information from Amazon.

GC Ex. 55(a)



52°

LOG IN



GERALD BRYSON

SPECTRUM NEWS NY1

AMAZON WORKER

01:49 ━━━━━━━━━━━━━━━━━━━ 02:16

▷ ◁))) ━━━●━━━━━━━━━━━━  ⚙ ⛶

`CORONAVIRUS`

## Staten Island Amazon Workers Protest Company's Coronavirus Response

BY AMANDA FARINACCI | STATEN ISLAND
PUBLISHED 12:11 AM ET MAR. 31, 2020

     

The workers at Amazon's fulfillment center on Staten Island, known as JFK 8, said their walkout was a last-ditch effort to get the company to better protect them from the coronavirus pandemic.

"I'm worried about my health, I'm worried about my family, and I'm worried about these associates," said worker Derrick Palmer.

"There's people with health conditions, there's people that, there's elderly people, there's people with children and then there's teens," said worker Jordan Flowers. :And we all have something in common. We all have to go home to a family."

GC Ex. 55(a)



52°

ALL BOROUGHS  >  | MAY 9, 2021                                                LOG IN

Last week, one employee tested positive for the virus, and the company asked anyone in contact with that person to stay home with pay for two weeks. The workers said the company told them it was an isolated case.

But employees shared a text message, sent by Amazon to staffers Monday, confirming a second positive case involving an employee who last worked March 24.

Amazon says the two cases were not connected.

"We have minimum or even not enough notification by Amazon telling us who was exposed to what and when," said employee Rina Cummings.

A union trying to organize workers at JFK 8 promoted the walkout, but only a tiny fraction of the workforce, which totals 4,500 people, left. Those who walked out said co-workers who did not follow them were fearful of losing their jobs.

An Amazon spokesman says the warehouse doesn't need to be cleaned, and  that the company has contacted health authorities and is following Centers for Disease Control guidelines. Amazon says employees are also subject to daily temperature screenings, and they've increased social distancing protocols, adding that many staffers normally do not work near each other in the vast warehouse.

"They're not sanitizing this place right. You're dealing with 5,000 workers here," said worker Gerald Bryson. "You have the stuff that these people are putting in the totes for the customer, and if they're infected, where's that going in the end?"

Amazon says it has increased the frequency and intensity of its deep cleanings around the facility, and the company says it is working hard to keep employees safe.

**YOU MAY ALSO BE INTERESTED IN**

https://www.ny1.com/nyc/all-boroughs/coronavirus/2020/03/31/staten-island-amazon-workers-protest-company-s-coronavirus-response

JOBS

# Whole Foods, Amazon, and Instacart: The Coronavirus Crisis Could Be a 'Watershed Moment' for Unions

 KEYA VAKIL

MAY 19, 2020 8:26 PM EDT

Originally Published  MARCH 31, 2020 11:31 AM EDT



Coronavirus crisis inspires labor movement

Graphic via Tania Lili for COURIER

## Labor experts say these strikes and the increase in organizing activities showcase the failure of American corporations to treat workers with dignity.

When the history books are written on the 2020 novel coronavirus pandemic, pop star Britney Spears' apparent call for a general strike likely won't make the cut. But what that call symbolizes—a surge in labor

3/30/2021    Case 1:22-cv-01479-SJB   Whole Foods, Amazon, and Instacart: The Coronavirus Crisis Could Be a Watershed Moment for Unions   Document 54   Filed 03/17/22   Page 666 of 674 PageID #: 3635

activity and an increase in support for American workers—just might.

Spears, understandably, grabbed all the headlines with her Instagram post last week. But dig a little deeper past that viral post online and what you'll find is a substantial and deeply consequential increase in strikes and walkouts amid the coronavirus pandemic.

On Tuesday, Whole Foods employees went on strike, calling in sick en masse to protest the lack of protections offered to workers during the coronavirus pandemic. Workers' demands, which were first reported by Vice, include paid leave for all workers who stay home or self-quarantine during the crisis, free coronavirus tests for all employees, and hazard pay of twice the current hourly wage for employees working during the pandemic.

"COVID-19 is a very real threat to the safety of our workforce and customers," Whole Worker, the group organizing the "sick out," wrote in a statement. "We cannot wait for politicians, institutions, or our own management to step in to protect us."

Tuesday's strike comes after cases of COVID-19 have been reported at Whole Food stores in New York City, Chicago, and Huntington Beach, California. In every location, the stores have remained open, prompting employees to accuse Whole Foods of prioritizing profits over employee safety. Whole Foods, which is owned by Amazon, has temporarily increased hourly pay for its workers by $2 an hour, offered to provide two weeks of paid sick leave to workers who test positive for COVID-19, and said it would not punish workers for calling out sick.

But workers say that's not enough, especially when they're risking their lives going to work. "A bunch of us have already gotten sick. It's very plausible that some of us will die for this job," an organizer told Motherboard.

Whole Foods workers aren't alone in their labor action. Gig workers for the grocery delivery company Instacart went on a nationwide strike on Monday over the company's refusal to offer its 175,000 contractors basic protections like hazard pay, safety supplies such as hand sanitizer and disinfectant wipes, and paid sick leave for workers with pre-existing conditions.

"On Monday, March 30, Shoppers will walk off of our jobs, and will not return to work until our demands are met," they wrote in a letter posted to Medium. It's unclear exactly how many workers engaged in the wildcat strike on Monday, but organizers said they believed thousands of workers partook. Instacart said the company did not feel the impact from the strike, with a spokesperson telling the New York Times that the company had 40% more customers shopping Monday compared with the same day and time last week.

One of the strike's organizers disputed the claim. "Instacart, a same-day delivery service, has zero delivery spots available in my area," organizer Sarah Clarke wrote on Twitter. "You're insane if you think we aren't disrupting their operations."

GC Ex. 56



Summer Cooper

Instacart gig worker Summer Cooper in Belleair Beach, Fla. (AP Photo/Curt Anderson)

Amazon warehouse workers in Staten Island, New York, also walked off the job on Monday after accusing the online retail giant of botching its response to the coronavirus pandemic and keeping the warehouse open even after an employee contracted the coronavirus.

An Amazon spokesperson told COURIER that the company has "taken extreme measures to keep people safe, tripling down on deep cleaning, procuring safety supplies that are available, changing processes to

Case 1:22-cv-01479-SLB   Document 54   Filed 03/17/22   Page 668 of 674   PageID #: 3637

# GC Ex. 56

ensure those in our buildings are keeping safe distances and in Staten Island we are now temperature checking everyone entering the facility."

The company has also informed employees of all confirmed cases and asked workers who were in close contact with the diagnosed individual to self-quarantine at home, with pay, for 14 days. Amazon workers diagnosed with COVID-19 or placed into quarantine will also receive up to two weeks of pay, according to the retail giant.

Chris Smalls, one of the workers who organized the action, said about 50 workers walked out, but Amazon disputed that number, saying only 15 employees out of 5,000 who work at the warehouse participated in the protest.

All together, these strikes build on a growing trend of labor action across the country. In the past week alone, garbage collectors in Pittsburgh, Pennsylvania, poultry plant workers at Perdue Farms in Kathleen, Georgia, and fast food workers in Durham and Raleigh, North Carolina, have all walked off the job.

More than 20,000 workers at the Trader Joe's grocery chain have also signed a petition asking for hazard pay. Additionally, workers are asking for paid leave for elderly and immunocompromised workers and two weeks paid leave for all workers at any store when a crew member tests positive for COVID-19. Meanwhile, a group of employees have also begun publicly calling for a union drive.

Labor experts say these strikes and the increase in organizing activities showcase the failure of American corporations to treat workers with dignity.

"I think that people are desperate right now," said Veena Dubal, an associate professor of employment law at the University of California, Hastings. "They're really fighting for their lives and the lives of others. It's not about better working conditions on some kind of abstract level—it's really about life and death and survival."

## "People are desperate right now. They're really fighting for their lives and the lives of others. It's not about better working conditions on some kind of abstract level—it's really about life and death and survival."

Jane McAlevey, a union organizer and senior policy fellow at the UC Berkeley Labor Center, agreed, adding: "I'm not surprised given the scale of the crisis and given the fundamentally abusive behavior with which many corporations are treating very loyal workers in this crisis."

But these strikes didn't come out of nowhere, McAlevey said. "We were beginning to reach a crescendo of ordinary worker activism before the COVID crisis," she explained, citing the wave of labor activism that began in 2018 with the West Virginia's teachers' strike. "We are two years into the largest strike wave in 30 years in the United States. That was a fact before we hit the pandemic."

Now, as the coronavirus outbreak continues to unfold, she expects there to be even more activism on the part of American workers.

"I think we're just seeing the beginning of it right now, the uptick of people saying, 'Wait a minute, you're asking me to do what with no mask, no gloves, no protective gear, no anything, crappy money, no benefits, no sick leave, like uh, no.' That's what's literally happening right now, and I say, 'Good for the American worker—do it,'" McAlevey said.

While workers in European countries are guaranteed paid sick leave, free nationalized healthcare, and in some countries, are receiving 75% or 90% of their wages replaced during the coronavirus crisis, most Americans are, as of now, only receiving a one-time, $1,200 check and expanded unemployment benefits. Millions of Americans are also losing their employer-sponsored healthcare as they lose their jobs, intensifying their concerns.

## RELATED: Trump Is Trying to End Health Care For Millions In the Middle of a Pandemic

"We do not have the sort of social safety net of many other countries in Europe," McAlevey said. "Workers in the United States have none of those protections."

Paid sick leave, low wages, and dangerous working conditions were all issues that existed prior to the coronavirus, but Dubal and McAlevey said that what the pandemic has done is highlight just how much damage America's political and business leaders have done to working Americans.

"I think it absolutely reveals the reality that the people that keep us alive and who do the hardest labor to keep us alive, are so undervalued," Dubal said. "Meanwhile, [it shows] that the CEOs who are at the very top, whose work arguably is less essential, are overvalued and given way too much money for what they do and that the profit-sharing in corporations that has occurred before the pandemic is really immoral and unethical and unfair."

To even threaten unionization in this current age, however, can lead workers to be fired. Within hours of the Amazon strike on Monday, the company fired Chris Smalls, an employee who helped organize the protest. "Taking action cost me my job," Smalls saidMonday in a Bloomberg TV interview. "Because I tried to stand up for something that's right, the company decided to retaliate against me."

Amazon confirmed it fired Smalls, saying he violated safety regulations, including a failure to abide by "social distancing guidelines."

"He was also found to have had close contact with a diagnosed associate with a confirmed case of COVID-19 and was asked to remain home with pay for 14-days, which is a measure we're taking at sites around the world," an Amazon spokesperson said in a statement. "Despite that instruction to stay home with pay, he came onsite on March 30, further putting the teams at risk. This is unacceptable and we have terminated his employment as a result of these multiple safety issues."

Smalls blasted the company for its "ridiculous" claim and said it was a clear example of being fired for engaging in union organizing. Within hours of his firing, New York Attorney General Letitia James took the company to task and called for an investigation of Smalls' firing, calling it "immoral and inhumane."

Case 1:21-cv-01479-RCL-SJB   Document 54   Filed 03/17/22   Page 670 of 674 PageID #: 3639

GC Ex. 56

Workers at other companies have also said they were punished for attempting to unionize, including several employees at the retail company Everlane who were fired last week.

Even when workers *are* able to unionize, laws regulating labor unions vary from state to state and can limit unions' powers. Twenty-eight states currently have "right to work" laws on the books, which mean that workers can work in unionized workplaces without having to join the union or pay union dues. Supporters of these laws say they're intended to protect workers from being forced to join a union, but federal law already prohibits that.

But according to the AFL-CIO, the nation's largest federation of unions with more than 12 million members, right to work laws "make it harder for working people to form unions and collectively bargain for better wages, benefits and working conditions."

The Supreme Court also dealt a huge blow to the union movement with its 2018 ruling in *Janus v. American Federation of State, County, and Municipal Employees, Council 31*. In a 5-4 vote, the conservative court ruled that government workers, such as teachers and firefighters, who choose not to join unions cannot be required to help pay for collective bargaining. The ruling means public unions across the country are at risk of losing tens of millions of dollars, and with it, their bargaining power.

President Trump and Republicans are also directly responsible for the nation's anti-worker sentiment, McAlevey said. "We have the most viciously anti-workers' rights and anti-union regime in my lifetime in operation right now."

She specifically blasted the administration for failing to raise the national minimum wage and for Trump's appointees to the National Labor Relations Board (NLRB), a federal agency tasked with enforcing U.S. labor law related to collective bargaining and unfair labor practices.

"Since Trump took the presidency, [the NLRB] has been stripped of anyone who cares at all about ordinary workers and has been stacked with pro-corporate, shareholder, profit-making, union-busters in the positions that used to defend the rights of American workers," McAlevey said.

## "We have the most viciously anti-workers' rights and anti-union regime in my lifetime in operation right now."

She's not the only one who feels that way. Wilma Liebman, a lawyer and former chair of the National Labor Relations Board under President Obama, told COURIER that "every one" of the NLRB's decisions "seek to narrow the categories of people who are able to unionize as employees."

"In a whole wide variety of ways, everything that they have done, every single decision has been pro-employer, anti-worker, anti-union. No exception. Across the board," Liebman said.

Most recently, in February, the NLRB introduced a rule that would make it more difficult for workers to hold corporations responsible for labor violations by individual franchises. The rule, which is set to go into effect on April 27, limits the responsibility of companies like McDonald's for labor-law violations by their franchisees, such as firing workers for attempts to unionize.

Under the new rule, the parent company will only share liability for violations committed by franchisees or contractors if the parent company has "substantial, direct and immediate control" over the other companies' employees, including their pay, benefits, hours, hiring, firing or supervision. The rule, which is a reversal of an Obama-era regulation, will also make it tougher for contractors and franchisees to unionize. If workers at an individual McDonald's want to unionize, the company could simply shut down that franchise without legal repercussions.

"It will make it more difficult for workers to unionize and bargain collectively," Liebman said. "In theory, they might still be able to unionize, it might not change that, but it would make it much harder for them to bargain effectively."

## RELATED: Workers in North Carolina Are Standing Up and Demanding Protections During the Crisis

Cierra Brown, a 29-year-old McDonald's employee in Durham, North Carolina, said the rule could also impact her ability to recoup lost wages from McDonald's. Instead, she has to take it up with the individual franchise, which makes no sense to her.

"McDonald's is still the employer. We still wear McDonald's logos on the uniforms, on the hats, on the apron. Everything is McDonald's. Even the tray liners on the tray," Brown told COURIER. "It doesn't say that 'This is not a McDonald's, this is a franchised McDonald's on the bag.' It doesn't say that. It just says McDonald's."

Brown, who was among the fast food workers to go on strike last week in North Carolina, has made several attempts to unionize and said the rule wouldn't stop those efforts. "My work makes the company billions of dollars. McDonald's makes a lot of money and there's no way they should not be able to cover [wages for] their employees," she said.

The nearly five decade crusade against unions has had a devastating impact. In 1965, nearly one-third of workers belonged to a union. In 1983, that number was down to 20%. By 2019, only 10.3% of wage and salary workers were union members, according to the Bureau of Labor Statistics.

In those same five decades, American inequality also skyrocketed, and it wasn't a coincidence. Numerous studies have shown that the decline in union power since the 1960s has contributed to the growing gap between rich and poor. One study from the Economic Policy Institute found that de-unionization accounted for a sizable share of the growth in inequality over that period: between 13-20% for women and 33-37% for men.

But after all these years of unions being out in the woods, things might finally be changing. Both McAlevey and Dubal agree the coronavirus pandemic and the suffering it causes could lead to a sea change and accelerate unionization.

GC Ex. 56



Amazon, Bryson

Gerald Bryson, left, join workers at an Amazon fulfillment center in Staten Island, N.Y., protesting conditions in the company's warehouse, Monday March 30, 2020, in New York. (AP Photo/Bebeto Matthews)

There are two main reasons that the current strikes will lead to more strikes, Dubal said. "One is that historically when people start striking, you see other people realize that's a possibility. And the second reason is that people are really putting their lives at risk, people who are continuing to work, particularly workers in the food sector and the delivery sector," she said. "The longer the quarantines and stay-at-home orders continue, the more people get sick, the more we're going to see many more strikes."

McAlevey, meanwhile, honed in on the economic carnage being wrought by the coronavirus. "People are talking about one in four or even one in three people in the United States being unemployed by this coming summer. Those are Great Depression numbers and what's about to come is about to be explosive," McAlevey said. "I think people are just beginning to wrap their head around how severe layoffs may be given the crush of the financial crisis."

**RELATED:** [3.3 Million People Filed for Unemployment Benefits Last Week](#)

That crush, McAlevey believes, will expose the disregard with which workers have been cast off for decades. Her Great Depression comparison isn't without merit, either. A report released last week from economists at

the Fed's St. Louis district project estimated that the coronavirus pandemic could cause the loss of 47 million jobs. If that estimate pans out, it would translate to a 32% national unemployment rate, well above the 24.9% peak unemployment rate during the Great Depression.

McAlevey also hopes the coronavirus crisis and what it's revealing about the work that is considered "essential" leads to a shift in how workers view themselves.

"I'm hoping that one of the things that comes out of this is that workers who perform essential functions in society, from daycare workers to home care workers to the people keeping our grocery stores open to drivers and delivery workers … they get un-numbed from the devaluing of their work and come to see themselves as frankly essential to our society because every worker is," she said.

McAlevey and Dubal also believe the pandemic is shifting how other people view these workers, who previously, may have been afterthoughts but are now "essential."

"This is going to be a watershed moment that Americans look back to and it's not just going to be workers at the bottom rung that are going to remember who was essential to this time period. It's going to be everyone," Dubal said. "I think support for workers' rights is going to increase on a broad scale for decades to come."

AMAZON       CORONAVIRUS       INSTACART       LABOR       STRIKE       WHOLE FOODS



**Keya Vakil**  Keya is a reporter at COURIER, where he covers everything from healthcare to climate change. Prior to joining Courier Newsroom, Keya worked as a researcher in the film industry and dabbled in the political world.

 TWITTER



ELECTIONS
PA Republicans Are Waging a War on Voting. The For the People Act Could Be the Solution.

Case 1:21-cv-01479-RC-SJB Document 5-4 Filed 03/17/22 Page 674 of 674 PageID #: 3643

GC Ex. 56



COURTS

Biden's Next Big Challenge: How to Deal With Trump's Takeover of the Courts