**GC Ex. 59**

# BuzzFeed •News

REPORTING TO YOU

SIGN IN     ABOUT US     GOT A TIP?     SUPPORT US     BUZZFEED.COM     SECTIONS ▼

CORONAVIRUS / JPG

## 24 Of The Most Powerful Photos Of This Week

As the coronavirus pandemic escalates across the globe, images of despair and anxiety are rivaled only by scenes of perseverance, hope, and the human spirit.

 **Gabriel H. Sanchez**
Senior Photo Essay Editor

Posted on April 3, 2020, at 5:09 p.m. ET

 Tweet      Share      Copy

*Sign up for the BuzzFeed News newsletter JPG for behind-the-scenes exclusives from renowned photographers and our hard-hitting photo stories.*

## BuzzFeed News

Sign up for the JPG newsletter, your lens to the internet's most powerful photographs



A medical worker watches from a platform of the Gare d'Austerlitz train station in Paris through the window of a medical TGV high-speed train, before its departure to evacuate patients from the Paris region to other hospitals in western France on April 1.

*Thomas Samson / Getty Images*

GC Ex. 59



Medical workers hug each other outside the emergency rooms at Severo Ochoa Hospital in Leganes, Spain, on March 26.
*Susana Vera / Reuters*

GC Ex. 59



Protective masks bearing the names of medical staffers and nurses are pinned to a wall at an operative field hospital in Lombardy, Italy, on April 2.
*Miguel Medina / Getty Images*

GC Ex. 59



The USNS *Comfort* medical ship moves up the Hudson River past the Statue of Liberty in New York City on March 30.
*Bryan R. Smith / Getty Images*

GC Ex. 59



A doctor shows the lungs of COVID-19 patient on a computer screen at the CHC MontLégia hospital in Liège, Belgium, on March 27.

*Francisco Seco | AP*

GC Ex. 59



Medical teams take test samples for the coronavirus from an ultra-Orthodox family at a drive-through site in Bnei Brak, Israel, on April 1.

*Guy Prives | Getty Images*

GC Ex. 59



A worker sprays disinfectant on a vehicle carrying a coffin lined up to enter a cemetery in Guayaquil, Ecuador, on April 2.
*Stringer. / Reuters*

GC Ex. 59



An aerial view of the Vila Formosa cemetery during a burial in São Paulo, Brazil, on April 1.
*Miguel Schincariol | Getty Images*

GC Ex. 59



Don Marcello Crotti, left, blesses coffins with Don Mario Carminati in the San Giuseppe church in Seriate, Italy, on March 28.
*Antonio Calanni / AP*

GC Ex. 59



Members of the Michigan National Guard set up hospital beds as the Detroit TCF convention center is converted into a field hospital on April 1.

*Emily Elconin / Reuters*



An emergency makeshift field hospital is set up at Pacaembu Stadium in São Paulo, Brazil, on March 27.
*Miguel Schincariol / Getty Images*



Doctors, nurses, and hospital workers applaud outside Puerta de Hierro hospital in Madrid, Spain, on March 29.
*Denis Doyle / Getty Images*



A child at Westlands Primary School paints a poster in support of the NHS in Newcastle-under-Lyme, England, on April 2.

*Carl Recine | Reuters*

GC Ex. 59



Gerald Bryson holds a protest sign at the Amazon building in the Staten Island borough of New York City on March 30.
*Jeenah Moon / Reuters*

GC Ex. 59



A cashier works from behind a plastic curtain in Caracas, Venezuela, on March 29.
*Matias Delacroix / AP*

GC Ex. 59



A police officer wearing a coronavirus-themed costume walks at a market to raise awareness about social distancing in Chennai, India, on April 2.

*Arun Sankar / Getty Images*

GC Ex. 59



French opera tenor Stephane Senechal performs from his window in Paris on March 26.
*Philippe Lopez / Getty Images*

GC Ex. 59



Malian voters greet each other without touching their hands in Bamako, Mali, on March 29.
*Michele Cattani / Getty Images*

GC Ex. 59



Volunteers for nonprofit organization Martha's Table load bags of fresh produce to distribute to people in underserved communities in Washington, DC, on April 1.

*Chip Somodevilla | Getty Images*



Wedding dress and evening wear designer Friederike Jorzig adjusts a mannequin wearing a wedding dress with a matching protective mask in her Berlin store on March 31.

*Odd Andersen / Getty Images*

GC Ex. 59



A newly married couple exchange wedding rings in front of the home of a Virginia state marriage officiant in Arlington on April 1.

*Olivier Douliery | Getty Images*

GC Ex. 59



Local residents applaud as waste bins are collected by essential workers in Northampton, England, on March 30.
*David Rogers / Getty Images*

GC Ex. 59



Mountain goats roam the streets of Llandudno, Wales, on March 31. The goats normally live on the rocky Great Orme and are occasional visitors to the seaside town, but a local councilor told the BBC that the herd was drawn this time by the lack of people and tourists due to the COVID-19 outbreak and quarantine measures.

*Christopher Furlong / Getty Images*



Window lights are illuminated in the shape of a heart at the InterContinental San Francisco Hotel on April 1.
*Justin Sullivan | Getty Images*



Contact Gabriel H. Sanchez at gabriel.sanchez@buzzfeed.com.
Got a confidential tip? Submit it here.

https://www.buzzfeednews.com/article/gabrielsanchez/most-powerful-photos-of-this-week-april-3