Acknowledged by associate on August 18, 2019, 2:10:19 PM - Delivered by Anderson,Carol (ndcaro)

# Supportive Feedback Document
# Behavioral - First Written

**Associate Name:** Hall,Tyjawan (tyjawan)
**Manager Name:** Anderson,Carol (DA6-0715)
**Created On:** August 18, 2019, 2:10:19 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

On 8/18/2019 around 1:00pm your Area Manager, Carol asked you where you were since management team could not locate you from the time you had clocked in. You stated that you did nothing because you did not have a station assigned to you. Carol explained that if you are late you needed to be at the QB table to find a PA or AM. While your AM was explaining you then proceeded to curse at your AM multiple times saying "fuck that". During the STU with HRA Christie you admitted to cursing to your manager.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by Hall,Tyjawan (BadgeID: 11260630) **Date:** August 18, 2019, 2:10:19 PM

**Manager Signature:** Acknowledged by Anderson,Carol (BadgeID: 12313212) **Date:** August 18, 2019, 2:10:19 PM

CONFIDENTIAL

Acknowledged by associate on October 15, 2019, 3:59:47 AM - Delivered by Vizzoni,Analisa (vizzonia)

# Supportive Feedback Document Behavioral - Final Written

**Associate Name:** Lecorps,Oneil Carveer (lecoo)
**Manager Name:** Vizzoni,Analisa (NA5X1815)
**Created On:** October 15, 2019, 3:59:47 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. These behaviors are violations of Amazon's Standards of Conduct policy, "Inappropriate Language or Behavior" and is considered a Category 2 violation of the Standards of Conduct. During our seek to understand on 10/14/19, you admitted to cursing and using inappropriate language toward a fellow associates.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Acknowledged by Lecorps,Oneil Carveer (BadgeID: 11733213) **Date:** October 15, 2019, 3:59:47 AM

**Manager Signature:** Acknowledged by Vizzoni,Analisa (BadgeID: 12071983) **Date:** October 15, 2019, 3:59:47 AM

amazon.com. CONFIDENTIAL

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Analisa Vizzuni | PCF AM | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | N/A | [redacted] |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Got called over the radio saying an associate needed me at 1 standup. PA chimed me that there was an issue with two associates. I arrived at standup and saw Jesse (PA) with an associate Alex. Alex expressed to me that the picker at the station next to him was cursing at him and made him feel uncomfortable. He explained that there was an item that fell out of the tote and they were trying to figure out where it belonged and that's when the other associate got upset. Alex asked me to go speak with the associate because if he went to HR this guy would get fired. My PA and I separated the 2 pickers, and I went to get the other associate's side of the story. I approached Oneil at his station and asked him what happened. He said that their ARSAW jammed because there was an item that fell out of the tote so he was clearing it. He asked Alex if the item came from his tote so that he could avoid a PEI. Alex pointed at his ears and told Oneil to take his airpods out. Oneil then said what do these have to do with you being able to hear me. pg1

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Analisa Vizzuni | Analisa Vizzuni | 10/14/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name Analisa Vizzoni | Department/Position | |
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Alex then said he didnt understand the question. Oneil started to get frustrated and started cursing. Oneil said that Alex started to question who raised him and asked where he came from. Oneil got even more upset. Jesse then arrived and separated the two.

pg 2

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

Employee Name (Please Print) | Employee Signature | Date

For Internal Amazon Use Only

1

**amazon.com.** CONFIDENTIAL

Date: 10/10/19
Time of Incident: 8:05-8:10

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name: ALEXANDER AMPONTUAH | Department/Position: PICKING / ASSOCIATE | |
| Home Address, City, State, Zip: [redacted] | Home Phone: [redacted] | Work Phone: ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

I WAS PICKING NEXT TO O'NEIL. An item fell out of one of the bins when it went into the shout (Clear Tam). O'NEIL, whom I was picking next to on the other machine came over to my machine and called me to "Come over here". I continue working not knowing what the issue was. O'NEIL called me again and ask me to "Come over here". I went out of my machine and went to where he was standing and O'NEIL ask me if it was my item that fell out of the bin in a rather angry & yelling voice. I told him I wasn't sure if the item that fell out of the bin was an item that I had picked. He immediately started calling me "Stupid" and claimed that he was trying to help me so the item doesn't become an error. I told him to get an ear piece out of his ear so I can speak with him. This seems to have angered him further & he began to scream at me and called me foul names in a rather angered & violent tone of voice. He continued screaming and yelling. Feeling uncomfortable and unsafe I immediately left him & went and looked for Analisa / Jesse. I found Jesse. I explained to Jesse the incident.

Please list any witnesses or individuals who may have information relevant to this investigation.

JESSE – PROCESS ASSISTANT

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Alexander Ampontuah | [signature] | 10/10/2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

amazon.com. CONFIDENTIAL **Witness Statement Form**

Updated August 2018

2

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Continue From Previous

I brought Jesse over to Deal with the Issue as I did not want to ~~&~~ talk to Derrell Further not knowing what he was capable of. I was ~~[illegible]~~ quit Shocked & ~~[illegible]~~ amazed at variety of his temper and anger ~~[illegible]~~ at me and not ~~[illegible]~~ knowing the Source of his anger and Screaming made me even more uncomfortable and unsettle. So I let he and Jesse tearm to talk it through. I Ask Jesse to move me to a different machine on the other Side of the building so I can be away from him. I don't Know what to expect and wasn't willing to find out. So Jesse moved me to a different machine ~~witness~~ witnesses that might have heard this will be ~~the~~ 1 or 2 machines left and right from out Picking machine (picking machine 1150) Jesse did witness part of the yelling/screaming incident after I called him to come over to deal with the issue. I leave it to Jesse/Amalise to relegate the incident given its their obligation to foster a safe working environment.

Please list any witnesses or individuals who may have information relevant to this investigation.

Jesse

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

Employee Name (Please Print) Employee Signature Date

For Internal Amazon Use Only

amazon.com. CONFIDENTIAL

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| **SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT** | | |
|---|---|---|
| Name<br>Oneil Lecorps | Department/Position | |
| Home Address, City, State, Zip | Home Phone | Work Phone<br>( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Conversation between Me and Alex

Me: Come down here really quick / Alex *Makes gesture of pulling something out of his ear / Me. Can you come down here / Alex *Comes down from station and makes the same gesture he made before* / Me: did you pick this item because it fell out of the tote / Alex: What's the question / Me: *Repeats question from before* Alex: "Take those out your ear I can't hear you" / Me: What do you mean you can't hear me What does me with these on my person have to do with you and seeing if you picked this item or not? / Alex *in a negative tone* yea I picked this item / Me: Alright fine since you want to act like a d-khead forget it I'm only doing this so you don't get a PEI so what ever happens at this point is on you" / Alex: Who raised you / Me: Non of your stupid business, shut the f- up and get out my face and go back to picking / Alex: *Walks to go get Tesse*

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Oneil Lecorps | [signature] | 10/14/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

amazon.com. CONFIDENTIAL

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Oneil Lecorps | OB NA Pick | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | [redacted] | [redacted] |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Cont.

tone, That's when I replied to time and said I'm only doing this to help you so you don't get a PEI but since you want to act like that forget it. So what ever happens to after this point is on you so that's when he asked me "Who raised you?" and that what got to me and I began to curse him out and tell him to shut his mouth and go back to pick. After he said I was disrespectful I told him to get out of my face he then went to Jesse and I went back to my station and that's when Jesse came over and I told him what happened and after he left my manager came over and I explained the situation to her.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Oneil Lecorps | [signature] | 10/14/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

amazon.com.

CONFIDENTIAL

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Oneil Lecorps | | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | [redacted] | [redacted] |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

When I saw when my ARSAW station was jammed I went down to open the cabin door to the lift to see what was wrong and saw that an item had fallen out. Since it was an item that I didn't remember picking I asked Alex to come down to see if it was his item that he had picked previously and if it fell ~~a~~ out of the tote the item was behind. So when I asked him to come down he made a gesture that I didn't recongnize so I asked him again to come down from his station, he came down and I asked him "This item fell out of ~~for~~ this tote so I wanted to see if you picked it to be ~~sure~~ sure" he asked me "whats the question?" so I ~~ask~~ asked again in simpler terms "Did you pick this item?" And after another round of ~~question~~ questions where he couldn't identify the question I was asking him he finally answered "Yes I picked the item" in a negative

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Oneil Lecorps | [signature] | 10/14/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

amazon.com. CONFIDENTIAL

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name Jesse Nunn | Department/Position PCF. P.A. | |
|---|---|---|
| Home Address, City, State, Zip [redacted] | Home Phone [redacted] | Work Phone ( ) N/A |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

I was approached by Alex who said the AA working opposite of him was being very loud and violent and that he can not work next to him. I walked Alex back towards station to figure out what was going on, enroute Alex was telling me what transpired from his perspective. AA in Question - Oneil was having a violent outburst towards Alex and cursing him out, he was being very rude and aggressive and Alex was telling me he was scared of him and scared for his life. Alex was saying this behavior is unacceptable and shouldnt be tolerated, this is a professional place of business & anywhere like a bank Oneil would be fired in an instant. Even in Mcdonalds this wouldnt be tolerated. I tried to de-escalate the problem and told Alex I would speak to Oneil. Oneil then left the station and wanted to tell me his side of the story. Alex came back over and they tried to speak over each other. Oneil was then raising his voice saying he is going to tell me his side and told Alex to stop talking. Continued ->

Please list any witnesses or individuals who may have information relevant to this investigation.

Amponta, Lecoo, Vizzonia

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Jesse Nunn | [signature] | 10/10/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

amazon.com. CONFIDENTIAL **Witness Statement Form**

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name: Jesse Nunn | Department/Position: P.C.F. P.A. | |
|---|---|---|
| Home Address, City, State, Zip: [redacted] | Home Phone: [redacted] | Work Phone: ( ) N/A |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Alex responded in kind saying things in a passive aggressive fashion, unintentially (I think) egging Oneil On. I saw the back and forth would only escalate further so I sent Alex to stand up to speak with Oneil alone. Oneil told me he left the station to fix a jam caused by Alex, he called Alex over to show him his mistake to help Alex avoid a P.E.I. when Oneil asked him if the item was his Alex only motioned towards Oneils ear pads and didnt answer his Questions and was evasive acting like he couldnt hear Oneil, Oneil asked Alex what his ear plugs had to do with Alex answering his questions. Oneil said Alex continued with nonsense responses so Oneil said never mind and returned to picking. He said "shit" off handed not directed towards anyone, just frustrated with the situation. I elevated it to Analsa to look into it further. I feel both parties let the situation get bigger then it needed. Oneil has never acted in a violent way before and intended to help Alex, Alex didnt Appreciate how Oneil went about it, both could have handled it better.

Please list any witnesses or individuals who may have information relevant to this investigation.

Alex Oneil Analisa

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Jesse Nunn | [signature] | 10/10/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

Refused to sign by associate on October 24, 2019, 2:05:20 AM - Delivered by Giano,Stephanie (sggiano)

# Supportive Feedback Document
# Behavioral - Final Written

**Associate Name:** Rios,Carlos (criosmz)
**Manager Name:** Rodriguez,Tommy (NA6X1815)
**Created On:** October 24, 2019, 2:05:20 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. These behaviors are violations of Amazon's Standards of Conduct policy, "Inappropriate Language or Behavior" and is considered a Category 2 violation of the Standards of Conduct. On Wednesday, October 3th at 2:21am it was discovered that you were using inappropriate language while talking to another associate. You were found to be using curse words and creating hostile work environment.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior create a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. As a result of further investigation, it was determined and confirmed that you violated Amazon's Standards of Conduct by using foul language towards another associate. This is a Category 2 violation and therefore will result in a final written warning. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Rios,Carlos REFUSED TO SIGN **Date:** October 24, 2019, 2:05:20 AM

**Manager Signature:** Acknowledged by Giano,Stephanie (BadgeID: 11690679) **Date:** October 24, 2019, 2:05:20 AM

CONFIDENTIAL

Acknowledged by associate on November 01, 2019, 1:32:27 AM - Delivered by Karim,Samiul (ksamiul)

# Supportive Feedback Document
# Behavioral - First Written

**Associate Name:** Wilkes,Brian (brwilks)
**Manager Name:** Ovadia,Ariana (RT884-1)
**Created On:** November 01, 2019, 1:32:27 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance. On 10/31/2019 you were observed using profanity against your PA when you were asked to go into stowing from water spidering. This behavior is a violation of Amazon standards of conduct. You are receiving a first written warning because of this incident.

## Areas of Improvement Required by Associate

It is expected of our associates to not use profanity in the work place since it creates a hostile work environment. Further incidents of hostile work enviroment may lead to additional corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by Wilkes,Brian (BadgeID: 12178589) **Date:** November 01, 2019, 1:32:27 AM

**Manager Signature:** Acknowledged by Karim,Samiul (BadgeID: 11775332) **Date:** November 01, 2019, 1:32:27 AM

Refused to sign by associate on September 01, 2019, 10:07:56 PM - Delivered by Komis,Eduard (ekkomis)

# Supportive Feedback Document Behavioral - Final Written

**Associate Name:** Georges,Cassemare (casgeor)
**Manager Name:** Komis,Eduard (NA5-1830)
**Created On:** September 01, 2019, 10:07:56 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 4 | March 11, 2019, 10:16:07 PM |
| Documented Coaching | 3 | January 15, 2019, 3:58:34 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Gross misconduct policy. On June 18, 2019 , you were reported to be in violation of this policy by yelling at an associate calling her a "little girl" a "bitch" and "you got me fucked up messing with the wrong person". Examples of gross misconduct include but are not limited to refusal to work your obligated hours, willful dishonesty or theft from Amazon, its employees and/or its customers; falsification of documentation and/or fraud (such as using a customer's credit card or bank details for your own purposes; Clocking in or out on someone else's behalf and /or requesting someone else to clock in or out on your behalf; deliberate mishandling of Amazon's products and equipment; Violence, intimidation or abusive behavior or language directed towards any other person, even in a social context, where it come to the attention of Amazon and may bring Amazon into disrepute or Amazon believes that such behavior could impact other personnel.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate violence, threats of violence, or other conduct by anyone that harms or threatens the safety of associates or others. Workplace violence also includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety. This behavior is a violation of Amazon's Workplace Violence policy and is a Category 1 violation of Amazon's Standards of Conduct. You are expected to be in compliance with the Workplace Violence and Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that If an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected. Further violations may result in corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Georges,Cassemare Maicare REFUSED TO SIGN **Date:** September 01, 2019, 10:07:56 PM

**Manager Signature:** Acknowledged by Komis,Eduard (BadgeID: 11536502) **Date:** September 01, 2019, 10:07:56 PM

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name<br>Cornia A. Kershaw | Department/Position<br>ICQA Support Staff | |
| Home Address, City, State, Zip<br>[redacted] | Home Phone<br>[redacted] | Work Phone<br>( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

sunday was my first day back to work after surgery. Im at my station on the 3rd floor and Dawanda says to me she has a word to pick with me I say ok im thinking she wants to Talk about a comment she made but she go get's [illegible] then come to my station and says to me. whats this i hear you asking Rob out and wanting to fuck with him I said to Dawanda that me and Rob is friends nothing more so she then says to me. so you mean to tell me that you havent been trying to get with Rob again I say to her NO He's not my type. she then leaves my station. the next day comes which is monday. and my coworker Shaquana says to me that dawanda comes to her station saying Yeah im a Hoe im a whore and you cant believe nothing I say so its lunch time and me and Shaquana go's in the cafe to get

Please list any witnesses or individuals who may have information relevant to this investigation.
Rob, Nesh, Jasmine, Shaquana, Jasmines, Jerome

**ACKNOWLEDGEMENT**
Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.
I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

Cornia Kershaw — Employee Name (Please Print)
[signature] — Employee Signature
11/26/2019 — Date

For Internal Amazon Use Only

[illegible] all sitting at a table I walk pass the [illegible] and go to where the table at for the shirts are. I see a co-worker that I haven't seen in awhile and start to talk to her. I looked away from the co-worker and looked at Shaquana face because she had been talking to those that sat at the table. I see this look of disgust on her face nothing was said at the time. I then put my attention back on the coworker fran that was handing me shirts she ask me what size I wanted I said a small I then hear Shaquana say well where is Rob at a was like huh dawanda goes to say minding his business that's where he at. I then hear her call me a bitch I say to dawanda do you have something to say to me she goes on to say how [illegible] in her man face I said to her like I said to you yesterday he's not my type. she then goes to say well you wasn't saying that yesterday when I was at ya station I said to her I told you he's not my type. me and shaquana [illegible] the cafe later on that shift I hear she goes up to the station where shaquana jasmine and Nosi is talking crazy about me calling me all kinda names. now today Tuesday I was on 11 doing pot locks. she was up there neither one of us said anything to one another the PA fran comes over to check on the flow. fran says out loud the jasmine just got here dawanda goes to say that jasmine comes in late on monday I then say to fran would you like for me to do something else cause I know Jasmine do pot locks fran say I don't know let me see what dan says the dawanda says yeah let her do something else she need to do something else so nothing was said fran was typing on her computer to dan then dawanda says again fran do me this favor and put her somewhere else I said out loud in [illegible] the PA not you minding ya business cause nobody talking to you I say to fran →

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name<br>[handwritten name] | Department/Position<br>ICQA | |
|---|---|---|
| Home Address, City, State, Zip | Home Phone | Work Phone<br>( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

[handwritten name] — Employee Name (Please Print)

[signature] — Employee Signature

11/26/2019 — Date

CONFIDENTIAL

I [illegible] her

Clearly she has a problem I dont [illegible] say come on yall calm down. Then she says Corina go to the mezz thats where dan said he was going I got my things and went there I was upset talking to a co-worker of why im upset dan Heard ask me what's going on I told him then the P.A Sam walks up ask me whats going on why was I up there. I told me that me & da warna had words he says this is getting outta hand I said to him I made myself clear yesterday when I told her dont say nothing else to me she says you need to go to H.R. because this is too much

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Frances Ammons | ICQA | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | | [redacted] |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Merina approached D'awnda & the two exchanged ~~...~~ words. I didn't think much of it because I believe the two to have been friends in the past. The AFE manager "Ed" (I believe) heard what was being said. The two seemed to have been fighting over a man.

— Frances

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Frances Ammons | [signature] | 11-26-18 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY007628

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

## SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name | Department/Position | |
|---|---|---|
| Sam LittleJohn | CAP PA | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | [redacted] | ( ) |

## SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

I was on the mezz and AA coriniak was telling the AM Daniel cox about td dawandah telling PA franchek that she needs to move coriniak off her floor because she did not want to work with her. This comes from an incident I heard that happened on either Sunday the 24th or Mon the 25th in the breakroom by AA Shastone.

Please list any witnesses or individuals who may have information relevant to this investigation.

Shastone

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Samuel LittleJohn | [signature] | 11-26-19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY007630

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

## SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name | Department/Position | |
|---|---|---|
| Jasmine Thaxton | ICQA Associate | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | — | [redacted] |

## SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

I came into lunch a couple minutes late and in the midst of the argument. Dawanda was sitting with her lunch at the table while Corina was standing towards her. It was a shouting match with Corina telling Dawanda to pull up with all was shit. Dawanda retorted with calling her a dumb hoe that was only getting loud because her friends were there. It went back and forth, with Shaquanna trying to turn Corina around and get her away from the situation and me trying to turn Dawanda around back to the table so as to diffuse the situation. Dawanda called out the fact that Corina was starting drama despite being in front of management and the fact that she wouldn't talk to her one on one like adults when the initial situation had occured at some previous date. The rest of us didn't really know what to do besides try to engage them separately and draw their attention elsewhere. Shaquanna eventually got Corina out of the lunch room and Dawanda went back to her lunch, leaving with Kat before the end of it. Jerome and I were the only ones to stay at the table.

Please list any witnesses or individuals who may have information relevant to this investigation.

Shaquanna (Stone?), Jerome Ilos, Katherine Andujar, Dawanda Horden, OPS from the t-shirt handout

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Jasmine Thaxton | [signature] | 11/27/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY007632

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Daniel Cox | ICQA Area Manager | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | [redacted] | ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

A little before 20:00 I got a message from a PA Fran (Franchek) saying that there "was a situation" and we needed to find something new for Corina to do. I asked her to meet me at stand up and once she got there I asked her what happened. She said that she could not do amnesty anymore because if she went back she was going to punch Dawandah in the face. I asked her to calm down a little bit and take a deep breath so that she could explain the situation. I started walking her to HR as she told me she and Dawandah were having issues and she said again if she was up there she would punch Dawandah in the face.

Please list any witnesses or individuals who may have information relevant to this investigation.

samual, franchek, dawandah

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Daniel Cox | [signature] | 11/26/2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

CONFIDENTIAL

CONFIDENTIAL                    AMZ-BRY007634

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name ED KOMIS | Department/Position AFE | |
|---|---|---|
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

I was giving out T-shirts in the main Break room. All of the sudden one of the ladies getting a T-Shirt, started arguing w/ a lady sitting down 5 ft away from me. The person sitting said something seemed liked the person getting a T-shirt that made her upset to the person herself. The arguement so she started defending herself. specific man. seemed to be about a person w/ T-shirt. Before anything happened the lady got in the middle and broke up the argument.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| ED KOMIS | E Komis | 11/27/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL

CONFIDENTIAL AMZ-BRY007636

CONFIDENTIAL

amazon.com

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Jerome Iles | ICQA | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| [redacted] | [redacted] | ( " ) " " |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

AA corrina came into the breakroom and said something. Then I heard corrina and dawanda going back and forth. I thought they were joking until I heard someone say theres an Ops manager there. Then I shook my head and I began to block them out even more because I was trying to watch TV, eat, and talk to AA jasmine that was in front of me eating also. I was not paying attention to the words being said. The only thing I heard clear was someone say "minding their business".

AA Corrina appeared to be in line for a Peak shirt at time of incident AA Dawanda was sitting eating across the table to my right. AA Jasmine was in front of me

Please list any witnesses or individuals who may have information relevant to this investigation.

AA Jasmine AA Kat

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Jerome Iles | [signature] | 11-22-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY007638

CONFIDENTIAL

amazon.com.

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| Shaquana Stone | ICQA | |
| **Home Address, City, State, Zip** | **Home Phone** | **Work Phone** |
| [redacted] | [redacted] | ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Last week dawanda had came up to me twice asking when will corina be returning to work because "She had a bone to pick with her" so dawanda had explained to me that she thinks corina is messing with Rob (her boyfriend) so I had told dawanda for the second day in a row now that corina don't mess with him and they are just friends. Sunday dawanda went to corina station asking her about her dealing with Rob corina explain to her she isn't messing with Rob, so that was that, than on Monday I was at my Station and dawanda had came up to me and was telling me that she had confronted corina and was like that corina is a "lying whore and she knows she wants Rob" and she walked away from my station, now its lunch time and I see corina

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Shaquana Stone | [signature] | 11/27/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL

[illegible] and she [illegible] you get a shirt [illegible] mind you I never even told corina what dawanda had just said to me ten mins before that, so we walked in the breakroom and I was telling cat how I was really leaving the job and this is my last week, so cat says to me that I was lying she'll believe it when she see it, so dawanda than said "you aint leaving" and was like yeah "bitches alwa[ys] lying saying they dont mess with people niggas" and just started calling corina all these bitch this and bitch that so they both started arguing.

CONFIDENTIAL

amazon.com

CONFIDENTIAL

# Witness Statement Form

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

**SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT**

| Name | Department/Position | |
|---|---|---|
| DaWanda Harden | ICQA | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| | | |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

on 11/25/19 Sitting in the lunch room ~~I~~ ~~was a~~ Corrina came over 2 me and Said do I have something to Say to her. I Said I was Making a general statement she became hostile, Her friend Shaquan Stune even had to get in front of her

Please list any witnesses or individuals who may have information relevant to this investigation.

Jasmine, Fran

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

DaWanda Harden — Employee Name (Please Print)

[signature] — Employee Signature

11/26/19 — Date

For Internal Amazon Use Only

as She was trying to go back and forth. She Kept yelling what you wama do. I Said I'm not getting fired for something Stupid. on 11/26/19 doing damages on 4 Aplod, Corina Said to fran is there something else for me to do. I Said to fran that probably be a good idea after yesterday. Corina left. I continued working.

Refused to sign by associate on December 02, 2019, 1:32:56 AM - Delivered by Grant,Erica May (graerica)

# Supportive Feedback Document Behavioral - Final Written

**Associate Name:** Kershaw,Corina (coriniak)
**Manager Name:** Grant,Erica May (NA5-1830)
**Created On:** December 02, 2019, 1:32:56 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | December 13, 2018, 1:25:10 AM |
| Documented Coaching | 1 | July 18, 2019, 8:09:24 AM |
| First Written | 1 | December 02, 2018, 8:15:29 PM |

## Details of Current Incident/Specific Concerns

Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. Examples of this behavior can be identified as conduct that includes any verbal or physical conduct that has the purpose or effect of creating an offensive, hostile, or intimidating work environment that interferes with an individual's ability to perform the job. On 11/26/2019 during lunch in the main break room you had a vulgar exchange with another associate. You were heard calling the associate the following words bitch and whore several times during the exchange. These behaviors are in violation of Amazon's Code of Conduct and are a Category 2 violation of Amazon's Standards of Conduct.

## Areas of Improvement Required by Associate

Amazon is committed to providing a work environment that promotes the health, safety, and productivity of its associates. Associates are expected to treat each other, contractors, customers, and visitors with courtesy and professionalism. Amazon will not tolerate any conduct whether physical or verbal that does or can be interpreted as creating an offensive, hostile, or intimidating work environment . You are expected to be in compliance with the Amazons Standards of Conduct policy at all times while working in the Fulfillment Center. Please note that if an associate receives 2 finals or a total of 6 documented counseling write-ups in a rolling 12 months, their employment will end. Immediate improvement is expected. t

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

**Associate Signature:** Kershaw,Corina REFUSED TO SIGN **Date:** December 02, 2019, 1:32:56 AM

**Manager Signature:** Acknowledged by Grant,Erica May (BadgeID: 0026933) **Date:** December 02, 2019, 1:32:56 AM