

R-
66a



R-
66b



**heavy.**

Heavy.com(https://heavy.com/) › **News(/news/)** › **Coronavirus(https://heavy.com/tag/coronavirus/)**

# Chris Smalls: 5 Fast Facts You Need to Know

%20Facts%20You%20Need%20to%20Know&
agement%20assistant%20at%20an%20Amazon%20warehouse%20in%20Staten%20Island,%20who%20was%20fired%20after%20he%20and%20other%20employees%20walked%20out%20Monday%20to%20protest%20
(https://api.whatsapp.com
/send?text=Chris%20Smalls:%205%20Fast%20Facts%20You%20Need%20to%20Know%20-%20https:
2chris-smalls%2F)                                    //heavy.com/news/2020/05/chris-smalls/)

**25** Shares

By **Talis Shelbourne (https://heavy.com/author/talisshelbourne/)**
**Updated** May 1, 2020 at 1:32am



Getty
Amazon employees hold a protest and walkout over conditions at the company's Staten Island distribution facility.

Chris Smalls is a former management assistant at an Amazon warehouse in Staten Island, New York (https://heavy.com/tag/new-york/), who was fired after he and other employees walked out to protest the company's handling of coronavirus.

Since then, New York Attorney General Letitia James has written a letter suggesting Amazon may have violated federal safety standards with 'inadequate' coronavirus prevention measures, according to NPR (https://www.npr.org/2020/04/27/846438983/amazon-warehouse-safety-inadequate-n-y-attorney-general-s-office-says).



Smalls, 31, said his firing is an act of retaliation from Amazon, while Amazon said he consistently violated social distancing rules and was fired to maintain safety during the coronavirus pandemic (https://heavy.com/news/2020/02/coronavirus-covid-19-cases-deaths-updates/).

In a statement (https://ag.ny.gov/press-release/2020/ag-james-statement-firing-amazon-worker-who-organized-walkout) and a tweet (https://twitter.com/NewYorkStateAG/status/1244810606613577728), James called Smalls' termination disgraceful and suggested the National Labor Relations Board investigate the incident.

Here's what you need to know:

## 1. Smalls Organized a Strike at JFK8, an Amazon Warehouse



https://heavy.com/tech/best-ipad-pro-cases/?tr_source=connatix)

11 Best iPad Pro
12.9-inch Cases

R-68



Getty

The strike by Amazon warehouse workers was held on March 30, 2020.

Chris Smalls left work the second week in March due to health concerns, but he returned to encourage his fellow employees to organize a strike against what he described as poor working conditions.

He walked out JFK8 (https://nypost.com/2020/04/06/amazon-faces-another-staten-island-warehouse-strike/), an Amazon warehouse located 546 Gulf Ave. in Staten Island around noon. He was joined by several fellow employees who were all asking Amazon to close the building and thoroughly sanitize it.

The number of employees who joined him on strike is disputed. Smalls said he rallied around 50 of the facility's roughly 4,500 employees, while Amazon said there were only about 15.

## 2. Smalls Was Fired After Five Years at Amazon



https://heavy.com/tech/ipad-pro-cases/?trackid source=Connatix)

**11 Best iPad Pro 12.9-inch Cases**

R-68

heavy

**Christian Smalls** @Shut_downAmazon · Apr 18, 2020
I'm so excited to announce to everyone who supported that we have
reached our goal and I will immediately pay my colleagues this week
for the unpaid time on behalf of all of us THANK YOU

**Christian Smalls**
@Shut_downAmazon

Support Chris Smalls who was fired by AMAZON, organized by Astley D...
UPDATED STORY FROM THE VERGE (APRIL 10, 2020) Warehouse workers
are forcing... Astley Davy needs your support for Support Chris Smalls ...
🔗 gofundme.com

2:52 PM · Apr 18, 2020                                          ⓘ

♡ 508      💬 74      🔗 Copy link to Tweet

**Christian Smalls** @Shut_downAmazon · Apr 18, 2020
I'm so excited to announce to everyone who supported that we have
reached our goal and I will immediately pay my colleagues this week
for the unpaid time on behalf of all of us THANK YOU

**Christian Smalls**
@Shut_downAmazon

Support Chris Smalls who was fired by AMAZON, organized by Astley D...
UPDATED STORY FROM THE VERGE (APRIL 10, 2020) Warehouse workers
are forcing... Astley Davy needs your support for Support Chris Smalls ...
🔗 gofundme.com

2:52 PM · Apr 18, 2020                                          ⓘ

♡ 508      💬 74      🔗 Copy link to Tweet



https://heavy.com/tech/ipad-
pro-cases/?tr...source=Connatix)
**11 Best iPad Pro**
**12.9-inch Cases**

R-
68

3 of 7



Learn more

In an interview with CNBC (https://www.cnbc.com/2020/03/30/amazon-fires-staten-island-coronavirus-strike-leader-chris-smalls.html), Smalls said he was fired at 4:30 p.m., just hours after the strike.

In a statement (https://www.cnbc.com/2020/03/30/amazon-fires-staten-island-coronavirus-strike-leader-chris-smalls.html), Amazon said they fired Smalls because he was found to be in close contact with an associate who tested positive with COVID-19 and was asked to quarantine himself. When he returned for the strike, Amazon said he violated the quarantine request and was terminated for putting other workers' safety at risk.

Smalls said he spoke to the colleague in question for two to five minutes before sending her home, but claims Amazon sent her back to work. Smalls also said he was never told not to come to work and had returned to work several times off-the-clock to act as a go-between for management and employees.

According to The Verge (https://www.theverge.com/2020/3/30/21199942/amazon-warehouse-coronavirus-covid-new-york-protest-walkout), the first recorded case of a worker testing positive for COVID-19 at JFK8 was March 12, but many employees said they learned days or weeks later.

### 3. JFK8 is One of Staten Island's Largest Employers



Getty

A truck is seen outside the Amazon warehouse in Staten Island.

Smalls has worked at three different buildings in the New York tri-state area in the past five years, and he was making $25 an hour when he was fired.

Smalls, a father of three, told CNBC (https://www.cnbc.com/2020/03/30/amazon-fires-staten-island-coronavirus-strike-leader-chris-smalls.html), "It's not about money for me. This is about human life, life or death."

Smalls' protest was supported by various New York non-profit advocacy groups, such as Make the Road New York and New York Communities for Change.

Make the Road New York (https://maketheroadny.org/) is a progressive advocacy group led by Co-Executive Directors Javier H. Valdes and Deborah L. Axt which focuses on labor and immigration rights.

New York Communities for Change (https://www.nycommunities.org/) is a grassroots progressive advocacy group focused on changing economic policy. The organization released a tweet Monday night in support of Smalls after his firing.

R-68

### 4. Smalls Said Amazon Workers Are 'Afraid of Their Lives, Afraid for Their Families' Lives'



Getty

An Amazon workers on demanding that the facility be shut down and cleaned after one staffer tested positive for the coronavirus.

In an interview with CNBC (https://www.cnbc.com/2020/03/30/amazon-fires-staten-island-coronavirus-strike-leader-chris-smalls.html), Smalls said Amazon employees "are afraid for their lives, afraid for their families' lives … I don't want to work for a company that doesn't take care of their people and Amazon has dropped the ball on that."

Smalls is part of a growing number of Amazon employees putting the company under scrutiny for its handling of the pandemic at various warehouses.

In March, Amazonians United NYC released a petition (https://medium.com/@amazoniansunitednyc/we-amazon-workers-demand-coronavirus-protections-16f28ad8b15f) which now has over 4,500 signatures from Amazon employees around the world demanding the company provide paid sick leave to employees with and without positive COVID-19 diagnosis.

Amazon has said it has taken several actions to defend against the spread of the disease, including staggering schedules to maintain social distancing and eliminating stand-up meetings.

After an Amazon employee tested positive at a warehouse (https://www.theatlantic.com/health/archive/2020/03/amazon-warehouse-employee-has-coronavirus/608341/) in Queens, New York, the warehouse was shut down for a thorough cleaning.

### 5. Staten Island Was Hit Hard by Coronavirus



Getty

A sign thanking medical workers outside of Staten Island University Hospital.

New York City has been the epicenter of coronavirus-related deaths in the U.S., with people dead, acco (https://nypost.com/2020/03/30/nyc-sees-a-coronavirus-death-every-2-9-minutes-in-horrific-six-hour-stretch/)rding to the New York Post.

At one point, Staten Island, a borough in New York City, set a record two days in a row for the most deaths in a 24-hour period: 27 Staten Islanders died over a weekend after being diagnosed with the disease, based on reporting from the Staten Island Advance (https://www.silive.com/coronavirus/2020/03/staten-island-hits-new-single-day-high-in-coronavirus-death-total.html).

There were more than 18,000 deaths in the state of New York as of May 1st, according to the New York State Department of Health (https://covid19tracker.health.ny.gov/views/NYS-COVID19-Tracker/NYSDOHCOVID-19Tracker-Fatalities?%3Aembed=yes&%3Atoolbar=no&%3Atabs=n).

READ NEXT: 21 Best Face Bandanas on Amazon (April 2020) ()



☰          **Read More**          *heavy.*          🔍

Amazon (https://heavy.com/tag/amazon/), Coronavirus (https://heavy.com/tag/coronavirus/),
New York (https://heavy.com/tag/new-york/), New York City (https://heavy.com/tag/new-york-city/)

## Sponsored Content



**Remember Her? Take a Deep Breath Before You See What She Looks Like Now**

CAESARSPOSTS

(https://trends.revcontent
/click.php?d=BmXHSc21T
s2s=1)



**Locate Anyone By Entering Their Name (So Addicting)**

PEOPLEWHIZ

(https://trends.revconten
/click.php?d=pZ6TuNf4Rl
%2B%2Ff1VuMeIoS9GHQ
s2s=1)



**Former Fox News Host is Back with a Shocking Interview. Click Here.**

THE OXFORD COMMUNIQUE

(https://trends.revconten
/click.php?d=vmOj6WXV
%2B%2B0oUbMUpdgblsD
%2F%2F
%2Boryyrq HUUO5IIGU5y
s2s=1)



**Remember Tiger Wood' Ex-wife? Try Not to Gasp when You See Her Now**

VIRALSHARKS.NET

(https://trends.revconten
/click.php?d=%2B7LHNK\
%2B%2F
%2FtouKccqcriqLrF%2Fys
%2F%2BdQn7b%2BFKsi0.
%2B%2BYqTLKAj5solnzr:
%3D%3D&s2s=1)

Read More



h.

(https://heavy.com/tech/new-
cases/?trends_source=Connatix)

**11 Best iPad Pro
12.9-inch Cases**

R-68

✕



(https://heavy.com)

ABOUT HEAVY.COM
(HTTPS://HEAVY.COM
/ABOUT/)

CONTACT US
(HTTPS://HEAVY.COM
/CONTACT-US/)

EDITORIAL GUIDELINES
(HTTPS://HEAVY.COM
/EDITORIAL-GUIDELINES/)

PRIVACY POLICY
(HTTPS://HEAVY.COM
/PRIVACY-POLICY/)

PRIVACY RIGHTS
(HTTPS://HEAVY.COM
/PRIVACY-RIGHTS/)

TERMS OF SERVICE
(HTTPS://HEAVY.COM
/TERMS-OF-SERVICE/)

SITEMAP
(HTTPS://HEAVY.COM
/SITEMAP/)

STAY
CONNECTED

 (https://www.facebook.com/heavycom)    (https://twitter.com/heavysan/)

 (//heavy.com/subscribe/)     (/feeds)

Copyright © 2021 Heavy, Inc. All rights reserved. Powered by WordPress VIP (https://wpvip.com/?utm_source=vip_powered_wpcom&utm_medium=web&utm_campaign=VIP%20Footer%20Credit&utm_term=heavy.com)



https://heavy.com/tech/ipad-pro-cases/?trc_source=Connatix)

11 Best iPad Pro
12.9 inch Cases

# Striking Amazon Worker Fired For 'Putting The Teams At Risk,' Employee Protect Workers' Lives

(/users/shivdeep-dhaliwal)

Shivdeep Dhaliwal (/users/shivdeep-dhaliwal) , Benzinga Staff Writer    |    🐦 (http://twitter.com/odzer)    |    FOLLOW ▾

March 31, 2020 5:03am   |   2 min read   |   Comments

*Thousands of traders just like you are using Benzinga Options to learn the formula that Nic Chahine uses to earn a full-time living. **Click here** (https://www.benzinga.com/premium/ideas/benzinga-options/?utm_medium=topv2)*


(https://cdn.benzinga.com/files/imagecache/1
/2012/amazonn.jpeg)

A worker who organized a strike on Monday at **Amazon Inc.'s** ▲ AMZN 0.37% (https://benzinga.com/stock/amzn#NASDAQ)  Staten Island facility has b
(https://www.cnbc.com/2020/03/30/amazon-fires-staten-island-coronavirus-strike-leader-chris-smalls.html) against Covid-19 infection.

## What Happened

Chris Smalls, a warehouse employee, was fired after the company gave him multiple warnings for "violating social distancing guidelines," repor

Smalls, along with other Amazon employees, organized a walkout on Monday (https://www.benzinga.com/news/20/03/15690860/amazon-ware
protest-lack-of-coronavirus-protection). The activists said nearly 50 employees had participated in the walkout. Workers were asking for
for the closure of the facility after an employee tested positive for COVID-19. Amazon said less than 15 workers had participated in the action.

In a statement carried by CNBC, Smalls expressed his outrage, "Amazon would rather fire workers than face up to its total failure to do what it
communities safe."

An Amazon spokesperson claimed that even though Smalls was instructed to stay home with pay, he came onsite Monday. The spokesperso
have terminated his employment as a result of these multiple safety issues."

Smalls claims that he did not breach any quarantine guidelines. In an interview with CNBC, he admitted that he had been in contact with a col
Alledging that he was being victimized for speaking out, Smalls emphasized that all he had asked for was "simply building closure" after one

**Stock Market Ideas & Analysis**

Check out the portfolio that's beating the S&P with hedge fund style trades now!

CLICK HERE

R-
69

1 of 4

## Why It Matters

Amazon warehouse workers are not unionized (https://www.benzinga.com/news/20/03/15696234/todays-pickup-amazon-instacart-workers-wa although the Retail, Wholesale and Department Store Union is making an effort to bring them onboard.

The Staten Island facility is not the only location where an Amazon employee has tested positive for COVID-19, another New York location has

Delivery workers from other companies are also clamoring for more protective measures. Gig-workers at Instacart are ready to strike (https://w /instacart-employees-ready-to-strike-after-insulting-proposal)after rejecting proposals made by the company as "insulting" and a "sick joke."

Instacart employees are asking the same-day grocery delivery company to increase their pay by $5 per order and to default the in-app tip to a company's offer amounted to hand sanitizer within a week, a default tip amount based on prior orders and a fixed bonus of $25-$100 instead o

According to the Governor of New York, as of Monday (https://www.governor.ny.gov/news/amid-ongoing-covid-19-pandemic-governor-cuomo-a plan), the statewide total of those infected stood at 66,497, out of which 37,453 are in New York City.

## Price Action

Amazon shares traded 0.20% lower at $1,960 in the after hours session on Monday. The shares had closed the regular session 3.36% higher a

*Photo Credit: Courtesy of Christian Smalls' Twitter.*

## Where to put $1,000 right now

Learn while you earn... **And start taking a serious look at options**, the investment vehicle that is driving stocks like Tesla and Apple to histor

Lead by the anti-Wall Street options genius, Nic Chahine, Benzinga Options (https://www.benzinga.com/premium/ideas/benzinga-options?utm_ seeing explosive (and often immediate) returns on his options trades. **Simply click here now to get these winning trades! (https://www.ber options?utm_medium=bottom&utm_source=bottomV2)**

### These Options Trades Make Me Money Under ANY Market Condition

I'm Nic Chahine -- The guy who made a **massive 300% return in two weeks** with BA options this year. Then I 4X'd my investment with ETF calls in September.

So obviously, I trade options *for a living.*

Now I'm sharing my trades as I make them with Benzinga Options (https://www.benzinga.com/premium/ideas/benzinga-options?utm_medium=bottom2&utm_source=bottom2V2). And I want you to join me for the next

### Stock Market Ideas & Analysis
Check out the portfolio that's beating the S&P with hedge fund style trades now!

See the options trades

**CLICK HERE**

© 2021 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.

(https://www.benz options?utm_source=campaignify&utm_medium=banner& utm_campaign=Bottom9V2)hank you

**View Comments and Join the Discussion!**

R-69

Posted-In (/news/topic/Post) Coronavirus (/coronavirus/) (/topic/jet-bezos) Jeff-bezos) News (/news/news) Management (news/management) Tech (/tech/) Media (/media)

Best of Benzinga (/best-of-benzinga)

(https://monivation.com/pages/have-you-heard-of-taas?cid=MKT450682&eid=MKT458526&utm_source=taboola&utm_medium=referral&tblci=GiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSD0nEwo_ML6xaq8_lxy#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSD0nEwo_ML6xaq8_lxy)

**Man Who Bought Netflix at $7.78 Says Buy This Now**

Empire Financial Research | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-b:Below Art

(https://monivation.com/pages/have-you-heard-of-taas?cid=MKT450682&eid=MKT458526&utm_source=taboola&utm_medium=referral&tblci=GiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSD0nEwo_ML6xaq8_lxy#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSD0nEwo_ML6xaq8_lxy)
(https://www.fool.com/mms/mark/a-sa-5g-1k?utm_source=taboola&utm_medium=contentmarketing&utm_campaign=5gsa-1k&paid=9463&waid=9463&source=esatabwdg0211820&psc
utm_content=benzinga-benzinga1-2988469939#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSDLq0wosbO9jKzSmJCJAQ)

**Got $1,000 to Invest? Here's our Idea**

The Motley Fool | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-b:Below Article Thumb

(https://www.fool.com/mms/mark/a-sa-5g-1k?utm_source=taboola&utm_medium=contentmarketing&utm_campaign=5gsa-1k&paid=9463&waid=9463&source=esatabwdg0211820&psc
utm_content=benzinga-benzinga1-2988469939#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSDLq0wosbO9jKzSmJCJAQ)
(https://www.vp21atrk.com/PBGRT/6JHXF/?source_id=8325891&sub1=benzinga-benzinga1&sub2=2967918774&tblci=GiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSC4_ksop6Ch3Zaw3t2vAQ#
yYSC4_ksop6Ch3Zaw3t2vAQ)

**Tommy Chong: Throw Away Your CBD**

Tommy Chong's CBD | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-b:Below Article T

(https://www.vp21atrk.com/PBGRT/6JHXF/?source_id=8325891&sub1=benzinga-benzinga1&sub2=2967918774&tblci=GiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSC4_ksop6Ch3Zaw3t2vAQ#
yYSC4_ksop6Ch3Zaw3t2vAQ)

(https://betterbe.co/life/greatest-female-athletes/?lo=1&dens=2&v=ac&utm_term=benzinga-benzinga1&utm_content=2991172671&utm_source=taboola&utm_medium=taboola&utm_campaign=B

**20 Stunning Female Athletes**

BetterBe | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-a:Below Article Thumbnails |

(https://betterbe.co/life/greatest-female-athletes/?lo=1&dens=2&v=ac&utm_term=benzinga-benzinga1&utm_content=2991172671&utm_source=taboola&utm_medium=taboola&utm_campaign=B
(https://totalbattle.com/en/lp/city9alike2_webgl_dark_po_2_herotest1/3?adgp=ads&prtr=taboola&acc=main&dsite=benzinga-benzinga1&cpn=3137280&iid=2922551839&clickid=GiD88RiPllezikZ5I
yYSCakUMopuPgvKf0uaYy#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSCakUMopuPgvKf0uaYy)

**Play This Strategy For 3 Minutes And See Why Everyone Is Addicted**

Total Battle - Tactical Game Online | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-a:Be

(https://totalbattle.com/en/lp/city9alike2_webgl_dark_po_2_herotest1/3?adgp=ads&prtr=taboola&acc=main&dsite=benzinga-benzinga1&cpn=3137280&iid=2922551839&clickid=GiD88RiPllezikZ5I
yYSCakUMopuPgvKf0uaYy#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSCakUMopuPgvKf0uaYy)

(http://www.bobshideout.com/view/surrogate-learns-about-belly-tab-version-bho/?src=taboola&utm_source=taboola&utm_medium=benzinga-benzinga1&utm_campaign=7779746&utm_term=BH
bho_raz_a_285804231_SMART&guid=GiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSCa3Uso3eXCpJmjiLquAQ&utm_key=Get9yuZ7RMdoYUBr5IHUMXdIVHM3zem1jDVl-CMASVU=)

**Surrogate Found Out It Wasn't a Baby She Is Carrying**

Bob's Hideout | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-b:Below Article Thumbn

(http://www.bobshideout.com/view/surrogate-learns-about-belly-tab-version-bho/?src=taboola&utm_source=taboola&utm_medium=benzinga-benzinga1&utm_campaign=7779746&utm_term=BH
bho_raz_a_285804231_SMART&guid=GiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSCa3Uso3eXCpJmjiLquAQ&utm_key=Get9yuZ7RMdoYUBr5IHUMXdIVHM3zem1jDVl-CMASVU=)
(https://totalbattle.com/en/lp/city9alike2_webgl_framed_db290_2/3?adgp=ads&prtr=taboola&acc=main&dsite=benzinga-benzinga1&cpn=3137280&iid=2910234112&clickid=GiD88RiPllezikZ5IsMZ
yYSCakUMolvehp5jQ9oIF#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSCakUMolvehp5jQ9oIF)

**The Most Addictive Strategy Game of 2020**

Total Battle - Tactical Game Online | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-b:

(https://totalbattle.com/en/lp/city9alike2_webgl_framed_db290_2/3?adgp=ads&prtr=taboola&acc=main&dsite=benzinga-benzinga1&cpn=3137280&iid=2910234112&clickid=GiD88RiPllezikZ5IsMZ
yYSCakUMolvehp5jQ9oIF#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSCakUMolvehp5jQ9oIF)
(https://blog.easybreathe.com/free-cpap-prescription-package-with-airsense/?utm_source=taboola&utm_medium=AirSenseCPAPRx_Desktop-Smart&utm_content=benzinga-benzinga1_TB_AirSens
utm_campaign=2982895071_AirSenseCPAPRx_Desktop-Smart&utm_keyword=benzinga-benzinga1_TB_AirSenseCPAPRx_Desktop-Smart&benzinga.com &
No+Appointment%3F+No+Problem+-+Upgrade+to+the+World%27s+Smartest+CPAP+Without+Leaving+Home#tblciGiD88RiPllezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSDHuqHZ7ZaLiLe6AQ)

**No Appointment? No Problem - Upgrade to the World's Smartest CPAP Without Leaving Home**

The Easy Blog by EasyBreathe.com | Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-b:

(https://blog.easybreathe.com/free-cpap-prescription-package-with-airsense/?utm_source=taboola&utm_medium=AirSens
utm_campaign=2982895071_AirSenseCPAPRx_Desktop-Smart&utm_keyword=benzinga-benzinga1_TB_AirSens
No+Appointment%3F+No+Problem+-+Upgrade+to+the+World%27s+Smartest+CPAP+Without+Leaving+Home#tblciGiD

(https://ucojldvcmi.execute-api.us-east-1.amazonaws.com/default/clickserver?net=taboola&pub=benzinga-benzinga1&adtitle=What+Is+Psoriatic+Arthritis?+See+Signs+%28Some+Symptoms+M
clickID=GiD88R...llezikZ5IsMZ5_ot9rS4aGxLOOZUs2qzS...SDcs0ko8aG6qMDOs_nxAQ&campaignID=7033531&pubID=1213551&adID=29...2553171&ts=2021-04-29+23%3A14%...n14&

**Stock Market Ideas & Analysis**

Check out the portfolio that's beating the S&P with hedge fund style trades now!

CLICK HERE

R-69

kw=Arthritis+Treatment+Psoriatic,Psoriatic+Arthritis+Signs+And+Treatments,Treatment+For+Psoriasis+Arthritis,Scalp+Psoriasis+Treatment+Symptoms,Ra+Pain+Remedies,Psoriasis+Treatment+M-
yYSDcs0ko8aG6qMDOs_nxAQ)

## What Is Psoriatic Arthritis? See Signs (Some Symptoms May Surprise)

**Psoriatic Arthritis | Search Ads** | Sponsored **(https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-a:Below**

(https://ucojldvcmi.execute-api.us-east-1.amazonaws.com/default/clickserver?net=taboola&pub=benzinga-benzinga1&adtitle=What+Is+Psoriatic+Arthritis%3F+See+Signs+%28Some+Symptoms+M-
clickID=GiD88RiPlIezikZ5lsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSDcs0ko8aG6qMDOs_nxAQ&campaignID=7033531&pubID=1213551&adID=2972553171&ts=2021-04-29+23%3A14%3A14&
kw=Arthritis+Treatment+Psoriatic,Psoriatic+Arthritis+Signs+And+Treatments,Treatment+For+Psoriasis+Arthritis,Scalp+Psoriasis+Treatment+Symptoms,Ra+Pain+Remedies,Psoriasis+Treatment+M-
yYSDcs0ko8aG6qMDOs_nxAQ)
(https://www.calltruth.com/herald.php?source=taboola&ptype=in&acc=ta&t1=1&utm_source=taboola&utm_medium=referral&tblci=GiD88RiPlIezikZ5lsMZ5_ot9rS4aGxLOOZUs2qzSl-
yYSD4lFMo2_SQ1d7Zjuq8AQ#tblciGiD88RiPlIezikZ5lsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSD4lFMo2_SQ1d7Zjuq8AQ)

## #1 Sign Someone Is Unfaithful

**The Herald** | Sponsored **(https://popup.taboola.com/en/?template=colorbox&utm_source=benzinga-benzinga1&utm_medium=referral&utm_content=thumbs-feed-01-a:Below Article Thumbnails**

(https://www.calltruth.com/herald.php?source=taboola&ptype=in&acc=ta&t1=1&utm_source=taboola&utm_medium=referral&tblci=GiD88RiPlIezikZ5lsMZ5_ot9rS4aGxLOOZUs2qzSl-
yYSD4lFMo2_SQ1d7Zjuq8AQ#tblciGiD88RiPlIezikZ5lsMZ5_ot9rS4aGxLOOZUs2qzSl-yYSD4lFMo2_SQ1d7Zjuq8AQ)

## Stock Market Ideas & Analysis

Check out the portfolio that's beating the S&P with hedge fund style trades now!

**CLICK HERE**

No thank you

R-
69



R-
70b



Acknowledged by jcream1963@gmail.com (Gerald Bryon on 10/23/2018 9:00:31 PM)



POLICIES AND PROCEDURES ACKNOWLEDGMENT FORM – NAFC

**By clicking "Acknowledge" above, I acknowledge that I have access to copies of the following selected policies through MyDocs and that I am responsible for reading, understanding, and complying with these polices.**

- The Owner's Manual and Guide to Employment
- Leave of Absence (LOA)
- U.S. Background Check Policy
- Insider Trading Guidelines and FAQs

**By clicking "Acknowledge" above, I also understand that I am responsible for compliance with all Amazon Policies, which are available online at Inside Amazon > English > Employment > US Policies. These policies include, but are not limited to:**

- **Attendance Policy – US Fulfillment Center**
- **Cell Phone Use Policy**
- **Dress and Grooming Standards**
- **Holiday Pay Guidelines**
- **Holiday Blackout**
- **Overtime Policy**
- **Standards of Conduct**

I further acknowledge that Amazon may change, rescind, or add to any policies, benefits, procedures, or practices from time to time at its sole and absolute discretion, with or without prior notice.  I agree that this document is not intended to be an express or implied contract; rather, it is a general statement of Amazon's policies.  I understand and agree that my employment at Amazon is at will and may be terminated by either me or Amazon at any time for any reason, with or without cause, and with or without prior notice or warning.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

R-99

AMZ-BRY000075

**From:**      Grabowski, Tyler [grabtyle@amazon.com]
**Sent:**      4/6/2020 5:03:49 PM
**To:**        Gilbert-Differ, Geoff [ggeoffr@amazon.com]
**CC:**        jfk8-hrbp@amazon.com
**Subject:**   JFK8 4.6.20 Incident/Potential Threats
**Attachments:** Maciej statement 4_6_20 .msg; Shaianna Donaldson 4.6 Incident Statement.doc; Dimitra Evans Statement 4.6.pdf;
               Christopher Urso Statement 4.6.pdf; Monday, April 6, 2020.msg

Geoff,

Please see the attached statements gathered in regards to the incident that occurred outside of the JFK8 main entrance during OB Lunch today.

Statements:
Dimitra Evans – Victim
Shaianna Donaldson (HR) – Witness
Christopher Urso (OB PA) – Witness
Maciej Curlej (IB Sr Ops) – Witness
Kaydee Bertone (Security) – Witness

According to Dimitra Evans(edimitra), she was outside smoking a cigarette on her break while there were protestors making comments about how Amazon should close down.  Dimitra made a comment speaking positive about Amazon stating that it allowed associates the opportunity to continue working and earning a check.  One of the protestors Gerald Bryson(gbbryso) appeared angered by what Dimitra had said and began make inappropriate and vulgar remarks at the associate.  The situation then got to the point at which Gerald told Dimitra to shut up, to which she responded to him "make me".  Dimitra then claims Gerald said "come over here and I will make you shut up".

The situation was witnessed by security who then advised Dimitra to go inside and walk away, which she did.

Tomorrow 4/7 I will speak with Paul (Security Supervisor) and send over with a statement as Paul also witnessed the situation.

R-105

LATEST    ABOUT

DONATE

**t** TRUTHOUTTRUTHOUT

TRENDING:

**f** (HTTPS://WWW.FACEBOOK.COM/TRUTHO

**NEWS** | ECONOMY & LABOR

# Staten Island Amazon Workers Begin Union Drive, Drawing Lessons From Bessemer



People protest working conditions outside of an Amazon warehouse

R-
115

fulfillment center on May 1, 2020, in the Staten Island borough of New York City. Workers at the facility are beginning an independent union drive.

STEPHANIE KEITH/GETTY IMAGES

**BY**

**Candice Bernd (https://truthout.org/authors/candice-bernd/)**, TRUTHOUT

**PUBLISHED**

April 19, 2021

**SHARE**

*UPDATE: After this story was published, Staten Island warehouse workers forwarded* Truthout *a message (https://truthout.org /wp-content/uploads /2018/05/HR- Message.jpg) from the facility's human resources team sent warehouse-wide on*

An anti-union message sent to JFK8 warehouse workers on April 24, 2021.

COURTESY: JORDAN FLOWERS

R- 115

*April 24, warning employees against signing a union card. The company has since began displaying (https://www.vice.com/en/article/bvzx7v/amazon-launches-another-union-busting-campaign) anti-union messaging on TV screens and in bathrooms employing the same anti-union rhetoric used to bust the high-profile union drive in Bessemer.*

In some ways, Amazon workers' more than **yearlong struggle (https://www.nbcnews.com/business /business-news/fired-interrogated-disciplined-amazon-warehouse-organizers-allege-year-retaliation-n1262367)** for adequate COVID-19 protections and against corporate retaliation at the company's Staten Island facility in New York City helped pave the way for this month's unionization attempt at the Bessemer, Alabama, warehouse.

Now, as the Retail, Wholesale, and Department Store Union (RWDSU) seeks a second election through the National Labor Relations Board (NLRB), filing **official objections Friday (https://www.rwdsu.info /rwdsu_files_nlrb_election_objections)** charging Amazon with engaging in **illegal interference (https://slate.com/technology/2021/03/amazon-anti-union-campaign-alabama-twitter.html)** to defeat the

R-115

union, Staten Island "JFK8" warehouse workers with The Congress of Essential Workers (TCOEW) tell *Truthout* they aren't deterred by the outcome. Rather, their on-the-ground experiences in Alabama, where the unionization effort gained national attention but ultimately failed, have taught them hard lessons that will inform their own approach to unionizing JFK8.

"We all wanted the union push to be successful in Alabama, especially with the odds being totally against them, being that Alabama is a nonunion state. But the fact that they had the opportunity to vote as a facility was historic," JFK8 warehouse worker Derrick Palmer told *Truthout.* "We have to take the bruises and pick it up where they left off. If anything it started a movement. It's going to be like a domino effect."

## Uncompromised, uncompromising news

Get reliable, independent news and commentary delivered to your inbox every day.

name@email.com    SUBSCRIBE

R-115

Palmer says the Bessemer push inspired JFK8 workers to take their labor organizing to the next level and start their own union drive. While Palmer says they've spoken with officials at a handful of allied unions, TCOEW organizers are pursuing an independent union that would be led directly by the facility's workers. The outcome in Bessemer, they say, has solidified the choice as the best option for Staten Island's more than 5,000 workers, especially since other unions have tried and failed to unionize facilities in New York.

In fact, TCOEW organizers say they've already called the NLRB to ensure they're taking the proper legal steps in establishing their own local, the **Amazon Labor Union (https://amazonlaborunion.org/)** (ALU). They hope ALU will eventually represent workers not just in Staten Island but at other Amazon facilities too.

"We figure, ... go the independent route which is worker-led," says Christian Smalls, who was fired from JFK8 last year after organizing a walkout to protest the company's lack of physical-distancing and COVID-19 protections. "That will build more confidence for workers that want to join because they'll be like, 'Hey look, this is something that is employee-driven, this is not a third party coming in, this is you guys creating your own union with your own set of rules and

R-
115

negotiations.' I think that's more appealing to the worker."

> "We have to take the bruises
> and pick it up where they left
> off. If anything it started a
> movement. It's going to be like
> a domino effect."

Smalls tells *Truthout* he isn't surprised by the outcome in Bessemer, having witnessed Amazon's union-busting tactics firsthand during TCOEW organizers' visit to the Alabama facility in February. "I was disappointed like everyone else, but I wasn't discouraged," he says. "There were some missed opportunities that [RWDSU] didn't do that we learned from going down there, so we're going to try to learn from those mistakes."

TCOEW organizers say one thing they've learned is to take a slower, more cautious approach in order to build enough internal support within the large warehouse for an independent union. "We're just trying to get all the pieces in order so that we do it effectively rather than just rushing into it," Palmer says.

JFK8 has several advantages over Bessemer, they say.

R-115

For one thing, the warehouse has been around longer, and TCOEW organizers have more direct experience at the facility and a good reputation and influence among the workforce. Moreover, New York is a union-friendly state.

TCOEW organizers say they just starting to hand out union cards and pamphlets to workers at the facility. They're not just trying to build informal support for a union, they say, but are trying to build a more robust workers' committee fully committed to the project and ready to face the company's union-busting efforts. Smalls says they hope that by emphasizing worker-to-worker relationships — instead of relying on outside union organizers — they will be able to build trust among those working at the plant.

> "We figure, go the independent route which is worker-led. That will build more confidence for workers that want to join."

After Smalls was fired for helping organize the March 30, 2020, walkout at JFK8, Palmer faced disciplinary action, ironically, for violating Amazon's physical-distancing rules even though he was protesting to

pressure the company to enforce those very rules. On April 10, 2020, Palmer says he was given a "final write-up," typically given for repeated violations, without receiving any previous write-ups.

In November 2020, a federal **judge dismissed (https://www.cnbc.com/2020/11/02/judge-dismisses-amazon-worker-lawsuit-over-coronavirus-safety.html)** Palmer and others' lawsuit arguing the company failed to track and prevent the spread of the COVID-19 among workers or follow proper guidelines provided by public health agencies. But in February 2021, New York Attorney General Letitia James **sued (https://ag.ny.gov/press-release/2021/attorney-general-james-files-lawsuit-against-amazon-failing-protect-workers)** Amazon for failing to protect workers at warehouses in Staten Island and Queens and accused the company of illegally retaliating against workers, including Palmer and Smalls.

Amazon maintains that it has always followed public health guidance for COVID-19 and provided employees with adequate personal protective equipment. Moreover, the company describes the New York AG's filing as failing to present an "accurate picture of Amazon's industry-leading response to the pandemic."

R-115

Amazon Spokesperson Maria Boschetti responded to the union push at JFK8, telling *Truthout* in a statement, "We respect our employees' right to join, form or not to join a labor union or other lawful organization of their own selection, without fear of retaliation, intimidation or harassment. Across Amazon, including in our fulfillment centers, we place enormous value on having daily conversations with each employee and work to make sure direct engagement with our employees is a strong part of our work culture."

> "There were some missed opportunities that [RWDSU] didn't do that we learned from going down there, so we're going to try to learn from those mistakes."

Still, TCOEW organizers says management at the Staten Island warehouse has kept a watchful eye on their efforts. Palmer, for instance, tells *Truthout* that in February, he and small group of workers were told they had to attend a refresher hazmat training on potentially hazardous materials. But when the group got to an orientation room for the training, they were instead

R-115

shown a video about "code of business conduct and ethics." The video, he says, warned against employees' discussing potential safety issues or other "sensitive" information on social media.

At this point, Palmer says, he's not worried about further retaliation since he's already in the public spotlight for speaking out against the company's attempt to punish him for his organizing efforts. Smalls was already fired, and says he has nothing else to lose. "What's the worst that can happen? We've already been through the fire," he says.

The fight for COVID protections for Amazon workers has taken Smalls and other TCOEW organizers to Amazon headquarters as well as several of CEO Jeff Bezos's mansions over the past year. The organization is still campaigning on behalf of families that lost loved ones due to the Amazon employees being exposed to COVID at its warehouses. The organization is demanding the company pay those families at least $200,000 each, saying Amazon's offer of two months of free counseling isn't nearly enough.

R-
115

"I'm giving the voice of
employees with medical issues a
chance to speak out, especially
since Amazon's not union, and
they can do whatever they
want."

Jordan Flowers, another a JFK8 worker, tells *Truthout* he
was fired in June because he couldn't work amid the
pandemic due to his lupus nephritis. The company
rehired him the following week, Flowers says, but wasn't
paying him since he couldn't come into work, so he had
to file for unemployment for several months. The
company is only just now beginning to make
accommodations for him, he says, potentially placing
him on paid leave. He now needs a kidney transplant and
fears he could be fired again and lose his health
insurance.

"I was kind of sad to talk about [my condition] at first,
but that gave me the opportunity to tell the world **what it
is (https://www.mayoclinic.org/diseases-conditions
/lupus-nephritis/symptoms-causes/syc-20354335)**, so
now it gives other people who are scared to talk about
their medical issue, on the job or not, a chance to talk
about it," Flowers tells *Truthout*. "I'm giving the voice of

R-
115

employees with medical issues a chance to speak out, especially since Amazon's not union, and they can do whatever they want."

Flowers says he's in talks with attorneys about the possibility of taking legal action against the company over what he calls a wrongful termination in the midst of the pandemic. "Amazon makes blood money. They would rather see their employees suffer but make the customers happy," he says. Amazon Spokesperson Boschetti didn't respond to specific questions about Flowers's employment status.

> "Amazon makes blood money. They would rather see their employees suffer but make the customers happy."

Even if TCOEW is unable to build enough support for a union at JFK8, they're still pursuing several legal challenges that have already forced changes at the facility. These kinds of indirect strategies are being increasingly eyed by labor and union organizers in the aftermath of the Bessemer election, with unions using protests and other forms of public pressure to get Amazon to make changes that workers want. An Amazon

R-
115

worker group called Amazonians United Chicagoland, for instance, has led protests and walkouts in the Chicago area throughout the pandemic.

Meanwhile, labor organizing at other Amazon facilities is also gaining steam. In Iowa, a local chapter of the Teamsters Union has been working on organizing Amazon warehouse workers and delivery drivers. Teamsters Local 238 Secretary-Treasurer Jesse Case **told _The New York Times_ (https://www.nytimes.com /2021/04/09/business/economy/amazon-labor- unions.html)** the group is also trying to take a different route than RWDSU, saying they don't want to rely on the union "election process to raise standards."

Union organizers typically need to win an election at individual facilities for a large company like Amazon. Once organizers get 30 percent of workers to sign a card saying they're interested in a union, the NLRB will hold an election. It takes a simple majority of votes to establish a union. If a majority of workers sign union cards, however, a company can voluntarily recognize the union. While it's unlikely that Amazon would do so, a clear majority would increase public pressure and potentially force the tech giant's hand.

RWDSU has said the organization has heard from more

R- 115

than 1,000 Amazon workers at other facilities who are interested in unionizing. But the union has yet to indicate whether or at which facilities they might push for an election.

> "[The PRO Act] won't solve all the issues, but at least it allows us to organize without union-busting."

Amazon's victory in the **David-versus-Goliath (https://www.jacobinmag.com/2021/04/amazon-bessemer-union-drive-vote-nlrb)** unionization effort in Bessemer has intensified pressure on Senate Democrats to eliminate the filibuster and pass the **Protecting the Right to Organize Act (https://edlabor.house.gov/imo/media/doc/Fact%20Sheet%20-%20PRO%20Act.pdf)**, one of the most ambitious attempts to strengthen the rights of workers and unions in decades. That pressure appears to be working: Conservative Democrat Sen. Joe Manchin announced he would **co-sponsor the bill (https://twitter.com/TonyRomm/status/1384162995836579842)** Monday. If passed, the legislation would ban many of the union-busting tactics

R-115

Amazon used to crush the organizing drive.

The legislation would be "a step toward the right direction," Smalls says. "It won't solve all the issues, but at least it allows us to organize without union-busting, and if there is union-busting … to hold the company or employees accountable. I think it'll also help galvanize workers to begin these workplace committees and form their own unions. I think it'll be a lot easier."

R-
115

## We're in this together

**We know that everyone in *Truthout*'s reader community will be touched by this pandemic in one way or another. That's why we're devoting ourselves to covering it as thoughtfully, accurately and creatively as possible.**

***Truthout* relies on donations from readers to keep publishing, and right now the news is moving more quickly than ever. If you can, please chip in to support trustworthy, fearless journalism at this time when it's needed most.**



DONATE NOW **(https://truthout.org /donate)**

*Copyright © Truthout. May not be reprinted without* **permission (mailto:editor@truthout.org)**.

---

**Candice Bernd (https://truthout.org /authors/candice-bernd/)**

R-
115

**Candice Bernd(https://candicequestions.com/)**
is senior editor/staff reporter at *Truthout.*
Her work has also appeared in several other
publications, including *The Nation*, *In These
Times*, the *Texas Observer*, *Salon*, *Rewire
News Group*, *Sludge*, *YES! Magazine* and
*Earth Island Journal.* Her work has received
awards from the San Francisco Press Club,
the Fort Worth chapter of Society of
Professional Journalists, the Native
American Journalists Association, and the
Dallas Peace and Justice Center. Follow her
on Twitter: **@CandiceBernd
(https://twitter.com/CandiceBernd)**.

**LATEST**     **ABOUT**

**t** TRUTHOUTTRUTHOUT

**DONATE**

TRENDING:

**f** **(HTTPS://WWW.FACEBOOK.COM/TRUTH(**

**NEWS** | ECONOMY & LABOR

# Staten Island Amazon Workers Begin Union Drive, Drawing Lessons From Bessemer



People protest working conditions outside of an Amazon warehouse

R-115

fulfillment center on May 1, 2020, in the Staten Island borough of New York City. Workers at the facility are beginning an independent union drive.

STEPHANIE KEITH/GETTY IMAGES

**BY**

**Candice Bernd (https://truthout.org/authors/candice-bernd/)**, TRUTHOUT

**PUBLISHED**

April 19, 2021

**SHARE**

*UPDATE: After this story was published, Staten Island warehouse workers forwarded* Truthout ***a message (https://truthout.org /wp-content/uploads /2018/05/HR- Message.jpg)*** *from the facility's human resources team sent warehouse-wide on*

An anti-union message sent to JFK8 warehouse workers on April 24, 2021.

COURTESY: JORDAN FLOWERS

R-115

*April 24, warning employees against signing a union card. The company has since **began displaying (https://www.vice.com/en/article/bvzx7v/amazon-launches-another-union-busting-campaign)** anti-union messaging on TV screens and in bathrooms employing the same anti-union rhetoric used to bust the high-profile union drive in Bessemer.*

I n some ways, Amazon workers' more than **yearlong struggle (https://www.nbcnews.com/business /business-news/fired-interrogated-disciplined-amazon-warehouse-organizers-allege-year-retaliation-n1262367)** for adequate COVID-19 protections and against corporate retaliation at the company's Staten Island facility in New York City helped pave the way for this month's unionization attempt at the Bessemer, Alabama, warehouse.

Now, as the Retail, Wholesale, and Department Store Union (RWDSU) seeks a second election through the National Labor Relations Board (NLRB), filing **official objections Friday (https://www.rwdsu.info /rwdsu_files_nlrb_election_objections)** charging Amazon with engaging in **illegal interference (https://slate.com/technology/2021/03/amazon-anti-union-campaign-alabama-twitter.html)** to defeat the

R-
115

union, Staten Island "JFK8" warehouse workers with The Congress of Essential Workers (TCOEW) tell *Truthout* they aren't deterred by the outcome. Rather, their on-the-ground experiences in Alabama, where the unionization effort gained national attention but ultimately failed, have taught them hard lessons that will inform their own approach to unionizing JFK8.

"We all wanted the union push to be successful in Alabama, especially with the odds being totally against them, being that Alabama is a nonunion state. But the fact that they had the opportunity to vote as a facility was historic," JFK8 warehouse worker Derrick Palmer told *Truthout*. "We have to take the bruises and pick it up where they left off. If anything it started a movement. It's going to be like a domino effect."

## Uncompromised, uncompromising news

Get reliable, independent news and commentary delivered to your inbox every day.

name@email.com        **SUBSCRIBE**

R-115

Palmer says the Bessemer push inspired JFK8 workers to take their labor organizing to the next level and start their own union drive. While Palmer says they've spoken with officials at a handful of allied unions, TCOEW organizers are pursuing an independent union that would be led directly by the facility's workers. The outcome in Bessemer, they say, has solidified the choice as the best option for Staten Island's more than 5,000 workers, especially since other unions have tried and failed to unionize facilities in New York.

In fact, TCOEW organizers say they've already called the NLRB to ensure they're taking the proper legal steps in establishing their own local, the **Amazon Labor Union (https://amazonlaborunion.org/)** (ALU). They hope ALU will eventually represent workers not just in Staten Island but at other Amazon facilities too.

"We figure, ... go the independent route which is worker-led," says Christian Smalls, who was fired from JFK8 last year after organizing a walkout to protest the company's lack of physical-distancing and COVID-19 protections. "That will build more confidence for workers that want to join because they'll be like, 'Hey look, this is something that is employee-driven, this is not a third party coming in, this is you guys creating your own union with your own set of rules and

R-
115

negotiations.' I think that's more appealing to the worker."

> "We have to take the bruises
> and pick it up where they left
> off. If anything it started a
> movement. It's going to be like
> a domino effect."

Smalls tells *Truthout* he isn't surprised by the outcome in Bessemer, having witnessed Amazon's union-busting tactics firsthand during TCOEW organizers' visit to the Alabama facility in February. "I was disappointed like everyone else, but I wasn't discouraged," he says. "There were some missed opportunities that [RWDSU] didn't do that we learned from going down there, so we're going to try to learn from those mistakes."

TCOEW organizers say one thing they've learned is to take a slower, more cautious approach in order to build enough internal support within the large warehouse for an independent union. "We're just trying to get all the pieces in order so that we do it effectively rather than just rushing into it," Palmer says.

JFK8 has several advantages over Bessemer, they say.

R-
115

For one thing, the warehouse has been around longer, and TCOEW organizers have more direct experience at the facility and a good reputation and influence among the workforce. Moreover, New York is a union-friendly state.

TCOEW organizers say they just starting to hand out union cards and pamphlets to workers at the facility. They're not just trying to build informal support for a union, they say, but are trying to build a more robust workers' committee fully committed to the project and ready to face the company's union-busting efforts. Smalls says they hope that by emphasizing worker-to-worker relationships — instead of relying on outside union organizers — they will be able to build trust among those working at the plant.

"We figure, go the independent route which is worker-led. That will build more confidence for workers that want to join."

After Smalls was fired for helping organize the March 30, 2020, walkout at JFK8, Palmer faced disciplinary action, ironically, for violating Amazon's physical-distancing rules even though he was protesting to

pressure the company to enforce those very rules. On April 10, 2020, Palmer says he was given a "final write-up," typically given for repeated violations, without receiving any previous write-ups.

In November 2020, a federal **judge dismissed (https://www.cnbc.com/2020/11/02/judge-dismisses-amazon-worker-lawsuit-over-coronavirus-safety.html)** Palmer and others' lawsuit arguing the company failed to track and prevent the spread of the COVID-19 among workers or follow proper guidelines provided by public health agencies. But in February 2021, New York Attorney General Letitia James **sued (https://ag.ny.gov/press-release/2021/attorney-general-james-files-lawsuit-against-amazon-failing-protect-workers)** Amazon for failing to protect workers at warehouses in Staten Island and Queens and accused the company of illegally retaliating against workers, including Palmer and Smalls.

Amazon maintains that it has always followed public health guidance for COVID-19 and provided employees with adequate personal protective equipment. Moreover, the company describes the New York AG's filing as failing to present an "accurate picture of Amazon's industry-leading response to the pandemic."

R-115

Amazon Spokesperson Maria Boschetti responded to the union push at JFK8, telling *Truthout* in a statement, "We respect our employees' right to join, form or not to join a labor union or other lawful organization of their own selection, without fear of retaliation, intimidation or harassment. Across Amazon, including in our fulfillment centers, we place enormous value on having daily conversations with each employee and work to make sure direct engagement with our employees is a strong part of our work culture."

"There were some missed opportunities that [RWDSU] didn't do that we learned from going down there, so we're going to try to learn from those mistakes."

Still, TCOEW organizers says management at the Staten Island warehouse has kept a watchful eye on their efforts. Palmer, for instance, tells *Truthout* that in February, he and small group of workers were told they had to attend a refresher hazmat training on potentially hazardous materials. But when the group got to an orientation room for the training, they were instead

R-115

shown a video about "code of business conduct and ethics." The video, he says, warned against employees' discussing potential safety issues or other "sensitive" information on social media.

At this point, Palmer says, he's not worried about further retaliation since he's already in the public spotlight for speaking out against the company's attempt to punish him for his organizing efforts. Smalls was already fired, and says he has nothing else to lose. "What's the worst that can happen? We've already been through the fire," he says.

The fight for COVID protections for Amazon workers has taken Smalls and other TCOEW organizers to Amazon headquarters as well as several of CEO Jeff Bezos's mansions over the past year. The organization is still campaigning on behalf of families that lost loved ones due to the Amazon employees being exposed to COVID at its warehouses. The organization is demanding the company pay those families at least $200,000 each, saying Amazon's offer of two months of free counseling isn't nearly enough.

R-
115

> "I'm giving the voice of
> employees with medical issues a
> chance to speak out, especially
> since Amazon's not union, and
> they can do whatever they
> want."

Jordan Flowers, another a JFK8 worker, tells *Truthout* he was fired in June because he couldn't work amid the pandemic due to his lupus nephritis. The company rehired him the following week, Flowers says, but wasn't paying him since he couldn't come into work, so he had to file for unemployment for several months. The company is only just now beginning to make accommodations for him, he says, potentially placing him on paid leave. He now needs a kidney transplant and fears he could be fired again and lose his health insurance.

"I was kind of sad to talk about [my condition] at first, but that gave me the opportunity to tell the world **what it is (https://www.mayoclinic.org/diseases-conditions /lupus-nephritis/symptoms-causes/syc-20354335)**, so now it gives other people who are scared to talk about their medical issue, on the job or not, a chance to talk about it," Flowers tells *Truthout*. "I'm giving the voice of

R-115

employees with medical issues a chance to speak out, especially since Amazon's not union, and they can do whatever they want."

Flowers says he's in talks with attorneys about the possibility of taking legal action against the company over what he calls a wrongful termination in the midst of the pandemic. "Amazon makes blood money. They would rather see their employees suffer but make the customers happy," he says. Amazon Spokesperson Boschetti didn't respond to specific questions about Flowers's employment status.

> "Amazon makes blood money.
> They would rather see their
> employees suffer but make the
> customers happy."

Even if TCOEW is unable to build enough support for a union at JFK8, they're still pursuing several legal challenges that have already forced changes at the facility. These kinds of indirect strategies are being increasingly eyed by labor and union organizers in the aftermath of the Bessemer election, with unions using protests and other forms of public pressure to get Amazon to make changes that workers want. An Amazon

R-115

worker group called Amazonians United Chicagoland, for instance, has led protests and walkouts in the Chicago area throughout the pandemic.

Meanwhile, labor organizing at other Amazon facilities is also gaining steam. In Iowa, a local chapter of the Teamsters Union has been working on organizing Amazon warehouse workers and delivery drivers. Teamsters Local 238 Secretary–Treasurer Jesse Case **told _The New York Times_ (https://www.nytimes.com /2021/04/09/business/economy/amazon-labor-unions.html)** the group is also trying to take a different route than RWDSU, saying they don't want to rely on the union "election process to raise standards."

Union organizers typically need to win an election at individual facilities for a large company like Amazon. Once organizers get 30 percent of workers to sign a card saying they're interested in a union, the NLRB will hold an election. It takes a simple majority of votes to establish a union. If a majority of workers sign union cards, however, a company can voluntarily recognize the union. While it's unlikely that Amazon would do so, a clear majority would increase public pressure and potentially force the tech giant's hand.

RWDSU has said the organization has heard from more

R-
115

than 1,000 Amazon workers at other facilities who are interested in unionizing. But the union has yet to indicate whether or at which facilities they might push for an election.

> "[The PRO Act] won't solve all the issues, but at least it allows us to organize without union-busting."

Amazon's victory in the **David-versus-Goliath (https://www.jacobinmag.com/2021/04/amazon-bessemer-union-drive-vote-nlrb)** unionization effort in Bessemer has intensified pressure on Senate Democrats to eliminate the filibuster and pass the **Protecting the Right to Organize Act (https://edlabor.house.gov/imo/media/doc/Fact%20Sheet%20-%20PRO%20Act.pdf)**, one of the most ambitious attempts to strengthen the rights of workers and unions in decades. That pressure appears to be working: Conservative Democrat Sen. Joe Manchin announced he would **co-sponsor the bill (https://twitter.com/TonyRomm/status/1384162995836579842)** Monday. If passed, the legislation would ban many of the union-busting tactics

R-115

Amazon used to crush the organizing drive.

The legislation would be "a step toward the right direction," Smalls says. "It won't solve all the issues, but at least it allows us to organize without union-busting, and if there is union-busting … to hold the company or employees accountable. I think it'll also help galvanize workers to begin these workplace committees and form their own unions. I think it'll be a lot easier."

R-
115

## We're in this together

**We know that everyone in *Truthout*'s reader community will be touched by this pandemic in one way or another. That's why we're devoting ourselves to covering it as thoughtfully, accurately and creatively as possible.**

***Truthout* relies on donations from readers to keep publishing, and right now the news is moving more quickly than ever. If you can, please chip in to support trustworthy, fearless journalism at this time when it's needed most.**



DONATE NOW **(https://truthout.org /donate)**

*Copyright © Truthout. May not be reprinted without* **permission (mailto:editor@truthout.org)***.*

---

**Candice Bernd (https://truthout.org /authors/candice-bernd/)**

R-
115

**Candice Bernd(https://candicequestions.com/)**
is senior editor/staff reporter at *Truthout.*
Her work has also appeared in several other
publications, including *The Nation*, *In These*
*Times*, the *Texas Observer*, *Salon*, *Rewire*
*News Group*, *Sludge*, *YES! Magazine* and
*Earth Island Journal.* Her work has received
awards from the San Francisco Press Club,
the Fort Worth chapter of Society of
Professional Journalists, the Native
American Journalists Association, and the
Dallas Peace and Justice Center. Follow her
on Twitter: **@CandiceBernd**
**(https://twitter.com/CandiceBernd)**.

R-
115

County of Kings
State of New York

Case 29-CA-261755

# CONFIDENTIAL TELEPHONE WITNESS AFFIDAVIT

**I, Gerald Bryson, being duly sworn upon my oath, hereby state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the Board and will not be disclosed unless it becomes necessary to produce the Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at 1950 Clove Road, Apt. 543, Staten Island, NY 10304

My cellphone number is 347-893-3271; my email address is: jcream1963@gmail.com.

1   1. I am not currently employed. I was employed by Amazon (the Employer or Amazon).

2   I was employed by Amazon since about October 23, 2018 until my termination on April

3   17, 2020. I was employed as a Warehouse ~~Worker.~~ ASSOCIATE 1 I worked as a Counter in the Pick

4   Count Floor (PCF DEPARTMENT) until my transfer to Outbound Ship Dock around March 5, 2020. I worked 

5   at the Employer's Warehouse JFK-8 located in Staten Island, New York (the

6   Warehouse). My primary duty was to count the number of products in ~~an order~~ EACH BIN and 

7   verify that the stower put the correct number of items in the ~~order.~~ BIN  

8   2. I worked four 10 hour shifts at Amazon. I worked Wednesday through Saturday. My

9   work schedule was from 7:15 AM to 5:45 PM. I was paid $18.30 per hour. On average,

10  I worked about 40 hours per week. The Employer mandated employees to work

11  overtime. The Employer paid overtime on the days that the Employer mandated

1

**Privacy Act Statement**
The NLRB is asking you for the information on this form on the authority of the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the NLRB in processing representation and/or unfair labor practice cases and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). Additional information about these uses is available at the NLRB website, www.nlrb.gov. Providing this information to the NLRB is voluntary. However, if you do not provide the information, the NLRB may refuse to continue processing an unfair labor practice or representation case, or may issue you a subpoena and seek enforcement of the subpoena in federal court.

Initials _____

R-
123

1    employees to work overtime.  I typically avoided working overtime but could have

2    been mandated up to 15 hours of overtime during Prime week, Easter, and other

3    holidays like Christmas, Hanukah, and 4th of July.

4    3.  My supervisor was Ron (LNU).  My supervisor in Pick Count Floor was Bertram Price

5    (Price).  There was a time that I worked on Price's team along with Derrick Palmer

6    (Derrick), and Christian Smalls (Christian).  For about nine months straight Price's

7    team had the highest productivity rate in the Warehouse.  Amazon Manager Tom

8    (LNU) and his protégé Katherine (LNU) began monitoring Price's team.  I wrote a

9    letter to Amazon's Human Resource Department complaining about ~~our team being~~

10    ~~monitored,~~ and asked Manager Tom to transfer me to Outbound Ship Dock.  I

11    transferred to Outbound Ship Dock around March 5, 2020.  At the end of my

12    employment, I was working in the Outbound Ship Dock Department.

*[Handwritten margin notes: "KATHERINE HARASSING MONITORING ME"]*

13    4.  I was issued discipline about 4 or 5 times during my employment at the Employer.  I

14    was written up once while I was still a trainee.  The write-up issued to me as a trainee

15    was for average work productivity.  All of my other write-ups were also for average

16    work productivity.  The write-ups that I got for average work productivity were

17    automated.  Amazon's system generates the write-up based on the gun scans that an

18    employee enters.  An employee is notified and gets the write-up ~~when the employee~~

19    ~~logs into~~ Amazon's computer system.  I was not issued any other discipline during my

20    employment except the suspension and termination in April 2020.

*[Handwritten margin note: "FROM A MANAGER, WHO IS NOTIFIED BY"]*

21    5.  On or about March 20 or 21, 2020 the Employer had a fair at the Warehouse.  The

22    Employer was raffling off different prizes to employees.  My then-coworkers Christian

23    Smalls, Derrick Palmer, ~~Jordan Flowers (Jordan),~~ and I were shocked that Amazon was

24    not enforcing any social distancing, or providing any employees with protective gear.

-2-

Initials _____

1    Christian, Derrick, ~~Jordan~~ and I decided to go speak to management at the next

2    management meeting on March 25, 2020.

6.   I participated in developing the demands that my coworkers and I wanted to present to

4    management.  I participated with my coworkers on telephone calls and Zoom meetings

5    to address worker issues and Amazon not protecting us from the COVID pandemic.

6    My coworkers and I participated on conference calls with Make the Road New York.

7.   On March 25, 2020, my then-coworkers Derrick, Christian, myself and about 10 other

8    employees walked in on a management meeting in the General Manager's Office at the

9    Warehouse.  Present at the management meeting were about 10-20 managers.  Christian

10   said, what do you guys intend to do?  Christian said, there is a pandemic, and there is

11   no social distancing in place.  I said, don't you realize that people are dying out there?

12   I said, I don't want to bring this home to my family.  I said, I have a newborn grandson.

13   General Manager of JFK8 Sai (LNU) said, we understand, Gerald.  I said, people are

14   dying.  General Manager Sai (LNU) said, we will get back to you.  ~~Dereck~~ DERRICK also spoke

15   up.  I cannot recall what Derrick said.  The conversation lasted for about 10 minutes.

8.   Sometime around March 30, 2020, either Derrick or Christian delivered the workers'

17   demands to management. TO THE MEDIA AND  The workers' demands included Amazon cleaning the

18   facility, employees getting paid time off, that Amazon enforce social distancing and

19   provide employees masks and gloves as well as have washing stations for employees.

20   I participated in the March 30, 2020 picket outside the Warehouse.  I remained outside

21   of the Warehouse when either Christian or Derrick ~~entered~~ APPROACHED the building to deliver the

22   employee demands to management.

9.   On about April 6, 2020, I was scheduled off from work.  On April 6, Amazon

24   Warehouse employees, essential workers who supported the Amazon Warehouse

-3-

Initials _____

1    workers, and I picketed outside of the Warehouse.   There were about 50 people

2    standing outside of the Warehouse.   There were reporters standing on the public

3    sidewalk outside of Amazon's parking lot.  My coworkers and I took turns going inside

4    the Amazon parking lot with our signs and the bull horn.  When my coworkers and I

5    entered the parking lot we stayed about 100 feet from the Warehouse entrance.   At

6    some point during the picket, I entered the parking lot with my coworker Mandy

7    (LNU).  Mandy and I stood on the median which separated the parked cars that were

8    facing each other.  Mandy and I maintained 6 feet of social distance from each other.

9    Using the bullhorn, I was asking Amazon safety staff and the security guards how many

10   employees were infected with COVID-19.   I said, how many mister safety man?  I

11   said, how many? I said, how many infected? I said, how many infected today? I heard

12   a voice say, why don't you get out of here?  I continued to chant, "tell us how many."

13   I heard, "why don't you get the fuck out of here."  I said, who said that?  I said [to

14   Mandy], are you taping this?  Mandy said, no.  I said [to Mandy], are you hearing this?

15   A woman answered, I did!  I said, where you at?  I said, I don't see you.  I started

16   following the woman's voice.  Mandy did not follow me to where the woman was.

17   Mandy stayed away from the woman and I to maintain social distancing.  I saw a

18   woman sitting crouched ~~between two~~ *NEXT TO A* parked ~~cars~~ *CAR* smoking a cigarette.  When I saw the          *JB*

19   woman I maintained at least 6 feet of social distance.  I said, why are you acting like

20   that?  I said, I am here trying to help you too.  I said, Amazon is giving you $2.00 to

21   sell your soul.  I said, you're not afraid to bring this home to your family?  The woman

22   said, I don't care.  The woman said, I don't give a fuck.  The woman said, I need to

23   work.  The woman said, I need the money.  The woman said, you should be happy that          *JB 7/7/2020*

24   you have a job.  *THE WOMAN SAID, THIS IS GOING TO BE YOUR LAST JOB, HOE.* The woman said, you shouldn't be out here doing this to them.  I said,

25   what are you talking about? I said, they do not care about your safety.  I said, consider

26   yourself bought for two dollars more. *,BITCH* The woman said, fuck you go back to the Bronx. *TO WHERE YOU CAME FROM GO BACK*          *JB 7/7/2020*

-4-

Initials  _____*JB.*_____

*[handwritten top margin: , GUTTER BITCH. I'M OUT HERE FOR YOU BECAUSE YOU CAN'T FIGHT FOR YOURSELF, YOU'RE TOO STUPID.  GB 7/7/2020]*

1    I said, I'm sorry to tell you I was born and raised here in Staten Island. The woman

2    walked away from me toward the Warehouse entrance. When the woman reached the

3    Warehouse entrance, the woman said, what are you going to do? I said, I'm over here! *[handwritten: THE WOMAN SAID, YOU WANT TO BRING IT, I'LL BRING IT.  GB 7/7/2020]*

4    The woman ~~walked~~ into the Warehouse ~~entrance.~~ At the point I said "I'm over here", *[handwritten: THE WOMAN SAID, BYE, BYE, WAS MOVED BY AMAZON STAFF  GB 7/7/2020]*

5    I was over 100 feet away from the woman. I did not have any other communication *[handwritten: EVER]*

6    with the woman.

7    10. The woman employee that cursed at me on April 6, 2020 was Caucasian. I did not

8    know the woman's name. I know that the woman is Warehouse employee. I have seen

9    the woman working around the Warehouse. ~~I did not curse at the woman on April 6,~~

10   ~~2020.~~

11   11. I took time off from work to avoid being exposed to COVID-19. I did not report to

12   work between April 6, 2020 and my suspension on April 10, 2020. The last day that I

13   reported to work in the Warehouse was about March 28, 2020.

14   12. On about April 10, 2020, sometime between 11 AM and 1 PM, I received a phone call

15   from Human Resources Representative Tyler Grabowski (Tyler) on my personal cell

16   phone. Tyler said, hi Gerald, this is Tyler from HR. Tyler said, I am calling in response

17   to a complaint made against you. I said, what's the complaint? Tyler said, did you

18   have an altercation with a woman outside the Warehouse? I said, yeah I was protesting

19   and she asked me, why I don't get the fuck out of here. I said, who complained? I said,

20   what's her name? Tyler said, I can't divulge. Tyler said, did you call her the N word?

21   I said, what do you mean? I said, I am black. Tyler said, we have to do an investigation.

22   Tyler said, were people outside in the front? I said, yeah there was a girl outside out

23   there with me. I said, this may have been caught on tape. Tyler said, who was out

24   there with you? Tyler said, what is her name? I said, I don't know. Tyler said, you

25   don't remember *[handwritten: HER]* name? I said, nope. I said, I see her around. Tyler said, you are

-5-

Initials _____

1     suspended with pay.  I said, you do realize that I was protesting on my day off.  Tyler

2     did not respond to my statement.  Tyler said, we will get back to you with our decision.

3    13. I did not say the N word to the woman on April 6, 2020.  The woman was Caucasian.

4    14. On about April 17, 2020, I received a call from Human Resource Representative Tyler

5     on my personal cell phone around 11 AM.  Tyler said, hi Gerald.  Tyler said, we decided

6     to part ways from you.  I said, you're telling me that I am terminated?  Tyler said, yeah.

7     I said, what for?  Tyler said, bullying.  I said, what do you mean bullying?  I said, she

8     told me to get the fuck out of here.  Tyler said, that's the decision that was made.  I

9     said, she's the one that was bullying me.  I said, I never approached her or did anything

10    to her.  I said, and you do realize that it was my day off?  Tyler said, I do.  This was the

11    extent of my conversation with Tyler.

12   15. I know that Amazon has a zero tolerance policy for cursing and fighting.  About a year

13    ago, then employee Scott (LNU) had an argument with another coworker.  The

14    coworker threw a plastic tote bin at Scott.  Scott did not physically assault the coworker.

15    Scott ~~cursed at the coworker~~ SAID "DO YOU WANT TO FIGHT?" IN SURPRISE.  Both the coworker and Scott were fired for the argument.

16   16. To my knowledge, the woman who cursed me out on April 6, 2020 while on duty is

17    still employed at Amazon, and has not been issued discipline.

18   17. On April 19, 2020 Human Resource Representative Tyler e-mailed me a copy of my

19    termination notice.  I did not respond to Tyler's April 19, 2020 e-mail.  I will provide

20    the Agent with a copy of the email and termination notice.  I haven't had any further

21    communication with the Employer since I was terminated.

22   **I am being provided a copy of this Confidential Witness Affidavit for my review. If,**
23   **after reviewing this affidavit again, I remember anything else that is relevant, or**
24   **desire to make any changes, I will immediately notify the Board agent. I understand**
25   **that this affidavit is a confidential law enforcement record and should not be shown**

Initials _____

1  to any person other than my attorney or other person representing me in this
2  proceeding.

3  I have read this Confidential Witness Affidavit consisting of (7) pages, including this
4  page, I fully understand it, and I state under penalty of perjury that it is true and
5  correct.  However, if after reviewing this affidavit again, I remember anything else
6  that is important or I wish to make any changes, I will immediately notify the Board
7  agent.
8
   Date: _6/30/2020_   Signature: _____
                                        Gerald Bryson
9
10  Signed and sworn to before me by telephone on
11
12  _____
13
14
15  _____
16  Evamaria Cox
17  Board Agent
18  National Labor Relations Board

-7-

Initials _____

R-
123

# Morgan Lewis

**Kelcey J. Phillips**
Associate
+1.202.739.5455
kelcey.phillips@morganlewis.com

May 12, 2021

**Via Email**
Evamaria Cox
Field Attorney
National Labor Relations Board, Region 29
Two Metro Tech Center, Suite 5100
Brooklyn, NY 11201

Re:   Amazon.com Service LLC Case 29-CA-261755

Dear Ms. Cox:

We have attached a third privilege log, which includes the potentially responsive privileged documents we have reviewed to date.

We also wanted to address a few points related to today's production of documents responsive to subpoena *duces tecum* B-1-1BUGMIX.  Included in our production today are a number of Chime conversations.  In some, we have redacted certain messages. As you may know, Chime threads are akin to Instant Messaging platforms and services, and during the parties to the thread can have an ongoing "conversation" regarding any number of disparate matters.  This contrasts significantly from emails that typically involve a single subject.  We want to clarify that the redactions are of non-responsive subject-matter contained in the Chime threads that have nothing to do with the information requested by way of the subpoena. We have provided those portions of the Chime threads that are responsive to subpoenas.

Please contact me should you have any questions.


Sincerely,

*/s/ Kelcey J. Phillips*
Kelcey J. Phillips

cc: Nicole Buffalano, Esq.
Christopher J. Murphy, Esq.
Jennifer Mott Williams, Esq.
Matthew Jackson, Esq.
Frank Kearl, Esq.


**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States

**T** +1.202.739.3000
**F** +1.202.739.3001

R-125

**Archived:** Sunday, May 23, 2021 3:29:58 PM
**From:** nicole.buffalano@morganlewis.com
**Mail received time:** Wed, 31 Mar 2021 23:32:23
**Sent:** Thu, 1 Apr 2021 03:32:20
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Murphy, Christopher J. Phillips, Kelcey J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

# Buffalano, Nicole sent you a secure message

### Access message

Secured by kiteworks

⏰  Attachments expire on May 01, 2021

  **1 PDF**
Bryson 3.31 Production.pdf

This message requires that you sign in to access the message and any file attachments.

R-127

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Sunday, May 23, 2021 3:29:54 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Thu, 1 Apr 2021 08:13:40
**Sent:** Thu, 1 Apr 2021 12:13:37
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

# Morgan Lewis

# kelcey.phillips@morganlewis.com sent you a secure message

## Access message

Secured by kiteworks

⏰ Attachments expire on May 01, 2021

📄 1 compressed file
Bryson 3.31 Production(2).zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

| | |
|---|---|
| **From:** | kelcey.phillips@morganlewis.com |
| **Sent:** | Monday, April 5, 2021 10:16 PM |
| **To:** | matthew.jackson@nlrb.gov; evamaria.cox@nlrb.gov |
| **Cc:** | Buffalano, Nicole; Murphy, Christopher J. |
| **Subject:** | Amazon, Case No. 29-CA-261755 |



# kelcey.phillips@morganlewis.com sent you a secure message



Ms. Cox and Mr. Jackson, as mentioned, here are the 4.5.21 responsive documents.



 Attachments expire on May 06, 2021

1 compressed file
Bryson 4.5 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Archived:** Wednesday, May 19, 2021 7:48:25 PM
**From:** Cox, Evamaria
**Mail received time:** Tue, 6 Apr 2021 17:42:10
**Sent:** Tue, 6 Apr 2021 21:42:01
**To:** Phillips, Kelcey J.
**Subject:** RE: Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

[EXTERNAL EMAIL]
Thank you very much.

**From:** Phillips, Kelcey J. <kelcey.phillips@morganlewis.com>
**Sent:** Tuesday, April 6, 2021 4:48 PM
**To:** Cox, Evamaria <Evamaria.Cox@nlrb.gov>; Jackson, Matthew <Matthew.Jackson@nlrb.gov>
**Cc:** Buffalano, Nicole <nicole.buffalano@morganlewis.com>; Murphy, Christopher J.
<christopher.murphy@morganlewis.com>
**Subject:** RE: Amazon, Case No. 29-CA-261755

Ms. Cox,

Attached please find document AMZ-BRY000188 – AMZ-BRY000197.  This format should be easier to follow.

Thanks,
Kelcey

**Kelcey J. Phillips\***
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5455 | Main: +1.202.739.3000 | Fax: +1.202.739.3001 | Mobile: +1.323.376.3589
kelcey.phillips@morganlewis.com | www.morganlewis.com
Assistant: Denise Ann Soo Hoo | +1.202.373.6616 | denise.soohoo@morganlewis.com
\*Admitted in California only; Practice supervised by DC Bar members



**From:** Cox, Evamaria <Evamaria.Cox@nlrb.gov>
**Sent:** Tuesday, April 6, 2021 11:23 AM
**To:** Phillips, Kelcey J. <kelcey.phillips@morganlewis.com>; Jackson, Matthew <Matthew.Jackson@nlrb.gov>
**Cc:** Buffalano, Nicole <nicole.buffalano@morganlewis.com>; Murphy, Christopher J.
<christopher.murphy@morganlewis.com>
**Subject:** RE: Amazon, Case No. 29-CA-261755

[EXTERNAL EMAIL]
Good morning Counsel,

I am in receipt of the latest set of documents.  Please note that there are deficiencies in this production.  I will address other
deficiencies with the March 31 and April 1 production under separate cover.

With regard to this production, please note that **AMZ-BRY000194 and AMZ-BRY000195** appear to be in inserted in

inverse order.  It appears that 195 should come before 194.  I've attached the production for your reference.  Further, the comments in the Incident Details Section are incomplete.  Thus, it appears a page is missing.  Please produce the page(s) as would complete the comments in the Incident Details Section.

Attached you will also find the production with my highlights.  In response to subpoena paragraphs 17 and 18, please produce the disciplinary document issued to the employees that I've highlighted, the personnel files associated with those highlighted employees, and the documents showing the investigations in connection with those highlighted disciplinary actions.  I've selected the highlighted disciplines because they were issued between May 1, 2019 and April 30, 2020.

Please let me know if you have any questions.  Thank you.

Very truly yours,

**Evamaria Cox** | Field Attorney
National Labor Relations Board, Region 29
Two MetroTech Center, Suite 5100
Brooklyn, NY  11201
Phone:  718.765.6172
Cell:  202.702.7499
Fax:  718.330.7579
evamaria.cox@nlrb.gov

**The NLRB now requires e-filing for most documents.**
See GC 20-01 and Frequently Asked Questions

CONFIDENTIALITY NOTICE—OFFICIAL GOVERNMENT BUSINESS
This communication may contain Privacy Act Data/Sensitive Data which is intended only for the use of the individual to which it is addressed. It may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify this office immediately by telephone call at the above number for instructions regarding its return or destruction. Thank you.

**From:** Phillips, Kelcey J. <kelcey.phillips@morganlewis.com>
**Sent:** Monday, April 5, 2021 10:16 PM
**To:** Cox, Evamaria <Evamaria.Cox@nlrb.gov>; Jackson, Matthew <Matthew.Jackson@nlrb.gov>
**Cc:** Buffalano, Nicole <nicole.buffalano@morganlewis.com>; Murphy, Christopher J. <christopher.murphy@morganlewis.com>
**Subject:** Amazon, Case No. 29-CA-261755

Ms. Cox and Mr. Jackson,

We have just sent, via Morgan Lewis' secure file transfer system, additional documents responsive to Subpoena paragraph 13.

Please let us know if you have any trouble accessing or opening the documents.

Best,
Kelcey

**Kelcey J. Phillips\***
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5455 | Main: +1.202.739.3000 | Fax: +1.202.739.3001 | Mobile: +1.323.376.3589
kelcey.phillips@morganlewis.com | www.morganlewis.com
Assistant: Denise Ann Soo Hoo | +1.202.373.6616 | denise.soohoo@morganlewis.com
\*Admitted in California only; Practice supervised by DC Bar members

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:08:10 PM
**From:** Murphy, Christopher J.
**Mail received time:** Wed, 7 Apr 2021 17:35:02
**Sent:** Wed, 7 Apr 2021 17:35:00
**To:** Cox, Evamaria
**Cc:** Buffalano, Nicole  Phillips, Kelcey J.  Bagley, Claire E.
**Subject:** AMAZON.COM SERVICES LLC, 29-CA-261755
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
AMZ-BRY000198 - AMZ-BRY000213.pdf;

---

Eva:

Please see the attached materials produced pursuant to the CAGC's subpoena in the above-referenced matter.  These materials identify 34 instances of discipline at JFK8 containing a search term (with expander) contained in CAGC subpoena paragraph 16.

*Chris*
**Christopher J. Murphy**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5601 | Cell: +1.267.307.1024 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
christopher.murphy@morganlewis.com | www.morganlewis.com
Assistant: Claire Bagley | +1.215.963.5990 | claire.bagley@morganlewis.com



**Archived:** Thursday, December 16, 2021 10:10:13 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Mon, 12 Apr 2021 17:58:37
**Sent:** Mon, 12 Apr 2021 21:58:33
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Hello Ms. Cox and Mr. Jackson,

Please find attached the requested native format documents: AMZ-BRY000172- AMZ-BRY000178, AMZ-BRY000182- AMZ-BRY000183, and AMZ-BRY000184.

Secured by **Kiteworks**

⏱ Attachments expire on May 12, 2021

📄 1 compressed file
Bryson 4.12.21 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:11:58 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Thu, 15 Apr 2021 22:02:31
**Sent:** Fri, 16 Apr 2021 02:02:28
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

[ Access message ]

Ms. Cox and Mr. Jackson,

Attached are documents responsive to Paragraphs 1, 16 and 17.  Within the attached folder is a cover letter identifying the subpoena paragraph to which each produced document is responsive.

Thanks,
Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on May 16, 2021

📄 1 compressed file
Bryson 4.15 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Wednesday, May 19, 2021 7:48:02 PM
**From:** Murphy, Christopher J.
**Mail received time:** Sat, 17 Apr 2021 14:36:53
**Sent:** Sat, 17 Apr 2021 14:36:51
**To:** Cox, Evamaria  Jackson, Matthew
**Cc:** Buffalano, Nicole  Ranjo, Jason J.  Phillips, Kelcey J.
**Subject:** Follow Up to 4/16/21 Call
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
For Our 7_30 Call -- Please forward to Your side.msg;

---

Eva:

Following our 90-minute call last evening, here is our understanding of the items discussed or agreed to last night:

1.      We agreed to provide hit reports by search term for the following: (a) For the JFK8 set of 1,593 disciplines a hit list for the paragraph 16 terms (5 terms) and the paragraph 17 terms (31 terms); (b) For the EWR4 and BDL3 sets of disciplines, provide the same of hit list for both Paragraphs 16 and 17; and (c) We agreed to produce the personnel and investigative files, if any, of any employee whose discipline suggests to you that they may a comparator.  Relatedly, we have produced the personnel files for the 32 JFK8 comparators you have identified.

2.      We confirmed our written advice that the "discipline forms" you seek cannot be generated or extracted from the discipline reports (adapt) we have sent to you. Each discipline form you seek must be extracted manually.  That is, the personnel file of the employee for whom you seek a discipline form must be downloaded from Amazon and reviewed by a reviewer.  The reviewer then identifies the discipline form(s) and copies it to a pdf format for review, QC and production.  As we advised under separate cover, this process is labor and time intensive.  For example, we estimate that production of the discipline forms in pdf form for JFK8, EWR4 and BDL3 would take more than 1000 hours of reviewer or attorney time. Assuming a 40 hour work week, this work would take more than 25 weeks to complete.

3.      We offered to search for additional search terms for the 10 paragraph 19 custodians already transferred.  (Two of the custodians we selected did not transfer over yet due to size limitations.)  This would be in addition to the terms provided in our pre-call email of last night (copy attached).  We ask that you provide us the additional terms you would like us to search. We also agreed to provide a hit list for each of the paragraph 19 terms searched to date.

4.      We explained how we selected the paragraph 19 custodian and search terms utilized.  As indicated, our approach was simple – we picked the custodians and terms that seemed to have the most relevance to Bryson's alleged PCA and the circumstances that lead to his termination.  We took issue with your suggestion that you didn't know what search terms to propose because you investigated this case and now have been preparing it for trial for months.  You asked why we didn't include the terms "blog" or "post" in our initial cut and we explained that we simply hadn't seen the strong connection of those terms to this case.  As noted above, we will search any additional terms form your set of proposed terms.

5.      Relatedly, you asked us about 5 paragraph 19 custodians (Neha Viswanath, Brian Reichart, Milly Gutierrez, Traci Weishalla, Anand Mehta, and Kristin LaRosa) not included in our initial review.  As per #4, we explained that we didn't select them because we did not view them as central to this case.  Please confirm that you want us to review those additional custodians and we will begin the process.  Note, however, that Amazon objects to pulling electronically stored information for Kristin LaRosa as a custodian because, as we explained, she is an Amazon in-house attorney, and the vast majority, if not all, of her responsive communications are likely privileged.  If Ms. LaRosa appears on responsive communications for other custodians, we will evaluate privilege on an individualized basis.

Please let us know if you think we missed anything substantive.

Finally, we object to the repeated insinuations made by your participants on the call that we and/or our client are being less than fully compliant with our respective obligations to produce documents in this case.  Some of the participants on your side repeatedly used the terms "transparency" and "clarity" to suggest that Amazon has not produced all the responsive materials in its possession or that we are somehow not complying with our obligations under the applicable Rules of Professional Conduct.  When we pressed you to substantiate your insinuations, you said only that the production did not look like how you expected it to look and that Amazon's systems may not be "standard."  In response, we repeatedly assured you that we, in turn, have been assured that all emails and Chimes responsive to the Paragraph 19 search criteria we provided have been collected.  To alleviate your unfounded concerns that Amazon Chimes were not properly searched or pulled, Jason Ranjo told you that Amazon routinely produces Chimes in civil litigation discovery, that this Amazon production has proceeded in exactly the same way that others such productions have proceeded, and that no one has ever made the insinuations casually tossed about last night.  We respectfully request that you refrain from any further conjecture and aspersion.

*Chris*

**Christopher J. Murphy**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5601 | Cell: +1.267.307.1024 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
christopher.murphy@morganlewis.com | www.morganlewis.com
Assistant: Claire Bagley | +1.215.963.5990 | claire.bagley@morganlewis.com



**Archived:** Thursday, December 16, 2021 10:17:49 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Tue, 20 Apr 2021 22:43:40
**Sent:** Wed, 21 Apr 2021 02:43:38
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

### kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Attached are documents responsive to subpoena B-1-1BUGMIX. Within the attached folder is a cover letter identifying the subpoena paragraph to which each produced document is responsive.

Thanks,
Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on May 21, 2021

📄 1 compressed file
Bryson 4.20 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:49:27 PM
**From:** Murphy, Christopher J.
**Mail received time:** Mon, 26 Apr 2021 17:40:59
**Sent:** Mon, 26 Apr 2021 17:40:57
**To:** Cox, Evamaria  Jackson, Matthew  Frank Kearl
**Cc:** Buffalano, Nicole  Phillips, Kelsey J.  Bagley, Claire E.
**Subject:** Amazon_Bryson - Privilege Log (4-26-21)
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Amazon_Bryson - Privilege Log (4-26-21).pdf;

---

All:

As discussed at the hearing today, attached is Respondent's privilege log.  As our production continues, we anticipate that we will supplement this log.

*Chris*
**Christopher J. Murphy**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5601 | Cell: +1.267.307.1024 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
christopher.murphy@morganlewis.com | www.morganlewis.com
Assistant: Claire Bagley | +1.215.963.5990 | claire.bagley@morganlewis.com



**Archived:** Thursday, December 16, 2021 10:19:46 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Tue, 27 Apr 2021 22:47:13
**Sent:** Wed, 28 Apr 2021 02:47:09
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

# Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Attached are documents responsive to subpoena B-1-1BUGMIX. Within the attached folder is (1) a cover letter identifying the subpoena paragraph to which each produced document is responsive, and (2) a redacted copy of our communication with regard to search terms and custodians for Paragraphs 12 and 14.

Secured by **Kiteworks**

---

⏰ Attachments expire on May 28, 2021

---

📄 1 compressed file
Bryson 4.27 Production.zip

---

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:20:55 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Fri, 30 Apr 2021 09:17:17
**Sent:** Fri, 30 Apr 2021 13:16:36
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon.com Services LLC (29-CA-261755)
**Importance:** Normal
**Sensitivity:** None

## Morgan Lewis

### kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

As stated in my email, please find attached the outstanding documents related to request #4 in your April 28, 2021 email.

Thanks,
Kelcey

Secured by **Kiteworks**

⏰  Attachments expire on May 30, 2021

📄  1 compressed file
Bryson 4.30 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:21:41 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Sat, 1 May 2021 19:03:04
**Sent:** Sat, 1 May 2021 23:02:55
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

# Morgan Lewis

# kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, attached are additional documents responsive to the subpoena.

Thanks,
Kelcey

Secured by **Kiteworks**

---

⏱ Attachments expire on May 31, 2021

---

📄 1 compressed file
Bryson 5.1 Production(2).zip

---

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:22:33 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Sun, 2 May 2021 12:57:12
**Sent:** Sun, 2 May 2021 16:57:09
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to the subpoena B-1-1BUGMIX.

Thanks,
Kelcey

Secured by **Kiteworks**

Attachments expire on Jun 01, 2021

1 compressed file
Bryson 5.2 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:23:19 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Mon, 3 May 2021 08:35:35
**Sent:** Mon, 3 May 2021 12:35:32
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to the subpoena B-1-1BUGMIX.

Thanks,

Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on Jun 02, 2021

📄 1 compressed file
Bryson 5.3 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:49:20 PM
**From:** Buffalano, Nicole
**Mail received time:** Mon, 3 May 2021 23:23:11
**Sent:** Mon, 3 May 2021 20:23:09
**To:** Cox, Evamaria Frank Kearl Jackson, Matthew
**Cc:** Murphy, Christopher J. Phillips, Kelcey J. Rosenblatt, Richard G.
**Subject:** Privilege Log
**Importance:** Normal
**Sensitivity:** None
**Attachments:**

Amazon_Bryson - Amazon's Second Privilege Log.pdf;

---

Ms. Cox and Messrs. Kearl and Matthew,

Attached is the revised privilege log.

Thank you,

**Nicole Buffalano**
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7443 | Main: +1.213.612.2500 | Fax: +1.213.612.2501 | Mobile: +1.240.350.8208
nicole.buffalano@morganlewis.com | www.morganlewis.com
Assistant: Lois J. Han | +1.213.612.7407 | lois.han@morganlewis.com



**Archived:** Thursday, December 16, 2021 10:24:47 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Tue, 4 May 2021 09:12:06
**Sent:** Tue, 4 May 2021 13:12:03
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

[ Access message ]

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to the subpoena B-1-1BUGMIX.

Thanks,

Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on Jun 03, 2021

📄 1 compressed file
Bryson 5.4 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:25:37 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Wed, 5 May 2021 07:42:38
**Sent:** Wed, 5 May 2021 11:42:35
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

# Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find documents responsive to the subpoena B-1-1CBQM1N.

Thanks,

Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on Jun 04, 2021

🗎 1 compressed file
Bryson 5.5 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:26:16 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Fri, 7 May 2021 11:14:24
**Sent:** Fri, 7 May 2021 15:14:20
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1BUGMIX and subpoena B-1-1CBQM1N.

Thanks,

Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on Jun 06, 2021

📄 1 compressed file
   Bryson 5.7 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:26:49 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Sat, 8 May 2021 19:52:56
**Sent:** Sat, 8 May 2021 23:52:52
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

## Morgan Lewis

### kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1BUGMIX and subpoena B-1-1CBQM1N.

Thanks,
Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on Jun 07, 2021

📄 1 compressed file
Bryson 5.8 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:27:18 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Sun, 9 May 2021 17:17:14
**Sent:** Sun, 9 May 2021 21:17:06
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1BUGMIX and subpoena B-1-1CBQM1N.

Thanks,

Kelcey

Secured by **Kiteworks**

⏱ Attachments expire on Jun 08, 2021

📄 1 compressed file
Bryson 5.9 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:28:36 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Wed, 12 May 2021 16:10:10
**Sent:** Wed, 12 May 2021 20:10:07
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1BUGMIX.

Thanks,
Kelcey

Secured by **Kiteworks**

⏰  Attachments expire on Jun 11, 2021

📄  1 compressed file
Bryson 5.12 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:28:45 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Wed, 12 May 2021 17:09:09
**Sent:** Wed, 12 May 2021 21:09:05
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1BUGMIX.

Thanks,

Kelcey

Secured by **Kiteworks**

⏰ Attachments expire on Jun 11, 2021

📄 1 compressed file
Bryson 5.12 Production (2).zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:28:53 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Wed, 12 May 2021 21:19:46
**Sent:** Thu, 13 May 2021 01:19:43
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

# Morgan Lewis

# kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1CBQM1N.

Thanks,

Kelcey

Secured by **Kiteworks**

Attachments expire on Jun 12, 2021

1 compressed file
Bryson 5.12 Production (3).zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:29:55 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Thu, 13 May 2021 10:16:03
**Sent:** Thu, 13 May 2021 14:16:00
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

# Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Please find previously produced disciplinary spreadsheets in unredacted form.

Thanks,
Kelcey

Secured by **Kiteworks**

Attachments expire on Jun 12, 2021

1 compressed file
Bryson 5.13 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:30:36 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Fri, 14 May 2021 11:15:02
**Sent:** Fri, 14 May 2021 15:14:59
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

# Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1CBQM1N.

Thanks,

Kelcey

Secured by **Kiteworks**

⏲ Attachments expire on Jun 13, 2021

📄 1 compressed file
Bryson 5.14 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:32:38 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Fri, 21 May 2021 00:42:17
**Sent:** Fri, 21 May 2021 04:42:15
**To:** matthew.jackson@nlrb.gov evamaria.cox@nlrb.gov
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Ms. Cox and Mr. Jackson,

Per my email, please find additional documents responsive to subpoena B-1-1BUGMIX, subpoena B-1-1CBQM1N and Charging Party's subpoena B-1-1C9GVF7.

Thanks,

Kelcey

Secured by **Kiteworks**

---

⏱ Attachments expire on Jun 20, 2021

📄 **1 compressed file**
Bryson 5.20 Production (1).zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

| | |
|---|---|
| **From:** | Phillips, Kelcey J. |
| **Sent:** | Monday, June 7, 2021 12:50 PM |
| **To:** | 'Cox, Evamaria'; Jackson, Matthew; Frank Kearl |
| **Cc:** | Rosenblatt, Richard G.; Murphy, Christopher J.; Buffalano, Nicole; Williams, Jennifer Mott |
| **Subject:** | RE: Amazon Case No. 29-CA-261755 |
| **Attachments:** | AMZ-BRY008753 - AMZ-BRY008759.one; Amazon_Bryson - Fourth Privilege Log.pdf |

Counsel,

Attached please find the produced document AMZ-BRY008753-AMZ-BRY008759 in native format, as requested below.

We have also attached an updated privilege log.

Thanks,

**Kelcey J. Phillips\***
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5455 | Main: +1.202.739.3000 | Fax: +1.202.739.3001 | Mobile: +1.323.376.3589
kelcey.phillips@morganlewis.com | www.morganlewis.com
Assistant: Denise Ann Soo Hoo | +1.202.373.6616 | denise.soohoo@morganlewis.com
\*Admitted in California only; Practice supervised by DC Bar members



---

**From:** Cox, Evamaria <Evamaria.Cox@nlrb.gov>
**Sent:** Thursday, May 27, 2021 9:44 AM
**To:** Phillips, Kelcey J. <kelcey.phillips@morganlewis.com>; Jackson, Matthew <Matthew.Jackson@nlrb.gov>; Frank Kearl <frank.kearl@maketheroadny.org>
**Cc:** Rosenblatt, Richard G. <richard.rosenblatt@morganlewis.com>; Murphy, Christopher J. <christopher.murphy@morganlewis.com>; Buffalano, Nicole <nicole.buffalano@morganlewis.com>; Williams, Jennifer Mott <jennifer.williams@morganlewis.com>; Lipin, Nancy <Nancy.Lipin@nlrb.gov>; Reibstein, Nancy K. <Nancy.Reibstein@nlrb.gov>
**Subject:** RE: Amazon Case No. 29-CA-261755

[EXTERNAL EMAIL]
Ms. Phillips,

Please produce this document in native format.

Thank you,
Evamaria Cox

---

**From:** Phillips, Kelcey J. <kelcey.phillips@morganlewis.com>
**Sent:** Thursday, May 27, 2021 9:41 AM
**To:** Cox, Evamaria <Evamaria.Cox@nlrb.gov>; Jackson, Matthew <Matthew.Jackson@nlrb.gov>; Frank Kearl

1

\<frank.kearl@maketheroadny.org\>
**Cc:** Rosenblatt, Richard G. \<richard.rosenblatt@morganlewis.com\>; CHRISTOPHER.MURPHY@MORGANLEWIS.COM; nicole.buffalano@morganlewis.com; Williams, Jennifer Mott \<jennifer.williams@morganlewis.com\>
**Subject:** Amazon Case No. 29-CA-261755

Counsel,

Please find attached an additional document for production, AMZ-BRY008753 – AMZ-BRY008759.

Thanks,
**Kelcey J. Phillips\***
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5455 | Main: +1.202.739.3000 | Fax: +1.202.739.3001 | Mobile: +1.323.376.3589
kelcey.phillips@morganlewis.com | www.morganlewis.com
Assistant: Denise Ann Soo Hoo | +1.202.373.6616 | denise.soohoo@morganlewis.com
\*Admitted in California only; Practice supervised by DC Bar members



DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Archived:** Thursday, December 16, 2021 10:35:15 PM
**From:** kelcey.phillips@morganlewis.com
**Mail received time:** Thu, 2 Dec 2021 18:54:25
**Sent:** Thu, 2 Dec 2021 23:54:19
**To:** evamaria.cox@nlrb.gov nancy.reibstein@nlrb.gov matthew.jackson@nlrb.gov frank.kearl@maketheroadny.org
**Cc:** Buffalano, Nicole Williams, Jennifer Mott Murphy, Christopher J. Rosenblatt, Richard G.
**Subject:** Amazon, Case No. 29-CA-261755
**Importance:** Normal
**Sensitivity:** None

---

## Morgan Lewis

## kelcey.phillips@morganlewis.com sent you a secure message

**Access message**

Counsel,

Per my email, please find documents responsive to the Counsel for the General Counsel's and Charging Party's subpoenas.

Thanks,
Kelcey

Secured by **Kiteworks**

⏰  Attachments expire on Jan 01, 2022

📄  1 compressed file
Bryson 12.2 Production.zip

This message requires that you sign in to access the message and any file attachments.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

| | |
|---|---|
| **From:** | Phillips, Kelcey J. |
| **Sent:** | Monday, December 13, 2021 4:29 PM |
| **To:** | Cox, Evamaria; Reibstein, Nancy K.; Frank Kearl; Jackson, Matthew |
| **Cc:** | Murphy, Christopher J.; Buffalano, Nicole; Rosenblatt, Richard G.; Williams, Jennifer Mott |
| **Subject:** | Amazon, Case No. 29-CA-261755 - Fifth Privilege Log |
| **Attachments:** | Amazon_Bryson - Fifth Privilege Log.pdf |

Counsel,

Attached please find Respondent's Fifth Privilege Log.

Thanks,

**Kelcey J. Phillips***

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541

Direct: +1.202.739.5455 | Main: +1.202.739.3000 | Fax: +1.202.739.3001 | Mobile: +1.323.376.3589

kelcey.phillips@morganlewis.com | www.morganlewis.com

Assistant: Denise Ann Soo Hoo | +1.202.373.6616 | denise.soohoo@morganlewis.com

*Admitted in California only; Practice supervised by DC Bar members

