



FILE - In this Dec. 17, 2019, file photo, Tahsha Sydnor stows packages into special containers after Amazon robots deliver separated packages by zip code at an Amazon warehouse facility in Goodyear, Ariz. On Monday, March 16, 2020, Amazon said that it needs to hire 100,000 people across the U.S. to keep up with a crush of orders as the coronavirus spreads and keeps more people at home, shopping online.

◉ Ross D. Franklin / AP Photo

# My paycheck or my health; warehouse workers see themselves as reluctant heroes of coronavirus pandemic

## "Is the world paying attention to this?"

Charles Thompson/PennLive

APRIL 6, 2020 | 7:24 AM

*With our coronavirus coverage, our goal is to equip you with the informaon you need. Rather than chase every update, we'll try to keep things in context and focus on helping you make decisions. **See all of our stories here < hp  s://www.witf.org/coronavirus/>** .*

**What you should know**

» Coronavirus facts & FAQ <
https://www.witf.org/2020/03/10/symptoms-spread-testing-and-terminology-answering-your-coronavirus-questions/>
» Day-by-day look at coronavirus disease cases in Pa. <
https://www.witf.org/2020/03/18/pennsylvania-coronavirus-cases/>
» It's time to get serious about social distancing. Here's how. <
https://www.witf.org/2020/03/17/its-time-to-get-serious-about-social-distancing-heres-how/>

(Carlisle) — Inside the Syncreon distribution center outside of Carlisle, business – which involves getting shipments of Apple computers, tablets, iPhones, watches and more to Walmarts, BestBuys and all the other major retailers that are selling through the coronavirus crisis < https://www.pennlive.com/coronavirus/> – it's business as usual, workers say.

And that's exactly what has them spooked.

While much of the nation is in a mandated economic lockdown, they are being asked to keep coming to work with scores of shift mates, mixing in a workplace – or more importantly, the biome of that workplace – that is shared by hundreds of people a day, at times in fairly close quarters, at a time when every message they see from the president, the governor and the TV tells them to stay home.

Deep cleaning businesses in the time of the c...



GC Ex. 60

It's like this, said Stephania Severe, a 19-year-old Fayetteville resident who quit her job at the Syncreon plant in Carlisle last month over a bout of coronavirus anxiety.

"They had meetings and they told us to stay three feet apart," Severe, who has the cushion of living with her father, told PennLive this week. "But when you're there, you're stacking boxes on a pallet with everybody, the pallets are where they are. You can't just put these boxes anywhere."

Workers around the midstate told us similar stories featuring details that wouldn't have mattered so much a month ago, but that fill their conversations now: empty hand sanitizer dispensers, cafeterias that require use of touch screens to place a food order; not enough janitors to properly sanitize the building.

To be clear, these are not the voices of people who are arguing about unfair workplace conditions, low pay or lack of benefits. Many of them are longtime staffers who stressed that they like their jobs, and take pride in doing them well.

Their beef, they said over and over again, is that in this current instance, they felt that employers were putting interest in the bottom line over their workers' safety.

And in some cases, they are choosing to quit, seeing it as a matter of choosing physical health over financial health.

"I see all of these big corporations advertising on the television to stay safe, stay home, and order online," Jacqueline Minarick, a worker at the hbc.com distribution center near Pottsville, Schuylkill

GC Ex. 60

County, said Friday. "I don't know if people realize that it's human beings that are filling those orders, not robots."

**Gov. Tom Wolf's working list of essential businesses that are permitted to operate under his public health emergency < https://www.scribd.com/document/452553026/UPDATED-4-00pm-April-1-2020-Industry-Operation-Guidance>** includes "electronic shopping and mail order houses," as well as the more general category of warehousing and storage.

"Warehousing and most merchant wholesalers are considered life-sustaining. Also generally, warehouses (but not warehouse construction) have been aligned to any online sales / e-commerce they may support," Casey Smith, a spokeswoman for the state Department of Community and Economic Development said Friday.

"Mail order and online fulfillment may continue with essential staff but telework should be employed whenever possible, and social distancing must be observed," she added.

Those classifications appear to have given these firms the legal justification they need to stay open.



Rick Bowmer / AP Photo

Employees work at the Associated Foods Stores distribution warehouse, Friday, March 20, 2020, in Farr West, Utah. Associated Foods Stores supplies grocery retailers in Oregon, Idaho, Montana, Wyoming, Utah, Colorado and Nevada.

But it has many of the workers scratching their heads, especially those moving product that's not food, pharmaceuticals or medical supplies.

Another Syncreon employee said he understands the need to keep supply lines open for those kinds of goods. iPhones, to him, are another matter. Especially, when Apple – his company's sole client at this center – has closed its own retail stores, and is **taking bows for donating two million masks to New York state < https://www.foxbusiness.com/healthcare/coronavirus-leads-apple-to-donate-1-9-million-masks-to-new-york>** when he's working without one while moving its product.

"Is the world paying attention to this?" the Harrisburg resident, who like many speaking for this report asked not to be identified by name, asked. "How do you have hundreds of people working at a warehouse all mingled up and working right next to each other, and then going back out into the community?"

Like Severe, he said he has decided to quit the job after Sunday – Syncreon's temporary $2-per hour raise notwithstanding – for the safety of his 95-year-old grandmother who lives with him.

"What it comes down to, their making their money is coming before peoples' lives. There's no other way they can dress that up."

PennLive reached out Syncreon and hbc.com, but had not heard back as of Friday evening.

There were no known confirmed cases of COVID-19, the name for the disease associated with the coronavirus, among workers at either of those sites. **But there were six confirmed cases, as of**

Case 1:22-cv-01478-JPB-SJB   Document 5-18   Filed 03/17/22   Page 6 of 90 PageID #: 4883

Tuesday, < https://www.pennlive.com/news/2020/04/coronavirus-detected-at-defense-logistics-agencys-new-cumberland-base.html> at another of the region's largest distribution centers, the Defense Logistics Agency base in Fairview Township, York County.

The base has since stopped releasing specific counts.

Base Commander Col. Marchant Callis said in a statement this week that the affected facilities were closed and employees in contact with those infected had been notified and directed to self-isolate. But some DLA workers who reached out to PennLive this Friday said at least four staffers in one of the affected buildings had since been moved to their worksite, and that was very unnerving to them.

"We don't know if one of them was exposed, and now we might be exposed," one of the workers said.

They weren't calling for a total shutdown, of the base, necessarily.

"The military is still protecting us, and they need supplies," one of the DLA staffers said. But she said she did wish the base's leaders would provide more information, and consider reducing the workforce, or putting some of the staff on an every other week schedule.

The workers' complaints come at a time, ironically, when job losses in other sectors of the economy are mounting because of pandemic-related lockdowns. < https://www.pennlive.com/coronavirus/2020/03/coronavirus-has-infected-the-economy-hitting-hourly-workers-and-small-business-owners-the-hardest.html> In Pennsylvania alone, more than one million new unemployment claims have been filed since March 15. Workers are many of those firms are irate because their businesses have been forced to shut down.

Case 1:22-cv-01470-DLC-SJB  Document 5-18  Filed 03/17/22  Page 7 of 90 PageID #: 4884

Adding another layer of irony, Amazon announced last month that it wants to hire 100,000 additional workers in its fulfillment centers and delivery networks as its remote shopping channel has been the only game in town for millions of home-bound Americans.



But that is part of the great quandary of this particular crisis; the anxiety level, and the causes of that anxiety, varies greatly from person to person depending on where their risk lies. Some – out of work but safe at home – are more concerned about their economic well-being, and others – with steady paychecks still available – find themselves wishing they could be safe at home.

Minarick, 51, summed up the dilemma.

"I love my job. I love going to work. I love trying to provide excellent customer service. But right now I feel like I'm disobeying what the nation is trying to do by keeping people separated at this point…. I honestly don't see how shipping shoes is life-sustaining."

At work, she said, even though the company has taken steps like propping doors open to minimize repeated touching, and many workers are wearing face masks and gloves, the picking of merchandise constantly brings workers into close proximity with

Case 1:22-cv-01476-SJB Document 5-18 Filed 03/17/22 Page 8 of 90 PageID #: 4885

one another and there are certain choke points that everyone has to pass.

HBC, like Apple, has closed its brick-and-mortar retail stores, which include the top-flight chains like Saks Fifth Avenue, Saks Off Fifth, and, in Canada, Hudson's Bay department stores. It also also closed the distribution centers that service those stores, she noted. The e-commerce fulfillment center in Pottsville, is the only facility that's operating.

She's not quitting. But she did use some of her leave time to take off this weekend to relieve some stress.

"All day long I see the reason why the governor ordered businesses to close," Minarick said. "It's almost as if you're in a PacMan game. Someone turns a corner and you want to quick turn around and go the other way."

State government is not turning a deaf ear to the workers' concerns.

On Sunday state Health Secretary Rachel Levine issued a new order under the state's public health emergency declaration that will require operators on most of the state's essential businesses, including warehouses, " to clean and disinfect high-touch areas routinely in accordance with CDC guidelines, in spaces that are accessible to customers, tenants, or other individuals."

Levine's order will also obligate business owners to make sure they are employing enough workers "to perform the above protocols effectively and in a manner that ensures the safety of occupants and employees."

The local workers' concerns are echoing across the land as the COVID-19 case count has climbed over the past month.

Case 1:22-cv-01476-CJB   Document 5-18   Filed 03/17/22   Page 9 of 90 PageID #: 4886

In perhaps the most highly-watched case nationally, **a worker at an Amazon fulfillment center in Staten Island, N.Y. was fired March 30 < https://www.nytimes.com/2020/04/03/nyregion/coronavirus-nyc-chris-smalls-amazon.html>** after leading a group of colleagues in a lunch hour protest of what they saw as that company's inadequate response to the pandemic. They wanted their building to be temporarily closed and deep-cleaned, and for workers to be paid during the hiatus as several had become sick.



Bebeto Matthews / AP Photo

Gerald Bryson, left, join workers at an Amazon fulfillment center in Staten Island, N.Y., protesting conditions in the company's warehouse, Monday March 30, 2020, in New York. Workers say Amazon is not doing enough to to keep workers safe from the spread of COVID-19. "They say we going by CDC standards, but when we call the CDC they are not," said Bryson. "I got grand kids at home, I got kids, I am not doing it."

Amazon said Christian Smalls was fired because he returned to work to lead the demonstration while he supposed to be observing a paid, 14-day quarantine after coming into contact with someone at the facility who was sick. "We terminated his employment for putting the health and safety of others at risk and violations of his terms of his employment," a spokeswoman said.

Case 1:22-cv-01478-CCC-SJB    Document 5-18    Filed 03/17/22    Page 10 of 90    PageID #: 4887

Many companies, like the supermarket and pharmacies with their public-facing clerks, have bumped up worker salaries in the short-term to reward workers for sticking with it.

But higher wages don't wash the worries away.

"I was one of the ones who didn't see the coronavirus as a big deal at first, this too shall pass mentality," said a grocery selector at United Natural Foods, a York-based wholesaler that supplies chains like Giant and Wegmans. The company has given staff a $2 per hour raise while placing everyone on mandatory six-day work weeks.

"Now that it (COVID-19) is in York County and working with 500-plus people, it's a little unsettling knowing anybody could have it and not even know. I'm more worried about bringing it home to my children at this point."

Severe, who walked away from Syncreon shortly before it raised pay for its shippers by $2 an hour, said she has no regrets, even if quitting costs her unemployment benefits. "That pay raise isn't going to pay for your hospital bill when you have to go get treated for coronavirus," she said.

*PennLive and The Patriot-News < https://www.pennlive.com/>  are partners with PA Post.*

## TAGS

COVID-19    economy

Jobs: How Pennsylvania counts its gas workers    safety    warehouse

## CATEGORIES

REGIONAL & STATE NEWS

Sections ≡

*The Washington Post*

*Democracy Dies in Darkness*

Get one year for $29

Sign in

**Monkey Cage** • Analysis

# Facing covid-19, low-wage service workers are striking across the country. Here's why — and why it matters.

Our research into the recent teacher strikes offers insights for today's coronavirus strikes



Gerald Bryson protests last month at an Amazon building during the outbreak of covid-19 in New York City's Staten Island. (Jeenah Moon/Reuters)

GC Ex. 61

By Alexander Hertel-Fernandez, Suresh Naidu, Adam Reich and
Patrick Youngblood

April 6, 2020 at 6:00 a.m. EDT

Across the country, service workers in retail and delivery jobs are staging
protests, organizing sickouts and even walking off their jobs. At any other
moment, this kind of risky collective action among precariously employed,
nonunion and low-wage workers would be surprising. But it is even more
astounding in the middle of a pandemic with a skyrocketing unemployment
rate. Our ongoing research on worker organizing sheds light on why these
workers are striking and what it could mean for the U.S. labor movement.

## Not all workers can shelter in place

A month into the covid-19 pandemic, many Americans are adjusting to the new
routine of working from home. But not all workers have this option. That is
especially true for the low-wage, service-sector workers responsible for
providing the food and basic home necessities needed to keep society going. A
recent Pew Research Center poll found that 73 percent of working-age adults

GC Ex. 61

recent Pew Research Center poll found that 73 percent of working-age adults with a postgraduate education said they had worked from home because of the virus, while only 22 percent of those with a high school degree or less reported the same.

Well before the coronavirus crisis, retail and food service jobs endured poor workplace conditions. Barely any of these workers were unionized: The union membership rate for the retail sector in 2019 stood at 4 percent, compared with 6 percent for all private-sector workers.

*[Coronavirus restrictions on movement may jeopardize the lives of the most vulnerable]*

But the covid-19 pandemic has introduced a new, serious risk for these workers. Even as they faced heightened exposure to the virus, many employers did little to provide necessary protections such as hand sanitizer, soap, masks or gloves. Some large retail chains, including Walgreens, Target and Office Depot, asked — or demanded — that workers not wear masks or gloves on the job. Other employers have even fired workers for wearing protective equipment. Workers were expected to continue showing up to work, day after day, as the pandemic worsened.

GC Ex. 61

# Now workers are beginning to take action

Some of the first rumblings of discontent happened at Instacart, the app-based food delivery platform. Thousands of its workers stopped responding to delivery orders on March 30, saying they would stay offline until their demands for things such as protective equipment, hazard pay and better paid sick leave were met. Instacart shoppers were quickly joined by Amazon warehouse workers in Staten Island and later by Whole Foods workers calling for a nationwide sickout, held Tuesday. Workers in other stores across the country are following suit.

These actions are happening under difficult conditions. However, the same is true of other recent labor actions, including recent teacher protests and strikes that swept across conservative states in 2018 and 2019. We have been studying the teachers' uprising. Our research revealed several reasons teachers in those states were able to organize for — and win — important concessions. Our findings offer lessons for the ongoing mobilization in low-wage retail jobs, despite the different labor markets faced by service workers today.

GC Ex. 61

# Bargaining power and public sympathy are key

The teacher strikes tended to happen in states that had cut education spending and pay so deeply that those states faced teacher and school staff shortages. Teachers in those states thus had a degree of labor market power — and they used it.

The same is true of retail workers today. Quarantine has led to surging demand for essential food and home goods — and especially for the workers who can deliver those products to Americans working from home. It should come as no surprise, then, that the initial organizing and action have happened among delivery workers.

The teacher strikes also revealed the importance of public awareness and support for worker action. Our research has revealed just how much teachers tried to build up goodwill in the run-up to their strikes by emphasizing the worthiness of their demands. In particular, teachers stressed how they were fighting for changes that would benefit students and families, not just themselves. Teachers were able to do this because of the public role they held in their communities and the close interactions they have with students and their families.

GC Ex. 61

*[Americans who are biased against Asians are more likely to fear the coronavirus]*

Service employees, especially retail and delivery workers, can and are using a similar strategy. Although they do not have the same relationship to customers as teachers have with students, they do have regular, interpersonal exchanges that make it easier for customers to sympathize and support their demands. And just as with teachers, protesting service workers have emphasized how their demands for basic protective equipment and better sick leave options will protect both them and the customers they serve.

Finally, our research on the teacher strikes documented that the teachers succeeded not just in building more support for their demands in their communities. The teacher strikes also led parents with affected children to become more interested in labor action, including strikes, at their *own* jobs. We speculate that the retail actions may similarly build interest in unionization, including among other retail workers and the customers they serve.

Unions that want to turn this interest and energy into gains that last beyond covid-19, however, will probably have to start investing in organizing new

GC Ex. 61

workers and mobilizing based on the discontent among their current members. That is something that many unions have not prioritized in recent years.

*The TMC newsletter is changing shape! Sign up here to keep receiving our smart analysis.*

*Alexander Hertel-Fernandez (@awh) is an associate professor of international and public affairs at Columbia University and a member of Scholars Strategy Network. His most recent book is "State Capture: How Conservative Activists, Big Businesses, and Wealthy Donors Reshaped the American States — and the Nation" (Oxford, 2019).*

*Suresh Naidu (@snaidunl) is a professor of economics and public affairs at Columbia University and a fellow at the Roosevelt Institute.*

*Adam Reich is an associate professor of sociology at Columbia University. His most recent book, with Peter Bearman, is "Working for Respect: Conflict and Community at Walmart" (Columbia, 2018).*

*Patrick Youngblood (@pnyoungblood) is the research director of the Center for Development Economics and Policy at Columbia University and the research manager of the Columbia Labor Lab.*

GC Ex. 61

GC Ex 64

| | |
|---|---|
| **From:** | JFK8-ASKHR |
| **To:** | jcream1963@gmail.com |
| **Subject:** | Amazon Employment Notice |
| **Date:** | Friday, April 17, 2020 2:04:17 PM |
| **Attachments:** | Gerald Bryson Termination.pdf |

Gerald,

Attached is the termination of employment document that was reviewed with you today over the phone.

Please let us know if you have any questions.

GC Exhibit 85 Advanced Message Review Conversation Report

CONFIDENTIAL

# Chat with "Hernandez, Christine" <hrnanch@amazon....

grabtyle@amazon.com & hrnanch@amazon.com

Earliest item: 2020-03-30 06:04:27
Latest item: 2020-03-30 18:00:59

All Parties: **Grabowski, Tyler <grabtyle@amazon.com>;**
Hernandez, Christine <hrnanch@amazon.com>

**Monday 30 March 2020**



**Grabowski, Tyler <grabtyle@amazon.com>**

📎 photo-1.jpg

CONFIDENTIAL AMZ-BRY007980

Advanced Messaging Review Conversation Page

**CONFIDENTIAL**



09:46:29

**CONFIDENTIAL**                                      **AMZ-BRY00798T**

**CONFIDENTIAL**

**CONFIDENTIAL**

**End Thread**

**Thread Statistics**

Instant Message Count: 35

GC Exhibit 66

Advanced Messaging Review Conversation Page

**CONFIDENTIAL**

# Chat with "Desai, Pooja" <poodesai@amazon.com> ...

hrnanch@amazon.com & poodesai@amazon.com

Earliest item: 2020-03-25 08:44:31
Latest item: 2020-03-25 15:11:16

All Parties:  Desai, Pooja <poodesai@amazon.com>;    **Hernandez, Christine <hrnanch@amazon.com>**



**Wednesday 25 March 2020**

**Hernandez, Christine <hrnanch@amazon.com>**

[March 25, 2020, 12:09 PM] Gilbert-Differ, Geoff: 1.    Christian Smalls (csmal)
2.    Ashley Maisonet (maisoash) 3.    Angelique DeGracia (addegrac) 4.    Jazel Bispham (bispj)
5.    Rechard Newman (recharn) 6.    Derrick Palmer (depalmer) 7.    Guiselle Diaz (guisdiaz)
8.    Gerald Bryson III (gbbryso)

09:25:41

**Desai, Pooja <poodesai@amazon.com>**

wait who is maureen

09:35:10

**CONFIDENTIAL**                **AMZ-BRY007984**

CONFIDENTIAL

**Desai, Pooja <poodesai@amazon.com>**

https://amazon.awsapps.com/workdocs/index.html#/document/425faf6003fb05ad69627e64273
62fb77055c388a30ce14085ff0028fea1a93e

09:41:23

**CONFIDENTIAL**



**CONFIDENTIAL**

**End Thread**

**Thread Statistics**

Instant Message Count: 43

Advanced Message Review Conversation Page

**CONFIDENTIAL**

# Chat with "Desai, Pooja" <poodesai@amazon.com>...

hrranch@amazon.com & poodesai@amazon.com

Earliest item: 2020-04-07
05:58:07

Latest item: 2020-04-07
15:18:24

All Parties:  Desai, Pooja <poodesai@amazon.com>;   **Hernandez, Christine <hrranch@amazon.com>**

**Tuesday 07 April 2020**



CONFIDENTIAL

**CONFIDENTIAL**

**Hernandez, Christine <hrnanch@amazon.com>**

we need to track the 5 everyday --- are they here? using time? what are they doing lol          06:19:06

**Desai, Pooja <poodesai@amazon.com>**

whos 5          06:19:13

**Desai, Pooja <poodesai@amazon.com>**

i check 4          06:19:21

**Hernandez, Christine <hrnanch@amazon.com>**

Derrik and company          06:19:23

**Desai, Pooja <poodesai@amazon.com>**

Gerald bryson (103899737) Not here Derrick palmer (100689710) Not here
Mandi Velasco (103787112) Not here Brittany Burns (102081560) Not here          06:19:38

**Desai, Pooja <poodesai@amazon.com>**

Advanced Messaging Review Conversation Page

**CONFIDENTIAL**

ohhh jayyy flowers?                                                                   06:19:44

**Hernandez, Christine <hrnanch@amazon.com>**

| helly |
06:19:48

**Hernandez, Christine <hrnanch@amazon.com>**

| and yes Jayy |
06:20:00

**Desai, Pooja <poodesai@amazon.com>**

No jay                                                                               06:21:50

**Hernandez, Christine <hrnanch@amazon.com>**

| No Jay as in he's not here? |
06:22:41

**CONFIDENTIAL**                                              **AMZ-BRY007992**

**CONFIDENTIAL**

**Hernandez, Christine <hrnanch@amazon.com>**

| Shai can work on that | 06:22:47 |

**Desai, Pooja <poodesai@amazon.com>**

No Helly either                                                                06:22:51

**Hernandez, Christine <hrnanch@amazon.com>**

| not here? | 06:22:59 |

**Desai, Pooja <poodesai@amazon.com>**

no                                                                                     06:23:05

**Hernandez, Christine <hrnanch@amazon.com>**

| k | 06:23:11 |

**Hernandez, Christine <hrnanch@amazon.com>**

| keep looking before Lisa asks lmao | 06:23:19 |

**Desai, Pooja <poodesai@amazon.com>**

i already did                                                                     06:23:24

**Desai, Pooja <poodesai@amazon.com>**

i sent you                                                                          06:23:28

**Hernandez, Christine <hrnanch@amazon.com>**

| all of them> | 06:23:31 |

**Hernandez, Christine <hrnanch@amazon.com>**

| so zero are here | 06:23:37 |

**Hernandez, Christine <hrnanch@amazon.com>**

| lol | 06:23:42 |

**Desai, Pooja <poodesai@amazon.com>**

Gerald bryson (103899737) Not here Derrick palmer (100689710) Not here
Mandi Velasco (103787112) Not here Brittany Burns (102081560) Not here     06:24:58
Jayy Flowers (103724577) Not here Helly Rangel (103536719) Not here

**Hernandez, Christine <hrnanch@amazon.com>**

| yayyy | 06:25:05 |

**Hernandez, Christine <hrnanch@amazon.com>**

| might be a good day hopefully | 06:25:11 |

**CONFIDENTIAL**

AMZ-BRY007993

**CONFIDENTIAL**

**Hernandez, Christine <hrnanch@amazon.com>**

| lmao | 06:25:12 |

**Hernandez, Christine <hrnanch@amazon.com>**

| I need to catch up | 06:25:21 |

**Desai, Pooja <poodesai@amazon.com>**

Gerald Bryson (103899737) Not here - DB3-0700
Derrick Palmer (100689710) Not here - DB3-0715
Mandi Velasco (103787112) Not here - DA5-0715          06:28:25
Brittany Burns (102081560) Not here - DA5-0615 Jayy Flowers (103724577) Not here - DB2-0715
Helly Rangel (103536719) Not here - DC7-0715

**Desai, Pooja <poodesai@amazon.com>**

Sorry just throwing this in so i dont forget          06:28:32

**Hernandez, Christine <hrnanch@amazon.com>**

| thank you! | 06:29:27 |

**Hernandez, Christine <hrnanch@amazon.com>**

| what's her name> | 06:31:14 |

**Desai, Pooja <poodesai@amazon.com>**

not tracking          06:31:28

**Desai, Pooja <poodesai@amazon.com>**

**CONFIDENTIAL**                    **AMZ-BRY007994**

**CONFIDENTIAL**

Advanced Messaging Review Conversation Image

giselle diaz                                                                                              06:31:39

**Hernandez, Christine <hrnanch@amazon.com>**

| what the other one --- the first one she mentioned that Bradley gave her the date | 06:32:31 |

**Desai, Pooja <poodesai@amazon.com>**

rina cummings?                                                                                           06:32:55

**Hernandez, Christine <hrnanch@amazon.com>**

| yess | 06:33:07 |

**Desai, Pooja <poodesai@amazon.com>**

she's the vision impaired from another protest                                                            06:33:07

**Desai, Pooja <poodesai@amazon.com>**

the actual big protest                                                                                    06:33:10

**Desai, Pooja <poodesai@amazon.com>**

her we are tracking                                                                                       06:33:15

**Hernandez, Christine <hrnanch@amazon.com>**

| and that Giselle chick I don't see | 06:33:20 |

**Desai, Pooja <poodesai@amazon.com>**

https://phonetool.amazon.com/users/guisdiaz                                                               06:33:33

**Hernandez, Christine <hrnanch@amazon.com>**

| ohhhh heerrr | 06:33:46 |

**Hernandez, Christine <hrnanch@amazon.com>**

| she was in the office I think one of the mornings | 06:34:01 |

**CONFIDENTIAL**

**CONFIDENTIAL**                    **AMZ-BRY007996**

Advanced Message Review Conversation Page

**CONFIDENTIAL**

**End Thread**

**Thread Statistics**

Instant Message Count: 143

GC Exhibit 68

**CONFIDENTIAL**

# Chat with "Desai, Pooja" <poodesai@amazon.com> an...

aashbeha@amazon.com & nehavisw@amazon.com & poodesai@amazon.com

Earliest item: 2020-04-08 05:20:14

Latest item: 2020-04-08 06:24:12

---

All Parties:  Behal, Aashita <aashbeha@amazon.com>;   Desai, Pooja <poodesai@amazon.com>;

Viswanath, Neha <nehavisw@amazon.com>

---

### Wednesday 08 April 2020

**Desai, Pooja <poodesai@amazon.com>**

Morning ladies!!                                                                05:20:14

**Desai, Pooja <poodesai@amazon.com>**

Aashi haha you know what I'm about to ask. Can you pleaseeee look into their lenels/punches?
Gerald Bryson (103899737) Not here - DB3-0700
Derrick Palmer (100689710) Not here - DB3-0715                                  05:20:43
Mandi Velasco (103787112) Not here - DA5-0715
Brittany Burns (102081560) Not here - DA5-0615 Jayy Flowers (103724577) Not here - DB2-0715
Helly Rangel (103536719) Not here - DC7-0715

**Behal, Aashita <aashbeha@amazon.com>**

yesssss lol                                                                    05:41:04

**Behal, Aashita <aashbeha@amazon.com>**

are these the people that were there on the intial protest?                    05:44:29

**Behal, Aashita <aashbeha@amazon.com>**

were they asked to not come to site?                                           05:44:35

**Behal, Aashita <aashbeha@amazon.com>**

if so on what basis?                                                           05:44:46

**Desai, Pooja <poodesai@amazon.com>**

So they're allowed onsite                                                      05:45:18

**Viswanath, Neha <nehavisw@amazon.com>**

none were asked to not come on site.. we are trying to see if they are here so we can engage them since most of them have not been here in a while                05:45:20

**Desai, Pooja <poodesai@amazon.com>**

There were a few who got a little mean and crazy and need to be spoken with     05:45:46

**Behal, Aashita <aashbeha@amazon.com>**

whose speaking to them? ER?                                                    05:46:00

**Behal, Aashita <aashbeha@amazon.com>**

**CONFIDENTIAL**                                    **AMZ-BRY007999**

**CONFIDENTIAL**

Gerald Bryson (103899737) Still Not here - DB3-0700                                05:46:07

**Desai, Pooja <poodesai@amazon.com>**

"Still" not here 😂                                                                05:46:35

**Desai, Pooja <poodesai@amazon.com>**

Legit what we spend hours discussing                                              05:47:06

**Behal, Aashita <aashbeha@amazon.com>**

would you mind sharing with me what you guys discuss and how we engage with them?  05:47:34

**Behal, Aashita <aashbeha@amazon.com>**

Derrick Palmer (100689710) Still Not here - DB3-0715                               05:47:47

**Behal, Aashita <aashbeha@amazon.com>**

Mandi Velasco (103787112) Still Not here - DA5-0715                                05:48:35

**Behal, Aashita <aashbeha@amazon.com>**

Brittany Burns (102081560) Still Not here - DA5-0615                               05:49:08

**Behal, Aashita <aashbeha@amazon.com>**

Jayy Flowers (103724577) Still Not here - DB2-0715                                 05:52:12

**Behal, Aashita <aashbeha@amazon.com>**

Helly Rangel (103536719) Still Not here - DC7-0715                                 05:52:50

Advanced Message Review Conversation Page

**CONFIDENTIAL**

**End Thread**

**Thread Statistics**

Instant Message Count: 27

# Chat with "Jones, Elliott" <ottjones@amazon.com> and...
gmilly@amazon.com & lisastro@amazon.com & ottjones@amazon.com

All Parties:  Strobridge, Lisa <lisastro@amazon.com>;   Jones, Elliott <ottjones@amazon.com>;

**Gutierrez, Milly <gmilly@amazon.com>**



### Wednesday 25 March 2020

**CONFIDENTIAL**

**Gutierrez, Milly <gmilly@amazon.com>**

Christian Smalls (csmal) 2.    Ashley Maisonet (maisoash) 3.    Angelique DeGracia (addegrac)
4.    Jazel Bispham (bispj) 5.    Rechard Newman (recharn) 6.    Derrick Palmer (depalmer)
7.    Guiselle Diaz (guisdiaz) 8.    Gerald Bryson III (gbbryso)                                    09:10:31

**Gutierrez, Milly <gmilly@amazon.com>**

Can you make sure you capture the AAs not trusting ABM cleaning                                   09:20:52

**CONFIDENTIAL**

**Gutierrez, Milly <gmilly@amazon.com>**

[March 25, 2020, 11:48 AM] Lighty, Rachael: CNN: Rita Cummings, a worker at the Staten Island

facility, told CNN Business she felt a lack of control about the situation, saying few are washing    09:49:07
their hands and that "nobody is really coming around to ask people if they're OK, if they're
feeling sick. I feel like they're not as proactive as they should be."

**Strobridge, Lisa <lisastro@amazon.com>**

mother. eff.    09:49:24

**Strobridge, Lisa <lisastro@amazon.com>**

how in the hell does she know no ones washing their hands...that is such bullshit    09:50:05

**Strobridge, Lisa <lisastro@amazon.com>**

sorry...that was frustrated venting    09:54:51

**Gutierrez, Milly <gmilly@amazon.com>**

why are you sorry    09:55:05

**Gutierrez, Milly <gmilly@amazon.com>**

it's so frustrating that Rina has only worked 3 days    09:55:21

**Strobridge, Lisa <lisastro@amazon.com>**

yep...im more frustrated with media running with these statements with literally zero commons    09:56:14
sense fact checking

**Strobridge, Lisa <lisastro@amazon.com>**

and they are major news outlets, and all it does is amp up fear and paranoia    09:56:39

**CONFIDENTIAL**    **AMZ-BRY008004**

**CONFIDENTIAL**

**CONFIDENTIAL**



**CONFIDENTIAL**                          **AMZ-BRY008006**

Advanced Message Review Conversation Thread

**CONFIDENTIAL**

**End Thread**

**Thread Statistics**

Instant Message Count: 71

| From: | Gilbert-Differ, Geoff [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E05C9C2455FE4229977A52C0644A5E84-GGEOFFR] |
| Sent: | 3/31/2020 6:23:34 AM |
| To: | Hernandez, Christine [hrnanch@amazon.com]; Campbell, Bradley [bccampb@amazon.com] |
| Subject: | Known ID's 3-30-2020 |

Christine,



L-R:

- GERALD BRYSON (gbbryso)
- Jason Anthony Pineiro (jppinei)
- Derrick Palmer (depalmer)

CONFIDENTIAL



**CONFIDENTIAL**

Jordan Flowers (flowjord)

Thanks,

Geoff Gilbert-Differ
**Regional Loss Prevention Manager**
**Amazon Robotics North East**
*BDL3 BWI2 CLT4 DCA1 EWR4 JFK8*
*North American Customer Fulfillment*
**c: 302-513-7215**
**e:** ggeoffr@amazon.com

**amazon**robotics
Loss Prevention

www.amazon.jobs
**Work Hard.  Have Fun.  Make History.**

**CONFIDENTIAL**

| | |
|---|---|
| **From**: | Hernandez, Christine [hrnanch@amazon.com] |
| **Sent**: | 3/27/2020 8:04:00 AM |
| **To**: | Desai, Pooja [poodesai@amazon.com]; jfk8-hrbp@amazon.com |
| **Subject**: | FW: 3/25/2020 Logins in AA gathering on site |

**Christine Hernandez**
HR Manager | JFK8
546 Gulf Ave Staten Island, NY 10314
Email: hrnanch@amazon.com



Work Hard. Have Fun. Make History.

---

**From:** Gilbert-Differ, Geoff <ggeoffr@amazon.com>
**Sent:** Wednesday, March 25, 2020 12:26 PM
**To:** Steudte, Steffen <steudte@amazon.com>; Kotha, Sai <saichak@amazon.com>; Hernandez, Christine <hrnanch@amazon.com>; Fitzgerald, Meghan <meghaf@amazon.com>; Lighty, Rachael <raclig@amazon.com>
**Cc:** jfk8-LP@amazon.com; jfk8-hrbp@amazon.com
**Subject:** RE: 3/25/2020 Logins in AA gathering on site

Great work Steffen.  Thank you!

Geoff Gilbert-Differ
**Regional Loss Prevention Manager**
**Amazon Robotics North East**
**BDL3 BWI2 CLT4 DCA1 EWR4 JFK8**
*North American Customer Fulfillment*
**c: 302-513-7215**
**e:** ggeoffr@amazon.com


www.amazon.jobs
**Work Hard.  Have Fun.  Make History.**

---

**From:** Steudte, Steffen <steudte@amazon.com>
**Sent:** Wednesday, March 25, 2020 12:01 PM
**To:** Kotha, Sai <saichak@amazon.com>; Hernandez, Christine <hrnanch@amazon.com>; Gilbert-Differ, Geoff <ggeoffr@amazon.com>; Fitzgerald, Meghan <meghaf@amazon.com>; Lighty, Rachael <raclig@amazon.com>
**Cc:** jfk8-LP@amazon.com; jfk8-hrbp@amazon.com
**Subject:** 3/25/2020 Logins in AA gathering on site

3/25/2020 Logins in AA gathering on site

1.      Christian Smalls (csmal)
2.      Ashley Maisonet (maisoash)
3.      Angelique DeGracia (addegrac)
4.      Jazel Bispham (bispj)
5.      Rechard Newman (recharn)

**CONFIDENTIAL**

6.      Derrick Palmer (depalmer)
7.      Guiselle Diaz (guisdiaz)
8.      Gerald Bryson III (gbbryso)

**Steffen Steudte** | Loss Prevention Specialist | JFK8
Email: steudte@amazon.com  | Cell: (631) 338-1009

**amazon**robotics **amazon**fulfillment
Loss Prevention

**Work Hard. Have Fun. Make History.**
www.amazonfulfillmentcareers.com

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law.
If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited.
If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof

CONFIDENTIAL

# Chat with "Chierchio, Paul <pchierch@amazon.com>

ggeoffr@amazon.com & pchierch@amazon.com
Earliest item: 2020-04-07 06:07:20
Latest item: 2020-04-07 07:45:31

All Parties:
**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Chierchio, Paul <pchierch@amazon.com>

**Tuesday 07 April 2020**

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Good morning Paul

06:07:20

**Chierchio, Paul <pchierch@amazon.com>**
Morning

06:07:43

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
How are you today?

06:07:48

**Chierchio, Paul <pchierch@amazon.com>**
Oh boy that's a bad opening remark lol

06:08:06

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
LOL!

06:08:10

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
I do indeed have a request for you...

06:08:20

**Chierchio, Paul <pchierch@amazon.com>**
Ok

06:08:27

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Yesterday, around 1245-1250hrs, there was an interaction between a female associate and the group protesting at the front of the building.

06:09:03

**Chierchio, Paul <pchierch@amazon.com>**
Yes

06:09:17

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
The female associate has filed a complaint about the behavior of one of the male associates.

06:09:26

**Chierchio, Paul <pchierch@amazon.com>**
Aware

06:09:26

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Can you provide me with your recollection of the events on an email?

06:09:45

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Words use, body language, your perception of it.

06:10:10

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
*used

06:10:19

**Chierchio, Paul <pchierch@amazon.com>**
Will do I'll have others submit emails to me that witnessed it if needed or just me

06:10:37

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Find out what they recall. If it adds value by all means.

06:11:12

CONFIDENTIAL
AMZ-BRY007973

**CONFIDENTIAL**

**Chierchio, Paul <pchierch@amazon.com>**
Ok save me little time what her login

06:11:40

**Chierchio, Paul <pchierch@amazon.com>**
I know the protester

06:12:03

**Chierchio, Paul <pchierch@amazon.com>**
Login

06:12:24

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Who did you ID the protester as out of interest?

06:12:36

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
https://phonetool.amazon.com/users/edimitra Dimitra Evans is the AA who filed a complaint.

06:13:02

**Chierchio, Paul <pchierch@amazon.com>**
Gerald Bryson gbbryso

06:14:42

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
OK, thank you, that's consistent

06:14:55

**Chierchio, Paul <pchierch@amazon.com>**
Number 3 guy in Smalls group

06:14:57

**Chierchio, Paul <pchierch@amazon.com>**
Derrick is number 2

06:15:15

**Chierchio, Paul <pchierch@amazon.com>**
Email sent

07:24:37

**Gilbert-Differ, Geoff <ggeoffr@amazon.com>**
Thank you Sir, that's great

07:37:32

**Chierchio, Paul <pchierch@amazon.com>**
Np

07:45:31

**End Thread**

**Thread Statistics**

Instant Message Count 28

**CONFIDENTIAL**                    **AMZ-BRY007974**

CONFIDENTIAL

AMZ-BRY008094

GC Exhibit 73

# Workplace Violence

**Workplace violence is:**

- **An immediate SAFETY issue**

- Any intentional or reckless act that harms persons or property.

- Includes any verbal or physical conduct that threatens or that reasonably could be interpreted as an intent to cause harm to property or personal safety, even if it does not ultimately lead to harm to property or personal safety.

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY008095

# What do to in the event of an Active Workplace Incident?

- **Step 1. De-escalate**
- Attempt to diffuse the situation verbally. Do <u>NOT</u> get physically involved
- If the combatants do not immediately stop, call security and direct them to call 911.
- **Step 2. Separate and Collect Information**
- Separate combatants and place them in separate rooms.
- Identify witnesses, and prepare to explain the who, what, why, where and when regarding the incident.
- **Step 3. Report**
- Report the incident to the following, if the first on the list doesn't answer keep escalating down the list.
  - Local HR Representative
  - Local LP Representative
  - GSCC (1-888-574-1375)

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY008096



# Depression/ Suicidal thoughts:

**What to do if an associate states his/her intention to commit suicide:**

- If possible, stay with the associate and inform him/her that you're going to get help.
- If the associate appears to be planning to take action immediately, call local emergency services, since **no one on-site is qualified to handle the situation**.

- If the associate appears to be struggling but not in immediate danger, partner with HR to contact support services, such as EAP, a suicide hotline, or other local resources. Move them to a secure location, ideally AMCARE.

- EAP Benefits include: Confidential Support, Legal Guidance, Financial Resources, Work-Life Solutions, Online Support.

To access services, call **1-855-435-4333**

CONFIDENTIAL

CONFIDENTIAL

AMZ-BRY008097

CONFIDENTIAL

# LP on Call Process Map



**amazon**
Global Security
*prepare. secure. protect.*

**Global Security Operations Center (GSOC)**
**(206) 266-6066**

**Activity:**

Lock this number in your phone now!



**Is Loss Prevention on-site?**

No → Call GSOC! (206)-266-6066

Yes → Contact Loss Prevention via Radio (channel 1), Email or Chime.

| From: | Chierchio, Paul |
|---|---|
| To: | Grabowski, Tyler |
| Subject: | RE: Suspend Badge - Gerald Bryson (gbbryso) |
| Date: | Monday, April 13, 2020 6:39:11 AM |
| Attachments: | image001.jpg |

Done

Paul

**From:** Grabowski, Tyler <grabtyle@amazon.com>
**Sent:** Friday, April 10, 2020 2:36 PM
**To:** jfk8-lp@amazon.com; jfk8-security@amazon.com; JFK8-HR@amazon.com
**Subject:** Suspend Badge - Gerald Bryson (gbbryso)

Team,

Please suspend the following associates badge until further notice



GC Exhibit 75(a)

**CONFIDENTIAL**

Refused to sign by associate on May 08, 2019, 8:10:59 PM - Delivered by Lee,Kevin (mznkl)

# Supportive Feedback Document
# Behavioral - First Written





**Associate Name:** Brewster,Wendy (brewendy)
**Manager Name:** Lee,Kevin (NA5X1815)
**Created On:** May 08, 2019, 8:10:59 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | March 19, 2019, 7:31:22 PM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. On April 29, 2019, you were witnessed using inappropriate and profane language towards another associate in a manner that created a hostile work environment. These behaviors are violations of Amazon's Standards of Conduct policy, &quot;Inappropriate Language or Behavior&quot; and is considered a Category 2 violation of the Standards of Conduct.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

**Associate Signature:** Brewster,Wendy REFUSED TO SIGN                    **Date:** May 08, 2019, 8:10:59 PM

**Manager Signature:** Acknowledged by Lee,Kevin (BadgeID: 12313214)            **Date:** May 08, 2019, 8:10:59 PM

**amazon**exact

**CONFIDENTIAL**

**Case Type - Investigation**                                    **Case Number - 00048137**

## Case Details:

• **Created by:** Diana Chern
**Type:** Investigation
**Status:** Close
**Priority:** Priority 3
**Incident Date:** 4/28/2019, 5:00 PM
**Date Reported:** 4/28/2019, 9:00 PM
**Reported Method:** HRBP or Site HR
**Reported To:**
**Attorney-Client Privileged:** ☐
**Date Closed:** 5/22/2019, 11:42 PM
**Closed By:** Diana Chern
**Date Created:** 5/22/2019, 11:29 PM
**Last Modified Date:** 3/1/2021, 1:35 PM
**Details:**
**HR Case Owner**

**Case Owner:** Diana Chern

## Conclusion:

• **Background:**

On April 29, 2019, Wendy Brewster pulled her andon light due to her dunnage machine not working. Brandon Brunot, water-spider, approached Wendy to respond to the andon light. Wendy proceeded to ignore Brandon. Breanna Vega, Area Manager, was a witness to this situation, and Breanna told Brandon to just walk away. Later, Brandon walked up to Jatana Dehaney, process guide, and informed Jatana that her friend was going at it again. Jatana attempted to change the subject. Wendy came by on the pack side and bent down and proceeded to use explicit language towards Brandon. Jatana was a witness to the whole conversation.

**Overall Conclusion:**

Wendy Brewster received a first written warning for creating a hostile work environment.

## Investigation Team:

• **Investigation Team #1**

**Contact Name:** Diana Chern
**Worker Type:**

• **Investigation Team #2**

**Contact Name:** Tyler Grabowski
**Worker Type:**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                        <u>Case Number - 00048137</u>

## Involved Parties:

### • **Involved Parties #1**

**First Name:** Brandon
**Last Name:** Brunot
**Business Title:** Fulfillment Associate
**Level:** 1
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** JFK8
**Location Country:** USA
**Employee Type:** Hourly
**Company:**
**Cost Center:** 1299
**Supervisor Name:** Justin Picciano
**Worker Type:** Employee
**Job Title:** FC Associate I
**Employee Id:** 104019703

### <u>Address</u>

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ████████

Address #2
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                    <u>**Case Number - 00048137**</u>

**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ▮▮▮▮▮▮▮▮

Address #3
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ▮▮▮▮▮▮▮▮


<u>**Email**</u>

Email #1
**Email:** brunotb@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Preferred Email:**
**Supervisor's Work Email:** piccij@amazon.com

Email #2
**Email:** dehaney@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ▮▮▮▮▮▮▮▮▮
**Preferred Email:**
**Supervisor's Work Email:** piccij@amazon.com

Email #3
**Email:** brewendy@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ▮▮▮▮▮▮▮▮▮

**CONFIDENTIAL**                                    **AMZ-BRY006825**

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                         <u>**Case Number - 00048137**</u>

**Preferred Email:**
**Supervisor's Work Email:** faiels@amazon.com


<u>**Phone**</u>

Phone #1
**System Modstamp:** 4/5/2021, 9:58 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 4/6/2021, 3:57 AM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #3
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:** ███████████
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:**
**Work Phone Private:**
**Work Phone Public Ext:**


**• Involved Parties #2**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                                                    <u>Case Number - 00048137</u>

**First Name:** Jatana
**Last Name:** Dehaney
**Business Title:** Fulfillment Associate
**Level:** 1
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** JFK8
**Location Country:** USA
**Employee Type:** Hourly
**Company:**
**Cost Center:** 1299
**Supervisor Name:** Justin Picciano
**Worker Type:** Employee
**Job Title:** FC Associate I
**Employee Id:** 102484046

<u>**Address**</u>

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████

Address #2
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████

**CONFIDENTIAL**

**Case Type - Investigation**                                    **Case Number - 00048137**

**Address #3**
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

**Email**

Email #1
**Email:** brunotb@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████████████
**Preferred Email:**
**Supervisor's Work Email:** piccij@amazon.com

Email #2
**Email:** dehaney@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████████
**Preferred Email:**
**Supervisor's Work Email:** piccij@amazon.com

Email #3
**Email:** brewendy@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ██████████████████
**Preferred Email:**
**Supervisor's Work Email:** faiels@amazon.com

**CONFIDENTIAL**                    **AMZ-BRY006828**

amazonexact

**CONFIDENTIAL**

### Phone

Phone #1
**System Modstamp:** 4/5/2021, 9:58 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ▬▬▬▬▬
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 4/6/2021, 3:57 AM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ▬▬▬▬▬
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #3
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:** ▬▬▬▬▬
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:**
**Work Phone Private:**
**Work Phone Public Ext:**

**• Involved Parties #3**

**First Name:** Wendy
**Last Name:** Brewster

**CONFIDENTIAL**                    **AMZ-BRY006829**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                                     <u>Case Number - 00048137</u>

**Business Title:** Fulfillment Associate
**Level:** 1
**Steam Org Name:** OPERATIONS & CUSTOMER SERVICE
**Location Building:** JFK8
**Location Country:** USA
**Employee Type:** Hourly
**Company:**
**Cost Center:** 1299
**Supervisor Name:** Steven Anthony Faiella
**Worker Type:** Employee
**Job Title:** FC Associate I
**Employee Id:** 103559836

<u>**Address**</u>

Address #1
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ████████

Address #2
**Mailing Street:**
**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ████████

Address #3
**Mailing Street:**

**CONFIDENTIAL**

**Mailing City:**
**Mailing State:**
**Mailing Postal Code:**
**Mailing Country:**
**Mailing Geocode Accuracy:**
**Other Street:**
**Other City:**
**Other State:**
**Other Postal Code:**
**Other Country:**
**Other Geocode Accuracy:**
**Address Type Home:** Home
**Address Type Mail:**
**Location Address 1:** ███████████

## Email

Email #1
**Email:** brunotb@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ████████████████████
**Preferred Email:**
**Supervisor's Work Email:** piccij@amazon.com

Email #2
**Email:** dehaney@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ███████████████
**Preferred Email:**
**Supervisor's Work Email:** piccij@amazon.com

Email #3
**Email:** brewendy@amazon.com
**Email Bounced Reason:**
**Email Bounced Date:**
**Is Email Bounced:** ☐
**Email Opt Out:**
**Personal Email:** ██████████████
**Preferred Email:**
**Supervisor's Work Email:** faiels@amazon.com

## Phone

**CONFIDENTIAL**

**Case Type - Investigation**                                                **Case Number - 00048137**

Phone #1
**System Modstamp:** 4/5/2021, 9:58 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #2
**System Modstamp:** 4/6/2021, 3:57 AM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:**
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:** ███████████
**Work Phone Private:**
**Work Phone Public Ext:**

Phone #3
**System Modstamp:** 3/30/2021, 12:38 PM
**Assistant Phone:**
**Home Phone:**
**Mobile Phone:**
**Other Phone:**
**Phone:**
**Mobile Phone Public:** ███████████
**Work Phone Public:**
**Home Phone Private:**
**Mobile Phone Private:**
**Work Phone Private:**
**Work Phone Public Ext:**

## Allegation:

### • Allegation #1

**Issue Category:** Misconduct - Individual Behavior - Other Behavior
**Subject:** Wendy Brewster
**Allegation:**

**CONFIDENTIAL**

Wendy Brewster used inappropriate language which created a hostile work environment.
**Finding:** Confirmed
**Analysis:**

The witness to the situation stated that Wendy did use inappropriate language as seen in
Jatana's statement.

## Interview:

• **Created by:** Diana Chern
**Interviewer:** Diana Chern
**Person Being Interviewed:** Brandon Brunot
**Schedule Date/Time:**
**Location:**
**Type:** Respondent Interview
**Status:** Completed
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**

• **Created by:** Diana Chern
**Interviewer:** Diana Chern
**Person Being Interviewed:** Jatana Dehaney
**Schedule Date/Time:**
**Location:**
**Type:** Witness Interview
**Status:** Completed
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**

• **Created by:** Diana Chern
**Interviewer:** Diana Chern
**Person Being Interviewed:** Wendy Brewster
**Schedule Date/Time:**
**Location:**
**Type:** Respondent Interview
**Status:** Completed
**Others Present:**
**Opening Notes:**
**Body Notes:**
**Closing Notes:**

## Attachment:

• **Attachment**

**CONFIDENTIAL**

<u>**Case Type - Investigation**</u>                                        <u>**Case Number - 00048137**</u>

**Title:** AFE2 Incident Between AAs on 0429.msg
**File Type:** MSG
**Created Date:** 12/12/2020, 8:40 AM
**Size:** 55,296
**Description:**

• **Attachment**
_____

**Title:** Brandon Brunot Witness Statement.pdf
**File Type:** PDF
**Created Date:** 12/14/2020, 5:05 AM
**Size:** 601,865
**Description:**

• **Attachment**
_____

**Title:** Jatana Dehaney Witness Statement.pdf
**File Type:** PDF
**Created Date:** 12/14/2020, 5:05 AM
**Size:** 805,180
**Description:**

• **Attachment**
_____

**Title:** Wendy Brewster Witness Statement 4.30.19.pdf
**File Type:** PDF
**Created Date:** 12/14/2020, 12:33 PM
**Size:** 1,094,508
**Description:**

• **Attachment**
_____

**Title:** CaseExport
**File Type:** PDF
**Created Date:** 4/17/2021, 10:23 AM
**Size:** 26,518
**Description:**


**Action:**

• **Action**
_____

**Action Type:** Written Warning (first)
**Action Applied To:** <u>Wendy Brewster</u>
**Status:** Completed
**Action Taken Date:**
**Description:**
**Created By:** Diana Chern
**Created Date:** 5/22/2019, 11:40 PM

**CONFIDENTIAL**                          **AMZ-BRY006834**

**CONFIDENTIAL**

<u>Case Type - Investigation</u>                                          <u>Case Number - 00048137</u>

## Central Team:

• **Central Team Status:**
**Date of Resolution with Claimant:**
**Investigation Completed:**
**Investigation Assigned:**
**Recommendations Sent to HRBP:**
**Priority Case:**
**Who Prioritized?:**
**Group Responsible for Defect:**
**Tags:**
**Central Team Notes:**

**CONFIDENTIAL**

**Phillips, Kelcey J.**

| | |
|---|---|
| **From:** | Vega, Breanna |
| **Sent:** | Tuesday, April 30, 2019 3:20 AM |
| **To:** | Chern, Diana |
| **Subject:** | AFE2 Incident Between AAs on 04/29 |

22:00 04/29/19: At 22:00 Wendy Brewster turned on her blue light for a water spider. Brandon Bruno was on the other side of the box suites and was asking her what she needed. Wendy walked away while Bruno was in the middle of speaking to her. She walked back and Bruno asked her why she walked away and ignored him, because he was just trying to help her. She kept ignoring him during and after him telling her this. I told Bruno to move on to the next box suite to avoid an argument between the two. I asked Wendy what was wrong, and she told me that her dunnage machine was not working. I asked her why she did not tell this to Bruno, as he was the water spider and was just asking her what she needed assistance with. She did not respond. I confirmed that her dunnage machine was working correctly, that she just needed to pull the dunnage from the dunnage cage towards her because there was a sensor that communicated with the dunnage machine, and if the sensor was blocked by dunnage it wouldn't produce more dunnage. She just had to pull the dunnage to move it away from the sensor, something that naturally happens when you use it. Rosalie Nunez also told Wendy to just pull the dunnage (she was packing next to Wendy on the same wall). Jatana approaches me about 10 minutes later and said that Wendy was "cursing Bruno out" behind the box suites. I approached Bruno and he told me that Wendy said he was a "piece of sh*t, disrespectful" and cursed him out. He said that he has had issues with her before, and that this is not the first time she has been disrespectful towards him. I asked him if he would like me to speak with Kevin Lee and HR, and he said yes. I contacted Kevin and we both escalated to Diana from HR. Bruno left for HR about 15 minutes before lunch to report the incident.


Thank you,

Breanna Vega | ***Area Manager*** | ***JFK8***
**E:** hubbrean@amazon.com | **C:** 863-399-8831



**CONFIDENTIAL**                    **AMZ-BRY006836**

# amazon.com.

**CONFIDENTIAL**

## Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

## SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name | Department/Position |
|---|---|
| Dranion Drunci | AFE 2 |

| Home Address, City, State, Zip | Home Phone | Work Phone |
|---|---|---|
| | | ( ) |

## SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

ON THE 29th of April 2019 Around 10:05pm a Blue LIGHT was lit and one of the water spider that I was training was about to answer the blue light. I advised Solomoni not to answer the blue light, I wald ANSWERING the light Instead. When I approched the station It Happened to be Wendy Brewster. I said Hey How can as I was explaining the Dunkage is not working. Dunkage (Wendy Brewster the situation regarding of the Und Advise Wendy Brewster - she walks away Dont even let me finish explaining you the situation if me Drunci you can go on she will taking care of the Issue. I said ok & walked Away from Wendy station
Continue → Back

Please list any witnesses or individuals who may have information relevant to this investigation.

## ACKNOWLEDGEMENT

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Dranion Drunci | | 4/29/2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**CONFIDENTIAL**

AMZ-BRY006837

CONFIDENTIAL

I kn... as I ... walking back to my station. I was having a conversation with Kotana regarding of the incident that just happened a few minutes ago, keep in mind Kotana is acting P.G. Wendy Bruster came and start using words like fuck you, dog, disrespectful, slunt, while she's cursing me out Kotana was telling to go away & she stood there and still cursing me out. As I open my mouth to say something back to her Kotana was like dont & go brunot & that is when I dont say much yeah yeah whatever. The last thing I said to her you see she left her station so she can come & curses me out. As soon I said that Kevin come & ask Kotana to do a statement regarding of what she heard. She said that I'm a piece of shit, fuck you, who do you think you are, dog, disrespectful

**CONFIDENTIAL**

# amazon.com.

## Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

### SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name | Department/Position | |
|---|---|---|
| Diana Dehanea | AFE2 | warehouse Associate |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| | ( ) | ( ) |

### SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:

- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

H was standing at a station on the pack line
in AFE2 when H decided to get the attention
on the water spider on the other side. Bruno (water
leaned over to see what H wanted and H jokingly
said that he responded by saying your
he was doing and that H needed boxes. H asked how
friend is going off. H tried to change that conversation
because H didn't want to talk about Wendy but
at the same time Wendy left her pack station
and walked over to where H was standing, bent
over to face Bruno and proceeded to curse at him
and call him "a fucking dog". While this was taking
place H asked both of them to walk away but →

Please list any witnesses or individuals who may have information relevant to this investigation.

ACKNOWLEDGEMENT
Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough

**CONFIDENTIAL**                    **AMZ-BRY006839**

CONFIDENTIAL

no one wanted to at that time. Wendy eventually walked away when she finished cursing at Bruno. When she walked away he was there disbelief and shaking his head.

★

CONFIDENTIAL

AMZ-BRY006840

**amazon.**com.

**Witness Statement Form**

Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name  WENDY BREWSTER. | Department/Position  AFE 2 | |
| Home Address, City, State, Zip | Home Phone | Work Phone  (   ) |

| SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary) |
|---|

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Tuesday last week he pushed the boxes in my face. when I did not respond to him. He came around to my station and confronted me. Water spider got very annoyed at blue light, for donage. I press blue light multiple times because donage was not coming to basket. I kept walking to other station to get donage. He came over, bent down and was very angry at donage not working. towards me, he was very angry and made it my fault. He came back over to station, booth and came left end came back over and abusive, he and He asked him, why he was angry and I responded to started cussing. him as we were both bent over and speaking. That was it I did not see him or hear from him.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| WENDY BREWSTER | | 4-30-2019. |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**AMZ-BRY006841**

CONFIDENTIAL

He responded very harshley using the f-word.
I responded in kind, I told him he was acting
like a mess, he called me a fag I called
him the same.
I asked him why he was so upset for damage
I did not call him a piece of shit. I
Said he was a mess.

CONFIDENTIAL                    AMZ-BRY006842

**CONFIDENTIAL**

Acknowledged by associate on November 12, 2019, 2:37:03 AM - Delivered by Keller,Robert (kellerrk)

# Supportive Feedback Document
# Behavioral - Final Written





**Associate Name:** Evans,Terrell (evaterre)
**Manager Name:** Keller,Robert (NA5X1715)
**Created On:** November 12, 2019, 2:37:03 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| First Written | 1 | October 30, 2019, 12:12:59 AM |

## Details of Current Incident/Specific Concerns

The following feedback pertains to Amazon's Standards of Conduct. These behaviors are violations of Amazon's Standards of Conduct policy, &quot;Inappropriate Language or Behavior&quot; and is considered a Category 2 violation of the Standards of Conduct. On November 4th 2019 during a seek to understand conversation you stated that you called your manager "a rude ass manager" and used profanity in a conversation towards your manager on the receive dock.

## Areas of Improvement Required by Associate

The Standards of Conduct strive to establish a collaborative, non-hostile work environment. The acts of inappropriate behavior creates a hostile atmosphere and may offend others. You are expected to be in compliance with the Standards of Conduct policy at all times while working in the Fulfillment Center. Continued violation of this policy may result in further corrective action, up to and including termination.

## Associate Comments

I acknowledge that I have been informed of my right to appeal this feedback if I meet all eligibility requirements defined by the Appeals Policy, and that I know where to obtain an appeals packet.

---

**Associate Signature:** Acknowledged by Evans,Terrell (BadgeID: 0259447)                    **Date:** November 12, 2019, 2:37:03 AM


**Manager Signature:** Acknowledged by Keller,Robert (BadgeID: 0241796)                    **Date:** November 12, 2019, 2:37:03 AM

**amazon**.com.

**CONFIDENTIAL**

## Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

### SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name Terrell Evans | Department/Position Receiving Dock / Stow |
|---|---|
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

### SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

On sunday I was working on the dock when I asked my manger Basim a question about the he answered me saying don't ask him anything ask James because he runs this side of the dock So I did as I was told when Basim asked me to do something I said did you tell James or do you want me to tell him to make sure we was on the same page I left it alone today I was on the dock doing my Job when I was told that I would have to Stow I had no disargement with Stowing

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Terrell Evans | [signature] | 11-04-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**amazon**.com.

# Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

## SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name | Department/Position | |
|---|---|---|
| Terrell Evans | | |
| Home Address, City, State, Zip | Home Phone | Work Phone |
| | | ( ) |

## SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

I then asked Basim how many ppl have to go
and I told him I violanture to go Stow Everyday
so I did'nt going to stow because they never
send I was gonna asked him another question
When turned around and walked I said he was
Rude he turned around agressive asking what
did I say I said to him the second time
you rude ass manger James give me my
Stow station and before I went stow I
told Micheal what had occur before I
Went to stow he said will talk about

Please list any witnesses or individuals who may have information relevant to this investigation.

## ACKNOWLEDGEMENT

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and are expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Terrell Evans | *signature* | 11-04-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**amazon**.com.

CONFIDENTIAL

## Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

### SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name | Department/Position |
|---|---|
| Terrell Evans | |

| Home Address, City, State, Zip | Home Phone | Work Phone |
|---|---|---|
| | | ( ) |

### SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

it later I said ok went and stow for the last hour and Fifteen minutes before Lunch Break I came back of Lunch tried to go back to my work station where I was somebody was already Stationed there I asked was there any more station when they said no go back to where I came from I went I asked James to Find me another open station James said Basim no gonna want you down here I said I don't wanna Stay I Just need another Station he said ok give me a Few gotta

Please list any witnesses or individuals who may have information relevant to this investigation.

### ACKNOWLEDGEMENT

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Terrell Evans | Verrell grams | 11-04-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL     AMZ-BRY006814

**amazon.**com.

## Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name Terrell Evans | Department/Position | |
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Do something feel Fast I said ok he did what he had to then came to help me Find a Statron Basim walked up agressive asking what I'm doing down here I took I deep breath answered him he said no go Find your manger Bob he'll Find you a station I told him I was doing what I was told to do be James was still trying to help me Find a Station when he closed James computer I called him disrespect rude ass manger he said you cursed at me eariler I could

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Terrell Evans | *(signature)* | 11-04-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**amazon**.com.

# Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name  Terrell Guans | Department/Position | |
| Home Address, City, State, Zip | Home Phone | Work Phone  (    ) |

## SECTION II: WITNESS STATEMENT  (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

go to hr I said come let's go so I could tell them what's going on Basim said I don't have time to go we started arguing I cursed at him we went back and forth I left I tried to find Micheal to let him no what happen again did'nt see came to hr Where I was told that they'll come talk to me Later hr said go back to work I did as I was told I look for Rob my manger Where I saw him talking to Jenn. Jenn ask why I upset I told her what happen she

Please list any witnesses or individuals who may have information relevant to this investigation.

## ACKNOWLEDGEMENT

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Terrell Evans | [signature] | 11-04-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

  AMZ-BRY006816

**amazon**.com.

**CONFIDENTIAL**

# Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

## SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT

| Name Terrell Evans | Department/Position | |
|---|---|---|
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

## SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

told me stay on her said Where Basim ~~rely~~ rarely go
I said I don't want to keep arguing ~~who~~ with
Basim she said don't worry I got you I
Said ok For about a half hour I did what
she asked when she said I'm sorry but
Basim don't want you down here I said ok
Went to stow came down on break to smoke
a ciggrett couldn't be cause I was the topic of
of the Break Convo talking bout I need to go
to hr where I came

Please list any witnesses or individuals who may have information relevant to this investigation.

### ACKNOWLEDGEMENT

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Terrell Evans | [signature] | 11-04-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**amazon**.com. CONFIDENTIAL

## Witness Statement Form
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name Terrell Evans | Department/Position | |
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

after B Basim Closed James Computer he then
Basim was talking to me as if I war a kid
I asked him why you talking to me like I'm
a child he said something I wasn't listen I
blinked him out and started cursing at him going
back and Forth I told him you no to gonna be
hear long with your rude talking to your workers
like that

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| Terrell Evans | _(signature)_ | 11-04-2019 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

CONFIDENTIAL                    AMZ-BRY006818

**amazon.**com.

**Witness Statement Form**
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name— Jennika Sanon | Department/Position DOCK PA | |
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

2days ago an AA by the name of Ferrel came to me upset, a little emotional and cursing venting about, an altercation or conversation had with our manager. Where he felt underapreciated or not respected. After contacting my manager he told me, He was not to come back to the Dock and go to Stow, so he was after a station given one, to stow. Sent

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| | | |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | 11/06/19 Date |

For Internal Amazon Use Only

AMZ-BRY006819

**amazon.com.**

CONFIDENTIAL

**Witness Statement Form**
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to your attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | |
|---|---|
| Name JAMES POORUN | Department/Position FHN DOCK P.A. |
| Home Address, City, State, Zip ▮▮▮▮▮ | Home Phone ▮▮▮▮▮   Work Phone ( ) |

| SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary) |
|---|

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

On 11/4/19 an associate by the name of Tyrell E. told me of a conversation that he had with the dock manager Bassim. Ahmed. The conversation was about Tyrell E. not talking to Bassim Ahmed. about anything and to speak with me.

On 11/5/19 before lunch around 10:00 pm. Bassim Ahmed asked Tyrell E. to go to the Stow department, Tyrell E replied "I don't want to Fucking be on the dock anyways. I gave Tyrell a stow station and assumed he went there. I waited on a chime from the stow PA Matt Cordova to reply and confirm. Stow PA confirmed via chime that associate was there.

Please list any witnesses or individuals who may have information relevant to this investigation.

tryjam

**ACKNOWLEDGEMENT**
Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.
I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| JAMES N. POORUN | James N. Poorun | 11/5/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

CONFIDENTIAL

**amazon**.com.

**CONFIDENTIAL**

**Witness Statement Form**
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | | |
|---|---|---|
| Name JAMES POORUN | Department/Position FHN DOCK P.A. | |
| Home Address, City, State, Zip | Home Phone | Work Phone ( ) |

**SECTION II: WITNESS STATEMENT** (Use additional paper or back of form if necessary)

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

Two minutes after I spoke to Tyrell, Bassim Ahmed walked over and asked Tyrell "what are you doing here?" Tyrell E. didn't answer, Bassim asked Tyrell E. a second time "what are you doing here? You need to go back to stow. Tyrell replied and said "I don't have to fucking talk to you. Bassim then said to Tyrell "your manager is Rob Keller please go to him and he will find you a station, Tyrell then turned to me and asked me to find out what is going on with the stow station. Bassim then closed my laptop and told Tyrell E. that he needs to go to his manager Rob Keller so he can get a station. Tyrell thes starts to curse at Bassim saying "Your a fucking clown, they're going to fire you, Fucking dumbass" and walks away. Bassim then laughs and walks away.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**

Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.

I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| JAMES N. POORUN | James N. Poorun | 11/5/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |

For Internal Amazon Use Only

**CONFIDENTIAL**

# amazon.com.

**Witness Statement Form**
Updated August 2018

**NOTE TO ASSOCIATE:** Thank you for taking time to complete this Witness Statement Form. The information you provide will help Amazon to thoroughly investigate the issue that has been brought to our attention. Please indicate on this form below, in Section II, exactly what you saw, heard, and know about the issue you are providing this statement about.

| SECTION I: INFORMATION ABOUT THE PERSON MAKING THIS STATEMENT | |
|---|---|
| Name  JAMES  POORUN | Department/Position  FHN DOCK P.A. |
| Home Address, City, State, Zip  ████████████ | Home Phone  ████████████ | Work Phone  (    ) |

| SECTION II: WITNESS STATEMENT (Use additional paper or back of form if necessary) |
|---|

Describe in your own words, what happened and what you observed. Please make sure to cover the following points:
- List of all the issues, concerns and/or complaints.
- Relevant facts and dates that support the issue. Be as specific as possible and provide examples.
- Suggestions for obtaining documentation (e.g., memos, e-mails, performance evaluations, etc.) that may include relevant information.
- Attach copies of any relevant documentation to this form.

After lunch after stand up I approached the south dock desk where I started my labor tracking responsibilities. About 3 minutes later Tyrell E. walked over to me and told me to find him a new stow station because the station he was previously on was taken. In response to Tyrell E. I told him that "I will find him a new station but if Bassim Ahmed comes over he is going to ask you what you are doing here." The associate Tyrell E. replied "I don't care he told me not to talk to him," I told Tyrell E. a second time "I'm just letting you know if he comes here he will approach you and ask what you are doing here," I also told Tyrell that the manager or P.A. on the floor he was previously on should find him a station. ~~Two minutes after I was f.p.~~ This was while I was waiting on the station via chime.

Please list any witnesses or individuals who may have information relevant to this investigation.

**ACKNOWLEDGEMENT**
Amazon values the integrity of the investigation process and the importance of conducting an investigation that is timely, thorough, and accurate. Amazon, its supervisors, and HR respect the sensitive and personal nature of the investigation, and intend to keep the investigation as confidential as possible, limiting the disclosure of information to only those people who have a legitimate reason to know.
I understand this statement will be considered part of the official investigation and that this statement I have provided is an honest and accurate account of the case to the best of my knowledge. I further understand that as an Amazon.com associate that I am subject to Amazon's Code of Ethics and am expected to fully cooperate in all investigations. I understand that intentionally concealing or withholding relevant information or providing purposefully or recklessly false or misleading information, or interfering with, impeding, or undermining the investigation may result in corrective action up to and including termination of employment.

| JAMES N. POORUN | James N. Poorun | 11/5/19 |
|---|---|---|
| Employee Name (Please Print) | Employee Signature | Date |