UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY DREW KING, Regional Director of Region 29 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>      Petitioner<br><br>v.<br><br>AMAZON.COM SERVICES LLC<br><br>      Respondent | 22--CV-- |

## **ORDER GRANTING INJUNCTION**

  This matter is before the Court pursuant to the verified petition of Kathy Drew King, Regional Director for Region 29 of the National Labor Relations Board (the Board), by attorneys Evamaria Cox and Matthew A. Jackson. Upon notice to Amazon.com Services LLC (Respondent) and its counsel, and in consideration of the petition, the entire record, the papers filed concerning the petition, the arguments of counsel, and having found reasonable cause to believe that Respondent has violated Section 8(a)(1) of the National Labor Relations Act, as amended (the Act), and having found that injunctive relief is just and proper,

  It hereby is

  **ORDERED** that the application by Petitioner for an injunction pursuant to Section 10(j) of the National Labor Relations Act against Respondent is granted, and it is further

  **ORDERED, ADJUDGED AND DECREED** that Respondent, its officers, agents, representatives, servants, employees, attorneys, and all members and persons acting in concert or participation with it:

1

1. Cease and desist from:

    (a) Discharging employees because they engaged in protected concerted activity;

    (b) Suspending employees because they engaged in protected concerted activities;

    (c) In any like or related manner interfering with, restraining, or coercing employees in the exercise of the rights guaranteed them by Section 7 of the Act.

2. Take the following affirmative action designed to effectuate the polices of the Act:

    (a) Within five (5) days from the date of the District Court's Order, offer, in writing, Gerald Bryson immediate reinstatement to his former position, or, if his position no longer exists, to a substantially equivalent position without prejudice to his seniority or any other rights and privileges previously enjoyed, and displacing, if necessary, any employee who has been hired or reassigned to replace him;

    (b) Immediately rescind the unlawful suspension and discharge issued to Gerald Bryson, expunge these adverse employment actions from his employment records, and refrain from relying on the suspension and discharge in assessing any future disciplinary actions;

    (c) Within seven (7) days from the date of the District Court's Order, the Employer shall:

i. Post a physical copy of the District Court's Order, including a Spanish-language version, the translation of which is to be paid for by the Employer and approved by the Regional Director of Region 29, in all breakrooms, bathrooms, and bathroom stalls at the Employer's JFK8 Facility, along the "Green Mile" corridor located at the Employer's JFK8 Facility, and in all other places where the Employer typically posts notices to its employees at the JFK8 Facility; and, grant to agents of the Board reasonable access to its worksites to monitor compliance with this posting requirement;

ii. Distribute electronic copies, in English and Spanish, of the District Court's injunctive Order to all employees employed at the Employer's JFK8 Facility via the "Amazon A to Z" website and web application, the "Voice of Associates Board" displayed at the JFK8 Facility, Amazon Hub, and all other intranet or internet sites or apps that the Employer uses to communicate with employees; and

iii. (A) Hold one or more mandatory employee meetings, on working time and at times when the Employer customarily holds employee meetings, and scheduled to ensure the widest possible employee attendance, albeit with proper physical distancing measures due to the COVID-19 pandemic, at which the Order will be read to hourly employees by a responsible Employer

official in the presence of a Board agent or, at the Employer's option, by a Board agent in the presence of a responsible Employer official; at the Region's option, the Board agent's presence may be by video conference; (B) announce the meeting(s) for the order reading in the same manner the Employer would customarily announce a meeting of employees; and (C) require that all hourly employees attend the meeting(s). The Order shall be read in both English and Spanish.

(d)     Within twenty (20) days of the issuance of this Order, file with the District Court and serve a copy upon the Regional Director of Region 29 of the Board, a sworn affidavit from a responsible Employer official that describes with specificity how the Employer has complied with the terms of this decree, including the exact locations where the Employer has posted the materials required under this Order.

**ORDERED** on _____, at Brooklyn, New York.

BY THE COURT,

_____
UNITED STATES DISTRICT JUDGE