# Morgan Lewis

**Christopher J. Murphy**
Senior Attorney
+1.215.963.5601
christopher.murphy@morganlewis.com

April 8, 2022

**VIA ECF**

The Hon. Sanket J. Bulsara
U.S. District Court Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom: 324 North

   **Re:**   *Drew-King v. Amazon.com Services LLC*,
          **1:22-cv-01479-DG-SJB (E.D.N.Y.)**

Dear Judge Bulsara:

In accordance with your March 30, 2022 Minute Entry and Order, we are writing jointly to advise that after having discussed the possibility of settlement with our respective clients and among ourselves, the parties do not believe that a settlement conference would be fruitful at this time. If the parties' positions on this issue change, we will promptly notify the Court.


Respectfully submitted,


*/s/ Christopher J. Murphy*
Christopher J. Murphy
Counsel for Respondent
Amazon.com Services LLC

*/s/ Evamaria Cox*
Evamaria Cox
Counsel for Petitioner
Kathy Drew-King
Regional Director, NLRB Region 29


cc: All counsel of record (via ECF)

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921     T +1.215.963.5000
United States                    F +1.215.963.5001