# Morgan Lewis

**Christopher J. Murphy**
Senior Attorney
+1.215.963.5601
christopher.murphy@morganlewis.com

June 2, 2022

**VIA ECF**

The Hon. Diane Gujarati
U.S. District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom: 4B South

**Re:** *Drew-King v. Amazon.com Services LLC*, 1:22-cv-01479-DG-SJB (E.D.N.Y.)
**Request to Adjourn Status Conference Scheduled for June 16, 2022 at 11:00 a.m.**

Dear Judge Gujarati:

We represent Respondent Amazon.com Services LLC in the above-referenced matter. In accordance with section I.F. of your Individual Practice Rules, we write to request a brief adjournment of the June 16, 2022 Status Conference set by your Scheduling Order issued on May 31, 2022. We respectfully request that the Status Conference by adjourned to any day or time during the week of June 20, 2022.

We request this brief adjournment because both I and Richard G. Rosenblatt, who are lead counsel for Respondent in this matter, will be on scheduled vacations during the week of June 13, 2022. As noted above, the Status Conference is currently scheduled for June 16, 2022 at 11:00 a.m. There has been no previous request for an adjournment. We have asked counsel for Petitioner to consent to this brief adjournment, but they have refused to consent unless Respondent made certain concessions regarding the litigation of this matter. As noted above, we are available to meet with the Court at any date and time during the week of June 20, 2022.

Thank you for your consideration of this request.

Respectfully submitted,

Christopher J. Murphy

CJM

cc: All counsel of record (via ECF)

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA  19103-2921      +1.215.963.5000
United States                     +1.215.963.5001