| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Entry |
| Before: Diane Gujarati<br>U.S. District Judge | Date:   6/24/2022<br>Time:   11:00 a.m. |

Court Deputy: Kelly Almonte
Court Reporter/FTR Log: Andronik Barna

<em>Drew-King v. Amazon.com Services LLC</em><br>22-CV-1479 (DG) (SJB)

Type of Conference:   Telephone Conference

Appearances:   Petitioner:       Matthew Jackson

                 Respondent:    Christopher J. Murphy

Summary: Status Conference held on June 24, 2022 at 11:00 a.m. before Judge Diane Gujarati. Matthew Jackson appeared on behalf of Petitioner.  Christopher J. Murphy appeared on behalf of Respondent.  Case called.  Discussion held.  As set forth on the record, Petitioner's Amended Petition for injunctive relief, and Memorandum in Support of that Amended Petition, shall be filed by July 8, 2022; Respondent's Memorandum in Opposition shall be filed by July 22, 2022; and Petitioner's Reply, if any, shall be filed by July 29, 2022.

SO ORDERED.

                                                      */s/ Diane Gujarati*
                                                      DIANE GUJARATI
                                                      United States District Judge