**EXHIBIT H**

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x
KATHY DREW-KING, REGIONAL DIRECTOR OF
REGION 29 OF THE NATIONAL LABOR
RELATIONS BOARD for and on behalf of THE
NATIONAL LABOR RELATIONS BOARD,

      Petitioner,

              No. 1:22-cv-01479

      -v-

AMAZON.COM SERVICES LLC,

      Respondent.

- - - - - - - - - - - - - - x

        101 Park Avenue
        New York, New York 10178

        May 20, 2022
        10:10 A.M.


  VIDEOGRAPHED DEPOSITION of TRISTIAN

MARTINEZ, taken by THE RESPONDENT, in

the above-entitled action, held at the

above time and place, taken before

CYNTHIA C. LANANNA, a Shorthand Reporter

and Notary Public within and for the

State of New York.


MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



```
 1
 2          this time we would ask all
 3      parties present and any and all
 4      parties attending remotely please
 5      enter their appearance with your
 6      full name and the parties you
 7      represent for the video record.
 8          MR. MURPHY:  Christopher J.
 9      Murphy, Morgan Lewis and Bockius
10      for the Respondent, Amazon.com
11      Services LLC, and Richard
12      Rosenblatt for Morgan Lewis on
13      behalf of Amazon is participating
14      remotely.
15          MS. OJO:  Samantha Ojo for
16      Morgan Lewis, also for the
17      Respondent.
18          MR. MEADOWS:  Maxwell
19      Meadows from Emanuel on behalf of
20      the Witness.
21          MR. JACKSON:  Matthew A.
22      Jackson for the National Labor
23      Relations Board, and I would add
24      that we have Nancy K. Reibstein
25      and Evamaria Cox also from the
```

```
 1
 2      National Labor Relations Board
 3      listening remotely.
 4          MR. KEARL:  Frank Kearl from
 5      Make the Road New York
 6      representing the Witness.
 7          THE VIDEOGRAPHER:  Thank
 8      you.  Just for the record, today
 9      is Friday, May 20th, 2022.  The
10      time on the video monitor,
11      10:13 A.M.  Madame Court
12      Reporter, will you please swear
13      in the Witness at this time,
14      after which we may proceed.
15      Thank you.
16   T r i s t a n  R.  M a r t i n e z,
17      the Witness herein, having been first
18      duly sworn by a Notary Public of the
19      State of New York, was examined and
20      testified as follows:
21          THE COURT REPORTER:  State
22      your name for the record, please.
23          THE WITNESS:  Tristian Ray
24      Martinez.
25          THE COURT REPORTER:  State
```

```
 1
 2      your address for the record,
 3      please.
 4          THE WITNESS:  23 Prospect
 5      Avenue, Staten Island, New York
 6      10301.
 7   EXAMINATION
 8   BY MR. MURPHY:
 9      Q.  And you pronounce it Tristian?
10      A.  Tristian, yes.
11      Q.  Ready?  Okay.  Good morning,
12   Mr. Martinez.
13      A.  Good morning.
14      Q.  As you just heard from the
15   introductions, my name is Chris Murphy.
16   I'm an attorney representing Amazon.com
17   Services LLC in this case, which has
18   been brought by Kathy Drew-King,
19   Regional Director of Region 29 of the
20   National Labor Relations Board against
21   Amazon seeking an injunction under
22   Section 10(j) of the National Labor
23   Relations Act.  Do you understand that
24   that's what this case is about?
25      A.  I -- I understand this is a case
```

```
 1              T. MARTINEZ
 2   for the -- for the NLRB against Amazon.
 3      Q.  And do you know what the -- what
 4   relief, if any, the NLRB is seeking in
 5   this case?
 6      A.  What do you mean by, "relief?"
 7      Q.  What's the result they hope to
 8   achieve through this litigation?
 9      A.  I believe it's to get
10   Gerald Bryson reinstated.
11      Q.  Have you ever been deposed
12   before, Mr. Martinez?
13      A.  I have not.
14      Q.  So let me give you some basic
15   ground rules, and I'm sure they will
16   substantially overlap whatever your
17   various counsels told you.  This is
18   going to be a conversation of sorts.
19   I'm -- I'm going to ask you questions;
20   you'll answer them.  Obviously, it's
21   not like we're having a conversation in
22   private, you know?  There's a court
23   reporter and there's a videographer and
24   there's, you know, several lawyers in
25   the room, but -- but hopefully it will
```



T. MARTINEZ

1
2 all the rallies in general?
3     Q. All the rallies in general.
4     A. Okay, so if about other rallies
5 that one of the topics was organizing
6 JFK8, probably more than 10.
7     Q. How many?
8     A. I can't speak to an exact
9 amount.  Maybe --
10     Q. Okay, so now I want to ask you
11 about the period before your affidavit,
12 okay?  Starting from the time you began
13 to solicit authorization cards in April
14 2021 through the time that you --
15 through the time that you signed your
16 affidavit, how many rallies did you
17 attend sponsored by the ALU or not at
18 which a topic was the ALU's attempt to
19 organize JFK8?
20         MR. MEADOWS:  Object to
21     form.
22     A. As I stated before, probably
23 about 10.  I can't speak to an exact
24 amount.
25     Q. So 10 in the earlier time

T. MARTINEZ

1
2 period?  The time period between the
3 April 2021, when you began to solicit
4 authorization cards, and November 10th,
5 when you signed your affidavit?
6     A. I'm sorry.  If it's at that
7 time, I would say less than 10.
8     Q. Did -- all of these rallies --
9 did you simply attend them or did you
10 actively participate in them in some
11 fashion?
12         MR. MEADOWS:  Object to
13     form.
14     A. There was some that I actively
15 participated in and some that I
16 attended.
17     Q. And what was your active
18 participation in some of those rallies?
19     A. I would either help organize or
20 I would speak at the rally.
21     Q. And in the period from
22 April 2021 until the time you signed
23 your affidavit, did you speak at any
24 rallies?
25         MR. MEADOWS:  Objection to

T. MARTINEZ

1
2     form.
3     A. Not that I can specifically
4 recall.
5     Q. But -- but since you signed your
6 affidavit until the election took
7 place, you did speak at rallies?
8         MR. MEADOWS:  Objection to
9     form.
10     A. One or two.
11     Q. So in -- in paragraph 7 you
12 state that you noticed an increase in
13 participation from Amazon employees at
14 the rally in the summer of 2021.  Do
15 you see that in your affidavit?
16     A. I'm sorry.  You said the,
17 "increase?"
18     Q. Yeah.  Paragraph 7.  Yeah.  You
19 noticed, quote,
20         "Noticed an increase in
21 participation from Amazon employees at
22 the rally in summer of 2021," end
23 quote.
24         You see that?
25     A. Yeah.

T. MARTINEZ

1
2     Q. What do you mean by, "increased
3 participation?"
4         MR. MEADOWS:  Objection to
5     form.
6     A. More associates would attend the
7 rallies.
8     Q. And those associates that
9 attended -- were they more -- you know
10 what the word, "vociferous," means?
11 Were they more loud?  Were they more
12 engaged?
13         MR. MEADOWS:  Object to
14     form.
15     A. They were open.
16     Q. Okay.  Open in what way?
17     A. Open to listening.
18     Q. You also state in that
19 paragraph, quote,
20         "I think the increase is because
21 of the organizing that has been done
22 since March 2020."
23         Do you see that?
24     A. Yes.
25     Q. So do you mean that the work

MAGNA ►
LEGAL SERVICES

```
 1
 2            - - - - - -
            E R R A T A
 3            - - - - - -
 4   PAGE LINE CHANGE
 5   ____ ___ _____
 6   ____ ___ _____
 7   ____ ___ _____
 8   ____ ___ _____
 9   ____ ___ _____
10   ____ ___ _____
11   ____ ___ _____
12   ____ ___ _____
13   ____ ___ _____
14   ____ ___ _____
15   ____ ___ _____
16   ____ ___ _____
17   ____ ___ _____
18   ____ ___ _____
19   ____ ___ _____
20   ____ ___ _____
21   ____ ___ _____
22   ____ ___ _____
23   ____ ___ _____
24   ____ ___ _____
25   ____ ___ _____
```

```
 1
 2        A C K N O W L E D G E M E N T
 3   STATE OF NEW YORK)
 4                    :SS
 5   COUNTY OF _____)
 6     I, TRISITAN R. MARTINEZ, hereby
 7   certify that I have read the transcript
 8   of my testimony taken under oath on May
 9   20th, 2022, that the transcript is a
10   true, complete and correct record of
11   what was asked, answered and said during
12   my testimony under oath, and that the
13   answers on the record as given by me are
14   true and correct, except for the
15   corrections or changes in form or
16   substance, if any, noted in the attached
17   Errata Sheet.
18   _____
19   TRISITAN R. MARTINEZ
20   Signed and subscribed to
21   before me, this _____ day
22   of _____, _____.
23
24   _____
25   Notary Public
```

```
 1
 2      I N D E X   O F   W I T N E S S E S
 3
 4   EXAMINATION BY             PAGE
 5   MR. MURPHY          8
 6
 7      I N D E X   O F   E X H I B I T S
 8
 9   NAME  DESCRIPTION          PAGE
10    1   AFFIDAVIT          67
11    2   COMMON INTEREST AGREEMENT103
12    3   COMMON INTEREST AGREEMENT115
13    4   TWITTER VIDEO        235
14    5   VIDEO CLIP 1       240
15    6   VIDEO CLIP 2       240
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2        C E R T I F I C A T E
 3     I, CYNTHIA C. LANANNA, a shorthand
 4   reporter and Notary Public within and
 5   for the State of New York, do hereby
 6   certify:
 7     That the Witness(es) whose testimony
 8   is hereinbefore set forth was duly sworn
 9   by me, and the foregoing transcript is a
10   true record of the testimony given by
11   such Witness(es).
12     I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I
15   am in no way interested in the outcome
16   of this matter.
17
18
19
20
21          Cynthia C. Lananna, a
            Court Reporter and Notary
22          Public
            Date: June 2, 2022
23
24
25
```



