# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kathy Drew-King, Regional Director of Region 29 of the National Labor Relations Board for and on behalf of the National Labor Relations Board,<br><br>    *Petitioner*,<br><br>v.<br><br>Amazon.com Services LLC,<br><br>    *Respondent*. | No. 1:22-cv-01479 |

## NOTICE OF APPEAL

Respondent Amazon.com Services LLC appeals to the United States Court of Appeals for the Second Circuit from the injunction entered on November 18, 2022 by the United States District Court for the Eastern District of New York, Hon. Diane Gujarati, U.S.D.J., ECF No. 55, and judgment entered on November 21, 2022, ECF No. 56.

Dated: December 19, 2022          **MORGAN, LEWIS & BOCKIUS LLP**

                                                                      *s/ Christopher J. Murphy*
                                                         Christopher J. Murphy (*pro hac vice*)
                                                         1701 Market Street
                                                         Philadelphia, PA 19103
                                                         Phone: 215-963-5000
                                                         Fax: 215-963-5001
                                                         christopher.murphy@morganlewis.com

                                                         Richard G. Rosenblatt (*pro hac vice*)
                                                         502 Carnegie Center
                                                         Princeton, NJ 08540
                                                         Phone: 609-919-6600
                                                         Fax: 608-919-6701
                                                         richard.rosenblatt@morganlewis.com

                                                         Kelcey J. Phillips (*pro hac vice*)
                                                         1111 Pennsylvania Avenue, NW

Washington, DC 20004
Phone: 202-739-3000
Fax: 202-739-3001
kelcey.phillips@morganlewis.com

Douglas T. Schwarz
101 Park Avenue
New York, NY 10178
Phone: 212-309-6000
Fax: 212-309-6001
douglas.schwarz@morganlewis.com

*Attorneys for Respondent*